UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

KLEENIT, INC., )
              Plaintiff )
vs. )
)
)
SENTRY INSURANCE COMPANY, )
ROYAL & SUN ALLIANCE, )
UTICA NATIONAL INSURANCE GROUP, and )
TRAVELERS PROPERTY AND CASUALTY, )
              Defendants )

**CONSENT OF SENTRY INSURANCE COMPANY TO PETITION
FOR REMOVAL FILED BY UTICA NATIONAL INSURANCE GROUP**

Pursuant to 28 U.S.C. §1446, Defendant Sentry Insurance Company ("Sentry") hereby consents to and joins in the petition for removal, with supporting documents, that was filed by co-Defendant Utica National Insurance Group.

          Respectfully Submitted,

          Sentry Insurance Company, Defendant

          By its Attorney,

          /s/ Michael Aylward
          Michael Aylward   BBO #024850
          Morrison, Mahoney & Miller, LLP
          250 Summer Street
          Boston, MA 02210
          617-439-7500
          Dated:   February 20, 2004

I hereby certify that I have made service
of the foregoing document in accordance
with the provisions of Fed. R. Civ. P. 5.
/s/