UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| KLEENIT, INC., <br>                    Plaintiff <br> vs. <br><br> SENTRY INSURANCE COMPANY, <br> ROYAL & SUN ALLIANCE, <br> UTICA NATIONAL INSURANCE GROUP, and <br> TRAVELERS PROPERTY AND CASUALTY, <br>                    Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CONSENT OF ROYAL & SUN ALLIANCE TO PETITION
FOR REMOVAL FILED BY UTICA NATIONAL INSURANCE GROUP**

Pursuant to 28 U.S.C. §1446, Defendant Royal Insurance Company of America and the Globe Indemnity Company (collectively referred to as "Royal" and improperly named in the Complaint as Royal & Sun Alliance) hereby consents to and joins in the petition for removal, with supporting documents, that was filed by co-Defendant Utica National Insurance Group.

                                                Respectfully Submitted,

                                                Royal & Sun Alliance, Defendant

                                                By its Attorney,

                                                _____
                                                Karl S. Vasiloff        BBO #555638
                                                Zelle, Hoffman, Voelbel, Mason & Gette LLP
                                                950 Winter Street, Suite 1300
                                                Waltham, MA 02451
                                                781-466-0700
                                                Dated:       February 20, 2004

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.