UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

KLEENIT, INC.,
              Plaintiff

vs.

SENTRY INSURANCE COMPANY,
ROYAL & SUN ALLIANCE,
UTICA NATIONAL INSURANCE GROUP, and
TRAVELERS PROPERTY AND CASUALTY,
              Defendants

04 10351 NG

### CONSENT OF TRAVELERS PROPERTY AND CASUALTY TO PETITION FOR REMOVAL FILED BY UTICA NATIONAL INSURANCE GROUP

Pursuant to 28 U.S.C. §1446, Defendant Travelers Property and Casualty ("Travelers") hereby consents to and joins in the petition for removal, with supporting documents, that was filed by co-Defendant Utica National Insurance Group.

Respectfully Submitted,

Travelers Property and Casualty, Defendant

By its Attorney,

_____
Joseph S. Berman   BBO #566006
Berman & Dowell
210 Commercial Street
Boston, MA 02109
617-723-9911
Dated:   February 20, 2004

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.