UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04 10351 NG

KLEENIT, INC.,
    Plaintiffs

v.

SENTRY INSURANCE COMPANY,
ROYAL & SUN ALLIANCE, UTICA
NATIONAL INSURANCE GROUP, and
TRAVELERS PROPERTY AND
CASUALTY,
    Defendants

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter our withdrawal of appearance as co-counsel for the Plaintiff, Kleenit, Inc., in connection with the above-referenced matter. The Plaintiff Kleenit, Inc. will continue to be represented by Attorney Donald P. Nagle, who has previously appeared in this matter.

Robert A. Fasanella, BBO #548282
Peter J. Feuerbach, BBO #567061
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7018/7136

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2004 I served a copy of the foregoing by first class mail, postage prepaid to All Counsel of Record.

Peter J. Feuerbach

589558_1