UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 NG

| | |
|---|---|
| KLEENIT, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SENTRY INSURANCE COMPANY, | ) |
| ROYAL & SUN ALLIANCE, | ) |
| UTICA NATIONAL INSURANCE GROUP, and | ) |
| TRAVELERS PROPERTY AND CASUALTY | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S MOTION TO SHORTEN TIME FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND FOR AN EXPEDITED HEARING ON PLAINTIFF'S EMERGENCY MOTION**

Now comes the Plaintiff and respectfully requests that the Court allow seven (7) days, and not fourteen (14) days as set forth in Local Rule 7.1(B)(2), for the defendants to file an opposition to the Plaintiffs' Emergency Motion for Preliminary Injunction ("Emergency Motion"), and schedule a hearing on Plaintiff's Emergency Motion on a expedited basis.

Grounds for Plaintiff's Motion are as follows:

1. The defendants were served with the same Emergency Motion in the Massachusetts Middlesex Superior Court nearly a month ago, before the defendants removed the State court proceeding to this Court.

2. Because the defendants have had nearly one month to consider and prepare an opposition to the Plaintiff's Emergency Motion, the defendants will not be prejudiced by a modest reduction in the time to file an oposition.

3.  The Plaintiff is suffering ongoing irreparable harm due to the defendants' continuing failure to reimburse Plaintiff for its defense costs, which threatens the viability of Plaintiff's drycleaning and laundering business.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion.

Respectfully submitted,

KLEENIT, INC.

By its Attorney,

Donald P. Nagle, Esq. (BBO # 553544)
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, Massachusetts 02360
(508) 732-8970

Dated: March 19, 2004

### CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

I hereby certify that I have conferred with counsel for Defendants Royal & Sun Alliance, Utica National Insurance Group, Travelers Property and Casualty, and Sentry Insurance Company in a good-faith attempt to resolve or narrow the issues presented in the underlying Plaintiffs' Emergency Motion For A Preliminary Injunction.

Donald P. Nagle, Esquire