KLEENIT - CHELMSFORD AND ACTON SITES
EXPENSES INCURRED AND PAYMENTS RECEIVED

| PAYEE | INVOICE # | DATE OF INVOICE **=Pre-tender Invoice | TOTAL AMOUNT OF INVOICE | CLAIM PRESENTMENT AMOUNT[1] | DEFENSE AMOUNT | INDEMNIFICATION AMOUNT[2] | TRAVELERS (47% OF DEFENSE) (Payments made after service of Complaint are "Bolded") | | UTICA (39% OF DEFENSE) (Payments made after service of Complaint are "Bolded") | | ROYAL (14% OF DEFENSE) (Payments made after service of Complaint are "Bolded") | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Amount Paid | Date | Amount Paid | Date | Amount Paid | Date |
| R.G. Construction (Chelmsford) | | 2/22/2002** | $5,505.72 | 0 | $5,505.72 | 0 | $ - | | $ - | | | |
| | | | | | | | $ - | | $ - | | | |
| Waste Management (Chelmsford) | | 5/2/2002** | $2,930.84 | 0 | 0 | $2,930.84 | $ - | | $ - | | | |
| | | 5/2/2002** | $3,000.00 | 0 | 0 | $3,000.00 | $ - | | $ - | | | |
| | | 5/2/2002** | $3,000.00 | 0 | 0 | $3,000.00 | $ - | | $ - | | | |
| | | | | | | | $ - | | $ - | | | |
| Regenisis | | 6/19/2002** | $3,164.40 | 0 | 0 | $3,164.40 | $ - | | $ - | | | |
| | | | | | | | $ - | | $ - | | | |
| Enviro-Safe Corp. | | 9/19/2001** | $1,658.00 | 0 | 0 | $1,658.00 | $ - | | $ - | | | |
| | | 9/19/2001** | $1,500.00 | 0 | 0 | $1,500.00 | $ - | | $ - | | | |
| | | 10/17/2001** | $952.00 | 0 | 0 | $952.00 | $ - | | $ - | | | |
| | | | | | | | $ - | | $ - | | | |
| D'Amore Associates, Inc. | 1418 | 3/3/2001** | $1,650.00 | 0 | $1,650.00 | 0 | $ - | | $ - | | | |
| | 1466 | 4/26/2001** | $1,628.00 | 0 | $1,628.00 | 0 | $ - | | $ - | | | |
| | 1492 | 5/28/2001** | $300.00 | 0 | $300.00 | 0 | $ - | | $ - | | | |
| | 1527 | 6/27/2001** | $300.00 | 0 | $300.00 | 0 | $ - | | $ - | | | |
| | 1545 | 8/4/2001** | $4,450.00 | 0 | $4,450.00 | 0 | $ - | | $ - | | | |
| | 1571 | 9/1/2001** | $2,025.00 | 0 | $2,025.00 | 0 | $ - | | $ - | | | |
| | 1592 | 10/1/2001** | $3,384.88 | 0 | $2,634.88 | $750.00 | $ - | | $ - | | | |
| | 1618 | 10/27/2001** | $1,612.50 | 0 | $1,612.50 | 0 | $ - | | $ - | | | |
| | 1642 | 11/30/2001** | $4,351.54 | 0 | $3,301.54 | $1,050.00 | $ - | | $ - | | | |
| | 1666 | 12/30/2001** | $337.50 | 0 | $337.50 | 0 | $ - | | $ - | | | |
| | 1692 | 2/1/2002** | $3,150.00 | 0 | $3,150.00 | 0 | $ - | | $ - | | | |
| | 1719 | 3/1/2002** | $953.00 | 0 | $953.00 | 0 | $ - | | $ - | | | |
| | 1745 | 3/30/2002** | $3,354.00 | 0 | $3,354.00 | 0 | $ - | | $ - | | | |
| | 1757 | 5/1/2002** | $1,500.00 | 0 | $1,500.00 | 0 | $ - | | $ - | | | |
| | 1793 | 5/31/2002** | $1,800.00 | 0 | $1,800.00 | 0 | $ - | | $ - | | | |
| | 1792 | 5/31/2002** | $1,050.00 | 0 | $1,050.00 | 0 | $ - | | $ - | | | |
| | 1817 | 7/2/2002** | $750.00 | 0 | $750.00 | 0 | $ - | | $ - | | | |
| | 1842 | 8/2/2002** | $2,054.00 | 0 | $2,054.00 | 0 | $ - | | $ - | | | |
| | 1872 | 9/2/2002** | $300.00 | 0 | $300.00 | 0 | $ - | | $ - | | | |
| | 1894 | 9/29/2002** | $300.00 | 0 | $300.00 | 0 | $ - | | $ - | | | |
| | 1934 | 11/1/02 | $463.50 | 0 | $463.50 | 0 | $ - | | $ - | | | |
| | | 11/29/02 | $600.00 | 0 | $600.00 | 0 | $ - | | $ - | | | |

KLEENIT - CHELMSFORD AND ACTON SITES
EXPENSES INCURRED AND PAYMENTS RECEIVED

| PAYEE | INVOICE # | DATE OF INVOICE **=Pre-tender Invoice | TOTAL AMOUNT OF INVOICE | CLAIM PRESENTMENT AMOUNT[1] | DEFENSE AMOUNT | INDEMNIFICATION AMOUNT[2] | TRAVELERS (47% OF DEFENSE) (Payments made after service of Complaint are "Bolded") | | UTICA (39% OF DEFENSE) (Payments made after service of Complaint are "Bolded") | | ROYAL (14% OF DEFENSE) (Payments made after service of Complaint are "Bolded") | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2071 | 5/3/03 | $13,757.00 | 0 | $9,410.00 | $4,347.00 | $ 4,422.70 | 2/20/04 | $ 3,669.90 | 3/3/04 | $ 1,317.40 | 2/25/04 |
| | 2109 | 5/30/03 | $1,400.00 | 0 | $1,400.00 | 0 | $ 658.00 | 2/20/04 | $ 546.00 | 3/3/04 | $ 196.00 | 2/25/04 |
| | 2125 | 6/30/03 | $750.00 | 0 | $750.00 | 0 | $ 352.50 | 2/20/04 | $ 292.50 | 3/3/04 | $ 105.00 | 2/25/04 |
| | 2148 | 7/7/03 | $3,282.52 | 0 | $3,282.52 | 0 | $ 1,542.78 | 2/20/04 | $ 1,280.18 | 3/3/04 | $ 459.55 | 2/25/04 |
| | 2163 | 8/12/03 | $2,090.00 | 0 | $2,090.00 | 0 | $ 982.30 | 2/21/04 | $ 815.10 | 2/18/04 | $ 292.60 | 2/20/04 |
| | 2278 | 12/15/03 | $2,575.00 | | $2,575.00 | | $ 1,210.25 | 2/21/04 | $ 1,004.25 | 2/18/04 | $ 360.50 | 2/20/04 |
| | 2293 | 12/24/03 | $1,200.00 | 0 | $1,200.00 | 0 | $ 564.00 | 2/21/04 | $ 168.00 | 2/18/04 | $ 168.00 | 2/20/04 |
| | | | | | | | $ - | | $ - | | | |
| Coler & Colantonio, Inc. | 9919596 | 11/6/02 | $8,616.42 | 0 | $8,616.42 | 0 | $ - | | $ - | | | |
| | 9920323 | 12/20/02 | $4,906.81 | 0 | $4,906.81 | 0 | $ - | | $ - | | | |
| | 9941003 | 3/29/03, 4/10/03 | $6,758.27 | 0 | $6,758.27 | 0 | $ - | | $ - | | | |
| | 9924195 | 10/17/03 | $4,098.33 | 0 | $4,098.33 | 0 | $ 1,926.26 | 11/24/03 | $ 1,598.30 | 11/21/03 | $ 573.77 | 1/28/04 |
| | 9924622 | 11/25/03 | $4,083.66 | 0 | $4,083.66 | 0 | $ 1,919.32 | 12/23/03 | $ 1,592.63 | 1/26/04 | $ 571.71 | 2/25/04 |
| | 9924885 | 12/16/03 | $999.21 | 0 | $999.21 | 0 | $ 469.63 | 1/30/04 | $ 389.69 | 2/3/04 | $ 139.89 | 2/20/04 |
| | | 1/12/04 | $115.08 | 0 | $115.08 | 0 | $ - | | $ - | | | |
| | 9925790 | 2/26/04 | $799.43 | 0 | $799.43 | 0 | $ - | | $ - | | | |
| | | | | | | | $ - | | $ - | | | |
| Risk Management Inc. | | 10/30/02 | $1,500.00 | 0 | $1,500.00 | 0 | $ - | | $ - | | | |
| | 218 | 10/30/02 | $1,245.65 | 0 | $1,245.65 | 0 | $ - | | $ - | | | |
| | 229 | 12/20/02 | $198.60 | 0 | $198.60 | 0 | $ - | | $ - | | | |
| | 262 | 9/4/03 | $2,750.00 | | $2,750.00 | 0 | $ 1,292.50 | 12/1/03 | $ 1,072.50 | 12/10/03 | $ 385.00 | 2/20/04 |
| | 263 | 11/6/03 | $7,183.63 | | $7,183.63 | 0 | $ 3,376.30 | 12/1/03 | $ 2,801.62 | 12/10/03 | $ 1,005.71 | 2/20/04 |
| | 263 | 12/6/03 | $76.69 | | $76.69 | 0 | $ 15.52 | 12/1/03 | $ 12.86 | 12/10/03 | | |
| | 268 | 12/20/03 | $467.50 | | $467.50 | 0 | $ - | | $ 182.32 | 1/28/04 | $ 65.45 | 1/27/04 |
| | | 1/12/04 | $1,260.00 | 0 | $1,260.00 | 0 | $ - | | $ - | | | |
| | 269 | | | 0 | | 0 | $ - | | $ - | | $ 71.40 | 1/12/04 |
| | | | | | | 0 | $ - | | $ - | | | |
| Commonwealth of MA RE: Annual Compliance Fees | | | $3,500.00 | 0 | $3,500.00 | 0 | $ - | | $ - | | | |
| | | | | | | 0 | $ - | | $ - | | | |
| Harry Nason, Inc. | | 6/30/2002** | $4,387.18 | $3,509.74 | $877.44 | 0 | $ - | | $ - | | | |
| | | | | | | | $ - | | $ - | | | |
| | | | | | | | $ - | | $ - | | | |

| PAYEE | INVOICE # | DATE OF INVOICE **=Pre-tender Invoice | TOTAL AMOUNT OF INVOICE | CLAIM PRESENTMENT AMOUNT[1] | DEFENSE AMOUNT | INDEMNIFICATION AMOUNT[2] | TRAVELERS (47% OF DEFENSE) (Payments made after service of Complaint are "Bolded") | | UTICA (39% OF DEFENSE) (Payments made after service of Complaint are "Bolded") | | ROYAL (14% OF DEFENSE) (Payments made after service of Complaint are "Bolded") | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carriers' Unidentified Payments | | | | | | | $ 1,944.12 | 8/29/03 | $ 1,262.20 | 10/31/03 | $ - | |
| | | | | | | | $ 239.70 | 2/21/04 | $ 498.90 | 2/18/04 | $ - | |
| | | | | | | | $ - | | $ - | | | |
| SUB TOTAL | | | $136,025.86 | 3509.74 | $110,163.88 | $22,352.24 | $ 20,915.88 | | $ 17,186.95 | | $ 5,711.98 | |
| | | | | | | | 0 | | $ - | | | |
| Rubin and Rudman LLP | | | | | | | $ - | | $ - | | | |
| Acton | | 7/22/2002** | $189.30 | $114.30 | $75.00 | 0 | $ - | | $ - | | | |
| Acton | | 9/9/2002** | $1,510.75 | $1,510.75 | 0 | 0 | $ - | | $ - | | | |
| Acton | | 10/9/2002** | $2,299.62 | $743.75 | $1,555.87 | 0 | $ - | | $ - | | | |
| Acton | | 10/30/2002** | $3,768.70 | $2,271.22 | $1,497.48 | 0 | $ - | | $ - | | | |
| Acton | | 11/11/2002** | $2,705.24 | $2,001.37 | $703.87 | 0 | $ - | | $ - | | | |
| Acton | | 12/11/02 | $2,965.82 | $298.08 | $2,667.74 | 0 | $ - | | $ - | | | |
| Acton | | 1/16/03 | $2,527.69 | $855.72 | $1,671.97 | 0 | $ - | | $ - | | | |
| Acton | | 1/31/03 | $4,065.50 | $2,532.00 | $1,533.50 | 0 | $ - | | $ - | | | |
| Acton | | 2/5/03 | $1,688.03 | $528.41 | $1,159.62 | 0 | $ - | | $ - | | | |
| Acton | | 2/26/03 | $3,053.19 | $261.60 | $2,791.59 | 0 | $ - | | $ - | | | |
| Acton | | 3/12/03 | $3,156.33 | $2,404.46 | $751.87 | 0 | $ - | | $ - | | | |
| Acton | | 4/7/03 | $1,706.93 | $568.41 | $1,138.52 | 0 | $ - | | $ - | | | |
| Acton | | 4/23/03 | $223.99 | $223.99 | 0 | 0 | $ - | | $ - | | | |
| Acton | | 5/27/03 | $1,321.67 | $1,173.64 | $148.03 | 0 | $ - | | $ - | | | |
| Acton | | 6/18/03 | $1,033.23 | $1,033.23 | 0 | 0 | $ - | | $ - | | | |
| Acton | | 7/21/03 | $1,220.66 | $1,171.84 | $48.82 | 0 | $ - | | $ - | | | |
| Acton | | 8/22/03 | $3,243.44 | $2,488.51 | $754.93 | 0 | $ - | | $ - | | | |
| Acton | | 9/26/03 | $2,615.78 | $1,587.21 | $1,028.57 | 0 | $ - | | $ - | | | |
| Acton | | 10/15/03 | $2,773.45 | $673.73 | $2,099.72 | 0 | $ - | | $ - | | | |
| Acton | | 10/28/03 | $4,848.69 | $51.08 | $4,797.61 | 0 | $ - | | $ - | | | |
| Acton | | 1/28/04 | $3,550.89 | $1,169.60 | $2,381.29 | 0 | $ - | | $ - | | | |
| Chelmsford | | 7/22/2002** | $248.75 | $248.75 | 0 | 0 | $ - | | $ - | | | |
| Chelmsford | | 9/9/2002** | $1,470.80 | $1,292.40 | $178.40 | 0 | $ - | | $ - | | | |
| Chelmsford | | 10/9/2002** | $1,050.47 | $1,050.47 | 0 | 0 | $ - | | $ - | | | |
| Chelmsford | | 10/30/2002** | $2,840.72 | $2,301.61 | $539.11 | 0 | $ - | | $ - | | | |
| Chelmsford | | 11/11/2002** | $2,190.23 | $1,580.23 | $610.00 | 0 | $ - | | $ - | | | |
| Chelmsford | | 12/11/02 | $1,546.00 | $1,001.80 | $544.20 | 0 | $ - | | $ - | | | |
| Chelmsford | | 1/31/03 | $1,172.50 | $1,020.00 | $152.50 | 0 | $ - | | $ - | | | |

KLEENIT - CHELMSFORD AND ACTON SITES
EXPENSES INCURRED AND PAYMENTS RECEIVED

| PAYEE | INVOICE # | DATE OF INVOICE **=Pre-tender Invoice | TOTAL AMOUNT OF INVOICE | CLAIM PRESENTMENT AMOUNT[1] | DEFENSE AMOUNT | INDEMNIFICATION AMOUNT[2] | TRAVELERS (47% OF DEFENSE) (Payments made after service of Complaint are "Bolded") | UTICA (39% OF DEFENSE) (Payments made after service of Complaint are "Bolded") | ROYAL (14% OF DEFENSE) (Payments made after service of Complaint are "Bolded") |
|---|---|---|---|---|---|---|---|---|---|
| Chelmsford | | 2/5/03 | $121.10 | $121.10 | 0 | 0 | $ - | $ - | |
| Chelmsford | | 2/26/03 | $2,879.01 | $2,879.01 | 0 | 0 | $ - | $ - | |
| Chelmsford | | 3/12/03 | $3,455.29 | $3,392.79 | $62.50 | 0 | $ - | $ - | |
| Chelmsford | | 4/7/03 | $2,891.93 | $1,356.32 | $1,535.61 | 0 | $ - | $ - | |
| Chelmsford | | 4/23/03 | $329.37 | $55.00 | $274.37 | 0 | $ - | $ - | |
| Chelmsford | | 5/27/03 | $2,262.77 | $868.90 | $1,393.87 | 0 | $ - | $ - | |
| Chelmsford | | 6/18/03 | $1,586.03 | $674.06 | $911.97 | 0 | $ - | $ - | |
| Chelmsford | | 7/21/03 | $4,069.06 | $476.08 | $3,592.98 | 0 | $ - | $ - | |
| Chelmsford | | 8/22/03 | $2,151.45 | $1,101.50 | $1,049.95 | 0 | $ - | $ - | |
| Chelmsford | | 9/26/03 | $2,250.00 | $1,237.94 | $1,012.06 | 0 | $ - | $ - | |
| Chelmsford | | 10/28/03 | $897.23 | $543.81 | $353.42 | 0 | $ - | $ - | |
| Chelmsford | | 1/28/04 | $1,468.14 | $734.70 | $733.45 | 0 | $ - | $ - | |
| | | | 0 | | | | $ - | $ - | |
| Donald Nagle P.C. | | 2/1/03 | $1,622.02 | $1,297.62 | $324.40 | 0 | $ - | $ - | |
| | | 5/1/03 | $999.00 | $925.00 | $74.00 | 0 | $ - | $ - | |
| | | 5/31/03 | $518.00 | $463.00 | $55.00 | 0 | $ - | $ - | |
| | | 7/1/03 | $499.50 | $481.00 | $18.50 | 0 | $ - | $ - | |
| | | 9/1/03 | $259.00 | $259.00 | 0 | 0 | $ - | $ - | |
| | | 10/1/03 | $221.06 | $221.06 | 0 | 0 | $ - | $ - | |
| | | 11/4/03 | $600.35 | $600.35 | 0 | 0 | $ - | $ - | |
| SUB TOTAL | | | $90,068.68 | $49,846.40 | $40,222.29 | 0 | $ - | $ - | $ - |
| TOTAL | | | $226,094.54 | $53,356.14 | $150,386.17 | $22,352.24 | $ 20,915.88 | $ 17,186.95 | $ 5,711.98 |
| Percentage of Total Defense | | | | | | | 13.91% | 11.43% | 3.80% |

[1]  Kleenit offers these amounts for insurance settlement purposes only and Kleenit's proffer of such amounts is not and shall not be construed as a waiver of Kleenit's right to seek or obtain insurance coverage and payment for such amounts, or the admission of any fact, law or liability. Kleenit specifically reserves the right to pursue and obtain coverage for such amounts.

[2]  See Note 1, above.