## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2004, I served a copy of the foregoing Plaintiff's Emergency Motion for a Preliminary Injunction, Memorandum in Support of Plaintiff's Emergency Motion for Preliminary Injunction, and Plaintiff's Motion to Shorten Time for Defendant's Opposition to Plaintiff's Emergency Motion for Preliminary Injunction and for an Expedited Hearing on Plaintiff's Emergency Motion upon all counsel of record, by first class mail, postage prepaid.

_____
Donald P. Nagle