UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 NG

| | |
|---|---|
| KLEENIT, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| SENTRY INSURANCE COMPANY, ROYAL & SUN ALLIANCE, UTICA NATIONAL INSURANCE GROUP, and TRAVELERS PROPERTY AND CASUALTY | ) |
| Defendants. | ) |

## SECOND AFFIDAVIT OF KEITH CRIDER

I, Keith Crider, hereby depose and state the following:

1.  My name is Keith Crider, President of Kleenit, Inc. ("Kleenit"). I have been the Chief Financial Officer of Kleenit, Inc. for 37 years. Kleenit is a small, closely held family corporation based presently in Ayer, Massachusetts. As President and Chief Financial Officer of Kleenit I am familiar with the assets and liabilities of the corporation.

2.  Kleenit has incurred severe financial hardship over the past two years, which at times has threatened the very existence of the business, as a result of extraordinary expenses associated with the defense, site assessment and clean-up obligations it has incurred as a result of the receipt of three Notices of Responsibility (NORs) sent by the Department of Environmental Protection (DEP) to Kleenit for its facilities located in Chelmsford, Acton and Wayland, Massachusetts.

3.  Kleenit has incurred approximately $150,386.17 in defense related expenses, $53,356.14 in claim related expenses, $22,352.24 in indemnity (clean-up) related expenses, for a

total of $226,094.54 in expenses associated with the Chelmsford and Acton sites as further detailed in the attached spreadsheet of Chelmsford and Acton's costs (See Attachment No. 1).

4. In contrast, Kleenit's insurance companies have only reimbursed $43,814.81, or merely 29%, of Kleenit's defense costs at the Chelmsford and Acton sites, and no payment for clean-up, indemnification or claims presentment. The payments that have been made have been slow to arrive and only token in nature. Royal paid less than $200 of Kleenit's defense expenses of over $150,000 in defense related expenses, until we were forced to file suit, after which we received eleven separate checks from Royal. Still, Royal has paid only $5,711.98 to date.

5. The tremendous burden of carrying the unreimbursed cost of defending these environmental claims made by DEP, ExxonMobil and a day care facility at two separate locations cannot be sustained, especially when the drycleaning industry as a whole has suffered a serious downturn during the prolonged economic recession and sputtering recovery. The trend towards less formal business attire has also hurt my business. Other drycleaners I am aware of have gone out of business even without the burden of paying for cleanups at multiple sites.

6. Kleenit may be forced to sell some of its assets in order to avoid bankruptcy. Since this lawsuit began, Kleenit has been forced to plan for the sale of business assets, including the sale of its business operations.

I swear under the pains and penalties of perjury the above statements of fact are true and accurate to the best of my personal knowledge.

_Keith Crider_
Keith Crider, President
Kleenit, Inc.

Dated: March 19, 2004

2