UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 NG

KLEENIT, INC.,
    Plaintiffs

v.

SENTRY INSURANCE COMPANY, ROYAL & SUN ALLIANCE, UTICA NATIONAL INSURANCE GROUP, and TRAVELERS PROPERTY AND CASUALTY,
    Defendants

## KLEENIT'S ANSWER TO THE TRAVELERS INDEMNITY COMPANY'S COUNTERCLAIM

The Plaintiff/Counterclaim Defendant Kleenit, Inc. ("Kleenit") hereby responds as follows to the Counterclaim of Defendant/Counterclaim Plaintiff Travelers Indemnity Company ("Travelers").

### RESPONSE TO ENUMERATED PARAGRAPHS OF TRAVELERS' COUNTERCLAIM

1. Upon information and belief, Kleenit admits the allegations contained in Paragraph 1 of the Counterclaim.

2. Kleenit admits the allegations contained in Paragraph 2 of the Counterclaim.

3. Kleenit denies the allegations contained in Paragraph 3 of the

2

Counterclaim, except that it admits that an actual case or controversy has arisen between Kleenit and Travelers.

4. Kleenit objects to the allegation in Paragraph 5 of the Counterclaim on the grounds that it states conclusions of law. To the extent that an answer is required, Kleenit denies the allegation in Paragraph 5 of the Counterclaim.

5. Kleenit objects to the allegations in Paragraph 6 of the Counterclaim on the grounds that they state conclusions of law. To the extent that an answer is required, Kleenit denies the allegations in Paragraph 6 of the Counterclaim.

6. Kleenit denies that Travelers is entitled to the relief sought in its Counterclaim.

**WHEREFORE**, Kleenit prays for judgment against Travelers as follows:

1. That this Court dismisses all claims in the Counterclaim;
2. That this Court enter judgment in favor of Kleenit on all claims in its Complaint;
3. That this Court enter judgment in favor of Kleenit on relief sought in its Emergency Motion for Preliminary Injunction;
4. That this Court award Kleenit its costs of bringing suit, including reasonable attorneys fees; and,
5. That this Court grant such other and further relief as it deems proper.

Respectfully submitted,

KLEENIT, INC.

By its Attorney,

Donald P. Nagle, Esq. (BBO # 553544)
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, Massachusetts 02360
(508) 732-8970

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2004, I served a copy of the foregoing Answer to Counterclaim upon all counsel of record, by first class mail, postage prepaid.

Donald P. Nagle

Dated:  March 24, 2004