UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY,<br>ROYAL & SUNALLIANCE, UTICA<br>NATIONAL INSURANCE GROUP, and<br>TRAVELERS PROPERTY AND<br>CASUALTY,<br><br>　　　Defendants. | CIVIL ACTION NO. 04-10351 (NG) |

## AFFIDAVIT OF KARL S. VASILOFF

Karl S. Vasiloff, being of legal age, under oath, deposes and says:

1. I am a member of the law firm of Zelle, Hofmann, Voelbel, Mason & Gette, LLP, counsel to Globe Indemnity Company and Royal Insurance Company of America (collectively "Royal"). I have attached as Exhibits the following documents:

- Exhibits 1 and 2 are true and accurate copies of letters dated October 2, 2002 sent by Royal to Kleenit's counsel.

- Exhibit 3 is a true and accurate copy of a letter dated November 26, 2002 from Kleenit's counsel to Royal.

- Exhibits 4 and 5 are true and accurate copies of letters dated December 16, 2002 from Royal to Kleenit's counsel.

- Exhibits 6 and 7 are true and accurate copies of letters dated April 1, 2003 from Royal to Kleenit's counsel.

- Exhibit 8 is a true and accurate copy of a letter dated August 11, 2003 from Royal to Kleenit's counsel.

- Exhibit 9 is a true and accurate copy of a letter dated July 23, 2003 from me to Kleenit's counsel enclosing a series of policies issued by Royal to Kleenit.

- Exhibit 10 is a true and accurate copy of Policy GYAD (10/1/84-10/1/85) produced to Kleenit's counsel.

- Exhibit 11 is a true and accurate copy of a letter dated September 10, 2003 from T. Jill Donan to Kleenit's counsel.

- Exhibit 12 is a true and accurate copy of a letter dated March 2, 2004 from Kevin Keyes of Royal to Kleenit's counsel.

- Exhibit 13 is a true and accurate copy of a letter dated March 4, 2004 from Kleenit's counsel to me, with attachments.

Subscribed and sworn under the pains and penalties of perjury this 26th day of March, 2004.

Karl S. Vasiloff

Subscribed and sworn to before me
this 26 day of March, 2004.
Notary Public Kathleen O'Neil
My commission Expires: 09/26/08

KATHLEEN E. O'NEIL
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires Sept. 26, 2008