**DONALD P. NAGLE, PC**

ATTORNEY AT LAW

5 MAIN STREET EXTENSION, SUITE 300

PLYMOUTH, MASSACHUSETTS 02360

TEL: 508-732-8970  FAX: 508-732-8971

April 15, 2004

Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, Massachusetts 02210

    Re:    **Kleenit v. Sentry Insurance Company, et al**
              **Civil Action No. 04-10351-NG**

Dear Sir or Madam:

    Enclosed for filing and docketing, please find Kleenit, Inc.'s Answer to the Utica National Insurance Group's Counterclaim.

    Thank you for your attention to this matter.

                                                        Very truly yours,

                                                        Donald P. Nagle

Enclosure
cc: Counsel of Record

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:04-cv-10351 NG

KLEENIT, INC.,
    Plaintiffs

v.

SENTRY INSURANCE COMPANY,
ROYAL & SUN ALLIANCE, UTICA
NATIONAL INSURANCE GROUP, and
TRAVELERS PROPERTY AND
CASUALTY,
    Defendants

### KLEENIT'S ANSWER TO THE COUNTERCLAIM OF DEFENDANT UTICA NATIONAL INSURANCE GROUP

The Plaintiff/Counterclaim Defendant Kleenit, Inc. ("Kleenit") hereby responds as follows to the Counterclaim of Defendant/Counterclaim Plaintiff Utical National Insurance Group ("Utica").

### RESPONSE TO ENUMERATED PARAGRAPHS OF UTICA'S COUNTERCLAIM

1.    Upon information and belief, Kleenit admits the allegations contained in Paragraph 1 of the Counterclaim.

2.    Kleenit admits the allegations contained in Paragraph 2 of the Counterclaim.

3.    Kleenit admits the allegations contained in Paragraph 3 of the Counterclaim.

2

4. Kleenit admits the allegations contained in Paragraph 4 of the Counterclaim.

5. Kleenit admits the allegations contained in Paragraph 5 of the Counterclaim.

6. Kleenit admits the allegations contained in Paragraph 6 of the Counterclaim.

7. Kleenit admits the allegations contained in Paragraph 7 of the Counterclaim.

8. Kleenit admits the allegations contained in Paragraph 8 of the Counterclaim.

9. Kleenit admits the allegations contained in Paragraph 9 of the Counterclaim.

10. Kleenit objects to the allegations in Paragraph 10 of the Counterclaim on the grounds that they state conclusions of law. To the extent that an answer is required, Kleenit denies the allegations in Paragraph 10 of the Counterclaim.

11. Kleenit denies that Travelers is entitled to the relief sought in its Counterclaim.

**WHEREFORE**, Kleenit prays for judgment against Utica as follows:

1. That this Court dismisses all claims in the Counterclaim;

2. That this Court enter judgment in favor of Kleenit on all claims in its Complaint;

3. That this Court award Kleenit its costs of bringing suit, including reasonable attorneys fees; and,

4. That this Court grant such other and further relief as it deems proper.

Respectfully submitted,

KLEENIT, INC.

By its Attorney,

Donald P. Nagle, Esq. (BBO # 553544)
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, Massachusetts 02360
(508) 732-8970

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2004, I served a copy of the foregoing Answer to Counterclaim upon all counsel of record in accordance with the provisions of Fed. R. Civ. P. 5.

Donald P. Nagle

Dated: April 15, 2004

3