UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC., )<br>　　　　　　　　　　　Plaintiff )<br>vs. )<br>　　　　　　　　　　　　　　　　　)<br>SENTRY INSURANCE COMPANY, )<br>ROYAL & SUN ALLIANCE, )<br>UTICA NATIONAL INSURANCE GROUP, and )<br>TRAVELERS PROPERTY AND CASUALTY, )<br>　　　　　　　　　　　Defendants ) | CIVIL ACTION<br>NO. 04-10351-NG |

**JOINT CONFERENCE STATEMENT**

Pursuant to Local Rule 16.1(D) and in response to the Court's Notice Setting Scheduling Conference, dated March 5, 2004, the parties together submit the following Joint Conference Statement in preparation for the scheduling conference on April 26, 2004.

On November 14, 2003, the plaintiff, Kleenit, Inc. ("Kleenit") filed an action against Sentry Insurance Company[1] ("Sentry"), Globe Indemnity Company and Royal Insurance Company of America[2] (collectively "Royal"), Utica National Insurance Group ("Utica"), and Travelers Property and Casualty[3] ("Travelers") (collectively referred to as "the insurers"), in Lowell Superior Court seeking declaratory relief and for breach of

---

[1] Sentry has declined to defend or otherwise afford coverage to Kleenit because it has yet to confirm the issuance of a policy to Kleenit.
[2] The plaintiff has also named Royal & SunAlliance as a defendant. However, "Royal & SunAlliance" is not a legal entity capable of being sued.
[3] The plaintiff has improperly named this defendant. The correct defendant is the Travelers Indemnity Company.

their liability insurance policies and violation of M.G.L. c. 93A and 176D. Prior to the commencement of this lawsuit, Kleenit made a demand on each insurer for defense costs incurred by Kleenit with respect to contaminated sites located in Acton and Chelmsford. While the insurers have agreed to pay Kleenit's reasonable post-tender defense costs, they declined to reimburse Kleenit for pre-tender defense costs. The insurers have also reserved their rights regarding the duty to indemnify Kleenit for any costs incurred to cleanup or remediate pollution at the Acton and Chelmsford sites. Kleenit alleges that the insurers failed to accept their obligations to defend and indemnify it against claims by the Massachusetts Department of Environmental Protection ("DEP") of alleged pollution in Acton and Chelmsford under M.G.L. c. 21E.

On February 19, 2004, after obtaining a short order of notice, Kleenit filed and served an Emergency Motion for Preliminary Injunction in Lowell Superior Court. On February 20, 2004, on behalf of the insurers, Utica removed the case to this Court.

Since the defendants removed this action, the insurers have filed their responsive pleadings. Utica filed its Answer and Counterclaim for Declaratory Judgment on March 9, 2004. Travelers filed its Answer, Affirmative Defenses and Counterclaim on March 5, 2004. Royal filed its Answer and Affirmative Defenses on March 9, 2004. Sentry filed its Answer on March 10, 2004. Kleenit filed its Answer to Travelers' Counterclaim on March 24, 2004, and its Answer to Utica's Counterclaim on March 26, 2004.

In addition, on March 19, 2004, Kleenit re-filed its Emergency Motion for a Preliminary Injunction in this Court. Royal filed its opposition on March 26, 2004. On April 1, 2004 Utica and Travelers filed their oppositions.

The parties propose the following pre-trial schedule and address the following matters in this case.

## I.  Joint Discovery Plan

*Kleenit's Proposed Discovery*

Kleenit's discovery will include request for production of documents, interrogatories, and requests for admission. We do not anticipate the need for deposing insurer representatives, but reserve the right to do so, if it is determined to be warranted.

*Insurers' Proposed Discovery*

The insurers anticipate serving requests for production of documents, interrogatories and, potentially, requests for admission, and deposing a limited number of witnesses, including Mr. Keith Crider, Kleenit's Rule 30(b)(6) designee(s) and any witnesses who have knowledge of the nature and timing of the pollution or contamination at issue at the Acton or Chelmsford site; the extent and duration of the pollution; and Kleenit's performance of its contractual obligations to the insurers.

Accordingly, the parties propose the following discovery schedule:

- Non-Expert Discovery Deadline      October 26, 2004
- Mediation                          November 30, 2004
- Designation of Experts             December 30, 2004

- Plaintiff's Expert Report                January 30, 2005

- Defendants' Expert Reports              March 1, 2005

- Expert Deposition Deadline              May 30, 2005

II. **Proposed Schedule for Filing of Motions**

Dispositive motions shall be filed by July 30, 2005.

III. **Certifications**

By their signatures below, each counsel and an authorized representative of its client affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlines in Local Rule 16.4.

*[signature]*
Royal Insurance Company of America
By: Lynette Jones
Its: Major Case Unit Specialist

*[signature]*
Globe Indemnity Company
By: Lynette Jones
Its: Major Case Unit Specialist

ROYAL INSURANCE COMPANY OF AMERICA and
GLOBE INDEMNITY COMPANY
Defendants
By Its Attorney:

*[signature]*
Karl S. Vasiloff    BBO #555638
Zelle, Hoffman, Voelbel, Mason & Gette LLP
950 Winter St. - Suite 1300
Waltham, MA 02451

8

                Sentry Insurance Company
                By: *Michael F. Aylward*
                Its:

SENTRY INSURANCE COMPANY,
Defendant
By Its Attorney:

*Michael F. Aylward*
Michael Aylward   BBO # 024850
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

9

                _____
                Utica National Insurance Group
                By: Lydia Berez
                Its: Staff Attorney

UTICA NATIONAL INSURANCE GROUP,
Defendant
By Its Attorney:

_____
Richard E. Heifetz    BBO #229000
Danielle M. Maloney  BBO #647527
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
617-557-9696

---

Travelers Indemnity Company
By:
Its:

TRAVELERS INDEMNITY COMPANY,
Defendant
By Its Attorney:

*/s/ Joseph S. Berman*

Joseph S. Berman    BBO #566006
Berman & Dowell
210 Commercial Street
Boston, MA 02109

_____
Kleenit, Inc.
By:
Its:

KLEENIT, INC.
The Plaintiff
By its attorney,

*[signature]*

_____
Donald P. Nagle, Esquire (BBO # 553544)
LAW OFFICE OF DONALD P. NAGLE, P.C.
5 Main Street Extension, Suite 300
Plymouth, MA 02360

5

_F. X. Murphy_ (signature)

Kleenit, Inc.
By: FRANCIS X. MURPHY
Its: GENERAL MANAGER

_____
Utica National Insurance Group
By:
Its:

_____
Travelers Indemnity Company

5