UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SENTRY INSURANCE COMPANY, )<br>ROYAL & SUNALLIANCE, UTICA )<br>NATIONAL INSURANCE GROUP, and )<br>TRAVELERS PROPERTY AND )<br>CASUALTY, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-10351 (NG) |

**NOTICE OF APPEARANCE OF SETH V. JACKSON**

Kindly enter my appearance in the above-entitled action on behalf of defendants Royal Insurance Company of America and the Globe Indemnity Company.

Respectfully submitted,

**ROYAL INSURANCE COMPANY OF AMERICA
AND THE GLOBE INDEMNITY COMPANY**

By Its Attorneys,

Dated: May 24, 2004

/s/ Seth V. Jackson
Seth V. Jackson (BBO #658669)
Karl S. Vasiloff Esq. (BBO #555638)
**ZELLE, HOFMANN, VOELBEL,
MASON & GETTE LLP**
950 Winter Street, Suite 1300
Waltham, MA  02451
(781) 466-0700

**CERTIFICATE OF SERVICE**

      I, hereby certify that on this 24th day of May, 2004, I electronically filed a Notice of Appearance of Seth V. Jackson with the Clerk of Court using the CM/ECF system.  A copy of the foregoing has been sent to all counsel of record as follows:

**Plaintiff, Kleenit, Inc.  (Electronically)**
Donald P. Nagle, Esq.
**Law Office of Donald P. Nagle, P.C.**
5 Main Street Extension, Suite 300
Plymouth, MA  02360

**Defendant, Sentry Insurance Company (Electronically)**
Michael Aylward, Esq.
**Morrison, Mahoney & Miller, LLP**
250 Summer Street
Boston, MA  02210

**Defendant, Utica National Insurance Group (Electronically)**
Richard E. Heifetz, Esq.
**Tucker, Heifetz & Saltzman, LLP**
Three School Street
Boston, MA  02108

**Defendant, Travelers Indemnity Company (First Class Mail)**
Joseph S. Berman, Esq.
**Berman & Dowell**
210 Commercial Street
Boston, MA  02109

**Defendant, Utica National Insurance Group (First Class Mail)**
Danielle M. Maloney, Esq.
**Tucker, Heifetz & Saltzman, LLP**
Three School Street
Boston, MA  02108

                                               /s/ Seth V. Jackson_____
                                               Seth V. Jackson