UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CIVIL ACTION NO.  04-10351 (NG)<br>) |
| SENTRY INSURANCE COMPANY,<br>ROYAL & SUNALLIANCE, UTICA<br>NATIONAL INSURANCE GROUP, and<br>TRAVELERS PROPERTY AND<br>CASUALTY, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANTS GLOBE INDEMNITY COMPANY AND ROYAL INSURANCE COMPANY OF AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to the L.R. 16(b) conference order issued on May, 24, 2004 and Rule 56 of the Federal Rules of Civil Procedure, Defendants Globe Indemnity Company and Royal Insurance Company of America (collectively "Royal")[1] move for partial summary judgment concerning Kleenit's claim that Royal has an obligation to pay Kleenit's pre-tender defense costs and that Royal has violated G.L. c. 93A and c. 176D.

The Court should grant Royal's partial summary judgment with respect to the pre-tender defense costs and Chapter 93A and 176D claims because, under black letter Massachusetts law, Kleenit is not entitled to defense costs incurred prior to tendering this matter to Royal on September 25, 2002 regardless of whether Kleenit's notice was late and regardless of whether

---

[1] Kleenit also named "Royal & SunAlliance" as a defendant.  As set forth in the insurers' notice of removal and Royal's Opposition to Kleenit's Emergency Motion for a Preliminary Injunction, Royal & SunAlliance is not a legal entity capable of being sued.

1

Royal suffered prejudice. Further, Kleenit's Chapter 93A and 176D claims also must fail because Royal did not engage in unfair and deceptive insurance trade practices. Rather, Royal's interpretation of the policy was reasonably based on Massachusetts case law and its decisions were made in good faith.

In support of its Motion, Royal hereby incorporates: 1) Defendants Globe Indemnity Company and Royal Insurance Company of America's Memorandum of Law in Support of Motion for Partial Summary Judgment; 2) Defendants Globe Indemnity Company and Royal Insurance Company of America's Statement of Material Facts in Support of Motion for Partial Summary Judgment; and 3) the Affidavit of Karl S. Vasiloff in Support of Defendants Globe Indemnity Company and Royal Insurance Company of America's Motion for Partial Summary Judgment.

## REQUEST FOR ORAL ARGUMENT

Defendant, pursuant to L.R. 7.1(d), requests a hearing on this motion on the grounds that oral argument may be of assistance to the court in disposing of this motion.

Dated: June 14, 2004    Respectfully submitted,

**ROYAL INSURANCE COMPANY OF AMERICA and GLOBE INDEMNITY COMPANY**

By Its Attorneys,

/s/ Seth V. Jackson
Karl S. Vasiloff, Esq. (BBO #555638)
Seth V. Jackson, Esq. (BBO #658669)
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**
950 Winter Street, Suite 1300
Waltham, MA 02451
(781) 466-0700

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2004, I electronically filed Defendants Globe Indemnity Insurance Company and Royal Insurance Company of America's Motion for Partial Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Plaintiff, Kleenit, Inc.  (Electronically)**
Donald P. Nagle, Esq.
**Law Office of Donald P. Nagle, P.C.**
5 Main Street Extension, Suite 300
Plymouth, MA  02360

**Defendant, Sentry Insurance Company (Electronically)**
Michael Aylward, Esq.
**Morrison, Mahoney & Miller, LLP**
250 Summer Street
Boston, MA  02210

**Defendant, Utica National Insurance Group (Electronically)**
Richard E. Heifetz, Esq.
**Tucker, Heifetz & Saltzman, LLP**
Three School Street
Boston, MA  02108

**Defendant, Travelers Indemnity Company (Electronically)**
Joseph S. Berman, Esq.
**Berman & Dowell**
210 Commercial Street
Boston, MA  02109

**Defendant, Utica National Insurance Group (First Class Mail)**
Danielle M. Maloney, Esq.
**Tucker, Heifetz & Saltzman, LLP**
Three School Street
Boston, MA  02108

Dated:  June 14, 2004                            /s/ Seth V. Jackson
                                                              Karl S. Vasiloff, Esq. (BBO #555638)
                                                              Seth V. Jackson, Esq. (BBO #658669)
                                                               **ZELLE, HOFMANN, VOELBEL,**
                                                               **MASON & GETTE LLP**
                                                               950 Winter Street, Suite 1300
                                                               Waltham, MA  02451
                                                               (781) 466-0700