06/13/2004 21:26  6177236688         BERMANDOWELL                    PAGE  02/04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10351-NG

KLEENIT, INC., )
    Plaintiff, )
)
v. )
)
SENTRY INSURANCE CO., )
ROYAL & SUNALLIANCE, )
UTICA NATIONAL INSURANCE )
GROUP, and TRAVELERS )
PROPERTY AND CASUALTY, )
    Defendants. )
)

### AFFIDAVIT OF CATHERINE KOZYRA

Catherine Kozyra, being duly sworn, states as follows:

1. My name is Catherine Kozyra. I make the statements in this affidavit based on my personal knowledge or the matters set forth except those based on information and belief, which I believe to be true.

2. I am employed by the defendant Travelers Indemnity Company ("Travelers") as an Assistant Account Executive in the Special Liability Group. In such position, I have personal knowledge of a claim by the plaintiff in this case, Kleenit, Inc. ("Kleenit").

3. The claim arises out of two Notices of Responsibility ("NOR") that I am informed were issued by the Massachusetts Department of Environmental Protection to Kleenit pursuant to Mass. G.L. c. 21E. The first notice concerns a site owned or

TRAVELERS                Fax:8602271006              Jun 14 2004  10:15          P. 01

06/13/2004  21:26   6177236588                BERMANDOWELL                           PAGE  03/04

operated by Kleenit in Chelmsford, Massachusetts. The second notice concerns a site owned or operated by Kleenit in Acton, Massachusetts. On or about September 27, 2002, Kleenit tendered to Travelers a claim arising out of the Chelmsford site, and on or about January 13, 2003, Kleenit tendered to Travelers a claim arising out of the Acton site.

4. Pursuant to general liability insurance policies issued by Travelers to Kleenit and a cost-sharing agreement among the defendants in this case, Travelers has paid to Kleenit forty seven percent (47%) of all costs, including clean-up costs and attorneys' fees, for time incurred concerning both sites since Kleenit tendered the claims to Travelers. The only amounts that Travelers has not paid since Kleenit tendered the claims are some invoices that co-defendant, Royal & SunAlliance Insurance Company ("Royal"), is reviewing on behalf of all of the carriers.

5. To date, Travelers has paid a total of $41,207.38 for all costs that Kleenit incurred after the date it tendered the claims to Travelers. Travelers has declined to pay its share of the approximately $71,903.62 in pre-tender costs submitted by Kleenit.

6. Travelers is defending Kleenit pursuant to a reservation of rights to decline any obligation to indemnify. Accordingly, unless facts come to light that would demonstrate that the claims are excluded, Travelers will continue to reimburse Kleenit for post-tender defense costs pursuant to the cost-sharing agreement with the other defendants.

7.   Travelers has not paid Kleenit any amounts incurred before the date that Kleenit tendered the claims concerning the Acton and Chelmsford sites to Travelers.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 14TH DAY OF JUNE, 2004.

_____
Catherine Kozyra