UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC.<br>    Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY, ET AL<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  DOCKET NO: 04-10351-NG<br>)<br>)<br>)<br>) |

## MOTION FOR PARTIAL SUMMARY JUDGMENT ON BEHALF OF
## DEFENDANT SENTRY INSURANCE COMPANY

As per the Court's May 24, 2004 Conference Order, Defendant Sentry Insurance Company (Sentry) joins in the Motions for Partial Summary Judgment that co-defendants Royal and Travelers have filed and respectfully asks that partial summary judgment also be granted to it on the issue of "pre-tender" defense costs and states in support thereof as follows:

1. Although Kleenit has named Sentry as a defendant in this matter, it has to date not located any actual insurance policy issued by Sentry. As a result, Kleenit did not named Sentry in the Motion for Emergency Relief that it filed earlier in this case.

2. Insofar as any potential basis for coverage exists as to Sentry, the same arguments raised by the co-defendants would have equal application to Sentry, namely that a general liability insurer has no duty to reimburse a policyholder for fees incurred without the insurer's knowledge or consent before the defense of the case is tendered to it.

3.  Accordingly, for purposes of judicial efficiency, Sentry asks that this court extend any ruling that it may otherwise make with respect to this abstract legal issue to it so that the law of the case applies to all parties.

>Respectfully submitted,
>The Defendant,
>Sentry Insurance, A Mutual Company,
>By its attorneys,
>
>/s/ Michael F. Aylward
>_____
>Michael F. Aylward, BBO #0242850
>MORRISON, MAHONEY & MILLER, LLP
>250 Summer Street
>Boston, MA  02210-1181
>(617) 439-7500

**Certificate of Service**

    I hereby certify that on this 14th day of June 2004, a copy of the foregoing Motion for Partial Summary Judgment was served by e-mail and by mail, postage pre-paid, to all counsel of record in this matte.r

                              /s/ Michael F. Aylward

                              _____

                              Michael F. Aylward

June 14, 2004