UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC.,<br><br>      Plaintiff<br>vs.<br><br>SENTRY INSURANCE COMPANY,<br>ROYAL & SUN ALLIANCE,<br>UTICA NATIONAL INSURANCE GROUP, and<br>TRAVELERS PROPERTY AND CASUALTY,<br>      Defendants | CIVIL ACTION<br>NO. 04-10351-NG |

### DEFENDANT UTICA NATIONAL INSURANCE GROUP'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant, Utica National Insurance Group, hereby moves this Court for the entry of Partial Summary Judgment pursuant to Federal Rule of Civil Procedure, Rule 56, as to the plaintiff's claims for pre-tender defense costs and violation of G.L. c. 93A and 176D.

In support of this motion, the defendant states that there are no genuine issues of material fact and that they are entitled to a judgment as a matter of law. In further support of this motion is the attached Local Rule 56.1 Concise Statement of Undisputed Facts, Memorandum of Law and Affidavit of Richard E. Heifetz, Esquire, with attached exhibits.

REQUEST FOR ORAL ARGUMENT

Utica, pursuant to L.R. 7.1(d), requests a hearing on this motion on the grounds that oral argument may be of assistance to the court in disposing of this motion.

Respectfully submitted,

UTICA NATIONAL INSURANCE GROUP,
Defendant

By Its Attorney:

_____
Richard E. Heifetz      BBO #229000
Danielle M. Maloney    BBO #647527
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
617-557-9696
Dated: June 14, 2004

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

2