UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KLEENIT, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 04-10351 (NG) |
| SENTRY INSURANCE COMPANY, ROYAL & SUNALLIANCE, UTICA NATIONAL INSURANCE GROUP, and TRAVELERS PROPERTY AND CASUALTY, | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF KARL S. VASILOFF IN SUPPORT OF DEFENDANTS GLOBE INDEMNITY COMPANY AND ROYAL INSURANCE COMPANY OF AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Karl S. Vasiloff, being of legal age, under oath, deposes and says:

I am a member of the law firm of Zelle, Hofmann, Voelbel, Mason & Gette, LLP, counsel to Globe Indemnity Company and Royal Insurance Company of America (collectively "Royal"). I have attached as Exhibits the following documents:

- Exhibits 1 and 2 are true and accurate copies of letters dated September 25, 2002 sent by Kleenit's counsel to Royal.

- Exhibit 3 is a true and accurate copy of a Notice of Responsibility ("NOR") letter issued by the Massachusetts Department of Environmental Protection ("DEP") for the Chelmsford site, dated January 2, 2001, as provided to Royal by Kleenit.

- Exhibit 4 is a true and accurate copy of a private party demand letter from E&A Northeast Ltd. Partnership, Kleenit's landlord, in regards to the Acton site, dated August 14, 2002, as provided to Royal by Kleenit.

- Exhibit 5 is a true and accurate copy of a NOR letter issued by the DEP for the Acton Site dated December 30, 2002, as provided to Royal by Kleenit. The letter also references the submission of a Release Notification Form from Kleenit dated

October 29, 2002.

- Exhibits 6 and 7 are true and accurate copies of letters dated October 2, 2002 sent by Royal to Kleenit's counsel.

- Exhibit 8 is a true and accurate copy of a letter dated November 26, 2002 from Kleenit's counsel to Royal.

- Exhibits 9 and 10 are true and accurate copies of letters dated December 16, 2002 from Royal to Kleenit's counsel.

- Exhibits 11 and 12 are true and accurate copies of letters dated April 1, 2003 from Royal to Kleenit's counsel.

- Exhibit 13 is a true and accurate copy of a specimen "SMP" policy form as provided by Kleenit to Royal.

- Exhibit 14 is a true and accurate copy of a "claims made" pollution liability coverage form as provided by Kleenit to Royal.

- Exhibit 15 is a true and accurate copy of a letter dated August 11, 2003 from Royal to Kleenit's counsel.

- Exhibit 16 is a true and accurate copy of a letter dated July 23, 2003 from me to Kleenit's counsel enclosing a series of policies issued by Royal to Kleenit.

- Exhibit 17 is a true and accurate copy of Policy GYAD (10/1/84-10/1/85) produced to Kleenit's counsel.

- Exhibit 18 is a true and accurate copy of a letter dated August 11, 2003 from Kleenit's counsel to me.

- Exhibit 19 is a true and accurate copy of a letter with attachments dated March 11, 2003 from Kleenit's counsel to me.

- Exhibit 20 is a true and accurate copy of a letter dated July 21, 2003 from Travelers Insurance to Kleenit's counsel.

- Exhibit 21 is a true and accurate copy of a letter dated September 10, 2003 from Travelers Insurance to Kleenit's counsel.

- Exhibit 22 is a true and accurate copy of a letter with attachment dated April 20, 2004 from Kleenit's counsel to me.

- Exhibit 23 is a true and accurate copy of the Affidavit of Keith Crider dated February 5, 2004.

- Exhibits 24 to 25 are true and accurate copies of unpublished Westlaw opinions of <u>Managed Health Care Systems v. St. Paul Fire & Marine Insurance Company</u>,

2001 WL 34114949 (D. Mass. 2001) and <u>Legacy Partners, Inc. v. Travelers Indem. Co.</u>, 2003 WL 22905287, *4 (9th Cir. Dec. 9, 2003).

Subscribed and sworn under the pains and penalties of perjury this 14th day of June, 2004.

/s/ Karl S. Vasiloff
Karl S. Vasiloff

On this 14th day of June, 2004, before me, the undersigned notary public, personally appeared Karl S. Vasiloff, proved to me through satisfactory evidence of identification to be the person whose name is signed on the preceding, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

/s/ Doreen Scalzi
Notary Public
My Commission Expires: <u>March 8, 2007</u>

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2004, I electronically filed Affidavit of Karl S. Vasiloff in Support of Defendants Globe Indemnity Company and Royal Insurance Company of America's Motion for Partial Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Plaintiff, Kleenit, Inc.  (Electronically)**
Donald P. Nagle, Esq.
**Law Office of Donald P. Nagle, P.C.**
5 Main Street Extension, Suite 300
Plymouth, MA  02360

**Defendant, Sentry Insurance Company (Electronically)**
Michael Aylward, Esq.
**Morrison, Mahoney & Miller, LLP**
250 Summer Street
Boston, MA  02210

**Defendant, Utica National Insurance Group (Electronically)**
Richard E. Heifetz, Esq.
**Tucker, Heifetz & Saltzman, LLP**
Three School Street
Boston, MA  02108

**Defendant, Travelers Indemnity Company (Electronically)**
Joseph S. Berman, Esq.
**Berman & Dowell**
210 Commercial Street
Boston, MA  02109

**Defendant, Utica National Insurance Group (First Class Mail)**
Danielle M. Maloney, Esq.
**Tucker, Heifetz & Saltzman, LLP**
Three School Street
Boston, MA  02108

Dated:  June 14, 2004                     /s/ Seth V. Jackson
                                          Karl S. Vasiloff, Esq. (BBO #555638)
                                          Seth V. Jackson, Esq. (BBO #658669)
                                          **ZELLE, HOFMANN, VOELBEL,**
                                          **MASON & GETTE LLP**
                                          950 Winter Street, Suite 1300
                                          Waltham, MA  02451
                                          (781) 466-0700