UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KLEENIT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SENTRY INSURANCE COMPANY, )<br>ROYAL & SUNALLIANCE, UTICA )<br>NATIONAL INSURANCE GROUP, and )<br>TRAVELERS PROPERTY AND )<br>CASUALTY, )<br>)<br>Defendants. )  | CIVIL ACTION NO. 04-10351 (NG) |

**EXHIBITS TO THE AFFIDAVIT OF KARL S. VASILOFF IN SUPPORT OF DEFENDANTS GLOBE INDEMNITY COMPANY AND ROYAL INSURANCE COMPANY OF AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT 3



COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS
DEPARTMENT OF ENVIRONMENTAL PROTECTION
Metropolitan Boston – Northeast Regional Office

ARGEO PAUL CELLUCCI
Governor

JANE SWIFT
Lieutenant Governor

BOB DURAND
Secretary

LAUREN A. LISS
Commissioner

JAN 2 2001

Received
3/31/01

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Kleenit, Inc.
44 Park Street
Ayer, MA 01432

Attn: Mr. Keith Crider

RE: CHELMSFORD-Care Cleaners, Inc.
28 Central Square
RTN #3-20316
RELEASE NOTIFICATION
NOTICE OF RESPONSIBILITY;
NOTICE OF NEED TO CONDUCT IRA;
DESIGNATION OF INTERIM DEADLINES
M.G.L. c. 21E & 310 CMR 40.0000

Dear Mr. Crider:

The Department of Environmental Protection (DEP) has determined that a release of hazardous materials has occurred at the subject site, which extends to the 34 Central Square property and Beaver Brook, and requires the initiation of one or more Immediate Response Actions as described in Section 310 CMR 40.0410 of the Massachusetts Contingency Plan (the MCP). DEP has also determined that Kleenit, Inc. is a Potentially Responsible Party (PRP) pursuant to Massachusetts General Law, Chapter 21E (M.G.L. c. 21E), and the MCP. Attached to this letter is a fact sheet discussing the liability provisions of M.G.L. c. 21E. Please refer to the statute for a complete discussion of these provisions. You may undertake the necessary Immediate Response Actions provided that you engage the services of a Licensed Site Professional to prepare and submit an Immediate Response Action Plan in accordance with 310 CMR 40.0410 and the provisions of this letter.

BACKGROUND

Earliest records indicate that in 1979, the Town of Chelmsford's-Turnpike Road municipal supply well was sampled for the first time for volatile organic compound's (VOC's) by the Town's Water Department. At that time, the chlorinated VOC's trichloroethene (TCE) and perchloroethene (PCE) were detected in the supply well water at concentrations of 1.40 micrograms per liter (ug/l) and 0.40 ug/l, respectively. Since the 1979 VOC sampling round, PCE, TCE, and additional chlorinated VOCs have continued to be sporadically detected in the supply well water, similar to the 1979 levels. The Federal and State Safe Drinking Water Standards/Guidelines is 5.0 ug/l for both TCE and PCE.

This information is available in alternate formats by calling our ADA Coordinator at (617) 574-6872.
205A Lowell St. Wilmington, MA 01887 • Phone (978) 661-7600 • Fax (978) 661-7615 • TTD# (978) 661-7679
Printed on Recycled Paper

CHELMSFORD-28 Central Square  Page 2
Need to Conduct Immediate Response Actions

In March 2000, DEP's Site Discovery group (DEP/SD) began conducting an investigation within the Turnpike Road wellfield in order to locate the source of the chlorinated VOC contamination. In August 2000, DEP/SD installed six driven wellpoints (DEP-11 through DEP-16) at locations along Beaver Brook to depths below the streambed. During that time, groundwater samples were collected from the wellpoints and screened for VOCs at DEP's Northeast Regional Office (NERO Lab). Results of the Beaver Brook sampling identified PCE in samples collected from wellpoints DEP-16 and DEP-12 at estimated concentrations of 246 ug/l and 2015 ug/l, respectively. Wellpoint DEP-16 is located to the northeast of the 34 Central Square property. Wellpoint DEP-12 is located approximately 300 feet southeast and downstream of DEP-16.¹ Follow-up surface water samples were also collected from Beaver Brook within the vicinity of the driven wellpoints and found to contain PCE as high as 2.8 ug/l and other chlorinated VOCs at similar levels:

DEP/SD has also reviewed information on file for the Care Cleaners site (RTN: 3-2739). According to information on file, historic releases of chlorinated VOCs similar to those identified during DEP/SD's Beaver Brook investigation occurred at the Care Cleaners site. The site is located approximately 300 feet to the southwest and upgradient of wellpoint DEP-16. The most recent groundwater quality results on file with DEP for the site was from assessment work conducted in March 1997. At that time, PCE and the breakdown product TCE were reported in groundwater sampled from on-site monitoring wells at concentrations as high as 150 ug/l and 27 ug/l, respectively. Additional PCE breakdown products such as cis(1,2)-dichloroethene and vinyl chloride were also identified during this sampling round at concentrations as high as 1800 ug/l and 350 ug/l, respectively. A possible source of the chlorinated VOC contamination was previously identified as the former sanitary system. To date, DEP is not aware of any remedial response actions which have taken place at this portion of the site.

## NECESSARY RESPONSE ACTIONS

Based on the above information, DEP has determined that a Condition of Substantial Release Migration (SRM), as described in 310 CMR 40.0006, exists at the subject site. Pursuant to 310 CMR 40.0412(3), Immediate Response Actions shall be conducted at sites where a condition of SRM has been identified. You, as a Potentially Responsible Party for this release, may undertake the necessary Immediate Response Actions at this site in lieu of DEP provided that you submit to this Office, within sixty (60) days from the date of this letter:

1) a Release Notification Form pursuant to 310 CMR 40.0333,

2) an Immediate Response Action Plan prepared in accordance with 310 CMR 40.0424. At a minimum, the Immediate Response Action Plan must include details on assessment activities to be undertaken in determining the required mitigation and/or remedial actions regarding this SRM, and;

3) a timetable for the implementation of the Immediate Response Action.

If you intend to undertake the necessary Immediate Response Actions at this site, you must notify Mr. Kyle MacAfee of DEP's Northeast Regional Office [(978) 661-7690] of such an intent by no later than 5:00 p.m. on February 6, 2001. If you fail to provide this notice and to voluntarily undertake the response action(s) necessary at the subject site within the time periods established herein, DEP

may perform such response actions and seek to recover its costs and/or may initiate other appropriate enforcement actions to ensure that such response actions are conducted.

DEP encourages parties with liabilities under M.G.L. c. 21E to take prompt action in response to releases and threats of release of oil and/or hazardous material. By taking prompt action, you may significantly lower your assessment and cleanup costs and avoid the imposition of, or reduce the amount of, certain permit and annual compliance fees for response actions payable under 310 CMR 4.00.

If you have any questions concerning the content of this letter, please contact Mr. Kyle MacAfee at the letterhead address or at (978) 661-7690. All future communications regarding this release must reference the Release Tracking Number provided in the subject heading of this letter.

Very truly yours,

*[signature: Iris W. Davis]*

Iris W. Davis
Section Chief
Permits/Risk Reduction

cc:   DEP/NERO/WS Attn: Mr. James Persky
DEP/BOSTON/BWSC SD Attn: Mr. John Hamilton
DEP/NERO/BWSC RR Attn: Mr. Kyle MacAfee
Town of Chelmsford Water Department-Central Water District, 20 Watershed Lane, Chelmsford, MA 01824 Attn. Superintendant Robert Doak
Town Of Chelmsford-Board Of Health, Town Offices, 50 Billerica Road, Chelmsford, MA 01824 Attn: Health Agent
Town of Chelmsford-Community Development Coordinator, Town Offices, 50 Billerica Road, Chelmsford, MA 01824 Attn: Andrew J. Sheehan
BR Trust c/o Ms. Sandra Jenkins, 15 Indian Ridge, West Newbury, MA 01985
D'Amore Associates, Inc., 148 Tonakin Road, Lancaster, MA 01523
   Attn: Mr. Dennis D'Amore

DEP data entry/file

Attachment: Release Notification Form; BWSC - 103



COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS
DEPARTMENT OF ENVIRONMENTAL PROTECTION
Metropolitan Boston – Northeast Regional Office

JANE SWIFT
Governor

BOB DURAND
Secretary

JUN 19 2001

LAUREN A. LISS
Commissioner

<u>URGENT LEGAL MATTER· PROMPT ACTION NECESSARY</u>
<u>CERTIFIED MAIL· RETURN RECEIPT REQUESTED</u>

Kleenit Inc.
44 Park Street
Ayer, MA 01432

RE:  Chelmsford
     28 Central Square
     RTN # 3- 20316

Attn:  Keith Crider

<u>NOTICE OF NEED TO CONDUCT IMMEDIATE RESPONSE ACTIONS;</u>
<u>INTERIM DEADLINE: M.G.L. c. 21E & 310 CMR 40.0000</u>

Dear Mr. Crider:

The Department of Environmental Protection (the Department or DEP) has determined that there is or has been a release of oil and/or hazardous material at the above-referenced property. On February 13, 2001, you were given a "Notice of Responsibility (NOR)" issued by the Department explaining your liability and responsibility to conduct an Immediate Response Action (IRA) to address a condition of Substantial Release Migration (SRM) at the site, namely contaminated groundwater at the subject site is discharging to Beaver Brook. As of this date, you have accepted responsibility for the subject release and have been conducting response actions to address the SRM identified at the site.

The Department received a report entitled "Immediate Response Action Status Report" on May 10, 2001, prepared by Camp Dresser & Mckee Inc. (CDM). The report documents that chlorinated volatile organic compounds (CVOCs) have been detected in a sump water sample collected from 34 Central Square in Chelmsford, which operates a day care facility. In addition, CVOCs in indoor air at this location were also detected. This condition constitutes a Critical Exposure Pathway (CEP) in accordance with 310 CMR 40.0006. Information available to DEP indicates that a releases of hazardous material (primarily CVOCs) has occurred at the site which extends to the 34 Central Square property and Beaver Brook, and requires the initiation of one or more IRAs as described in 310 CMR 40.0410

CHELMSFORD-28 Central Square
Notice of Need to conduct IRA
Page 2 of 3

NECESSARY RESPONSE ACTIONS

DEP has reason to believe that you (Kleenit Inc.) are a Potentially Responsible Party (PRP) with liability under Section 5A of M.G.L.c. 21E for costs and damages associated with the subject release causing the CEP. You may undertake the necessary IRA and engage the services of a Licensed Site Professional to prepare and submit an IRA Plan Modification in accordance with 310 CMR 40.0410 and the provisions of this letter in lieu of DEP provided that you submit to this Office, within 30 days from the date of this letter

(A)   An Immediate Response Action Plan Modification prepared in accordance with 310 CMR 40.0424. At a minimum, the IRA Plan Modification shall outline the steps to take to mitigate/abate the CEP condition; and

(B)   A timetable for the implementation of the IRA.

The date established for this submittal is an Interim Deadline established pursuant to 310 CMR 40.0167. The Department's decision to establish one or more Interim Deadlines in accordance with 310 CMR 40.0167 is not subject to M.G.L. c. 30A or any other law governing adjudicatory proceedings.

Should you fail to voluntarily undertake the required response actions and provide the Department with the submittals required in (A) and (B) by the Interim Deadline established above, or should you provide submittals that are determined by the Department to be unacceptable, the Department may initiate these response actions and appropriate cost recovery and/or enforcement actions. If at any time you wish to assume responsibility for these response actions after the Department has initiated them, you may do so only with the permission of DEP.

Be advised that in addition to the specific response action requirements mentioned in this notification, you are responsible for conducting all additional 21E response actions, which may be necessary to complete the cleanup of this site in accordance with the MCP. The subject site shall not be deemed to have all the necessary and required response actions taken unless and until all substantial hazards presented by the site have been eliminated and a level of No Significant Risk exists or has been achieved in compliance with M.G.L. c. 21E and the MCP. These response actions may include but are not limited to Comprehensive Response Actions and additional Immediate Response Actions.

IDENTIFICATION OF OTHER POTENTIALLY RESPONSIBLE PARTIES

The Department has identified several other PRPs associated with this site. As mentioned above, M.G.L. c. 21E liability is "strict", meaning it is not based on fault, but solely on a person's status as an owner, operator, generator, transporter or disposer. It is also joint and several, meaning that a person may be liable for all response action costs incurred at the site, regardless of the existence of any other liable parties. In light of this, a Notice of Responsibility, Notice of Response Action and Interim Deadline letters to address the CEP condition identified at 34 Central Square have been sent to each of the following persons:

Mobil Business Resources Corporation in Westborough, MA

Energy North Inc. in North Reading, MA



CHELMSFORD-28 Central Square
Notice of Need to conduct IRA
Page 3 of 3

The Department encourages all parties listed here to contact one another in order to respond to this notification. A joint response action plan would be acceptable to the Department. The Department encourages PRPs to take prompt action in response to releases and threats of release of oil and/or hazardous material. By taking prompt action, PRPs may significantly lower their assessment and cleanup costs and avoid the imposition of, or reduce the amount of, certain permit and annual compliance fees for response actions payable under 310 CMR 4.00.

You should notify the Department in writing no later than 5:00 p.m. on June 29, 2001 if you intend to submit the required IRA Plan Modification to the Department.

If you have any questions relative to this notice, you should contact Jennifer Wang at the letterhead address or (978) 661-7737. All future communications regarding this release must reference the Release Tracking Number provided in the subject heading of this letter.

Very truly yours,

Jennifer Wang
Environmental Engineer

Iris Davis
Section Chief

cc: DEP data entry/file
Chelmsford Board of Health
DEP/NERO/WS Attn: Mr. James Persky
DEP/BOSTON/BWSC SD Attn: Mr. John Hamilton
Town of Chelmsford Water Department-Central Water District, 20 Watershed Lane, Chelmsford, MA 01824, Attn: Superintendent Robert Doak
Town of Chelmsford-Community Development Coordinator, Town Offices, 50 Billerica Rd, Chelmsford, MA 01824, Attn: Andrew Sheehan
BR Trust c/o Ms. Sandra Jenkins, 15 Indian Ridge, West Newbury, MA 01985
D' AMORE Associates, Inc., 148 Tonakin Rd, Lancaster, MA 01523, Attn: Mr. Dennis D' Amore
GEO Insight, Inc., 75 Gilcreast Rd, Suite 210, Londonderry, NH 03053-3564, Attn: Mr. Richard Wozmak
Energy North, Inc., 315 Main Street, North Reading, MA 01864, Attn: Mr. Patrick O'Connell
Lessard Environmental, Inc., 10 First Avenue, Suite 33, Peabody, MA 01960, Attn: Mr. Lawrence Lessard
Mobil Business Resources Corporation, 1800 West Park Drive, Suite 450, Westborough, MA 01581-0000, Attn: Ms. Irene Hodor
Camp Dresser & Mckee Inc., One Cambridge Place, 50 Cambridge Street, Cambridge, MA 02139, Attn: Ms. Andrea Sewall