UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KLEENIT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SENTRY INSURANCE COMPANY, )<br>ROYAL & SUNALLIANCE, UTICA )<br>NATIONAL INSURANCE GROUP, and )<br>TRAVELERS PROPERTY AND )<br>CASUALTY, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-10351 (NG) |

**EXHIBITS TO THE AFFIDAVIT OF KARL S. VASILOFF IN SUPPORT OF DEFENDANTS GLOBE INDEMNITY COMPANY AND ROYAL INSURANCE COMPANY OF AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT 6

**ROYAL & SUNALLIANCE.**

Environmental Claim Dept
Suite 440
9140 Arrowpoint Blvd
Charlotte NC 28273

Phone
704 522-2000

## CERTIFIED MAIL - RETURN RECEIPT REQUESTED

October 2, 2002

Robert Fasanella
Rubin and Rudman, LLP
50 Rowes Wharf
Boston, MA 02110

Re: Insured: Kleenit, Inc. (a.k.a. Sudz-It; Duds Cleaners & Care Cleaners)
Location: 28 Central Square, Chelmsford, MA
Claimant: MADEP
Type of Loss: Alleged release of hazardous materials
Our File No.: 0650008155

Dear Mr. Fasanella:

This correspondence confirms our receipt of the captioned claim. Please forward any further correspondence that you may have concerning this matter to the undersigned.

Since this is our first notice of the claim, there are many facts that we have not been able to ascertain to date. In matters of this nature, many of these facts invoke serious questions of insurance coverage when they are related to the terms, provisions and conditions of your policy. Such coverage questions often pertain to, but are not limited to: the very existence of a policy and/or its provisions, limits and conditions; the definition of Occurrence; the definition of Property Damage; obligations outlined in the Insuring Agreement; the time of any Occurrence; Limits; the Notice provisions; the pollution exclusion, etc. If it is determined during our investigation of this claim that coverage does not apply for defense and/or indemnity, we reserve our rights to withdraw from any further investigation or defense, and we further reserve our rights to disclaim indemnity. We will proceed to investigate this claim under a complete reservation of our rights in every respect. Any action taken by Royal & SunAlliance Insurance or by any of its representatives does not constitute a waiver of such rights.

Since we have limited information as to the insured's involvement at the subject site, we ask that you bring us current at this time. We would like to receive from you, at your earliest convenience and without limitations, the following:

- American and Foreign Insurance Company
- Atlantic Indemnity Company
- Atlantic Security Insurance Company
- Carolina American Insurance Company
- The Connecticut Indemnity Company
- Connecticut Specialty Insurance Company
- Design Professionals Insurance Company
- EBI Indemnity Company
- Employee Benefits Insurance Company
- Financial Structures Insurance Company
- The Fire and Casualty Insurance Company of Connecticut
- Globe Indemnity Company
- Grocers Insurance Company
- Guaranty National Insurance Company
- Guaranty National Insurance Company of Connecticut
- Landmark American Insurance Company
- Marine Indemnity Insurance Company of America
- Orion Insurance Company
- Peak Property and Casualty Insurance Corporation
- Phoenix Assurance Company of New York
- Royal & SunAlliance Personal Insurance Company
- Royal Indemnity Company
- Royal Insurance Company of America
- Royal Lloyds of Texas
- Royal Surplus Lines Insurance Company
- Safeguard Insurance Company
- The Sea Insurance Company of America
- Security Insurance Company of Hartford
- Union Insurance Company

A member of the worldwide Royal & Sun Alliance Insurance Group plc

(1) A list of all carriers, years of coverage and their respective representatives, if known. Please indicate if these carriers have been placed on notice as well.

(2) Any other information you feel is relevant or useful in the investigation and evaluation of this claim.

Once we have verified the existence of our policy (and provisions) and have obtained further facts concerning the claim, we will update our position in this matter. We thank you for bringing this claim to our attention, and we look forward to working with you to the best of our ability. If you have any questions concerning any of the above, then please contact the undersigned directly.

Sincerely,


Kevin S. Keyes
Environmental Claim Department
(704) 522-2274
kevin_keyes@rsausa.com


cc:

Keith Crider
Kleenit, Inc.
44 Park St.
Ayer, MA 01432