UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY,<br>ROYAL & SUNALLIANCE, UTICA<br>NATIONAL INSURANCE GROUP, and<br>TRAVELERS PROPERTY AND<br>CASUALTY,<br><br>    Defendants. | CIVIL ACTION NO. 04-10351 (NG) |

**EXHIBITS TO THE AFFIDAVIT OF KARL S. VASILOFF IN SUPPORT OF DEFENDANTS GLOBE INDEMNITY COMPANY AND ROYAL INSURANCE COMPANY OF AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT 8

# RUBIN AND RUDMAN LLP

COUNSELLORS AT LAW

· 50 ROWES WHARF · BOSTON, MASSACHUSETTS 02110-3319
TELEPHONE: (617) 330-7000 · FACSIMILE (617) 439-9556 · EMAIL: FIRM@RUBINRUDMAN.COM

Peter J. Feuerbach
Direct Dial: (617) 330-7136
E-mail: pfeuerbach@rubinrudman.com

November 26, 2002

Kevin S. Keyes
Environmental Claim Department
Royal & Sunalliance
9140 Arrowpoint Blvd.
Suite 440
Charlotte, NC 28273

Re:  Insured:      Kleenit, Inc. (a.k.a. Sudz-It; Duds Cleaners & Care Cleaners)
     Location:     28 Central Square, Chelmsford, MA
     Claimant:     MADEP
     Type of Loss: Alleged release of hazardous materials
     Your File No. 0650008155

And  Insured:      Kleenit, Inc. (a.k.a. Sudz-It; Duds Cleaners & Care Cleaners)
     Location:     293 and 295 Main St., Acton, MA
     Claimant:     MADEP
     Type of Loss: Alleged release of hazardous materials
     Your File No. 0650008154

Dear Mr. Keyes:

This is to let you know that we have been contacted by phone by a Mr. Richard Blume, who has indicated that he is a claims adjuster with George Butler Adjusters and working on behalf of Royal & Sunalliance in the above-referenced matters. Mr. Blume has verbally requested to take a statement from our client under oath concerning the claims. Mr. Blume has indicated that Royal & Sunalliance is entitled under Kleenit's policies with the company to take such a sworn statement.

Although you have corresponded with us previously, you have never mentioned Mr. Blume or any other adjuster working on behalf of Royal & Sunalliance with respect to these matters. You have not requested a sworn statement from our client nor asserted any right to take such a statement. In fact, as of the present date, you have not acknowledged the existence of the policies to which we have referred in our two letters to you.

531565_1

RUBIN AND RUDMAN LLP

Kevin S. Keyes
November 26, 2002
Page 2

    Please be advised that our client does not presently agree to providing Royal & Sunalliance with a sworn statement pertaining to the claims. Without waiving any rights or objections, our client will not consider making such a statement unless and until Royal & Sunalliance acknowledges the existence of the policies and provides us with complete copies of the same. This is now our third request for copies of the policies. Further, we will not have communications with Mr. Blume, or any other adjuster or investigator, unless and until Royal & Sunalliance has informed us in writing that it has engaged a particular individual to investigate the claim and has identifed the specific scope of the investigations.

Very truly yours,

Peter J. Feuerbach

PJF/ees
cc:    Keith Crider, Kleenit, Inc.
        Robert K. Fasanella, Esq.
        Richard Blume

531565_1