UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KLEENIT, INC.<br><br>Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY, ROYAL & SUNALLIANCE, UTICA NATIONAL INSURANCE GROUP, and TRAVELERS PROPERTY AND CASUALTY,<br><br>Defendants. | CIVIL ACTION NO. 04-10351 (NG) |

**EXHIBITS TO THE AFFIDAVIT OF KARL S. VASILOFF IN SUPPORT OF DEFENDANTS GLOBE INDEMNITY COMPANY AND ROYAL INSURANCE COMPANY OF AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT 10



Environmental Claim Dept
Suite 440
9140 Arrowpoint Blvd
Charlotte NC 28273

www.royalsunalliance-us n

Phone
704 522-2000

December 16, 2002

Peter J, Feuerbach
Rubin and Rudman, LLP
50 Rowes Wharf
Boston, MA 02110

RE:  Insured:      Kleenit, Inc. (a.k.a. Sudz-It; Duds Cleaners & Care Cleaners)
     Site:         293 – 295 Main St., Acton, MA
     Claimant:     MADEP
     Type of Loss: Alleged release of hazardous materials
     Our File No:  0650008154

Dear Mr. Feuerbach:

This will acknowledge your letter of November 26, 2002.

This will confirm that we retained George Butler Adjusters and their employee, Richard Blume, to obtain a statement from your client regarding the specifics of this claim. In addition we requested that Mr. Blume obtain information from your client regarding the history of the insured including past and present locations and any mergers or acquisitions.

We have performed a search of our records and have been unable to locate any information concerning the policies under which your client is seeking coverage.

You have provided us with a copy of a handwritten ledger listing alleged policy numbers and dates as well as sample SMP and pollution liability policies. A handwritten ledger listing alleged policy numbers and dates of alleged coverage is not sufficient authentication of the locations insured, terms, conditions, limit of liability and exclusions of policies allegedly issued by Globe Indemnity Co. Therefore, the information you have provided to date is not sufficient for us to affirm or deny coverage.

• American and Foreign Insurance Company    • Design Professionals Insurance Company    • Grocers Insurance Company    • Peak Property and Casualty Insurance Corporation    • Royal Surplus Lines Insurance Company
• Atlantic Indemnity Company    • EBI Indemnity Company    • Guaranty National Insurance Company    • Phoenix Assurance Company of New York    • Safeguard Insurance Company
• Atlantic Security Insurance Company    • Employee Benefits Insurance Company    • Guaranty National Insurance Company of Connecticut    • Royal & SunAlliance Personal Insurance Company    • The Sea Insurance Company of America
• Carolina American Insurance Company    • Financial Structures Insurance Company    • Landmark American Insurance Company    • Royal Indemnity Company    • Security Insurance Company of Hartford
• The Connecticut Indemnity Company    • The Fire and Casualty Insurance Company of Connecticut    • Marine Indemnity Insurance Company of America    • Royal Insurance Company of America    • Unisun Insurance Company
• Connecticut Specialty Insurance Company    • Globe Indemnity Company    • Orion Insurance Company    • Royal Lloyds of Texas    • Viking Insurance Company of Wisconsin

A member of the worldwide Royal & Sun Alliance Insurance Group plc

87964 0502

Sincerely,


Kevin S. Keyes
Environmental Claim Dept
704-522-2274
kevin_keyes@rsausa.com


cc:

Richard Blume
George Butler Adjusters, Inc.
15 Mulberry St.
Springfield, MA  01105