UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY,<br>ROYAL & SUNALLIANCE, UTICA<br>NATIONAL INSURANCE GROUP, and<br>TRAVELERS PROPERTY AND<br>CASUALTY,<br><br>    Defendants. | CIVIL ACTION NO.  04-10351 (NG) |

**EXHIBITS TO THE AFFIDAVIT OF KARL S. VASILOFF IN SUPPORT OF
DEFENDANTS GLOBE INDEMNITY COMPANY AND ROYAL INSURANCE
COMPANY OF AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT 15 (Part II)

respects all occurrences during each annual period commencing with the effective or anniversary date of this policy.

C.    All personal injury, property damage and advertising liability arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

D.    In the event of reduction or exhaustion of the aggregate limits of liability under the underlying insurance by reason of losses paid thereunder, this policy shall:

    (1)    in the event of reduction, pay the excess of reduced underlying insurance, and

    (2)    in the event of exhaustion, continue in force as underlying insurance in accordance with the terms and conditions of this policy.

E.    In no event shall the company be liable for an amount in excess of that set forth in the declarations on account of each occurrence happening during the period commencing with the effective or anniversary date of this policy.

**4.    Underlying Limit – Retained Limit**
The company shall be liable only for the Ultimate Net Loss in excess of the greater of the insured's:

A.    UNDERLYING LIMIT – An amount equal to the limits of liability indicated beside the underlying insurance listed in the Schedule of Underlying Insurance, plus the applicable limits of any other underlying insurance collectible by the insured; or

B.    RETAINED LIMIT – The amount specified in Item 3 of the declarations as a result of any one occurrence not covered by underlying insurance, and which shall be borne by the insured.

## EXCLUSIONS

This policy does not apply:

4.    To property damage to property owned by the insured

The following exclusion is added by endorsement:

It is hereby understood and agreed that Section III, Exclusion Number 10 is amended to read as follows:

It is agreed that the exclusion relating to the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants is replaced by the following:

(1)　to bodily injury or property damage arising out of the actual, alleged or threatened discharge, dispersal, release or escape of pollutants:

    (a)　at or from premises owned, rented or occupied by the named insured;

    (b)　at or from any site or location used by or for the named insured or others for the handling, storage, disposal, processing or treatment of waste;

    (c)　which are or at any time transported, handled, stored, treated, disposed of, or processed as waste by or for the named insured or any person or organization for whom the named insured may be legally responsible; or

    (d)　at or from any site or location on which the named insured or any contractors or subcontractors working directly or indirectly on behalf of the named insured are performing operations:

        (i)　if the pollutants are brought on or to the site or location in connection with such operations; or

        (ii)　if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the pollutants.

(2)　to any loss, cost or expense arising out of any governmental direction or request that the named insured test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminants, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Any circumstances that trigger application of the above exclusion would not be covered and we reserve our rights accordingly.

## DEFINITIONS

"Property damage" means (a) physical injury to or destruction of tangible property including the loss of use thereof at any time resulting therefrom, or (b) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an occurrence.

"Occurrence" with respect to coverage 1(a) and (b) means an accident, happening or event, including continuous or repeated exposure to conditions which causes injury to persons or tangible property neither expected nor intended from the standpoint of the insured during the policy period. With respect to Coverage 1(c) "Occurrence" means all damages involving the same injurious material or act regardless of frequency or repetition thereof, the number or kind of medial used, and the number of claimants and all such damages shall be deemed to arise our of one happening.

"Ultimate Net Loss" means: the total sums actually paid or payable as damages in settlement of a claim with the written consent of the company or in satisfaction of a judgment for which the insured is legally liable after making deductions for all other recoveries, salvages and other insurances (whether recoverable or not) other than underlying insurance and excess insurance purchased specifically to be in excess of this policy and also includes investigation, adjustment, appraisal, appeal and defense costs paid or incurred by the insured with respect to damages covered hereunder. "Ultimate Net Loss" does not include (a) costs and expenses which an underlying insurer has paid or incurred or is obligated to pay to or on behalf of the insured, (b) office costs and expenses of the insured and salaries and expenses of employees of the insured or (c) general retainer fees of counsel retained by the insured.

Any allegations or circumstances not qualifying as a policy defined occurrence or property damage would not be covered and we reserve our rights accordingly. Any property damage taking place during a time period not covered by our policy would not be covered and we reserve our rights accordingly.

## CONDITIONS

### 7. Maintenance of Underlying Insurance

It is warranted by the insured that the underlying policy(ies) listed in the Schedule of Underlying Insurance, or renewals or replacements thereof not more restrictive in coverage, shall be maintained in force during the currency of this policy, except for any reduction in the aggregate limit(s) contained therein solely by payment of claims in respect of occurrences happening during the period of this policy. In the event of failure by the insured so to maintain such policy(ies) in force, the insurance afforded by this policy shall apply in the same manner as it would have applied had such policy(ies) been so maintained in force.

### 8. Assistance and Cooperation

Except as provided in Insuring Agreement 2., the company shall not be called upon to assume charge of settlement or defense of any claim made, suit brought or proceeding instituted against the insured; but the company shall have the right and shall be given the opportunity to associate with the insured in the defense and control of any claim, suit or proceeding reasonably likely to involve the company. In such event the insured and the company shall cooperate fully.

Any breach of the previously stated conditions may preclude coverage under this policy.

Based on the absolute pollution exclusion, we must respectfully decline coverage for both defense and indemnity under polcies GLA 177203 (02/03/85 - 10/01/85), GLA 206123 (10/01/85 – 10/01/86), GLA 206270 (10/01/86 – 10/01/87) AND GLA 227838 (10/01/87 – 10/01/88).

We refer you to the Insuring Agreement, definition of "occurrence", definition of "property damage", Exclusions and Insured's Duties In The Event of Occurrence, Claim or Suit for policies GSP 112849 (10/01/90 – 10/01/91), GSP 112849 (10/01/91 – 10/01/92), GSP 112849 (10/01/92 – 10/01/93), GSP 112849 (10/01/93 – 10/01/94).

## SECTION 1 – COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1.    **Insuring Agreement**

   a.    We will pay those sums that the insured becomes legally obligated to pay as damages because of bodily injury or property damage to which this insurance applies. We will have the right and duty to defend any suit seeking those damages. We may at our discretion investigate any occurrence and settle any claim or suit that may result. But:

   (1)    The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

   (2)    Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

   b.    This insurance applies to bodily injury and property damage only if:

   (1)    The bodily injury or property damage is caused by an occurrence that takes place in the coverage territory; and

   (2)    The bodily injury or property damage occurs during the policy period.

   c.    Damages because of bodily injury include damages claimed by any one

person or organization for care, loss of services or death resulting at any time from the bodily injury.

To the extent that the costs incurred by Kleenit do not qualify as sums Kleenit is legally obligated to pay "as damages" because of property damage would not be covered under the above referenced policies.

2.    **EXCLUSIONS**

This insurance does not apply to:

**f.(1)**    Bodily injury or property damage arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

   **(a)**    At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

   **(b)**    At or from any premises, site or location which is or was at any time use by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

   **(c)**    Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

   **(d)**    At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

      **(i)**    if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

      **(ii)**    if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of pollutants.

Subparagraphs (a) and (d)(i) do not apply to bodily injury or property damage arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**(2)**    Any loss, cost or expense arising out of any:

   (a)   Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of pollutants; or

   (b)   Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**j.**   Property damage to:

   (1)   Property you own, rent or occupy;

   (2)   Premises you sell, give away or abandon, if the property damage arises out of any part of those premises;

   (3)   Property loaned to you;

   (4)   Personal property in the care, custody or control of the insured;

   (5)   That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the property damage arises out of those operations; or

   (6)   That particular part of any property that must be restored, repaired or replaced because your work was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are your work and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this agreement does not apply to property damage included in the products-completed operations hazard.

Any circumstances that trigger application of the above exclusion would not be covered and we reserve our rights accordingly.

## DEFINITIONS

Occurrence means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.
Property damage means:

**a.**   Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that cause it; or

**b.**   Loss of use of tangible property that is not physically injured. All such loss that shall be deemed to occur at the time of the occurrence that caused it.

Any allegations or circumstances not qualifying as a policy defined occurrence or property damage would not be covered and we reserve our rights accordingly. Any property damage taking place during a time period not covered by our policy would not be covered and we reserve our rights accordingly.

## CONDITIONS

**2.**   **Duties In The Event Of Occurrence, Claim Or Suit**

    **a.**   You must see to it that we are notified as soon as practicable of an occurrence or an offense which may result in a claim. To the extent possible, notice should include:

        **(1)**   How, when and where the occurrence or offense took place;

        **(2)**   The names and addresses of any injured persons and witnesses; and

        **(3)**   The nature and location of any injury or damage arising out of the occurrence or offense.

    **b.**   If a claim is made or suit is brought against any insured, you must:

        **(1)**   Immediately record the specifics of the claim or suit and the date received; and

        **(2)**   Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim or suit as soon as practicable.

    **c.**   You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation, settlement or defense or the claim or suit; and

(4) Assist us, upon our request, in the enforcement of any right against person or organization which may be liable to the insured because of bodily injury or damage to which this insurance may also apply.

d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

Any breach of the previously stated conditions may preclude coverage under this policy.

Based on the absolute pollution exclusion, we must respectfully decline coverage for both defense and indemnity under policies GSP 112849 (10/01/90 – 10/01/91), GSP 112849 (10/01/91 – 10/01/92), GSP 112849 (10/01/92 – 10/01/93), GSP 112849 (10/01/93 – 10/01/94).

In summary, Royal & SunAlliance agrees to participate in the defense of Kleenit, Inc., subject to a reservation of rights under policy GYAD 36485 (10/01/84 – 10/01/85).

In addition, Royal & SunAlliance must respectfully decline coverage for both defense and indemnity under policies GLZ 102643 (12/20/83 – 12/20/84). GLZ 102708 (12/20/84 – 12/20/85), GLZ 102602 (12/20/85 – 12/20/86), GLZ 102603 (12/20/86 – 12/20/87) and GLZ 103510 (12/20/87 – 12/20/88) as the claim was not made during the policy periods and was not reported to us within fifteen days of the policies' termination.

Royal & SunAlliance must respectfully decline coverage for both defense and indemnity under policies GYAD 36485 (10/01/85 – 10/01/86), GYAD 36485 (10/01/86 – 10/01/87), GYAL 33151 (10/01/87 – 10/01/88), GYAL 33151 (10/01/88 – 10/01/89), GYAL 33151 (10/01/89 – 10/01/90), GLA 177203 (02/03/85 - 10/01/85), GLA 206123 (10/01/85 – 10/01/86), GLA 206270 (10/01/86 – 10/01/87) AND GLA 227838 (10/01/87 – 10/01/88), GSP 112849 (10/01/90 – 10/01/91), GSP 112849 (10/01/91 – 10/01/92), GSP 112849 (10/01/92 – 10/01/93) and GSP 112849 (10/01/93 – 10/01/94) due to the absolute pollution exclusion. In addition, Royal & SunAlliance declines coverage for any defense or other costs incurred prior to the time this claim was tendered to Royal.

Any actions by any representative of our company shall not be construed as a waiver of any said rights or as an admission of coverage under the policies. We expressly reserve our right to update, modify or supplement our current position and to disclaim coverage for defense and/or indemnity as may be warranted at any time during our involvement in

this matter. We reserve the right to withdraw from the defense of these matters as warranted and to seek reimbursement of our expenses should it be determined that coverage does not exist.

Should you have any questions, please feel free to contact me directly.

Sincerely,


Kevin S. Keyes
Environmental Claim Dept
704-522-2274
kevin_keyes@rsausa.com


cc:

Keith Crider
Kleenit, Inc.
44 Park St.
Ayer, MA  01432

KLEENIT, INC.
ATTACHMENT "A"

GLZ 102643 (12/20/83 – 12/20/84)
GLZ 102708 (12/20/84 – 12/20/85)
GLZ 102602 (12/20/85 – 12/20/86)
GLZ 102603 (12/20/86 – 12/20/87)
GLZ 103510 (12/20/87 - 12/20/88)

GYAD 36485 (10/01/84 – 10/01/85)
GYAD 36485 (10/01/85 – 10/01/86)
GYAD 36485 (10/01/86 – 10/01/87)

GYAL 33151 (10/01/87 – 10/01/88)
GYAL 33151 (10/01/88 – 10/01/89)
GYAL 33151 (10/01/89 – 10/01/90)
GYAL 33151 (10/01/90 – 10/01/91)

GLA 177203 (02/03/85 – 10/01/85)
GLA 206123 (10/01/85 – 10/01/86)
GLA 206270 (10/01/86 – 10/01/87)
GLA 227838 (10/01/87 – 10/01/88)

GSP 112849 (10/01/90 – 10/01/91)
GSP 112849 (10/01/91 – 10/01/92)
GSP 112849 (10/01/92 – 10/01/93)
GSP 112849 (10/01/93 – 10/01/94)