UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KLEENIT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY,<br>ROYAL & SUNALLIANCE, UTICA<br>NATIONAL INSURANCE GROUP, and<br>TRAVELERS PROPERTY AND<br>CASUALTY,<br><br>    Defendants. | CIVIL ACTION NO. 04-10351 (NG) |

**EXHIBITS TO THE AFFIDAVIT OF KARL S. VASILOFF IN SUPPORT OF
DEFENDANTS GLOBE INDEMNITY COMPANY AND ROYAL INSURANCE
COMPANY OF AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT 16

# ZELLE, HOFMANN, VOELBEL, MASON & GETTE
A LIMITED LIABILITY PARTNERSHIP

BOSTON
DALLAS
LOS ANGELES
MINNEAPOLIS
SAN FRANCISCO
WASHINGTON, D.C.
BEIJING*
SHANGHAI*
*In association with ZY & Partners

950 WINTER STREET - SUITE 1300
WALTHAM, MASSACHUSETTS 02451
781-466-0700 TELEPHONE
781-466-0701 FACSIMILE
www.zelle.com

Karl S. Vasiloff
(781) 466-0702

July 23, 2003

*Via First Class Mail*

Peter J. Feuerbach, Esq.
**Rubin And Rudman LLP**
50 Rowes Wharf
Boston, MA 02110-3319

Re:   *Royal & SunAlliance re Kleenit, Inc.*

Dear Peter:

I am enclosing a series of Kleenit policies recently located by Royal. I am informed that the earlier policies were located by searching a warehouse of archived claims files. As indicated in prior correspondence, the pollution liability policies are "claims made" policies, and the only general liability policy located which is not subject to an absolute or a total pollution exclusion is GYAD 36485 (10/1/84-85), which has a "sudden and accidental" pollution exclusion.

The policies are as follows:

GLZ 102643 (12/20/83 – 12/20/84)
GLZ 102708 (12/20/84 – 10/20/85)
GLZ 102602 (12/20/85 – 12/20/86)
GLZ 102603 (12/20/86 – 12/20/87)
GLZ 103510 (12/20/87 – 12/20/88)

GYAD 36485 (10/01/84 – 10/01/85)
GYAD 36485 (10/01/85 – 10/01/86)
GYAD 36485 (10/01/86 – 10/01/87)

GYAL 33151 (10/01/87 – 10/01/88)
GYAL 33151 (10/01/88 – 10/01/89)
GYAL 33151 (10/01/89 – 10/01/90)

GLA 177203 (02/03/85 – 10/01/85)
GLA 206123 (10/01/85 – 10/01/86)
GLA 206270 (10/01/86 – 10/01/87)

Peter J. Feuerbach, Esq.
July 23, 2003
Page 2

GLA 227838 (10/01/87 – 10/01/88)

GYAL 33151 (10/01/89 – 10/01/90)
GYAL 33151 (10/01/90 – 10/01/91)

GSP 112849 (10/01/91 – 10/01/92)
GSP 112849 (10/01/92 – 10/01/93)
GSP 112849 (10/01/93 – 10/01/94)

    Please note that with respect to the Pollution Liability policies (prefix GLZ), the declarations page for each policy has been provided plus one copy only of the applicably policy form. Also, please note that with respect to certain policies, the policy information is in computer as opposed to hard copy form. Finally, with respect to GYAL 33151 (10/1/90-91), Royal's records reflect that it was cancelled flat on 10/1/90. (A copy of Royal's cancellation record is enclosed).

    I anticipate that we will have a cost sharing agreement to you shortly for Chelmsford and Acton. I also anticipate that Royal will soon be updating its coverage position in light of this additional policy information. If you have any questions, please let me know.

Very truly yours,

ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP

Karl S. Vasiloff

KSV/ko
Encl.