UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY,<br>ROYAL & SUNALLIANCE, UTICA<br>NATIONAL INSURANCE GROUP, and<br>TRAVELERS PROPERTY AND<br>CASUALTY,<br><br>    Defendants. | CIVIL ACTION NO. 04-10351 (NG) |

EXHIBITS TO THE AFFIDAVIT OF KARL S. VASILOFF IN SUPPORT OF
DEFENDANTS GLOBE INDEMNITY COMPANY AND ROYAL INSURANCE
COMPANY OF AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT

# EXHIBIT 17 (Part I)

| SYMBOL | | | |
|---|---|---|---|
| G | YA | 036485 | |

PREVIOUS POLICY NUMBER: NEW

BUSINESS GUARD POLICY
MASSACHUSETT

GLOBE INDEMNITY COMPANY
(A DELAWARE STOCK COMPANY)

In case of fire notify the Company or its local Agent at once in writing.

INSURED'S NAME AND MAILING ADDRESS:
KLEENIT, INC., SUDS-IT, INC.
RUSSELL O. MUNROE
CARE CLEANERS, ATIMA
44 PARK ST.,
AYER, MASS. 01432

PRODUCER'S NAME AND ADDRESS:
COCHRANE & PORTER INS. AGENCY, INC.
31 MILK STREET
BOSTON, MASS. 02109

The NAMED INSURED is: ☐ Individual  ☐ Partnership  ☒ Corporation  ☐ Joint Venture  ☐ Other

POLICY PERIOD From: 10-1-84 To: 10-1-85  12:01 A.M. (Standard Time) at Location of Described Property

BUSINESS OF NAMED INSURED: CLEANERS

PROVISIONAL PREMIUM: IF PAID IN ADVANCE $ 12,865.00   EACH INSTALLMENT, IF PAID IN INSTALLMENTS $ SEE FORM 85069 ATTACHED

Insurance is afforded only under those sections of the policy designated by the word "Included" opposite such section below. The insurance afforded under any section only in the amounts and to the extent set forth in that section, subject to all the terms of the policy having reference hereto.

| | | | |
|---|---|---|---|
| INCLUDED | | SECTION I | Property Damage & GLASS |
| INCLUDED | | SECTION I | Business Income |
| INCLUDED | | SECTION II | General Liability |
| | | SECTION III | Not Applicable In Massachusetts |
| | | SECTION IV | Boiler and Machinery |
| INCLUDED | | SECTION V | Inland Marine |
| | | SECTION VI | Crime |

MORTGAGE INTEREST. SUBJECT TO THE MORTGAGE PROVISIONS, LINES 87 TO 104 HEREIN, LOSS, IF ANY, SHALL BE PAYABLE TO:

COUNTERSIGNATURE DATE

AGENCY at

Agent

82506A

PRODUCER'S COPY

| | |
|---|---|
| | POLICY SYMBOL & NUMBER |
| | GYAD 36485 |

**NON-PREMIUM CHANGE AND ATTACHING CLAUSE ENDORSEMENT**     Royal Insurance

This endorsement is issued for attachment to and forms a part of the policy numbered above effective on the date indicated on this endorsement but at the same time or hour of the day as the policy became effective.

SIGNED BY: *[signature]*
AUTHORIZED REPRESENTATIVE

NAME OF COMPANY: Globe Indemnity Company

END. EFF. DATE (MO., DAY, YR.): 10-1-84

NAMED INSURED (and Address, Zip Code when necessary for mailing):
Kleenit, Inc., SUDS-IT, Inc.
Russell D. Munroe
Care Cleaners, ATIMA
44 Park Street
Ayer, MA  01432

PRODUCER (and Address, Zip Code, for mailing):
COCHRANE & PORTER
INSURANCE AGENCY, INC.
31 MILK ST., SUITE 1015
BOSTON, MA 02109

AT YOUR REQUEST THIS POLICY HAS BEEN AMENDED AS SHOWN BELOW.
IMPORTANT: PLEASE KEEP THIS ENDORSEMENT WITH YOUR POLICY

☐ AUTO    ☐ LIABILITY    ☐ FIRE    ☒ PACKAGE    ☐ OTHER _____

**TIME OF ATTACHMENT**

If coverages listed below replace coverages in other policies which terminate at 12:01 A.M. on the inception date of this endorsement, th[is] endorsement shall be construed to attach at 12:01 A.M. Standard Time, on its inception date as respects such replaced coverages only, instea[d] of at Noon, Standard Time.

The Policy Part **Heading** is amended as follows:

The insured's name is hereby amended in consideration of no additional premium to read:

Kleenit, Inc., SUDS-IT, Inc.
Russell D. Munroe
Care Cleaners, ATIMA
44 Park Street
Ayer, MA  01432

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

2.

VOID IF USED FOR ANY CHANGES THAT WOULD REQUIRE CHANGE OF PREMIUM

## Section II
## GENERAL LIABILITY

Royal Insurance

POLICY SYMBOL & NUMBER
**GYA D36485**

These DECLARATIONS when combined with the GENERAL PROVISIONS and the coverage PART(S) and endorsements designated herein, complete the contract of insurance.

### DECLARATIONS

The insurance afforded is only with respect to such of the following coverage Part(s) as are indicated by entry of an "X" below.

- [X] Part 201—Comprehensive General Liability Insurance
- [ ] Part 202—Manufacturers' & Contractors' Liability Insurance
- [ ] Part 203—Owners', Landlords' and Tenants' Liability Insurance
- [ ] Part 204—Completed Operations and Products Liability Insurance
- [ ] Part 205—Premises Medical Payments Insurance
- [ ] Part 206—Comprehensive Personal Insurance
- [ ] Part 207—Owners' & Contractors' Protective Liability Insurance
- [ ] Part 208—Contractual Liability Insurance
- [ ] Part 209—Personal Injury Liability Insurance
- [ ] Part 210—Farmer's Comprehensive Personal Insurance
- [ ] Part 211—Storekeeper's Insurance

Other (specify Part No. & Title)
- [ ] 81021

The limit of the company's liability against each such coverage shall be stated herein, subject to all the terms of the policy having reference hereto.

| APPLICABLE TO PARTS | COVERAGES | LIMITS OF LIABILITY | | |
|---|---|---|---|---|
| | | EACH PERSON | EACH OCCURRENCE* | AGGREGATE |
| 201 | Bodily Injury Liability | X X X X | SEE GL9917 | |
| THROUGH | Property Damage Liability | X X X X | SEE GL9917 | |
| 205 | Premises Medical Payments | | | X X X X |
| OTHER | See Applicable Coverage Part | | | |

*"EACH ACCIDENT" AS RESPECTS "PREMISES MEDICAL PAYMENTS"

FORM NUMBERS OF ENDORSEMENTS ATTACHED AT ISSUE

GL9917(3-81) 67903C GL0100(7-79) GL0114(10-66) GL0032(4-84) GL0404(5-81) 84834C

LOCATION OF PREMISES

The location of all premises owned by, rented to or controlled by the named insured is the same as declared for Section 1 — Property Insurance except as noted below.

3

81020A                                                                                         BG

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY.

## DESCRIPTION OF TERMS USED AS PREMIUM BASES:

When used as a premium basis

1. "admissions" means the total number of persons, other than employees of the named insured, admitted to the event insured or to events conducted on the premises whether on paid admission tickets, complimentary tickets or passes; (Comprehensive General; Owners', Landlords' and Tenants')

2. "cost" means the total cost to the named insured with respect to operations performed for the named insured during the policy period by independent contractors of all work let or sub-let in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or subcontractor, including all fees, allowances, bonuses or commissions made, paid or due;
(Comprehensive General; Manufacturers' and Contractors'; Owners', Landlords' and Tenants'; Owners' and Contractors' Protective)

3. "receipts" means the gross amount of money charged by the named insured for such operations by the named insured or by others during the policy period as are rated on a receipts basis other than receipts from telecasting, broadcasting or motion pictures, and includes taxes, other than taxes which the named insured collects as a separate item and remit directly to a governmental division;
(Comprehensive General; Manufacturers' and Contractors'; Owners', Landlords' and Tenants'; Completed Operations and Products)

4. "remuneration" means the entire remuneration earned during the policy period by proprietors and by all employees of the named insured, other than chauffeurs (except operators of mobile equipment) and aircraft pilots and co-pilots, subject to any overtime earnings or limitation of remuneration rule applicable in accordance with the manuals in use by the company;
(Comprehensive General; Manufacturers' and Contractors'; Owners', Landlords' and Tenants' which includes coverage for structural alterations, new construction and demolition operations)

5. "sales" means the gross amount of money charged by the named insured or by others trading under his name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the named insured and such others collect as a separate item and remit directly to a governmental division;
(Comprehensive General; Completed Operations and Products)

6. "cost" means the total cost to any indemnitee with respect to any contract which is insured of all work let or sub-let in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or the subcontractor, including all fees, allowances, bonuses or commissions made, paid or due.
(Contractual Liability Insurance (Designated Contracts Only))

81020A

BCP/BGP

4



GL 99 17
(Ed. 03 81)

This endorsement forms a part of the policy to which attached, effective on the inception date of the policy unless otherwise stated herein.
(The following information is required only when this endorsement is issued subsequent to preparation of policy.)

Endorsement effective      Policy No. **GYA D36485**      Endorsement No.

Named Insured

Countersigned by _____
(Authorized Representative)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE
COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
MANUFACTURERS AND CONTRACTORS LIABILITY INSURANCE
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY INSURANCE
OWNERS, LANDLORDS AND TENANTS LIABILITY INSURANCE**

AMENDMENT—LIMITS OF LIABILITY
(Single Limit)

(Individual Coverage Aggregate Limit)

SCHEDULE

| Coverage | Limits of Liability |
|---|---|
| Bodily Injury Liability and Property Damage Liability | 300,000 each occurrence<br>300,000 aggregate |

It is agreed that the provisions of the policy captioned "LIMITS OF LIABILITY" relating to Bodily Injury Liability and Property Damage Liability are amended to read as follows:

LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

Bodily Injury Liability and Property Damage Liability:

(a) The limit of liability stated in the Schedule of this endorsement as applicable to "each occurrence" is the total limit of the company's liability for all damages including damages for care and loss of services because of bodily injury and property damage sustained by one or more persons or organizations as a result of any one occurrence, provided that with respect to any occurrence for which notice of this policy is given in lieu of security or when this policy is certified as proof of financial responsibility under the provisions of the Motor Vehicle Financial Responsibility Law of any state or province such limit of liability shall be applied to provide the separate limits required by such law for Bodily Injury Liability and Property Damage Liability to the extent of the coverage required by such law, but the separate application of such limit shall not increase the total limit of the company's liability.

(b) Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all bodily injury and property damage which occurs during each annual period while this policy is in force commencing from its effective date and which is described in any of the numbered subparagraphs below shall not exceed the limit of liability stated in the Schedule of this endorsement as "aggregate":

(1) all property damage arising out of premises or operations rated on a remuneration basis or Contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;

(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) if Products—Completed Operations insurance is afforded, all bodily injury and property damage included within the completed operations hazard and all bodily injury and property damage included within the products hazard;

(4) if Contractual Liability Insurance is afforded, all property damage for which liability is assumed under any contract to which the Contractual Liability Insurance applies.

Such aggregate limit shall apply separately:

(i) to the property damage described in subparagraphs (1) and (2) and separately with respect to each project away from premises owned by or rented to the named insured;

(ii) to the sum of the damages for all bodily injury and property damages described in subparagraph (3); and

(iii) to the property damage described in subparagraph (4) and separately with respect to each project away from premises owned by or rented to the named insured.

(c) For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general condition shall be considered as arising out of one occurrence.

GL 99 17 03 81                                5