UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 NG

KLEENIT, INC.,
    **Plaintiffs**

v.

SENTRY INSURANCE COMPANY, ROYAL & SUN ALLIANCE, UTICA NATIONAL INSURANCE GROUP, and TRAVELERS PROPERTY AND CASUALTY,
    **Defendants**

**PLAINTIFF'S ASSENTED TO MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, Kleenit, Inc. ("Kleenit") hereby moves under Fed.R.Civ.P. 5(b) for enlargement of time from July 5, 2004 until no later than July 16, 2004 for filing its response to the Defendant Globe Indemnity Company and Royal Insurance Company of America's, Utica National Insurance Group's, and Travelers Indemnity Company's respective Motion for Partial Summary Judgment.

In support of it motion, Kleenit provides the following:

1. Counsel for Kleenit has recently encountered an unexpectedly burdensome workload.

2. The recent death of the father of counsel for Kleenit requires that he attend to family matters over the holiday weekend.

3. Counsel for Kleenit has contacted each of the Defendants' counsel, each of whom has assented to this motion and has authorized Kleenit's counsel to sign their name, assenting to this motion.

>Respectfully submitted,
>
>KLEENIT, INC.
>
>By its Attorney,
>
>   /s/ Donald P. Nagle
>Donald P. Nagle, Esq. (BBO # 553544)
>Law Office of Donald P. Nagle, P.C.
>5 Main Street Extension, Suite 300
>Plymouth, Massachusetts 02360
>(508) 732-8970

Date: July 5, 2004

Assented to:

**UTICA NATIONAL INSURANCE GROUP**

By its Attorneys:


   /s/Richard E. Heifetz
Richard E. Heifetz, Esq.  (BBO #229000)
Danielle M. Maloney, Esq.  (BBO #647527)
TUCKER, HEIFETZ & SALTZMAN, LLP
 Three School Street
Boston, MA 02108
617-557-9696

Assented to:

**TRAVELERS INDEMNITY COMPANY**,

By its Attorney:


/s/  Joseph S. Berman
Joseph S. Berman, Esq. (BBO #566006)
Berman & Dowell
210 Commercial Street
Boston, MA 02109

Assented to:

**ROYAL INSURANCE COMPANY OF AMERICA AND GLOBE INDEMNITY COMPANY**

By its Attorneys:


  /s/ Seth V. Jackson
Karl S. Vasiloff, Esq.  (BBO #555638)
Seth V. Jackson, Esq.  (BBO# 658669)
Zelle, Hoffman, Voelbel, Mason & Gette LLP
950 Winter St. - Suite 1300
Waltham, MA  02451

Assented to:

**SENTRY INSURANCE COMPANY**,

By Its Attorney:


  /s/ Michael Aylward
Michael Aylward, Esq. (BBO # 024850)
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210


## CERTIFICATE OF SERVICE

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed.R.Civ.P.5.

  /s/  Donald P. Nagle
Donald P. Nagle