IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10351-NG

|  |  |
|---|---|
| KLEENIT, INC., <br>     Plaintiff, <br><br> v. <br><br> SENTRY INSURANCE CO., <br> ROYAL & SUNALLIANCE, <br> UTICA NATIONAL INSURANCE <br> GROUP, and TRAVELERS <br> PROPERTY AND CASUALTY, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ASSENTED-TO MOTION BY DEFENDANT TRAVELERS INDEMNITY COMPANY FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

The defendant The Travelers Indemnity Company ("Travelers"), through undersigned counsel and with the ASSENT of all parties, respectfully requests that the Court enlarge the time for Travelers to file its Reply Brief in support of its Motion for Summary Judgment by two weeks, from July 26, 2004 through and including August 9, 2004, stating as grounds therefore, the following:

1. Pursuant to the Scheduling Order, the defendants' Reply Briefs are due on July 26, 2004.

2. Counsel for Travelers has a brief due in the United States Court of Appeals for the First Circuit on August 2, 2004 as well as significant other work load issues. In addition, Travelers' in-house attorney with responsibility for this matter will be out of the office for several days before July 26, 2004 and will be unable to

      participate in the preparation and filing of a Reply Brief.

3. The brief filed by plaintiff in opposition to the summary judgment motions raises issues that merit a reply.

4. Counsel for Travelers has contacted all other counsel, including plaintiff's counsel, all of whom assent to this motion.

5. Travelers does not believe that a two-week enlargement of time will prejudice any party or the Court, nor does Travelers believe that a two-week enlargement will delay resolution of the summary judgment motions.

WHEREFORE, for all of the foregoing reasons, the defendant The Travelers Indemnity Company respectfully requests that the Court enlarge by two weeks, from July 26, 2004 through and including August 9, 2004, the time for Travelers to file its Reply Brief in support of its Motion for Summary Judgment.

> Respectfully submitted,
> **The Travelers Indemnity Company**,
> By its attorneys,
>
> /s/ Joseph S. Berman
> _____
> Joseph S. Berman, Esq., BBO 566006
> Berman & Dowell
> 210 Commercial Street
> Boston, MA 02109
> 617-723-9911
> Jberman@bermandowell.com

Dated: July 21, 2004

**Assented to:**

KLEENIT, INC.


_____/s/ Donald Nagle_____
Donald Nagle, BBO #553544
Law Office of Donald Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, MA 02360
508-732-8970


UTICA NATIONAL INSURANCE GROUP


_____/s/ Richard Heifetz_____
Richard E. Heifetz, BBO #229000
Danielle Maloney, BBO #647527
Tucker, Heifetz & Saltzman, LLP
Three School St.
Boston, MA 02108
617-557-9696


ROYAL INSURANCE COMPANY OF AMERICA AND
GLOBE INDEMNITY COMPANY


_____/s/ Karl Vasiloff_____
Karl S. Vasiloff, BBO #555638
Seth Jackson, BBO #658669
Zelle, Hoffman, Voelbel, Mason & Gette LLP
950 Winter Street - Suite 1300
Waltham, MA 02451
781-466-0700

**Assented to:**

SENTRY INSURANCE COMPANY


   /s/ Michael Aylward
Michael Aylward, BBO #024850
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210
617-439-7556


CERTIFICATE OF SERVICE

     I, Joseph S. Berman, attorney for defendant The Travelers Indemnity Company, hereby certify that on this 21st  day of July, 2004, I served a copy of the foregoing in accordance with the provisions of Fed.R.Civ.P. 5.

                                                    /s/ Joseph S. Berman
                                                    Joseph S. Berman