UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC.,<br><br>  Plaintiff<br>vs.<br><br>SENTRY INSURANCE COMPANY,<br>ROYAL & SUN ALLIANCE,<br>UTICA NATIONAL INSURANCE GROUP, and<br>TRAVELERS PROPERTY AND CASUALTY,<br>  Defendants | CIVIL ACTION<br>NO. 04-10351-NG |

**DEFENDANT UTICA NATIONAL INSURANCE GROUP'S
MOTION FOR LEAVE OF COURT TO FILE A REPLY TO THE PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT AS TO THE ISSUE OF PRE-TENDER DEFENSE COSTS**

Pursuant to this Court's Scheduling Order at the Rule 16.1 Scheduling Conference, Defendant Utica National Insurance Group ("Utica") moves for leave of Court to file a Reply to the plaintiff's, Kleenit, Inc.'s ("Kleenit"), Opposition to Utica's Motion for Partial Summary Judgment. Specifically, Utica wishes to address Kleenit's misplaced reliance on *Sarnafil, Inc. v. Peerless Ins. Co.*, 418 Mass. 295 (1994) in its memorandum of law. Kleenit bases its entire legal argument that it is entitled to pre-tender defense costs upon the faulty premise that *Sarnafil* is a "pre-tender defense cost" case. In short, *Sarnafil* is not a "pre-tender defense cost" case as characterized by Kleenit and is factually and legally distinguishable from the issues present here.

Furthermore, Kleenit's assertion that Utica is subject to a prejudice analysis because it has not agreed to indemnify Kleenit at this time, is founded upon a

misapplication of the law and the terms of Kleenit's policy of insurance. For these reasons, Utica asks this Court for permission to file a Reply brief.

Respectfully submitted,

UTICA NATIONAL INSURANCE GROUP,
Defendant

By Its Attorney:

_____
Richard E. Heifetz        BBO #229000
Danielle M. Maloney       BBO #647527
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
617-557-9696
Dated: July 26, 2004

I hereby certify that I made service
of the foregoing document in accordance
with the provisions of Fed. R. Civ. P. 5.
_____

2