UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KLEENIT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  04-10351 (NG) |
| | ) | |
| SENTRY INSURANCE COMPANY, | ) | |
| ROYAL & SUNALLIANCE, UTICA | ) | |
| NATIONAL INSURANCE GROUP, and | ) | |
| TRAVELERS PROPERTY AND | ) | |
| CASUALTY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS GLOBE INDEMNITY COMPANY AND ROYAL INSURANCE
COMPANY OF AMERICA'S MOTION FOR LEAVE TO FILE REPLY
MEMORANDUM IN SUPPORT OF ROYAL'S MOTION FOR PARTIAL SUMMARY
JUDGMENT**

Pursuant to the Court's instructions during the Rule 16(b) conference held on May 24,

2004, and Rule 56 of the Federal Rules of Civil Procedure, Defendants Globe Indemnity

Company and Royal Insurance Company of America (collectively "Royal") move this Court for

leave to file a reply memorandum in support of Royal's Motion for Partial Summary Judgment.

In support of this Motion, Royal states:

1.     On June 14, 2004, Royal filed a Motion for Partial Summary Judgment

concerning Kleenit's claim that Royal has an obligation to pay Kleenit's pre-tender defense costs

and that Royal has violated G.L. c. 93A and c. 176D.

2.     On July 19, 2004, Kleenit filed an Opposition to Royal's Motion for Partial

Summary Judgment.

3.      Royal requests leave to submit a Reply Memorandum to respond to arguments raised by Kleenit in the papers submitted in its opposition to Royal's Motion for Summary Judgment.  Specifically, Royal seeks to respond to three cases that Kleenit relied upon in its opposition memorandum – Sarnafil, Inc. v. Peerless Ins. Co., 418 Mass. 295 (1994), Amtrol v. Tudor Ins. Co., 2002 WL 31194863 (D. Mass. Sept. 10, 2002) and Pacific Ins. Co. v. Eaton Vance Mgmt., 260 F. Supp. 2d 334 (D. Mass 2003), vacated in part, 369 F.3d 584 (1st Cir. 2004).

WHEREFORE, Defendants respectfully request that this Court grant Defendants' Motion to File a Reply Memorandum.

Dated: July 26, 2004                     Respectfully submitted,

                                         **ROYAL INSURANCE COMPANY OF
                                         AMERICA and GLOBE INDEMNITY
                                         COMPANY**

                                         By Its Attorneys,


                                         /s/ Seth V. Jackson
                                         Karl S. Vasiloff, Esq. (BBO #555638)
                                         Seth V. Jackson, Esq. (BBO #658669)
                                         **ZELLE, HOFMANN, VOELBEL,
                                         MASON & GETTE LLP**
                                         950 Winter Street, Suite 1300
                                         Waltham, MA 02451
                                         (781) 466-0700

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2004, I electronically filed Defendants Globe Indemnity Insurance Company and Royal Insurance Company of America's Motion for Leave to File Reply Memorandum in Support of Royal's Motion for Partial Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Plaintiff, Kleenit, Inc.  (Electronically)**
Donald P. Nagle, Esq.
**Law Office of Donald P. Nagle, P.C.**
5 Main Street Extension, Suite 300
Plymouth, MA  02360

**Defendant, Sentry Insurance Company (Electronically)**
Michael Aylward, Esq.
**Morrison, Mahoney & Miller, LLP**
250 Summer Street
Boston, MA  02210

**Defendant, Utica National Insurance Group (Electronically)**
Richard E. Heifetz, Esq.
**Tucker, Heifetz & Saltzman, LLP**
Three School Street
Boston, MA  02108

**Defendant, Travelers Indemnity Company (Electronically)**
Joseph S. Berman, Esq.
**Berman & Dowell**
210 Commercial Street
Boston, MA  02109

**Defendant, Utica National Insurance Group (First Class Mail)**
Danielle M. Maloney, Esq.
**Tucker, Heifetz & Saltzman, LLP**
Three School Street
Boston, MA  02108

Dated:  July 26, 2004                          /s/ Seth V. Jackson
                                               Karl S. Vasiloff, Esq. (BBO #555638)
                                               Seth V. Jackson, Esq. (BBO #658669)
                                               **ZELLE, HOFMANN, VOELBEL,**
                                               **MASON & GETTE LLP**
                                               950 Winter Street, Suite 1300
                                               Waltham, MA  02451
                                               (781) 466-0700