UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KLEENIT, INC.<br>　　Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY, ET AL<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  DOCKET NO: 04-10351-NG<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF FIRM NAME

As of July 1, 2004, the law firm of counsel of record for the defendant, Sentry Insurance, A Mutual Company, has changed its name to Morrison Mahoney LLP. The address and telephone number remain the same.

　　　　　　　　　　　　　　　　　　The Defendant,
　　　　　　　　　　　　　　　　　　Sentry Insurance, A Mutual Company,
　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　/s/ Michael F. Aylward
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Michael F. Aylward, BBO #0242850
　　　　　　　　　　　　　　　　　　MORRISON, MAHONEY & MILLER, LLP
　　　　　　　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　　　　　　　Boston, MA  02210-1181
　　　　　　　　　　　　　　　　　　(617) 439-7500