UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC.,<br>              Plaintiff<br>vs.<br><br>SENTRY INSURANCE COMPANY,<br>ROYAL & SUN ALLIANCE,<br>UTICA NATIONAL INSURANCE GROUP, and<br>TRAVELERS PROPERTY AND CASUALTY,<br>              Defendants | CIVIL ACTION<br>NO. 2004-10351 NG |

### DEFENDANT UTICA NATIONAL INSURANCE GROUP'S MOTION FOR LEAVE TO AMEND ITS COUNTERCLAIM

    Defendant/Plaintiff in Counterclaim, Graphic Arts Mutual Insurance Company[1] ("Utica"), moves this Court pursuant to Fed. R. Civ. P. 15(a) for leave of court to amend its counterclaim. Specifically, Utica seeks a determination of the parties' rights with respect to the issue of indemnity as it relates to the Acton and Chelmsford sites, as well as a third site, which presently is not a subject of this lawsuit. In support of its motion for leave to amend, Utica submits the attached memorandum and Amended Counterclaim.

                                      Respectfully submitted,

                                      UTICA NATIONAL INSURANCE GROUP,
                                      Defendant

                                      By Its Attorney:

                                      /s/ REK
                                      Richard E. Heifetz    BBO #229000
                                      Danielle M. Maloney    BBO #647527
                                      TUCKER, HEIFETZ & SALTZMAN, LLP
                                      Three School Street
                                      Boston, MA 02108
                                      617-557-9696
                                      Dated: 8/18/04

---

[1] The correct name for Defendant Utica National Insurance Group is "Graphic Arts Mutual Insurance Company."

I hereby certify that I made service
of the foregoing document in accordance
with the provisions of Fed. R. Civ. P. 5.

/s/ REK