UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC.,<br>                  Plaintiff<br>vs.<br>SENTRY INSURANCE COMPANY,<br>ROYAL & SUN ALLIANCE,<br>UTICA NATIONAL INSURANCE GROUP, and<br>TRAVELERS PROPERTY AND CASUALTY,<br>                  Defendants | CIVIL ACTION<br>NO. 2004-10351 NG |

**COUNSEL'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I, Danielle M. Maloney, certify that on August 18, 2004, pursuant to Local Rule 7.1(A)(2), I have conferred with plaintiff's counsel and have attempted in good faith to resolve or narrow the issue between the parties.

_____
Danielle M. Maloney, Esq.

I hereby certify that I made service
of the foregoing document in accordance
with the provisions of Fed. R. Civ. P. 5.