UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred

Kleenit Inc., _____

        V.                                      CA/ No. 04-10351 -NG

Sentry Insurance Company, et al         Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **Collings** for the following proceedings:

(A)      Referred for full pretrial case management, including all dispositive motions.

(B)      Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)      Referred for discovery purposes only.

(D)   **XX**   **Referred for Report and Recommendation on:**

        ( ) Motion(s) for injunctive relief
        ( ) Motion(s) for judgment on the pleadings
        **(XX ) Motion(s) for summary judgment**
        ( ) Motion(s) to permit maintenance of a class action
        ( ) Motion(s) to suppress evidence
        ( ) Motion(s) to dismiss
        ( ) Post Conviction Proceedings[1]
        See Documents Numbered: _____

(E)      Case referred for events only. See Doc. No(s). _____

(F)      Case referred for settlement.

(G)      Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
        ( ) In accordance with Rule 53, F.R.Civ.P.
        ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)      **Special Instructions:** _____

 9/14/04                                                                        By:    /s/Maryellen Molloy
Date                                                                           Deputy Clerk

---

[1]

Case 1:04-cv-10351-RBC    Document 56    Filed 09/14/2004    Page 2 of 2