# United States District Court
# District of Massachusetts

KLEENIT, INC.,
    Plaintiff,

    V.                    CIVIL ACTION NO. 2004-10351-NG

SENTRY INSURANCE COMPANY,
ROYAL SUN & ALLIANCE,
UTICA NATIONAL INSURANCE GROUP,
TRAVELERS PROPERTY AND CASUALTY,
    Defendants.

## *ORDER*

COLLINGS, U.S.M.J.

    Pursuant to L.R. 16.1(B)(3), counsel for each party are directed to notify the Court in writing, **on or before the close of business on Friday, October 22, 2004,** whether or not their clients consent to the reassignment of this case to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: October 14, 2004.