## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 2004-10351 NG**

|  |  |
|---|---|
| KLEENIT, INC.,      **Plaintiff** | ) |
| vs. | ) |
| SENTRY INSURANCE COMPANY, ROYAL & SUN ALLIANCE, UTICA NATIONAL INSURANCE GROUP, and TRAVELERS PROPERTY AND CASUALTY,      **Defendants** | ) |

## DEFENDANT UTICA NATIONAL INSURANCE GROUP'S CONSENT TO REASSIGNMENT OF CASE TO U.S. MAGISTRATE JUDGE ROBERT B. COLLINGS

Pursuant to L.R. 16.1(B)(3) and the Court's Order dated October 14, 2004, defendant Utica National Insurance Group hereby consents to the reassignment of this matter to United States Magistrate Judge Robert B. Collings.

Respectfully submitted,

UTICA NATIONAL INSURANCE GROUP,
Defendant

By Its Attorney:

Richard E. Heifetz     BBO #229000
Danielle M. Maloney     BBO #647527
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
617-557-9696
Dated:    10·18·04

I hereby certify that I made service
of the foregoing document in accordance
with the provisions of Fed. R. Civ. P. 5.