UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
KLEENIT, INC.                           )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )          CIVIL ACTION NO.  04-10351 (NG)
                                        )
SENTRY INSURANCE COMPANY,               )
ROYAL & SUNALLIANCE, UTICA              )
NATIONAL INSURANCE GROUP, and           )
TRAVELERS PROPERTY AND                  )
CASUALTY,                               )
                                        )
        Defendants.                     )
_____ )

**DEFENDANTS GLOBE INDEMNITY COMPANY AND ROYAL INSURANCE
COMPANY OF AMERICA'S CONSENT TO REASSIGNMENT OF CASE TO U.S.
MAGISTRATE JUDGE ROBERT B. COLLINGS**

Pursuant to L.R. 16.1(B)(3) and the Court's Order dated October 14, 2004, Defendants

Globe Indemnity Company and Royal Insurance Company of America (collectively "Royal")[1]

hereby consent in writing to the reassignment of this matter to United States Magistrate Judge

Robert B. Collings.

Dated:  October 19, 2004                 Respectfully submitted,

                                         **ROYAL INSURANCE COMPANY OF
                                         AMERICA and GLOBE INDEMNITY
                                         COMPANY**

                                         By Its Attorneys,

_____

[1]  Kleenit also named "Royal & SunAlliance" as a defendant.  As set forth in Royal's prior pleadings, Royal &
SunAlliance is not a legal entity capable of being sued.

/s/ Seth V. Jackson
Karl S. Vasiloff, Esq. (BBO #555638)
Seth V. Jackson, Esq. (BBO #658669)
**ZELLE, HOFMANN, VOELBEL,**
**MASON & GETTE LLP**
950 Winter Street, Suite 1300
Waltham, MA 02451
(781) 466-0700

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 19, 2004, I electronically filed Defendants Globe Indemnity Insurance Company and Royal Insurance Company of America's Consent to Reassignment of Case to U.S. Magistrate Robert B. Collings with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Plaintiff, Kleenit, Inc.  (Electronically)**
Donald P. Nagle, Esq.
**Law Office of Donald P. Nagle, P.C.**
5 Main Street Extension, Suite 300
Plymouth, MA  02360

**Defendant, Sentry Insurance Company (Electronically)**
Michael Aylward, Esq.
**Morrison, Mahoney & Miller, LLP**
250 Summer Street
Boston, MA  02210

**Defendant, Utica National Insurance Group (Electronically)**
Richard E. Heifetz, Esq.
**Tucker, Heifetz & Saltzman, LLP**
Three School Street
Boston, MA  02108

**Defendant, Travelers Indemnity Company (Electronically)**
Joseph S. Berman, Esq.
**Berman & Dowell**
210 Commercial Street
Boston, MA  02109

**Defendant, Utica National Insurance Group (First Class Mail)**
Danielle M. Maloney, Esq.
**Tucker, Heifetz & Saltzman, LLP**
Three School Street
Boston, MA  02108

Dated:  October 19, 2004                    /s/ Seth V. Jackson
                                            Karl S. Vasiloff, Esq. (BBO #555638)
                                            Seth V. Jackson, Esq. (BBO #658669)
                                            **ZELLE, HOFMANN, VOELBEL,**
                                            **MASON & GETTE LLP**
                                            950 Winter Street, Suite 1300
                                            Waltham, MA  02451
                                            (781) 466-0700