THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10351-NG

| | |
|---|---|
| KLEENIT, INC., <br>     Plaintiff, <br><br> v. <br><br> SENTRY INSURANCE CO., ROYAL & SUNALLIANCE UTICA NATIONAL INSURANCE GROUP, and TRAVELERS PROPERTY AND CASUALTY <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT TRAVELERS INDEMNITY COMPANY'S CONSENT TO REASSIGNMENT OF CASE TO U.S. MAGISTRATE JUDGE ROBERT B. COLLINGS

Pursuant to L.R. 16.1(B)(3) and the Court's Order dated October 14, 2004, defendant Travelers Indemnity Company hereby consents to the reassignment of this matter to United States Magistrate Judge Robert B. Collings.

Respectfully Submitted,
Defendant, Travelers Indemnity Company,
By Its Attorney:

/s/ Joseph S. Berman
Joseph S. Berman, BBO No. 566006
Berman and Dowell
210 Commercial Street
Suite 500
Boston, MA 02109
617-723-9911

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October 2004, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to the following, to: Richard Heifetz, Esq. and Danielle M. Maloney, Esq., Tucker, Heiftez & Saltzman, LLP, Three School Street, Boston, MA 02108; Michael Aylward, Esq., Morrison, Mahoney & Miller, 250 Summer Street, Boston, MA 02110; Karl S. Vasiloff, Esq. and Seth Jackson, Esq., , Zelle, Hoffman, Voelbel, Mason & Gette, 950 Winter Street, Suite 1300, Waltham, MA 02451;and Donald P. Nagle, Esq., Law Office of Donald P. Nagle, P.C., 5 Main Street Extension, Suite 300, Plymouth, MA 02360; and Donald Nagle, Esq., 5 Main Street Extension, Suite 300, Plymouth, MA 02360.

/s/ Joseph S. Berman

Joseph S. Berman