UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-10351 NG

| | |
|---|---|
| KLEENIT, INC.<br><br>    Plaintiff<br>vs.<br><br>SENTRY INSURANCE COMPANY,<br>ROYAL & SUN ALLIANCE,<br>UTICA NATIONAL INSURANCE GROUP,<br>TRAVELLERS PROPERTY AND CASUALTY<br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF KLEENIT, INC.'S CONSENT TO REASSIGNMENT OF CASE TO U.S. MAGISTRATE JUDGE ROBERT B. COLLINGS

Pursuant to L.R. 16.1(B)(3) and the Court's Order dated October 14, 2004, Plaintiff, Kleenit, Inc. hereby consents to the reassignment of this matter to United States Magistrate Judge Robert B. Collings.

        Respectfully submitted,

        KLEENIT, INC.
        Plaintff

        By Its Attorney:

        /s/  Donald P. Nagle
        _____

        Donald P. Nagle, Esq. (BBO # 553544)
        Law Office of Donald P. Nagle, P.C.
        5 Main Street Extension, Suite 300
        Plymouth, MA  02360
        (508) 732-8970

Date: October 20, 2004

### CERTIFICATE OF SERVICE

  I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed.R.Civ.P.5.

 /s/  Donald P. Nagle
_____
Donald P. Nagle