UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC.<br>    Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY,<br>ROYAL & SUNALLIANCE,<br>UTICA NATIONAL INSURANCE GROUP,<br>AND TRAVELERS PROPERTY AND<br>CASUALTY<br>    Defendants. | DOCKET NO: 04-10351 NG |

**DEFENDANT SENTRY INSURANCE COMPANY'S
CONSENT TO REASSIGNMENT OF CASE TO
U.S. MAGISTRATE JUDGE ROBERT B. COLLINGS**

Pursuant to Local Rule 16.1(B)(3) and the court's Order dated October 14, 2004, Defendant, Sentry Insurance Company, hereby consents in writing to the reassignment of this matter to United States Magistrate Judge Robert B. Collings.

> Respectfully submitted,
> The Defendant,
> Sentry Insurance Company,
> By its attorneys,
>
> /s/ Michael F. Aylward
> _____
> Michael F. Aylward, BBO #024850
> MORRISON MAHONEY LLP
> 250 Summer Street
> Boston, MA  02210-1181
> (617) 439-7500

Dated:  October 22, 2004