UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC. <br><br> Plaintiff, <br><br> v. <br><br> SENTRY INSURANCE COMPANY, ROYAL & SUNALLIANCE, UTICA NATIONAL INSURANCE GROUP, and TRAVELERS PROPERTY AND CASUALTY, <br><br> Defendants. | CIVIL ACTION NO. 04-10351 (NG) |

**DEFENDANTS GLOBE INDEMNITY COMPANY AND ROYAL INSURANCE COMPANY OF AMERICA'S MOTION FOR LEAVE TO COUNTERCLAIM BY AMENDMENT**

Pursuant to Fed. R. Civ. P. 13(f) and 15(a), Defendants Globe Indemnity Company and Royal Insurance Company of America (collectively "Royal")[1] move this Court for leave to amend to file a Counterclaim against Plaintiff Kleenit, Inc. ("Kleenit") so that it may be a participant in the resolution of the insurance coverage issues regarding the Wayland site that are currently pending between Kleenit and Defendant/Counterclaim Plaintiff Utica. In support of its motion for leave to amend, Royal submits the attached memorandum and proposed Counterclaim.

---

[1] Kleenit also named "Royal & SunAlliance" as a defendant. As set forth in Royal's prior pleadings, Royal & SunAlliance is not a legal entity capable of being sued.

1

| | |
|---|---|
| Dated: November 4, 2004 | Respectfully submitted,<br><br>**ROYAL INSURANCE COMPANY OF AMERICA and GLOBE INDEMNITY COMPANY**<br><br>By Its Attorneys,<br><br>/s/ Seth V. Jackson<br>Karl S. Vasiloff, Esq. (BBO #555638)<br>Seth V. Jackson, Esq. (BBO #658669)<br>**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**<br>950 Winter Street, Suite 1300<br>Waltham, MA 02451<br>(781) 466-0700 |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 4, 2004, I electronically filed Defendants Globe Indemnity Company And Royal Insurance Company Of America's Motion For Leave To Counterclaim by Amendment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Plaintiff, Kleenit, Inc.  (Electronically)**
Donald P. Nagle, Esq.
**Law Office of Donald P. Nagle, P.C.**
5 Main Street Extension, Suite 300
Plymouth, MA  02360

**Defendant, Sentry Insurance Company (Electronically)**
Michael Aylward, Esq.
**Morrison, Mahoney & Miller, LLP**
250 Summer Street
Boston, MA  02210

**Defendant, Utica National Insurance Group (Electronically)**
Richard E. Heifetz, Esq.
**Tucker, Heifetz & Saltzman, LLP**
Three School Street
Boston, MA  02108

**Defendant, Travelers Indemnity Company (Electronically)**
Joseph S. Berman, Esq.
**Berman & Dowell**
210 Commercial Street
Boston, MA  02109

**Defendant, Utica National Insurance Group (First Class Mail)**
Danielle M. Maloney, Esq.
**Tucker, Heifetz & Saltzman, LLP**
Three School Street
Boston, MA  02108

Dated:  November 4, 2004          /s/ Seth V. Jackson
                                              Karl S. Vasiloff, Esq. (BBO #555638)
                                              Seth V. Jackson, Esq. (BBO #658669)
                                              **ZELLE, HOFMANN, VOELBEL,**
                                              **MASON & GETTE LLP**
                                              950 Winter Street, Suite 1300
                                              Waltham, MA  02451
                                              (781) 466-0700