# United States District Court
# District of Massachusetts

KLEENIT, INC.,
    Plaintiff,

    v.                             CIVIL ACTION NO. 04-10351-RBC

SENTRY INSURANCE COMPANY,
ROYAL & SUN ALLIANCE,
UTICA NATIONAL INSURANCE GROUP,
TRAVELERS PROPERTY AND CASUALTY,
    Defendants.

## *FURTHER SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.*

COLLINGS, U.S.M.J.

The Court enters the within Further Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

(1)   Initial set(s) of interrogatories and requests for production of documents must be served **on or before the close of business on Tuesday, January 18, 2005;** responses, answers and/or objections shall be served **within the time provided by the Federal Rules.**

(2)   All other non-expert discovery shall be filed and/or served *on or before the close of business on Monday, March 28, 2005* and *COMPLETED on or before the close of business on Friday, April 29, 2005*.

(3)   Counsel shall report for a further conference on *Tuesday, May 10, 2005 at 11:00 A.M.* at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts.  At said conference, the Court shall hear counsel as to (a) the status of discovery and (b) whether the case should be referred for mediation, (c) and any further dispositive motions which are contemplated.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

December 22, 2004.