UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC.<br><br>Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY, ROYAL & SUNALLIANCE, UTICA NATIONAL INSURANCE GROUP, and TRAVELERS PROPERTY AND CASUALTY,<br><br>Defendants. | CIVIL ACTION NO. 04-10351 (RBC) |

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated that all "Pre-Tender Defense Costs Claims," as defined in the Settlement Agreement and Release among Plaintiff Kleenit, Inc., and Defendants Royal Indemnity Company, as successor by merger to Globe Indemnity Company and Royal Insurance Company of America, Utica National Insurance Group, The Travelers Indemnity Company, and Sentry Insurance A Mutual Company, and all claims arising under M.G.L.c. 93A and 176D are hereby dismissed with prejudice.

Dated: May 9, 2005

Respectfully submitted,

**ROYAL INDEMNITY COMPANY**

By Its Attorneys,

/s/ Seth V. Jackson
Karl S. Vasiloff, Esq. (BBO #555638)
Seth V. Jackson, Esq. (BBO #658669)
**ZELLE, HOFMANN, VOELBEL,
MASON & GETTE LLP**
950 Winter Street, Suite 1300
Waltham, MA 02451
(781) 466-0700

- and –

**KLEENIT INC.**

By Its Attorney,

/s/ Donald P. Nagle
Donald P. Nagle, Esq. (BBO# 553544)
**Law Office of Donald P. Nagle, P.C.**
5 Main Street Extension,
Suite 300
Plymouth, MA  02360
(508) 732-8970

- and –

**THE TRAVELERS INDEMNITY COMPANY**

By Its Attorney,

/s/ Joseph S. Berman
Joseph S. Berman, Esq.
**Berman & Dowell**
210 Commercial Street
Boston, MA  02109
(617) 723-9911

- and –

**UTICA NATIONAL INSURANCE GROUP**

By Its Attorneys,

/s/ Richard E. Heifetz
Richard E. Heifetz, Esq.
Danielle M. Maloney, Esq.
**Tucker, Heifetz & Saltzman, LLP**
Three School Street
Boston, MA  02108
(617) 557-9696

- and –

**SENTRY INSURANCE A MUTUAL COMPANY**

By Its Attorney,

/s/ Michael Aylward
Michael Aylward, Esq.
**Morrison Mahoney LLP**
250 Summer Street
Boston, MA  02210
(617) 439-7500

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2005, I electronically filed this Stipulation for Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Plaintiff, Kleenit, Inc.  (Electronically)**
Donald P. Nagle, Esq.
**Law Office of Donald P. Nagle, P.C.**
5 Main Street Extension, Suite 300
Plymouth, MA  02360

**Defendant, Sentry Insurance A Mutual Company (Electronically)**
Michael Aylward, Esq.
**Morrison, Mahoney & Miller, LLP**
250 Summer Street
Boston, MA  02210

**Defendant, Utica National Insurance Group (Electronically)**
Richard E. Heifetz, Esq.
Danielle M. Maloney, Esq.
**Tucker, Heifetz & Saltzman, LLP**
Three School Street
Boston, MA  02108

**Defendant, The Travelers Indemnity Company (Electronically)**
Joseph S. Berman, Esq.
**Berman & Dowell**
210 Commercial Street
Boston, MA  02109

Dated:  May 9, 2005                              /s/ Seth V. Jackson
                                                        Karl S. Vasiloff, Esq. (BBO #555638)
                                                        Seth V. Jackson, Esq. (BBO #658669)
                                                        **ZELLE, HOFMANN, VOELBEL,**
                                                        **MASON & GETTE LLP**
                                                        950 Winter Street, Suite 1300
                                                        Waltham, MA  02451
                                                        (781) 466-0700