UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC. <br><br> Plaintiff, <br><br> v. <br><br> SENTRY INSURANCE COMPANY, ROYAL & SUNALLIANCE, UTICA NATIONAL INSURANCE GROUP, and TRAVELERS PROPERTY AND CASUALTY, <br><br> Defendants. | CIVIL ACTION NO.  04-10351 (RBC) |

**DEFENDANT ROYAL INDEMNITY COMPANY'S MOTION TO COMPEL KLEENIT'S COMPLIANCE WITH THE COURT'S ORDER TO PRODUCE OUTSTANDING DOCUMENTS**

Pursuant to Federal Rules of Civil Procedure 34 and 37, and Local Rule 37.1, Defendant Royal Indemnity Company ("Royal"), as successor by merger to Globe Indemnity Company and Royal Insurance Company of America, moves this Court to compel Plaintiff Kleenit, Inc.'s ("Kleenit") compliance with Judge Collings' order dated May 10, 2005 that stated certain documents must be produced "on or before the close of business on May 23, 2005."  Considering Kleenit's violation of this Court order and its failure to produce such documents after telephone, written, and e-mail communications reminding Kleenit's counsel of its discovery obligation, Royal is also entitled to monetary sanctions for the costs and attorneys' fees that it has incurred in repeatedly seeking these documents and in making this Motion to Compel.  In support of its Motion to Compel, Royal submits the attached memorandum.

## CERTIFICATION PURSUANT TO LOCAL RULE 37.1(B)(1)

Pursuant to Local Rule (D. Mass.) 37.1(B)(1), undersigned counsel certifies that he has attempted to confer by telephone and email with Kleenit's counsel in a good faith effort to resolve or narrow the issues presented by this motion. However, Kleenit's counsel has not responded to either communication.

Dated: June 2, 2005                          Respectfully submitted,

**ROYAL INDEMNITY COMPANY**

By Its Attorneys,


/s/ Seth V. Jackson
Karl S. Vasiloff, Esq. (BBO #555638)
Seth V. Jackson, Esq. (BBO #658669)
**ZELLE, HOFMANN, VOELBEL,
MASON & GETTE LLP**
950 Winter Street, Suite 1300
Waltham, MA 02451
(781) 466-0700

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2005, I electronically filed Defendant Royal Indemnity Company's Motion to Compel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Plaintiff, Kleenit, Inc.  (Electronically)**
Donald P. Nagle, Esq.
**Law Office of Donald P. Nagle, P.C.**
5 Main Street Extension, Suite 300
Plymouth, MA  02360

**Defendant, Sentry Insurance Company (Electronically)**
Michael Aylward, Esq.
**Morrison, Mahoney & Miller, LLP**
250 Summer Street
Boston, MA  02210

**Defendant, Utica National Insurance Group (Electronically)**
Richard E. Heifetz, Esq.
Danielle M. Maloney, Esq.
**Tucker, Heifetz & Saltzman, LLP**
Three School Street
Boston, MA  02108

**Defendant, Travelers Indemnity Company (Electronically)**
Joseph S. Berman, Esq.
**Berman & Dowell**
210 Commercial Street
Boston, MA  02109

Dated:  June 2, 2005                    /s/ Seth V. Jackson
                                                  Karl S. Vasiloff, Esq. (BBO #555638)
                                                  Seth V. Jackson, Esq. (BBO #658669)
                                                  **ZELLE, HOFMANN, VOELBEL,**
                                                  **MASON & GETTE LLP**
                                                  950 Winter Street, Suite 1300
                                                  Waltham, MA  02451
                                                  (781) 466-0700