UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-10351 (RBC) |
| | ) |
| SENTRY INSURANCE COMPANY, | ) |
| ROYAL & SUNALLIANCE, UTICA | ) |
| NATIONAL INSURANCE GROUP, and | ) |
| TRAVELERS PROPERTY AND | ) |
| CASUALTY, | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT OF SETH V. JACKSON IN SUPPORT OF DEFENDANT ROYAL INDEMNITY COMPANY'S MOTION TO COMPEL KLEENIT'S COMPLIANCE WITH THE COURT'S ORDER TO PRODUCE OUTSTANDING DOCUMENTS**

Seth V. Jackson, being of legal age, under oath, deposes and says:

1. I am an associate at the law firm of Zelle, Hofmann, Voelbel, Mason and Gette, LLP, counsel for Defendant Royal Indemnity Company ("Royal"), as successor by merger to Globe Indemnity Company and Royal Insurance Company of America. I make this affidavit of my own personal knowledge unless otherwise noted.

2. Attached as Exhibit 1 is a true and accurate copy of Royal's First Set of Interrogatories to Plaintiff Kleenit dated October 26, 2004 served on Kleenit via the Court's electronic filing system.

3. Attached as Exhibit 2 is a true and accurate copy of Royal's First Set of Document Requests to Plaintiff Kleenit dated October 26, 2004 served on Kleenit via the Court's electronic filing system.

4. Attached as Exhibit 3 is a true and accurate copy of a letter dated January

1

17, 2005 from myself to Kleenit's counsel, Donald Nagle.

    5.    Attached as Exhibit 4 is a true and accurate copy of a letter dated February 23, 2005 from myself to Kleenit's counsel.

    6.    Attached as Exhibit 5 is a true and accurate copy of two e-mails dated January 28, 2005 between myself and Kleenit's counsel.

    7.    Attached as Exhibit 6 is a true and accurate copy of an e-mail dated March 4, 2005 from myself to Kleenit's counsel.

    8.    On the afternoon of March 7, 2005, I conferred by telephone with Kleenit's counsel for approximately 20 minutes to discuss the failure of Kleenit to produce the outstanding documents due to Royal.

    9.    Attached as Exhibit 7 is a true and accurate copy of a letter dated May 4, 2005 from myself to David McSweeney and Bob Fasanella of Rubin & Rudman.

    10.    At 5:30 p.m. on May 23, 2005, I left a telephone message for Kleenit's counsel asking where the documents were and reminding him of the Court-ordered deadline.

    11.    Attached as Exhibit 8 is a true and accurate copy of an e-mail dated May 24, 2005 from myself to all counsel.

Subscribed and sworn under the pains and penalties of perjury this 2nd day of June, 2005.

                              /s/ Seth V. Jackson
                              Seth V. Jackson

On this 2nd day of June, 2005, before me, the undersigned notary public, personally appeared Seth V. Jackson, proved to me through satisfactory evidence of identification to be the person whose name is signed on the preceding, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

/s/ Mary E. Caira
Mary E. Caira, Notary Public
My Commission Expires: 8/21/09

2

**CERTIFICATE OF SERVICE**

 I hereby certify that on June 2, 2005, I electronically filed the Affidavit of Seth V. Jackson in Support of Defendant Royal Indemnity Company's Motion to Compel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Plaintiff, Kleenit, Inc.  (Electronically)**
Donald P. Nagle, Esq.
**Law Office of Donald P. Nagle, P.C.**
5 Main Street Extension, Suite 300
Plymouth, MA  02360

**Defendant, Sentry Insurance Company (Electronically)**
Michael Aylward, Esq.
**Morrison, Mahoney & Miller, LLP**
250 Summer Street
Boston, MA  02210

**Defendant, Utica National Insurance Group (Electronically)**
Richard E. Heifetz, Esq.
Danielle M. Maloney, Esq.
**Tucker, Heifetz & Saltzman, LLP**
Three School Street
Boston, MA  02108

**Defendant, Travelers Indemnity Company (Electronically)**
Joseph S. Berman, Esq.
**Berman & Dowell**
210 Commercial Street
Boston, MA  02109

Dated:  June 2, 2005        /s/ Seth V. Jackson
                Karl S. Vasiloff, Esq. (BBO #555638)
                Seth V. Jackson, Esq. (BBO #658669)
                **ZELLE, HOFMANN, VOELBEL,**
                **MASON & GETTE LLP**
                950 Winter Street, Suite 1300
                Waltham, MA  02451
                (781) 466-0700