# EXHIBIT 3

## ZELLE, HOFMANN, VOELBEL, MASON & GETTE
A LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| BOSTON<br>DALLAS<br>LOS ANGELES<br>MINNEAPOLIS<br>SAN FRANCISCO<br>WASHINGTON, D.C.<br>BEIJING*<br>SHANGHAI*<br>*In association with ZY & Partners | 950 WINTER STREET - SUITE 1300<br>WALTHAM, MASSACHUSETTS 02451<br>781-466-0700  TELEPHONE<br>781-466-0701  FACSIMILE<br>www.zelle.com | Seth V. Jackson<br>sjackson@zelle.com<br>781-466-0726 |

January 17, 2005

*Via Facsimile & Regular Mail*

Donald P. Nagle, Esq.
Donald P. Nagle, PC
5 Main Street Extension, Suite 300
Plymouth, MA  02360

      Re:    **Kleenit, Inc. v. Sentry Insurance Company, et al.**
             **C.A. No.  04-10351-NG**
             **Our File Number: 4-079-0021**

Dear Mr. Nagle:

      I am writing in regards to certain outstanding responses due by Kleenit to Royal in the above-captioned case.  First, Royal has yet to receive Kleenit's answer to the Counterclaim of Defendants Royal Insurance Company of America and Globe Indemnity Company filed with the Court on December 3, 2004.  Please notify me as to whether Kleenit intends to provide such an answer.  Otherwise, I will be forced to seek redress from the Court.

      Second, Royal has also yet to receive Kleenit's responses to Royal's First Set of Interrogatories and Royal's First Set of Document Requests served to Kleenit on October 26, 2004.  In order to move forward with its case, Royal demands Kleenit's responses to both discovery requests by January 20, 2005.

      If you have any questions regarding these matters, please do not hesitate to contact me.

                                Very truly yours,

                                ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP

                                Seth V. Jackson

SVJ/ds