# EXHIBIT 4

# ZELLE, HOFMANN, VOELBEL, MASON & GETTE
A LIMITED LIABILITY PARTNERSHIP

BOSTON
DALLAS
LOS ANGELES
MINNEAPOLIS
SAN FRANCISCO
WASHINGTON, D.C.
BEIJING*
SHANGHAI*
*In association with ZY & Partners

950 WINTER STREET - SUITE 1300
WALTHAM, MASSACHUSETTS 02451
781-466-0700  TELEPHONE
781-466-0701  FACSIMILE
www.zelle.com

Seth V. Jackson
sjackson@zelle.com
781-466-0726

February 23, 2005

*Via Facsimile & Regular Mail*

Donald P. Nagle, Esq.
Donald P. Nagle, PC
5 Main Street Extension, Suite 300
Plymouth, MA  02360

Re:   **Kleenit, Inc. v. Sentry Insurance Company, et al.**
      C.A. No.  04-10351-RBC
      Our File Number: 4-079-0021

Dear Mr. Nagle:

I am again writing in regards to certain outstanding responses due by Kleenit to Royal in the above-captioned case. As stated in my previous letter to you dated January 17, 2005, Royal has still not received Kleenit's responses to Royal's First Set of Interrogatories and Royal's First Set of Document Requests served to Kleenit on October 26, 2004. Kleenit has now taken almost **120 days** to respond to Royal's requests. Royal demands Kleenit's responses to both discovery requests by March 2, 2005.

If you have any questions regarding these matters, please do not hesitate to contact me.

Very truly yours,

ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP

Seth V. Jackson

SVJ/ds