# EXHIBIT 5

**Seth Jackson - RE: Royal's Counterclaim against Kleenit**

| | |
|---|---|
| **From:** | "Donald Nagle" <nagle@dpnaglelaw.com> |
| **To:** | "Seth Jackson" <SJACKSON@zelle.com> |
| **Date:** | 1/28/2005 6:49 PM |
| **Subject:** | RE: Royal's Counterclaim against Kleenit |

Thanks, Seth. I'll provide answer to counterclaim and responses to interrogs shortly.

-----Original Message-----
From: Seth Jackson
Sent: 1/28/2005 10:38 AM
To: nagle@dpnaglelaw.com
Subject: Royal's Counterclaim against Kleenit

Donald:

Pursuant to your voicemail message left on 1/27/05, please see attached Royal's Counterclaim against Kleenit filed with the Court on December 3, 2004 (I also am having it faxed). Please respond so that I know you received it. I assume that we will receive an answer from Kleenit as soon as possible.

Further, since you only notified me yesterday that you had not received Royal's Counterclaim, I am a little concerned that you did not receive our letter re: Royal's demand for Kleenit's discovery responses and an answer to this Counterclaim dated January 17, 2005 (although the letter was mailed and faxed), and the numerous other filings in this case via the Court's e-file system.

If you have any questions, please do not hesitate to contact me.

Seth

Seth V. Jackson
Zelle, Hofmann, Voelbel, Mason & Gette LLP
950 Winter Street, Suite 1300
Waltham, MA 02451
Main Telephone: (781) 466-0700
Direct Dial: (781) 466-0726
Fax: (781) 466-0701
sjackson@zelle.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the

intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.