# EXHIBIT 6

| | |
|---|---|
| From: | Seth Jackson |
| To: | nagle@dpnaglelaw.com |
| Date: | 3/4/2005 12:23:53 PM |
| Subject: | Kleenit and PEI documents |

Don:

I haven't received documents in either PEI or Kleenit as of today. Since you had said you were going to send at least some of the Kleenit documents on Tuesday, I was just checking in on the status of both sets of documents.

Please let me know.

Seth

Seth V. Jackson
Zelle, Hofmann, Voelbel, Mason & Gette LLP
950 Winter Street, Suite 1300
Waltham, MA 02451
Main Telephone: (781) 466-0700
Direct Dial: (781) 466-0726
Fax: (781) 466-0701
sjackson@zelle.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.