# EXHIBIT 7

Case 1:04-cv-10351-RBC   Document 76-8   Filed 06/02/2005   Page 1 of 2

# ZELLE, HOFMANN, VOELBEL, MASON & GETTE
A LIMITED LIABILITY PARTNERSHIP

BOSTON
DALLAS
LOS ANGELES
MINNEAPOLIS
SAN FRANCISCO
WASHINGTON, D.C.
BEIJING*
SHANGHAI*
*In association with ZY & Partners

950 WINTER STREET - SUITE 1300
WALTHAM, MASSACHUSETTS 02451
781-466-0700 TELEPHONE
781-466-0701 FACSIMILE
www.zelle.com

Seth V. Jackson
(781) 466-0726
sjackson@zelle.com

May 4, 2005

*Via First Class Mail*

David C. McSweeney, Esq.
Robert A. Fasanella, Esq.
Rubin & Rudman, LLP
50 Rowes Wharf
Boston, MA 02110-3319

Re:   Kleenit, Inc. v. Sentry Insurance Company, et al.
      C.A. No. 04-10351-RBC
      Our File Number: 4-079-0021

Dear David and Bob:

I am writing to inquire as to the status of the documents that I reviewed at your offices on March 23, 2005. The majority of Kleenit's responses to Royal Indemnity Company's First Set of Requests for Production of Documents stated that any responsive documents were in "the possession of defense counsel, Robert A. Fasanella, Esq. of Rubin and Rudman, LLC and are available for inspection and copying at such mutually agreeable time."

To date, I have not received these documents that I reviewed and requested to have copied. These documents are critical to this case. We are more than willing to pay reasonable copying costs once the documents are produced. Please provide these documents as soon as possible or contact me regarding any issues as to their production.

Best regards,

ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP

Seth V. Jackson

SVJ/ko