# EXHIBIT 8

| | |
|---|---|
| From: | Seth Jackson |
| To: | nagle@dpnaglelaw.com |
| Date: | 5/24/2005 12:21:35 PM |
| Subject: | Kleenit Documents Owed to Royal |

Don:

I am writing as a follow-up to my telephone message that I left you yesterday afternoon regarding the status of documents due to Royal.

Kleenit still has not produced copies of documents that I reviewed and requested at the offices of Rubin & Rudman, LLP on March 23, 2005. As you know, Judge Collings ordered these documents to be produced "on or before the close of business on May 23, 2005." As of 12:00 p.m. on May 24, 2005, I still have not received such documents or an explanation for the violation of Judge Collings' order.

Please produce these documents immediately, or we will seek relief from the Court, including costs.


Sincerely,

Seth

Seth V. Jackson
Zelle, Hofmann, Voelbel, Mason & Gette LLP
950 Winter Street, Suite 1300
Waltham, MA 02451
Main Telephone: (781) 466-0700
Direct Dial: (781) 466-0726
Fax: (781) 466-0701
sjackson@zelle.com

The information in this e-mail is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.

| | |
|---|---|
| CC: | heifetz@ths-law.com; Joseph Berman; Karl Vasiloff; maloney@ths-law.com; Michael Aylward |