AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

Kleenit, Inc.

v.

Century Ins.
Travelers Indemnity Co.

**APPEARANCE**

Case Number: CA0410351

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Travelers Indemnity Co.

I certify that I am admitted to practice in this court.

Date: 7/26/05

Signature: [signed]

Print Name: Rodney Dowell    Bar Number: 629016

Address: 210 Commercial St., 5th Fl.

City: Boston    State: MA    Zip Code: 02109

Phone Number: 617-723-9911    Fax Number: 617-723-6688

E-Mail: rdowell@bernardowell.com

7/26/05
N. Russo
Deputy Clerk