AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

*Kleenit Inc.*
*v.*
*Sentry Ins. et al*

**APPEARANCE**

Case Number: 04-CV-10351-RBC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for *Utica Mutual Ins Co (Defendant)*

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/30/05 | *M. Therese Roche* |
| Date | Signature |
| | M. Therese Roche — 423810 |
| | Print Name / Bar Number |
| | Tucker, Heifetz & Saltzman |
| | 3 School St |
| | Address |
| | Boston / MA / 02108 |
| | City / State / Zip Code |
| | (617) 557-9696 / 617-227-9191 |
| | Phone Number / Fax Number |
| | roche@ths-law.com |
| | E-Mail |

8/30/05
N. Russo
Deputy Clerk