UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**KLEENIT, INC.,**

      **Plaintiff,**

                   **CIVIL NO.  04-10351-RBC**

**SENTRY INSURANCE CO, et. al.,**

      **Defendant,**

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

**TO: JUDGE COLLINGS**

**SWARTWOOD, C.M.J.**

On   **November 9, 2005**   I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| ____ | EARLY NEUTRAL EVALUATION | __X__ | MEDIATION |
| ____ | MINI-TRIAL | ____ | SUMMARY JURY TRIAL |
| ____ | SETTLEMENT CONFERENCE | | |

The parties were present in person or by an authorized corporate officer .

The case was:

( ) Settled.  Your clerk should enter a ___ day order of dismissal.
(X) There was progress.  A further conference has been scheduled for **December 15, 2005**.
   unless the case is reported settled prior to that date.
( ) Further efforts to settle this case at this time are, in my judgment, unlikely to be
   productive.  This case should be restored to your trial list.


**November 29,  2005**           **/s/ Charles B. Swartwood, III**
Date                 **CHARLES B. SWARTWOOD, III, C.M.J.**