UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| KLEENIT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO.  04-10351-RBC |
| | ) | |
| SENTRY INSURANCE CO, et. al., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF AND ORDER REGARDING MEDIATION

The parties are hereby notified that the court has scheduled a mediation conference for **Thursday, December 15,  2005, at 9:00 A.M.** in The United States District Court in **Worcester**, Courtroom #1 on the 5th Floor.  Counsel are directed to be present with their respective clients or representatives thereof with full settlement authority.

In addition, each party may submit a **brief** memorandum addressing the party's position on the merits of the case and on settlement.  This should be filed with Chief Judge Swartwood's Clerk  by e-mail  at lisa_roland@mad.uscourts.gov  **no later than one (1) day before the conference.**  The memorandum should be marked "Confidential - Not for Docketing" and will be held in confidence by the Court.

**If any party believes that the case is not ready for mediation at this time, please notify opposing counsel and the court as soon as possible.**

/ s /Charles B. Swartwood, III
Charles B. Swartwood, III
DATED:  December 12, 2005          Chief  Magistrate Judge