UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**KLEENIT, INC.,**

        **Plaintiff,**

**SENTRY INSURANCE CO, et. al.,**

        **Defendant,**

**CIVIL NO. 04-10351-RBC**

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE COLLINGS

**SWARTWOOD, C.M.J.**

On   November 9, 2005 & December 15, 2005   I held the following ADR proceeding:

\_\_\_\_   EARLY NEUTRAL EVALUATION         _X_   MEDIATION
\_\_\_\_   MINI-TRIAL                              \_\_\_\_   SUMMARY JURY TRIAL
\_\_\_\_   SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer .

The case was:

( )   Settled.  Your clerk should enter a \_\_\_ day order of dismissal.
( )   There was progress.  A further conference has been scheduled for _____.
     unless the case is reported settled prior to that date.
( X )   Further efforts to settle this case at this time are, in my judgment, unlikely to be
     productive.  This case should be restored to your trial list.


**December 15,  2005**                                 /s/ Charles B. Swartwood, III
Date                                                              **CHARLES B. SWARTWOOD, III, C.M.J.**