# EXHIBIT "F"

Page 1

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

NO. 04-10351 (NG)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
KLEENIT, INC.,                   *
     Plaintiff                   *
                                 *
     vs.                         *
                                 *
SENTRY INSURANCE COMPANY, ROYAL  *
AND SUN ALLIANCE, UTICA NATIONAL *
INSURANCE GROUP AND TRAVELERS    *
PROPERTY AND CASUALTY,           *
     Defendants                  *
                                 *
* * * * * * * * * * * * * * * * *
```

     DEPOSITION OF KEITH CRIDER, a witness called on Behalf of the Defendant, Utica National Insurance Group, pursuant to Massachusetts Rules of Civil Procedure, before Diane M. Durette, a Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Tucker, Heifetz & Saltzman, 3 School Street, Boston, Massachusetts on Wednesday, June 15, 2005, commencing at 10:15 a.m.

Page 54

1  Q. You testified earlier that Mr. Munro was
2     very concerned about Perc consumption. Did
3     he keep any records?
4  A. Informal. I think the records that we kept
5     were the bills that came in from the Perc
6     people and so forth. In other words, when
7     we get deliveries of Perc we recorded how
8     many we had and how many pounds we did per
9     month at the location, and we worked out a
10    formula on that basis.
11 Q. How long did Mr. Munro work in the business
12    while you were there, from '65 to when?
13 A. Right up to his death. He died suddenly.
14    He was 71 when he died. He was active going
15    in, I mean he was a 7 day a week man.
16 Q. What year was it that he died?
17 A. 1985, twenty years ago.
18 Q. So from '65 to '85 do you ever remember
19    where there was like a spike in the Perc
20    consumption in any particular store?
21 A. There would be occasional problems, yes.
22 Q. Would those problems be investigated?
23 A. Yes.
24 Q. Who would do the investigation?

Page 55

1  A. Well, generally Mr. Munro would go to the
2     site, and he would have the maintenance man
3     very informally, Mr. Clark his name was,
4     he's dead now. Most of the employees are
5     dead. And he would say simply you've got to
6     fix that valve. He was very fastidious, and
7     I think Mr. Crothers will verify this
8     because he worked with Mr. Munro for many,
9     many years. You're probably looking at the
10    best drycleaner that ever existed right here
11    (pointing).
12 Q. You're not pointing to Don?
13 A. No. I'm saying that in all honesty, he's
14    the best. And he worked with Mr. Munro. He
15    knows Mr. Munro better than I do as far as a
16    production man.
17 Q. Well, between '65 and '85 do you have any
18    recollection of any releases of Perc?
19 A. Yes.
20 Q. Do you have any specific recollections of
21    when these occurred?
22 A. Well, we have a written affidavit here.
23 Q. Well, I understand that I have your
24    affidavit.

Page 56

1  A. All right. There are the two, and we also
2     had a couple at Chelmsford Center. I can't
3     remember any other specific incidents that
4     we had that, you know, where there was a
5     release, no, I can't.
6  Q. The spikes in Perc consumption let's say
7     between '65 and '85 that were investigated
8     from time to time, were those just machine
9     problems?
10 A. I would say yes, machine problems.
11 Q. From '65 to '85, generally, how was the Perc
12    stored at the site?
13 A. The Perc was usually stored in the machine.
14    There were a few locations that had storage
15    tanks. We had a storage tank at Chelmsford
16    Center. I think it was a hundred gallon
17    tank. I think later on at Duds we had a
18    tank. Generally speaking, drycleaning
19    machines would I think handle about a
20    hundred gallons in the machine. I'm not
21    sure. Carl would know more about this.
22 Q. Carl being Mr. Crothers?
23 A. Mr. Crothers, yes.
24 Q. When you say Chelmsford Center, that's the

Page 57

1     Main Street -- Central Square?
2  A. Central Square, that's correct.
3  Q. Okay. Before we go back to all that, we're
4     going to go back to each store, let me ask
5     you a little bit about some insurance.
6     Before Mr. Munro died in 1985, did he take
7     care of the insurance?
8  A. He had a very, very -- up to a certain
9     point, yes but from 19 -- well, probably
10    1940 to, let's put it in the mid '70s he had
11    a very close relationship with the Travelers
12    and the fellow that had, that sold mostly
13    Travelers in Groton, Mass, the EJ Wells
14    insurance company.
15 Q. He had a close relationship with the EJ
16    Wells?
17 A. Yes, Milt Esterbrook. In fact, he was at
18    the grand opening -- I remember his picture
19    being at the grand opening at Care Cleaners
20    in 1960. I wasn't there but --
21 Q. So it's your understanding from 1940 to the
22    mid '70s Mr. Munro dealt exclusively with EJ
23    Wells insurance agency?
24 A. That's correct.

15 (Pages 54 to 57)

Page 86

1  get it on the record. Do you have any
2  knowledge as we sit here today of any
3  incidents with Safety Kleen where there was
4  a release during any of the pickups?
5  A. No.
6  Q. Safety Kleen, do you know where they are?
7  A. Yes. I remember I was sending the checks to
8  them, Elgin, Illinois. That's where the
9  checks went.
10 Q. As long as you can remember, has Kleenit
11 always used Safety Kleen?
12 A. We used Safety Kleen and currently we're
13 using Cycle Solve.
14 Q. When did you change?
15 A. Oh, probably '97, '98, in that range.
16 Q. So during the '60s, '70s, '80s was it always
17 Safety Kleen?
18 A. Yes.
19 Q. Who do you use now?
20 A. Cycle Solve. They're out of Rhode Island.
21 Providence, Rhode Island, I think.
22 Q. As we sit here today, do you have any
23 recollection or knowledge of any machine
24 malfunction where Perc was released at any

Page 87

1  of the locations where they do drycleaning?
2  A. I think the only incident that I can, that I
3  can recall were recorded were the ones that
4  Mr. Crothers and Mr. Stuart indicated.
5  Q. And that's the handwritten statement?
6  A. That's correct.
7  Q. Just so I'm clear, I'm sorry.
8  A. Right.
9  Q. Those deal with the occurrences that are the
10 subject of a handwritten statement by Mr.
11 Crothers?
12 A. Yes, and Mr. Stuart.
13 Q. And Mr. Stuart?
14 A. Yes.
15 Q. I don't think I've seen one from Mr.
16 Stuart.
17     MR. NAGLE: You should have. If
18 you don't, I'll provide it to you.
19     MR. BERMAN: I haven't seen it.
20     MR. HEIFETZ: I don't have it.
21     MR. VASILOFF: Does the witnesss
22 have it with him?
23     MR. HEIFETZ: You don't have it
24 with you?

Page 88

1     MR. NAGLE: No. Do you have it
2  with you?
3     THE WITNESS: Yes.
4  Q. Would you mind if I grab a copy?
5  A. You can have it.
6     MR. BERMAN: Can we get copies made
7  at some point?
8     MR. VASILOFF: Like right now.
9     (Off the record.)
10 Q. Let's go back and start talking about some
11 of the releases. I want to start with
12 Chelmsford, 28 Central Square.
13 A. Uh-huh.
14 Q. Earlier you testified that you had been in a
15 deposition concerning a lawsuit that was
16 brought by your landlord?
17 A. Uh-huh.
18 Q. Is that a yes?
19 A. Yes.
20 Q. Do you remember the incident as to what
21 caused that lawsuit, what was the basis for
22 that lawsuit?
23 A. I don't know, Kurtz Associates had done a
24 study in Acton and they discovered that

Page 89

1  there was some Perc in or around the area
2  and so forth. And basically, Samuels
3  Associates I believe were the people that
4  owned, that bought this from the Middlesex
5  Bank. And basically, what this lawsuit was
6  about, it wasn't about contamination because
7  No. 1, we had a printer beside us before we
8  took over the store in 1981.
9  Q. This is in Acton?
10 A. In Acton. That was once a printer. They
11 shared the same septic system tank as we
12 did. In 1981 we enlarged our store from
13 2300 square feet to 4460 square feet. He
14 gave us, because there had been a lot of
15 tenants, he had a restaurant there and so
16 forth, he gave us a longterm 25 year lease
17 that was, that was just an extremely good
18 lease. Are you listening to me?
19 Q. Yes, I'm sorry.
20 A. Well, this lawsuit, basically, when Samuels
21 Associates saw the lease that we had, this
22 was all about money. This was not -- this
23 was about a lease. So what we did, the way
24 this thing was settled is that we agreed to

```
                VOL. II
                PAGES 115-293
                EXHIBITS See Index

      UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF MASSACHUSETTS
            NO. 04-10351 (NG)
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KLEENIT, INC.,

   Plaintiff,

        vs

SENTRY INSURANCE COMPANY, ROYAL AND SUN
ALLIANCE, UTICA NATIONAL INSURANCE GROUP,
AND TRAVELERS PROPERTY AND CASUALTY,

   Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


         CONTINUED DEPOSITION OF KEITH

CRIDER, a witness called on behalf of the

Defendant Utica National Insurance Group,

pursuant to the Federal Rules of Civil

Procedure before Carol L. Howley, Court

Reporter and Notary Public in and for the

Commonwealth of Massachusetts, at the

offices of Tucker, Heifetz & Saltzman, LLP,

Three School Street, Boston, Massachusetts,

on Thursday, July 7, 2005, commencing at

10:10 a.m.

Page 136

1  Q. Do you know who Mr. Albert Hodges?
2  A. I met him once.
3  Q. He worked for the bank?
4  A. Yes, he did.
5  Q. He was involved in the sale?
6  A. I don't know.
7  Q. Did you ever discuss this report with Mr.
8     Hodges?
9  A. No, no.
10 Q. In 1990 or early 1991 were you made aware of
11    this report?
12 A. Yes.
13 Q. Were you given a copy?
14 A. I think so, yes.
15 Q. In this report in the narrative on the first
16    page it talks about the fact that there's
17    chlorinated compounds in the vicinity of the
18    dry cleaning operation. The dry cleaning
19    operation was Duds, is that correct?
20 A. That's correct.
21 Q. They also found MTBE. Was there a gas
22    station nearby?
23 A. Yes, right up across the street.
24 Q. But they also found some perc.

Page 137

1  A. Yes.
2  Q. Were you made aware of that?
3  A. Yes.
4  Q. Was this before the suit from M Acton?
5  A. Yes.
6  Q. When you were first made aware of that let's
7     say in late 1990 early 1991, did you put any
8     of your insurance companies on notice at the
9     time?
10 A. No, because -- no.
11 Q. Was there any discussion with Mr. Hodges or
12    anybody from Middlesex Bank that there would
13    have to be a cleanup?
14 A. No.
15 Q. Or at least a study done to assess whether
16    there needs to be a cleanup?
17 A. No.
18 Q. Also in this case it says, quote, Personnel
19    interviewed at the dry cleaning operation
20    indicated the historical practice of
21    releasing solvent laden process water to the
22    pavement of the rear of the facility, end
23    quote. Were you familiar with that line?
24 A. No, I wasn't.

Page 138

1  Q. We know Mr. Crothers worked there in 1990.
2  A. No, he did not.
3  Q. Was he retired by '90?
4  A. I think that he was retired at that point in
5     1985.
6  Q. Do you know who the manager was?
7  A. Well, Mr. Murphy who's here came in after
8     Mr. Crothers.
9  Q. So would Mr. Murphy have been the manager in
10    December 1990?
11 A. Yes, I think he would have been.
12 Q. According to this it says personnel
13    interviewed. I'm assuming that's people who
14    worked at the dry cleaners. Do you know who
15    worked at the dry cleaners in December 1990?
16 A. I think the only other person was a fellow
17    by the name of Ray Collins who died probably
18    eight or nine years ago.
19 Q. Were you aware at all of releasing solvent
20    laden process water to the pavement to the
21    rear of the building?
22 A. I was not aware of that.
23 Q. Do you know what that means by process
24    water? Do you know what they're referring

Page 139

1     to?
2  A. No, I don't.
3  Q. Would that have been the residue that comes
4     out of the still?
5        MR. NAGLE: Objection.
6  A. I don't know; I don't know.
7  Q. But there is some type of residue that now
8     is picked up by a company and carted off, is
9     that correct?
10 A. That's correct.
11 Q. What is that?
12 A. Well, it's sludge from the dry cleaning
13    solvents that's been picked up since the
14    early '80s.
15 Q. So in what we're going to refer to as the
16    Kurz report, Exhibit 6, when they talk about
17    process water, you don't know what they mean
18    by that?
19 A. Not exactly.
20 Q. Were you ever aware at any of your other
21    locations of people disposing of sludge or
22    wastewater just onto the ground?
23 A. No.
24 Q. And you said around the mid '80s is when

7 (Pages 136 to 139)

G&M Court Reporters, Ltd.
617-338-0030

Page 152

1  the '89 to '90 time frame concerning your
2  landlord's environmental assessments. And I
3  think I asked if you have any of those
4  documents. So that's the question.
5  A. There were some that were sent to Jack
6  Lorden, and I'll check with Jack to see if
7  he might have any of those things. Because
8  Jack had been our attorney at the time
9  working with us and working on this project
10 with Dave Lang. But I will check on that.
11 Q. So Mr. Lorden represented you in the M Acton
12 suit.
13 A. That's correct.
14 Q. So if there are any documents that you had
15 from Mr. Lang, you would have turned them
16 over to Mr. Lorden?
17 A. Yes.
18 Q. You didn't keep any copies?
19 A. Not that I'm aware of.
20 Q. Do you remember if there were any
21 documents? In other words, do you remember
22 seeing any letters from Mr. Lang to anybody
23 at Kurz or anybody at M Acton?
24 A. I can remember he did a little work for us,

Page 153

1  and I remember he issued -- Mr. Lorden had
2  requested to check the paperwork and so
3  forth, and then he issued the report. I
4  think he did a little investigating, but I
5  can't recall exactly what it was.
6  Q. Do you know if Mr. Lang spoke to the
7  employees of Duds to determine whether or
8  not the allegations of Kurz were true?
9  A. I don't know.
10 Q. Were you involved in the lawsuit? In other
11 words, you being the chief financial
12 officer. Actually, you were the chief
13 operating officer back then.
14 A. Right. Yes, I was involved.
15 Q. And as we sit here today, you don't
16 recollect any conversations with any of the
17 employees of Duds or Mr. Lang concerning the
18 allegations that they were throwing
19 wastewater out in the back of Duds that
20 contained perc?
21 A. No.
22 Q. Exhibit 6 was in December of 1990. Are you
23 aware of any other Kurz documents after
24 December of 1990?

Page 154

1  A. No.
2  Q. Was that the end of your landlord's
3  investigation, as far as you know?
4  A. As far as I know, yes.
5  Q. As best as you can recall, did your landlord
6  when they brought suit against you in '90,
7  '91 use Kurz as experts?
8  A. No.
9  Q. Do you know if they based their lawsuit on
10 the Kurz report?
11 A. No.
12 Q. That lawsuit was settled on approximately
13 October of 1993, this agreement which is
14 Exhibit 4 which is executed by all parties.
15 A. Right.
16 Q. Between 1990 and 1993 was there any
17 assessment or remediation done in Acton?
18 A. There was nothing required.
19 Q. I understand that. That's not the
20 question. The question is was there
21 anything done that you recall.
22 A. As I recall I think they continued to test
23 the wells, and the levels were dropping and
24 they were very happy. As I say we had a

Page 155

1  sweetheart of a lease that we were paying
2  something like $2,000 a month, and that
3  would have gone right up to 2002, and this
4  was all changed. We had to go to common
5  area maintenance and that cost us hundreds
6  of thousands of dollars.
7  Q. The notice of responsibility for Acton, I
8  don't want to mark any other documents than
9  I have to, but as I understand it was
10 December 20, 2002.
11 A. That's correct.
12 Q. Between the settlement of this lawsuit in
13 '93 and 2002, was there any assessment
14 conducted by anybody on behalf of Kleenit?
15 When I talk about Kleenit that means Duds
16 and Care, that kind of includes everything.
17 A. Right. I think we were required by the
18 settlement to take semiannual testing and
19 then submit it to the landlord, basically.
20 And then I think it was October 23rd of 1998
21 that period passed, because this was the
22 point that we were going to put a
23 remediation system in, what they call a
24 Terravac unit, but there was never one

11 (Pages 152 to 155)

G&M Court Reporters, Ltd.
617-338-0030

Page 192

1   A. Ten, 11 years.
2   Q. I'm sorry, you gave me the dates but --
3   A. I think it was about 1960 to '70, '71, in
4      that era.
5   Q. So he was the opening manager.
6   A. That's correct.
7   Q. And who was the manager after him?
8   A. Boy, we had a lot -- I think it was a David
9      Kidder who's passed away. I'm trying to
10     think. There was a person Angelo Robito who
11     was there for quite a while.
12  Q. How do you spell Robito?
13  A. R-O-B-I-T-O.
14  Q. Do you remember what years he was there?
15     Was he there for more than ten years?
16  A. I don't think so. Mike was there the
17     longest of any.
18  Q. The '80s?
19  A. I'd have to check that. I don't know
20     offhand what years he was there.
21  Q. He wasn't there in the '90s, though, right?
22  A. No.
23  Q. So it was the '70 or '80s.
24  A. Right.

Page 193

1   Q. Do you know where Mr. Robito is?
2   A. He lives in Florida but I've kind of lost
3      track of him. He's getting up there, too.
4      He's probably 80.
5   Q. Can we take a look at Exhibit 5 which is
6      your supplemental answers to
7      interrogatories, and let's look at Exhibit B
8      which is the Stuart letter. Attached to
9      these interrogatories is an affidavit from
10     Mr. Crothers. Do you know if anybody has
11     requested from Mr. Stuart that he sign an
12     affidavit?
13  A. Did he sign the affidavit?
14  Q. No, no. Do you know if anybody has
15     requested Michael Stuart to sign an
16     affidavit?
17  A. Yes. That's coming.
18  Q. That's coming?
19  A. No, no. I think it's probably in Mr.
20     Nagle's office. There was a mistake. We
21     sent an affidavit to them, and Mike Stuart's
22     wife put it in the mailbox for outgoing
23     mail. And what happened was the mailman
24     never picked it up. We should have had this

Page 194

1      by now, the due date that you had asked
2      for. So it's probably on Mr. Nagle's -- it
3      should be on his desk tomorrow.
4   Q. Okay. Have you seen this affidavit?
5   A. Yes, I have.
6   Q. Does it say anything substantially different
7      than this letter?
8   A. No, basically it's the same letter, I mean
9      the same wording.
10  Q. Does it give any more specific dates and
11     times about releases?
12  A. I don't think so.
13  Q. Do you know where Mr. Stuart lives?
14  A. He just moved, Point North in Florida. I'm
15     not sure where that is. I'd have to look at
16     his --
17  Q. You have his address, though?
18  A. Yes, I do.
19         MR. HEIFETZ: Could you provide
20     that to us?
21         MR. NAGLE: Yes.
22  Q. The information that's contained in the
23     letter that's marked as Exhibit B and the
24     information that's contained in the

Page 195

1      affidavit that some day we may see, have you
2      discussed that with Mr. Stuart?
3   A. Have I discussed it with Mr. Stuart?
4      Basically I just -- not really. I didn't --
5      I got the letter from Mr. Stuart, and he
6      signed it and that's basically all -- all I
7      was asking for was recollections of if he
8      had a spill and the years involved. And
9      he's a very sickly man, and he's in very bad
10     shape at this point.
11  Q. Do you know what conditions he suffers from?
12  A. He's just got heart trouble.
13  Q. He lives full-time in Florida?
14  A. Pardon me?
15  Q. He lives full-time in Florida?
16  A. Yes, he does.
17  Q. But did you ever pick up the phone and call
18     him and say, Mike, let's talk about this?
19  A. Not really; not really.
20  Q. Or even after you got this, did you ever
21     pick up the phone and call him to discuss
22     what he put in this letter?
23  A. No.
24  Q. But you did call him to ask him to write the

21 (Pages 192 to 195)

G&M Court Reporters, Ltd.
617-338-0030

Page 196

1  letter.
2  A. I asked him to give a recollection of any
3     spills that he might have had during his
4     tenure as the manager of Care Cleaners.
5  Q. And you did that by telephone.
6  A. Yes.
7  Q. Is Paramount Cleaners still in business?
8  A. Well, it's called Paramount Plus now. The
9     location has been moved to another location,
10    and I would say the old Paramount Cleaners
11    is not in existence anymore.
12 Q. Did he sell the business?
13 A. No, the new owners just moved it. It's no
14    longer in existence in the location Mr.
15    Stuart was in.
16 Q. Does Mr. Stuart still own Paramount
17    Cleaners?
18 A. No.
19 Q. Did he sell it as far as you know?
20 A. I think he sold it, yes, to his stepson.
21 Q. In this letter it says, "I'm not sure of
22    dates it being so long ago, but about 1965 I
23    remember our first accident of perc was
24    made." Do you see that?

Page 197

1  A. Mm, hmm.
2  Q. Have you asked any other managers for their
3     recollection?
4  A. I really didn't have anybody to ask because
5     they're gone.
6  Q. Did you ask Mr. Robito?
7  A. Yes, I did ask Angelo Robito, and he
8     couldn't recall anything. He couldn't
9     recall any incidents.
10 Q. Did you call Mr. Robito on the telephone?
11 A. No. He worked for me last summer. He came
12    up and helped me out once in a while. He'll
13    come up and press a little bit in the
14    summertime. But that was the only time I
15    saw him.
16 Q. Does he come up every summer?
17 A. No.
18 Q. Does he have relatives here, like kids?
19 A. Yes.
20 Q. He doesn't come up and stay with the kids?
21 A. No.
22 Q. Do you have Mr. Robito's address in Florida?
23 A. I don't.
24 Q. Do you have his Social Security number?

Page 198

1  A. I don't think so at this point. I don't
2     know. I don't know if we have it.
3  Q. Where did he live when he lived in
4     Massachusetts?
5  A. I think in Methuen, Mass.
6  Q. So he used to commute from Methuen to
7     Chelmsford?
8  A. Yes.
9  Q. Have you ever met his children?
10 A. No.
11 Q. When he came up to help you press last
12    summer, do you know where he stayed?
13 A. I think he and his wife stayed at a friend's
14    place in Andover or somewhere up in that
15    area.
16 Q. Do you have any record at Kleenit with Mr.
17    Robito's old address?
18 A. I don't know; I don't know.
19 Q. Did Mr. Robito get a pension plan of any
20    kind?
21 A. No, we don't have pension plans.
22 Q. A 401K or anything like that?
23 A. We didn't have a 401K in those years.
24 Q. Mr. Robito worked for you last summer

Page 199

1     pressing clothes?
2  A. I think a couple of summers ago. We didn't
3     need him last year.
4  Q. Did you pay him?
5  A. Pardon me?
6  Q. Did you pay him?
7  A. Usually when he came up, because he made
8     under $600, he could be paid by direct
9     check. He worked very casual.
10 Q. So he would work the whole summer and --
11 A. No, no, no, he didn't work the whole summer,
12    just a few weeks, a couple of weeks when he
13    was there.
14 Q. You wouldn't have him fill out like a W-2
15    form or a W-9 form?
16 A. No.
17 Q. And that's R-O-B-I-T-O?
18 A. Mm, hmm.
19 Q. Do you know his wife's name?
20 A. Pauline.
21 Q. But you talked to Angelo and Angelo couldn't
22    remember any spills, is that right?
23 A. That's correct.
24 Q. So the only manager that you talked to that

22 (Pages 196 to 199)

Page 204

1  Q. And has that always been the practice, as
2     far as you know?
3  A. Yes.
4  Q. But other than the fact that this might have
5     happened in 1967 or 1968, we really don't
6     know what time of day, what time of year or
7     who was there at the time.
8  A. That's correct.
9  Q. Were there any employees in the late '60s
10    other than Mr. Stuart?
11 A. If that were the case I would not know,
12    because I hadn't joined the company until
13    '68.
14 Q. He sent this letter to you, right?
15 A. Yes.
16 Q. When you received this letter did any of
17    these refresh your recollection about spills
18    that you remembered in Chelmsford?
19 A. No, because that was before I came.
20 Q. Or spills you were told about?
21 A. No, I was never told anything.
22 Q. Other than what Mr. Stuart put down in this
23    letter, do you know of any releases of perc
24    at Chelmsford?

Page 205

1  A. Not that I'm aware of.
2  Q. And you've talked to Mr. Murphy about this.
3  A. Yes.
4  Q. And as far as you know, he doesn't know of
5     any.
6  A. I don't know. I think in his deposition you
7     can ask him.
8  Q. But in your conversations with him, he never
9     said, Keith, I remember in 1981 there was --
10 A. No. He wouldn't have been here in 1981.
11 Q. He was seven or eight years old then, right?
12    But nonetheless he never brought up anything
13    to you.
14 A. Right.
15 Q. Have you discussed this with anybody else
16    other than Mr. Murphy and Mr. Robito and
17    your attorneys?
18 A. No.
19 Q. So you haven't asked anybody else about
20    Chelmsford, whether they remembered any
21    releases of perc?
22 A. No.
23 Q. How about releases of any other kind of
24    chemicals?

Page 206

1  A. No.
2  Q. And then Mr. Stuart in numeral 3 says that
3     it was not long after the second alleged
4     release that there was a third release.
5     Again, he doesn't tell us what time of year
6     or when this was or who was there, is that
7     right?
8  A. Right. But I think he alluded that not long
9     after two or three years later, so we were
10    saying that probably brought us into '69 or
11    early '70s that this probably could have
12    occurred. We're talking almost 40 years
13    ago, and it's difficult to recollect.
14 Q. Yes, I would think so. The lint trap didn't
15    open in the dry cleaning machine, is that
16    right?
17 A. Right.
18 Q. Again, Mr. Stuart doesn't tell us, at least
19    in this letter, whether any of the perc was
20    reclaimed.
21 A. Right.
22 Q. Does he tell us in the affidavit whether any
23    of the perc was reclaimed?
24 A. Not that I recall.

Page 207

1  Q. Is it fair to say that during that decade of
2     the 1960s, if perc came out of a dry
3     cleaning machine that the standard operating
4     procedure was to try to reclaim as much of
5     it as you could.
6  A. Certainly.
7  Q. And I take it Mr. Stuart in your opinion was
8     a competent manager?
9  A. That's correct.
10 Q. In fact so competent that he opened up his
11    own dry cleaning business and took 40
12    percent of your business. So is it fair to
13    say from what you know of Mr. Stuart's
14    management skills, he would have attempted
15    to reclaim the perc?
16 A. I would say yes.
17 Q. Other than what's in that letter and what's
18    in the affidavit, did you ever discuss these
19    particular releases with Mr. Stuart to try
20    to get better information?
21 A. No.
22 Q. Did you ever ask him if there were any
23    witnesses that he could remember other than
24    him?

24 (Pages 204 to 207)

G&M Court Reporters, Ltd.
617-338-0030

Page 208

1  A. No.
2  Q. Have you ever asked Mr. Stuart to remember
3     the employees that were working in the 1960s
4     at -- was it called Care Cleaners back then?
5  A. Yes.
6  Q. -- at Care Cleaners?
7  A. A good deal of them are probably deceased.
8  Q. I'm sure. But did you ever ask him who they
9     were?
10 A. No, I didn't.
11 Q. There was discussion obviously in Acton
12    about employees taking wastewater and
13    throwing it out the back. Was there any
14    discussion in Chelmsford by anyone about any
15    discarding of wastewater to the ground
16    outside the demised premises?
17 A. It was never done.
18 Q. So there was a special prohibition about
19    that?
20 A. Yes, definitely.
21 Q. And you remember that for as long as you've
22    been there?
23 A. Yes.
24 Q. Don't throw anything out there.

Page 209

1  A. Exactly.
2  Q. When was the first time in Chelmsford that
3     you had any information that there were
4     chemicals in the soil? By that I mean dry
5     cleaning chemicals, obviously.
6  A. I think the DEP examined us, Paramount
7     Cleaners, I think all the cleaners in the
8     area. They came in and checked the septic
9     tanks. Chelmsford was not sewered. I think
10    it was the early '90s, and we had what they
11    called a cesspool in the back area, and it
12    was discovered there were minor VOCs, and we
13    were instructed to remove it. And we did in
14    it was 1989, as I recall. And two months
15    later we took the cesspool out, brushed it
16    out and tied into the city sewer.
17 Q. And that was the first time any governmental
18    agency or private agency brought up the fact
19    of any kind of chemicals around Care
20    Cleaners?
21 A. Right.
22 Q. Before 1989 there were no problems.
23 A. Right, no problems.
24 Q. The three releases that Mr. Stuart talked

Page 210

1     about at Care Cleaners before 1989, did you
2     even know about them?
3  A. No, no.
4  Q. So the only reason you even know about those
5     today is because you know about it as
6     arising out of the claims that were made at
7     Chelmsford.
8  A. Right.
9  Q. Is it fair to say that in 1989 you were the
10    chief operating officer of Kleenit?
11 A. Right.
12 Q. And in 1989 you didn't know of any releases
13    to the outside surfaces of the area outside
14    Care Cleaners in 1989.
15 A. I didn't.
16 Q. In fact you didn't know of any releases
17    within the demised tenancy.
18 A. Correct.
19       (Exhibit No. 14 Phase II Limited
20       Site Investigation of Care
21       Cleaners 5/29/92 marked)
22 Q. We've marked as Exhibit 14 a Phase II
23    Limited Site Investigation of Care Cleaners
24    dated May 29, 1992 prepared by Groundwater

Page 211

1     Consultants. And that's Mr. Lang, is that
2     correct?
3  A. That's correct.
4  Q. And is this an investigation that Kleenit
5     had commissioned?
6  A. Yes.
7  Q. This is a Phase II site investigation. Do
8     you know if there was a Phase I?
9  A. If there is a Phase II, I presume there
10    would have been a Phase I.
11 Q. Do you remember seeing the Phase I report?
12 A. I don't. At this point I don't.
13 Q. Do you have any information whether
14    employees of Care Cleaners were dumping
15    sludge in the dumpster in the back of Care
16    Cleaners?
17 A. No, no. That was not done, no. From 1980
18    through it was always picked up by Safety
19    Kleen. As I recall there was always a
20    dumpster in the front of the store, and I
21    think Mr. Murphy can elaborate more on
22    that. I think what Mr. Crothers said would
23    coordinate with what we did in Chelmsford,
24    but in Chelmsford there would be much, much

Page 216

1   Did you sit down with Mr. Lang to discuss
2   his findings?
3   A. Yes, we did. And I think we discovered
4   there were low to moderate levels of VOCs,
5   and there was no great deal of risk to the
6   environment. I think other levels were
7   quite low.
8   Q. Did you start undertaking at least
9   assessment activity?
10  A. I think we did what Mr. Lang recommended.
11  We dismantled the septic system and
12  evaluated the Mobil station and then tried
13  to decide on what we were going to do. I
14  think Mr. Lang at that time indicated there
15  were so many new things coming down that he
16  recommended to continue to test to see what
17  the levels were going to do and so forth.
18  Q. From 1992 to the present at Care Cleaners,
19  are you aware of any further releases of
20  perc?
21  A. No, no. We didn't really have much to
22  release.
23  Q. Because it's a very low level --
24  A. Low level store. We didn't do any

Page 217

1   significant business at the location.
2       MR. HEIFETZ: Do you want to take a
3   break now for half an hour or something?
4       (Discussion off the record)
5       (Lunch recess)
6       (Exhibit No. 15 Letter from DEP
7       to Mr. Crider marked)
8   Q. Mr. Crider, we've marked Exhibit 15. This
9   is a letter to you from the Department of
10  Environmental Protection, and there's no
11  date although there is a stamp that
12  indicates December 8, 1997. Do you
13  recognize this?
14  A. Yes.
15  Q. Can you tell me what this is?
16  A. Well, I think this was a Tier
17  classification, I believe. We were
18  classified as a Tier 1C site.
19  Q. A disposal site because you use perc? Is
20  that it?
21  A. Anything within a mile or so of a well area
22  is classified as a Tier 1 site, and we were
23  classified in the lowest category as far as
24  risk goes.

Page 218

1   Q. Is this the first permit that you needed to
2   get, or did you have a permit from the '80s?
3   A. No, this is the first permit that we got.
4   Q. And at that time you were still using Mr.
5   Lang. He's cc'd.
6   A. Yes.
7   Q. Do you have a permit for your other
8   locations, as well?
9   A. Mr. Murphy handled the Wayland thing. I'm
10  sure we did at each site, yes. Wayland and
11  Chelmsford I think were both Tier 1C sites,
12  and Acton was a Tier 3 or 2 site, I believe.
13      (Exhibit No. 16 D'Amore
14      Associates Report 8/27/02 marked)
15  Q. Let me show you a report dated August 27,
16  2002 from D'Amore Associates. When did you
17  first hire Dennis D'Amore?
18  A. I believe it was late -- I think it was '99.
19  I'm not positive but I think it was around
20  1999.
21  Q. How did that come to be? Who referred you
22  to him you?
23  A. Lorden Oil Company.
24  Q. L-O-R-D-E-N?

Page 219

1   A. Yes, like Jack.
2   Q. Jack Lorden?
3   A. No. His relatives owned Lorden Oil Company.
4   Q. What did you hire them for?
5   A. To close out the Chelmsford site. That was
6   our mission.
7   Q. We marked Exhibit 16 Mr. D'Amore's request
8   for extension of August 27, 2002 on the Tier
9   1 permit. Do you see that?
10  A. Mm, hmm.
11  Q. If you go to the second page under
12  compliance history, it talks about the
13  formal LSP which was Mr. Lang, is that
14  correct?
15  A. Mm, hmm.
16  Q. And Mr. Lang did do a Phase I site
17  assessment in October of 1990. Do you see
18  that?
19  A. Yes.
20  Q. Do you remember ever seeing that Phase I
21  report?
22  A. I probably saw it but I just can't
23  recollect. I have no real vivid
24  recollection of seeing it. I'm sure I did.

**Page 228**

1  long, long time. And we feel that this
2  resulted probably during Stuart's realm,
3  because that was the time that they were
4  doing a lot of business, a lot of volume.
5  After he left the place became a ghost
6  town. That's a fact.
7  Q. Was it actually leaking out of the
8  foundation?
9  A. No. See, the point of it was is that all
10  the testing was done here, here and here.
11  Q. You're pointing to the 4 --
12  A. 4, 8 and 3 monitoring wells. These were
13  constantly coming down. And then when
14  Dennis D'Amore came in there, we couldn't
15  figure out why we had a little bit of a
16  thing -- I think he put a monitoring well
17  very close to the side building or
18  something, anyway. I'm not a hydrologist,
19  Rick, and I know that this whole area here
20  has very high water table levels. So which
21  way the stuff goes, God knows. And I'm not
22  a hydrologist but he did discover there was
23  a spike in the back here. And then we
24  decided to take the building down and go

**Page 229**

1  underneath and look. After I talked to
2  Mike, I put all this thing together, because
3  if there was a significant spill and it went
4  in that direction, we have an answer to it.
5  Q. Who's Mike?
6  A. Mike Stuart. He was the manager. But I
7  wasn't at the site, Mr. Murphy was, and I
8  think he can more describe it in his
9  deposition.
10  Q. After they discovered that the levels were
11  going up, you tried to conduct some kind of
12  investigation as to whether or not there
13  were other releases other than the one
14  discussed by Mr. Stuart?
15  A. Of course we asked everybody concerned. As
16  I say our levels at this location, we were
17  doing such little poundage. We're talking
18  about 500 pounds a week as compared to when
19  Mike was there we probably did 2,000 to
20  3,000 pounds a week. It's been a white
21  elephant ever since.
22  Q. When you talked to Mike Stuart, did you ever
23  ask him how much perc was released?
24  A. I believe at his deposition he was talking

**Page 230**

1  about four or five gallons at one instance
2  that we had. I don't know. I'd have to
3  look at his statement.
4  Q. But have you ever talked to him? Did you
5  ever say, do you remember how much? Was it
6  a lot?
7  A. I think there's nothing more than what he
8  said in his statement. I didn't prod him.
9  I said, "Mike, just tell it as it is."
10  Q. Where was the cesspool in relation to the
11  building?
12  A. I would say right in this area here, right
13  behind the door.
14  Q. And that was removed.
15  A. Yes.
16  Q. Was good soil put in?
17  A. Yes. I mean we removed everything that was
18  there. They the fellow that tied us into
19  the service put some sort of --
20  Q. Sand and fill?
21  A. Yes, yes, something in there.
22  Q. But the cesspool was right behind the
23  building addition.
24  A. That's correct.

**Page 231**

1  Q. Did you ever discuss with Mr. D'Amore the
2  fact that it might have migrated from the
3  cesspool under the building addition?
4  A. I don't think he arrived at that conclusion.
5  Q. What is your understanding of what's left
6  that needs to be done at Chelmsford?
7  A. I think Mr. Murphy will have to elaborate on
8  that, because he's taken care of almost all
9  the remediation activity for us. The only
10  thing that I said, we had applied HRC which
11  is hydrogen release compound, and then the
12  state required us to do a risk assessment on
13  the inside, and that came out okay. But
14  there is some work to be done.
15  Q. Did RMI do the inside?
16  A. Let's see. No, Dennis D'Amore did the
17  inside.
18      (Exhibit No. 18 Mr. D'Amore's
19      Report marked)
20  Q. This is Mr. D'Amore's report if you want to
21  take a look at Exhibit 18. This is the
22  report to the DEP of November 26, 2002. In
23  that he discusses the background of the
24  case, and in September of 1989 you

30 (Pages 228 to 231)

Page 232

1  discontinued using the septic system,
2  correct?
3  A. Right.
4  Q. But it wasn't actually removed until 12
5     years later in September of 2001.
6         MR. NAGLE: Is that a question?
7         MR. HEIFETZ: Yes.
8  Q. Is that correct?
9  A. I have to defer to Mr. Murphy on that
10    because he was there during that removal. I
11    thought most of what we had removed was what
12    was underneath the building. Most of the
13    cesspool, what was left of it, was really
14    removed much earlier. There wasn't anything
15    left of the cesspool in '89 when we removed
16    it.
17 Q. You mean when you hooked up to the sewer?
18 A. Yes, when we hooked up to the sewer. There
19    wasn't much left of it.
20 Q. Did you have any discussions with Mr.
21    D'Amore concerning other sources in the
22    neighborhood?
23 A. Well, we knew that there were -- yes, the
24    Mobil Station and the Citgo station. The

Page 233

1  Citgo station sits up here and the Mobil
2  station is right across the street. And
3  obviously they had impacted environmentally
4  the area with us. And of course the old
5  Paramount Cleaners was brought up, too.
6  There were four of us that got the letter at
7  the same time.
8  Q. The old Paramount Cleaners was that owned by
9     Mike Stuart at that time?
10 A. No.
11 Q. So he had sold it?
12 A. Yes, he had sold it or gave it to his
13    stepson, so that's who had it in the end.
14 Q. And he also received a notice of
15    responsibility?
16 A. I believe so.
17 Q. Any discussion that that perc from Paramount
18    Cleaners could have migrated?
19 A. No, because the groundwater flow was going
20    in a northeasterly fashion which is away
21    from us.
22 Q. The hydrogen releasing compounds, has that
23    started?
24 A. We had an injection done and what occurred

Page 234

1  -- what occurs generally is that the PCE
2  comes way down, but you have a little bit of
3  a spike in the VC, the vinyl chloride, but
4  it has a positive effect on the situation.
5         MR. DOWELL: You said it had a
6  positive effect?
7  A. It had a positive effect. It brought the
8  PCE levels down, although you do get an
9  increase in VC, vinyl chloride, the
10 breakdown from it.
11 Q. And is that injected into the area where the
12    building addition was?
13 A. To my knowledge, yes.
14 Q. You said when the building addition --
15    actually, D'Amore refers to it as the hot
16    spot, so why don't we refer to it as the hot
17    spot. When the hot spot where the building
18    addition was was discovered, you said that
19    you believed in conjunction with Mr. Murphy
20    that it arose from releases that occurred
21    years ago. Is that a fair characterization
22    of what you said?
23 A. I think from what Mr. Murphy told me, his
24    observation was, yes, it's been around for a

Page 235

1  long time.
2  Q. At that point did you ask any other
3     employees or former employees other than Mr.
4     Murphy about any releases that had happened?
5  A. As I said and I alluded to before, of course
6     I talked to Mr. Stuart first, because he was
7     in there during the high volume years. And
8     then I talked to Mr. Robito, and he couldn't
9     recall anything that was done.
10 Q. What about other just plain employees, not
11    the managers but anybody that was just
12    employed there?
13 A. Well, there weren't many after Mr. Stuart
14    left. I think there were four or five
15    people involved in the operation after that,
16    and most of them were just a couple of
17    afternoon kids, one presser and a cleaner.
18    There weren't many people involved in the
19    operation, and most of those people are
20    gone.
21 Q. Did you talk to any of the dry cleaners or
22    pressers?
23 A. No, I didn't because they're not around
24    anymore.

31 (Pages 232 to 235)

G&M Court Reporters, Ltd.
617-338-0030

Page 236

1  Q. Do you even know who they were?
2  A. I can recall some of them.
3  Q. Who were they?
4  A. I'm trying to think. There was a girl by
5     the name of Cindy that was there. I can't
6     remember what her last name was. I just
7     don't recall.
8  Q. Did you review your records at all to
9     determine the employees that might have been
10    there?
11 A. No, I didn't. Our records don't go back
12    that distant, because we're talking quite a
13    long time ago.
14 Q. Did you ask Mr. Crothers if he remembered
15    anybody?
16 A. No, Mr. Crothers, he didn't have anything to
17    do with Chelmsford, he was in Acton.
18 Q. Yes, but you were working for the same
19    company.
20 A. No. He worked a lot of hours at that store.
21    He didn't have much time to socialize with
22    anybody else.
23 Q. Even at the company picnic?
24 A. No. A party once a year, maybe, but he

Page 237

1     didn't usually come.
2  Q. He was working?
3  A. No.
4  Q. Did you ever discuss your findings with Mr.
5     D'Amore? Did you ever say to Dennis
6     D'Amore, this is what we think happened?
7  A. Not really.
8  Q. Did he ever ask?
9  A. I don't recall that he asked specifically,
10    no.
11 Q. How about Mr. Lang? Did you ever discuss it
12    with him?
13 A. No.
14 Q. Other than using the hydrogen compounds, is
15    there anything else that's ongoing at
16    Chelmsford?
17 A. At this moment as far as remediation, no,
18    but that's the next step. We're going to
19    have to -- from what I understand Mr. Murphy
20    really -- I don't want to wing it on that,
21    because he knows that.
22 Q. So Mr. Murphy knows exactly what has to be
23    done.
24 A. Yes, exactly.

Page 238

1  Q. Just before we leave Chelmsford, let me just
2     ask you one more time. And I apologize if
3     I'm being repetitive. In all your
4     investigation after the black sludge was
5     discovered coming out of the side wall --
6     and that side wall I assume is part of the
7     foundation? Is that what they mean by side
8     wall?
9  A. The side wall, yes, there was a side wall
10    here, I believe. But I think Mr. Murphy
11    knows more about that than I do. I think
12    that's where the side wall was, but I'm not
13    sure.
14 Q. It's the original wall of the building.
15 A. Yes, that's correct.
16 Q. Because they built the building addition
17    onto it.
18 A. Yes.
19 Q. In all your investigation the only releases
20    you could come up with or discover were the
21    three releases told to you by Mr. Stuart,
22    what's been documented as Exhibit B in the
23    answers to interrogatories.
24 A. Right.

Page 239

1  Q. I'm sorry for being repetitive, because I
2     know I asked you this the first day, but
3     when did you buy Wayland?
4  A. I think it was early 1979.
5  Q. Who did you buy it from?
6  A. I think his name was Mario -- no, we didn't
7     buy it. He closed the store up, just closed
8     it up. And I think we didn't buy it from
9     him, we took over the machinery purchases
10    from the people he left behind.
11 Q. Was that the landlord?
12 A. No.
13 Q. So you did an asset purchase.
14 A. Pardon me?
15 Q. You purchased the machinery?
16 A. Yes, yes.
17 Q. Is that somebody name Khayat?
18 A. Yes, Mario Khayat.
19 Q. Or Majed Khayat? Do you happen to know
20    where Majed Khayat might be?
21 A. I have no idea.
22 Q. Did you ever meet Majed Khayat?
23 A. Yes, I did his shirts for him for a year or
24    so before he closed the door, and that's how

32 (Pages 236 to 239)

G&M Court Reporters, Ltd.
617-338-0030

**Page 252**

1  meetings with them. I had nothing really to
2  say to them at all, at all, period.
3  Q. So you're kind of out of the loop on that?
4  A. Yes, I am.
5  Q. Deliberately.
6  A. Well, you know --
7  Q. That's okay. Have you heard through Mr.
8  Murphy whether there were releases during
9  Mr. Kim's tenancy?
10 A. We're not aware of any.
11 Q. What about during the previous tenancy with
12 Mario?
13 A. We're not aware of any.
14 Q. Have you spoken to any of your former
15 employees concerning whether or not they
16 remember any releases during the time that
17 Wayland Cleaners was operated by Kleenit?
18 A. I didn't really get a chance to talk to
19 anybody, because they were all gone.
20 They're all dispersed. David Kidder was
21 down there, but he died. And he was one of
22 fellows who was down there one of the
23 longest periods of time. And then we had a
24 girl that managed the plant, but I don't

**Page 253**

1  know where she is.
2  Q. What's her name?
3  A. Jane Mellon.
4  Q. And you don't know where she is?
5  A. I have no idea, no idea.
6  Q. Any other employees?
7  A. That was one of the problems. We couldn't
8  get any employees down there.
9  Q. But notwithstanding you didn't have any
10 other conversations.
11 A. No, nothing at all.
12 Q. So basically at this point Ambient is just
13 doing more assessment.
14 A. Yes. And we hope to risk it out. That's
15 what our hope is.
16 Q. Have there been any meetings of all the
17 parties and all the attorneys?
18 A. Mr. Murphy has been involved in all of
19 those.
20 Q. And you don't go to those.
21 A. No.
22 Q. Do you have a company that services the dry
23 cleaning machines?
24 A. We do most of that in-house. We do just

**Page 254**

1  about all of that in-house. We have a
2  maintenance man who does that.
3  Q. And he'll go to whatever facility needs him?
4  A. Yes. And Mr. Murphy is very good at that,
5  too. He understands the new machines very
6  well as Carl did the old ones.
7  Q. So you don't have a service contract with an
8  outside service provider.
9  A. No, not at all.
10 Q. Have you discussed with any of the abutters
11 if they knew of any releases at Wayland
12 Cleaners?
13 A. Not to my knowledge.
14 Q. Do you know any of the businesses that are
15 nearby or the owners?
16 A. No, I don't.
17 Q. You said there was a testing laboratory
18 there at one time?
19 A. Frank Murphy knows more about that than I
20 do. I don't know exactly all the
21 ramifications of that.
22 Q. Do you know where its location was?
23 A. I think it was right next door to Wayland
24 Cleaners.

**Page 255**

1  Q. Where Kabloom is now?
2  A. No, no, sorry. There's a little road that
3  goes by. You face Wayland Cleaners on the
4  left-hand side there's a building and
5  hairdresser, but I understand that it was a
6  testing laboratory, but I don't know exactly
7  what they did. Frank knows this.
8  Q. Where the beauty salon was or behind it?
9  A. Behind the beauty salon. It was a two
10 family building or something, anyway.
11     MR. HEIFETZ: Why don't we take a
12 five minute break.
13     (Recess)
14     (Exhibit No. 23 Environmental
15     Site Assessment for 298 Boston
16     Post Rd. marked)
17 Q. Mr. Crider, let me show you what's been
18 marked as Exhibit 23. This is an
19 environmental site assessment for 298 Boston
20 Post Road. Do you recognize this?
21 A. Frank has gone to these.
22 Q. This was conducted by MyKroWaters. Can you
23 tell me who retained MyKroWaters?
24 A. I think Mr. Wegener interviewed a whole lot

Page 264

1    It's the supplemental responses you provided
2    to Royal to our interrogatories. I believe
3    on the last page, page 8, is that your
4    signature?
5  A. Yes, it is.
6  Q. The answer starting on page 7 continuing
7    onto page 8, if you could just review that
8    answer.
9  A. Are you talking about interrogatory number
10    22?
11 Q. 23, I apologize. Interrogatory 23, the
12    answer starting at the bottom of page 7 that
13    continues onto the top of page 8. The first
14    sentence states, "From time to time
15    malfunction in dry cleaning equipment has
16    caused at each of the sites a release of
17    hazardous materials into the environment,
18    each event of which are covered under
19    applicable Royal policies and qualify under
20    the sudden and accidental exception to the
21    pollution exclusion provision, both
22    applicable policies issued by Royal."
23        When you refer to these releases,
24    other than the two that Mr. Crothers has

Page 265

1    talked about in his affidavit and the three
2    Mr. Stuart had talked about, are there any
3    other releases that you're specifically
4    talking about here?
5  A. Well, these are the two that Mr. Stuart and
6    Mr. Crothers reported to us. There could
7    have been other accidental releases in
8    Wayland or any other location that weren't
9    reported to us. That's a possibility. So
10    I'm saying that we were able to get the
11    specific dates from Mr. Stuart and Mr.
12    Crothers on incidents that happened at that
13    time. But that's not saying that we didn't
14    have something that was not reported to me
15    or Mr. Munro.
16 Q. But sitting here right now, you have no
17    personal knowledge of any other releases
18    that occurred at the Acton, Chelmsford or
19    Wayland sites other than from Mr. Stuart and
20    Mr. Crothers.
21 A. That's basically true.
22 Q. At the bottom it says, "The policy numbers
23    are as follows," and then there's a list of
24    eight policies numbers on that next page.

Page 266

1    Do you see that?
2  A. Mm, hmm.
3  Q. Are these all the policies that Kleenit is
4    allegedly assuming coverage under listed
5    right here?
6  A. What company? Royal Sun.
7  Q. Right.
8  A. Well, these are the policies that we carried
9    with you folks in those particular years, as
10    far as my knowledge goes on these.
11 Q. But in terms of the coverage involved and at
12    issue in this lawsuit, are there other
13    policies that you know of or are claiming
14    coverage under that are not listed here?
15 A. No. There are no other policies other than
16    the policies that we had with you folks
17    during those years. These are the years we
18    had you folks, from 1984 to 1994.
19 Q. So this list is the list that you're
20    claiming coverage under. I'm just trying to
21    get your understanding of that.
22 A. I'd have to look at this more thoroughly,
23    because I'm quite sure that we had you folks
24    from 10/1/84 through 10/1/94, and that's the

Page 267

1    list that we had with you folks. So I would
2    assume, to answer your question, yes.
3        (Exhibit No. 27 Report for
4        Kleenit by Coler & Colantonio
5        marked)
6  Q. The next exhibit that's been marked is
7    Exhibit 27. It's entitled, Final Assessment
8    Report Limited Subsurface Investigation and
9    Indoor Air Quality Investigation at Acton,
10    and it's dated February 20, 2003. It was
11    prepared for Kleenit by Coler & Colantonio.
12    If you'd turn to page 8 of this report, Mr.
13    Crider. First of all have you seen this
14    report before?
15 A. I don't think so. I think I passed it along
16    to Mr. Murphy.
17 Q. So just to make sure, on page 8 you've never
18    seen any of this before?
19 A. No.
20 Q. If you turn to attachment B. I apologize,
21    it's not page numbered. I can find it for
22    you. The fourth paragraph down on this page
23    says, "Talked with Herman, Dave and Frank of
24    Duds/Kleenit about operation and regular