# EXHIBIT "H"

Page 1

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

NO. 04-10351 (NG)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
KLEENIT, INC.,                   *
      Plaintiff                  *
                                 *
   vs.                           *
                                 *
SENTRY INSURANCE COMPANY, ROYAL  *
AND SUN ALLIANCE, UTICA NATIONAL *
INSURANCE GROUP AND TRAVELERS    *
PROPERTY AND CASUALTY,           *
      Defendants                 *
                                 *
* * * * * * * * * * * * * * * * *
```

      DEPOSITION OF CARLTON CROTHERS, a witness called on Behalf of the Defendant, Royal and Sun Alliance, pursuant to Massachusetts Rules of Civil Procedure, before Diane M. Durette, a Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Tucker, Heifetz & Saltzman, 3 School Street, Boston, Massachusetts on Wednesday, June 15, 2005, commencing at 1:45 p.m.

Page 42

1    letter is this one here. Let me look.
2    These are all duplicates here.
3        MR. VASILOFF: Can I see the
4    duplicates?
5        MR. CRIDER: Yes.
6        MR. VASILOFF: We've got a copy.
7    I'm wondering if any of the duplicates read
8    any clearer than mine.
9        MR. CRIDER: We have some here that
10   are better.
11       MR. NAGLE: We have a duplicate
12   that's lightened up so you can see better.
13       MR. VASILOFF: All right. We
14   should have used this. We'll mark it as
15   another exhibit.
16       (Exhibit No. 4 marked for
17   identification.)
18 Q. Mr. Crothers, I'm going to show you Crothers
19   Exhibit 4 which is similar to but not
20   exactly the same as Exhibit 3 but again,
21   sir, is that your handwriting on Exhibit 4?
22 A. Yes.
23 Q. At the very top there's a question that's
24   underlined?

Page 43

1  A. Yes.
2  Q. There's Keith and it's underlined; do you
3     see that?
4  A. Yes.
5  Q. Is that your handwriting?
6  A. Yes, probably is.
7  Q. Did you write this statement out yourself,
8     Mr. Crothers?
9  A. Yes.
10 Q. Did you write the Keith?
11 A. Yes.
12 Q. Now, over to the right it said Carl Crothers
13    dash manager at the top again?
14 A. Yes.
15 Q. Manager, Duds --
16 A. Yes.
17 Q. -- Cleaners from 1966 to 1985?
18 A. Yes.
19 Q. Did you write that?
20 A. No, I didn't.
21       MR. CRIDER: I wrote that in.
22       MR. VASILOFF: That's okay, Mr.
23    Crider.
24 Q. Then the remainder of the handwriting on the

Page 44

1     document, is that all your handwriting, Mr.
2     Crothers?
3  A. Yes.
4  Q. Now, the first question I have is when did
5     you write this?
6  A. That's a good question. I don't remember
7     how long ago.
8  Q. Was it more than a year ago?
9  A. No.
10 Q. Okay. So within the last 12 months?
11 A. Yes.
12 Q. Do you recall the time of year, winter,
13    summer, spring, fall?
14 A. It may have been spring.
15 Q. May have been spring of 2005, this year?
16 A. Could be. I don't remember when I wrote it.
17 Q. Within the last 12 months certainly?
18 A. Yes.
19 Q. And why did you write this?
20 A. I was asked.
21 Q. By whom?
22 A. Mr. Crider.
23 Q. Did he pay you a visit in person or talk to
24    you on the phone?

Page 45

1  A. On the phone.
2  Q. Did he call you?
3  A. Yes, he did.
4  Q. What did he say to you?
5  A. He asked me if I could remember any spills
6     down at Duds while I was working there.
7  Q. Give me your best recollection of what he
8     said to you and what you said to him.
9  A. Well, I think just what I said. He asked me
10    if I had any recollections of any spills
11    down there, and I thought awhile and I said
12    yes, I can remember a couple. And he said
13    would I write them out and I said I would
14    and could I get it back to him in a couple
15    of days or something like that and I did.
16 Q. Okay. Did you deliver the handwritten
17    statement to him in person?
18 A. I did.
19 Q. Did you guys, did you and Mr. Crider talk at
20    that time?
21 A. We went over it.
22 Q. Did you make any changes to it as a result
23    of having gone over it?
24 A. No.

Page 50

1  A. I've got it now.
2  Q. When I got there. And then there was a word
3     or two you could not make out; is that
4     correct?
5  A. Yes.
6  Q. And the next word you can read is that?
7  A. That the clean outdoor gasket.
8  Q. Fair enough. All right. Now, the first one
9     you say that there were a couple large Perc
10    spills. One was in late '70, '71, correct?
11 A. Yes.
12 Q. How do you remember it was late '70, '71?
13    How did you pinpoint that?
14 A. Just was a big, well, a big spill but it was
15    the first time that or I say first time, but
16    it was the time that they had called the
17    fire department because of fumes in the
18    store.
19 Q. I see. So that kind of fixed it in your
20    mind?
21 A. Yes.
22 Q. I got you. You said the counter girls
23    called you?
24 A. Yes.

Page 51

1  Q. What counter girls, do you remember their
2     names?
3  A. Barbara and Evelyn.
4  Q. Do you remember any last names, Barbara?
5  A. Carlton and I think Evelyn Byrd.
6  Q. Do you have any idea where they are today?
7  A. Barbara is passed and Evelyn, I don't know
8     where she is.
9  Q. Evelyn Byrd?
10 A. Yes.
11 Q. They called you you say at 7:00 or so?
12 A. Yes.
13 Q. A.m. or p.m.?
14 A. A.m.
15 Q. Do you remember what day of the week it was?
16 A. No idea.
17 Q. And where were you when they called?
18 A. I was just getting ready to leave home.
19 Q. To go?
20 A. To go to work.
21 Q. Now, it says store was filled with solvent
22    fumes. Is that what they reported to you,
23    the counter girls reported to you?
24 A. Yes.

Page 52

1  Q. They told you that?
2  A. Yes.
3  Q. Did you ever learn how much time passed
4     between the discovery of the solvent and
5     your getting the phone call from the counter
6     girls?
7  A. No, I don't know. It must have been pretty
8     soon.
9  Q. Why do you say that?
10 A. Well, because they open the store at 7.
11 Q. Who was operating the machine when the store
12    was opened at 7, the drycleaning machine?
13 A. Well, the machine was down.
14 Q. It was down?
15 A. Nobody was in the store.
16 Q. Okay. Now, you say they called the Acton
17    fire department. Again, is that Barbara and
18    Evelyn?
19 A. Yes.
20 Q. You say they found solvent all over the back
21    floor?
22 A. Yes.
23 Q. Now, is the "they" in that sentence the
24    Acton fire department?

Page 53

1  A. No.
2  Q. Who was it?
3  A. Barbara and Evelyn.
4  Q. You also say they started fans to remove
5     fumes. Who is the "they" in that sentence?
6  A. Fire department.
7  Q. So did the fire department come to the
8     scene?
9  A. Yes.
10 Q. Were they there when you got there?
11 A. They had just got there when I got there.
12 Q. The Acton fire department had?
13 A. Yes.
14 Q. And how many fire department personnel
15    responded?
16 A. No idea. I don't remember.
17 Q. Did you know any of them?
18 A. No.
19 Q. How long were they there?
20 A. Not long. I couldn't tell you how long.
21 Q. Half an hour, fifteen minutes?
22 A. It didn't take them long anyway. I can't
23    tell you.
24 Q. When you say it didn't take them long,

Page 62

1  Q. So let me see, your son-in-law drove you
2     down in the morning?
3  A. Yes.
4  Q. How much time elapsed between your getting
5     the call from Mr. Munro and going down to
6     the store?
7  A. Probably an hour.
8  Q. And how much time elapsed between the
9     initial, you say the solvent came out of the
10    bottom of the lint trap?
11 A. Yes.
12 Q. How much time elapsed between the solvent
13    coming out of the bottom of the lint trap,
14    to the best of your knowledge and your
15    getting to the store?
16 A. I don't know.
17 Q. An hour plus something?
18 A. Probably because they were trying to cure
19    the situation.
20 Q. Okay. And describe for me where the lint
21    trap is.
22 A. It's on the back of the machine, the
23    cleaning machine, on the storage tank on the
24    machine, the base tank of the machine.

Page 63

1  Q. Now, the machine has its own storage for
2     solvent?
3  A. Yes.
4  Q. In addition to the hundred gallon tank?
5  A. Yes.
6  Q. And the lint trap is behind the machine's
7     storage tank?
8  A. Well, not behind the machine's storage.
9     Wrong there. I mean the base tank on the
10    machine.
11 Q. Yes.
12 A. And on one end of it it would be, facing the
13    machine on the left end there was a lint
14    trap and that was plugged up so that the
15    solvent wouldn't go through the lint trap
16    and get back into the machine.
17 Q. I was going to ask you that. So the solvent
18    actually runs through the lint trap?
19 A. Yes.
20 Q. Why?
21 A. To take lint and buttons and stuff like that
22    out of the solvent so you can clean the
23    clothes.
24 Q. I see. So the lint trap in its own way acts

Page 64

1     as a filter for the solvent?
2  A. Yes.
3  Q. I got you. And I assume that lint and
4     buttons and stuff built up in the trap?
5  A. Yes.
6  Q. How is that disposed of, the stuff out of
7     the lint trap?
8  A. It's reasonably dry so you put it in a waste
9     basket.
10 Q. In the store?
11 A. Yes.
12 Q. And then at some point what happens to the
13    waste basket?
14 A. Gets put in the dumpster.
15 Q. Got you. So am I understanding this
16    correctly that the feathers from the
17    comforter clogged the lint trap?
18 A. Yes.
19 Q. I see. So the solvent couldn't run through,
20    filled up and came out of the bottom of the
21    lint trap?
22 A. I said bottom of the lint trap. I should
23    have said the top of the lint trap.
24 Q. Solvent came out of the top of the lint

Page 65

1     trap?
2  A. Yes, blew the cover off the lint trap.
3  Q. There's no access through the bottom?
4  A. No, because the bottom of the lint trap is
5     down into the base tank.
6  Q. Okay. How did you determine that that's how
7     the solvent escaped from the machine, out of
8     the top of the lint trap?
9  A. Well, you could see feathers dripping down
10    all over the side of the lint trap.
11 Q. Visual inspection, right?
12 A. Yes.
13 Q. And you drew the conclusion based on what
14    you saw?
15 A. Right.
16 Q. Fair enough. And so when you got to the
17    store -- well, first of all, I've got to
18    back up again, you say Ray and Frank Clark,
19    is it Ray Clark and Frank Clark? Were they
20    brothers?
21 A. Two different people.
22 Q. So you have Ray. Do you know what Ray's
23    last name is?
24 A. Folkins, F O L K I N S, I think.

17 (Pages 62 to 65)

Page 66

1  Q. Folkins, do you know where he is today?
2  A. Yes.
3  Q. Where?
4  A. Living in Shirley.
5  Q. Okay.
6      MR. CRIDER: I just wanted to say
7      something. I think it's Ray Cullens you're
8      looking for, isn't it, Carl?
9      THE WITNESS: Yes, yes, we had two.
10     MR. VASILOFF: I appreciate the
11     help very much.
12 Q. Is it Ray Cullens you're referring to in
13    this statement?
14 A. Yes.
15 Q. Where is he today?
16 A. Deceased.
17 Q. Is there a Roy Folkins who also worked at
18    the store?
19 A. Roy Folkins?
20 Q. Roy Folkins.
21 A. No.
22 Q. Who is Roy Folkins?
23 A. He's someone I know and he's worked at
24    Kleenit sometimes but he never worked down

Page 67

1     there with me.
2  Q. Never worked at Acton?
3  A. No.
4  Q. Where did he work?
5  A. He worked at the main plant.
6  Q. Yes.
7  A. And then at Clinton.
8  Q. Clinton? What is at Clinton?
9  A. Another one of our stores. Care 3.
10 Q. Okay.
11 A. It really should be Ray. It would be Ray
12    we're talking about at Duds and it's Roy
13    Folkins.
14 Q. And Roy Folkins is the one who did not work
15    at Acton?
16 A. Yes.
17 Q. Who now lives in Shirley?
18 A. Yes. Roy is more or less a friend.
19 Q. Then we have Frank Clark; is that correct?
20 A. Yes.
21 Q. Where is Mr. Clark today; if you know?
22 A. Deceased.
23 Q. You already told me that.
24 A. I may have.

Page 68

1  Q. Mr. Clark is deceased. Were Ray and Frank
2     operating the machine when this happened?
3  A. No, Ray was operating the machine.
4  Q. Is this the first time he had ever operated
5     the machine?
6  A. No.
7  Q. He had some experience with it?
8  A. Yes.
9  Q. Can you give me the names of any other
10    employees besides this gentleman who had
11    experience operating the machine at Acton?
12 A. No.
13 Q. So when you got there was there solvent on
14    the floor?
15 A. A little.
16 Q. Where?
17 A. On the floor and on the machine.
18 Q. On the floor and on the machine?
19 A. Yes.
20 Q. And I'm now looking at Exhibit No. 2, where
21    on the floor just by the machine?
22 A. Right there by the machine (pointing).
23 Q. There was some on the machine also?
24 A. Yes, on the shelf, the top of the base tank.

Page 69

1  Q. And were attempts made to clean up the
2     solvent on the floor and on the machine?
3  A. Yes.
4  Q. How was that done?
5  A. They had blankets and heavy overcoats there
6     on the floor.
7  Q. And what did you do with the blankets and
8     overcoats? I assume that was used to sop up
9     the solvent?
10 A. Yes.
11 Q. What was done with the blankets and
12    overcoats?
13 A. Put in the cleaning machine and cleaned
14    them.
15 Q. Makes sense. You say a lot was lost, four
16    or five gallons maybe?
17 A. Yes.
18 Q. How did you make that determination?
19 A. Just a guestimate, that's all because they
20    had the blankets and the coats and stuff
21    there. It just appeared it would be about
22    that much.
23 Q. Well, when you say it was lost, I mean you
24    covered some with the coats and blankets,

**Page 70**

1  right?
2  A. Yes. Well, lost, my idea of being lost is
3  what came out.
4  Q. You think four or five gallons came out?
5  A. Yes.
6  Q. That's your guestimate?
7  A. Yes.
8  Q. And did you ever take any inventory or other
9  measurements to try to figure out precisely
10  how much had come out of the machine?
11  A. No.
12  Q. Of what was lost, how much did you recapture
13  with the coats and blankets?
14  A. Probably about 75, 80 percent of it.
15  Q. And what happen to the remainder?
16  A. Evaporated.
17  Q. And the 75 or 80 percent you recovered just
18  went back into the system?
19  A. Yes.
20  Q. Okay. Were any reports filed with any
21  governmental authorities, to your knowledge,
22  regarding either of the matters that you
23  have put into your written statement?
24  A. No.

**Page 71**

1  Q. Besides --
2  A. Not that I know of.
3  Q. Besides the Acton fire department?
4  A. Not that I know of.
5  Q. Are you aware of any changes Kleenit made in
6  its drycleaning operations as a result of
7  what you've described in your statement?
8  A. No.
9  Q. Have you been asked to -- well, were you
10  asked to think of all the incidents you
11  could by Mr. Crider?
12  A. I was, yes.
13  Q. Did you do your best to do that, sir?
14  A. I have, yes.
15  Q. Is your statement then complete in that
16  regard?
17  A. To the best of my knowledge.
18  Q. All right. Let me ask you some more
19  questions, more general drycleaning
20  questions.
21  A. All right.
22  Q. If I could. Do the drycleaning machines
23  generate waste water?
24  A. Yes, there's some.

**Page 72**

1  Q. And can you describe for me how that's
2  generated and what happens to it, happened
3  to it between 1965 and 1985?
4  A. Out back we had a cooling tower and that had
5  a base tank so we would put the waste water
6  in the cooling tank in the base of the
7  cooling tank.
8  Q. Okay. Now, how long was that cooling tank
9  out back, from when to when? Let me ask you
10  this: Was it there when you got there?
11  A. It was there when I got there.
12  Q. Was it there when you left?
13  A. Yes.
14  Q. Did you use it the same way the entire time
15  you were there?
16  A. Yes.
17  Q. Is it a cooling tower or cooling tank?
18  A. I guess cooling tower would be the correct
19  thing.
20  Q. Cooling tower with a base tank?
21  A. Yes.
22  Q. And you said the waste water went into the
23  base tank?
24  A. Yes.

**Page 73**

1  Q. And how is the waste water generated
2  initially?
3  A. Well, the cooling tower has water flowing
4  through it. It's evaporated and cools off.
5  I don't know how it works, really, except
6  that the water in this tower out back, the
7  water from the coolers that were on the roof
8  that cool the store would come back down and
9  flow down over this tower and there was a
10  fan there to cool the water off.
11  Q. All right.
12  A. That's about the best I can do.
13  Q. Let me try the question a little
14  differently. Is water used in the
15  drycleaning machine?
16  A. Not in the machines, no.
17  Q. The only liquid used in the machines is
18  Perc?
19  A. Yes.
20  Q. Is water used in some way to facilitate the
21  drycleaning process?
22  A. No.
23  Q. So the water we're talking about is simply
24  water used to cool the store through like

Page 78

1  CROSS-EXAMINATION
2  BY MR. HEIFETZ:
3  Q. I have some questions, Mr. Crothers. Just a
4    few follow-ups on a few things, Mr.
5    Crothers. Do you know of any specific
6    instances in Wayland where there was any
7    kind of release of Perc?
8  A. I have nothing to do that.
9  Q. I understand you have nothing to do with
10   Wayland. You never worked at Wayland; is
11   that correct?
12 A. No.
13 Q. And you never had any responsibilities at
14   Wayland; is that correct?
15 A. I had no responsibilities at Wayland.
16 Q. Did you ever visit Wayland?
17 A. Yes.
18 Q. And as part of your employment at Kleenit
19   did you ever become aware of any specific
20   instances where there was a release of Perc
21   at Wayland?
22 A. No.
23 Q. You had no responsibilities in Chelmsford?
24 A. Correct.

Page 79

1  Q. You did not work in Chelmsford?
2  A. Correct.
3  Q. And that's at the Care Cleaners at 28
4    Central Square; is that correct?
5  A. Correct.
6  Q. Because there are two stores in Chelmsford?
7  A. Correct.
8  Q. Do you have any information as part of your
9    employment that there was any release of
10   Perc in Chelmsford at 28 Central Square,
11   anything specific?
12 A. No, not that I can remember, just but --
13 Q. What do you mean by "just but"?
14 A. Well, just you hear talking. Somebody would
15   say that something happened or something
16   like that.
17 Q. Did anyone ever tell you something happened
18   in Chelmsford?
19 A. No.
20 Q. Do you have any recollection of hearing a
21   rumor that there was something that happened
22   at Chelmsford?
23 A. Might have, yes.
24 Q. Do you remember what that rumor was about?

Page 80

1  A. Just that they had some problems down there
2    but specifically, I have no idea.
3  Q. So basically, you heard a generalized rumor
4    that there was some kind of contamination in
5    Chelmsford?
6  A. Correct.
7  Q. But nothing concerning any specific release?
8  A. Correct.
9  Q. Of any hazardous substance?
10 A. Correct.
11 Q. As far as you know, from working 42, 43
12   years in this business was the only
13   hazardous substance that's used in
14   drycleaning, is that Perc?
15 A. As far as I know.
16 Q. No other chemicals are used?
17 A. No.
18 Q. You didn't work with any other chemicals?
19 A. No.
20 Q. Now, other than the two specific instances
21   of releases in Crothers 3 and 4 which you
22   read, those exhibits in front of you, do you
23   have any information concerning any other
24   specific release in Acton?

Page 81

1  A. I don't remember any.
2  Q. While you worked in Acton did you ever
3    become aware that Perc had leached into the
4    cesspool?
5  A. No.
6  Q. That was after you left?
7  A. Yes.
8      MR. HEIFETZ: Can you mark these.
9      (Exhibit No. 5 marked for
10   identification.)
11 Q. If you could look, I'm only showing you this
12   because you're offered as a witness on
13   behalf of Kleenit, I'm going to represent to
14   you that these are answers to questions that
15   lawyers send between each other and answered
16   by each other's side. If you look on the
17   last page of Exhibit No. 5, actually you'll
18   see Mr. Nagle's signature but there should
19   have been Mr. Crider's signature.
20     (Off the record.)
21 Q. Can you turn to page 5 on Exhibit 5?
22 A. Yes.
23 Q. Do you see interrogatory No. 13?
24 A. Yes.

Page 82

1  Q. It reads, Please identify all releases of
2     contamination occurrences or other events,
3     providing a description of each such event
4     and your best estimate as to the date of
5     each such event you contend are covered
6     under the alleged policies. And the answer,
7     From time to time, malfunction in
8     drycleaning equipment has caused at each of
9     these sites the release of hazardous
10    material to the environment. Did I read
11    that correctly?
12 A. Yes.
13 Q. The only release of any materials that you
14    know of is a release in 1970 or '71 and one
15    other release in 1978; is that correct?
16 A. Yes.
17 Q. There are no other releases that you are
18    here to tell us about?
19 A. That I can remember or am aware of.
20 Q. And as far as you know and as far as you
21    recollect from this day back you can't
22    remember any other releases?
23 A. That is correct.
24 Q. As part of your duties as the manager, did

Page 83

1     you have anything to do with insurance?
2  A. No.
3  Q. Did you ever see the insurance policies?
4  A. No.
5  Q. During the 20 years that you were in Acton,
6     anybody get injured at the site?
7  A. Not that I'm aware of.
8  Q. Did you ever receive a claim letter from
9     anybody?
10 A. No, not that -- I never did.
11 Q. How about any worker's compensation claims,
12    did anybody get injured, any of your
13    employees?
14 A. Boy, that's a good one. I can't remember.
15 Q. If there was some type of insurance claim,
16    what would you do? What was the procedure?
17    What would you do?
18 A. I would call Mr. Crider.
19 Q. So you would turn that over to your
20    superior?
21 A. Yes.
22 Q. And let them deal with it?
23 A. That's correct.
24 Q. Do you remember while you worked in Ayer or

Page 84

1     while you worked in Acton dealing with any
2     insurance matters?
3  A. I never personally have, no.
4  Q. Do you remember dealing with any insurance
5     claims?
6  A. No.
7  Q. Do you remember being visited by an
8     insurance adjuster who took a statement from
9     you about anything?
10 A. No.
11 Q. So during the 42 years you were there you
12    really had, you can't recollect anybody
13    filing a claim, falling down in Acton or
14    anything like that?
15 A. No, busy doing manual work, paperwork. That
16    went to the office, Mr. Crider or Mr. Munro.
17 Q. You mentioned Mr. Ray Cullens worked the
18    drycleaning machine?
19 A. Yes.
20 Q. Anybody else that you can recollect in Acton
21    that used the drycleaning machine other than
22    you and Mr. Cullens while you were there?
23 A. Not while I was there, no.
24 Q. So that was basically it, you and Mr.

Page 85

1     Cullens?
2  A. Yes.
3  Q. And I just want to clear up one other thing
4     because I don't think I understood so I'm a
5     little confused. The waste water from the
6     drycleaning machine, you would put that in a
7     cooling tower in the back?
8  A. Yes.
9  Q. Which was then used as a coolant for the air
10    conditioning system?
11 A. Yes.
12 Q. So that would be self-contained, never left
13    the cooling system?
14 A. No, it stayed. The water was circulated
15    through the whole system all the time.
16 Q. Did it fill up?
17 A. In the winter time if it froze but then
18    after about an hour or so of running it
19    would be thawed out.
20 Q. What did you do with the waste water in the
21    winter?
22 A. Well, it would go into that waste tank that
23    I was telling you about but you wouldn't
24    collect that much water.

Page 90

1  Q. The water that comes out of the reclaimer,
2     what did you do with that?
3  A. That goes into the cooling tower base tank.
4  Q. Now, does that change seasonally at all?
5  A. Yes.
6  Q. Why?
7  A. Because of the moisture that's in the air,
8     the humidity.
9  Q. But isn't that a closed system?
10 A. No, that's not a closed system.
11 Q. So in the summer it creates a little more
12    water than the winter?
13 A. Yes.
14 Q. Is the cooling tower in the building or
15    outside the building?
16 A. Outside the building.
17 Q. And the cooling tower is not only connected
18    to the air conditioning but it's connected
19    to the drycleaning unit as well?
20 A. To the equipment, yes.
21 Q. So it's a universal coolant used for all the
22    machines and operations that you have in
23    your building?
24 A. Correct.

Page 91

1  Q. Acton, that was kind of like a strip mall?
2  A. Yes.
3  Q. Was that cooling tower for the whole strip
4     mall?
5  A. No.
6  Q. So that was a cooling tower that was put in
7     by Kleenit?
8  A. Yes.
9  Q. I take it then each unit had its own heating
10    and air conditioning?
11 A. What do you mean by unit?
12 Q. Well, the printers, Kleenit, these are
13    connected? This is a connected building?
14 A. Right.
15 Q. In other words --
16 A. Each store had their own.
17 Q. Had their own utilities?
18 A. Yes.
19 Q. So that your heating and cooling was
20    separate from the printers next door?
21 A. Correct.
22 Q. So this cooling tower, did you have anything
23    to do with its installation?
24 A. No.

Page 92

1  Q. Were you there when it was installed?
2  A. No.
3  Q. It was there when you came?
4  A. Yes.
5  Q. And it was connected to, it was both used
6     for cooling the HVAC system and the
7     drycleaning system. Did it have any other
8     function?
9  A. No.
10 Q. And it ran all year?
11 A. Yes.
12 Q. Because even when the air conditioning was
13    off, your drycleaning was going all year?
14 A. Yes.
15 Q. Now, did it ever get to a point where the
16    cooling tower couldn't take any more water?
17 A. No, not that I'm aware of.
18 Q. So there would always be enough evaporation
19    you could put in more water?
20 A. Oh, yes. You're not putting in that much
21    water.
22 Q. There wasn't any time when water happened to
23    be just dumped out the window or anything
24    like that?

Page 93

1  A. Not that I know of.
2  Q. You don't ever remember doing that?
3  A. No.
4  Q. You don't ever remember seeing your
5     employees do that?
6  A. No.
7  Q. The solvent that came from the reclaimer was
8     put right back into the drycleaning machine?
9  A. Yes.
10 Q. Did that go into the main storage tank or
11    base?
12 A. Base tank.
13 Q. So you put it right into the machine?
14 A. Yes.
15 Q. That was like a No. 10 can?
16 A. You would open up the door of the machine
17    and put it in.
18 Q. Is the door like a square?
19 A. It was a round door.
20 Q. You opened it up and then there's a spigot
21    you can put right in?
22 A. You just pour it.
23 Q. You just pour it right in the base?
24 A. Yes.

24 (Pages 90 to 93)

Page 94

1  Q. Was the door high up?
2  A. Depending on the machine it was probably
3     about that high (indicating).
4           MR. VASILOFF: The witness is
5     indicating about 3 to 4 feet off the ground.
6           THE WITNESS: Yeah, okay.
7  Q. So I take it when you open the door and pour
8     it in there is some kind of funnel? What do
9     you call it? I turned 50, I can't remember
10    anything. A valve that won't allow it to
11    leak?
12 A. No, you just open the door and the cylinder
13    is there and you pour it in the same place
14    you put the clothes in.
15 Q. You pour it right in the cylinder?
16 A. Yes.
17 Q. The cylinder?
18 A. Yes.
19 Q. That revolves?
20 A. Yes but the machine is stopped when you do
21    that.
22 Q. But there's holes in that cylinder?
23 A. Yes.
24 Q. And it just goes down into the base?

Page 95

1  A. Yes.
2  Q. Okay, I've got it. So when you say open the
3     door, you're not opening the door to the
4     tank, you're opening the door to the
5     drycleaning machine?
6  A. Correct.
7  Q. And that just naturally allows the solvent
8     just to go back in?
9  A. It will drop down into the tank.
10 Q. Now, all the solvent that's reclaimed from
11    the reclaimer or the dryer, that went back
12    into the drycleaning machine?
13 A. Correct.
14 Q. Was there ever a time that you can recollect
15    that that solvent was too dirty to put back
16    into the drycleaning machine?
17 A. I don't remember but if there ever was you
18    would open up the door, there was a door on
19    the still and put it in the still.
20 Q. So either way it's either going to go in the
21    drycleaning machine, if it's too dirty it's
22    going to go into the still for distilling?
23 A. Correct.
24 Q. You have no recollection of anyone ever

Page 96

1     opening the back door and just pouring Perc
2     into the ground?
3  A. Never, no, no.
4  Q. But you don't recall ever seeing that?
5  A. I don't know of anybody.
6  Q. You never did that?
7  A. No.
8  Q. You never saw your employees doing that?
9  A. No.
10 Q. Thank you.
11 A. You're welcome.
12          CROSS-EXAMINATION
13 BY MR. BERMAN:
14 Q. Just a few more and then we'll get you out
15    of here, Mr. Crothers. Good afternoon. My
16    name is Joe Berman. I represent another one
17    of the insurance companies, Travelers.
18          Describe for me what Perc looked
19    like. What is its consistency? Is it the
20    consistency of water or thicker than that?
21 A. Water.
22 Q. What color is it normally?
23 A. White. Clear.
24 Q. Mr. Heifetz was asking you some questions

Page 97

1     about the reclaimer and you said that it
2     would separate out the water from the
3     solvent?
4  A. Yes.
5  Q. And would they each go into separate
6     buckets?
7  A. Yes.
8  Q. Did you ever see any solvent spill out of
9     the bucket like there was too much, and it
10    would kind of overflow out of the top?
11 A. Once in a while you might have some.
12 Q. How often did that happen on a monthly
13    basis?
14 A. I can't say how often because sometimes if
15    it did, it would be a normal thing, you
16    know, where running a lot of clothes through
17    in a hurry and sometimes some solvent would
18    spill out of the bucket when you're changing
19    buckets but there was always something there
20    to sop it up. It never would stay there or
21    anything like that. Most of the time we
22    would have an empty bucket right there so
23    you would change it and you would only
24    change it when it was running out of the

25 (Pages 94 to 97)