UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 - RBC

| | |
|---|---|
| KLEENIT, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SENTRY INSURANCE COMPANY, | ) |
| ROYAL & SUN ALLIANCE, | ) |
| UTICA NATIONAL INSURANCE GROUP, and | ) |
| TRAVELERS PROPERTY AND CASUALTY | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF KLEENIT, INC.'S MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT SENTRY INSURANCE, A MUTUAL COMPANY

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Kleenit, Inc. ("Kleenit") moves for dismissal of all claims against Sentry Insurance, a Mutual Company ("Sentry"), with prejudice. In support thereof, Kleenit provides the following:

1. As a result of discussions between Kleenit and Sentry, Kleenit has settled its claims that were the subject of the present litigation against Sentry.

2. Pursuant to Local Rule 7.1(A)(2), counsel to Kleenit hereby certifies that he has conferred with counsel to remaining defendants and has attempted in good faith to resolve or narrow the issue that is the subject of this motion.

3.   Royal Insurance Company of America and Globe Indemnity Company has assented to this Motion.

For the reasons discussed above, Kleenit moves this court to dismiss its claims that were the subject of the present litigation against Sentry

Respectfully submitted,

KLEENIT, INC.

By its Attorney,

Donald P. Nagle, Esq. (BBO # 553544)
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, Massachusetts 02360
(508) 732-8970

Dated: February 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2006, I electronically filed Plaintiff Kleenit, Inc.'s Motion for Voluntary Dismissal of Defendant Sentry Insurance, a Mutual Company using the CM/ECF system which will send notification of such filing to the following:

Defendant, Sentry Insurance Company (Electronically)
Michael Aylward, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

Defendant, Utica National Insurance Group (Electronically)
Richard E. Heifetz, Esq.
Danielle M. Maloney, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Defendant Travelers Indemnity Company (Electronically)
Joseph S. Berman, Esq.
Berman & Powell
210 Commercial Street
Boston, MA 02109

Defendant Royal Insurance Company (Electronically)
Karl S. Vasiloff, Esq.
Seth V. Jackson, Esq.
Zelle, Hoffman, Voelbel,
Mason & Gette LLP
950 Winter Street, Suite 1300
Waltham, MA 02451

Dated: February 17, 2006

Donald P. Nagle, Esq. (BBO # 553544)
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, Massachusetts 02360
(508) 732-8970