UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-10351-RBC

KLEENIT, INC., )
               Plaintiff )
vs. )
 )
SENTRY INSURANCE COMPANY, )
ROYAL & SUN ALLIANCE, )
UTICA NATIONAL INSURANCE GROUP, and )
TRAVELERS PROPERTY AND CASUALTY, )
               Defendants )

## NOTICE OF CHANGE OF ADDRESS

Effective **May 1, 2006** the address of the firm, Tucker, Heifetz & Saltzman, LLP, will be changed from Three School Street to:

Tucker, Heifetz & Saltzman, LLP
100 Franklin Street, Suite 801
Boston, MA 02110
Telephone & Facsimile numbers remain the same:
617-557-9696   FAX 617-227-9191

Respectfully submitted,

UTICA NATIONAL INSURANCE GROUP,
Defendant

By Its Attorney:

Richard E. Heifetz   BBO #229000
Danielle M. Maloney   BBO #647527
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
617-557-9696
Dated:   April 24, 2006

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.