# United States District Court
# District of Massachusetts

KLEENIT, INC.,
    Plaintiff,

  V.                          CIVIL ACTION NO. 2004-10351-RBC

UTICA NATIONAL INSURANCE GROUP,
TRAVELERS PROPERTY AND CASUALTY,
    Defendants.

## *SCHEDULING ORDER*
## *RE: SUMMARY JUDGMENT*
## *<u>PRACTICE - RULE 16(b), FED.R.CIV.P.</u>*

COLLINGS, U.S.M.J.

    The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed.R.Civ.P.:

    The defendants are granted leave to file motions for partial summary judgment *on or before the close of business on Thursday, July 27, 2006*. The motions shall be accompanied by memoranda in support together with any materials in support provided the materials comply with the requirements of Rule 56(e), F.R. Civ. P.  The plaintiff is granted leave to file oppositions to the motions for partial summary judgment *on or before the close of business on*

*Friday, August 25, 2006*. The oppositions shall be accompanied by memoranda in opposition together with any materials in opposition provided the materials comply with the requirements of Rule 56(e), F.R. Civ. P.  No memorandum in support or in opposition a motion for summary judgment shall exceed twenty (20) pages in length. *See* Local Rule 7.1(a)(4).  Any memorandum in support of a motion for summary judgment shall point out the undisputed facts upon which the motion is based with specific reference to affidavits, depositions, or other documentation.  Any memorandum in opposition to a motion for summary judgment shall contain a listing of material facts asserted to be in dispute similarly referenced. *See* Local Rule 56.1.  The defendants are granted leave to file reply memoranda (not to exceed seven pages) *on or before the close of business on Friday, September 8, 2006*.

The motions shall be heard on *Thursday, September 21, 2006 at 2:30 P.M.*

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
April 27, 2006.                                   United States Magistrate Judge