UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 - RBC

|  |  |
|---|---|
| KLEENIT, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SENTRY INSURANCE COMPANY, | ) |
| ROYAL & SUN ALLIANCE, | ) |
| UTICA NATIONAL INSURANCE GROUP, and | ) |
| TRAVELERS PROPERTY AND CASUALTY | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF KLEENIT, INC.'S AND DEFENDANT ROYAL INDEMNITY COMPANY'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Kleenit, Inc. ("Kleenit") moves for dismissal with prejudice of all claims against Royal Indemnity Company, incorrectly identified in the caption as Royal & Sun Alliance, ("Royal"), as successor by merger to Globe Indemnity Company and Royal Insurance Company of America, and Royal moves for dismissal with prejudice of all claims against Kleenit. In support thereof, Kleenit and Royal provide the following:

1. Kleenit and Royal have settled their respective claims against each other.

2. Pursuant to Local Rule 7.1(A)(2), counsel to Kleenit and Royal hereby certify that they have conferred with counsel to remaining defendants and have attempted in good faith to resolve or narrow the issue that is the subject of this motion.

3. The remaining defendants do not object to this Joint Motion.

For the reasons discussed above, Kleenit and Royal move this court to dismiss with prejudice Kleenit's claims against Royal and to dismiss with prejudice Royal's claims against Kleenit.

Respectfully submitted,

KLEENIT, INC.

By its Attorney,

*/s/ Donald P. Nagle*
Donald P. Nagle, Esq. (BBO # 553544)
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, Massachusetts 02360
(508) 732-8970

- and -

ROYAL INDEMNITY COMPANY

By its Attorneys,

*/s/ Seth V. Jackson*
Karl S. Vasiloff, Esq. (BBO# 555638)
Seth V. Jackson, Esq. (BBO# 658669)
Zelle, Hofmann, Voelbel, Mason
 & Gette LLP
950 Winter Street, Suite 1300
Waltham, MA 02451
(781) 466-0700

Dated: May 22, 2006

2