UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 - RBC

_____
                                    )
KLEENIT, INC.                       )
                                    )
       Plaintiff,                   )
                                    )
v.                                  )
                                    )
SENTRY INSURANCE COMPANY,           )
ROYAL & SUN ALLIANCE,               )
UTICA NATIONAL INSURANCE GROUP, and )
TRAVELERS PROPERTY AND CASUALTY     )
                                    )
       Defendants.                  )
_____ )

## THE PLAINTIFF KLEENIT'S MOTION FOR DECLARATORY JUDGMENT RULING THAT THE DEFENDANTS ARE JOINTLY AND SEVERALLY LIABLE FOR ALL DEFENSE COSTS INCURRED BY KLEENIT

Plaintiff Kleenit, Inc. ("Kleenit") moves this Court Pursuant to Fed.R.Civ.P. 57 to declare that Defendants Utica National Insurance Group ("Utica") and Travelers Property and Casualty ("Travelers") are jointly and severally liable for all costs incurred by Kleenit defending third-party environmental liability claims arising from Kleenit properties in Acton, Chelmsford and Wayland.

Utica and Travelers, along with two other defendant insurance companies, Royal Indemnity Company ("Royal") and Sentry Insurance Company ("Sentry"), agreed to pay Kleenit's defense costs soon after Kleenit initiated this lawsuit. However, since Kleenit has reached a settlement with Royal and Sentry, Utica now claims it is obligated to pay only 75% of Kleenit's defense costs.

Any agreement among the insurers to allocate Kleenit's defense costs among themselves is not binding on Kleenit. Under Rubenstein v. Royal Ins. Co. of America, 44 MassApp.Ct. 842 (1998), when multiple insurance policies are triggered to cover the same obligation, each insurer is jointly and severally liable to cover the insurance obligation.

For these reasons, as further discussed in the accompanying memorandum of law, Kleenit respectfully requests that the Court declare that Utica and Travelers are jointly and severally liable to pay for all its defense costs.

## REQUEST FOR ORAL ARGUMENT

Kleenit, pursuant to L.R. 7.1(d), requests a hearing on this motion of the grounds that oral argument may be of assistance to the court in disposing of this motion.

## RULE 7.1(A)(2) CERTIFICATION

Counsel to Kleenit hereby certifies that he has conferred with defendants' counsel and has attempted in good faith to resolve or narrow the issue that is the subject of this motion.

    Respectfully submitted,

    KLEENIT, INC.

    By its Attorney,

    Donald P. Nagle, Esq. (BBO # 553544)
    Law Office of Donald P. Nagle, P.C.
    5 Main Street Extension, Suite 300
    Plymouth, Massachusetts 02360
    (508) 732-8970

Date:   July 12, 2006