IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10351-NG

|  |  |
|---|---|
| KLEENIT, INC., <br>     Plaintiff, <br><br> v. <br><br> SENTRY INSURANCE CO., <br> ROYAL & SUNALLIANCE, <br> UTICA mutual INSURANCE <br> GROUP, and TRAVELERS <br> PROPERTY AND CASUALTY, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ASSENTED-TO MOTION TO: (1) ENLARGE TIME FOR FILING SUMMARY JUDGMENT MOTIONS AND (2) ENLARGE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT

The defendants, the Travelers Indemnity Company ("Travelers") and Utica Mutual Insurance Group ("Utica") (collectively, "defendants"), with the ASSENT of the plaintiff, respectfully request that the Court enlarge the time for filing summary judgment motions from July 27, 2006 through and including August 24, 2006.[1]  In addition, the defendants, also with the ASSENT of the plaintiff, request that the Court enlarge the time for the defendants to respond to the plaintiff's "Motion for Declaratory Judgment" from July 26, 2006 through and including August 24, 2006.

As grounds for this motion, the defendants state that this case involves a dispute over

---

[1] The other two defendants, Sentry Insurance and Royal Insurance, have settled with the plaintiff and stipulations of dismissal have been filed.  Travelers and Utica are the only remaining defendants.

insurance coverage for alleged environmental contamination.  Plaintiff is a chain of dry cleaner stores.  Defendants allegedly insured the plaintiff at various times.  After a status conference on April 27, 2006, the Court set a summary judgment schedule, with opening briefs due on July 27, 2006 and discovery, including the completion of the deposition of Keith Crider, Kleenit's president, to also be completed.  The parties have completed the Crider deposition, but, as of the date of this motion, counsel has not received the transcript.  In addition, due to the schedules of defense counsel, including trials and other matters, the defendants need additional time to prepare the summary judgment motions.  The parties agree that the response date for the plaintiff's opposition papers would remain thirty (30) days after the defendants file their briefs, *i.e.*, September 25, 2006 (the 30th day falling on a Saturday).

In addition, on July 12, 2006, plaintiff filed a "Motion for Declaratory Judgment."  This motion appears to concern the obligation by the defendants to reimburse plaintiff for certain alleged "defense costs" concerning the subject properties.  Pursuant to Local Rule 7.1(B)(2), the responses to this motion would be due on July 26, 2006.  Again, in light of counsel's schedule, the defendants request additional time.

The plaintiff assents to this motion.  The parties do not believe that allowance of this motion will prejudice any party or the Court.  Allowance of this motion will serve the interests of the efficient administration of justice in that it will allow counsel adequate time to prepare the motions and briefs.

WHEREFORE, the defendants move this Court for an Order enlarging the time to file summary judgment motions through and including August 24, 2006 and the time to respond to plaintiff's Motion for Declaratory Judgment through and including August 24, 2006.

| | |
|---|---|
| Respectfully Submitted,<br>Travelers Property Casualty Co.<br>By it's attorney, | Respectfully Submitted,<br>Utica Mutual Insurance Group<br>By its attorneys, |
|   |   |
|     /s/ Joseph S. Berman<br>Joseph S. Berman, BBO No. 566006<br>Berman & Dowell<br>210 Commercial Street<br>Suite 500<br>Boston, MA 02109<br>617-723-9911 |     /s/ Danielle Maloney<br>Richard Heifetz, BBO No. 229000<br>Danielle Maloney, BBO No. 647527<br>Tucker, Heifetz & Saltzman, LLP<br>Three School Street<br>Boston, MA 02108<br>617-557-9696 |

ASSENTED TO:

    /s/ Donald P. Nagle
Donald P. Nagle, BBO No. 553544
Law Office of Donald Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, MA 02360
508-732-8970