IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10351-RBC

| | |
|---|---|
| KLEENIT, INC.,<br>　　　Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| SENTRY INSURANCE CO.,<br>ROYAL & SUNALLIANCE,<br>UTICA NATIONAL INSURANCE<br>GROUP, and TRAVELERS<br>PROPERTY AND CASUALTY,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR PARTIAL SUMMARY BY DEFENDANT THE
TRAVELERS INDEMNITY COMPANY**

Pursuant to Fed.R.Civ.P. 56 and Local Rule 56.1, the defendant, The Travelers Indemnity Company ("Travelers"), respectfully moves this Court for partial summary judgment that the only insurance policy potentially at issue in this case is a single three-year policy issued to the plaintiff from August 1, 1970 through August 1, 1973. There is no admissible evidence as to the existence of any other policy issued by Travelers. As a matter of law, the Court should enter partial summary judgment for Travelers.

In further support of this motion, Travelers submits a Memorandum of Law and a Statement of Undisputed Material Facts.

WHEREFORE, the defendant, The Travelers Indemnity Company, respectfully requests that the Court enter partial summary judgment in its favor.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(A)(2), undersigned counsel states that he has attempted to confer with Donald Nagle, counsel for plaintiff, in an effort to resolve the issues in this motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), undersigned counsel certifies that oral argument will assist the Court with resolution of the issues and hereby requests a hearing.

        Respectfully submitted,
        THE TRAVELERS INDEMNITY
        COMPANY
        By its attorneys,

        /s/ Joseph S. Berman
        Joseph S. Berman, BBO NO. 566006
        BERMAN & DOWELL
        210 Commercial Street
        Boston, MA 02109
        Telephone (617) 723-9911

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2006, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to the following, to: Richard Heifetz, Esq. and Danielle M. Maloney, Esq., Tucker, Heiftez & Saltzman, LLP, Three School Street, Boston, MA 02108; and Donald P. Nagle, Esq., Law Office of Donald P. Nagle, P.C., 5 Main Street Extension, Suite 300, Plymouth, MA 02360.


          /s/ Joseph S. Berman
Joseph S. Berman