UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC., )<br>　　　　　　　　　　Plaintiff )<br>vs. )<br> )<br>SENTRY INSURANCE COMPANY, )<br>ROYAL & SUN ALLIANCE, )<br>UTICA NATIONAL INSURANCE GROUP, and )<br>TRAVELERS PROPERTY AND CASUALTY, )<br>　　　　　　　　　　Defendants ) | CIVIL ACTION<br>NO. 04-10351-NG |

### DEFENDANT UTICA NATIONAL INSURANCE GROUP'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant, Utica National Insurance Group, hereby moves this Court for the entry of Partial Summary Judgment pursuant to Federal Rule of Civil Procedure, Rule 56, as to the plaintiff's claims for coverage under an alleged umbrella policy.

In support of this motion, the defendant states that there are no genuine issues of material fact and that it is entitled to a judgment as a matter of law. In further support of this motion is the attached Local Rule 56.1 Concise Statement of Undisputed Facts, Memorandum of Law and Affidavit of Richard E. Heifetz, Esquire, with attached exhibits.

### REQUEST FOR ORAL ARGUMENT

Utica National Insurance Group, pursuant to Local Rule 7.1(D), requests a hearing on this motion on the grounds that oral argument may be of assistance to the court in disposing of this motion.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1 (A) (2), the undersigned counsel hereby certifies that he has conferred with counsel for Kleenit, Inc. before filing this Motion in an effort to resolve or narrow the issues presented.

Respectfully submitted,

UTICA NATIONAL INSURANCE GROUP,
Defendant

By Its Attorneys:

_(signature)_

Richard E. Heifetz       BBO #229000
Barbara M. Callahan     BBO #651964
Danielle M. Maloney     BBO #647527
TUCKER, HEIFETZ & SALTZMAN, LLP
100 Franklin Street
Boston, MA 02110
617-557-9696
Dated: August 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August 2006, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to the following: Joseph S. Berman, Esq., Berman & Dowell, 210 Commercial Street, Boston, MA 02109 and Donald P. Nagle, Esq., Law Office of Donald P. Nagle, P.C., 5 Main Street, Plymouth, MA 02360.

_(signature)_
Richard E. Heifetz