# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC., )<br>        Plaintiff  )<br>vs.  )<br>  )<br>SENTRY INSURANCE COMPANY, )<br>ROYAL & SUN ALLIANCE, )<br>UTICA NATIONAL INSURANCE GROUP, and )<br>TRAVELERS PROPERTY AND CASUALTY, )<br>       Defendants  ) | CIVIL ACTION<br>NO. 04-10351-NG |

### AFFIDAVIT OF RICHARD E. HEIFETZ, ESQUIRE

I, Richard E. Heifetz, hereby depose and state as follows:

1. I am a member of the law firm Tucker, Heifetz & Saltzman, LLP, and counsel to Utica National Insurance Group and Graphic Arts Mutual Insurance Company (collectively "Utica"). I make this affidavit based on my personal knowledge and solely to authenticate documents relevant to Utica's Motion For Partial Summary Judgment that is presently before this Court.

2. A true and accurate copies of the Tender Letters (without enclosures), dated September 25, 2002 are attached as Exhibit 1.

3. A true and accurate copy of the letter from Donald P. Nagle, Esq. received by Richard E. Heifetz, Esq. dated April 14, 2006 is attached as Exhibit 2.

4. A true and accurate copies of the Reservation of Rights Letters dated October 28, 2002 from Kristen Martin to Robert Fasanella, Esq., are attached as Exhibit 3.

5. A true and accurate copy of the copy of the ledger sheet produced by Kleenit entitled "Prepaid Insurance" dated June 30, 1984 is attached as Exhibit 4.

6. A true and accurate copy of the copy of the ledger sheet produced by Kleenit entitled "Insurance" dated June 30, 1984 is attached as Exhibit 5.

7. A true and accurate copy of the copy of the duplicate check numbered 2193, dated June 27, 1984 is attached as Exhibit 6.

8. A true and accurate copy of the copy of the purported voucher register kept by Kleenit is attached as Exhibit 7.

9. A true and accurate copy of the copy of the ledger sheet produced by Kleenit entitled "Prepaid Insurance" dated July 2, 1983 is attached as Exhibit 8.

10. A true and accurate copy of the copy of the duplicate check numbered 18425, dated March 2, 1983 is attached as Exhibit 9.

Signed under the pains and penalties of perjury this 24th day of August 2006.

_____
Richard E. Heifetz