# *EXHIBIT 4*

KLEENIT, INC.
AYER, MASS.

JUN 30 1984

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

Prepaid Insurance

| | (1) | | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Utica Mutual Ins. Co. | FMP 1946 | P | Johnson | SMP | Extra expense | 50000 | | | 10-1-82 | 3 yr. | 10-1-85 | 15259 | Paid | 3/12 | 3814.75 |
| | | | | | | and 5000 | | | 1-1-84 | | 10-1-85 | 4322 | | 3/9 | 1440 – |
| | | | | | | | | | | | | 19581 | | | 5254.75 |
| | | | | | Blanket Boiler | | | | | | | 5887 | 3/4 | 32 1944 | |
| | | | | | Blanket Bldg. | 900000 | | | | paid 1661 | Bldg. | 3340 | | 835 | Due 1760 – |
| | | | | | Furniture | 50000 | | | | | ME | 20710 13329 | 32 | 518 443 | Due 1760 – |
| | | | | | | | | | | | Boiler | 6362 3152 | | 1591 1051 | |
| | | | | | | | | | | | [illegible] | 250 41 | | 63 10 | |
| | | | | | | | | | | | [illegible] | 1105 1155 | | 276 288.75 | |
| | | | | | | | | | | | [illegible] | 196 | | 49 | |
| | | | | | | | | | | | | 19581 | | 5254.75 | |
| Ins. Co. of NA. | 209582 | P | Johnson | 81 Bank | | BI PD Cap. | 250/500000 50000 2 [illegible] | | 6-8-84 | 1 yr. | 6-1-85 | 920 – | | 11/12 | 843.34 |
| Travelers Ins. Co. | 366 8999 | P | E. J. Wells | Blanket Boiler Contin (ded 250) | | | 1000000 | ← Billed | 8-28-83 | 1 yr. | 8-28-84 | 2743 – | | 2/12 | 457.16 |
| Travelers Indemnity Co. | SAF569A160 | P | E. J. Wells | Fleet | | C.I. PD Coll. Comp. (300 ded) | 500000 100000 (500 ded) | | 1-1-84 | 1 yr. | 1-1-85 | 4843.25 – | | 1/2 | 2434 – |
| Utica Mutual Ins. Co. | LU 6406 | P | Johnson | Umbrella liability policy | | | 1000000 | | 2-3-84 | 1 yr. | 2-3-85 | 750 – | | 7/12 | 437.50 |
| Excelsior Ins. Co. | 1754356 | P | E. J. Wells | 42 Park St. Fire EC + Vand. | | | 55500 | | 8-28-83 | 1 yr. | 8-28-84 | 418 – | | 2/12 | 69.67 |
| Globe Indemnity Co. | 102643 | P | Coltman + Britain | Pollution liab. incl. retroactive 1968 | | | 1000000 (ded. 5000) | | 12-30-83 | 1 yr. | 12-30-84 | 1807 – | | 1/2 | 903.50 |
| Utica Mutual Ins. Co. | 227101 | P | Johnson | W/C | DC 559700 × 2.91 | | 16287 | | 10-1-83 | 1 yr. | 10-1-84 | | | see W/S | — |
| | | | | | Bldg. 104500 × 4.91 | | 5131 | | | | | | | | |
| | | | | | [illegible] 29200 × 1.66 | | 485 | | | | | | | | |
| | | | | | Office 86700 × .24 | | 208 | | | | | | | | |
| | | | | | | | 22111 | | | | | | | | |
| | | | | | Employer Liab. .17 | | 221 | | | | | | | | |
| | | | | | | | 22332 | | | | | | | | |
| | | | | | Disc. | | 7390 | | | | | | | 6879.92 |
| | | | | | | | 16342 | | | | | | | | |
| | | | | | [illegible] 300 (25) Dividend Contract | | (226) 75 | [illegible] | | | | | | | |
| | | | | | | | 16151 | | | | | | | | |
| F Policy [illegible] | | | | | | | | | | | | | | | |
| | | | | | | 4040 | | | | | | | | | |
| | | | | | 11 × 1101 | 12111 | | | | | | | | | |
| | | | | | | 16151 | | | | | | | | | |

# *EXHIBIT 5*

**KLEENIT, INC.**
AYER, MASS.

JUN 30 1984

| Date | Total | Pow. | Bldg. | Truck | Adjust | Debt | Bank | Office | W/C P/L | S.M.P. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7-20-83 | 7,832 | | | | | | | | 690 | 744 | | 744 |
| 8-27-83 | 4,177 | | | | | | | | 620 | 744 | | 744 |
| 10-22-83 | 10,000 | 2,743 | | | | | | | 4040 | 3829 | | 649 |
| | | | | | | | | | 1/01 | 1/01 | | 2132 |
| 11-19-83 | 2,141 | | | | | | | | 4040 | 4040 | | |
| 12-17-83 | 3,948 | | | | | | | | 1/01 | 1/01 | | |
| 1-14-84 | 2,141 | | | | | | | | 4040 | 4040 | | |
| 2-11 | 2,141 | | | | | | | | 1/01 | 1/01 | | |
| 3-10-84 | 6,984 | | | | | ct 4843 | | | 1/01 | 4040 | | |
| 5-5-84 | 31,215 9,925.30 | | | | | 25 | | | 1/01 | 1/01 | | |
| gas | 2,850 | | | | | | | | 1/01 | 722 | | |
| | 37,357.30 | | | | | | | | 345630 | 1760 | | 1760 |
| | | | | | | | | | 2850 | 1760 | | 1760 |
| 6-2-84 | 45 | | | | Nakedli | | | | 45 | 45 | | |
| 6-30-84 | 4531 | 2743 | 418 | | 750 | 920 | 196 | 18 | 1/01 | 1700 | | |
| | 42,903.30 | | | | 2557 | 5788 | 419 | 41 | 19543.30 | 15417 | | |
| W/C Audit | 1650 | | | | | | | 10 | 1650 | | | |
| Payroll 6-30-83 | 7,804.16 | 4270 | 1067.08 | 673 | 22,152.25 | 33,66.33 | | | | 19551 | | |
| Payroll 6-30-84 | | | | | 95121 | | | | | 3620 | | |
| | | | | | 493780 | 2843.79 | | | | | | |
| | | | | | 2068.71 | 4574 | | | | | | |
| | 6,879.92 | | | 929 | 16,58030 | 700 | 150 | 200 | 1763030 | 649 | | |
| | | 4576 | | 132 | 322 | | | | | 0 | | |
| | | | 161 | 161 | | | | | | | | |
| | 45,47754 | 27,13324 | 7,593.41 | 3583 | 27,46480 | 6,576.99 | 297 | 249 | 0 | | | |

# *EXHIBIT 6*

KLEENIT, INC.
CARE - DUDS - WAYLAND CLEANERS
SUDZIT LAUNDRY
BUBBLE IT LAUNDERAMA
44 PARK ST. AYER, MASS. 01432

| DATE | INVOICE | AMOUNT |
|---|---|---|
| | Former Policy | |
| M.G. | JUN 15 1984 | |

53-45
113

2096

PAY Forty Five & 00/100 DOLLARS

| CHECK NO. | TO THE ORDER OF | DATE | CHECK AMOUNT |
|---|---|---|---|
| 2096 | Henrick Johnson Ins. Agency | 6/13/84 | 45 |

448 Gorham St
Lowell, Mass. 01852

UNION NATIONAL BANK
AYER, MASSACHUSETTS
SUBSIDIARY OF STATE STREET

Keith Crider

⑈0002096⑈ ⑆011300456⑆ 13 2026 2⑈ ⑈0000004500⑈

KLEENIT, INC.
CARE - DUDS - WAYLAND CLEANERS
SUDZIT LAUNDRY
BUBBLE IT LAUNDERAMA
44 PARK ST. AYER, MASS. 01432

| DATE | INVOICE | AMOUNT |
|---|---|---|
| | Umbrella Policy | |

53-45
113

2193

PAY Seven Hundred Fifty & 00/100 DOLLARS

| CHECK NO. | TO THE ORDER OF | DATE | CHECK AMOUNT |
|---|---|---|---|
| 2193 | Henrick F Johnson | 6/27/84 | 750 |

448 Gorham St.
Lowell, Mass. 01852

UNION NATIONAL BANK
AYER, MASSACHUSETTS
SUBSIDIARY OF STATE STREET

Keith Crider

⑈0002193⑈ ⑆011300456⑆ 13 2026 2⑈ ⑈0000075000⑈

KLEENIT, INC.
CARE - DUDS - WAYLAND CLEANERS
SUDZIT LAUNDRY
BUBBLE IT LAUNDERAMA
44 PARK ST. AYER, MASS. 01432

| DATE | INVOICE | AMOUNT |
|---|---|---|
| 7/1/84 | | 1760 — |
| | | 1101 — |
| | | 2861 — |

53-45
113

2340

PAY Two Thousand Eight Hundred Sixty One 00/100 DOLLARS

JUL 9 1984
N.E.G.

| CHECK NO. | TO THE ORDER OF | DATE | CHECK AMOUNT |
|---|---|---|---|
| 2340 | Henrick Johnson Ins Agency | 7/6/84 | 2861 |

448 Gorham St
Lowell, Mass. 01852

UNION NATIONAL BANK
AYER, MASSACHUSETTS
SUBSIDIARY OF STATE STREET

Keith Crider

⑈0002340⑈ ⑆011300456⑆ 13 2026 2⑈ ⑈0000286100⑈