*EXHIBIT 7*

| # | Description | Date | Amount |
|---|---|---|---|
| 148 | Witz Klean Corp | 6/27/04 | 413.50 |
| 149 | RDP | 6/27/04 | 2911.22 |
| 150 | New England Tel | 6/27/04 | 520.70 |
| 151 | Pittsburg Hose Co | 6/27/04 | 61.79 |
| 152 | Watson Pumps | 6/27/04 | 280.55 |
| 153 | Truck F & ... | 6/27/04 | 730.— |
| 154 | Keene Two ... | 6/27/04 | 23.35 |
| 155 | JC Madison | 6/27/04 | 65.40 |
| 156 | Ing Transport | 6/27/04 | 50.— |
| 2197 | Gear England Tel | 6-27-04 | 225.55 |
| 2198 | Tresor Electric | 6-27-04 | 371.50 |
| 2199 | Jepco Cut Press | 6-27-04 | 15.12 |
| 2200 | Constr Eng ... | 6-27-04 | 76.26 |
| 2201 | Customd Petroleum | 6-27-04 | 747.12 |
| 2202 | Carpet masters | 6-27-04 | 678.42 |
| 2203 | ... | 6-7-04 | 75.00 |
| 2204 | Elephant C.i.s.co | 6-27-04 | 491.45 |
| 2205 | ... | 6-27-04 | 1076.51 |
| 2206 | Cert Carrier | 6-27-04 | 19,240 |
| 2207 | Judd Library | 6/25/04 | 270.— |
| 2208 | Rights Lith Co | 6/28/04 | 19 pym |
| 2209 | Erwin York Int | 6/1/04 | 1638.11 |
| 2210 | 2nd Life ... | 6-28-04 | 529.73 |
| 2211 | ... | 6-29-04 | 25.— |
| 2212 | Paco Transport | 6-1-04 | 1360.12 |

Total: 25345.84

# *EXHIBIT 8*

**KLEENIT, INC.**
AYER, MASS.

Prepaid Insurance     JUL 2 1983

| Company | Policy # | Agent | Type | Limits | Eff. Date | Term | Exp. Date | Premium | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Utica Mutual Ins. Co. | FMP 1946 | Johnson | SMP | | 10-1-82 | 3 yr | 10-1-85 | 15238 | 3/12 | 3809.50 |
| | | | | | | | | | E/S audit | 300 — |
| | | | | | | | | Bldg. 3830 | | 957.50 |
| | | | | | | | | M+E 2070 | | 517.50 |
| | | | | | | | | Boiler 6362 | | 1590.50 |
| | | | | | | | | Trans 437 | | 109.25 |
| | | | | | | | | A+R 72 | | 18 — |
| | | | | | | | | Extra 370 | | 92.50 |
| | | | | | | | | P/L 2097 | | (524.25) |
| | | | | | | | | 15238 | | 300 |
| | | | | | | | | | | 3509.50 |
| Travelers | BM 3668999 | EJ Weller | Boiler Machy | | 8-28-82 | 1 yr | 8-28-83 | 2565 — | 2/12 | 427.50 |
| Travelers | 569A166 | " | Fleet | PL 500,000 | 1-1-83 | 1. | 1-1-84 | 4970 | 1/12 | 2655 — |
| | | | | | | | | 1097 | | |
| | | | | | | | | 387 | | |
| | | | | | | | | 370 | | |
| Utica Mutual | LU 6406 P | Johnson | Umbrella liability policy | 1,000,000 | 2-3-83 | 1 yr | 2-3-84 | 750 — | 7/12 | 437.50 |
| Continental Casualty Ins Co | 1884596 8 | Johnson | 81 Buick | B.I. 250/500,000 PD 5000 Coll (200) Comp Ded 200 | 6-8-83 | 1. | 6-8-84 | 776 — | 11/12 | 711.33 |
| Excelsior Ins Co | 1739539 P | Weller | 42 Park St. | F. EC & Vand 49,000 | 8-28-82 | 1 | 8-28-83 | 380 — | 2/12 | 63.33 |
| Utica Mutual Ins. Co. | 227161-8-P | Johnson | W/C | OC 352,400 × 2.64 = 9303  Dely 112,800 × 3.64 = 4106  Am 30,000 × 1.56 = 468  Off 52,910 × .21 = 110  Sales 30,500 × .47 = 143  14130  7% —739  10174  (103)  60  10131 | 10-1-82 | 1. | 10-1-83 | | see W/S | |
| | | | | | | | | 2541 | | |
| | | | | | | | | 690 | | |
| | | | | | | | | 690 | | |
| | | | | | | | | 690 | | |
| | | | | | | | | 690 | | |
| | | | | | | | | 690 | | |
| | | | | | | | | 690 | | |
| | | | | | | | | 690 | | |
| | | | | | | | | 8751 | | |
| | | | | | | | | 690 | | |
| | | | | | | | | 690 | | |
| | | | | | | | | 10131 | | |
| | | | | | | | | | | 7804.16 |

*EXHIBIT 9*



**Check 18425** — Kleenit, Inc., 44 Park Street, Ayer, Mass. 01432
Pay: Seven hundred fifty and no/100 DOLLARS
To the order of: Henrietta F. Johnson, 448 Gorham St., Lowell, MA 01852
Date: 3-2-83
Check Amount: $750.00
Signed: Keith C. Crider
Union National Bank, Ayer, Massachusetts

**Check 18496** — Kleenit, Inc., 44 Park Street, Ayer, Mass. 01432
Date stamp: N.E.G. MAR 11 1983
Pay: Two thousand eight hundred twenty-nine and no/100 DOLLARS
To the order of: Henrietta F. Johnson, 448 Gorham St., Lowell, MA 01852
Date: 3-9-83
Check Amount: $2,829.00
Signed: Keith C. Crider

**Check 18539** — Kleenit, Inc., 44 Park Street, Ayer, Mass. 01432
Invoice: On Account
Pay: Four Thousand & no/100 DOLLARS
To the order of: E. J. Wells Ins. Agency, Main St., Groton, Mass. 01450
Date: 3/14/83
Check Amount: $4,000.00
Signed: Keith Crider