# EXHIBIT B

Case 1:04-cv-10351-RBC   Document 99-6   Filed 08/24/2006   Page 1 of 5

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC.,<br>         Plaintiff<br>vs.<br><br>SENTRY INSURANCE COMPANY,<br>ROYAL & SUN ALLIANCE,<br>UTICA NATIONAL INSURANCE GROUP, and<br>TRAVELERS PROPERTY AND CASUALTY,<br>         Defendants | CIVIL ACTION<br>NO. 04-10351-NG |

**AFFIDAVIT OF SCOTT GODKIN, STAFF COUNSEL TO THE
UTICA NATIONAL INSURANCE COMPANY**

I, Scott Godkin, do hereby depose and state the following:

1. I am Scott Godkin, staff counsel to the Utica Mutual Insurance Company, ("Utica"). I am the claims atorney assigned to the Kleenit claims. I make this Affidavit on personal knowledge.

2. In response to Kleenit's September 25, 2002 notice letters, Utica conducted a diligent search of its records to locate policies issued to Kleenit during the period of 1979-1985.

        Utica ultimately acknowledged the existence of a commercial general liability policy ("CGL"), policy number FMP 1946, with effective dates of October 1st to October 1st covering the periods from 1979-1982 and 1982-1985 with limits of $100,000 per occurrence and $100,000 in the aggregate. A lost policy release was located evidencing cancellation by the insured of the CGL policy for the last policy year, October 1, 1984 to October 1, 1985.

3.    It has not yet been determined whether the CGL policy is applicable to Kleenit's claims, and Utica is defending the claims under a reservation of its rights until such time as there is a determination as to whether Kleenit met the requisite notice requirements to trigger coverage and whether there are exclusions applicable to Kleenit's claims.

4.    The CGL policy, policy number FMP 1946, was issued by Graphic Arts Mutual, an affiliated company of the Utica Mutual Insurance Company.

5.    Other than policy number FMP 1946, no other policies were located.

6.    The diligent search of Utica's archival records did not revealed any umbrella liability policies, or any evidence that umbrella policies were issued to Kleenit by Graphic Arts Mutual or Utica Mutual Insurance Group during the years 1982-1985.

7. Utica has no records of correspondence or telephone communication with anyone regarding umbrella liability coverage purportedly issued to Kleenit, Inc. by Graphic Arts Mutual Company or Utica Mutual Insurance Company during the years 1982-1985.

8. Utica has no record of premium payments for umbrella liability coverage made by Kleenit or its claimed agent, Henrick Johnson Insurance Agency of Lowell, MA to Graphic Arts Mutual Company or Utica Mutual Insurance Company during the years 1982-1985.

9. Utica has no record of claims being made against the purported umbrella liability coverage, nor records of any payment being made on claims by Graphic Arts Mutual Company or Utica Mutual Insurance Company during the years 1982-1985.

10. Utica has no documentation to support the purported renewal of any umbrella policy from policy years 1983-1984 to 1984-1985.

11. Utica has no record of a schedule of underlying insurance or a record of supporting documentation that would have been required by Utica's underwriters at that time to issue an umbrella policy. This would include,

but not be limited to, underlying liability policies, declaration pages of the underlying policies, or information regarding the underlying insurance.

12. At all times relevant, Utica underwriters required a schedule of underlying insurance, to secure a primary layer of coverage and in order that Utica could check the financial ratings of the underlying insurers.

Signed under the penalties of perjury, this 22nd day of August 2006.

_____
Scott Godkin, Esq.
Staff Attorney

## STATE OF NEW YORK

County of Oneida                                August 22, 2006

Then personally appeared the above-mentioned Scott Godkin, Esquire, Staff Attorney to the **UTICA MUTUAL INSURANCE COMPANY**, known to me, and affirmed the execution of this Agreement to be his free act and deed, before me,

_____
Notary Public
My commission expires:

JAMES P. MURPHY
Notary Public, State of New York
Qualified in Oneida Co. No. 4991310
My Commission Expires 1/27/10

4