UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 - RBC

| | |
|---|---|
| KLEENIT, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| SENTRY INSURANCE COMPANY, ROYAL & SUN ALLIANCE, UTICA NATIONAL INSURANCE GROUP, and TRAVELERS PROPERTY AND CASUALTY | ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT AND FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Kleenit, Inc. ("Plaintiff") respectfully moves, with the assent of Defendants Travelers Indemnity Company and Utica Mutual Insurance Group (collectively, "Defendants"), for leave of court to file a reply to Defendants' Opposition to Kleenit's Motion for Declaratory Judgment by September 7, 2006 and, with the assent of Defendants, requests a hearing on Plaintiff's Motion on September 21, 2006.

Plaintiff also respectfully requests, with the assent of Defendants, enlargement on time to file its opposition to Defendants' Motion for Partial Summary Judgment to October 9, 2006, with any reply by Defendants filed by October 23, 2006.

Plaintiff further requests, with the assent of Defendants, that Plaintiff's Motion for Declaratory Judgment only be heard on September 21, 2006, which time is currently scheduled for oral argument on Defendants' Motion for Partial Summary Judgment. Plaintiff respectfully requests, with the assent of Defendants, that the hearing on Defendants' motion be rescheduled and heard as soon as practicable after Defendants' reply to Plaintiff's opposition is filed.

As grounds for this motion, the Plaintiff states that a reply to Defendants' opposition to Plaintiff's Motion for Declaratory Judgment may assist the court in rendering a decision on Plaintiff's Motion. In addition, due to the schedule of Plaintiff's counsel, including several recently imposed litigation deadlines in other matters, the Plaintiff needs additional time to prepare opposition to Defendants' motions for Partial Summary Judgment. Granting leave to Plaintiff to extend the deadline for filing opposition to Defendants' motions from September 25, 2006 to October 9, 2006 will not prejudice any party or the Court.

Regarding the partial summary judgment schedule, on August 3, 2006, this Court issued an Order granting Defendants' Assented to Motion for Enlargement of Time to file their Motions for Partial Summary Judgment and to file opposition to Plaintiff's Motion for Declaratory Judgment to August 24, 2006. This Order also indicated that any Plaintiff's opposition to the Defendants' Motion for Partial Summary Judgment is due by September 25, 2006. Most recently, an Order issued on August 25, 2006 which scheduled a further status conference and hearing on motions for partial summary judgment on September 21, 2006 at 2:30 PM.

Since Plaintiff's opposition to Defendants' motions is currently scheduled for filing <u>after</u> September 21, 2006, and all pleadings will have been filed on Plaintiff's Motion for Declaratory Judgment prior to this date, Plaintiff respectfully requests that the Plaintiff's Motion be heard on September 21, 2006 and Defendants' motions be heard after Defendants' file any reply to Plaintiff's opposition to their Motion for Partial Summary Judgment.

The Defendants have assented to all aspects of this Motion and all parties assent to allowing Defendants to file a reply to Plaintiff's opposition to its Motion for Partial Summary Judgment by October 23, 2006, with the understanding that the Court will schedule a hearing on this motion as soon as practicable thereafter.

Allowance of this motion will serve the interests of the efficient administration of justice in that it will allow counsel adequate time to prepare and argue the pleadings discussed herein.

WHEREFORE, the Plaintiff moves this Court for an Order allowing:

1) Plaintiff to file a reply to Defendants' oppositions to Plaintiffs Motion for Declaratory Judgment by September 7, 2006;

2) The Plaintiff's Motion for Declaratory Judgment to be heard on September 21, 2006;

3) Plaintiff to file its opposition to Defendants' Motion for Partial Summary Judgment by October 9, 2006; and,

4) Defendants to file any reply to Plaintiff's opposition to Defendants' Motions for Partial Summary Judgment by October 23, 2006.

Respectfully submitted,

KLEENIT, INC.

By its Attorney,


/s/ Donald P. Nagle
Donald P. Nagle, Esq. (BBO # 553544)
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, Massachusetts 02360
(508) 732-8970

ASSENTED TO:


| /s/ Joseph S. Berman | /s/ Danielle Maloney |
|---|---|
| Joseph S. Berman (BBO #566006) | Richard Heifetz (BBO# 229000) |
| Berman & Dowell | Danielle Maloney (BBO #647527) |
| 210 Commercial Street | Tucker, Heifetz & Saltzman, LLP |
| Suite 500 | 100 Franklin Street, Suite 801 |
| Boston, MA  02109 | Boston, MA  02110 |
| 617-723-9911 | 617-557-9696 |

Date:   August 31, 2006