# EXHIBIT "A"

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO. 04 10351 - RBC

| | |
|---|---|
| KLEENIT, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SENTRY INSURANCE COMPANY, | ) |
| ROYAL & SUN ALLIANCE, | ) |
| UTICA NATIONAL INSURANCE GROUP, and | ) |
| TRAVELERS PROPERTY AND CASUALTY | ) |
| | ) |
| Defendants. | ) |
| | ) |

### AFFIDAVIT OF DONALD P. NAGLE, ESQUIRE

I, Donald P. Nagle, hereby depose and state, as follows:

1.      I am an attorney licensed to practice in the Commonwealth of
Massachusetts.  I am counsel for the plaintiff, Kleenit, Inc. ("Kleenit").  I make this affidavit
based on my personal knowledge and solely to authenticate documents relevant to Kleenit's
Opposition to Utica's Motion for Partial Summary Judgment that is currently before this
Court.

1.      A true and accurate copy of the cancelled check #18425, dated March 2,
1983 is attached as Tab 1.

2.      A true and accurate copy of Kleenit's pre-paid insurance ledger, dated July
2, 1983 is attached as Tab 2.

3.    A true and accurate copy of the cancelled check #2193, dated June 27, 1984 is attached as Tab 3.

4.    A true and accurate copy of Kleenit's pre-paid insurance ledger, dated June 30, 1984 is attached as Tab 4.

5.    A true and accurate copy of the cancelled checks representing payment of insurance premiums for policy periods from 1983 to 1985 which were included with an April 14, 2006 letter from Donald P. Nagle to Richard E. Heifetz are attached as Tab 5.

6.    A true and accurate copy of a June 7, 2006 electronic mail letter from Donald P. Nagle to Danielle Maloney, counsel for Utica, attached to which are electronic versions of all ledger sheets in Kleenit's possession are attached as Tab 6.

7.    A true and accurate copy of a memorandum from Peter Feuerbach, dated August 2, 2202, is attached as Tab 7.

Signed under the pains and penalties of perjury, this 25th day of September, 2006,

_____
Donald P. Nagle

TAB "1"



KLEENIT, INC.
BUBBLE IT LAUNDERAMA
CARE CLEANERS
DUDS CLEANERS
44 PARK STREET   AYER, MASS.   01432

18425

PAY

CHECK NO. 18425

TO THE ORDER OF

UNION NATIONAL BANK
AYER, MASSACHUSETTS

Keith C. Gridley

KLEENIT, INC.
BUBBLE IT LAUNDERAMA
CARE CLEANERS
DUDS CLEANERS
44 PARK STREET   AYER, MASS.   01432

18496

PAY

CHECK NO. 18499

TO THE ORDER OF

UNION NATIONAL BANK
AYER, MASSACHUSETTS

Keith C. Gridley

TAB "2"

TAB "3"



UNION NATIONAL BANK
AYER, MASSACHUSETTS
SUBSIDIARY OF STATE STREET

53-45
113

2193

| DATE | INVOICE | AMOUNT |
|------|---------|--------|
| | Umbrella | |
| | Policy | |
| | | |
| | | |
| | | |

KLEENIT, INC.
CARE - DUDS - WAYLAND CLEANERS
SUDZIT LAUNDRY
BUBBLE IT LAUNDERAMA
44 PARK ST.    AYER, MASS.    01432

⑈000 2096⑈ ⑈:0 11300⑂ 561: 13 20 26 2⑈⑈

CHECK NO. 2160

PAY

TO THE ORDER OF

Heinrich F. Johnson
448 Durham St.
Lowell, Mass 01852

⑈000 2193⑈ ⑈:0 11300⑂ 561: 13 20 26 2⑈⑈

UNION NATIONAL BANK
AYER, MASSACHUSETTS
SUBSIDIARY OF STATE STREET

53-45
113

2340

| DATE | INVOICE | AMOUNT |
|------|---------|--------|
| 7/1/04 | | 1760 |
| | | 1104 |
| | | 2664 |
| | | |

KLEENIT, INC.
CARE - DUDS - WAYLAND CLEANERS
SUDZIT LAUNDRY
BUBBLE IT LAUNDERAMA
44 PARK ST.    AYER, MASS.    01432

TAB "4"

KLEENIT, INC.
AYER, MASS.

JUN 3 0 1984

TAB "5"

LAW OFFICE OF DONALD P. NAGLE, PC

5 Main Street Extension, Suite 300
Plymouth, Massachusetts 02360
Tel. 508-732-8970    Fax: 508-732-8971

April 14, 2006

<span style="text-decoration: underline;">VIA FACSIMILE & FIRST CLASS MAIL</span>

Richard E. Heifetz, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Re:   <u>Kleenit v. Sentry Insurance Company, et al</u>
      <u>Civil Action No. 04-10351-NG</u>

Dear Rick:

Your office is now in receipt of copied documents - or has had an opportunity to review all documents - Kleenit is required to produce per Judge Collings March 16, 2006 Order. Kleenit has also produced additional documents you have requested.

As indicated in previous email communication, these documents include W-2's, quarterly reports, cancelled payroll checks, cancelled expense checks to employees, additional ledger sheets, and checks to insurance carriers and agencies. Most of these documents were contained in boxes found in a "cold storage" area in the basement of the Ayer facility, which was converted to a different use in December 2005, immediately before the December 2005 mediation session in Worcester. The documents produced are the result of a complete search of the contents of the discovered boxes.

You will recall that during the mediation Kleenit presented a check No. 2193, dated June 27, 1984. This check, which Frank Murphy found during his initial search of the newly discovered boxes, supports the existence of Utica policy No. LU 6406. This policy is referenced in ledger entries previously provided to you, covering the period of February 3, 1984 to February 3, 1985. The Check is made out to Henrick F. Johnson of E.J. Wells Insurance Agency, which sold Utica insurance to Kleenit. As indicated in the ledger entry, this policy provides $1 million per occurrence.

This search has also revealed the existence of Utica policy coverage from February 3, 1983 through February 3, 1984. Check No. 18425 is dated March 2, 1983 and, as in the June 27, 1984 check, was made out to Henrick F. Johnson. This check, which appears as the first of three checks copied and attached as **Exhibit A**, is also recorded as a ledger entry on line 17 of a ledger sheet for prepaid insurance, attached as **Exhibit B**. The ledger entry indicates in pertinent part: "Utica Mutual ...LU6406 ...Johnson... Umbrella liability policy...1000000...2-3-83...1yr...2-3-84." Clearly, Kleenit purchased a $1 million umbrella liability policy for the year February 3, 1983

WWW.DPNAGLELAW.COM
EMAIL: NAGLE@DPNAGLELAW.COM

LAW OFFICE OF DONALD P. NAGLE, PC

Richard E. Heifetz, Esq.
April 14, 2006
Page 2

though February 3, 1984. This information coincides with the check and ledger information provided for the subsequent policy year.

Evidence of occurrences at the Wayland facility is documented through the Affidavit of Robert Kinney. As a result of this new information, Kleenit is increasing its total demand for coverage to $2.7 million.

Please contact this office with any questions.

Very truly yours,

Donald P. Nagle

Enc.
cc:  counsel of record
     Frank Murphy
     Robert Fasanella, Esq.

EXHIBIT "A"

KLEENIT, INC.
BUBBLE IT LAUNDERAMA
DARE CLEANERS
DUDS CLEANERS
44 PARK STREET   AYER, MASS.   01432

WHEN NATIONAL BANK
AYER, MASSACHUSETTS

Keith C. Gilbo

EXHIBIT "B"

TAB "6"

**Donald Nagle**

| | |
|---|---|
| **From:** | Donald Nagle |
| **Sent:** | Friday, July 07, 2006 12:14 PM |
| **To:** | Danielle M. Maloney |
| **Cc:** | 'Rick E. Heifetz'; 'Francis X. Murphy' |
| **Attachments:** | Prepaid Ins FY 1971.TIF; June 1982 Ledger.TIF; June 1981 Ledger.TIF; June 1980 Ledger.TIF; June 1979 Ledger.TIF; July 1978 Ledger.TIF; June 1977 Ledger.TIF; June 1976 Ledger.TIF; June 1975 Ledger.TIF; June 1974 Ledger.TIF; June 1985 Ledger.TIF; June 1984 Ledger.TIF; Prepaid Ins FY 1970.TIF; Prepaid Ins FY 1969.TIF; Prepaid Ins FY 1968.TIF; Kleenit Prepaid Ins. FY 1983.tif |

As requested, attached in electronic form are the documents previously produced to you. Please contact me if you have any questions.

Donald P. Nagle, Esq.
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, Massachusetts 02360
phone: (508) 732-8970
fax:     (508) 732-8971
email:   nagle@dpnaglelaw.com
website: www.dpnaglelaw.com

**CONFIDENTIALITY NOTICE:**
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

TAB "7"

PJF Draft
12/12/2005 1:46 PM

**\*\*\* RUBIN AND RUDMAN - CONFIDENTIAL - ATTORNEY CLIENT PRIVILEGED AND ATTORNEY WORK PRODUCT \*\*\***

## MEMORANDUM

| | |
|---|---|
| To: | File |
| cc: | Robert Fasanella |
| From: | Peter Feuerbach |
| Re: | **Telephone Conversations with Rhodes Johnson of McCarthy Insurance Kleenit - Chelmsford (8856-002)** |
| Date: | August 2, 2002 |

This summarizes my telephone conversations with Rhodes Johnson (i.e., Henrick Rhodes Johnson, Jr.) at the C. J. McCarthy Insurance Agency (978-548-6801) on July 30, and August 1, 2002.

**July 30:** Johnson was the owner of the Henrick F. Johnson Insurance Agency, Inc., as were his father and grandfather. Johnson was Kleenit's insurance agent from the late 1970s to the mid-1980s. In the mid-1980s Kleenit went into the insurance program offered by NEFA and administered by Cochrane and Porter. In 1997, Johnson regained Kleenit as a client. In 1997 Johnson was also acquired by the C. J. McCarthy Insurance Agency.

In the late 1970s and early 1980s, Kleenit's insurer was the Graphic Arts Mutual Insurance, Inc. Johnson believes that Harry Speed [Nason?], Kleenit's accountant, has policy numbers for the Graphic Arts' policies. The policies covered the buildings, contents, liability and umbrella protection. Graphic Arts is a subsidiary of Utica Mutual, which is still in business.

PJF Draft
12/12/2005 1:46 PM

Johnson does not know who were Klennit's insurance agents before him in the late 1970's. He also does not know about the Sentry policy that appears on Kleenit's records. Kleenit would have obtain it directly from Sentry or one of its agents.

When he had his own business, Johnson typically kept records for seven years. He will check internally with McCarthy to see what the company did with his records after the acquisition in 1997.

**August 1:** He "scoured" the files and did not find any information from the 1970's or 1980's. He stopped representing Graphic Arts and Utica "years ago," and McCarthy never represented them, so he does not have their specimen policies. He will check with friends in the business to see if he can locate any. Graphics and/or Utica should be able to provide them if given the year and policy number "FMP 1946" that we have. He is not sure what the "F" in FMP 1946" stands for. It possibly means "fire multi-peril" policy. The multi-peril policies in the 1970's and 1980's were the co-called "all risk" policies that gave coverage for "everything" and then had a list of exclusions.