# EXHIBIT "D"

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO. 04 10351 - RBC

| | |
|---|---|
| KLEENIT, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SENTRY INSURANCE COMPANY, | ) |
| ROYAL & SUN ALLIANCE, | ) |
| UTICA NATIONAL INSURANCE GROUP, and | ) |
| TRAVELERS PROPERTY AND CASUALTY | ) |
| | ) |
| Defendants. | ) |
| | ) |

## AFFIDAVIT OF DONALD P. NAGLE, ESQUIRE

I, Donald P. Nagle, hereby depose and state, as follows:

1.      I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am counsel for the plaintiff, Kleenit, Inc. ("Kleenit"). I make this affidavit based on my personal knowledge and solely to authenticate documents relevant to Kleenit's Opposition to Utica's Motion for Partial Summary Judgment that is currently before this Court.

2.      A true and accurate copy of Kleenit ledger entries during the years 1965, 1966, and 1967 are attached as **Tab 1**.

3.      A true and accurate copy of Kleenit's ledger sheet, dated June 29, 1968 is attached as **Tab 2.**

4.      A true and accurate copy of Kleenit's ledger sheet, dated June 28, 1969 is attached as **Tab 3**.

5.      A true and accurate copy of Kleenit's ledger sheet, dated June 27, 1970 is attached as **Tab 4.**

6.      A true and accurate copy of an excerpt of Kleenit's 1967 annual report, is attached as **Tab 5**.

7.      A true and accurate copy of an excerpt of Kleenit's 1968 annual report, is attached as **Tab 6**.

Signed under the pains and penalties of perjury, this 25th day of September, 2006,

Donald P. Nagle

# TAB 1

| Date | PAID | | | | PAID Date | PURCHASED FROM | Vchr. No. | 211 Acct. Pay. | 1.3 Outside Ld. |
|------|------|---|---|---|------|----------------|-----------|----------------|-----------------|
| | 7-8-9-9 | | | ✓ | 7-27 Kleenit Inc. | | 1 | 2595 | |
| | | | | ✓ | 7-3 " | | 2 | 876 - | |
| | | | ✓ | | 6-30 Superior Products Co. Inc. | | 3 | 378 - | |
| | | | | ✓ | 7-7 " | | 4 | 3760 | |
| | | | | ✓ | 6-29 Northeast Offset Inc. | | 5 | 18 - | |
| | | | | ✓ | 6-22 Stephen-Roger Inc. | | 6 | 2086 | |
| | | | | ✓ | 7-6 " | | 7 | 170 - | |
| | | | ✓ | | 7-13 " | | 8 | 19521 | |
| | | | ✓ | | 7-14 G.V. Moore Lumber Co. Inc. | | 9 | 779 - | |
| | | | ✓ | | 7-1 Simplex Time Recorder Co. | | 10 | 27 - | |
| | | | | ✓ | 6-25 The General Chemical Products Inc. | | 11 | 12538 | |
| | | | | ✓ | 7-28 " | | 12 | 21645 | |
| | | | ✓ | | 6-30 Hall Electric Supply Co. | | 13 | | |
| | | | | ✓ | 7-30 " | | 14 | 14209 | |
| | | | | ✓ | 6-30 George Hyde | | 15 | 5519 | |
| | | | | | 7-31 " | | 16 | 7953 | |
| | | | ✓ | | 6-8 Middlesex Supply Inc. | | 17 | 330 | |
| | | | ✓ | | 6-21 Sutton Estabrook | | 18 | 19303 | |
| | | | ✓ | | 8-5 " | | 19 | 42408 | |
| | | | ✓ | | 8-6 " | | 20 | 100 - | |
| | ✓ | | | ✓ | 7-26 Fort Devens Exchange | | 21 | 19493 | |
| | | | | ✓ | 7-26 " | | 22 | 54122 | |
| | | | ✓ | | 6-30 " | | 23 | 64624 | |
| | | | ✓ | | 7-6 The Dahl Co. | | 24 | 3000 - | |
| | | | ✓ | | 7-12 Carlton Clothes | | 25 | 2360 | |
| | | | | ✓ | 7-1 Percy Baker | | 26 | 8140 | |
| | | | ✓ | | 7-3 Cott Paint + Hdwe C. | | 27 | 1095 | |
| | | | | 7-2 | NET+T Co. | | 28 | 50 | |
| | ✓ | | | ✓ | 6-28 " | | 29 | 3446 | |
| | | | | | 7-24 " | | 30 | 3375 | |
| | | | ✓ | | 7-2 PIL | | 31 | 10270 | |
| | | | ✓ | | 7-13 Jennie Sweeny | | 32 | 7476 | |
| | | | | | 6-30 Tracy + Wally Inc. | | 33 | 292 - | |
| | | | ✓ | | 7-1 Douglas Guttridge | | 34 | 270 - | |
| | | | ✓ | | 7-1 Jean Grunwald | | 35 | 125 - | |
| | | | | | 7-1 Arthur Flynn | | 36 | 75 - | |
| | | | | | | | 37 | | |
| | | | | | | | 38 | | 16524 |
| | | | | | | | 39 | | |
| | | | | | | | 40 | | |
| | | | | | | | 41 | | |
| | | | | | | | 42 | | |
| | | | | | | | 43 | | |
| | | | | | | | 44 | | |
| | | | | | | | 45 | | |
| | | | | | | | 46 | | |
| | | | | | | | 47 | | |
| | | | | | | | 48 | | |
| | | | | | | | 49 | | |
| | | | | | | | 50 | | |

Totals Forwarded

| SUNDRY EXP. | | | | GENERAL LEDGER | | | | | | | Vchr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Amount | Acct. No. | Allow-ances | EXPLANATION | Acct. No. | Amount | 131-SUPPLIES | | | | 141 Ppd. Ins. | No. |
| | | | | | | .2 Mark | .3 Wash | .5 Irón | .6 Pack | | |
| | | | | | | | | | | | 1 |
| | | | | | | | | | 378 - | | 2 |
| | | | | | | | | | 37 60 | | 3 |
| | | | | | | | | | | | 4 |
| | | | | | | | | | | | 5 |
| | | | | | | | | | 20 86 | | 6 |
| | | | | | | | | | | | 7 |
| | | | | | | | | | 195 21 | | 8 |
| | | | | | | | | | | | 9 |
| | | | | | | | | | | | 10 |
| | | | | | | | | | 125 38 | | 11 |
| | | | | | | | | | 216 45 | | 12 |
| | | | | | | | | | | | 13 |
| | | | | | | | | | | | 14 |
| | | | | | | | | | | | 15 |
| | | | | | | | | | | | 16 |
| | | | | | | | | | | 193 03 w/c cr/ | 17 |
| | | | | | | | | | | 424 08 w/c a de | 18 |
| | | | | | | | | | | 100 - Bal au | 19 |
| | | | | | | | | | | | 20 |
| | | and water | | 60 80 | | | | | | | 21 |
| | | | | | | | | | | | 22 |
| | | Mach + Equip | | 3000 - | | | | | | | 23 |
| | | | | | | | | | | | 24 |
| | | | | | | | | | | | 25 |
| | | | | | | | | | | | 26 |
| | | | | | | | | | | | 27 |
| | | | | | | | | | | | 28 |
| | | | | | | | | | | | 29 |
| | | | | | | | | | | | 30 |
| | | | | | | | | | | | 31 |
| | | | | | | | | | | | 32 |
| | | | | | | | | | | | 33 |
| | | | | | | | | | | | 34 |
| | | | | | | | | | | | 35 |
| | | | | | | | | | | | 36 |
| | | | | | 3960 9 | | 702 - | 1200 53 | 717 11 | | 37 |
| | | | | | | | | | | | 38 |
| | | | | | | | | | | | 39 |
| | | | | | | | | | | | 40 |
| | | | | | | | | | | | 41 |
| | | | | | | | | | | | 42 |
| | | | | | | | | | | | 43 |
| | | | | | | | | | | | 44 |
| | | | | | | | | | | | 45 |
| | | | | | | | | | | | 46 |
| | | | | | | | | | | | 47 |
| | | | | | | | | | | | 48 |
| | | | | | | | | | | | 49 |
| | | | | | | | | | | | 50 |

| Date | | Invoice Date | PURCHASED FROM | Vchr. No. | Amount 211 Acct. Pay. | L.I. Outside Lely. |
|------|---|------|----------------|-----------|------------------------|--------------------|
| | ✓ | 8-28 | Judy et    Inc. | 1 | 451 37 | 451 37 |
| | ✓ | 9-4 | " | 2 | 475 84 | 475 84 |
| | ✓ | 9-11 | " | 3 | 484 78 | 484 78 |
| | ✓ | 9-18 | " | 4 | 486 98 | 486 98 |
| | | 9-17 | The Dear Little Corp. | 5 | 5 80 | |
| | ✓ | 9-3 | David Allan, Inc. | 6 | 161 20 | |
| | ✓ | 9-2 | Nancy Sales Co. Inc. | 7 | 264 42 | |
| | ✓ | 9-13 | Textile Maintenance & Supply Corp. | 8 | 273 15 | |
| | | 8-26 | Adrian Advertising Associates | 9 | 50 60 | |
| | ✓ | 9-8 | " | 10 | 38 63 | |
| | ✓ | 8-8 | Camel the Lowell Sun | 11 | 13 80 | |
| | ✓ | 8-23 | Thomas J. Flaherty Co. | 12 | 1075 25 | |
| | | 8-27 | Craig Supply Co. Inc. | 13 | 37 85 | |
| | ✓ | 8-31 | Ideal House Cleaners | 14 | 125 - | |
| | ✓ | 8-31 | " | 15 | 150 - | |
| | ✓ | 9-7 | Norman E. Day Inc. | 16 | 5 - | |
| | ✓ | 8-26 | Industrial Filters & Equip Corp. | 17 | 465 50 | |
| | ✓ | 8-31 | Chelmsford Nursery | 18 | 67 20 | |
| | | 8-31 | Lowell Gas Co. | 19 | 390 52 | |
| | ✓ | 8-31 | Center Paint & Home | 20 | 5 32 | |
| | ✓ | 8-16 | National Cash Register Co. | 21 | 44 28 | |
| | ✓ | 8-31 | Ernest H. Ford | 22 | 22 50 | |
| | ✓ | 9-4 | Garment Trucking Co. | 23 | 15 - | |
| | ✓ | 9-9 | " | 24 | 17 23 | |
| | ✓ | 9-10 | " | 25 | 1 44 | |
| | ✓ | 8-20 | Wall Electric Supply Co. | 26 | 5 51 | |
| | ✓ | 9-8 | " | 27 | 258 50 | |
| | ✓ | 8-31 | George Hyde | 28 | 55 32 | |
| | ✓ | 8-30 | Burgess Industrial Supply Co. | 29 | 36 - | |
| | ✓ | 9-3 | Stephen Roy Inc. | 30 | 97 85 | |
| | ✓ | 9-7 | " | 31 | 3 1 - | |
| | | 9-7 | Mass. Electric Co. | 32 | 236 05 | |
| | ✓ | 8-31 | " | 33 | 17 50 | |
| | ✓ | 8-31 | Macy & Holly | 34 | 298 98 | |
| | ✓ | 8-24 | N E T & T Co. | 35 | 33 42 | |
| | ✓ | 9-2 | " | 36 | 6 28 | |
| | | 8-31 | Anthony M. Vaccaro | 37 | 75 - | |
| | ✓ | 9-1 | Mario J. Barba Inc. | 38 | 76 50 | |
| | ✓ | 8-27 | Superior Products Co. Inc. | 39 | 283 31 | |
| | ✓ | 9-1 | Milton Esterbrook | 40 | 16 80 | |
| | ✓ | 9-16 | " | 41 | 1608 - | |
| | ✓ | 9-1 | " | 42 | 323 - | |
| | ✓ | 9-13 | Louis Firman | 43 | 99 50 | |
| | ✓ | 8-31 | The Eddie Hart Shop | 44 | 17 15 | |
| | ✓ | 8-31 | Lowell Glass Co. Inc. | 45 | 14 80 | |
| | ✓ | 8-31 | Albert H. Notkin & Sons Inc. | 46 | 10 50 | |
| | | 9-2 | Firestone Stores | 47 | 39 78 | |
| | ✓ | 9-13 | J. Sweeney | 48 | 74 35 | |
| | ✓ | 9-13 | P. L. | 49 | 9 5 45 | |
| | ✓ | 8-31 | Fort Devens College | 50 | 87 1 46 | |

Totals Forwarded

UNDRY EXP.                    GENERAL LEDGER

| Acct. No. | Allowances | EXPLANATION | Acct. No. | Amount | 131-SUPPLIES | | | | | 141 Ppd. Ins. | Vchr. No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | .2 Mark | .3 Wash | .5 Irdn | .6 Pack | | | |
| | | | | | | | | | | | 1 |
| | | | | | | | | | | | 2 |
| | | | | | | | | | | | 3 |
| | | | | | | | | | | | 4 |
| | | | | | | | | | | | 5 |
| | | | | | | | | | | | 6 |
| | | | | | | | | | | | 7 |
| | | | | | | | | | | | 8 |
| | | | | | | | | | | | 9 |
| | | | | | | | | | | | 10 |
| | | | | 1075 25 | | | | | | | 11 |
| | | | | | | | | | | | 12 |
| | | | | | | | | | | | 13 |
| | | | | | | | | | | | 14 |
| | | | | | | | | | | | 15 |
| | | Mark + Grade | | 465 50 | | | | | | | 16 |
| | | | | | | | | | | | 17 |
| | | | | | | | | | | | 18 |
| | | | | | | | | | | | 19 |
| | | | | | | | | | | | 20 |
| | | | | | | | | | | | 21 |
| | | | | | | | | | | | 22 |
| | | | | | | | | | | | 23 |
| | | | | | | | | | | | 24 |
| | | | | | | | | | | | 25 |
| | | | | | | | | | | | 26 |
| | | | | | | | | | | | 27 |
| | | | | | | | | | | | 28 |
| | | | | | | | 97 85 | | | | 29 |
| | | | | | | | 31 - | | | | 30 |
| | | | | | | | | | | | 31 |
| | | | | | | | | | | | 32 |
| | | | | | | | | | | | 33 |
| | | | | | | | | | | | 34 |
| | | | | | | | | | | | 35 |
| | | | | | | | | | | | 36 |
| | | | | | | | | | | | 37 |
| | | | | | | | 283 35 | | | | 38 |
| | | | | | | | | | | | 39 |
| | | | | | | | | | | | 40 |
| | | | | | | | | | 1608 - | | 41 |
| | | | | | | | | | 323 - | | 42 |
| | | | | | | | 99 50 | | | | 43 |
| | | | | | | | | | | | 44 |
| | | | | | | | | | | | 45 |
| | | | | | | | | | | | 46 |
| | | | | | | | | | | | 47 |
| | | | | | | | | | | | 48 |
| | | | | | | | 11 47 | | | | 49 |
| | | | | | | | | | | | 50 |

PAYMENTS CHECKED FROM CASH BOOK IN PERIOD ENDING

| Date | ✓ | Date | PURCHASED FROM | Vchr. No. | 211 Acct. Pay. | 1.3 Outside Lby. |
|------|---|------|----------------|-----------|----------------|------------------|
| | ✓ | 10-14 | Melton Estabrook | 1 | 410 97 | |
| | | 10-13 | " | 2 | 58 | |
| | | 10-13 | " | 3 | 94 | |
| | ✓ | 9-30 | Fort Devens Eagle | 4 | 720 01 | |
| these were entries only see 8024 | ✓ | 9-28 | Chase & Sons | 5 | 74 - | |
| | ✓ | 9-29 | " | 6 | 175 - | |
| | ✓ | 9-24 | S. E. | 7 | 120 - | |
| | ✓ | 10-13 | " | 8 | 120 | |
| | ✓ | 10-2 | N E T + T Co. | 9 | 50 | |
| | ✓ | 9-24 | " | 10 | 37 60 | |
| | ✓ | 9-17 | Mass Electric Co. | 11 | 132 84 | |
| | ✓ | 10-6 | " | 12 | 225 11 | |
| Bobble st 51-10 | ✓ | 9-30 | Lowell Gas Co. | 13 | 17 50 | |
| | ✓ | 9-29 | | 14 | 360 28 | |
| | ✓ | 10-11 | Boston Gas Co. | 15 | 2 91 | |
| | | 10-11 | | 16 | 249 32 | |
| | | 1-1 | Town of Ayer | 17 | 255 - | |
| | ✓ | 10-18 | Burgess Industrial Supply Corp. | 18 | 65 85 | |
| | ✓ | 10-4 | Warren E. Day Inc. | 19 | 6 - | |
| | ✓ | 9-21 | Stephen Rogers Inc. | 20 | 123 80 | |
| | ✓ | 9-29 | " | 21 | 234 46 | |
| | ✓ | 9-29 | " | 22 | 20 50 | |
| | ✓ | 10-14 | " | 23 | 105 67 | |
| | ✓ | 9-30 | George Hyde | 24 | 74 17 | |
| | ✓ | 10-15 | Hoyt Mfg. Corp. | 25 | 7 67 | |
| | ✓ | 9-25 | Kleenit Co. | 26 | 726 - | |
| | ✓ | 9-24 | " | 27 | 43 88 | |
| | ✓ | 10-13 | Louis Furman | 28 | 1 05 | |
| | ✓ | 9-10 | Superior Products Co Inc. | 29 | 1 75 | |
| | ✓ | 9-15 | " | 30 | 26 60 | |
| | ✓ | 9-17 | " | 31 | 33 60 | |
| | ✓ | 9- | " | 32 | 69 - | |
| | ✓ | 9-2 | " | 33 | 205 74 | |
| | ✓ | 9-30 | The Public Spirit | 34 | 11 - | |
| | ✓ | 10-2 | Earl Bowanger | 35 | 140 - | |
| | ✓ | 9-24 | Center Paint + Hdwe. Co. | 36 | 7 96 | |
| | ✓ | 9-30 | Ideal House Cleaners | 37 | 3 50 | |
| | ✓ | 10-5 | Junior J. Barber Inc. | 38 | 254 37 | |
| | ✓ | 9-30 | Ernest H. Ford | 39 | 22 - | |
| | ✓ | 9-27 | Adrian Advertising Associates | 40 | 82 50 | |
| | ✓ | 9-24 | " | 41 | 385 - | |
| | ✓ | 9-24 | " | 42 | 37 50 | |
| | ✓ | 9-24 | Malden Inc. | 43 | 22 74 | |
| | ✓ | 9-15 | Thomas J. Flaherty Co. | 44 | 8 69 | |
| | ✓ | 9-30 | " | 45 | 206 25 | |
| | | 10-14 | " | 46 | 816 - | |
| | ✓ | 9-25 | Soby st Inc. | 47 | 579 26 | 579 |
| | ✓ | | " | 48 | 51 83 | 518 |
| | | | " | 49 | 508 51 | 508 |
| | | | " | 50 | 628 34 | 628 |

Totals Forwarded

| Amount | Acct. No. | Allow-ances | EXPLANATION | Acct. No. | Amount | 131-SUPPLIES | | | | 141 Ppd. Ins. | | Vchr. No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | .2 Mark | .3 Wash | .5 Iron | .6 Pack | | | |
| | | | | | | | | | | 4097 | | 1 |
| | | | | | | | | | | | | 2 |
| | | | | | | | | | | | | 3 |
| | | | | | | | | | | | | 4 |
| | | | | | | | | | | | | 5 |
| | | | | | | | | | | | | 6 |
| | | | | | | | | | | | | 7 |
| | | | | | | | | | | | | 8 |
| | | | | | | | | | | | | 9 |
| | | | | | | | | | | | | 10 |
| | | | | | | | | | | | | 11 |
| | | | | | | | | | | | | 12 |
| | | | | | | | | | | | | 13 |
| | | | | | | | | | | | | 14 |
| | | | | | | | | | | | | 15 |
| | | | Annual Tax | | 255 - 1 | | | | | | | 16 |
| | | | | | | | | | | | | 17 |
| | | | | | | | | | | | | 18 |
| | | | | | | | | | | | | 19 |
| | | | | | | | | | 123 50 | | | 20 |
| | | | | | | | | | 234 46 | | | 21 |
| | | | | | | | | | 20 50 | | | 22 |
| | | | | | | | | | 105 67 | | | 23 |
| | | | | | | | | | | | | 24 |
| | | | | | | | | | | | | 25 |
| | | | | | | | | | | | | 26 |
| | | | | | | | | | 105 | | | 27 |
| | | | | | | | | | 171 | | | 28 |
| | | | | | | | | | 26 60 | | | 29 |
| | | | | | | | | | 33 60 | | | 30 |
| | | | | | | | | | 69 - | | | 31 |
| | | | | | | | | | 205 74 | | | 32 |
| | | | | | | | | | | | | 33 |
| | | | | | | | | | | | | 34 |
| | | | | | | | | | | | | 35 |
| | | | | | | | | | | | | 36 |
| | | | | | | | | | | | | 37 |
| | | | | | | | | | | | | 38 |
| | | | | | | | | | | | | 39 |
| | | | | | | | | | | | | 40 |
| | | | | | | | | | | | | 41 |
| | | | | | | | | | | | | 42 |
| | | | | | | | | | 869 - | | | 43 |
| | | | | | | | | | 206 25 | | | 44 |
| | | | | | | | | | 816 - | | | 45 |
| | | | | | | | | | | | | 46 |
| | | | | | | | | | | | | 47 |
| | | | | | | | | | | | | 48 |
| | | | | | | | | | | | | 49 |
| | | | | | | | | | | | | 50 |

| PAYMENTS CHECKED FROM CASH BOOK IN PERIOD ENDING | | Invoice Date | PURCHASED FROM | Vchr. No. | Amount 211 Acct. Pay. | 13 Outside Ldr. |
|---|---|---|---|---|---|---|
| Date | | | | | | |
| | ✓ | 1/12 | P/C | 1 | 102 32 | |
| | ✓ | 2/16 | P/C | 2 | 99 61 | |
| | ✓ | 1/25 | J. Sweeney | 3 | 65 75 | |
| | ✓ | 1-12 | G. V. Moore Lumber Co. Inc. | 4 | 9 33 | |
| | ✓ | 1-22 | The Cheese Shop Inc. | 5 | 28 - | |
| | ✓ | 1-17 | Norman E. Day Inc. | 6 | 4 50 | |
| | ✓ | 1-24 | " | 7 | 8 - | |
| | ✓ | 2-7 | " | 8 | 77 93 | |
| | ✓ | 1-10 | Lowell Glass Co. Inc. | 9 | 39 90 | |
| 2-... ... | ✓ | 2-4 | Thomas J. Flaherty Co. | 10 | 1 288 25 | |
| | ✓ | 1-27 | Town & Country | 11 | 19 75 | |
| | ✓ | 1-7 | Mass. Electric Co. | 12 | 240 81 | |
| | ✓ | 1-19 | " | 13 | 125 35 | |
| | ✓ | 1-11 | Boston Gas Co. | 14 | 29 31 | |
| | ✓ | 1-11 | " | 15 | 288 76 | |
| | ✓ | 1-31 | Mass. Electric Co. | 16 | 17 50 | |
| | ✓ 473 | 1-2 | N E T T T Co. | 17 | 2 93 | |
| | ✓ | 1-31 | Lowell Gas Co. | 18 | 477 16 | |
| | ✓ | 2-7 | Bergen Industrial Supply Corp. | 19 | 16 50 | |
| | ✓ | 1-26 | State Chemical Co. Inc. | 20 | 11 60 | |
| | ✓ | 1-24 | " | 21 | 229 - | |
| | ✓ | 2-3 | " | 22 | 32 96 | |
| | ✓ | 1-4 | Louis Ferman | 23 | 4 95 | |
| | ✓ | 1-18 | " | 24 | 5 60 | |
| | ✓ | 1-18 | Samuel Newbury Co. | 25 | 7 98 | |
| | ✓ | 2-9 | " | 26 | 6 24 | |
| | ✓ | 1-11 | W. J. Barба | 27 | 76 58 | |
| | ✓ | 1-11 | " | 28 | 36 15 | |
| | ✓ | 1-1 | Milton Estabrook | 29 | 147 11 | |
| | ✓ | 1-1 | " | 30 | 147 11 | |
| | ✓ | 2-1 | " | 31 | 1 318 27 | |
| | ✓ | 2-10 | " | 32 | 12 40 | |
| | ✓ | 2-10 | " | 33 | 12 40 | |
| | ✓ | 12-5 | Craig Supply Co. Inc. | 34 | 14 85 | |
| | ✓ | 1-31 | " | 35 | 141 13 | |
| | ✓ | 2-... | Center Paint & Hdwe Co. | 36 | 25 43 | |
| | ✓ | 1-5 | Superior Products Co. Inc. | 37 | 115 85 | |
| | ✓ | 1-14 | " | 38 | 31 50 | |
| | ✓ | 1-28 | " | 39 | 153 00 | |
| | ✓ | 1-14 | The Samuel Chemical Products Inc. | 40 | 150 95 | |
| | ✓ | 1-6 | Stephen - Roger Inc. | 41 | 253 35 | |
| | ✓ | 1-10 | " | 42 | 5 56 | |
| | ✓ | 1-21 | " | 43 | 38 16 | |
| | ✓ | 1-25 | " | 44 | 67 90 | |
| | ✓ | 1-20 | Brady Business Forms | 45 | 515 - | |
| | ✓ | 1-31 | " | 46 | 51 29 | |
| | ✓ | 1-31 | Kleart | 47 | 67 87 | |
| | ✓ | 1-31 | The Public Spirit | 48 | 96 50 | |
| | ✓ | 2-1 | Christie & Thomson | 49 | 6 17 | |
| | ✓ | 1-27 | Adrien Advertising Associates | 50 | 75 05 | |
| | | | Totals Forwarded | | | |

| | Acct. No. | Allow- ances | EXPLANATION | Acct. No. | Amount | .2 Mark | .3 Wash | .5 Iron | .6 Pack | 141 Ppd. Ins. | Vchr. No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 1 |
| | | | | | | | | | 52 83 | | 2 |
| | | | | | | | | | | | 3 |
| | | | | | | | | | | | 4 |
| | | | | | | | | | | | 5 |
| | | | | | | | | | | | 6 |
| | | | | | | | | | | | 7 |
| | | | | | | | | | | | 8 |
| | | | | | | | | | | | 9 |
| | | | | | | | | 1285 25 | | | 10 |
| | | | | | | | | | | | 11 |
| | | | | | | | | | | | 12 |
| | | | | | | | | | | | 13 |
| | | | | | | | | | | | 14 |
| | | | | | | | | | | | 15 |
| | | | | | | | | | | | 16 |
| | | | | | | | | | | | 17 |
| | | | | | | | | | | | 18 |
| | | | | | | | | | | | 19 |
| | | | | | | | | | | | 20 |
| | | | Trash + Garb | 229 - ✓ | | | | | | | 21 |
| | | | | | | | | | | | 22 |
| | | | | | # | | | 4 95 | | | 23 |
| | | | | | | | | 5 60 | | | 24 |
| | | | | | | | | | | | 25 |
| | | | | | | | | | | | 26 |
| | | | | | | | | | | | 27 |
| | | | | | | | | | | | 28 |
| | | | | | | | | | 147 11 | | 29 |
| | | | | | | | | | 147 11 | | 30 |
| | | | | | | | | | 1318 27 | | 31 |
| | | | | | | | | | 12 40 | | 32 |
| | | | | | | | | | 12 40 | | 33 |
| | | | | | | | | 14 85 | | | 34 |
| | | | | | | | | 141 13 | | | 35 |
| | | | | | | | | 115 85 | | | 36 |
| | | | | | | | | 31 50 | | | 37 |
| | | | | | | | | 153 20 | | | 38 |
| | | | | | | | | | | | 39 |
| | | | | | | | | 150 95 | | | 40 |
| | | | | | | | | 253 35 | | | 41 |
| | | | | | | | | 5 56 | | | 42 |
| | | | | | | | | 38 16 | | | 43 |
| | | | | | | | | 67 90 | | | 44 |
| | | | | | | | | | | | 45 |
| | | | | | | | | | | | 46 |
| | | | | | | | | 15 - | | | 47 |
| | | | | | | | | | | | 48 |
| | | | | | | | | | | | 49 |
| | | | | | | | | | | | 50 |

| PAYMENTS CHECKED FROM CASH BOOK IN PERIOD ENDING | | | | | | | Invoice Date | PURCHASED FROM | Vchr. No. | 211 Acct. Pay. | 1.3 Outside Ldgr. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | | | | | | | | | | |
| | | | | | | ✓ | 5-19 | Mass Electric Co. | 1 | 113 73 | |
| | | | | | | ✓ | 5-9 | " | 2 | 258 19 | |
| | | | | | | ✓ | 5-31 | " | 3 | 17 50 | |
| | | | | | | ✓ | 5-26 | Lowell Gas Co. | 4 | 3 560 08 | |
| | | | | | | ✓ | 5-11 | Boston Gas | 5 | 7 77 | |
| | | | | | | ✓ | 5-11 | " | 6 | 262 91 | |
| | | | | | | ✓ | 5-28 | N E T + T Co. | 7 | 39 29 | |
| | | | | | | ✓ | 5-26 | Fort Devens Exchange | 8 | 123 91 | |
| | | P+10 | | | ✓ | | 6-13 | Bridle + Shaw | 9 | 154 27 | |
| | | | | ✓ | | | 5-18 | Delaner Mfg. Co. | 10 | 22 70 | |
| | | | | | ✓ | | 5-19 | Ace Sewing Mach Co. | 11 | 16 95 | |
| | | | | | ✓ | | 5-27 | The Dall Co. | 12 | 79 44 | |
| | | | | ✓ | | | 5-31 | Earl Bonner | 13 | 140 - | |
| | | | | ✓ | | | 5-7 | Judy it | 14 | 483 02 | 483 02 |
| | | | | ✓ | | | 5-14 | " | 15 | 484 19 | 484 19 |
| | | | | | ✓ | | 5-21 | " | 16 | 415 95 | 415 95 |
| | | | | | ✓ | | 5-28 | " | 17 | 534 49 | 534 49 |
| | | | ✓ | | | | 5-10 | Milton Estabrook | 18 | 1607 - | |
| | | | ✓ | | | | 5-31 | Mullen Ins. | 19 | 16 16 | |
| | | | ✓ | | | | 5-31 | May + Kelly Ins. | 20 | 194 76 | |
| | | | ✓ | | | | 5-5 | Adrian Advertising Associates | 21 | 68 63 | |
| | | | | ✓ | | | 5-31 | Bob Maslin | 22 | 75 - | |
| | | | | ✓ | | | 5-30 | Arthur Flynn | 23 | 75 - | |
| | | | | ✓ | | | 5-30 | Fort Devens Exchange | 24 | 876 68 | |
| | | | | | | | 4-31 | Mass Electric Co. | 25 | 17 50 | |
| | | | | | | | | | 26 | 11 199 13 | 917 65 |
| | | | | | | | | | 27 | | |
| | | | | | | | | | 28 | ✓ | |
| | | | | | | | | | 29 | | |
| | | | | | | | | | 30 | | |
| | | | | | | | | | 31 | | |
| | | | | | | | | | 32 | | |
| | | | | | | | | | 33 | | |
| | | | | | | | | | 34 | | |
| | | | | | | | | | 35 | | |
| | | | | | | | | | 36 | | |
| | | | | | | | | | 37 | | |
| | | | | | | | | | 38 | | |
| | | | | | | | | | 39 | | |
| | | | | | | | | | 40 | | |
| | | | | | | | | | 41 | | |
| | | | | | | | | | 42 | | |
| | | | | | | | | | 43 | | |
| | | | | | | | | | 44 | | |
| | | | | | | | | | 45 | | |
| | | | | | | | | | 46 | | |
| | | | | | | | | | 47 | | |
| | | | | | | | | | 48 | | |
| | | | | | | | | | 49 | | |
| | | | | | | | | | 50 | | |
| | | | | | | | | Totals Forwarded | | | |

| nount | Acct. No. | Allow- ances | EXPLANATION | Acct. No. | Amount | .2 Mark | .3 Wash | 131-SUPPLIES .5 Iron | .6 Pack | 141 Ppd. Ins. | | Vchr. No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 1 |
| | | | | | | | | | | | | 2 |
| | | | | | | | | | | | | 3 |
| | | | | | | | | | | | | 4 |
| | | | | | | | | | | | | 5 |
| | | | | | | | | | | | | 6 |
| | | | | | | | | | | | | 7 |
| | | | | | | | | | | | | 8 |
| | | | | | | | | | | | | 9 |
| | | | | | | | | | | | | 10 |
| | | | | | | | | | | | | 11 |
| | | | | | | | | | | | | 12 |
| | | | | | | | | | | | | 13 |
| | | | | | | | | | | | | 14 |
| | | | | | | | | | | | | 15 |
| | | | | | | | | | | | | 16 |
| | | | | | | | | | | | | 17 |
| | | | | | | | | | 1607 - PPIL | | 18 |
| | | | | | | | | | | | | 19 |
| | | | | | | | | | | | | 20 |
| | | | | | | | | | | | | 21 |
| | | | | | | | | | | | | 22 |
| | | | | | | | | | | | | 23 |
| | | | | | | | | | | | | 24 |
| | | | | | | | | | | | | 25 |
| | | | | | 1604.75 | | 1273.91 | | | 1607 - | | 26 |
| | | | | | | | | | | | | 27 |
| | | | | | | | | | | | | 28 |
| | | | | | | | | | | | | 29 |
| | | | | | ✓ | | ✓ | | | ✓ | | 30 |
| | | | | | | | | | | | | 31 |
| | | | | | | | | | | | | 32 |
| | | | | | | | | | | | | 33 |
| | | | | | | | | | | | | 34 |
| | | | | | | | | | | | | 35 |
| | | | | | | | | | | | | 36 |
| | | | | | | | | | | | | 37 |
| | | | | | | | | | | | | 38 |
| | | | | | | | | | | | | 39 |
| | | | | | | | | | | | | 40 |
| | | | | | | | | | | | | 41 |
| | | | | | | | | | | | | 42 |
| | | | | | | | | | | | | 43 |
| | | | | | | | | | | | | 44 |
| | | | | | | | | | | | | 45 |
| | | | | | | | | | | | | 46 |
| | | | | | | | | | | | | 47 |
| | | | | | | | | | | | | 48 |
| | | | | | | | | | | | | 49 |
| | | | | | | | | | | | | 50 |

Case 4:04-cv-10353-RBC   Document 105-3   Filed 09/25/2006   Page 15 of 28

**VOUCHER RECORD FOR PERIOD ENDING** _____ 19 __

Form B.1

PAYMENTS CHECKED FROM CASH BOOK IN PERIOD ENDING

| Date | | Invoice Date | PURCHASED FROM | Vchr. No. | Amount #11 Acct. Pay. | | L.3 Outside Ldy. | | Outsla |
|---|---|---|---|---|---|---|---|---|---|
| | ✓ | 9.24 | Sudzot Inc. | 1 | 4356 v | 4356 v | | | |
| | ✓ | 10-1 | " | 2 | 43854 | 43854 | | | |
| | ✓ | 10-8 | " | 3 | 44339 | 44339 | | | |
| | ✓ | 10-15 | " | 4 | 40746 | 40746 | | | |
| Do not pay, until rec'd  ✓ Bill  Cash | ✓ | 10-4 | Milton Estabrook | 5 | 1038 - | | | | |
| | | 10-4 | " | 6 | 205 - | | | | |
| | ✓ | 9.29 | Klemt, Inc. | 7 | 40167 | | | 40 | |
| | ✓ | 9.24 | " | 8 | 10384/ | | | | |
| | ✓ . | 9.30 | Wexford Academy Boston | 9 | 15 - | | | | |
| | ✓ . | 10-2 | N E T + T C. | 10 | 180 | | | | |
| 1.50 | ✓ . | 9.28 | " | 11 | 4534 | | | | |
| | ✓ . | 9.20 | Mass. Electric Co. | 12 | 1750 | | | | |
| Paid 11/29 | | 9.23 | " | 13 | 15733 | | | | |
| | ✓ . | 10-6 | " | 14 | 250 02 | | | | |
| | ✓ . | 9.29 | Lowell Gas Co. | 15 | 36616 | | | | |
| | ✓ | 9-14 | Norman E. Day Inc. | 16 | 8595 | | | | |
| | ✓ | 10-10 | " | 17 | 2201 | | | | |
| | ✓ . | 10-1 | Kiwanis Club | 18 | 6 - | | | | |
| | ✓ | 9.24 | Towne + Country | 19 | 22 - | | | | |
| | ✓ | 9-14 | Barnett Machinery Co. | 20 | 6038 . | | | | |
| | ✓ | 10-5 | " | 21 | 2792 | | | | |
| | ✓ | 10-1 | Eastern States Advertising | 22 | 50 - | | | | |
| | ✓ | 9-28 | Superior Products Co. Inc. | 23 | 2029 | | | | |
| | ✓ | 9.24 | " | 24 | 20857 | | | | |
| | ✓ | 10-14 | " | 25 | 6489 | | | | |
| | ✓ | 10-3 | Thomas J. Flaherty Co. | 26 | 805 - | | | | |
| | ✓ | 9-14 | Stephen - Roger Inc. | 27 | 5312 | | | | |
| | ✓ | 9.26 | " | 28 | 13143 | | | | |
| | ✓ | 10-4 | " | 29 | 10101 | | | | |
| | ✓ | 9.30 | Burgess Industrial Supply Co. | 30 | 5801 . | | | | |
| | ✓ . | 9.30 | Ilsley | 31 | 19188 | | | | |
| | ✓ . | 10-6 | James D. Morey | 32 | 63 - | | | | |
| | ✓ . | 10-1 | The Public Spirit | 33 | 22 - | | | | |
| | ✓ . | 9.30 | Richard Price | 34 | 140 - | | | | |
| | | 9.22 | Louis Furman | 35 | 5063 | | | | |
| | ✓ | 9-14 | The Gerard Chemical Products, Inc. | 36 | 6 83 | | | | |
| | ✓ | 9.22 | " | 37 | 19446 | | | | |
| | ✓ | 9.27 | The L. B. Robinson Co. | 38 | 120 - | | | | |
| | ✓ | 9.30 | Ernest H. Ford | 39 | 22 - | | | | |
| | ✓ | 9.30 | The Eddie Hart Shop | 40 | 1050 | | | | |
| | ✓ | 9-9 | Merchant Hayward Sign | 41 | 28 - | | | | |
| | ✓ | 9.22 | Frey + Halley, Inc. | 42 | 22538 | | | | |
| | ✓ | 9.20 | Hall Electric Supply Co. | 43 | 20627 | | | | |
| | ✓ | 9.22 | George Hyde | 44 | 5174 | | | | |
| | ✓ | 9.21 | Albert H. Notini + Sons Inc. | 45 | 1050 | | | | |
| | ✓ | 10-10 | Adrian Advertising Associates | 46 | 1175 | | | | |
| | ✓ . | 10-11 | " | 47 | 66850 | | | | |
| | ✓ | 9.28 | B. V. Moore Lumber Co. Inc. | 48 | 470 | | | | |
| | ✓ . | 9-30 | Chelmsford News weekly | 49 | 78 - | | | | |
| | ✓ . | 9.22 | P/L | 50 | 7672 | | | | |
| | | | **Totals Forwarded** | | | | | | |

GENERAL LEDGER

| | Acct. No. | Allow- ances | EXPLANATION | Acct. No. | Amount | 131-SUPPLIES | | | | 141 Ppd. Ins. | Vchr. No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | .2 Mark | .3 Wash | .5 Iron | .6 Pack | | |
| | | | | | | | | | | | 1 |
| | | | | | | | | | | | 2 |
| | | | | | | | | | | | 3 |
| | | | | | | | | | | | 4 |
| | | | | | | | | | | 1638 – PL | 5 |
| | | | | | | | | | | 265 – PL | 6 |
| | | | | | | | | | | | 7 |
| | | | | | | | | | | | 8 |
| | | | | | | | | | | | 9 |
| | | | | | | | | | | | 10 |
| | | | | | | | | | | | 11 |
| | | | | | | | | | | | 12 |
| | | | | | | | | | | | 13 |
| | | | | | | | | | | | 14 |
| | | | | | | | | | | | 15 |
| | | | | | | | | | | | 16 |
| | | | | | | | | | | | 17 |
| | | | | | | | | | | | 18 |
| | | | | | | | | | | | 19 |
| | | | | | | | | | | | 20 |
| | | | | | | | 2029 | | | | 21 |
| | | | | | | | 208 57 | | | | 22 |
| | | | | | | | 64 89 | | | | 23 |
| | | | | | | 805 – | | | | | 24 |
| | | | | | | | | | | | 25 |
| | | | | | | | 53 12 | | | | 26 |
| | | | | | | | 131 43 | | | | 27 |
| | | | | | | | 101 01 | | | | 28 |
| | | | | | | | | | | | 29 |
| | | | | | | | | | | | 30 |
| | | | | | | | | | | | 31 |
| | | | | | | | | | | | 32 |
| | | | | | | | | | | | 33 |
| | | | | | | | | | | | 34 |
| | | | | | | | 50 63 | | | | 35 |
| | | | | | | | 6 83 | | | | 36 |
| | | | | | | | 194 46 | | | | 37 |
| | | | | | | | | | | | 38 |
| | | | | | | | | | | | 39 |
| | | | | | | | | | | | 40 |
| | | | | | | | | | | | 41 |
| | | | | | | | | | | | 42 |
| | | | | | | | | | | | 43 |
| | | | | | | | | | | | 44 |
| | | | | | | | | | | | 45 |
| | | | | | | | | | | | 46 |
| | | | | | | | | | | | 47 |
| | | | | | | | | | | | 48 |
| | | | | | | | | | | | 49 |
| | | | | | | | | | | | 50 |

Form II-4

| Date | | | | | | Date | PURCHASED FROM | No. | 211 Acct. Pay. | | 1,3 Outside Ldg |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ✓ | 1-1 | Milton Estabrook | 1 | 1 57 82 | | |
| | | | | | ✓ | 1-1 | " | 2 | 1 77 12 | | |
| | | | | | ✓ | 3-1 | " | 3 | 1 31 8 27 | | |
| | | | | | | 3-4 | " | 4 | 23 34 | | |
| | | | | | | 3-26 | " | 5 | 35 - | | |
| | | | | | ✓ | 2-22 | Fort Devens Eldegar | 6 | 734 56 | | |
| | | | | | ✓ | 3-3 | " | 7 | 29 2 24 | | |
| | | | | | ✓ | 3-24 | | 8 | 53 692 | | |
| | | | | | ✓ | 3-7 | P/L | 9 | 95 67 | | |
| | | | | | ✓ | 7-1-06 | Franklin Print Co Agency | 10 | 3 23 11 | | |
| | | | | | ✓ | 3-1 | a. Flynn | 11 | 50 - | | |
| | | | | | ✓ | 3-1 | R. Masucio | 12 | 75 - | | |
| | | | ✓ | | | 3-1 | Jaycees | 13 | 15 - | | |
| | | | | ✓ | | 12-30 | Joseph L. Aiken Jr. | 14 | 3 2 - -- | | |
| | | | | ✓ | | 2-11 | Kleat In. | 15 | 1 0 38 61 | | |
| | | | | | | | | 16 | 120 97 73 | 18 20 77 | |
| | | | | | | | | 17 | | | |
| | | | | | | | | 18 | ✓ | | |
| | | | | | | | | 19 | | | |
| | | | | | | | | 20 | | | |
| | | | | | | | | 21 | | | |
| | | | | | | | | 22 | | | |
| | | | | | | | | 23 | | | |
| | | | | | | | | 24 | | | |
| | | | | | | | | 25 | | | |
| | | | | | | | | 26 | | | |
| | | | | | | 1/20/67 | 125 - | 27 | | | |
| | | | | | | | 68.12 | 28 | | | |
| | | | | | | 1/16/67 | | 29 | | | |
| | | | | | | | | 30 | | | |
| | | | | | | 1/31 | 125 - | 31 | | | |
| | | | | | | | 125 - | 32 | | | |
| | | | | | | 2/4 | 125 - | 33 | | | |
| | | | | | | 2/15 | 359.50 | 34 | | | |
| | | | | | | | 125 - | 35 | | | |
| | | | | | | 2/22 | | 36 | | | |
| | | | | | | 2/14 | | 37 | | | |
| | | | | | | | | 38 | | | |
| | | | | | | | | 39 | | | |
| | | | | | | | | 40 | | | |
| | | | | | | | | 41 | | | |
| | | | | | | | | 42 | | | |
| | | | | | | | | 43 | | | |
| | | | | | | | | 44 | | | |
| | | | | | | | | 45 | | | |
| | | | | | | | | 46 | | | |
| | | | | | | | | 47 | | | |
| | | | | | | | | 48 | | | |
| | | | | | | | | 49 | | | |
| | | | | | | | | 50 | | | |
| | | | | | | | Totals Forwarded | | | | |

| Acct. No. | Allowances | EXPLANATION | Acct. No. | Amount | 131-SUPPLIES | | | | 141 Ppd. Ins. | No. |
| | | | | | .2 Mark | .3 Wash | .5 Iron | .6 Pack | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 157 82 | 1 |
| | | | | | | | | | 177 12 | 2 |
| | | | | | | | | | 1318 27 | 3 |
| | | | | | | | | | 23 34 | 4 |
| | | | | | | | | | 35 - | 5 |
| | | | | | | | | | | 6 |
| | | and r ct | 104 98 √ | | | | | | | 7 |
| | | | | | | | | | | 8 |
| | | | | | | | | | 323 11  Bala sub t 7/1/05 - 4/4 | 10 |
| | | | | | | | | | | 11 |
| | | | | | | | | | | 12 |
| | | | | | | | | | | 13 |
| | | | | | | | | | | 14 |
| | | | | | | | | | | 15 |
| | | | | 316 93 | | | 60 69 | | 2034 66 | 16 |
| | | | | √ | | | √ | | √ | 17 |
| | | | | | | | | | | 18 |
| | | | | | | | | | | 19 |
| | | | | | | | | | | 20 |
| | | | | | | | | | | 21 |
| | | | | | | | | | | 22 |
| | | | | | | | | | | 23 |
| | | | | | | | | | | 24 |
| | | | | | | | | | | 25 |
| | | | | | | | | | | 26 |
| | | | | | | | | | | 27 |
| | | | | | | | | | | 28 |
| | | | | | | | | | | 29 |
| | | | | | | | | | | 30 |
| | | | | | | | | | | 31 |
| | | | | | | | | | | 32 |
| | | | | | | | | | | 33 |
| | | | | | | | | | | 34 |
| | | | | | | | | | | 35 |
| | | | | | | | | | | 36 |
| | | | | | | | | | | 37 |
| | | | | | | | | | | 38 |
| | | | | | | | | | | 39 |
| | | | | | | | | | | 40 |
| | | | | | | | | | | 41 |
| | | | | | | | | | | 42 |
| | | | | | | | | | | 43 |
| | | | | | | | | | | 44 |
| | | | | | | | | | | 45 |
| | | | | | | | | | | 46 |
| | | | | | | | | | | 47 |
| | | | | | | | | | | 48 |
| | | | | | | | | | | 49 |
| | | | | | | | | | | 50 |

# TAB 2



# TAB 3

# TAB 4

KLEENIT INC.
AYER, MASS.

JUN 27 1970

# TAB 5

Bubble It
Annual Report
4/2967

## INSURANCE COVERAGE

The Insurance Coverage of the Company may be summarized as follows based on our examination of policies on hand:

Fire Insurance and Loss - Machinery and Equipment
|  |  |  |
|---|---|---|
| Care Cleaners | $50,000 | |
| Bubble-It | 25,000 | |
| Fort Devens | 50,000 | |
| Other | 5,000 | $130,000 |

| | |
|---|---|
| Fire and Extended Coverage - Stock and Fixtures | |
| Bubble-It | 2,000 |
| | |
| Boiler - Care Cleaners, Bubble-It | 25,000 |
| Neon Sign - Care Cleaners | 4,000 |
| Neon Sign - Bubble-It | 1,000 |
| Plate Glass - Bubble-It and Care | A.C.V. |
| Comprehensive General Liability | |
| Bodily Injury | 50/100,000 |
| Property Damage | 25,000 |
| Motor Vehicles | |
| Bodily Injury | 100/300,000 |
| Property Damage | 5,000 |
| Medical | 500 |
| Comprehensive Fire, Theft and Collision ($100) | A.C.V. |
| Workmen's Compensation | By Law |
| Bailee - Care Cleaners | A.C.V. |
| Comprehensive Dishonesty, Disappearance and Destruction | Per Schedule |

We reviewed the insurance coverage and made necessary suggestions in respect to insurance in force. Periodic reviews with competent insurance counsel is recommended.

## FIXED ASSETS - NET - $47,159.04

The net book value of the fixed assets of $47,159.04 is supported by detailed records. These records show the cost, depreciation for each year, and that part of the accumulated depreciation applicable to each item of fixed assets.

Total additions to Fixed Assets in the amount of $4,836.06 were reviewed and found to be properly classified. Fixed Assets sold and/or fully depreciated and no longer in use in the original cost amount of $63,142.96 were eliminated during the year. Included in these eliminations was the book cost of the building at Fort Devens of $38,964.39 which was fully depreciated and the property of the United States Government.

# TAB 6

- 4 -

*Bubble It*
*Annual Report*
*412-7168*

## INSURANCE COVERAGE

The Insurance Coverage of the Company may be summarized as follows based on our examination of policies on hand:

| | |
|---|---:|
| Fire Insurance and Loss - Machinery and Equipment | |
| Care Cleaners #1 | $45,000 |
| Care Cleaners #2 | 20,000 |
| Care Cleaners #3 | 30,000 |
| Other | 1,000 |
| Fire - Stock and Fixtures - Bubble-It | 2,000 |
| Boiler - All locations | 25,000 |
| Neon Sign - Care Cleaners #1 | 4,000 |
| Neon Sign - Bubble-It | 1,000 |
| Plate Glass | Per schedule |
| Comprehensive General Liability | |
| Bodily Injury | 50/100,000 |
| Property Damage | 25,000 |
| Motor Vehicles | |
| Bodily Injury | 100/300,000 |
| Property Damage | 5,000 |
| Medical | 500 |
| Comprehensive Fire, Theft and Collision ($100) | A.C.V. |
| Workmen's Compensation | By Law |
| Bailee | A.C.V. |
| Comprehensive Dishonesty, Disappearance and Destruction | Per schedule |

We reviewed the insurance in force and also suggest that the present coverage be reviewed with competent insurance counsel.

## FIXED ASSETS - NET - $84,248.72

The net book value of the fixed assets is supported by detailed records. These records show the cost, depreciation for each year, and that part of the accumulated depreciation applicable to each item of fixed assets.

Total additions to fixed assets in the amount of $58,874, were reviewed and may be summarized as follows:

| | |
|---|---:|
| Leasehold Improvements | $ 3,077 |
| Machinery and Equipment | 48,295 |
| Furniture and Fixtures | 7,502 |
| | $58,874 |

### by location

| | |
|---|---:|
| Bubble-It | $ 101 |
| Care #1 - Chelmsford | 860 |
| Care #2 - Clinton | 22,520 |
| Care #3 - North Chelmsford | 35,393 |
| | $58,874 |