UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-10351-RBC

KLEENIT, INC., )
            Plaintiff )
vs. )
 )
SENTRY INSURANCE COMPANY, )
ROYAL & SUN ALLIANCE, )
UTICA NATIONAL INSURANCE GROUP, and )
TRAVELERS PROPERTY AND CASUALTY, )
            Defendants )

**JOINT REPORT OF THE DEFENDANTS REGARDING PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT AS TO DEFENSE COSTS**

Pursuant to this Court's order dated September 22, 2006, Counsel to Royal & Sun Alliance ("Royal") has produced to the Defendants Utica National Insurance Group ("Utica") and Travelers Indemnity Company ("Travelers") a redacted copy of the Release and Settlement Agreement ("the Agreement") subject to a confidentiality agreement. The Defendants Utica and Travelers have reviewed the Agreement and believe that the terms of the Agreement are material to the arguments raised in their Opposition to the Plaintiff's Declaratory Judgment Motion. Pursuant to the confidentiality agreement the Defendants may not docket the agreement, and a copy of the redacted Agreement will be mailed to the Magistrate's courtroom clerk for review by the Court. Settlement funds under the Agreement are unallocated. Accordingly, Utica and Travelers request a further hearing on this matter to discuss this most recent development.

| | |
|---|---|
| UTICA NATIONAL INSURANCE GROUP,<br>Defendant | TRAVELERS INDEMNITY COMPANY,<br>Defendant |
| By Its Attorney: | By Its Attorney: |
| /s/ Richard E. Heifetz<br>Richard E. Heifetz    BBO #229000<br>Danielle M. Maloney   BBO #647527<br>Tucker, Heifetz & Saltzman, LLP<br>Three School Street<br>Boston, MA 02108<br>617-557-9696 | /s/Joseph S. Berman<br>Joseph S. Berman    BBO #566006<br>Berman & Dowell<br>210 Commercial Street<br>Boston, MA 02109<br>617-723-9911 |

### CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October 2006, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to the following: Joseph S. Berman, Esq., Berman & Dowell, 210 Commercial Street, Boston, MA 02109 and Donald P. Nagle, Esq., Law Office of Donald P. Nagle, P.C., 5 Main Street, Plymouth, MA 02360.

/s/Richard E. Heifetz
Richard E. Heifetz