# TUCKER, HEIFETZ & SALTZMAN, LLP

100 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110
617-557-9696

RICHARD E. HEIFETZ***
PAUL SALTZMAN*
JAMES T. SCAMBY**
SCOTT J. TUCKER

BARBARA M. CALLAHAN
J. NATHAN COLE
JAMES R. DYER
SCOTT H. KREMER
DANIELLE M. MALONEY
WILLIAM P. MCGOVERN, Jr.•
KIMBERLY A. MIALE*♦
M. THERESE ROCHE
SYD A. SALOMAN*

OF COUNSEL:
MEREDITH H. GREENE

FACSIMILE - 617-227-9191
www.ths-law.com

RECEIVED IN OFFICE OF
ROBERT B. COLLINGS
U.S. MAGISTRATE JUDGE

OCT 13 2006

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

***Also Admitted in NH
*Also Admitted in RI
**Also Admitted in PA & NJ
•Also Admitted in LA
♦ Also Admitted in CT

HEIFETZ@THS-LAW.COM

October 12, 2006

**HAND DELIVERED**
The Honorable Robert B. Collings
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

ATTN. C.A. NO. 2004-10351-RBC

Re:    Kleenit, Inc.
vs.    Sentry Insurance Company, Royal & Sun Alliance, Utica National Insurance
       Group, and Travelers Property and Casualty
       Civil Action No. 2004-10351-RBC

Dear Judge Collings:

Pursuant to the Joint Report of the Defendants filed electronically this day, enclosed please find a redacted copy of the Settlement Agreement between Royal & Sun Alliance and Kleenit, Inc. The Defendants have entered into a confidentiality agreement with Royal that prohibits the docketing of the settlement agreement. The Defendants are requesting further hearing on Kleenit's Motion for Declaratory Judgment.

Very truly yours,

Richard E. Heifetz

REH/caf
Enclosure
Cc:    Joseph S. Berman, Esq.
       Donald Nagle, Esq.

*[Handwritten margin notes: "The letter shall be docketed. The Settlement Agreement shall be SEALED." with date stamp "OCT 13 2006"]*