UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 - RBC

|  |  |
|---|---|
| KLEENIT, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| SENTRY INSURANCE COMPANY, ROYAL & SUN ALLIANCE, UTICA NATIONAL INSURANCE GROUP, and TRAVELERS PROPERTY AND CASUALTY | ) |
| Defendants. | ) |

**PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR DECLARATORY JUDGMENT**

Plaintiff Kleenit, Inc. ("Plaintiff") respectfully moves, with the assent of Defendants Travelers Indemnity Company and Utica Mutual Insurance Group (collectively, "Defendants"), to continue the hearing currently scheduled for October 26, 2006 regarding Kleenit's Motion for Declaratory Judgment. For the reasons set forth below, Plaintiff requests, and Defendants have assented to, the continuance of the hearing for at least 14 days.

As grounds for this motion, the Plaintiff states that counsel for Plaintiff has the flu and does not expect to recover and be properly prepared to represent Plaintiff at the hearing currently scheduled for October 26,006.

Granting Plaintiff's motion will not prejudice any party or the Court.

The Defendants have assented to this Motion.

WHEREFORE, the Plaintiff moves this Court for an Order allowing:

1) Plaintiff's Motion to Continue hearing on Plaintiff's Motion for Declaratory Judgment to a date at least 14 days from the date the hearing is currently scheduled, October 26, 2006.

Respectfully submitted,

KLEENIT, INC.

By its Attorney,

/s/ Donald P. Nagle
Donald P. Nagle, Esq. (BBO # 553544)
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, Massachusetts 02360
(508) 732-8970

ASSENTED TO:

/s/ Joseph S. Berman
Joseph S. Berman (BBO #566006)
Berman & Dowell
210 Commercial Street
Suite 500
Boston, MA 02109
617-723-9911

/s/ Danielle Maloney
Richard Heifetz (BBO# 229000)
Danielle Maloney (BBO #647527)
Tucker, Heifetz & Saltzman, LLP
100 Franklin Street, Suite 801
Boston, MA 02110
617-557-9696

Date:   October 24, 2006