UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 - RBC

| | |
|---|---|
| KLEENIT, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| SENTRY INSURANCE COMPANY, ROYAL & SUN ALLIANCE, UTICA NATIONAL INSURANCE GROUP, and TRAVELERS PROPERTY AND CASUALTY | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO SUPPLEMENT OPPOSTION TO UTICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Kleenit, Inc. ("Kleenit") requests leave of court to supplement its Opposition to Utica's Motion for Partial Summary Judgment with the attached Affidavit of Donald P. Nagle, Tab 1, and attachments thereto.

In support of its motion, Kleenit submits that the documents attached to the Affidavit of Donald P. Nagle, 1) a copy of Utica's response to Kleenit's First Request for Production of Documents, 2) a copy of an ISO sample Special Multi-Peril Policy previously submitted to Utica, and 3), a copy of a sample commercial umbrella policy will be of assistance to the Court in rendering a decision on Utica's pending motion.

Further, allowance of this motion does not prejudice the Utica, as the documents include those produced by Utica during discovery and sample insurance policy forms.

Respectfully submitted,

KLEENIT, INC.

By its Attorney,

_____
Donald P. Nagle, Esq. (BBO # 553544)
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, Massachusetts 02360
(508) 732-8970