UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 – RBC

| | |
|---|---|
| KLEENIT, INC. <br><br> Plaintiff, <br><br> v. <br><br> SENTRY INSURANCE COMPANY, <br> ROYAL & SUN ALLIANCE, <br> UTICA NATIONAL INSURANCE GROUP, and <br> TRAVELERS PROPERTY AND CASUALTY <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF DONALD P. NAGLE

I, Donald P. Nagle, hereby depose and state the following:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts and counsel for the plaintiff, Kleenit, Inc. ("Kleenit") in the above captioned matter.

2. A true and accurate copy of Defendant Utica National Insurance Group's response to Kleenit's First Request for Production of Documents, which includes an incomplete copy of the Special Multi-Peril Policy No. FMP-1946 issued to Kleenit for the policy period 1979-1982, is attached as Exhibit A.

3. A true and accurate copy of a letter from Attorney Robert A. Fasanella to Graphic Arts Mutual Insurance Company, attached to which is are ISO Special Multi-Peril insurance forms, are attached as Exhibit B.

4. A true and accurate copy of a specimen commercial liability policy, is attached as Exhibit C.

Signed under the pains and penalties of perjury this 6th day of April, 2007.

_____
Donald P. Nagle