**TUCKER, HEIFETZ & SALTZMAN, LLP**

THREE SCHOOL STREET
BOSTON, MASSACHUSETTS 02108
617-557-9696

RICHARD E. HEIFETZ
PAUL SALTZMAN*
JAMES T. SCAMBY**
SCOTT J. TUCKER

JAMES R. DYER
SCOTT H. KREMER
DANIELLE M. MALONEY
WILLIAM P. MCGOVERN, Jr.•
M. THERESE ROCHE
MICHAEL J. ST. ANDRE♦

*OF COUNSEL:*
DONNA D. BUENDO
MEREDITH H. GREENE

FACSIMILE - 617-227-9191
www.ths-law.com

*Also Admitted in RI
**Also Admitted in PA & NJ
•Also Admitted in LA
♦Also Admitted in CT

MALONEY@THS-LAW.COM

March 30, 2005

Donald P. Nagle, Esquire
Donald P. Nagle, P.C.
5 Main Street Extension
Plymouth, MA 02360

**Re: Kleenit, Inc.**
**vs. Sentry Insurance Company, Royal & Sun Alliance, Utica National Insurance Group, and Travelers Property and Casualty**
**United States District Court, Civil Action No. 2003-04677-L**

Dear Mr. Nagle:

Relative to the above-captioned matter, enclosed please find:

DEFENDANT, UTICA NATIONAL INSURANCE GROUP'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS.

Very truly yours,

Danielle M. Maloney

DMM:cf
Enclosure

cc: Michael F. Aylward, Esquire
Karl Vasiloff, Esq.
Joseph S. Berman, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-10351 NG

KLEENIT, INC.,
Plaintiff

vs.

SENTRY INSURANCE COMPANY,
ROYAL & SUN ALLIANCE,
UTICA NATIONAL INSURANCE GROUP, and
TRAVELERS PROPERTY AND CASUALTY,
Defendants

DEFENDANT UTICA NATIONAL INSURANCE GROUP'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

REQUEST NO. 1

All documents and things identified in defendant's answers to Plaintiff's First Set of Interrogatories.

RESPONSE NO. 1

All non-privileged documents will be produced.

REQUEST NO. 2

All documents and things defendant intends to offer as evidence at trial.

RESPONSE NO. 2

Utica National Insurance Group ("Utica") objects to this request as it seeks documents or things protected by the attorney-client privilege and that are attorney work product. Without waiving these objections, Utica has not yet decided what documents or things it intends to offer as evidence at trial. Utica will supplement this request at the appropriate time.

**REQUEST NO. 3**

All policies of insurance, binders, and declarations issued by the defendant or its predecessors to the plaintiff, including forms, endorsements and attachments.

**RESPONSE NO. 3**

Utica objects to this request as it is overbroad and seeks documents that are irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Utica produces an incomplete policy for the policy period 1979 through 1982, which it recovered from its archives. Utica was not able to locate the complete policy.

**REQUEST NO. 4**

All correspondence and other documents between the defendant and the plaintiff concerning the plaintiff's claims that are the subject of this case.

**RESPONSE NO. 4**

Utica objects to this request on the grounds that it is unduly burdensome and that the plaintiff has the requested documents in its possession, custody and control.

**REQUEST NO. 5**

All correspondence and other documents between the defendant and other insurers concerning the claims that are the subject of this case.

**RESPONSE NO. 5**

Utica objects to this request on the grounds that it seeks documents or things that are protected by the attorney-client privilege, the joint defense privilege, the work product doctrine, the protection afforded litigation and trial preparation materials pursuant to Fed. R. Civ. P. 26(b)(3) and (b)(4)(B), or that are otherwise not within the scope of discovery under Fed. R. Civ. P. 26(b).

**REQUEST NO. 6**

All correspondence and other documents between the defendant and the Mass Department of Environmental Protection concerning the releases of hazardous materials described in the plaintiff's claims.

**RESPONSE NO. 6**

Utica has no documents responsive to this request.

**REQUEST NO. 7**

All documents and things that the defendant contends support or tend to support any of the defendant's denial(s) in its Answer and its Amended Answer of any allegation(s) set forth in plaintiff's Complaint and Amended Complaint.

**RESPONSE NO. 7**

Utica objects to this request on the ground that it seeks information that is protected by the attorney-client privilege, the work product doctrine, the protection afforded litigation and trial preparation materials pursuant to Fed. R. Civ. P. 26(b)(3) and (b)(4)(B), or that is otherwise not within the scope of discovery under Fed. R. Civ. P. 26(b).

Without waiving these objections, discovery is ongoing and this response will be supplemented.

**REQUEST NO. 8**

All documents and things that the defendant contends support or tend to support any of the defendant's affirmative defenses.

**RESPONSE NO. 8**

Utica objects to this request on the ground that it seeks information that is protected by the attorney-client privilege, the work product doctrine, the protection afforded litigation and trial preparation materials pursuant to Fed. R. Civ. P. 26(b)(3) and (b)(4)(B), or that is otherwise not within the scope of discovery under Fed. R. Civ. P. 26(b).

Without waiving these objections, discovery is ongoing and this response will be supplemented.

**REQUEST NO. 9**

All documents and things that the defendant contends support or tend to support any of the defendant's counterclaims.

**RESPONSE NO. 9**

Utica objects to this request on the ground that it seeks information that is protected by the attorney-client privilege, the work product doctrine, the protection afforded litigation and trial preparation materials pursuant to Fed. R. Civ. P. 26(b)(3) and (b)(4)(B), or that is otherwise not within the scope of discovery under Fed. R. Civ. P. 26(b).

Without waiving these objections, discovery is ongoing and this response will be supplemented.

Respectfully submitted,

UTICA NATIONAL INSURANCE GROUP,
Defendant

By Its Attorney:

Richard E. Heifetz BBO #229000
Danielle M. Maloney BBO #647527
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
617-557-9696
Dated: March 30, 2005

# RESPONSE NO. 3

F. Johnson I surance Agency, Inc. | Producer: No. 48

... JAL INSURANCE COMPANY ☒ GRAPHIC ARTS MUTUAL INSUR...

NEW HARTFORD, NEW YORK

DAILY REPORT
SPECIAL MULTI-PERIL POLICY

No. FMP 1946

#4898
Henrick F. Johnson
448 Gorham Street
Lowell, MA
01852

1. Named Insured and Mailing Address (No., Street, Town, County, State, Zip)
Kleen-It, Inc., Suds-It, Inc., Russell D. Munro, John H. Campbell, Cara Cleaners, Dad's Launderers & Bubble-It, Russell D. Munro
41 Park Street, Ayer, MA

.../1/79 To 10/1/82 Noon Standard Time at location of ...

IN CASE OF FIRE NOTIFY THE COMPANY OR ITS LOCAL AGENT AT ONCE IN WRITING

☐ Partnership ☐ Corporation ☒ Joint Venture ☐ Other:

Subject to Audit

AUDIT TERR. N. A.

Additional buildings or premises are designated on Supplemental Declarations attached

... designated premises and ... those coverages and kinds of property for which a ... is shown subject to all of the terms of this policy including forms and endorsements made a part hereof.

| SECTION I | Building(s) | Personal Property of the Insured | Personal Property of Others | DEDUCTIBLE each occurrence | aggregate each |
|---|---|---|---|---|---|
| Percentage | 90 % | 90 % | % | $ 500. | $ |
| Limit 1 1 | $ Blanket $ 220,800 | $ Blanket $ 179,500 | $ $ | ☒ no deductible stated ... | |
| | $ | $ | $ | $100 each occurrence | $1,000 aggregate each |
| Additional Cov. (Specify) | | | | | |

| SECTION II LIABILITY COVERAGE | SMP Form MP 200 Bodily Injury and Property Damage Liability Combined Single Limit | | Premises Medical Payments | | Bodily Injury Liability |
|---|---|---|---|---|---|
| Limit of Liability | each occurrence $ 800 8S1007C | aggregate | each person $ 500 | each accident $ 10,000 | IF NO LIMIT MP-200 REFER PART OR |

Additional Cov. (Specify)

Audit Period: Non-Auditable Unless Indicated By ☒ ☐ Annual ☐ Semi-Annual ☒ Quarterly ☐ Monthly ☐

☐ SECTION III—CRIME COVERAGE
☐ SECTION IV—BOILER AND MACHINERY COVERAGE — As stated in the endorsement, made part of this Policy, if ...

Endorsements made part of this policy at time of issue: (INSERT NO. AND EDITION DATE OF FORM APPLICABLE TO SECTIONS ...) Form MP 4 (Ed. 7/77) List all those forms and endorsements which apply to both Section I and Section II including ...

Section I— MP 1 (7/77) ... See Card ...

Section II— MP2207(12/78) MP201(7/77) MP101A(7/77) MP170(7/77) MP174(7/77) MP21(7/77) 8R1270 MP22(7/77) 8R1052 8R1140 IS0250 L6395AYC 8S1007C G222 G512

Section III— ... Section IV—

7. Mortgage Interest: Subject to the mortgage provisions, lines 67 and 204 herein, loss if any, shall be payable to: (NAME AND ...

...on I...surance Agency, Inc. | Producer's 48...

...CE COMPANY ☒ GRAPHIC ARTS MUTUAL INSU...

NEW HARTFORD, NEW YORK

#4898
Henrick F. Johnson ...
448 Gorham Street
Lowell, MA
01852

New / Renewal of ...

Street, Town, County, State, Zip)

Suds-It, Inc., Russell D. Campbell, Cara Cleaners, Dad's Launderers & Cleaners ... D. Munro
Ayer, MA

To 10/1/82 Noon Standard Time at location of designated premises.

... OR ITS LOCAL AGENT AT ONCE IN WRITING

☒ Corporation ☐ Joint Venture ☐ Other: ... Laundry & Dry Clean... Occupancy of Premises ... (Service)

Subject to Audit

AUDIT TERR. N. A.

... Supplemental Declarations attached.

... designated premises and with respect to those coverages and kinds of property for which a specific limit of liability ... this policy including forms and endorsements made a part hereof.

| % | Personal Property of the Insured | Personal Property of Others | DEDUCTIBLE each occurrence | aggregate each occurrence |
|---|---|---|---|---|
| % | 90 % | % | $ 500. | $ |
| | Blanket $ 179,500 | $ | If no deductible stated above, the deductible shall be: | |
| | $ | $ | $100 each occurrence | $1,000 aggregate each occurrence |
| | $ | $ | | |

SMP Form MP-200

| Property Damage Liability | Premises Medical Payments | | Bodily Injury Liability | Property Damage Liability | Premises Medical Payments |
|---|---|---|---|---|---|
| Single Limit aggregate | each person | each accident | IF NO LIMIT SHOWN FOR MP-200 REFER TO COVERAGE PART OR ENDORSEMENT | | |
| ...0,000 | $ 500 | $ 10,000 | | | |

By ☒ ☐ Annual ☐ Semi-Annual ☐ Quarterly ☐ Monthly ☐ Other:

... as stated in the endorsement, made part of this Policy, if indicated by: ☒

COVERAGE

... policy at time of issue: (INSERT NO. AND EDITION DATE OF FORM APPLICABLE TO SECTIONS AS INDICATED)

List all those forms and endorsements which apply to both Section I and Section II including the General Conditions.

• Cu.. #9

...01(7/77) MP101A(7/77) MP170(7/77) MP174(7/77) MP179(7/77) ... MP22(7/77) GM1052 GM1140 IS6256 MP192(7/77)

G222 G512

b. Section IV—

45 Park Street, Ayer, MA

Item 2. Policy Period: 3 years

From 10/1/79 To 10/1/82 Noon Standard Time at location

IN CASE OF FIRE NOTIFY THE COMPANY OR ITS LOCAL AGENT AT ONCE IN WRITING

Item 3. The Named Insured is:

☐ Individual ☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Other:

Subject to Audit

AUDIT TERR. N. A.

No. 3

☐ Additional buildings or premises as designated on Supplemental Declarations attached.

Item 5. Insurance is provided with respect to the designated premises and with respect to those coverages and kinds of property for which a ... is shown, subject to all of the terms of this policy including forms and endorsements made a part hereof.

| SECTION I PROPERTY COVERAGE | | | Building(s) | Personal Property of the Insured | Personal Property of Others | DEDUCTIBLE each occurrence | aggregate each occ... |
|---|---|---|---|---|---|---|---|
| Coinsurance Percentage Applicable | | | 90 % | 90 % | % | $ 500. | $ |
| Limit of Liability | Loc. No. | Bldg. No. | Blanket | Blanket | | If no deductible stated above, the deductible ... | |
| | 1 | 23 | $ 220,800 | $ 179,500 | $ | $100 | $1,000 |
| | | | $ | $ | $ | each occurrence | aggregate each ... |
| | | | $ | $ | $ | | |

Additional Cov. (Specify)

| SECTION II LIABILITY COVERAGE | SMP Form MP-200 Bodily Injury and Property Damage Liability Combined Single Limit | | Premises Medical Payments | | Bodily Injury Liability | Property ... |
|---|---|---|---|---|---|---|
| Limit of Liability | each occurrence $ See SB1007C | aggregate | each person $ 500 | each accident $ 10,000 | IF NO LIMIT ... MP-200 REFER ... PART OR ... | |

Additional Cov. (Specify)

Audit Period: Non-Auditable Unless Indicated By ☒ ☐ Annual ☐ Semi-Annual ☒ Quarterly ☐ Monthly ☐

☐ SECTION III—CRIME COVERAGE

☐ SECTION IV—BOILER AND MACHINERY COVERAGE

As stated in the endorsement, made part of this Policy, if ...

Item 6. Forms and Endorsements made part of this policy at time of issue: (INSERT NO. AND EDITION DATE OF FORM APPLICABLE TO SECTIONS ...

General Conditions, Form MP-4 (Ed. 7/77) List all those forms and endorsements which apply to both Section I and Section II including ...

... MP101 (7/77) MP101A (7/77) MP170 (7/77) MP174 (7/77)

Section II ... MP21 (7/77) SB1230 MP22 (7/77) SB1082 SB1140 IS0250 ... SB1007C G222 ...

Section IV—

7. Mortgagee Interest: Subject to the mortgage provisions (lines 87 to 104) herein, loss, if any, shall be payable to: (NAME AND ...

Loc. #2, Union National Bank, Main St., Ayer, MA

Loc. #5, North Middlesex Savings Bank, Main St., Ayer, MA

The Total Advance Premium for ... and is payable $ 9,940.00 at inception, and $ 9,940.00 at each anniversary.

29,820.00

☐ NOT APPLICABLE (Unless indicated by an X in the box as "NOT APPLICABLE", the premium for installments ... payment shall be subject to adjustment on the basis of the rates in effect at each anniversary date.

Signature Date 9/24/79 Agency at Lowell, MA

Authorized ...

In consideration of the premium, insurance is provided the named insured with respect to the designated premises shown in Item 4 above ... kinds of property for which a specific limit of liability is shown, subject to all of the terms of this policy including forms and ...

ell D.
Ayer, MA

To 10/1/82 Noon Standard Time at location of designated premises.
OR ITS LOCAL AGENT AT ONCE IN WRITING

[x] Corporation [ ] Joint Venture [ ] Other:

Laundry & Dry Clean
Occupancy of Premises
(Service)

# Subject to Audit

AUDIT TERR. N. A.

as designated on Supplemental Declarations attached.

designated premises and with respect to those coverages and kinds of property for which a specific limit of liability this policy including forms and endorsements made a part hereof.

| % | Personal Property of the Insured | Personal Property of Others | DEDUCTIBLE each occurrence | aggregate each occurrence |
|---|---|---|---|---|
| | 90 % | % | $ 500. | $ |
| | Blanket | | If no deductible stated above, the deductible shall be | |
| | $ 179,500 | $ | $100 each occurrence | $1,000 aggregate each occurrence |
| | $ | $ | | |
| | $ | $ | | |

SMP Form MP-200

| Property Damage Liability Single Limit aggregate | Premises Medical Payments each person | each accident | Bodily Injury Liability | Property Damage Liability | Premises Medical Payments |
|---|---|---|---|---|---|
| 10,7C | $ 500 | $ 10,000 | IF NO LIMIT SHOWN FOR MP-200 REFER TO COVERAGE PART OR ENDORSEMENT | | |

By [x] [ ] Annual [ ] Semi-Annual [ ] Quarterly [ ] Monthly [ ] Other:

COVERAGE

As stated in the endorsement, made part of this Policy, if indicated by [x]

policy at time of issue: (INSERT NO. AND EDITION DATE OF FORM APPLICABLE TO SECTIONS AS INDICATED)

List all those forms and endorsements which apply to both Section I and Section II including the General Conditions.

[illegible] MP174(7/77) MP179(7/77) [illegible] BR1052 BR1140 ISD250 MP192(7/77)

Section IV

Loss, if any, shall be payable to: (NAME AND ADDRESS) (ENTER BELOW)

Ayer, MA

[illegible] Bank, Main St., Ayer, MA

payable $ 2,940.00 at inception, and $ 9,940.00 at each anniversary.

[illegible] NOT APPLICABLE", the premium for installments subsequent to the initial installment subject to adjustment on the basis of the rates in effect at each anniversary date.

Agency at Lowell, MA

Authorized Representative

the named insured with respect to the designated premises shown in Item 4 above and 9/26/79 [illegible] limit of liability is shown, subject to all of the terms of this policy including forms and endorsements made a part

I-D-SMP-C (Mass.) Ed. 1977

UNDERWRITING

Approved 9-26-79

## III. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

**Coverage A**—The total liability of the company for all damages, including damages for care and loss of services, because of bodily injury sustained by one or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limit of bodily injury liability stated in the schedule as "aggregate".

**Coverage B**—The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of property damage liability stated in the schedule as "aggregate":

(1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations but excluding property damage included in subparagraph (2) below,

(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) all property damage included within the products hazard and all property damage included within the completed operations hazard.

Such aggregate limit shall apply separately to the property damage described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2) separately with respect to each project away from premises owned by or rented to the named insured.

**Coverages A and B**—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

## IV. POLICY TERRITORY

This insurance applies only to bodily injury or property damage which occurs within the policy territory.

For attachment to Policy No. [illegible] 194[illegible] Named Insured

*Insurance is afforded in accordance with the applicable coverage part as indicated by the box checked

* [X] COMPREHENSIVE GENERAL LIABILITY INSURANCE — SEE COVERAGE PART L6395 X

* [ ] OWNERS', LANDLORDS' AND — SEE COVERA

ADDITIONAL DECLARATIONS

Location of all premises owned by, rented to or controlled by the named insured (Enter "Same" If Same Location As Address Shown In Item

Interest of named insured in such premises (Check Below)

[X] Owner [X] General Lessee [ ] Tenant [ ] Other

Part occupied by named insured (Enter Below)

SCHEDULE A

The insurance afforded is only with respect to such of the following Coverages as are indicated by [C]. The limit of the company's liab as stated herein, subject to all the terms of this policy having reference thereto.

[illegible] all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

| Coverages | Limits of Liability — Each Occurrence | Aggregate |
|---|---|---|
| [illegible] | $[illegible] | $[illegible] |

Endorsements attached at issue [illegible]

Total Advance Premium For Schedule [illegible]

| General Liability Hazards | Code No. | [illegible] | Rates B.I. | [illegible] |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | (a) [illegible] (b) Payroll (c) Remuneration (d) Receipts (e) Units (f) Admissions | | (a) Per [illegible] (b) Per $100 of Remuneration (c) Per $100 of Receipts (d) Per Unit (e) Per 100 Admissions |
| INDEPENDENT CONTRACTORS (Indicate specific exposure) | | Cost | | Per $100 of Cost |

Named Insured

afforded in accordance with the applicable coverage part as indicated by the box checked below:

OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

SEE COVERAGE PART L6419X

ADDITIONAL DECLARATIONS

controlled by the named insured

Tenant Other

SCHEDULE A

exposure)

SCHEDULE A

The insurance afforded is only with respect to such of the following Coverages as are indicated by [C]. The limit of the company's liability [illegible] as stated herein, subject to all the terms of this policy having reference thereto.

The following discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein

| Coverages | Limits of Liability each occurrence | Limits of Liability aggregate | | |
|---|---|---|---|---|
| A—Bodily Injury Liability | $ 300,000 | $ 300,000 | C | $ |
| B—Property Damage Liability | $ 100,000 | $ 100,000 | C | $ |
| Form numbers of endorsements attached at issue | | | | $ |
| | | Total Advance Premium For Schedule A | | $ |

General Liability Hazards

| Description of Hazards | Code No. | Premium Bases | Rates B.I. | Rates P.D. | Bodily |
|---|---|---|---|---|---|
| Premises—Operations | | | | | |
| [illegible] Dry Cleaners—Self Service | 72104 | a)3,000 | Included | | |
| [illegible], Chelmsford, MA | | | | | |
| [illegible] and Dry Cleaning—[illegible] | 72911 | | | | |
| [illegible] | | [illegible] | [illegible] | | |
| | | (a) [illegible] (b) [illegible] (c) [illegible] (d) [illegible] (e) [illegible] | (a) Per Linear [illegible] (b) Per $100 of [illegible] (c) Per $100 of [illegible] (d) Per Unit [illegible] (e) Per 100 [illegible] | | |
| | | [illegible] | Per $100 of Cost | | |
| COMPLETED OPERATIONS—PRODUCTS [illegible] Coverage Part (L6319X) must be used with OLT Coverage Part (L6418X) | | (a) Receipts (b) Sales | (a) Per $1000 of Receipts (b) Per $1000 of Sales | | |
| Escalators (Number of Premises) | | Number Insured | Per Landing | | |

9/24/79bp/pb2

| Total Advance B.I. and P.D. Premiums | $ |
|---|---|

UNDERWRITING

SCHEDULE A

[illegible] the following Coverages as are indicated by [C]. The limit of the company's liability against each such Coverage shall be [illegible] policy having reference thereto.

[illegible] known to exist at the effective date of this policy, unless otherwise stated herein.

| | Limits of Liability | | | Advance Premiums |
|---|---|---|---|---|
| | each occurrence | aggregate | | |
| | $ 300,000 | $ 300,000 | C | $ Incl. |
| | $ 100,000 | $ 100,000 | C | $ Incl. |
| | | | | $ |
| | Total Advance Premium For Schedule A | | | $ Included |

General Liability Hazards

| | Code No. | Premium Bases | Rates B.I. | Rates P.D. | Advance Premiums Bodily Injury | Advance Premiums Property Damage |
|---|---|---|---|---|---|---|
| [illegible] | 73104 | a)5,000 | Included | | [illegible] | [illegible] |
| [illegible] | [illegible] | a)5,000 | [illegible] | [illegible] | [illegible] | [illegible] |
| | | a)5,000 | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| GLT Coverage Part L6410(80) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | Number Insured | Per Landing | | | |
| 9/84/T0bm/pb2 | | Total Advance B.I. and P.D. Premiums | | | $ | $ |

(OVER)

UNDERWRITING

For attachment to Policy No. [illegible] Named Insured

"Insurance is afforded in accordance with the applicable coverage part as indicated by

COMPREHENSIVE GENERAL LIABILITY INSURANCE

OWNERS'

SEE COVERAGE PART L6395a X

ADDITIONAL DECLARATIONS

by rented to or controlled by the named insured

insured in such premises (Check Below)

Owner General Lessee Tenant Other

SCHEDULE A

to such of the following Coverages as are indicated by [C]. The limit of th

Coverages

Limits

each occurrence

General Liability Hazards

Code No.

Premium Bases

(a) Area (Sq. Ft.)
(b) Frontage
(c) Remuneration
(d) Receipts
(e) Units
(f) Admissions

INDEPENDENT CONTRACTORS (indicate specific exposure)

Cost

No. [illegible] Named Insured

Insurance is afforded in accordance with the applicable coverage part as indicated by the box checked below:

GENERAL LIABILITY INSURANCE
SEE COVERAGE PART L6395a X

OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
SEE COVERAGE PART L6419X

## ADDITIONAL DECLARATIONS

owned by, rented to or controlled by the named insured (Enter "Same" if Same Location As Address Shown In Item 1 Of Declarations)

in such premises (Check below)

General Lessee | Tenant | Other

## SCHEDULE A

[illegible] the following [illegible] are indicated by [C]. The limit of the company's liability against each such [illegible]

[illegible] insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein. [illegible]

Coverages | Limits of Liability — each occurrence | aggregate

Total Advance Premium

General Liability [illegible]

Code No. | Premium Bases | Rates B.I. | P.D. | Advance Premiums Bodily Injury | Property Damage

(a) Area (Sq. Ft.) (b) Frontage (c) Remuneration (d) Receipts (e) Unit (f) Admissions

(a) Per 100 Sq. Ft. of Area (b) Per Linear Foot of Frontage (c) Per $100 of Remuneration (d) Per $100 of Receipts (e) Per Unit (f) Per 100 Admissions

(indicate specific exposure) | Cost | Per $100 of Cost

SCHEDULE

The insurance afforded is only with respect to such of the following Coverages as are [illegible] as stated herein, subject to all the terms of this policy having reference thereto

The following discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise [illegible]

| Coverages | Limits of [illegible] each occurrence | |
|---|---|---|
| A—Bodily Injury Liability | $ 300,000 | $ |
| B—Property Damage Liability | $ 100,000 | $ |

Form numbers of endorsements attached at issue

Total Advance [illegible]

General Liability Hazards

| Description of Hazards | Code No. | Premium Bases | B.I. |
|---|---|---|---|
| Premises - Operations | | | |
| [illegible] & Dry Cleaning—Cleaning or [illegible] | 72102 | 4) 536,354 | |
| | | (a) Area (Sq. Ft.) (b) [illegible] (c) [illegible] (d) [illegible] (e) [illegible] (f) [illegible] | (g) Per [illegible] |
| [illegible] (Coverage Part) (L6198) | | (g) [illegible] (h) [illegible] | |
| [illegible] (Number of Premises) | | Number Insured | Per [illegible] |
| [illegible] | | | |

[illegible]

Total Advance B.I. and [illegible]

ES 1007 C (4) 1-73 (REV. 4-76)

(OVER)

UNDERWRITING

Insured

## SCHEDULE A

...is only with respect to such of the following Coverages as are indicated by [C]. The limit of the company's liability [illegible] ... be ...to all the terms of this policy having reference thereto.

...all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

| Coverages | Limits of Liability each occurrence | Limits of Liability aggregate | | Advance Premiums |
|---|---|---|---|---|
| | $ 300,000 | $ 300,000 | C | $ Incl. |
| Liability | $ 100,000 | $ 100,000 | C | $ Incl. |
| attached at issue | | | | $ |
| | Total Advance Premium For Schedule A | | | $ Included |

General Liability Hazards

| Description of Hazards | Code No. | Premium Bases | Rates B.I. | Rates P.D. | Advance Premiums Bodily Injury | Advance Premiums Property Damage |
|---|---|---|---|---|---|---|
| [illegible] Cleaning-Cleaning or [illegible] | 72102 | 43536,352 (Standard) | Included | | Included | |
| | | | Included | | | |
| [illegible] | | [illegible] | [illegible] | [illegible] | | |
| [illegible] | | [illegible] | [illegible] | [illegible] | | |
| al Premises) | | Number Insured | Per Landing | | | |
| 9/24/79bm/mb2 | | Total Advance B.I. and P.D. Premiums | | | $ Incl. | $ Incl. |

(OVER)

UNDERWRITING