

This endorsement forms a part of the policy to which attached, effective on the inception date of the policy unless otherwise stated here.

(The following information is required only when this endorsement is issued subsequent to preparation of policy.)

Endorsement effective

Policy No. **FHP 1946**

Endorsement No.

Named Insured

Countersigned by _____

(Authorized Representative)

This endorsement modifies such insurance as is afforded by the provisions of any Automobile Liability or General Liability Insurance.

## ACTION AGAINST COMPANY AMENDMENT
### (Massachusetts)

It is agreed that the clause "nor shall the company be impleaded by the insured or his legal representative" in the Action Against Company not apply to any right of impleader under Section 4B of Chapter 231 of the General Laws of Massachusetts. (Chapter 696, Acts of 1961.)

G512 (Ed. 10-66)

SECTION II — LIABILITY COVERA*

| COVERAGE | | LIMITS OF LIABILITY | |
|---|---|---|---|
| [ ] MP 200 (Bodily Injury and Property Damage Combined Single Limit) | | | |
|    [ ] Completed Operations-Products | | | |
|    [ ] Premises Medical Payments | $ | Each Occurrence | $ _ |
|    [ ] MP-201 Amendments of Limits of Liability Endorsements | $ | Each Person | $ |
| [ ] Comprehensive General Liability | B.I. $ 300,000 | Each Occurrence | $ 300,000 |
| [ ] Manufacturers and Contractors | P.D. $ 100,000 | Each Occurrence | $ 100,000 |
| [ ] Owners, Landlords and Tenants | | | |
| [ ] Completed Operations-Products | | | |
| [ ] Medical Payments _included_ (Gross) | $ 500 | Each Person | $ 10,000 |
| [ ] Personal Injury Liability | $ | Each Person | $ General |

Hazards [ ] A, [ ] B, [ ] C, [ ] Full Coverage; Insured's Participation _____

INCREASED LIMIT FOR SPECIFIC JOBS
  B.I. $ _____ EACH OCCURRENCE $ _____
  P.D. $ _____ EACH OCCURRENCE $ _____

Employer's Non-Ownership Auto. Liab. { B.I. $ _____ EACH PERSON $ _____ EACH OCC.
{ P.D. $ _____ EACH OCC.

[ ] OTHER COVERAGES (DESCRIBE AND STATE LIMITS) _____

| LOC. NO. | BLDG. NO. | LIAB. CLASS CODE | TERR. CODE | SUBLINE | B.I.-P.D. OTHER | AMT. OF DED. | PREM. BASIS | BASIS RATE | RATE DEVELOPMENT* | ADJUSTED RATE | AMOUN OF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #1 | | 72704·016 | 314 | | BI | | A-1 | 2.10 | X 142 3.017 X 10⁻⁵ = | 3.24× | 300 |
| | | (MP 10) | | | PD | | | .021 | X 240 .060 X 10⁻⁵ = | .063 × | |
| #3 | | 72711 | | | BI | | | 6.40 | X 142 = 9.41 X 10⁻⁵ = | 9.589 | 100 |
| | | MP 10) | | | PD | | | .045 | X 240 .108 X 10⁻⁵ = | .113 × | |
| #4 | | 72711 | | | BI | | | 6.40 | X 142 = 9.41 X 10⁻⁵ = | 9.588 | 600 |
| | | | | | PD | | | .045 | X 240 .108 X 10⁻⁵ = | .113× | |
| #6 | | 72711 | | | BI | | | 6.40 | X 142 = 9.41 X 10⁻⁵ = | 9.588 | 12.00 |
| | | | | | PD | | | .045 | X 240 .108 X 10⁻⁵ = | .113× | |
| #7 | | 72711 008 | | | BI | | | 6.30 | X 142 = 9.26 X 10⁻⁵ = | 9.225 | 1.00 |
| | | | | | PD | | | .045 | X 240 .108 X 10⁻⁵ = | .113× | |

*Companies have the option of applying the Common Modification (Total) either to the total SMP Premium for an

Form MP-10 (Ed 7-77)

Form MP-10
(Ed. 7-77)

# SECTION II — LIABILITY COVERAGE

| LIMITS OF LIABILITY | | |
|---|---|---|
| ..h Occurrence | $ | . Aggregate |
| ..i Person | $ | Each Accident |
| ..h Occurrence | $ 3.. ... | Aggregate |
| ..h Occurrence | $ ... ... | Aggregate |
| ..h Person | $ /.... | Each Accident |
| ..h Person | $ | General Aggregate |

OCCURRENCE $ ... AGGREGATE
OCCURRENCE $ ... AGGREGATE
... EACH OCC.
... EACH OCC.

**COMMON MODIFICATION COMPONENTS**

A. EXPERIENCE MODIFICATION COMPLEMENT
B. IRPM/SCHED. MODIF. COMPLEMENT
C. EXPENSE MODIFICATION COMPLEMENT
D. OTHER (SPECIFY)
E. TOTAL (A × B × C × D)

**PREMIUM BASIS (Describe if other than stated)**
**INDICATE EXPOSURE**

A. Prem./Op. OLT } ........
B. Prem./Op. M&C }
  1. Per 100 sq. ft.    4. Per $100 Payroll
  2. Per Rental Unit    5. Per Each
  3. Per $100 Receipts  6. Per Pupil
C. Completed Operation ........Per $1000 Receipts
D. Products ........................Per $1000 Sales
E. Owners/Contr. Prot. ..........Per $100 of Cost
F. Contractual ....................Number of Contracts
G. Other (Specify)

| RATE DEVELOPMENT | ADJUSTED RATE | AMOUNT OF EXPOSURE | UNADJ. SMP PREMIUM | PACKAGE MODIF. FACTOR | SMP PREMIUM | COMMON MODIF. TOTAL | MODIFIED SMP PREMIUM | IF MIN. PREM. |
|---|---|---|---|---|---|---|---|---|
| 2. 3 0/2×10/ = | ..4× | 3 000 = | 92 × | 20 = | 6t × | 50 | = 54 | |
| ..... 60×10/ = | 063 × | = | ..5 × | = | 16 | | = 14 | ✓ |
| 7. 9.4/×10/ = | 9.88 | 1000 = | 98 × | = | 69 | | 67 | ✓ |
| ... 10 ×10/ = | 113 × | = | 8 × | = | 2 | | 2 | ✓ |
| 2. 8.4/×10/ = | 9.88 | 600 = | 54 × | = | 41 | | 33 | |
| ... .06 ×10/ = | 113 × | = | 3 × | = | 2 | | 2 | ✓ |
| 2. 9.4/×10/ = | 9.88 | 1200 = | 119 × | = | 83 | | 24 | |
| .... .06 ×10/ = | 113 × | = | 3 × | = | 2 | | 2 | ✓ |
| 2. 826×10/ = | 9.225 | 1000 = | 92 × | = | 6t | | 54 | ✓ |
| ... .06 ×10/ = | 113 × | = | 3 × | = | 2 | | 2 | ✓ |
| | | TOTAL | 3.5.. × | = | | | 14 | |

Increased Limits Basic Charge    $ ........
TOTAL    $ ........

...fication (Total) either to the total SMP Premium for all locations or to each peril individually at each location.

## SECTION II — LIABILITY COVERA(

| COVERAGE | LIMITS OF LIABILITY |
|---|---|

[ ] MP 200 (Bodily Injury and Property
    Damage Combined Single Limit)
    [ ] Completed Operations-Products    $     Each Occurrence    $
    [ ] Premises Medical Payments
    [ ] MP-201 Amendments of    $     Each Person    $     Eac
    Limits of Liability Endorsements

[ ] Comprehensive General Liability    B.I. $ _____ Each Occurrence   $ _____

[ ] Manufacturers and Contractors    P.D. $ _____ Each Occurrence   $ _____

[ ] Owners, Landlords and Tenants

[ ] Completed Operations-Products

[ ] Medical Payments    $ _____ Each Person   $ _____ Eac

[ ] Personal Injury Liability    $ _____ Each Person   $ _____ General

Hazards [ ] A, [ ] B, [ ] C, [ ] Full Coverage; Insured's Participation _____

INCREASED LIMIT FOR SPECIFIC JOBS    B.I. $ _____ EACH OCCURRENCE $ _____
                        P.D. $ _____ EACH OCCURRENCE $ _____

Employer's Non-Ownership Auto. Liab.   { B.I. $ _____ EACH PERSON $ _____ EACH OCC.
                                { P.D.                             EACH OCC.

[ ] OTHER COVERAGES (DESCRIBE AND STATE LIMITS) _____

| LOC. NO. | BLDG. NO. | LIAB. CLASS CODE | TERR. CODE | SUBLINE | B.I.-P.D. OTHER | AMT. OF DED. | PREM. BASIS | BASIS RATE | RATE DEVELOPMENT | ADJUSTED RATE | AMOUNT OF EXPOSUR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #1 | | 72711 | 016 | | BI | | B-1 | 210 | × 142 : 3.07 ×10⁵ = | 3.24 × | 1000 |
| | | | | | PD | | | 011 | × 240 .060 ×10⁵ = | .063 × | |
| #1 | | 72711 | 016 | | BI | | B-1 | 210 | × 142 : 3.07 ×10⁵ = | 3.24 × | 800 |
| | | | | | PD | | | 011 | × 240 .060 ×10⁵ = | .063 × | |
| #1 | | 72711 | 016 | | BI | | B-1 | 210 | × 142 : 3.07 ×10⁵ = | 3.24 × | 1800 |
| | | | | | PD | | | 011 | × 240 .060 ×10⁵ = | .063 × | |
| #2 | | 72711 | 016 | | BI | | B-1 | 210 | × 142 : 3.07 ×10⁵ = | 3.24 × | 3000 |
| | | | | | PD | | | 011 | × 240 .060 ×10⁵ = | .063 × | |
| #1 | | 72610 | 991 | | BI | | B-4 | .11 | × 198 : 2.18 ×10⁵ = | .39 × | 176,212 |
| | | | | | PD | | | 01 | × 115 : 0.39 ×10⁵ = | .041 × | |
| | | | | | | | | | = | × | |

*Companies have the option of applying the Common Modification (Total) either to the total SMP Premium for all

Code 72101 Laundries no Automobile
72711 Laundry & Dry Cleaning Receiving Station

Form MP-10 (Ed. 7-77)

Form MP-10
(Ed. 7-77)

## SECTION II — LIABILITY COVERAGE

### LIMITS OF LIABILITY

Each Occurrence          $ _____ Aggregate

Each Person              $ _____ Each Accident

Each Occurrence          $ _____ Aggregate

Each Occurrence          $ _____ Aggregate

Each Person              $ _____ Each Accident

Each Person              $ _____ General Aggregate

EACH OCCURRENCE $ _____ AGGREGATE

EACH OCCURRENCE $ _____ AGGREGATE

$ _____ EACH OCC.
$ _____ EACH OCC.

### COMMON MODIFICATION COMPONENTS

A. EXPERIENCE MODIFICATION COMPLEMENT    _____

B. IRPM/SCHED. MODIF. COMPLEMENT         _____

C. EXPENSE MODIFICATION COMPLEMENT       _____

D. OTHER (SPECIFY) _____             _____

E. TOTAL (A × B × C × D)                 _____

**PREMIUM BASIS (Describe if other than stated)**
**INDICATE EXPOSURE**

A. Prem./Op. OLT } ........ 1. Per 100 sq. ft.    4. Per $100 Payroll
B. Prem./Op. M&C }          2. Per Rental Unit     5. Per Each
                            3. Per $100 Receipts   6. Per Pupil
C. Completed Operation ........ Per $1000 Receipts
D. Products ........ Per $1000 Sales
E. Owners/Contr. Prot. ........ Per $100 of Cost
F. Contractual ........ Number of Contracts
G. Other (Specify)

| RATE DEVELOPMENT | ADJUSTED RATE | AMOUNT OF EXPOSURE | UNADJ. SMP PREMIUM | PACKAGE MODIF. FACTOR | SMP PREMIUM | COMMON MODIF. TOTAL | MODIFIED SMP PREMIUM | IF MIN. PREM. |
|---|---|---|---|---|---|---|---|---|
| × 142 : 3.017 X103̄= | .248× | 1000 = | 32 | × 70 = | 22 | 880 | = 14 | |
| × 240 .060 X 103̄= | .063× | = | 3 | × = | 2 | | 2 | ✓ |
| × 142 : 303 X 103̄= | .328× | 800= | 26 | × = | 18 | | 14 | |
| × 240 .060 X 103̄= | .063× | = | 3 | × = | 2 | | 2 | ✓ |
| × 142 = 303 X103̄= | .248× | 1300= | 162 | × = | 113 | | 50 | |
| × 240 .060 X103̄= | .063× | = | 3 | × = | 2 | | 2 | ✓ |
| × 142 : 303 X103̄= | .248× | 3000= | 92 | × = | 64 | | 44 | |
| × 240 .060 X103̄= | .063× | = | 3 | × = | 2 | | 2 | ✓ |
| × 198 321 X103̄= | .239× | 76315= | 1274 | × = | 892 | | 714 | |
| × 115 2.039 X103̄= | .041× | = | 228 | × = | 160 | | 128 | |
| = | × | = | | × = | | | | |
| | | | TOTAL | 1281 × | = 1022 | | | |

Increased Limits Basic Charge    $_____

TOTAL    $_____

Modification (Total) either to the total SMP Premium for all locations or to each peril individually at each location.

_Automobile_
_Gasoline Service Station_

PAGE 4 OF 4

Form MP-10
(Ed. 7-77)

## N II — LIABILITY COVERAGE

OF LIABILITY

$_____ Aggregate

$_____ Each Accident

$ 3 c v c-v _ Aggregate

$ ccc c-v _ Aggregate

$ c c-v _ Each Accident

$_____ General Aggregate

$_____ AGGREGATE

$_____ AGGREGATE

EACH OCC.
EACH OCC.

| COMMON MODIFICATION COMPONENTS | |
| --- | --- |
| A. EXPERIENCE MODIFICATION COMPLEMENT | _____ |
| B. IRPM/SCHED. MODIF. COMPLEMENT | _____ |
| C. EXPENSE MODIFICATION COMPLEMENT | _____ |
| D. OTHER (SPECIFY) _____ | _____ |
| E. TOTAL (A × B × C × D) | _____ |

**PREMIUM BASIS (Describe if other than stated)**
**INDICATE EXPOSURE**

A. Prem./Op. OLT ⎫............⎧ 1. Per 100 sq. ft.     4. Per $100 Payroll
B. Prem./Op. M&C ⎭          ⎨ 2. Per Rental Unit    5. Per Each
                              ⎩ 3. Per $100 Receipts  6. Per Pupil
C. Completed Operation ........Per $1000 Receipts
D. Products ........................Per $1000 Sales
E. Owners/Contr. Prot. ........Per $100 of Cost
F. Contractual ....................Number of Contracts
G. Other (Specify)

| ...LENT | ADJUSTED RATE | AMOUNT OF EXPOSURE | UNADJ. SMP PREMIUM | PACKAGE MODIF. FACTOR | SMP PREMIUM | COMMON MODIF. TOTAL | MODIFIED SMP PREMIUM | IF MIN. PREM. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 6 | 2 v/ × | × 6 v | / 9 6 | × = | | | . | |
| | × | = | | × = | | | | |
| | × | = | | × = | | | | |
| | × | = | | × = | | | . | |
| | × | = | | × = | | | | |
| | × | = | | × = | | | . | |
| | × | = | | × = | | | | |
| | × | = | | × = | | | . | |
| | × | = | | × = | | | | |
| | × | = | | × = | | | | |
| | × | ... | | × = | | | | |
| | | | TOTAL | × | = | | | |

Increased Limits Basic Charge ( ^LL ) $ _____

TOTAL $_____

(Total) either to the total SMP Premium for all locations or to each peril individually at each location.

## SECTION II — LIABILITY COVERAGE

| COVERAGE | LIMITS OF LIABILITY |
|---|---|

☐ MP-200 (Bodily Injury and Property
Damage Combined Single Limit)
  ☐ Completed Operations-Products
  ☐ Premises Medical Payments
  ☐ MP-201 Amendments of
  Limits of Liability Endorsements

$_____ Each Occurrence    $_____
$_____ Each Person    $_____ Each

☐ Comprehensive General Liability    B.I. $ *300 000* Each Occurrence    $ *300 000*
☐ Manufacturers and Contractors    P.D. $ *100 000* Each Occurrence    $ *100 000*
☐ Owners, Landlords and Tenants
☐ Completed Operations-Products
☒ Medical Payments    *Included* $ *500* Each Person    $ *1000* Each
☐ Personal Injury Liability    *(G > 2?)* $_____ Each Person    $_____ General

Hazards ☐ A, ☐ B, ☐ C, ☐ Full Coverage; Insured's Participation _____

INCREASED LIMIT FOR SPECIFIC JOBS
  B.I. $_____ EACH OCCURRENCE $_____
  P.D. $_____ EACH OCCURRENCE $_____

Employer's Non-Ownership Auto. Liab. { B.I. $_____ EACH PERSON $_____ EACH OCC.
                                       { P.D. $_____ EACH OCC.

☐ OTHER COVERAGES (DESCRIBE AND STATE LIMITS) _____

| LOC. NO. | BLDG. NO. | LIAB. CLASS CODE | TERR. CODE | SUBLINE | B.I.-P.D. OTHER — | AMT. OF DED. | PREM. BASIS | BASIS RATE | RATE DEVELOPMENT | ADJUSTED RATE | AMOUNT OF EXPOSUR |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | *Broad* | *Form* | *GL* |  |  | *.15 X 1626* | *= 2 41 ×* | *X 50* |
|  |  |  |  |  |  |  |  |  |  | = × |  |
|  |  |  |  |  |  |  |  |  |  | = × |  |
|  |  |  |  |  |  |  |  |  |  | = × |  |
|  |  |  |  |  |  |  |  |  |  | = × |  |
|  |  |  |  |  |  |  |  |  |  | = × |  |
|  |  |  |  |  |  |  |  |  |  | = × |  |
|  |  |  |  |  |  |  |  |  |  | = × |  |
|  |  |  |  |  |  |  |  |  |  | = × |  |
|  |  |  |  |  |  |  |  |  |  | = × |  |
|  |  |  |  |  |  |  |  |  |  | = × |  |

*Companies have the option of applying the Common Modification (Total) either to the total SMP Premium for all

*3 41*   *(15% G > r~)*

*1 81*

*16 26*

Form MP-10 (Ed. 7-77)

**SMP PREMIUM RECAPITULATION (ALL**

Policy No.: _____ Date _____

| Co.: | | Co. Part _____ % |
| --- | --- | --- |

Add.: _____

Ins.: _____

Add.: _____

| SECTION I | PREMIUM |
| --- | --- |
| Fire | $ 2253 |
| Extended Coverage | $ 317 |
| Vandalism & Malicious Mischief | $ 21 |
| Sprinkler Leakage | $ 118 |
| Optional Perils/All Other Perils | $ 1210 |
| Burglary and Theft | $ |
| Inland Marine | $ 2167 |
| Glass | $ 1795 |
| Miscellaneous Section I Coverages | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL SECTION I PREMIUM (Form MP-10) | $ 1/1 |

Form MP-12 (Ed. 7/7)

Premises/
Premises/
Elevator
Completed
Products
Medical P
Comp.
Increased
OTHER
Con

TOTAL
TOTAL
TOTAL

TOTAL:

TOTAL
(INCL.

## PREMIUM RECAPITULATION (ALL LOCATIONS)

**Form MP-12**
(Ed. 7-77)

| | % |
|---|---|

| PREMIUM |
|---|
| $  2253 |
| $   31 2 |
| $   2/ |
| $   1 J X |
| $   1 x 1 0 |
| $ |
| $   2/ 6 2 |
| $   1 7 x J |
| $ |
| $ |
| $ |
| $ |
| $ |
| $ |
| $   1 x 1 |

| SECTION II | PREMIUM |
|---|---|
| Premises/Operations Liability OLT | $ |
| Premises/Operations Liability M&C | $ |
| Elevator | $ |
| Completed Operations | $ |
| Products | $ |
| Medical Payments | $ |
| Comprehensive General Liability | $  1 3 18 |
| Increased Limits Basic Charge | $  4 |
| OTHER | |
| Comp Broad Form  (Err) | 196 |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL SECTION II PREMIUM (Form MP-10)** | $  15 1 8 |
| **TOTAL SECTION III PREMIUM (Form MP-11)** | $ |
| **TOTAL SECTION IV PREMIUM (Form MP-11)** | $ |
| | |
| **TOTAL: ALL SECTIONS** | 9 9 0 0 |
| **TOTAL PREMIUM - ALL SECTIONS** (INCL. TERM ADJUSTMENT)  [ ] ANNUAL  [ ] THREE YEAR PREPAID  [ ] ANNUAL INSTALLMENT  [ ] OTHER  [✓] SUBJECT TO RERATING | $  2 9 5 0 0 |

GL 20 11
(Ed. 07 76)

This endorsement forms a part of the policy to which attached, effective on the inception date of the policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of policy.)

Endorsement effective   4-29-81     Policy No.   FKP 1946     Endorsement No.   11

Named Insured   Klean-It etas

Additional Premium $

Countersigned by _____

(Authorized Representative)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**
**MANUFACTURERS AND CONTRACTORS LIABILITY INSURANCE**
**OWNERS, LANDLORDS AND TENANTS LIABILITY INSURANCE**
**SMP LIABILITY INSURANCE**
**STOREKEEPERS INSURANCE**

**ADDITIONAL INSURED**
(Premises Leased to the Named Insured)

It is agreed that the "Persons Insured" provision is amended to include as an insured the person or organization designated below, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises designated below leased to the named insured, and subject to the following additional exclusions:

The insurance does not apply:

1. to any occurrence which takes place after the named insured ceases to be a tenant in said premises;

2. to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization designated below.

**SCHEDULE**

(Premises Leased to the Named Insured)

It is agreed that the "Persons Insured" provision is amended to include as an insured the person or organization designated below, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises designated below leased to the named insured, and subject to the following additional exclusions:

The insurance does not apply:

1. to any occurrence which takes place after the named insured ceases to be a tenant in said premises;
2. to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization designated below.

## SCHEDULE

| Designation of Premises (Part Leased to Named Insured) | Name of Person or Organization (Additional Insured) | Annual Premises | | |
| --- | --- | --- | --- | --- |
| | | Bodily Injury Liability | Property Damage Liability | |
| Location #3 293-295 Main St. Acton, Mass. | Action Enterprises Inc 297 Main St. Acton, MA. | Inc | Inc | |

D.C.5-26-01

GL 20 11 07 66

For attachment to Policy No. FM19

Page ___ of __4__    Named Insured __KLEEN-IT INC, ETAL__

# SCHEDULE B (EXTENSION OF SCHEDULE A OR C)
## GENERAL LIABILITY INSURANCE
### SEC II

Indicate the Hazard or Coverage by the identifying letter stated below and by line of business code

**A** Premises – Operations
**B** Independent Contractors
**C** Completed Operations – Products
**D** Contractual Liability

| Description of Hazards and/or Designation of Contracts | Code No. | Rates B.I. | Rates P.D. | Premium Bases | Bodily Injury | Advance Premiums Property Damage |
|---|---|---|---|---|---|---|
| PREMISES/OPS | | | | b) 3,000. | | |
| LAUNDRIES & DRY CLEANERS - SELF SERVICE (28 CENTRAL SQ, CHELMSFORD,MA) | 73104 | | | | | |
| LAUNDRY & DRY CLEANING- RECEIVING | 72711 | | | | | |
| STATIONS: | | | | | | |
| #1- 49 PARK ST, AYER, MA | | | | a) 5,000 | | |
| #2 - 31 CENTRAL AVE, AYER, MA. | | | | a) 3,000 | | |
| #3 - 295 MAIN ST., ACTON, MA. | | | | a) 2,000. | | |
| #4 - 65 DRUM HILL RD, CHELMSFORD, MA. | | | | a) 1,200. | | |
| #5 - 272 HIGH ST., CLINTON, MA | | | | a) 1,000. | | |
| #6 - 224 - 238 GREAT RD., LITTLETON, MA. | | | | a) 1,000 | | |
| #7 - 45 PARK ST., AYER, MA. | | | | a) 800 | | |
| #8 - 232 BOSTON POST RD., WAYLAND, MA | | | | a) 600 | | |
| #9 - REAR 44 PARK ST., AYER, MA. | | | | a) 3500. | | |

...COMPLETED OPS

a) 3,000
b) 2,000
c) 1,200.
d) 1,000.
d) 1,000
e) 200
f) 800
g) 3500.

#1 - ... CENTRAL AVE, AYER, MA.
#2 - 81 CENTRAL AVE, AYER, MA.
#3 - 245 MAIN ST., ACTON, MA.
#4 - 65 DRUM HILL RD, CHELMSFORD, MA.
#5 - 272 HIGH ST., CLINTON, MA
#6 - 224-238 GREAT RD., LITTLETON, MA.
#7 - 45 PARK ST., AYER, MA.
#8 - 272 BOSTON POST RD., WAYLAND, MA.
#9 - REAR 44 PARK ST., AYER, MA.

GOODS/COMPLETED OPS
INCLUDED

Total Advance B. I. & P. D. Premiums

Page 2

*Insurance is afforded in accordance with the applicable coverage part as indicated by the box checked below*

**Named Insured**

☐ **COMPREHENSIVE GENERAL LIABILITY INSURANCE**
SEE COVERAGE PART (6395.x.X

☐ **OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE**
SEE COVERAGE PART

**ADDITIONAL DECLARATIONS**

Location of all premises owned by, rented to or controlled by the named insured

Interest of named insured in such premises

☐ Owner  ☐ General Lessee  ☐ Tenant  ☐ Other

Part occupied by named insured

## SCHEDULE A

The insurance afforded is only with respect to such of the following Coverages as are indicated by **[C]** the limit of the company's liability against such coverage being as stated subject to all the terms of this policy having reference thereto.

The company discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated hereon.

| Coverages | Limits of Liability | | Advance Premiums |
|---|---|---|---|
| | each occurrence | Aggregate | |
| A - Bodily Injury Liability | $ 300,000 | $ 300,000 | C \| $ Incl. |
| B - Property Damage Liability | $ 100,000 | $ 100,000 | C \| $ Incl. |
| Form numbers of endorsements attached at issue | | | $ |
| | **Total Advance Premium for Schedule A** | | $ **Included** |

**General Liability Hazards**

| Description of Hazards | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | B.I. | P.D. | Bodily Injury | Property Damage |
| Premises - Operations | | | | | | |
| Laundry & Dry Cleaning or Dyeing | 72102 | d) 556,354 | Included | Included | Included | |
| Premises Med. Payments | | | | | | Included |

Broad Form Comprehensive (G222)

Personal Injury and Advertising Injury Liability

Aggregate Limit shall be the per occurrence bodily injury liability limit unless otherwise indicated herein:

Limit of Liability $ _____    **Aggregate.**

Limit of Liability – Premises Medical Payments Coverage: $1,000 each person unless otherwise indicated herein:
$ _____ each person.

Limit of Liability – Fire Legal Liability Coverage: $50,000 per occurrence unless otherwise indicated herein:
$ _____ per occurrence.

| Premium Basis | Advance Premium |
|---|---|
| **15** % of the Total Comprehensive General Liability Bodily Injury and Property Damage Premium as Otherwise Determined. | $ **Included** |

**MINIMUM PREMIUM $  Included**

## I. CONTRACTUAL LIABILITY COVERAGE

(A. The definition of incidental contract is extended to include any contract or agreement relating to the conduct of the named insured's business.

(B) The insurance afforded with respect to liability assumed under an incidental contract is subject to the following additional exclusions:

(1) to bodily injury or property damage for which the insured has assumed liability under any incidental contract, if such injury or damage occurred prior to the execution of the incidental contract;

(2) if the insured is an architect, engineer or surveyor, to bodily injury or property damage arising out of the rendering of or the failure to render professional services by such insured, including

(a) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, and

(b) supervisory, inspection or engineering services;

(3) if the indemnitee of the insured is an architect, engineer or surveyor, to the liability of the indemnitee, his agents or employees, arising out of

(a) the preparation or approval of or the failure to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications, or

(b) the giving of or the failure to give directions or instructions by the indemnitee, his agents or employees, provided such giving or failure to give is the primary cause of the bodily injury or property damage;

(4) to any obligation for which the insured may be held liable in an action on a contract by a third party beneficiary for bodily injury or property damage arising out of a project for a public authority, but this exclusion does not apply to an action by the public authority or any other person or organization engaged in the project;

(5) to bodily injury or property damage arising out of operations, within 50 feet of any railroad property, affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing, but this exclusion does not apply to sidetrack agreements.

(C) The following exclusions applicable to Coverages A (Bodily Injury) and B (Property Damage) do not apply to this Contractual Liability Coverage: (b), (c), (2), (d) and (e).

(D) The following additional condition applies:

**Arbitration**

The company shall be entitled to exercise all of the insured's rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

SMP CHANGE ENDORSEMENT

Delete Builder's Risk MP1103, $30,000.

Add new statement of values $472,000.

New Blanket Bldg & Cnts rates promulgated f 1.259 EC .192
VM .013

IS... NUT CORREC.

DEC 2 8 1981

BY A. MILLER  # 34

| EPG NO. | | | | | |
|---|---|---|---|---|---|
| 13 | LOCATION | | | | |

| | | | Annual | | |
|---|---|---|---|---|---|
| | | | 3 Year | | |
| | | | Prepaid | | |
| | | | Deferred | | |
| | | | Section | | |
| | | | II | | |

Include the following for policy premiums are amended to read

| | PREMIUMS | | |
|---|---|---|---|
| | X Add'l | | |
| | Return | New Prem. |
| 23470 | 2004 | 30474 |

| | PREMIUMS | | |
|---|---|---|---|
| | Add'l | New Prem. |
| | Return | |
| Old Premium | 4818 | 4818 |

ITEM 13    LOCATION:

Subject to the following provisions the policy premiums are amended to read

**PREMIUMS**

|  | Old Premium | New Premium |
|---|---|---|
| Acct | | |
| Return | | |
| Section I | $ 20470 | $ 30474 |
| Section II | | |
| C O I | $ 2004 | $ |

| | PREMIUMS | |
|---|---|---|
| | Old Premium | New Prem. |
| Acct | | |
| Return | | |
| Boiler | $ 4818 | $ 4818 |
| | $ | $ |

**PREMIUM RECAPITULATION**

Due at Endorsement Effective Date.   10-1-81

Additional Premium  $ 668

Return Premium  $

Provided, the payment if the premium is payable in annual installments

| Times Due | Original Installments | Increase | Decrease | Revised Installments |
|---|---|---|---|---|
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |

This endorsement, when countersigned by a duly authorized representative, shall form a part of

Policy No. EMP 1946   Issued by  **Graphic Arts**

Effective Date of Pol.  10-1-79 - 82

Endorsement Effective from  12-01 A M  Standard Time at the address of the named Insured

Countersigned at    Date  10-1-81

Lowell, Mass.    12-3-81    By

Name and Address of Insured

Kleen-It, Inc., Sudz-It, Inc.,
Russell D Munroe, John H Campbell,
Care Cleaners, Dad's Launderers
& Cleaners, Dubble-It, Russell D Munro
45 Park Street
Ayer, Mass.

Producer  **Henrick F Johnson**

Producer No.   4898

COMPREHENSIVE GENERAL LIABILITY INSURANCE
SEE COVERAGE PART 16395-X

OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
SEE COVERAGE PART 16418X

## ADDITIONAL DECLARATIONS

is attached in accordance with the applicable coverage part as indicated by the box checked below

Location of all premises owned by, rented to or controlled by the named insured

The named insured in such premises

☐ Owner  ☐ General Lessee  ☐ Tenant  ☐ Other

☐ named insured

## SCHEDULE A

The limit of the company's liability against each such occurrence is indicated by ⨂

Form numbers of endorsements attached at issue

| Coverages | Code No. | Premium Bases | Limits of Liability | | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|---|---|
| | | | each occurrence | aggregate | B.I. | P.D. | Bodily Injury | Property Damage |
| A - Bodily Injury Liability | | | $ 300,000 | $ 300,000 | | | C $ Incl. | |
| B - Property Damage Liability | | | $ 100,000 | $ 100,000 | | | C $ Incl. | |
| | | | Total Advance Premium For Schedule A | | | | $ Included | |

### General Liability Hazards

| Description of Hazards | | | | | |
|---|---|---|---|---|---|
| Premises - Operations | | | | | |
| Laundries & Dry Cleaners-Self Service 72104 #5--25 Central Sq., Chelmsford, MA | | a)3,000 | Included | Included | Included |
| Laundry and Dry Cleaning-Receiving 72711 | | | | | |
| Stations: #1--44 Park St., Ayer, MA #2--31 Central Ave., Ayer, MA #3--295 Main St., Acton, MA #4--218 Main St., | | a)5,000 a)3,000 a)3,000 | Included Included | Included | Included |

Included

| Description of Hazards | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | B.I. | P.D. | Bodily Injury | Property Damage |
| **Premises - Operations** | | | | | | |
| Laundry & Dry Cleaning or Dyeing | 72102 | 4) 556,354 | Included | Included | | Included |
| Premises Med. Payments | | | Included | Included | | Included |
| Broad Form Comprehensive (G222) | | | Included | Included | | Included |
| | | (a) Area Sq. Ft. (b) Frontage (c) Remuneration (d) Receipts (e) Unit (f) Admissions | (a) Per 100 Sq. Ft. at Area (b) Per Frontage Foot (c) Per $100 of Remuneration (d) Per $100 of Receipts (e) Per Unit (f) Per 100 Admissions | | | |
| | | End | Per Subtotal cost | | | |
| INDEPENDENT CONTRACTORS (indicate specific exposure) | | | | | | |
| None at inception | | | | | | |
| **COMPLETED OPERATIONS - PRODUCTS** | | (n) Sales | (a) Per 1,000 of Receipts (b) Per $1,000 of Sales | | | |
| CO. ... Part 163924 must be used with OLT Coverage Part 163190 | | | | | | |
| Included | | | | | | |
| (Premises Number at Premises) | | | | | | |
| None at inception | | | | | | |

G222
(Ed. 7-76)

This endorsement forms a part of the policy to which attached, effective on the inception date of the policy unless otherwise stated herein.
(The following information is required only when this endorsement is issued subsequent to preparation of policy.)

Endorsement effective                    Policy No.   EMP 1946                    Endorsement No.

Named Insured

Countersigned by

_____
(Authorized Representative)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

## COMPREHENSIVE GENERAL LIABILITY INSURANCE

## BROAD FORM COMPREHENSIVE GENERAL LIABILITY ENDORSEMENT

### Schedule

Personal Injury and Advertising Injury Liability

Aggregate Limit shall be the the per occurrence bodily injury liability limit unless otherwise indicated herein.

Limit of Liability $ _____     Aggregate.

Liability — Premises Medical Payments Coverage: $1,000 each person unless otherwise indicated herein:
$ _____     each person

Liability — Fire Legal Liability Coverage: $50,000 per occurrence unless otherwise indicated herein:
$ _____     per occurrence.

## 8-E-1020
# UTICA MUTUAL INSURANCE COMPANY
### UTICA, NEW YORK
(A mutual insurance company, herein called the company)

### PERSONAL CATASTROPHE LIABILITY INSURANCE ENDORSEMENT

AGREES with the insured, named in the declarations made a part hereof, in consideration of the payment of the premium and in reliance upon the statements in the declarations and subject to the limits of liability, exclusions, conditions and other terms of this endorsement:

## INSURING AGREEMENTS

### Liability Coverage

To pay on behalf of the insured in excess of the retained limit the ultimate net loss which the insured shall become legally obligated to pay as damages because of personal injury or property damage, subject to the following exclusions:

(a) to any obligation for which the insured or any of his insurers may be held liable under any workmen's or unemployment compensation, disability benefits or similar law;

(b) to property damage to (1) property owned by the insured, or (2) aircraft rented to, used by or in the care, custody or control of the insured;

(c) to liability for damage to property rented to, occupied or used by or in the care, custody or control of the insured to the extent the insured is under contract to provide insurance therefor;

(d) to personal injury or property damage with respect to which an insured under this endorsement is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability;

(e) to any act committed by or at the direction of the insured with intent to cause personal injury or property damage;

(f) to the ownership, maintenance or use, including loading or unloading, of any aircraft

(1) when operated by or on behalf of any insured for hire or other consideration or;

(2) owned by the named insured, or rented to the named insured for any period in excess of thirty days, unless:

(i) insurance therefor is either listed in Schedule A or provided by an underlying policy listed in Schedule A of this endorsement as of the effective date thereof; or

(ii) notice is given the company within ten days following date of acquisition of such a newly acquired aircraft to provide insurance under this endorsement subject to the limits of liability provided by underlying insurance for such aircraft.

(g) to the ownership, maintenance or use, including loading or unloading, of any watercraft owned by an insured, while away from premises owned by, rented to or controlled by an insured, if twenty-six feet or more in over-all length, unless (1) insurance therefor is provided by an underlying policy listed in Schedule A of this endorsement as of the effective date thereof, or (2) notice is given the company within ten days following date of acquisition of such newly acquired watercraft, to provide insurance under this endorsement subject to the limits of liability provided by underlying insurance for such watercraft;

(h) except with respect to the ownership, maintenance or use, including loading or unloading, of any automobile, aircraft or watercraft, (1) to any business pursuits or business property (other than farms) of an insured except to the extent that insurance therefor is provided by an underlying policy or insurance described in Schedule A of this endorsement.

### Definition of Insured

"Named insured" means the individual named in the declarations of this endorsement and also includes the spouse thereof if a resident of the same household. The unqualified word "insured" includes the named insured and also:

(a) any relative or, if residents of the named insured's household, the wards of the named insured and any other person under the age of twenty-one in the care of an insured (except with respect to the ownership, maintenance or use, including loading and unloading, of automobiles while away from premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, or of aircraft);

(b) (1) any person while using an automobile, watercraft or aircraft owned by, loaned to or hired for use in behalf of the named insured and any person or organization legally responsible for the use thereof, if the actual use is by the named insured or with the named insured's permission, provided his actual operation or (if he is not operating) his other actual use thereof is within the scope of such permission, or (2) any relative, but only with respect to a non-owned automobile, provided his actual operation or (if he is not operating) his other actual use thereof is with the permission, or reasonably believed to be with the permission, of the owner and is within the scope of such permission. The insurance with respect to any person or organization other than the named insured does not apply under division (b);

(i) with respect to any automobile (other than a temporary substitute automobile), watercraft or aircraft hired by or loaned to the insured, to the owner or a lessee thereof other than the named insured, or to any agent or employee of such owner or lessee, except a relative with respect to a

marina, yacht club, sales agency, boat service station or similar facility;

(iv) to any person or organization, or any agent or employee thereof, other than agents or employees of the named insured, engaged in the manufacture or sale of aircraft engines, or aircraft accessories, or operating an aircraft repair shop, airport, hangar, aircraft sales agency, commercial flying service or flying school with respect to any occurrence arising out of the manufacture or operation thereof;

(v) with respect to any aircraft loaned to or hired for use in behalf of the named insured, to any person or organization other than the insureds listed in division (a).

(c) with respect to animals owned by an insured, any person or organization legally responsible therefor, except a person using or having custody or possession of any such animal without the permission of the owner.

The insurance afforded applies separately to each insured against whom claim is made or suit is brought but the inclusion in this endorsement of more than one insured shall not operate to increase the limit of the company's liability.

### Limits of Liability

"Retained Limit" is the greater of:

(a) an amount equal to the limit(s) of liability indicated beside underlying policy(ies) listed or insurance described in Schedule A hereof, plus the applicable limits of any other underlying insurance collectible by the insured; or

(b) $250, as the result of any one occurrence not covered by the said policy(ies) of insurance.

The company's limit of liability applies in excess of the retained limit as shown on Schedule A.

### Territory

Coverage applies to occurrences anywhere in the world during the endorsement period.

### Definitions

#### 1. Ultimate Net Loss

"Ultimate net loss" means the sum actually paid or payable in cash in the settlement or satisfaction of losses for which the insured is liable either by adjudication or compromise with the written consent of the company, after making proper deduction for all recoveries and salvages collectible, but excludes all loss expenses and legal expenses including attorney's fees, court costs and interest on any judgment or award and all salaries of employees and office expenses of the insured, the company or any underlying insurer so incurred.

This endorsement shall not apply to defense, investigation, settlement or legal expenses covered by underlying policy(ies) of insurance. If such underlying insurance is exhausted by any occurrence, the company shall be obligated to assume charge of the settlement or defense of any claim or proceeding against the insured resulting from the same occurrence.

#### 2. Personal Injury

"Personal injury" means:

(1) bodily injury, sickness, disease, disability, shock, mental anguish and mental injury;

(2) false arrest, false imprisonment, wrongful eviction, wrongful detention or malicious prosecution or humiliation;

(3) libel, slander, defamation of character or invasion of rights of privacy; and

(4) assault and battery not committed by or at the direction of the insured, including death resulting therefrom, sustained by any person.

#### 3. Property Damage

"Property damage" means injury to or destruction of tangible property, including the loss of use thereof.

#### 4. Automobile

"Automobile" means a land motor vehicle, trailer or semi-trailer, including farm tractors, trailers and implements.

#### 5. Non-owned Automobile

"Non-owned automobile" means an automobile not owned by or furnished for the regular use of either the named insured or any relative, other than a temporary substitute automobile, i.e., one not owned by the named insured, while temporarily used as a substitute for an automobile owned by the insured when withdrawn from normal use because of its breakdown, re-