... or to any agent or employee thereof, operating an automobile sales agency, repair shop, service station, storage garage or public parking place, with respect to any occurrence arising out of the operation thereof;

(iii) with respect to any watercraft, to any person or organization, or any agent or employee thereof, operating a shipyard, boat repair yard,

6. Business

"Business" includes trade, profession or occupation.

7. Relative

"Relative" means a relative of the named insured who is a resident of the same household.

## CONDITIONS

1. **Premium:** The premium for this endorsement is stated in the declarations and is not subject to adjustment unless otherwise amended by an endorsement issued to form a part of this endorsement.

2. **Notice of Occurrence or Accident:** Upon the happening of an occurrence or accident that appears reasonably likely to involve liability on the part of the company, written notice shall be given by or on behalf of the insured to the company or any of its authorized representatives as soon as practicable. Such notice shall contain particulars sufficient to identify the insured and also the fullest information obtainable at the time. The insured shall give like notice, with full particulars, of any claims made on account of such occurrence or accident. If, thereafter, suit or other proceeding is instituted against the insured to enforce such claim, the insured shall when requested by the company forward to the company every demand, notice, summons or other process or true copies thereof received by the insured or the insured's representative, together with copies of reports of investigations made by the insured with respect to such claim, suit or proceeding.

3. **Assistance and Cooperation:** The company shall not be called upon to assume charge of the settlement or defense of any claim made or suit brought or

proceeding instituted against the insured but the company shall have the right and shall be given the opportunity to associate with the insured or the insured's underlying insurer, or both, in the defense and control of any claim, suit or proceeding relative to an occurrence or accident where the claim or suit involves, or appears reasonably likely to involve, the company, in which event the insured, the underlying insurer and the company shall cooperate in all things in the defense of such claim, suit or proceeding, provided, however, that the insured shall make no settlement for any sum in excess of the retained limit without the approval of the company.

**4. Costs:** Should there arise out of any one occurrence or accident a claim or series of claims which appears likely to exceed the retained limit no legal costs shall be incurred on behalf of the company without its consent being first obtained. Should such claim or claims be adjusted prior to trial court judgment for a sum or aggregate sum of not more than the retained limit, then no costs shall be payable by the company.

Should, however, the sum or aggregate sum for which such claim or claims are adjustable prior to the rendering of trial court judgment exceed the retained limit, then the company, if it consents to trial court proceedings continuing, shall contribute to the costs in the ratio that its proportion of the liability for the judgment rendered, or settlement made, bears to the whole amount of said judgment or settlement.

**5. Appeals:** In the event the insured or the insured's underlying insurer elects not to appeal a judgment in excess of the retained limit, the company may elect to take such appeal at its own cost and expense, and shall be liable for the taxable costs and disbursements and interest incidental thereto, but in no event shall the liability of the company for ultimate net loss exceed the amount set forth in the declarations for any one occurrence or accident and in addition thereto the cost and expense of such appeal.

**6. Action Against Company:** No action shall lie against the company unless, as a condition precedent thereto, the insured shall have fully complied with all the terms of this endorsement, nor until the amount of the insured's obligation to pay shall have been finally determined either by judgment against the insured or by written agreement of the insured, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this endorsement to the extent of the insurance afforded by this endorsement. Nothing contained in this endorsement shall give any person or organization any right to join the company as a co-defendant in any action against the insured to determine the insured's liability.

Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the company of any of its obligations hereunder.

**7. Other Insurance:** If other valid and collectible insurance with any other insurer is available to the insured covering a loss also covered by this endorsement, other than insurance that is in excess of the insurance afforded by this endorsement, the insurance afforded by this endorsement shall be in excess of and shall not contribute with such other insurance.

**8. Subrogation:** In the event of any payment under this endorsement, the company shall be subrogated to the extent of such payment, to all the insured's rights of recovery therefor and the insured shall execute all papers required and shall do everything that may be necessary to secure such rights. The company will act in concert with all other interests concerned (including the insured) in the exercise of such rights of recovery. If any amount is recovered as a result of such proceedings such amount shall be apportioned as follows:

First, any interest (including the insured) that shall have paid an amount over and above any payment made under this endorsement shall be reimbursed up to the amount paid by such interest; second, the company shall be reimbursed out of the balance then remaining, up to the amount paid under this endorsement; third, the insured is entitled to the residue. The expense of all proceedings necessary to the recovery of any such amount shall be apportioned between the interests concerned (including the insured) in the ratio of their respective recoveries as finally settled.

If there should be no recovery in proceedings instituted solely on the initiative of the company, the expenses thereof shall be borne by the company.

**9. Changes:** No notice to any agent, or knowledge possessed by any agent or by any other person shall be held to effect a waiver or change in any part of this endorsement nor estop the company from asserting any right under the terms of this endorsement; nor shall the terms of this endorsement be waived or changed, except by endorsement issued to form a part thereof.

**10. Assignment:** Assignment of interest under this endorsement shall not bind the company until its consent is endorsed hereon; if, however, the named insured shall die or be adjudged bankrupt or insolvent within the endorsement period, this endorsement, unless canceled, shall cover the insured's legal representative as the named insured for the unexpired portion of such period.

**11. Cancelation:** This endorsement may be canceled by the named insured by surrender thereof to the company or any of its authorized agents or by mailing to the company written notice stating when thereafter the cancelation shall be effective. This endorsement may be canceled by the company by mailing to the named insured at the address shown in this endorsement written notice stating when not less than thirty days thereafter such cancelation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of the surrender or the effective date and hour of cancelation stated in the notice shall become the end of the endorsement period. Delivery of such written notice either by the named insured or by the company shall be equivalent to mailing.

If the named insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancelation is effected or as soon as practicable after cancelation becomes effective, but payment or tender of unearned premium is not a condition of cancelation.

**12. Maintenance of Underlying Insurance:** Each policy described in the declarations shall be maintained in full effect during the currency of this endorsement, except for any reduction of the aggregate limit or limits contained therein solely by payment of claims in respect of occurrences taking place during the period of this endorsement. Failure of the named insured to comply with the foregoing shall not invalidate this endorsement but in the event of such failure, the company shall be liable only to the extent that it would have been liable had the named insured complied therewith.

Upon notice that any aggregate limit of liability under any policy of underlying insurance has been exhausted, the named insured shall immediately make all reasonable efforts to reinstate such limits.

The named insured shall give the company written notice as soon as practicable of any change in the scope of coverage or in the amount of limits of insurance under any underlying insurance, and of the termination of any coverage or exhaustion of aggregate limits of any underling insurer's liability.

**13. Declarations:** By acceptance of this endorsement the named insured agrees that the statements in the declarations are his agreements and representations, that this endorsement is issued in reliance upon the truth of such representations and that this endorsement embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

## DECLARATIONS

ITEM 1. Named Insured.............................................................

Address.............................................................

ITEM 2. Endorsement Period: From................................, 19....... to................................, 19...........

12:01 A.M., standard time at the address of the named insured as stated herein.

Business of the named insured is.................................................. The named insured is an individual.

ITEM 3. Retained Limit: $....................ITEM 4. Occurrence Limit: $....................ITEM 5. Premium: $....................

ITEM 6. Schedule A:

| POLICY NO. | POLICY PERIOD | TYPE OF POLICY | LIMITS | | INSURER |
|---|---|---|---|---|---|
| | | | BODILY INJURY | PROPERTY DAMAGE | |
| | | | | | |

ENDORSEMENT(S) ATTACHED HERETO:

This endorsement, when countersigned by a duly authorized representative, shall form a part of

| Policy No. | Issued by the UTICA MUTUAL INSURANCE COMPANY, Utica, New York |
|---|---|

To

| Countersigned at | Date | By Authorized Representative |
|---|---|---|

| Branch Office or Agency | Number |
|---|---|

9-E-1020 Ed. 1-68

Johnson Insurance Agency, Inc. | Producer: 48

... JAL INSURANCE COMPANY ☒ GRAPHIC ARTS MUTUAL INSUR...

NEW HARTFORD, NEW YORK

DAILY REPORT
SPECIAL MULTI-PERIL POLICY

No. FMP 1946

#4898
Henrick F. Johnso
448 Gorham Street
Lowell, MA
01852

1. Named Insured and Mailing Address (No., Street, Town, County, State, Zip)
Kleen-It, Inc., Sudz-It, Inc., Russell D. Munro, John H. Campbell, Care Cleaners, Dad's Launderers & Bubble-It, Russell D. Munro
... Park Street, Ayer, MA

10/1/79 To 10/1/82 Noon Standard Time at location of ...

IN CASE OF FIRE NOTIFY THE COMPANY OR ITS LOCAL AGENT AT ONCE IN WRITING

☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Other:

Subject to Audit

AUDIT TERR. N. A.

Additional buildings or premises are designated on Supplemental Declarations attached.

... insurance applies ... designated premises and ... those coverages and kinds of property for which a ... is shown, subject to all of the terms of this policy including forms and endorsements made a part hereof.

| SECTION I COVERAGE | Building(s) | Personal Property of the Insured | Personal Property of Others | DEDUCTIBLE each occurrence | aggregate each |
|---|---|---|---|---|---|
| Percentage | 90 % | 90 % | % | $ 500. | $ |
| Limit 1 | Blanket $220,800 | Blanket $279,500 | $ | If no deductible stated | |
| | $ | $ | $ | $100 each occurrence | $1,000 aggregate each |
| | $ | $ | $ | | |

Additional Cov. (Specify)

SMP Form MP 200

| SECTION II LIABILITY COVERAGES | Bodily Injury and Property Damage Liability Combined Single Limit | | Premises Medical Payments | | Bodily Injury Liability |
|---|---|---|---|---|---|
| Limit of Liability | each occurrence $ See SB1007C | aggregate | each person $ 500 | each accident $ 10,000 | IF NO LIMIT MP-200 REFER PART OR |

Additional Cov. (Specify)

Audit Period: Non-Auditable Unless Indicated By ☒ ☐ Annual ☐ Semi-Annual ☐ Quarterly ☐ Monthly ☐

☐ SECTION III—CRIME COVERAGE ... as stated in the endorsement, made part of this Policy, if ...

☐ SECTION IV—BOILER AND MACHINERY COVERAGE

Endorsements made part of this policy at time of issue: (INSERT NO. AND EDITION DATE OF FORM APPLICABLE TO SECTIONS ...) Form MP 4 ... 7/77 List all those forms and endorsements which apply to both Section I and Section II including ...

Section I— MP1189 ...

Section II— MP0107(2/78) MP101(7/77) MP101A(7/77) MP170(7/77) MP174(7/77) MP21(7/77) SB1270 MP22(7/77) SB1052 SB1140 ISO256 L6395AYC SB1007C G222 G512

Section III— ... Section IV—

7. Mortgage Interest: Subject to the mortgage provisions, lines 97 to 104 herein, loss, if any, shall be payable to: (NAME AND ...

For attachment to Policy No. [illegible] Named Insured

*Insurance is afforded in accordance with the applicable coverage part as indicated by the box checked below:

* [X] COMPREHENSIVE GENERAL LIABILITY INSURANCE SEE COVERAGE PART L6395 X

* [ ] OWNERS', LANDLORDS' AND TENANTS' SEE COVERAGE PART L6[illegible]

ADDITIONAL DECLARATIONS

Location of all premises owned by, rented to or controlled by the named insured (Enter "Same" If Same Location As Address Shown In Item 1 Of Declarations)

[illegible] named insured in such premises (Check Below)

[X] Owner [X] General Lessee [ ] Tenant [ ] Other

[illegible] occupied by named insured [illegible]

SCHEDULE A

The insurance afforded is only with respect to such of the following Coverages as are indicated by [C]. The limit of the company's liability against [illegible] as stated herein, subject to all the terms of this policy having reference thereto.

[illegible] all hazards insured hereunder known to exist at the effective date of this policy unless otherwise stated herein

| Coverages | Limits of Liability — Each Occurrence | Aggregate |
| --- | --- | --- |
| [illegible] | [illegible] | [illegible] |

[illegible] endorsements attached at issue [illegible]

Total Advance Premium For Schedule A [illegible]

General Liability Hazards

| Description of Hazards | Code No. | Premium Bases | Rates |
| --- | --- | --- | --- |
| [illegible] | [illegible] | (a) Frontage (b) Remuneration (c) Receipts (d) Units (e) Admissions | (a) Per Linear Foot (b) Per $100 of Remuneration (c) Per $100 of Receipts (d) Per Unit (e) Per 100 Admissions |
| INDEPENDENT CONTRACTORS (Indicate specific exposure) | Cost | | Per $100 of Cost |

Named Insured

effected in accordance with the applicable coverage part as indicated by the box checked below:

OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANC

SEE COVERAGE PART L6419X

ADDITIONAL DECLARATIONS

controlled by the named insured

Tenant Other

SCHEDULE A

Limits of Liability

General Liability Hazards

Code

## III. LIMITS OF LIABILITY

Regardless of the number of (1) **insureds** under this policy, (2) persons or organizations who sustain **bodily injury** or **property damage**, or (3) claims made or suits brought on account of **bodily injury** or **property damage**, the company's liability is limited as follows:

**Coverage A**—The total liability of the company for all damages, including damages for care and loss of services, because of **bodily injury** sustained by one or more persons as the result of any one **occurrence** shall not exceed the limit of **bodily injury** liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "**each occurrence**", the total liability of the company for all damages because of (1) all **bodily injury** included within the **completed operations hazard** and (2) all **bodily injury** included within the **products hazard** shall not exceed the limit of **bodily injury** liability stated in the schedule as "aggregate".

**Coverage B**—The total liability of the company for all damages because of all **property damage** sustained by one or more persons or organizations as the result of any one **occurrence** shall not exceed the limit of **property damage** liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "**each occurrence**", the total liability of the company for all damages because of all **property damage** to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of **property damage** liability stated in the schedule as "aggregate":

(1) all **property damage** arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including **property damage** for which liability is assumed under any incidental contract relating to such premises or operations but excluding **property damage** included in subparagraph (2) below;

(2) all **property damage** arising out of and occurring in the course of operations performed for the **named insured** by independent contractors and general supervision thereof by the **named insured**, including any such **property damage** for which liability is assumed under any **incidental contract** relating to such operations, but this subparagraph (2) does not include **property damage** arising out of maintenance or repairs at premises owned by or rented to the **named insured** or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) all **property damage** included within the **products hazard** and all **property damage** included within the **completed operations hazard**.

Such aggregate limit shall apply separately to the **property damage** described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2) separately with respect to each project away from premises owned by or rented to the **named insured**.

**Coverages A and B**—For the purpose of determining the limit of the company's liability, all **bodily injury** and **property damage** arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one **occurrence**.

## IV. POLICY TERRITORY

This insurance applies only to **bodily injury** or **property damage** which occurs within the **policy territory**.

SCHEDULE A

The insurance afforded is only with respect to such of the following Coverages as are indicated by [C] The limit of [illegible] as stated herein, subject to all the terms of this policy having reference thereto.

The following discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein

| Coverages | Limits of Liability each occurrence | Limits of Liability aggregate | |
|---|---|---|---|
| A–Bodily Injury Liability | $ 300,000 | $ 300,000 | C |
| B–Property Damage Liability | $ 100,000 | $ 100,000 | C |

Form numbers of endorsements attached at issue

Total Advance Premium For Schedule A $

General Liability Hazards

| Description of Hazards | Code No. | Premium Bases | Rates B.I. | Rates P.D. |
|---|---|---|---|---|
| Premises–Operations | | | | |
| [illegible] Dry Cleaners–Self Service | 72104 | a)3,000 | Included | |
| [illegible] Central Sq., Chelmsford, MA | | | | |
| [illegible] and Dry Cleaning–Receiving | 72713 | | | |
| [illegible] | | a)[illegible] | Included | |
| [illegible] | | a)[illegible] | Included | |
| [illegible] | | [illegible] | [illegible] | |
| [illegible] | | (a) [illegible] (b) Frontage [illegible] (c) Remuneration (d) Receipts (e) Units (f) Admissions | (a) [illegible] (b) Per Linear [illegible] (c) Per $100 of Remuneration (d) Per $100 of Receipts (e) Per Unit (f) Per 100 Admissions | |
| [illegible] | | Contract Cost | Per $100 of Cost | |
| [illegible] | | [illegible] | [illegible] | |
| Completed Operations–Products [illegible] | | (a) Receipts (b) Sales | (a) Per $1000 of Receipts (b) Per $1000 of Sales | |
| [illegible] Part (L629) [illegible] must be used with OLT Coverage Part (L6419X) | | | | |
| Escalators (Number of Premises) | | Number Insured | Per Landing | |

9/24/79bp/pb2

Total Advance B.I. and P.D. Premiums $

UNDERWRITING

SCHEDULE A

the following Coverages as are indicated by [C]. The limit of the company's liability against each such Coverage shall be [illegible] policy having reference thereto.

known to exist at the effective date of this policy, unless otherwise stated herein.

| | Limits of Liability | | | Advance Premiums |
|---|---|---|---|---|
| | each occurrence | aggregate | | |
| | $ 300,000 | $ 300,000 | C | $ Incl. |
| | $ 100,000 | $ 100,000 | C | $ Incl. |
| | | | | $ |
| | Total Advance Premium For Schedule A | | | $ Included |

General Liability Hazards

| | Code No. | Premium Bases | Rates B.I. | Rates P.D. | Advance Premiums Bodily Injury | Advance Premiums Property Damage |
|---|---|---|---|---|---|---|
| | 73100 | a)3,000 | Included | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| CLT Coverage Part L6419X | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | Number Insured | Per Lending | | | |
| 9/24/70bz/pb2 | | Total Advance B.I. and P.D. Premiums | | | $ | $ |

(OVER)

UNDERWRITING

For attachment to Policy No. [illegible] Named Insured [illegible]

*Insurance is afforded in accordance with the applicable coverage part as indicated by [illegible]

COMPREHENSIVE GENERAL LIABILITY INSURANCE

[ ] OWNERS', L[illegible]

SEE COVERAGE PART L6395a X

ADDITIONAL DECLARATIONS

[illegible] by, rented to or controlled by the named insured [illegible]

[illegible]

[illegible] Insured in such premises (Check Below)

[X] Owner [X] General Lessee [ ] Tenant [X] Other

[illegible]

SCHEDULE A

[illegible] only with respect to such of the following Coverages as are indicated by [C]. The limit of the [illegible]

[illegible]

| Coverages | Limits each occurrence | |
| --- | --- | --- |
| Bodily Injury Liability [illegible] | $ [illegible] | $ |
| [illegible] | $ [illegible] | $ |

[illegible] Total Advance [illegible]

[illegible] General Liability Hazards [illegible]

| Description of Hazards [illegible] | Code No. | Premium Bases | [illegible] B.I. |
| --- | --- | --- | --- |
| [illegible] | 72102 | [illegible] | [illegible] |

[illegible]

(a) Area (Sq. Ft.)
(b) Frontage
(c) Remuneration
(d) Receipts
(e) Units
(f) Admissions

INDEPENDENT CONTRACTORS' (indicate specific exposure)

Cost

[illegible]

Page 2

No. [illegible] Named Insured [illegible]

Insurance is afforded in accordance with the applicable coverage part as indicated by the box checked below:

GENERAL LIABILITY INSURANCE — SEE COVERAGE PART L6395a X

OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE — SEE COVERAGE PART L6419X

ADDITIONAL DECLARATIONS

Owned by, rented to or controlled by the named insured (Enter "Same" if Same Location As Address Shown In Item 1 Of Declarations)

[illegible]

in such premises (Check Below)

General Lessee — Tenant — Other [illegible]

SCHEDULE A

[illegible] the following [illegible] are indicated by [C]. The limit of the company's liability against each such [illegible]

[illegible] hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

| Coverages | Limits of Liability | |
|---|---|---|
| | each occurrence | aggregate |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |

Total Advance Premium [illegible]

General Liability Hazards [illegible]

| [illegible] | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | B.I. | P.D. | Bodily Injury | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration (d) Receipts (e) Units (f) Admissions | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration (d) Per $100 of Receipts (e) Per Unit (f) Per 100 Admissions | | | |
| [illegible] (indicate specific exposure) | | Cost | Per $100 of Cost | | | |

SCHEDULE [illegible]

The insurance afforded is only with respect to such of the following Coverages as are [illegible] as stated herein, subject to all the terms of this policy having reference thereto

The following discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise [illegible]

| Coverages | Limits of [illegible] each occurrence | |
|---|---|---|
| A--Bodily Injury Liability | $ 300,000 | $ |
| B--Property Damage Liability | $ 100,000 | $ |

Form numbers of endorsements attached at issue

[illegible]

Total Advance [illegible]

General Liability Hazards

| Description of Hazards | Code No. | Premium Bases | B.I. |
|---|---|---|---|
| Premises - Operations | | | |
| [illegible] & Dry Cleaning-Cleaning or [illegible] | 72202 | (a) 556,354 | |
| [illegible] | | (a) Area (Sq. Ft.) (b) Frontage [illegible] (c) Remuneration (d) [illegible] (e) [illegible] (f) [illegible] | (a) Per 100 [illegible] |
| [illegible] | | Cost [illegible] | [illegible] |
| [illegible] (Coverage Part L6419X) | | (a) Receipts (b) Sales [illegible] | [illegible] |
| [illegible] (Number of Premises) | | Number Inspected | Pr [illegible] |
| [illegible] of Inspection | | | |

E S 100/ C (4, 1-73 (REV. 4-78)

9/24/T[illegible]

Total Advance B.I. and [illegible]

(OVER)

UNDERWRITING

Insured

SCHEDULE A

is only with respect to such of the following Coverages as are indicated by [C]. The limit of the company's liability [illegible] be [illegible] to all the terms of this policy having reference thereto.

all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

| Coverages | Limits of Liability each occurrence | Limits of Liability aggregate | | Advance Premiums |
|---|---|---|---|---|
| [illegible] | $ 300,000 | $ 300,000 | C | $ Incl. |
| Liability | $ 100,000 | $ 100,000 | C | $ Incl. |
| attached at issue | | | | $ |
| | | Total Advance Premium For Schedule A | | $ Included |

General Liability Hazards

| Description of Hazards | Code No. | Premium Bases | Rates B.I. | Rates P.D. | Advance Premiums Bodily Injury | Advance Premiums Property Damage |
|---|---|---|---|---|---|---|
| [illegible] Cleaning-Cleaning [illegible] | 72102 | [illegible]3536,354 (handwritten: [illegible] audit) | Included | | | Included |
| [illegible] | | | Included | | | |
| [illegible] | | (a) [illegible] (b) [illegible] (c) [illegible] (d) [illegible] (e) [illegible] (f) [illegible] | (a) Per 100 [illegible] (b) Per [illegible] (c) Per $100 [illegible] (d) Per $100 [illegible] (e) Per [illegible] (f) Per [illegible] | | | |
| [illegible] | | [illegible] | (a) Per $100 [illegible] (b) Per $100 [illegible] | | | |
| [illegible] Premises) | | Number Insured | Per Landing | | | |
| | | | Total Advance B.I. and P.D. Premiums | | $ Incl. | $ Incl. |

[illegible]/24/[illegible]

(OVER)

UNDERWRITING




This endorsement forms a part of the policy to which attached, effective on the inception date of the policy unless otherwise stated here-

(The following information is required only when this endorsement is issued subsequent to preparation of policy.)

Endorsement effective Policy No. FHP 1946 Endorsement No.

Named Insured

Countersigned by ______________________
(Authorized Representative)

This endorsement modifies such insurance as is afforded by the provisions of any Automobile Liability or General Liability Insurance

## ACTION AGAINST COMPANY AMENDMENT
(Massachusetts)

It is agreed that the clause "nor shall the company be impleaded by the insured or his legal representative" in the Action Against Company [illegible] not apply to any right of impleader under Section 4B of Chapter 231 of the General Laws of Massachusetts. (Chapter 696, Acts of 1964.)

G512 (Ed. 10-66)

## SECTION II — LIABILITY COVERA

| COVERAGE | | | LIMITS OF LIABILITY | | |
|---|---|---|---|---|---|
| [ ] MP-200 (Bodily Injury and Property Damage Combined Single Limit) [ ] Completed Operations-Products [ ] Premises Medical Payments [ ] MP-201 Amendments of Limits of Liability Endorsements | | $ | Each Occurrence | $ | |
| | | $ | Each Person | $ | Ea |
| [ ] Comprehensive General Liability | B.I. | $ 300 000 | Each Occurrence | $ 300 000 | |
| [ ] Manufacturers and Contractors | P.D. | $ 100 000 | Each Occurrence | $ 100 000 | |
| [ ] Owners, Landlords and Tenants | | | | | |
| [ ] Completed Operations-Products Included (Comp) | | | | | |
| [ ] Medical Payments | | $ 500 | Each Person | $ 10 000 | Ea |
| [ ] Personal Injury Liability | | $ | Each Person | $ | Genera |

Hazards [ ] A, [ ] B, [ ] C, [ ] Full Coverage; Insured's Participation

INCREASED LIMIT FOR SPECIFIC JOBS B.I. $ EACH OCCURRENCE $
P.D. $ EACH OCCURRENCE $

Employer's Non-Ownership Auto. Liab. { B.I. $ EACH PERSON $ EACH OCC. P.D. $ EACH OCC.

[ ] OTHER COVERAGES (DESCRIBE AND STATE LIMITS)

| LOC. NO. | BLDG. NO. | LIAB. CLASS CODE | TERR. CODE | SUBLINE | B.I.-P.D. OTHER | AMT. OF DED. | PREM. BASIS | BASIS RATE | RATE DEVELOPMENT* | ADJUSTED RATE | AMOUN OF ... |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #5 | | 92404 .016 | 314 | | BI | | A-1 | 2.10 | x 1.47 : 3.087 x 1.05 = | 3.24 x | 300 |
| | | (w P 1.6) | | | PD | | | .021 | x 2.40 = .050 x 1.05 = | .053 x | |
| #3 | | 92711 | | | BI | | | 6.40 | x 1.47 : 9.41 x 1.05 = | 9.88 x | 1000 |
| | | w P 1.2 | | | PD | | | .045 | x 2.40 = .108 x 1.05 = | .113 x | |
| #4 | | 92711 | | | BI | | | 6.40 | x 1.47 : 9.41 x 1.05 = | 9.88 x | 600 |
| | | | | | PD | | | .045 | x 2.40 = .108 x 1.05 = | .113 x | |
| #6 | | 92711 | | | BI | | | 6.40 | x 1.47 : 9.41 x 1.05 = | 9.88 x | 12,00 |
| | | | | | PD | | | .045 | x 2.40 = .108 x 1.05 = | .113 x | |
| #7 | | 92711 | 008 | | BI | | | 6.30 | x 1.47 : 8.26 x 1.05 = | 9.22 x | 1000 |
| | | | | | PD | | | .045 | x 2.40 = .108 x 1.05 = | .113 x | |
| | | | | | | | | | = | x | |

*Companies have the option of applying the Common Modification (Total) either to the total SMP Premium for all



Form MP-10
(Ed. 7-77)

## SECTION II — LIABILITY COVERAGE

**LIMITS OF LIABILITY**

...h Occurrence $ ........ Aggregate

...h Person $ ........ Each Accident

...h Occurrence $ 300,000 Aggregate

...h Occurrence $ 100,000 Aggregate

...h Person $ 100,000 Each Accident

...h Person $ ........ General Aggregate

OCCURRENCE $ ........ AGGREGATE

OCCURRENCE $ ........ AGGREGATE

........ EACH OCC.

........ EACH OCC.

**COMMON MODIFICATION COMPONENTS**

A. EXPERIENCE MODIFICATION COMPLEMENT ________

B. IRPM/SCHED. MODIF. COMPLEMENT ________

C. EXPENSE MODIFICATION COMPLEMENT ________

D. OTHER (SPECIFY) ________ ________

E. TOTAL (A × B × C × D) ________

**PREMIUM BASIS (Describe if other than stated) INDICATE EXPOSURE**

A. Prem./Op. OLT
B. Prem./Op. M&C ........ 1. Per 100 sq. ft. 2. Per Rental Unit 3. Per $100 Receipts 4. Per $100 Payroll 5. Per Each 6. Per Pupil
C. Completed Operation ........ Per $1000 Receipts
D. Products ........ Per $1000 Sales
E. Owners/Contr. Prot. ........ Per $100 of Cost
F. Contractual ........ Number of Contracts
G. Other (Specify)

| RATE DEVELOPMENT | ADJUSTED RATE | AMOUNT OF EXPOSURE | UNADJ. SMP PREMIUM | PACKAGE MODIF. FACTOR | SMP PREMIUM | COMMON MODIF. TOTAL | MODIFIED SMP PREMIUM | ✓ IF MIN. PREM. |
|---|---|---|---|---|---|---|---|---|
| 2.3 052 x 105 = | 3.24 × | 3000 = | 97 × | .70 = | 68 × | .80 = | 54 | |
| .26 x 105 = | .63 × | = | 25 × | = | 18 | | 14 | ✓ |
| 2.941 x 105 = | 9.88 × | 1000 = | 99 × | = | 69 | | 55 | ✓ |
| .108 x 105 = | .113 × | = | 3 × | = | 2 | | 2 | ✓ |
| 2.941 x 105 = | 9.88 × | 600 = | 59 × | = | 41 | | 33 | |
| .108 x 105 = | .113 × | = | 3 × | = | 2 | | 2 | ✓ |
| 2.941 x 105 = | 9.88 × | 12,000 = | 119 × | = | 83 | | 24 | |
| .108 x 105 = | .113 × | = | 3 × | = | 2 | | 2 | ✓ |
| 2 826 x 105 = | 9.223 × | 1000 = | 97 × | = | 68 | | 54 | |
| .108 x 105 = | .113 × | = | 3 × | = | 2 | | 2 | ✓ |
| | × | = | × | = | | | | |
| | | | | TOTAL | 355 × | = | 292 | |

Increased Limits Basic Charge $________

TOTAL $________

...ification (Total) either to the total SMP Premium for all locations or to each peril individually at each location.

## SECTION II — LIABILITY COVERA

| COVERAGE | | LIMITS OF LIABILITY | | | |
|---|---|---|---|---|---|
| [ ] MP 200 (Bodily Injury and Property Damage Combined Single Limit) | | $ | Each Occurrence | $ | |
| [ ] Completed Operations-Products | | | | | |
| [ ] Premises Medical Payments | | | | | |
| [ ] MP-201 Amendments of Limits of Liability Endorsements | | $ | Each Person | $ | Ea |
| [ ] Comprehensive General Liability | B.I. | $ 300,000 | Each Occurrence | $ 300,000 | |
| [ ] Manufacturers and Contractors | P.D. | $ 100,000 | Each Occurrence | $ 100,000 | |
| [ ] Owners, Landlords and Tenants | | | | | |
| [ ] Completed Operations-Products | | | | | |
| [X] Medical Payments | | $ 1,000 | Each Person | $ 25,000 | Eac |
| [ ] Personal Injury Liability | | $ | Each Person | $ | Genera |

Hazards [ ] A, [ ] B, [ ] C, [ ] Full Coverage; Insured's Participation

INCREASED LIMIT FOR SPECIFIC JOBS B.I. $ EACH OCCURRENCE $
P.D. $ EACH OCCURRENCE $

Employer's Non-Ownership Auto. Liab. { B.I. $ EACH PERSON $ EACH OCC. / P.D. $ EACH OCC.

[ ] OTHER COVERAGES (DESCRIBE AND STATE LIMITS)

| LOC. NO. | BLDG. NO. | LIAB. CLASS CODE | TERR. CODE | SUBLINE | B.I.-P.D. OTHER | AMT. OF DED. | PREM. BASIS | BASIS RATE | RATE DEVELOPMENT | ADJUSTED RATE | AMOUNT OF EXPOSURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #1 | | 72711 | 016 | | BI | | A-1 | 210 | x 1.47 = 3.087 x 1.05 = | 3.241 × | 1000 |
| | | | | | PD | | | 041 | x 2.40 = .060 x 1.05 = | .063 × | |
| #4 | | 72711 | 016 | | BI | | A-1 | 210 | x 1.47 = 3.087 x 1.05 = | 3.241 × | 1200 |
| | | | | | PD | | | 041 | x 2.40 = .060 x 1.05 = | .063 × | |
| #1 | | 72711 | 016 | | BI | | A-1 | 210 | x 1.47 = 3.087 x 1.05 = | 3.241 × | 1200 |
| | | | | | PD | | | 041 | x 2.40 = .060 x 1.05 = | .063 × | |
| #2 | | 72711 | 016 | | BI | | A-1 | 210 | x 1.47 = 3.087 x 1.05 = | 3.241 × | 3000 |
| | | | | | PD | | | 041 | x 2.40 = .060 x 1.05 = | .063 × | |
| #1 | | 72610 | 999 | | BI | | B-4 | .11 | x 1.98 = .218 x 1.05 = | .229 × | 176 315 |
| | | | | | PD | | | 041 | x 1.65 = .039 x 1.05 = | .041 × | |
| | | | | | | | | | = | × | |

*Companies have the option of applying the Common Modification (Total) either to the total SMP Premium for all

Code 72610 Laundromat not Coin Operated
72711 Laundry & Dry Cleaning Receiving Station

Form MP-10
(Ed. 7-77)

## SECTION II — LIABILITY COVERAGE

**LIMITS OF LIABILITY**

Each Occurrence $.________ Aggregate

Each Person $ ________ Each Accident

Each Occurrence $ [illegible] Aggregate

Each Occurrence $ [illegible] Aggregate

Each Person $ [illegible] Each Accident

Each Person $________ General Aggregate

EACH OCCURRENCE $________ AGGREGATE

EACH OCCURRENCE $________ AGGREGATE

$________ EACH OCC.
$________ EACH OCC.

**COMMON MODIFICATION COMPONENTS**

A. EXPERIENCE MODIFICATION COMPLEMENT ________

B. IRPM/SCHED. MODIF. COMPLEMENT ________

C. EXPENSE MODIFICATION COMPLEMENT ________

D. OTHER (SPECIFY) ________ ________

E. TOTAL (A × B × C × D) ________

**PREMIUM BASIS (Describe if other than stated) INDICATE EXPOSURE**

A. Prem./Op. OLT }
B. Prem./Op. M&C } ............ { 1. Per 100 sq. ft. 2. Per Rental Unit 3. Per $100 Receipts 4. Per $100 Payroll 5. Per Each 6. Per Pupil

C. Completed Operation ........ Per $1000 Receipts
D. Products ........ Per $1000 Sales
E. Owners/Contr. Prot. ........ Per $100 of Cost
F. Contractual ........ Number of Contracts
G. Other (Specify)

| RATE DEVELOPMENT | ADJUSTED RATE | AMOUNT OF EXPOSURE | UNADJ. SMP PREMIUM | PACKAGE MODIF. FACTOR | SMP PREMIUM | * COMMON MODIF. TOTAL | MODIFIED SMP PREMIUM | IF MIN. PREM. |
|---|---|---|---|---|---|---|---|---|
| x 142 : 3.017 x 105 = | .324 × | 1000 = | 32 × | .70 = | 22 × | .80 | = 18 | |
| x 240 : .060 x 105 = | .063 × | = | 3 × | = | 2 | | 2 | ✓ |
| x 142 : 3.017 x 105 = | .324 × | 800 = | 26 × | = | 18 | | 14 | |
| x 240 .060 x 105 = | .063 × | = | 3 × | = | 2 | | 2 | ✓ |
| x 142 = 3.017 x 105 = | [illegible] × | 5000 = | 162 × | = | 113 | | 90 | |
| x 240 .060 x 105 = | .063 × | = | 3 × | = | 2 | | 2 | ✓ |
| x 142 : 3.017 x 105 = | .324 × | 3000 = | 97 × | = | 68 | | 54 | |
| x 240 : .060 x 105 = | .063 × | = | 3 × | = | 2 | | 2 | ✓ |
| x 198 : .216 x 105 = | .229 × | 176319 = | 12.74 × | = | 892 | | 714 | |
| x 115 : .039 x 105 = | .041 × | = | 224 × | = | 160 | | 128 | |
| = | × | = | × | = | | | | |
| | | | | TOTAL | 1281 × | = | 1026 | |

**Increased Limits Basic Charge** $________

**TOTAL** $________

* Modification (Total) either to the total SMP Premium for all locations or to each peril individually at each location.

[illegible]

[illegible]

## SECTION II — LIABILITY COVERAGE

**COVERAGE** / **LIMITS OF LIABILITY**

☐ MP-200 (Bodily Injury and Property Damage Combined Single Limit) $________ Each Occurrence $________
☐ Completed Operations-Products
☐ Premises Medical Payments
☐ MP-201 Amendments of Limits of Liability Endorsements $________ Each Person $________ Each

☐ Comprehensive General Liability B.I. $ 300 000 Each Occurrence $ 300 000
☐ Manufacturers and Contractors P.D. $ 100 000 Each Occurrence $ 100 000
☐ Owners, Landlords and Tenants
☐ Completed Operations-Products
☒ Medical Payments Included (General) $ 500 Each Person $ 10 000 Each
☐ Personal Injury Liability $________ Each Person $________ General

Hazards ☐ A, ☐ B, ☐ C, ☐ Full Coverage; Insured's Participation ________

INCREASED LIMIT FOR SPECIFIC JOBS B.I. $________ EACH OCCURRENCE $________
P.D. $________ EACH OCCURRENCE $________

Employer's Non-Ownership Auto. Liab. { B.I. $________ EACH PERSON $________ EACH OCC. P.D. $________ EACH OCC.

☐ OTHER COVERAGES (DESCRIBE AND STATE LIMITS) ________

| LOC. NO. | BLDG. NO. | LIAB. CLASS CODE | TERR. CODE | SUBLINE | B.I.-P.D. OTHER | AMT. OF DED. | PREM. BASIS | BASIS RATE | RATE DEVELOPMENT | ADJUSTED RATE | AMOUNT OF EXPOSURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Board Form CGL | | | | | .15 X 1636 = | 2.45 X | X 50 |
| | | | | | | | | | = | X | |
| | | | | | | | | | = | X | |
| | | | | | | | | | = | X | |
| | | | | | | | | | = | X | |
| | | | | | | | | | = | X | |
| | | | | | | | | | = | X | |
| | | | | | | | | | = | X | |
| | | | | | | | | | = | X | |
| | | | | | | | | | = | X | |
| | | | | | | | | | = | X | |

*Companies have the option of applying the Common Modification (Total) either to the total SMP Premium for al

.15 .345 (15% Gener)
1.081
1636

Form MP-10 (Ed 7/7)

Form MP-10
(Ed. 7-77)

## ...N II — LIABILITY COVERAGE

... OF LIABILITY

$______ Aggregate

$______ Each Accident

$ 300,000 Aggregate

$ 100,000 Aggregate

$ 100,000 Each Accident

$______ General Aggregate

$______ AGGREGATE

$______ AGGREGATE

EACH OCC.

EACH OCC.

**COMMON MODIFICATION COMPONENTS**

A. EXPERIENCE MODIFICATION COMPLEMENT ______

B. IRPM/SCHED. MODIF. COMPLEMENT ______

C. EXPENSE MODIFICATION COMPLEMENT ______

D. OTHER (SPECIFY) ______ ______

E. TOTAL (A × B × C × D) ______

**PREMIUM BASIS (Describe if other than stated)**
**INDICATE EXPOSURE**

A. Prem./Op. OLT
B. Prem./Op. M&C ............ 1. Per 100 sq. ft. 2. Per Rental Unit 3. Per $100 Receipts 4. Per $100 Payroll 5. Per Each 6. Per Pupil

C. Completed Operation ........ Per $1000 Receipts

D. Products ............ Per $1000 Sales

E. Owners/Contr. Prot. ........ Per $100 of Cost

F. Contractual ............ Number of Contracts

G. Other (Specify)

| ...ANT | ADJUSTED RATE | AMOUNT OF EXPOSURE | UNADJ. SMP PREMIUM | PACKAGE MODIF. FACTOR | SMP PREMIUM | COMMON MODIF. TOTAL | MODIFIED SMP PREMIUM | IF MIN. PREM. |
|---|---|---|---|---|---|---|---|---|
| 36 = | 2.41 × | × 80 = | 196 × | = | | | | |
| = | × | = | × | = | | | | |
| = | × | = | × | = | | | | |
| = | × | = | × | = | | | | |
| = | × | = | × | = | | | | |
| = | × | = | × | = | | | | |
| = | × | = | × | = | | | | |
| = | × | = | × | = | | | | |
| = | × | = | × | = | | | | |
| = | × | = | × | = | | | | |
| = | × | = | × | = | | | | |
| | | | | TOTAL | × | = | | |

Increased Limits Basic Charge (incl.) $ 1,214

TOTAL $______

...(total) either to the total SMP Premium for all locations or to each peril individually at each location.

Lents

Graphic Arts

**SMP PREMIUM RECAPITULATION (ALL**

Policy No.: Date

Co.: Co. Part %

Add.:

Ins.: Kleen-It Supr. et al

Add.:

| SECTION I | PREMIUM |
|---|---|
| Fire | $ 2753 |
| Extended Coverage | $ 317 |
| Vandalism & Malicious Mischief | $ 21 |
| Sprinkler Leakage | $ 159 |
| Optional Perils/All Other Perils | $ 1210 |
| Burglary and Theft | $ |
| Inland Marine | $ 2167 |
| Glass | $ 1795 |
| Miscellaneous Section I Coverages | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL SECTION I PREMIUM (Form MP-10) | $ [illegible] |

| |
|---|
| Premises, |
| Premises, |
| Elevator |
| Completed |
| Products |
| Medical P |
| [illegible] |
| Increased |
| OTHER |
| Con |
| TOTAL |
| TOTAL |
| TOTAL |
| TOTAL: |
| TOTAL (INCL. |

Form MP-12 (Ed. 7 77)

[illegible]

PREMIUM RECAPITULATION (ALL LOCATIONS)

Form MP-12
(Ed. 7-77)

| | |
|---|---|
| ari | % |
| | |
| | |
| | |
| | |
| PREMIUM | |
| $ 2753 | |
| $ 312 | |
| $ 21 | |
| $ 119 | |
| $ 1210 | |
| $ | |
| $ 2167 | |
| $ 1295 | |
| $ | |
| $ | |
| $ | |
| $ | |
| $ | |
| $ | |
| $ | |

| SECTION II | PREMIUM |
|---|---|
| Premises/Operations Liability OLT | $ |
| Premises/Operations Liability M&C | $ |
| Elevator | $ |
| Completed Operations | $ |
| Products | $ |
| Medical Payments | $ |
| Comprehensive General Liability | $ 1318 |
| Increased Limits Basic Charge | $ 4 |
| OTHER | |
| Comp Broad Form (G222) | 196 |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL SECTION II PREMIUM (Form MP-10) | $ 1518 |
| TOTAL SECTION III PREMIUM (Form MP-11) | $ |
| TOTAL SECTION IV PREMIUM (Form MP-11) | $ |
| | |
| TOTAL: ALL SECTIONS | 9900 |
| TOTAL PREMIUM - ALL SECTIONS (INCL. TERM ADJUSTMENT) [ ] ANNUAL [ ] THREE YEAR PREPAID [ ] ANNUAL INSTALLMENT [ ] OTHER [ ] SUBJECT TO RERATING | $ 29,550 |

GL 20 11
(Ed. 07 66)

This endorsement forms a part of the policy to which attached, effective on the inception date of the policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of policy.)

Endorsement effective 4-29-81 Policy No. PMP 1946 Endorsement No. 11

Named Insured Kleen-It etas

Additional Premium $ ______

Countersigned by ______
(Authorized Representative)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**
**MANUFACTURERS AND CONTRACTORS LIABILITY INSURANCE**
**OWNERS, LANDLORDS AND TENANTS LIABILITY INSURANCE**
**SMP LIABILITY INSURANCE**
**STOREKEEPERS INSURANCE**

## ADDITIONAL INSURED
(Premises Leased to the Named Insured)

It is agreed that the "Persons Insured" provision is amended to include as an insured the person or organization designated below, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises designated below leased to the named insured, and subject to the following additional exclusions:

The insurance does not apply:

1. to any occurrence which takes place after the named insured ceases to be a tenant in said premises;
2. to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization designated be...

## SCHEDULE

## [illegible]
### (Premises Leased to the Named Insured)

It is agreed that the "Persons Insured" provision is amended to include as an insured the person or organization designated below, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises designated below leased to the named insured, and subject to the following additional exclusions:

The insurance does not apply:

1. to any occurrence which takes place after the named insured ceases to be a tenant in said premises;
2. to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization designated below.

## SCHEDULE

| Designation of Premises (Part Leased to Named Insured) | Name of Person or Organization (Additional Insured) | Annual Premiums | |
|---|---|---|---|
| | | Bodily Injury Liability | Property Damage Liability |
| Location #3<br>293-295 Main St.<br>Acton, Mass. | Action Enterprises Inc<br>297 Main St.<br>Acton, MA. | Inc | Inc |

For attachment to Policy No. FMP    Page ___ of 9    Named Insured KLEEN-IT INC, ETAL

# SCHEDULE B (EXTENSION OF SCHEDULE A OR C)
## GENERAL LIABILITY INSURANCE
SEC II

Indicate the Hazard or Coverage by the identifying letter stated below and by line of business code

- A Premises – Operations
- B Independent Contractors
- C Completed Operations – Products
- D Contractual Liability

| Description of Hazards and/or Designation of Contracts | Code No. | Rates B.I. | Rates P.D. | Premium Bases | Advance Premiums Bodily Injury | Advance Premiums Property Damage |
|---|---|---|---|---|---|---|
| PREMISES/OPS | | Same | | | | |
| LAUNDRIES & DRY CLEANERS - SELF SERVICE (28 CENTRAL SQ, CHELMSFORD, MA) | 72104 | | | r) 3,000. | | |
| LAUNDRY & DRY CLEANING - RECEIVING | 72711 | | | | | |
| STATIONS: | | | | | | |
| #1 - 44 PARK ST, AYER, MA | | | | a) 5,000 | | |
| #2 - 31 CENTRAL AVE, AYER, MA. | | | | a) 3,000 | | |
| #3 - 295 MAIN ST., ACTON, MA. | | | | a) 2,000 | | |
| #4 - 65 DRUM HILL RD, CHELMSFORD, MA. | | | | a) 1,200. | | |
| #5 - 272 HIGH ST., CLINTON, MA | | | | a) 1,000. | | |
| #6 - 224-238 GREAT RD., LITTLETON, MA. | | | | a) 1,000 | | |
| #7 - 45 PARK ST, AYER, MA. | | | | a) 800 | | |
| #8 - 2[illegible] BOSTON POST RD., WAYLAND, MA | | | | a) 600 | | |
| #9 - REAR 44 PARK ST., AYER, MA. | | | | a) 3500. | | |

[illegible] COMPLETED OPS



| Location | | | Amount |
|---|---|---|---|
| #2 - 31 CENTRAL AVE, AYER, MA. | | | a) 3,000 |
| #3 - 295 MAIN ST., ACTON, MA. | | | a) 2,000 |
| #4 - 65 DRUM HILL RD, CHELMSFORD, MA. | | | a) 1,200. |
| #5 - 272 HIGH ST., CLINTON, MA | | | a) 1,000. |
| #6 - 224-238 GREAT RD., LITTLETON, MA. | | | a) 1,000 |
| #7 - 45 PARK ST, AYER, MA. | | | a) 800 |
| #8 - 295 BOSTON POST RD., WAYLAND, MA. | | | a) 600 |
| #9 - REAR 44 PARK ST., AYER, MA. | | | a) 3500. |

PRODS/COMPLETED OPS INCLUDED

Total Advance B. I. & P. D. Premiums

Named Insured

*Insurance is afforded in accordance with the applicable coverage part as indicated by the box checked below

* [X] **COMPREHENSIVE GENERAL LIABILITY INSURANCE**
SEE COVERAGE PART L6395aX

* [ ] **OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE**
SEE COVERAGE PART L6419X

## ADDITIONAL DECLARATIONS

Location of all premises owned by, rented to or controlled by the named insured (Enter "Same" if Same Location As Address Shown in Item 2 Of Declarations)

Interest of named insured in such premises (Check Below)
[ ] Owner [ ] General Lessee [ ] Tenant [ ] Other

Part occupied by named insured (Enter Below)

## SCHEDULE A

The insurance afforded is only with respect to such of the following Coverages as are indicated by [C]. The limit of the company's liability ... stated herein, subject to all the terms of this policy having reference thereto.

The following discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

| Coverages | Limits of Liability each occurrence | Limits of Liability aggregate | | Advance Premiums |
|---|---|---|---|---|
| A - Bodily Injury Liability | $ 300,000 | $ 300,000 | C | $ Incl. |
| B - Property Damage Liability | $ 100,000 | $ 100,000 | C | $ Incl. |
| Form numbers of endorsements attached at issue | | | | $ |
| | | Total Advance Premium For Schedule A | | $ Included |

General Liability Hazards

| Description of Hazards | Code No. | Premium Bases | Rates B.I. | Rates P.D. | Advance Premiums Bodily Injury | Advance Premiums Property Damage |
|---|---|---|---|---|---|---|
| Premises - Operations | | | | | | |
| Laundry & Dry Cleaning or Dyeing | 72102 | d) 556,354 | Included | | Included | |
| Premises Med. Payments | | | Included | | Included | |
| Broad Form Comprehensive (G222) | | | | | | |

No longer 1 Broken out

**Included**

General Liability Hazards

| Description of Hazards | Code No. | Premium Bases | Rates B.I. | Rates P.D. | Advance Premiums Bodily Injury | Advance Premiums Property Damage |
|---|---|---|---|---|---|---|
| Premises - Operations | | | | | | |
| Laundry & Dry Cleaning or Dyeing | 72102 | d)$56,354 | Included | | Included | |
| Premises Med. Payments | | | Included | | Included | |
| Broad Form Comprehensive (G222) | | | Included | | Included | |
| | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration (d) Receipts (e) Units (f) Admissions | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration (d) Per $100 of Receipts (e) Per Unit (f) Per 100 Admissions | | | |
| INDEPENDENT CONTRACTORS (indicate specific exposure) | | Cost | Per $100 of Cost | | | |
| None at inception | | | | | | |
| COMPLETED OPERATIONS - PRODUCTS<br>COMP Coverage Part L6391X must be used with OLT Coverage Part L6419X) | | (a) Receipts (b) Sales | (a) Per $1,000 of Receipts (b) Per $1,000 of Sales | | | |
| Included | | | | | | |
| Escalators (Number at Premises) | | | | | | |
| None at inception | | | | | | |

G222
(Ed. 7-76)

This endorsement forms a part of the policy to which attached, effective on the inception date of the policy unless otherwise stated herein.
(The following information is required only when this endorsement is issued subsequent to preparation of policy.)

Endorsement effective Policy No. FMP 1946 Endorsement No.

Named Insured

Countersigned by ______________________
(Authorized Representative)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE

## BROAD FORM COMPREHENSIVE GENERAL LIABILITY ENDORSEMENT

Schedule

Personal Injury and Advertising Injury Liability
Aggregate Limit shall be the per occurrence bodily injury liability limit unless otherwise indicated herein:
Limit of Liability $______________________ Aggregate.

Limit of Liability—Premises Medical Payments Coverage: $1,000 each person unless otherwise indicated herein:
$______________________ each person

Limit of Liability—Fire Legal Liability Coverage: $50,000 per occurrence unless otherwise indicated herein:
$______________________ per occurrence.

Personal Injury and Advertising Injury Liability

Aggregate Limit shall be the per occurrence bodily injury liability limit unless otherwise indicated herein:

Limit of Liability $__________ Aggregate.

Limit of Liability — Premises Medical Payments Coverage: $1,000 each person unless otherwise indicated herein:

$__________ each person.

Limit of Liability — Fire Legal Liability Coverage: $50,000 per occurrence unless otherwise indicated herein:

$__________ per occurrence.

| Premium Basis | Advance Premium |
|---|---|
| 15 % of the Total Comprehensive General Liability Bodily Injury and Property Damage Premium as Otherwise Determined. | $ Included |

MINIMUM PREMIUM $ Included

I. CONTRACTUAL LIABILITY COVERAGE

(A) The definition of incidental contract is extended to include any contract or agreement relating to the conduct of the named insured's business.

(B) The insurance afforded with respect to liability assumed under an incidental contract is subject to the following additional exclusions:

(1) to bodily injury or property damage for which the insured has assumed liability under any incidental contract, if such injury or damage occurred prior to the execution of the incidental contract;

(2) if the insured is an architect, engineer or surveyor, to bodily injury or property damage arising out of the rendering of or the failure to render professional services by such insured, including

(a) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, and

(b) supervisory, inspection or engineering services;

(3) if the indemnitee of the insured is an architect, engineer or surveyor, to the liability of the indemnitee, his agents or employees, arising out of

(a) the preparation or approval of or the failure to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications, or

(b) the giving of or the failure to give directions or instructions by the indemnitee, his agents or employees, provided such giving or failure to give is the primary cause of the bodily injury or property damage;

(4) to any obligation for which the insured may be held liable in an action on a contract by a third party beneficiary for bodily injury or property damage arising out of a project for a public authority; but this exclusion does not apply to an action by the public authority or any other person or organization engaged in the project;

(5) to bodily injury or property damage arising out of operations, within 50 feet of any railroad property, affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing; but this exclusion does not apply to sidetrack agreements.

(C) The following exclusions applicable to Coverages A (Bodily Injury) and B (Property Damage) do not apply to this Contractual Liability Coverage: (b), (c) (2), (d) and (e).

(D) The following additional condition applies:

Arbitration

The company shall be entitled to exercise all of the insured's rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

SMP CHANGE ENDORSEMENT

Delete Builder's Risk MP1103, $30,000.

Add new statement of values $472,000.

New Blanket Bldg & Cnts rates promulgated f 1.259 EC .192 VM .013

ISO - NOT CORRECT
DEC 28 1981
EXAMINER #34

END NO. 13 LOCATION

In consideration of the foregoing, the policy premiums are amended to read

| Section I | Old Premium | PREMIUMS Add'l [X] / Return [ ] | New Premium |
|---|---|---|---|
| Annual / 3 Year / Prepaid / Deferred | $ 28470 | $ 2004 | $ 30474 |

| Section II | Old Premium | PREMIUMS Add'l [ ] / Return [ ] | New Premium |
|---|---|---|---|
| Annual / 3 Year / Prepaid / Deferred | $ 4818 | $ | $ 4818 |

END. No. 13 LOCATION

In consideration of the foregoing, the policy premiums are amended to read

| | PREMIUMS | | |
|---|---|---|---|
| Annual / 3 Year / Prepaid / Deferred / Section I | Old Premium | X Add'l / ☐ Return | New Premium |
| | $ 28470 | $ 2004 | $ 30474 |
| | $ | $ | $ |

| ☐ Annual ☐ 3 Year ☐ Prepaid ☐ Deferred | PREMIUMS | | |
|---|---|---|---|
| Section II Boiler | Old Premium | ☐ Add'l / ☐ Return | New Premium |
| | $ 4818 | $ | $ 4818 |
| | $ | $ | $ |

PREMIUM RECAPITULATION

| | Additional Premium | Return Premium |
|---|---|---|
| Due at Endorsement Effective Date 10-1-81 | $ 668 | $ |

Premium adjustment if the Premium is payable in annual installments

| Dates Due | Original Installments | Increase | Decrease | Revised Installments |
|---|---|---|---|---|
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |

This endorsement, when countersigned by a duly authorized representative, shall form a part of

Policy No. SMP 1946 Issued by Graphic Arts

Effective Date of Pol 10-1-79 - 82

And shall be effective from 12:01 A M 10-1-81 Standard Time at the address of the named insured

Countersigned at Lowell, Mass. Date 12-3-81 By

Authorized Representative

Name and Address of Insured

Kleen-It, Inc., Sudz-It, Inc.,
Russell D Munroe, John H Campbell,
Care Cleaners, Dud's Launderers
& Cleaners, Dubble-It, Russell D Munro
45 Park Street
Ayer, Mass.

Producer Henrick F Johnson

Producer No. 4898

Named Insured

... is afforded in accordance with the applicable coverage part as indicated by the box checked below

[X] COMPREHENSIVE GENERAL LIABILITY INSURANCE
SEE COVERAGE PART L6395.X

[ ] OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
SEE COVERAGE PART L6413X

## ADDITIONAL DECLARATIONS

Location of all premises owned by, rented to or controlled by the named insured (Enter "Same" if Same Location As Address Shown in Item ... of Declarations)

Interest of named insured in such premises

[ ] Owner [ ] General Lessee [ ] Tenant [ ] Other

Part occupied by named insured

### SCHEDULE A

The insurance afforded is only with respect to such of the following Coverages as are indicated by [C]. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

The following discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

| Coverages | Limits of Liability each occurrence | Limits of Liability aggregate | | Advance Premiums |
|---|---|---|---|---|
| A - Bodily Injury Liability | $ 300,000 | $ 300,000 | C | $ Incl. |
| B - Property Damage Liability | $ 100,000 | $ 100,000 | C | $ Incl. |
| Form numbers of endorsements attached at issue | | | | $ |
| | | Total Advance Premium For Schedule A | | $ Included |

General Liability Hazards

| Description of Hazards | Code No. | Premium Bases | Rates B.I. | Rates P.D. | Advance Premiums Bodily Injury | Advance Premiums Property Damage |
|---|---|---|---|---|---|---|
| Premises - Operations | | | | | | |
| Laundries & Dry Cleaners-Self Service | 72104 | a)3,000 | Included | | Included | |
| #5--25 Central Sq., Chelmsford,MA | | | | | | |
| Laundry and Dry Cleaning-Receiving | 72711 | | | | | |
| Stations: | | | | | | |
| #1--44 Park St., Ayer, MA | | a)5,000 | Included | | Included | |
| #2--31 Central Ave., Ayer, MA | | a)3,000 | Included | | | |
| #3--295 Main St., Acton, MA | | [illegible] | | | | |
| ~~#4--218 Main St.~~ | | | | | | |

| | | | |
|---|---|---|---|
| ...Cleaners-Self Service 72104 | a) 3,000 | Included | Included |
| #5--25 Central Sq., Chelmsford, MA | | | |
| Laundry and Dry Cleaning-Receiving 72711 | | | |
| Stations: | | | |
| #1--44 Park St., Ayer, MA | a) 5,000 | Included | Included |
| #2--31 Central Ave., Ayer, MA | a) 3,000 | Included | Included |
| #3--295 Main St., Acton, MA | a) 1,000 | Included | Included |
| ~~#4--218 Main St., Acton, MA~~ off | a) ~~600~~ | Included | Included |
| #6--65 Drum Hill Rd., Chelmsford MA | a) 1200 | Included | Included |
| #7--272 High St., Clinton, MA | a) 1,000 | Included | Included |
| #8--224-238 Great Rd., Littleton MA | a) 1,000 | Included | Included |
| #9--45 Park St., Ayer, MA | a) 800 | Included | Included |
| #10 ... Boston Post Rd., Wayland | (a) Area (b) Frontage (c) Remuneration (d) Receipts (e) Units (f) Admissions | (a) Per 100 Sq. Ft. (b) Per Linear Foot (c) Per $100 of Remuneration (d) Per $100 of Receipts (e) Per Unit (f) Per 100 Admissions | |
| #11 C... Rear ... Park St. Ayer | | | |
| (continued on Page 2) (Storage) | | | |
| INDEPENDENT CONTRACTORS (indicate specific exposure) | Cost | Per $100 of Cost | |
| COMPLETED OPERATIONS - PRODUCTS (... must be used with OLT Coverage Part L6419X) | ... | ... Per $1000 of Receipts ... Per $1000 of Sales | |
| (Escalators - Number at Premises) | Number ... | Per Landing | |

9/24/79bp/pb2

Total Advance B.I. and P.D. Premiums $

PRODUCER

surance Agency, Inc. | Producer's 48

COMPANY ☒ GRAPHIC ARTS MUTUAL INSU...

NEW HARTFORD, NEW YORK

#4898
Henrick F. Johnson
448 Gorham Street
Lowell, MA
01852

New
Renewal of Number

Street, Town, County, State, Zip)
Buds-It, Inc., Russell D.
Campbell, Cara Cleaners, Dad's Launderers & Cleaners,
D. Munro
Ayer, MA

To 10/1/82 Noon Standard Time at location of designated premises.
OR ITS LOCAL AGENT AT ONCE IN WRITING

☒ Corporation ☐ Joint Venture ☐ Other:

Laundry & Dry Clean

Occupancy of Premises

(Service)

Subject to Audit

AUDIT TERR. N.A.

Supplemental Declarations attached.

designated premises and with respect to those coverages and kinds of property for which a specific limit of liability this policy including forms and endorsements made a part hereof.

| % | Personal Property of the Insured | Personal Property of Others | DEDUCTIBLE each occurrence | aggregate each occurrence |
|---|---|---|---|---|
| % | 80 % | % | $ 500. | $ |
| | Blanket $179,500 | $ | If no deductible stated above, the deductible shall be | |
| | $ | $ | $100 each occurrence | $1,000 aggregate each occurrence |
| | $ | $ | | |

SMP Form MP 200

Property Damage Liability

Single Limit

aggregate

| Premises Medical Payments each person | each accident |
|---|---|
| $ 500 | $ 10,000 |

| Bodily Injury Liability | Property Damage Liability | Premises Medical Payments |
|---|---|---|

IF NO LIMIT SHOWN FOR MP-200 REFER TO COVERAGE PART OR ENDORSEMENT

By ☒ ☐ Annual ☐ Semi-Annual ☐ Quarterly ☐ Monthly ☐ Other:

COVERAGE

as stated in the endorsement, made part of this Policy, if indicated by ☒

policy at time of issue: (NUMBER, NO. AND EDITION DATE OF FORM APPLICABLE TO SECTIONS AS INDICATED)

List all those forms and endorsements which apply to both Section I and Section II including the General Conditions:

Cid #9

MP (7/77) MP101 (7/77) MP170 (7/77) MP174 (7/77) MP179 (7/77)
MP22 (7/77) SM1052 SM1140 IS6256 MP192 (7/77)
G222 G512

a. Section IV—

45 Park Street, Ayer, MA

Item 2. Policy Period: 3 Years

From 10/1/79 To 10/1/82 Noon Standard Time at location

IN CASE OF FIRE NOTIFY THE COMPANY OR ITS LOCAL AGENT AT ONCE IN WRITING

Item 3. The Named Insured is:

☐ Individual ☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Other:

No. 1 See Schedule Attached

Subject to Audit

AUDIT TERR. N. A.

No. 3

☐ Additional buildings or premises as designated on Supplemental Declarations attached.

Item 5. Insurance is provided with respect to the designated premises and with respect to those coverages and kinds of property for which a [illegible] is shown, subject to all of the terms of this policy including forms and endorsements made a part hereof.

| SECTION I PROPERTY COVERAGE | | | Building(s) | Personal Property of the Insured | Personal Property of Others | DEDUCTIBLE each occurrence | aggregate each [illegible] |
|---|---|---|---|---|---|---|---|
| Coinsurance Percentage Applicable | | | 90 % | 90 % | % | $ 500. | $ |
| Limit of Liability | Loc. No. | Bldg. No. | Blanket | Blanket | | If no deductible stated above, the deductible [illegible] | |
| | 1 | 33 | $ 220,800 | $ 179,500 | $ | | |
| | | | $ | $ | $ | $100 | $1,000 |
| | | | $ | $ | $ | each occurrence | aggregate each |

Additional Cov. (Specify)

| SECTION II LIABILITY COVERAGE | SMP Form MP-200 Bodily Injury and Property Damage Liability Combined Single Limit | | Premises Medical Payments | | Bodily Injury Liability | Property [illegible] |
|---|---|---|---|---|---|---|
| Limit of Liability | each occurrence $ See 881007C | aggregate | each person $ 500 | each accident $ 10,000 | IF NO LIMIT MP-200 REFER PART OR | |

Additional Cov. (Specify)

Audit Period: Non-Auditable Unless Indicated By ☒ ☐ Annual ☐ Semi-Annual ☐ Quarterly ☐ Monthly ☐

☐ SECTION III—CRIME COVERAGE

☐ SECTION IV—BOILER AND MACHINERY COVERAGE

As stated in the endorsement, made part of this Policy, if [illegible]

6. Forms and Endorsements made part of this policy at time of issue: (INSERT NO. AND EDITION DATE OF FORM APPLICABLE TO SECTIONS [illegible]) General Conditions, Form MP-4 (Ed. 7/77). List all those forms and endorsements which apply to both Section I and Section II including [illegible]

Section I: [illegible] MP101 (7/77) MP101A (7/77) MP170 (7/77) MP174 (7/77) MP21 (7/77) 881220 MP22 (7/77) 881082 881140 IS0250 [illegible] 881007C G222 G512

Section IV—

7. Mortgage Interest: Subject to the mortgage provisions (lines 87 to 104 herein) loss, if any, shall be payable to: (NAME AND [illegible])

Loc. #2 Union National Bank, Main St., Ayer, MA

Loc. #5 North Middlesex Savings Bank, Main St., Ayer, MA

The Total Advance Premium is: (ENTER BELOW)

$ 29,820.00 and is payable $ 9,940.00 at inception, and $ 9,940.00 at each anniversary.

☐ NOT APPLICABLE Unless indicated by an X in the box as "NOT APPLICABLE", the premium for installments [illegible] ment shall be subject to adjustment on the basis of the rates in effect at each anniversary date.

[illegible]ature Date 9/24/79 Agency at Lowell, MA

Authorized [illegible]

[illegible] deration of the premium, insurance is provided the named insured with respect to the designated premises shown in Item 4 above [illegible] kinds of property for which a specific limit of liability is shown, subject to all of the terms of this policy including forms and [illegible]

[illegible]3 (Ed. 7-77) (Mass.) 19-D-SMP-C (Mass.) Ed. 7-77

UNDERWRITING

...ell D. Munro
Ayer, MA

To 10/1/82 Noon Standard Time at location of designated premises.

...ANY OR ITS LOCAL AGENT AT ONCE IN WRITING

[x] Corporation [ ] Joint Venture [ ] Other: Laundry & Dry Clean...

Occupancy of Premises (Service)

Subject to Audit

AUDIT TERR. N. A.

... as designated on Supplemental Declarations attached.

... designated premises and with respect to those coverages and kinds of property for which a specific limit of liability ... this policy including forms and endorsements made a part hereof.

| | Personal Property of the Insured | Personal Property of Others | DEDUCTIBLE each occurrence | DEDUCTIBLE aggregate each occurrence |
|---|---|---|---|---|
| % | 90 % | % | $ 500. | $ |
| | Blanket $ 179,500 | $ | If no deductible stated above, the deductible shall be $100 each occurrence | $1,000 aggregate each occurrence |
| | $ | $ | | |
| | $ | $ | | |

SMP Form MP200

| Property Damage Liability Single Limit aggregate | Premises Medical Payments each person | Premises Medical Payments each accident | Bodily Injury Liability | Property Damage Liability | Premises Medical Payments |
|---|---|---|---|---|---|
| ...0072 | $ 500 | $ 10,000 | IF NO LIMIT SHOWN FOR MP-200 REFER TO COVERAGE PART OR ENDORSEMENT | | |

By [x] [ ] Annual [ ] Semi-Annual [ ] Quarterly [ ] Monthly [ ] Other:

As stated in the endorsement, made part of this Policy, if indicated by [x]

COVERAGE

... policy at time of issue: (INSERT NO. AND EDITION DATE OF FORM APPLICABLE TO SECTIONS AS INDICATED)

List all those forms and endorsements which apply to both Section I and Section II including the General Conditions

...MP101A(7/...) MP170(7/77) MP174(7/77) MP179(7/77) ...(7/77) BR1052 BR1140 IS6250 MP192(7/77)

... Section IV

... (name) herein Loss, if any, shall be payable to: (NAME AND ADDRESS) (ENTER BELOW)

... Ayer, MA

... Bank, Main St., Ayer, MA

payable $ ... at inception, and $ 9,940.00 at each anniversary.

9,940.00 ... NOT APPLICABLE ... the premium for installments subsequent to the initial installment ... subject to adjustment on the basis of the rates in effect at each anniversary date.

Agency at Lowell, MA

Authorized Representative

... the named insured with respect to the designated premises shown in Item 4 above and ... limit of liability is shown, subject to all of the terms of this policy including forms and endorsements made a part 9/24/79bn/pb

I-D-SMP-C (Mass.) (Ed. 7/77)

UNDERWRITING

| | | | Property Damage |
|---|---|---|---|
| ...Cleaners-Self Service 72104<br>#5--25 Central Sq., Chelmsford, MA | a) 3,000 | Included | Included |
| Laundry and Dry Cleaning-Receiving 72711 | | | |
| Stations: | | | |
| #1--44 Park St., Ayer, MA | a) 5,000 | Included | Included |
| #2--31 Central Ave., Ayer, MA | a) 3,000 | Included | Included |
| #3--295 Main St., Acton, MA | a) 1,000 | Included | Included |
| ~~#4--218 Main St., Acton, MA~~ off | a) ~~600~~ | ~~Included~~ | Included |
| #6--65 Drum Hill Rd., Chelmsford MA | a) 1200 | Included | Included |
| #7--272 High St., Clinton, MA | a) 1,000 | Included | Included |
| #8--224-238 Great Rd., Littleton MA | a) 1,000 | Included | Included |
| #9--45 Park St., Ayer, MA | a) 800 | Included | Included |
| #10 ... Boston Post Rd., Wayland | | | |
| C Rear 44 Park St Ayer (Storage) | | | |
| (continued on Page 2) | | | |
| INDEPENDENT CONTRACTORS (indicate specific exposure) | Cost | Per $100 of Cost | |
| COMPLETED OPERATIONS - PRODUCTS (... must be used with OLT Coverage Part L6419X) | ... Sales | Per $100 of Receipts / Per $1000 of Sales | |
| Escalators (Number at Premises) | Number ... | Per Landing | |

(a) Area (b) Frontage (c) Remuneration (d) Receipts (e) Units (f) Admissions

(a) Per 100 Square Feet (b) Per Linear Foot (c) Per $100 of Remuneration (d) Per $100 of Receipts (e) Per Unit (f) Per 100 Admissions

9/24/79bp/pb2

Total Advance B.I. and P.D. Premiums $

PRODUCER