# United States District Court
# District of Massachusetts

KLEENIT, INC
    Plaintiff,

v.                                             CIVIL ACTION NO. 04-10351-RBC

UTICA NATIONAL INSURANCE GROUP, and
TRAVELERS PROPERTY AND CASUALTY
    Defendants.

## FURTHER SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

    The Court enters the within Further Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

    (1)    The plaintiff shall serve reports of its experts in full compliance with Rule 26(a)(2)(B), Fed. R. Civ. P., *on or before the close of business on Monday, September 17, 2007*; the defendants shall serve reports of their experts in full compliance with Rule 26(a)(2)(B), Fed. R. Civ. P., *on or before the close of business on Friday, November 16, 2007*.

    (3)    Expert depositions shall be COMPLETED *on or before the close of*

*business on Friday, January 11, 2008.*

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

August 9, 2007.