# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-10351-RBC

| | |
|---|---|
| KLEENIT, INC., | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| UTICA NATIONAL INSURANCE GROUP, and | ) |
| TRAVELERS PROPERTY AND CASUALTY, | ) |
| Defendants | ) |

## NOTICE OF
## WITHDRAWAL OF APPEARANCE
## OF COUNSEL FOR UTICA NATIONAL INSURANCE GROUP

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the Defendant, Utica National

Insurance Group, in the above-captioned matter.

/s/M. Therese Roche
M. Therese Roche        BBO #423810
TUCKER, HEIFETZ & SALTZMAN, LLP
100 Franklin Street
Boston, MA 02110
617-557-9696        FAX 617-227-9191
Dated:        August 13, 2007