UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 - RBC

| | |
|---|---|
| KLEENIT, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SENTRY INSURANCE COMPANY,<br>ROYAL & SUN ALLIANCE,<br>UTICA NATIONAL INSURANCE GROUP, and<br>TRAVELERS PROPERTY AND CASUALTY | ) ) ) ) ) |
| Defendants. | ) ) |

**KLEENIT'S ASSENTED TO MOTION TO EXTEND DEADLINE
TO SUBMIT ITS EXPERT REPORT**

Plaintiff Kleenit, Inc. ("Kleenit") hereby requests that this Court extend Kleenit's existing September 17, 2007deadline for filing and serving full and complete reports of experts by seven (7) days to September 24, 2007, to allow Kleenit's experts to complete preparation of its reports. As grounds in support of this motion, Kleenit states as follows:

1. This is a complex insurance coverage action, involving alleged environmental contamination at three separate sites. Kleenit has utilized multiple environmental experts at each of the three sites, each presenting its own unique environmental problem.

2. Due to the complexity of the matter and the significant effort to ensure a full and complete expert report from each of the experts, as well as ongoing settlement

discussions between the parties, Kleenit is unable to complete the expert reports prior to the existing deadline.

     3.     The Defendant Travelers Property and Casualty and Utica National Insurance Group have assented to this request for an extension.

     4.     No party will suffer prejudice as a result of the proposed extension, as Defendants expert reports are not due until November 16, 2007.

WHEREFORE, Kleenit requests a seven (7) days extension to submit its expert reports, and such other and further relief as the Court deems just and proper.

Respectfully submitted,

KLEENIT, INC.

By its Attorney,

/Donald P. Nagle/
Donald P. Nagle, Esq. (BBO # 553544)
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, Massachusetts 02360
(508) 732-8970

September 17, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2007, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to the following: Richard E. Heifetz, Esq., Tucker, Heifetz & Saltzman, LLP, 100 Franklin Street, Boston, MA 02110 and Joseph S. Berman, Esq., Looney & Grossman, LLP
101 Arch Street, Boston, MA 02110.

/Donald P. Nagle/