**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 04 10351 - RBC**

|   |   |
|---|---|
| KLEENIT, INC. | ) |
|   | ) |
| Plaintiff, | ) |
|   | ) |
| v. | ) |
|   | ) |
| SENTRY INSURANCE COMPANY, | ) |
| ROYAL & SUN ALLIANCE, | ) |
| UTICA NATIONAL INSURANCE GROUP, and | ) |
| TRAVELERS PROPERTY AND CASUALTY | ) |
|   | ) |
| Defendants. | ) |

**KLEENIT INC.'S EXPERT WITNESS DISCLOSURE STATEMENTS**
**UNDER RULE 26(A)(2)**

Plaintiff Kleenit, Inc. ("Kleenit") intends to call the following persons to testify as expert witnesses:

1. Thomas J. Stevenson, Ph. D.
   Ambient Engineering, Inc.
   100 Main Street
   Concord, Massachusetts 01742

Kleenit intends to call Mr. Stevenson to testify as an expert witness regarding the underlying claims arising from the release of contaminants at the Wayland, Massachusetts site, including site investigation, assessment, mitigation, and response actions taken or planned at the Site. Mr. Stevenson's expert witness report and exhibits are attached as Exhibit 1.

2. Mark A. Germano, LSP
   Coler & Colantonio
   101 Accord Park Drive
   Norwell, MA 02061
   (781) 982-5429

Kleenit intends to call Mr. Germano to testify as an expert witness regarding the underlying claims arising from the release of contaminants at the Acton, Massachusetts site, including site investigation, assessment, mitigation, and response actions taken at the Site. Mr. Germano's expert witness report and exhibits are attached as Exhibit 2.

3. Denis W. D'Amore, P.E., Ph.D., LSP
   D'Amore Associates, Inc.
   148 Ponakin Road
   Lancaster, Massachusetts 01523

Kleenit intends to call Mr. D'Amore to testify as an expert witness regarding the underlying claims arising from the release of contaminants at the Chelmsford, Massachusetts site, including site investigation, assessment, mitigation, and response actions taken at the Site. Mr. D'Amore's expert witness report and exhibits are attached as Exhibit 3.

Kleenit reserves its right to supplement, revise or otherwise append the attached expert witness statements and attachments thereto or to add or supplement its list of expert witnesses that it intends to call as expert witnesses at trial, as circumstances so require.

Respectfully submitted,

KLEENIT, INC.

By its Attorney,

  /Donald P. Nagle/
Donald P. Nagle, Esq. (BBO # 553544)
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, Massachusetts 02360
(508) 732-8970

September 24, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 24th day of September, 2007, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to the following: Richard E. Heifetz, Esq., Tucker, Heifetz & Saltzman, LLP, 100 Franklin Street, Boston, MA 02110 and Joseph S. Berman, Esq., Looney & Grossman, LLP 101 Arch Street, Boston, MA 02110.