# PHASE II COMPREHENSIVE SITE ASSESSMENT
# PHASE III IDENTIFICATION, EVALUATION AND SELECTION OF REMEDIAL ACTION ALTERNATIVES AND REMEDIAL ACTION PLAN

Wayland Cleaners
298 Boston Post Road
Wayland, Massachusetts 01778-1823

DEP Release Tracking Number 3-04803

**Prepared for**

Wayland Cleaners & Launderers, Inc.,
298 Boston Post Road
Wayland, Massachusetts 01778-1823

R&E Realty Trust
20 Hickory Hill Road
Wayland, Massachusetts 01778-1823

Kleenit, Inc.
4 Park Street
Ayer, MA 01433

**Prepared by**

Ambient Engineering, Inc.
100 Main Street
Concord, Massachusetts

April 2006
Project Number 12-12



TABLE OF CONTENTS

SECTION                                                                    PAGE

1.0     INTRODUCTION ..................................................................................1
1.1     Regulatory Background ......................................................................1
1.2     Description of Release ......................................................................1

2.0     SITE DESCRIPTION ...........................................................................2
2.1     Disposal Site Description.................................................................2
2.2     Identification of Soil and Groundwater Categories ...............................2
2.3     Site Utilities .................................................................................3
2.4     Adjacent Land Use...........................................................................3

3.0     SITE HISTORY ..................................................................................4
3.1     Summary of Historical Site Activity ...................................................4
3.2     History of Use of Oil and/Or Hazardous Materials (OHM) ...................4

4.0     SITE HYDROGEOLOGICAL CHARACTERISTICS AND INVESTIGATIONS5
4.1     Geology...........................................................................................5
4.2     Hydrogeology ..................................................................................5
4.3     Groundwater Flow Velocity ..............................................................5
4.4     Soil Investigations..........................................................................6
4.5     Groundwater Investigations ..............................................................7
4.6     Surface Water Investigations ............................................................9
4.7     Soil Gas Investigations ....................................................................9
4.8     Indoor and Ambient Air Investigations ..............................................9
4.9     Sump Water Sampling-304 Boston Post Road (RTN 3-25637) ...........10
4.10    Sump Water Sampling-310 Boston Post Road ...................................11

5.0     NATURE AND EXTENT OF OIL AND/OR HAZARDOUS MATERIAL.......12
5.1     Potential Sources of OHM ...............................................................12
5.2     Nature and Extent of Release of OHM in Soil ...................................12
5.3     Nature and Extent of Release of OHM in Groundwater........................12
5.4     Nature and Extent of Release of OHM in Soil Gas, Indoor and Ambient Air ......13

6.0     ENVIRONMENTAL FATE AND TRANSPORT OF OHM...............................15
6.1     Evaluation of Exposure Pathways ....................................................15

7.0     RISK CHARACTERIZATION ..............................................................17
7.1     Human Receptors.............................................................................17
7.2     Site Activity and Use ......................................................................17
7.3     Foreseeable Activities and Uses .......................................................17
7.4     Groundwater and Soil Categories ......................................................18
7.5     Identification of Exposure Points ......................................................18
7.6     Identification of Exposure Pathways .................................................18
7.7     Exposure Assessment.......................................................................19
7.8     Exposure Point Concentration for Soil ..............................................19

TABLE OF CONTENTS

SECTION                                                                          PAGE

7.10  Exposure Point Concentration for Groundwater ........................................19
7.11  Exposure Point Concentration for Indoor Air..........................................20
7.12  Imminent Hazard Evaluation-310 Boston Post Road ..............................20
7.13  Evaluation of Soil Gas Data............................................................20
7.15  Characterization of Risk of Harm To Public Welfare ...........................21
7.16  Characterization of Risk of Harm To the Environment..........................21
7.17  Elimination and/or Control of OHM ...................................................21
7.18  Conclusions..................................................................................21

8.0   CONCEPTUAL SITE MODEL ...........................................................23

9.0   PHASE III IDENTIFICATION AND EVALUATION OF REMEDIAL
      ACTION ALTERNATIVES .................................................................24
9.1   Monitored Natural Attenuation (MNA)...............................................24
9.2   Soil Vapor Extraction (SVE) and Air Sparge (AS) .............................25
9.3   In-Situ Remediation Technologies ....................................................27
9.4   Groundwater Extraction/Recovery and Treatment ("Pump and Treat") .............29
9.5   Excavation and Dewatering .............................................................30
9.6   Surfactant/CoSolvent Flushing ........................................................31
9.7   Phytoremediation ..........................................................................31
9.8   Containment..................................................................................31
9.9   Granulated Activated Carbon Adsorber Units.....................................31

10.0  CONCLUSIONS AND SELECTION OF REMEDIAL ACTION
      ALTERNATIVE...............................................................................33

11.0  CONCLUSIONS AND LSP OPINION.................................................34

12.0  PRESUMPTIVE CERTAINTY............................................................35

13.0  MCP NOTIFICATIONS....................................................................36

14.0  REFERENCES ...............................................................................37

15.0  LIMITATIONS................................................................................38

## TABLE OF CONTENTS

SECTION                                                                    PAGE


LIST OF TABLES

TABLE 1      Post-Excavation Soil Results
TABLE 2      Soil Results
TABLE 3      Groundwater Results
TABLE 4      Soil Gas Results
TABLE 5      Indoor and Ambient Air Results
TABLE 6      Sump Water Results
TABLE 7      Elevation Survey and Depth to Water
TABLE 8      Soil EPCs
TABLE 9      Groundwater EPCs
TABLE 10     Indoor Air EPCs
TABLE 11     Remedial Technology Screening

LIST OF FIGURES

FIGURE 1     Locus Map
FIGURE 2     Site Plan
FIGURE 3     Town of Wayland Map
FIGURE 4     PCE Concentrations in Groundwater-March 2006
FIGURE 5     PCE Concentrations in Groundwater-March to October 2005
FIGURE 6     PCE Concentrations in Groundwater-March 2004
FIGURE 7     PCE Concentrations in Groundwater-January to August 2003
FIGURE 8     Groundwater Contours-March 2006
FIGURE 9     Groundwater Contours-October 2005
FIGURE 10    Groundwater Contours-April 2005
FIGURE 11    Area of Cross-Section
FIGURE 12    Cross-Section (A-A')

APPENDICES

Appendix A   BWSC 108-Phase II Comprehensive Site Assessment
Appendix B   Soil Boring and Well Construction Logs
Appendix C   Soil Laboratory Analytical Reports
Appendix D   Groundwater Laboratory Analytical Reports
Appendix E   Surface Water Analytical Reports
Appendix F   Soil Gas Analytical Reports
Appendix G   Indoor and Ambient air Analytical Reports
Appendix H   Stage I Screening
Appendix I   Soil Gas Screening-Johnson-Ettinger Model
Appendix J   IH Evaluation-310 Boston Post Road
Appendix K   Notifications to Property Owners and Public Office
Appendix L   Public Notice

## 1.0    INTRODUCTION

On behalf of R&E Realty Trust, Wayland Cleaners & Launders, Inc., and Kleenit, Inc. (Wayland Cleaners), Ambient Engineering, Inc. (Ambient) presents this document in support of a Phase II Comprehensive Site Assessment and Phase III Identification, Evaluation and Selection of Remedial Action Alternatives and Remedial Action Plan (RAP). A portion of the site (hereinafter referred to as "Site") is located at 298 Boston Post Road in Wayland, Massachusetts that is comprised of an approximate 0.25-acre commercial parcel. This portion of the Site currently operates as Wayland Cleaners; there has been a dry cleaner there since the late 1970's. The Site also includes portions of 304, 310 and 326 Boston Post Road, along with an area of the Massachusetts Highway Department right-of-way along Route 20.    Figure 1 is a Locus Map and Figure 2 is a Site Plan, which shows the approximate Site boundary.

### 1.1    Regulatory Background

MyKroWaters, Inc. prepared a Phase I Initial Site Investigation Report for the Site in April 2004, which included a Tier Classification. Based on the Numerical Ranking System (NRS) Scoresheet score of 282, the Site was classified as "Tier 1C'. A Tier I Permit application was included as part of the Phase I Report.

The Massachusetts Department of Environmental Protection-Bureau of Waste Site Cleanup (DEP-BWSC) Transmittal Form 108 is attached as Appendix A.

### 1.2    Description of Release

In June 2002, the Massachusetts Department of Environmental Protection (DEP) issued a Request For Information (RFI) to Wayland Cleaners, in association with concentrations of chlorinated Volatile Organic Compounds (VOCs) detected at Baldwin Pond. Baldwin Pond is a public drinking water source area located approximately one mile north/northwest of the Site. Wayland Cleaners responded to the RFI in November 2002, which included providing DEP with an inventory of tetrachloroethylene (PCE) usage at the Site.

DEP conducted subsurface investigations at the Site in January 2003, during which concentrations of tetrachloroethylene (PCE) and trichloroethylene (TCE) were detected in groundwater at levels exceeding Massachusetts Contingency Plan (MCP) Reporting Concentrations (RCs). DEP issued a Notice of Responsibility to the Site on April 9, 2003. A Release Notification Form (RNF) was submitted to DEP on June 5, 2003. DEP assigned Release Tracking Number (RTN) 3-22753 to the Site.

A Site Locus Map is included as Figure 1. Figure 2 is a Site Plan, which depicts pertinent Site details.

## 2.0    SITE DESCRIPTION

The release at the Site occurred at 298 Boston Post Road in Wayland, Massachusetts. This property is comprised of an approximate 0.25-acre parcel that contains an approximate 2,500 square foot commercial building. The western portion of the building is occupied by Wayland Cleaners and the eastern portion of the building is occupied by Kabloom florist.

### 2.1    Disposal Site Description

The Site boundary of RTN 3-22753 (Figure 2) was determined in accordance with the definition of "disposal site" per 310 CMR 40.0006. The disposal Site boundary is comprised of an approximate 36,000 square foot area and an approximate 2,200 square foot area that includes soil and groundwater sampling points at which concentrations of chlorinated VOCs were detected during subsurface investigations at the Site. Based on the results of subsurface investigations conducted at the property and at off-Site locations, there appears to be two separate chlorinated VOC plumes:

- The northern plume is situated along the northern portion of 298 Boston Post Road. The plume extends westerly and southwesterly to a driveway of 300 Boston Post Road (Wayland Power Equipment); to the northern and eastern portions of an office property at 304 Boston Post Road, and westerly to the northern portion of a commercial and residential property at 310 Boston Post Road and to a westerly abutting stream at 326 Boston Post Road.

- A southern plume is situated within the vicinity of a former septic leaching field located at the southern portion of 298 Boston Post Road. This plume extends southwesterly to Route 20/Boston Post Road.

### 2.2    Identification of Soil and Groundwater Categories

Site groundwater is designated as "GW-1", since the Site is located within a Zone II aquifer protection area. Figure 3 is a copy of the Town of Wayland's map that shows the Site located within the Town's Aquifer Protection District and Zone II. Groundwater category "GW-2" also applies, since groundwater is located within 15 feet below ground surface (bgs) and within 30 feet of an occupied structure. Groundwater is also designated as "GW-3", since Site groundwater discharges to surface water.

Site soil is designated as follows:

- Soil category "S-1" is not applicable to Site soil since the Site is paved and/or covered by a building footprint and children are not present at a high intensity and high frequency, as defined by the MCP.

- Soil category "S-2" is not applicable to Site soil since the Site is paved and/or

covered by a building footprint and children are not present at a high frequency/low intensity or low frequency/high intensity. Although adults may be present at a high frequency, they are not present at a high intensity.

- Since Site soil is potentially accessible and encountered by children at a low frequency/low intensity and by adults at a high frequency/low intensity, soil category "S-3" is applicable.

## 2.3    Site Utilities

Utilities at Site buildings are described as follows:

- The Site building at 298 Boston Post Road is serviced with municipal water and sewer, which connect to the Site from Boston Post Road. The Site contains an inactive septic system leaching field, located along the southern portion of the Site. Overhead electric and telephone lines also connect to the Site from Boston Post Road. The Site building is heated by fuel oil.

- The building at 304 Boston Post Road is serviced with municipal water and sewer, which connect to the Site from Boston Post Road. The property contains an inactive septic system leaching field, located along the northern portion of the Site. Overhead electric and telephone lines also connect to the Site from Boston Post Road. The Site building is heated by natural gas.

- The building at 310 Boston Post Road is serviced with municipal water and sewer, which connect to the Site from Boston Post Road. The property may have an inactive septic system leaching field, located along the northern portion of the Site. Overhead electric and telephone lines also connect to the Site from Boston Post Road. The Site building is heated by natural gas.

- Utilities at 300 Boston Post Road are unknown, since the property owner did not provide access to Ambient. Based on historic documents on file at the Town of Wayland, the property contains an active septic leaching field at the southern portion of the property.

- Utilities at 326 Boston Post Road are unknown.

## 2.4    Adjacent Land Use

The Site is located within an area of commercial usage. The Site is abutted to the northwest by New England Ballet; to the east by Somerby's Hair Salon, beyond which is State Road Auto Body; to the south by Boston Post Road, beyond which is a shopping center; and to the west by a bank.

## 3.0    SITE HISTORY

### 3.1    Summary of Historical Site Activity

According to an Environmental Site Assessment Report, prepared by MyKroWaters, Inc. in September 2003, the existing Site building at 298 Boston Post Road was constructed in 1970. The property was owned by Cumberland Farms in the late 1970's. The western portion of the Site building has been used as a dry cleaner since 1978.

### 3.2    History of Use of Oil and/Or Hazardous Materials (OHM)

According to the US Environmental Protection Agency RCRIS database, the property at 298 Boston Post Road (Wayland Cleaners) is listed as a Conditionally Exempt Small Quantity Generator (CESQG) of hazardous waste. According to The MyKroWater's Phase I Report (2003), four violations occurred. The violations occurred in 1996 and were associated with container management and satellite accumulation of drums and containers. All of the issues were subsequently determined to be in compliance.

A release of PCE to indoor air occurred at 304 Boston Post Road on February 2, 2006. This release was designated a Condition of Imminent Hazard (IH) and addressed under RTN 3-25637. Ambient prepared an Immediate Response Action (IRA) Plan and IH Evaluation, which was submitted to DEP by April 2, 2006. Ambient also prepared Form BWSC-107 to link the RTN to RTN 3-22753. There are no other documented releases at the Site and the actual cause of the known release and the date of the release have not been identified.

## 4.0     SITE HYDROGEOLOGICAL CHARACTERISTICS AND INVESTIGATIONS

### 4.1     Geology

Site soils are comprised mainly of well-graded sand to approximately 3 feet below grade surface (bgs), underlain by silt and clay to at least 20 feet bgs.

Bedrock was not encountered during subsurface investigations at the Site. According to the 1983 Bedrock Geology Map of Massachusetts, bedrock is comprised of diorite and gabbro of the Proterozoic Z age, including metamorphosed mafic to felsic flow and volcaniclastic and hypaabysmal intrusive rocks.

### 4.2     Hydrogeology

Depth to groundwater at the Site ranges from approximately 4 to 6 feet below ground surface (bgs) and flows in a westerly/southwesterly direction, based on the results of recent elevation surveys (Figure 3). According to the Town of Wayland Map, (Figure 4), the Site is located within an Aquifer Protection District, thereby classifying groundwater as "GW-1" under the MCP.

### 4.3     Groundwater Flow Velocity

Using the following equation for Darcy's Law, hydraulic conductivity was calculated by Ambient for select Site wells.

$$K = \frac{-Q}{A \ (dh/dl)} \quad where$$

$K =$ *Hydraulic conductivity*
$Q = \Delta h$ *(difference in hydraulic head)*
$A =$ *Cross-sectional area* $(L^2)$
$dh/dl =$ *Hydraulic gradient*

Based on 2006 groundwater gauging data, for the two shallow wells AMB-105 and AMB-120, the hydraulic gradient was calculated by Ambient at 0.034 ft/ft.

Flow velocity for each zone of the Site was calculated by Ambient using the formula,

$$V \ (nat) = KI/O_e \ where$$

$V \ (nat) =$ *natural groundwater flow velocity (ft/day)*
$I =$ *hydraulic gradient (ft/ft)*
$K =$ *hydraulic conductivity (ft/day)*

$O_e$ =   *effective porosity*

Using a porosity of 50% (for silt and clay), groundwater flow velocity (seepage velocity) is estimated to be approximately $1.43 \times 10^{-3}$ feet/day ($5.2 \times 10^{-1}$ feet/year). Groundwater flow velocity in the sandy zone (less than 10 feet bgs) is expected to be greater.

## 4.4    Soil Investigations

Soil investigations have been conducted at the Site from 2003 to 2006. The locations of soil borings are shown in Figure 2. The following is a description of soil investigations:

MyKroWaters-2003 to 2004

MyKroWaters advanced one soil boring (B-2) in August 2003.   The boring was advanced using a vibratory drill rig to an approximate depth of 8 feet below ground surface (bgs) and placed along the northwestern portion of the Site.   One soil sample was collected from the boring at an approximate depth of 6-8 feet bgs and submitted to Woods Hole Group Environmental Laboratories for analysis of VOCs per EPA Method 8021B.

Four borings (B-3 through B-6) were advanced in March 2004 along the northwestern and southern portions of the Site. The borings were advanced using a vibratory drill rig to approximate depths ranging from 8 to 14 feet bgs. Seven soil samples were collected from the borings at approximate depths ranging from 4 to 14 feet bgs and submitted to Woods Hole Group Environmental Laboratories for analysis of VOCs per EPA Method 8021B.

Ambient-2005 to 2006

Ambient advanced three soil borings (AMB-101 through AMB-103) on March 24, 2005. The borings were advanced by direct-push methods by Checkpoint Environmental, Inc. of Hudson, Massachusetts using a Geoprobe drill rig. The borings were advanced to approximate depths ranging from 10 to 15 feet bgs at the northern and southern portions of the 298 Boston Post Road property. No groundwater samples were collected and no monitoring wells were installed. Two soil samples were collected from each boring at approximate depths of 0 to 3 feet; 5 to 10 feet and 10 to 15 feet bgs. The samples were submitted to Severn Trent Laboratory (STL) of Westfield, Massachusetts for analysis of VOCs per EPA Method 8021B.

Ambient advanced six soil borings (AMB-110 through AMB-115) on April 28-29, 2005. The borings were advanced by direct-push methods by Technical Drilling Services (TDS) of Sterling, Massachusetts using a Geoprobe drill rig. The borings were advanced to approximate depths ranging from 10 to 16 feet bgs at the northern and southern portions of the 298 Boston Post Road property. One boring (AMB-110) was completed as a groundwater monitoring well. Two soil samples were collected from each boring at approximate depths of 0 to 3 feet; 5 to 10 feet and 10 to 15 feet bgs. The soil samples were submitted to Severn Trent Laboratory (STL) of Westfield, Massachusetts for

analysis of VOCs per EPA Method 8021B.

Ambient advanced five soil borings (AMB-118 to AMB-122) on October 27, 2005. The borings were advanced by direct-push methods by Technical Drilling Services (TDS) of Sterling, Massachusetts using a tracked Geoprobe drill rig. The borings were advanced to approximate depths ranging from 20 to 40 feet bgs at the northern and southern portions of the 304 Boston Post Road property and along the Massachusetts Highway Department (MHD right-of-way along Boston Post Road. All of the borings were completed as 2-inch diameter PVC groundwater monitoring wells. One soil sample was collected from each boring at approximate depths ranging from 4.5 to 15 feet bgs. The soil samples were submitted to Severn Trent Laboratory (STL) of Westfield, Massachusetts for analysis of VOCs per EPA Method 8021B.

Ambient advanced four soil borings (AMB-501 through AMB-504) on March 3, 2006. The borings were advanced by direct-push methods by TDS of Sterling, Massachusetts using a tracked Geoprobe drill rig. The borings were advanced to approximate depths ranging from 10 to 20 feet bgs at the northern and eastern portions of the 310 Boston Post Road property and at the northwestern portion of the 304 Boston Post Road property. All of the borings were completed as 2-inch diameter PVC groundwater monitoring wells. One soil sample was collected from each boring at approximate depths ranging from 8 to 20 feet bgs. The soil samples were submitted to Groundwater Analytical Laboratory of Buzzards Bay, Massachusetts for analysis of VOCs per EPA Method 8021B.

Soil analytical results are presented in Table 1. Soil boring logs are included as Appendix B. Laboratory analytical reports are included as Appendix C.

### 4.5    Groundwater Investigations

Groundwater investigations have been conducted at the Site from 2003 to 2006. The locations of groundwater monitoring wells are shown in Figure 2. The following is a description of groundwater investigations:

DEP- January 2003

DEP advanced two well points (WC-1 and WC-2) along the northwestern portion of the Site to an approximate depth of 40 feet below ground surface (bgs). The wellpoints were advanced using a hand drill and no soil samples were collected. Groundwater samples were collected using bailers at approximate well depths ranging from 20 to 40 feet bgs. The samples were analyzed by DEP using a gas chromatograph, equipped with dry-electrolytic conductivity detectors.

MyKroWaters-2003 to 2004

MyKroWaters advanced four microwells (MKW-1 through MKW-4) in August 2003. The 0.5-inch diameter steel well points were advanced to approximate depths ranging from 8 to 52 feet bgs and placed along the northern and southern portion of the Site. The wellpoints were advanced using a vibratory drill rig and completed with steel casing. The wells were screened at the bottom five feet of each respective well. No soil samples were collected. Groundwater samples were collected using a peristaltic pump at various

well depths ranging from 10 to 52 feet bgs. Groundwater samples were submitted to Woods Hole Group Environmental Laboratories for analysis of VOCs per EPA Method 8021B.

Five microwells (MKW-2C and MKW-5 through MKW-8) were installed in March 2004. The wells were advanced to approximate depths ranging from 25.5 to 60 feet bgs. The wells were screened at the bottom five feet of each respective well and completed with steel casing. Groundwater samples were collected using a peristaltic pump at various well depths ranging from 20 to 60 feet bgs. Groundwater samples were submitted to Woods Hole Group Environmental Laboratories for analysis of VOCs per EPA Method 8021B.

Ambient-2005 to 2006

Ambient installed six groundwater microwells (AMB-104 through AMB-109) on April 28-29, 2005. The wells were installed by direct-push methods by Checkpoint Environmental, Inc. of Hudson, Massachusetts using a Geoprobe drill rig. The steel wells were installed to approximate depths ranging from 41 to 50 feet bgs and screened at approximate depths of 15 to 20 feet; 36 to 41 feet and 45 to 50 feet bgs. The wells were installed along the northern and eastern portions of 304 Boston Post Road. Groundwater samples were collected at various screen lengths via modified EPA low flow/low stress methodologies, using a peristaltic pump. The groundwater samples were submitted to STL of Westfield, Massachusetts for analysis of VOCs per EPA Method 8021B. No soil samples were collected.

Ambient installed two groundwater monitoring wells (AMB-116 and AMB-117) on May 27, 2005. The wells were installed by direct-push methods by TDS of Sterling, Massachusetts using a Geoprobe drill rig. The wells were installed to an approximate depth of 42 feet bgs and screened at approximate depths of 37 to 42 feet bgs. The wells were installed along the MHD right-of-way along Boston Post Road. Groundwater samples were collected at various screen lengths via modified EPA low flow/low stress methodologies, using a peristaltic pump. The groundwater samples were submitted to STL of Westfield, Massachusetts for analysis of VOCs per EPA Method 8021B. No soil samples were collected.

Ambient installed five groundwater monitoring wells (AMB-118 to AMB-122) on October 27, 2005. The wells were installed by direct-push methods by TDS of Sterling, Massachusetts ranging from 20 to 40 feet bgs and screened at approximate depths of 15 to 20 feet and 35 to 40 feet bgs. The wells were installed at the northern and southern portions of the 304 Boston Post Road property and along the MHD right-of-way along Boston Post Road. Groundwater samples were collected at various screen lengths via modified EPA low flow/low stress methodologies, using a peristaltic pump. The groundwater samples were submitted to STL of Westfield, Massachusetts for analysis of VOCs per EPA Method 8021B. No soil samples were collected.

Ambient installed four groundwater monitoring wells (AMB-501 through AMB-504) on March 3, 2006. The wells were installed by direct-push methods by TDS of Sterling, Massachusetts ranging from 10 to 20 feet bgs and screened at approximate depths of 5 to 0 feet; 10 to 15 feet; and 15 to 20 feet bgs. The wells were installed at the northern and

eastern portions of the 310 Boston Post Road property and at the northwestern portion of the 304 Boston Post Road property. Groundwater samples were collected at various screen lengths via modified EPA low flow/low stress methodologies, using a peristaltic pump. The groundwater samples were submitted to Groundwater Analytical Laboratory of Buzzards Bay, Massachusetts for analysis of VOCs per EPA Method 8021B. Groundwater analytical results are presented in Table 2. Well construction logs are included as Appendix B. Laboratory analytical reports are included as Appendix D.

## 4.6    Surface Water Investigations

Ambient collected surface water samples from the westerly abutting un-named stream on October 27, 2005 and January 10, 2006. A grab sample was collected approximately 20 feet north of Boston Post Road. The samples were samples were submitted to Groundwater Analytical Laboratory of Buzzards Bay, Massachusetts for analysis of VOCs per EPA Method 8021B.

Surface water analytical results are presented in Table 3. Laboratory analytical reports are included as Appendix E.

## 4.7    Soil Gas Investigations

Ambient conducted soil gas sampling at 298 Boston Post Road on April 4 and May 27, 2005. One soil gas sample (AMB-201) was collected in the ground floor of Kabloom Florist and one soil gas sample (AMB-202) was collected in the ground floor of Wayland Cleaners. The soil gas sampling points were installed on March 22, 2005. AMB-201 was placed in the bathroom and installed using a drill to an approximate depth of 9 inches bgs. Sampling point AMB-202 was placed in Wayland Cleaners at the same approximate depth and using the same installation method. Soil gas grab samples were collected using evacuated summa canisters. The samples were submitted to ENSR Air Laboratory of Harvard, Massachusetts for analysis of EPA Method TO-15 (select parameters).

The soil gas sampling locations are shown in Figure 2. Soil gas sampling results are shown in Table 4. Laboratory analytical reports are included in Appendix E.

## 4.8    Indoor and Ambient Air Investigations

### 304 Boston Post Road

Ambient has conducted three indoor air and one ambient air sampling event at 304 Boston Post Road as part of IRA activities under RTN 3-25637. The IRA addresses a Condition of IH associated with detections on PCE in indoor air. The sampling events were conducted in October 2005, January 2006 and March 2006. Samples were collected on the first floor (AMB-301), basement (AMB-302) and in ambient air at the northeastern corner of the building (AMB-303).

Based on the results of the two initial sampling events, a Condition of IH was determined to exist. A carbon air treatment unit was installed in February 2006. The most recent

indoor air sampling event (March 3, 2006) was conducted subsequent to system implementation. An IH Evaluation of the March 2006 data indicated that a Condition of IH did not exist. For all sampling events, indoor and ambient air was collected using evacuated summa canisters over a six to eight-hour duration. The samples were submitted to ENSR Air Laboratory of Harvard, Massachusetts and Alpha Analytical Laboratories of Westborough, Massachusetts for laboratory analysis of EPA Method TO-15 (select parameters).

<u>310 Boston Post Road</u>

Ambient collected three indoor air samples at 310 Boston Post Road from February 23 to February 24, 2006. The samples were collected from the 1st floor (AMB-401) at Olga's European Skin Care, basement (AMB-402) and at the 2nd floor apartment (AMB-403). The samples were collected over a 24-hour duration using evacuated summa canisters. These "baseline" samples were collected prior to installation of the carbon unit in the basement. The samples were submitted to Alpha Analytical Laboratories of Westborough, Massachusetts for laboratory analysis of EPA Method TO-15 (select parameters). The indoor air sampling locations are shown in Figure 2. Indoor air sampling results are shown in Table 5. Laboratory analytical reports are included in Appendix G. An evaluation of the data by a risk assessor indicated that a Condition of IH does not exist.

## 4.9    Sump Water Sampling-304 Boston Post Road (RTN 3-25637)

Mr. Paul Giddings of the Massachusetts Department of Environmental Protection (DEP) visited the 304 Boston Post Road with Ambient on February 16, 2006. During his visit, Mr. Giddings collected one sump water sample from the basement on February 16, 2005. The sample was collected by DEP for analysis of PCE. Based on DEP's analysis, a concentration of PCE measured 2,300 micrograms per liter (ug/L). The sampling was conducted by DEP in response to notification of a Condition of IH on February 2, 2006 attributed to elevated concentrations of PCE in indoor air.

Mr. Giddings did not concur with Ambient's recommendation for installation of the heat/energy recovery ventilator. DEP recommended that a granulated activated carbon adsorber unit, equipped with a blower, be installed in the basement of the office building as soon as possible to mitigate PCE concentrations in indoor air. Ambient installed a carbon air filter at the Site on February 23, 2006. This activity was addressed under an Immediate Response Action (IRA) Plan. An IRA Plan and Imminent Hazard Evaluation Report was prepared by Ambient and submitted to DEP on March 31, 2006.

Ambient observed a pipe that originates in the basement of 304 Boston Post Road, routes underground and eventually discharges sump water to the southwestern portion of the property. Ambient will assess the appropriate permitting requirements (i.e., Remediation General Permit/RGP, National Pollutant Discharge Elimination System/NPDES, discharge to publicly owned treatment works/POTW) for this discharge. Evaluation of remedial strategies for managing this sump water is discussed in Section 9.0.

### 4.10    Sump Water Sampling-310 Boston Post Road

Mr. Paul Giddings of DEP collected two sump water samples from the basement of 310 Boston Post Road on February 16, 2005. The samples were collected by DEP to assess the presence of PCE, which has been detected in area groundwater. Sump water results are shown in Table 6.

DEP assumed that levels of PCE detected in the sump water may potentially impact indoor air. Based on this assumption, Mr. Giddings requested that a carbon unit be placed in the basement to reduce any potential concentrations of PCE that may be in indoor air. This request was made by DEP without having collected indoor air samples. Ambient collected "baseline" indoor air samples prior to installation of the treatment system. This sampling is addressed in Section 4.10. Ambient's risk assessor evaluated this data to determine if a Condition of IH exists. The IH Evaluation is discussed in Section 9.0. Sump water results are provided in Table 6.

Ambient observed a pipe that appears to originate in the basement of 310 Boston Post Road, routes underground and eventually discharges sump water to the westerly abutting stream. Ambient will assess the appropriate permitting requirements (i.e., RGP, NPDES, discharge to POTW) for this discharge. Evaluation of remedial strategies for managing this sump water is discussed in Section 9.0.

## 5.0    NATURE AND EXTENT OF OIL AND/OR HAZARDOUS MATERIAL

### 5.1    Potential Sources of OHM

Based on historical usage of PCE, along with the results of subsurface investigations, the dry cleaning operations at 298 Boston Post Road appear to be the source of PCE-impact at the Site.

### 5.2    Nature and Extent of Release of OHM in Soil

The nature of the release is PCE and its daughter products. The highest soil concentrations are associated with PCE and the majority of occurrences are at the northern portion of 298 Boston Post Road. PCE concentrations in soil range from non-detect to 34 milligrams per kilogram (mg/kg) (B-5, 4 to 6 feet bgs). Limited surficial soil sampling was conducted by Ambient at the northern and southern portions of the 298 Boston Post Road property in 2005.    Since most of the PCE detections in Site soil occur at least 4 feet bgs, it is likely that soil impact is associated with groundwater impact at the Site. Additional shallow soil assessment at 298 Boston Post Road will be conducted to evaluate any potential source of PCE, due to recent information provided to Ambient by the property owner regarding odors detected in soil during recent replacement of bollards along the rear of the Wayland Cleaners building

### 5.3    Nature and Extent of Release of OHM in Groundwater

Groundwater sampling was conducted at new permanent and temporary wells during each new sampling event. In most cases, subsequent events of groundwater sampling did not include re-sampling of existing wells. Ambient conducted groundwater sampling of all existing wells in March 2006. Site groundwater is classified under the MCP as "GW-1", since the Site is located within an Aquifer Protection District (APD), designated by the Town of Wayland (Figure 3). To assess groundwater impact over the last two years, Ambient prepared isopleths, which are described as follows:

    Using recent data from groundwater collected at approximate depths of 10 to 20 feet bgs, Ambient constructed an isopleth that depicts a PCE plume (Figure 4). The plume is located at the northern portion of 304 Boston Post Road and extends westerly to the central portion of 310 Boston Post Road. The isopleth shows PCE concentrations ranging from 50 ug/L to 15,000 ug/L. The highest concentrations are located along the southeastern portion of the former septic leaching field at 304 Boston Post Road. An elevated concentration of PCE was also detected at well WC-2 (870 ug/L), located at the northwestern portion of 298 Boston Post Road. Although not depicted in this figure, it is likely that PCE-impacted groundwater is located along the driveway of 300 Boston Post Road (Wayland Power Equipment) and along the northwestern portion of 298 Boston Post Road. It is noted that the property owner of 300 Boston Post Road did not provide Ambient with authorization to access the property to conduct subsurface investigations.

A PCE concentration of 12 ug/L was detected at well AMB-504, located at the western property boundary of 310 Boston Post Road. This detection is approximate to the surface water sample collected at the stream (AMB-SW1, 11 ug/L) in January 2006, suggesting that Site groundwater is impacting the abutting un-named stream. Section 6.3 addresses the Condition of Substantial Release Migration (SRM). Since these concentrations are slightly above the Method 1 GW-1 Standard, the horizontal extent of chlorinated VOC-impact appears to have been delineated. Additionally, non-detect concentrations of PCE at deep wells (up to 52 feet bgs), indicate that the vertical extent of PCE-impact has been delineated.

- Groundwater data collected from March to October 2005 was used to prepare the isopleths depicted in Figure 5. This figure suggests that there are two separate PCE plumes. The northerly plume extends from the northwestern and western portion of 298 Boston Post Road and extends westerly to 304 Boston Post Road. Since it appeared that this plume extended westerly and beyond the property boundary of 304 Boston Post Road, Ambient obtained access from the property owner of 310 Boston Post Road in February 2006 to conduct subsurface investigations.

  The southerly plume shows lower concentrations of PCE that appear to extend beneath Route 20. Due to non-detect and low concentrations of PCE detected in groundwater at well AMB-116 over the last two sampling events, it appears that this plume does not extend onto private properties located south and southwest of the Site. This plume suggests the possibility that the former septic leaching field at 298 Boston Post Road may have been the source of a separate PCE release.

- Figure 6 depicts concentrations of PCE detected in groundwater at the northwestern portion of 298 Boston Post Road from January to June 2005. This plume confirms the possibility that a release of PCE occurred at this area of the Site. The plume extends onto the southeastern portion of 300 Boston Post Road. Based on groundwater analytical results, Ambient obtained authorization from the property owner of 304 Boston Post Road to conduct subsurface investigations at his property.

- Figure 7 depicts concentrations of PCE detected in groundwater at the northwestern portion of 298 Boston Post Road in March 2004. This plume suggests the possibility that a release of PCE occurred at this area of the Site. The plume extends onto the southeastern portion of 300 Boston Post Road.

The horizontal and vertical extent of chlorinated VOC-impact has been delineated. Figures 8 through 10 depicts groundwater contours based on survey elevations and depth to groundwater measurements conducted at the Site in 2005 and 2006. Groundwater flow is westerly, towards an un-named stream.

## 5.4    Nature and Extent of Release of OHM in Soil Gas, Indoor and Ambient Air

Soil gas sampling conducted within the Site building at 298 Boston Post Road indicate

that indoor air at Kabloom Florist is not impacted by the PCE release at the Site. Elevated concentrations of PCE, trichloroethylene (TCE) and cis 1.2-dichloroethene (DCE) were detected in soil gas in Wayland Cleaners. These elevated concentrations suggest the possibility that the release may have migrated beneath the concrete slab of the western portion of the building.

Concentrations of PCE detected in indoor air at 304 Boston Post Road over the first two sampling events designated a Condition of IH. Subsequent to implementation of a carbon air treatment system, indoor air concentrations reduced to levels that do not designate a Condition of IH. Detailed information regarding sampling activities and implementation of the remedial system are addressed under an IRA Plan and IH Evaluation, March 2006 (RTN 3-25637). Concentrations in indoor air at 304 Boston Post Road appear to be attributed to vapor intrusion within the basement, along with impact of standing sump water. PCE in indoor air does not appear to originate from ambient air.

Concentrations of chlorinated VOCs detected in baseline samples collected in the 310 Post Road building do not designate a Condition of IH. Although there appears to be vapor instruction of chlorinated VOCs to the basement of the building, these levels do not pose impact to human health.

## 6.0    ENVIRONMENTAL FATE AND TRANSPORT OF OHM

### 6.1    Evaluation of Exposure Pathways

Exposure pathways at the Site appear to be via impacted groundwater that flows in a westerly direction from Wayland Cleaners. Migration pathways include vapor intrusion to basements of Site buildings. Underground utilities along Boston Post Road may serve as a migration pathway to impacted groundwater depicted as the southern plume. It is noted that concentrations of chlorinated VOCs within the southern plume have decreased over time.

### 6.2    Evaluation of Critical Exposure Pathways (CEP)

Pursuant to 310 CMR 40.0006, a Critical Exposure Pathway is defined by those routes by which OHM released at a disposal Site are transported, or are likely to be transported, to human receptors via:

- Vapor-phase emissions of measurable concentrations of OHM into the living or working space of a pre-school, daycare, school, or occupied residential dwelling.

- Ingestion, dermal absorption or inhalation of measurable concentrations of OHM from drinking water supply wells located at and servicing a pre-school, daycare, school, or occupied residential dwelling.

A Critical Exposure Pathway appears to exist at the 2nd floor apartment at 310 Boston Post Road. However, an IH Evaluation was conducted for indoor air data collected at the apartment and determined that a Condition of IH does not exist.

### 6.3    Evaluation of Substantial Release Migration (SRM)

Pursuant to 310 CMR 40.0006, a Condition of Substantial Release Migration designates a condition at a disposal Site that includes any of the following:

- Release that has resulted in the discharge of separate-phase OHM to surface waters, subsurface structures, or underground utilities or conduits. Based on available information regarding the release, no separate-phase OHM has been detected at or in surface waters, subsurface structures, or underground utilities or conduits.

- Releases to the ground surface or to the vadose zone that, if not promptly removed or contained, are likely to significantly impact the underlying groundwater, or significantly exacerbate an existing condition of groundwater pollution. Based on recent sampling results, concentrations of chlorinated solvent compounds have been detected at concentrations exceeding MCP Method 1, 2

and 3 Groundwater Standards. There does not appear to be a continuing source of this release and the release appears to have stabilized.

- <u>Releases to the groundwater that have migrated or are expected to migrate more than 200 feet per year.</u> Based on Ambient's calculations for groundwater flow velocity, groundwater is not expected to migrate more than 200 feet per year.

- <u>Releases to the groundwater that have been or within one year are likely to be detected in a surface water body, wetland or public water supply.</u> Concentrations of PCE were detected in surface water.

Based on these criteria, a Condition of SRM appears to exist at the Site. Ambient, on behalf of the PRPs, notified DEP of the 72-hour MCP Reporting Condition associated with this Condition of SRM.

**6.4    Evaluation of Imminent Hazard (IH)**

A Condition of IH does not currently exist at the Site. The Condition of IH at 304 Boston Post Road was mitigated by installing a carbon air filter. Based on one indoor air baseline sampling event, there does not appear to be a Condition of IH at 310 Boston Post Road. Ambient will conduct one additional sampling event to determine if the carbon air treatment system is necessary.

## 7.0    RISK CHARACTERIZATION

The purpose of the risk characterization is to evaluate the risk posed by the site to health, safety, public welfare and the environment.

- A Method 1 Risk Characterization was conducted by Ambient, in accordance with the requirements of 310 CMR 40.0900. The Method 1 approach is considered applicable because certain Site-concentrations were detected that exceed applicable Method 1 standards. The Method 1 Risk Characterization evaluates the risk to health, safety, public welfare, and the environment for all current and reasonably foreseeable future Site activities and uses.

- Ambient conducted a screening of soil gas data using the Johnson-Ettinger Model

- Ambient contracted Kathryn A. Ewald, Ph.D. of KERA Environmental, LLC to prepare an Imminent Hazard (IH) Evaluation and Stage I Screening. The IH Evaluation was conducted to assess baseline indoor air data for 310 Boston Post Road. The Stage I Screening was conducted to assess the potential risk of chlorinated VOC concentrations to surface water.

### 7.1    Human Receptors

The present and foreseeable future activities and uses for the Site are as commercial and residential. Human receptors associated with commercial use therefore include:

- On-site workers
- Trespassers; and,
- Construction/Utility workers

Future receptors may also include adult and child residents, under future residential development scenarios.

### 7.2    Site Activity and Use

The properties at 298 and 304 Boston Post Road are currently used for commercial purposes. The first floor of 310 Boston Post Road is used for commercial purposes and the 2nd floor is used as a residential apartment. Present and reasonably foreseeable Site activities and uses consist of:

- Excavation of soil related to construction or utility work;

- Disturbance of soil related to landscaping;

### 7.3    Foreseeable Activities and Uses

The Site has been commercial in usage over the last 20 years, is currently zoned as "Limited Commercial", per the Town of Wayland Zoning Map (revised 6/7/05), and is located within an immediate area of commercial usage. Despite the zoning, the properties

at 304 and 310 Boston Post Road were previously used for residential purposes and there is an apartment located on the 2nd floor of 310 Boston Post Road. Therefore, although commercial in usage, there is a possibility that portions of the Site may continue to be used for residential purposes in the future.

## 7.4     Groundwater and Soil Categories

Groundwater at the Site is designated as GW-3, since groundwater discharges to surface water. Groundwater category GW-2 also applies to groundwater monitoring wells located within 30 feet of occupied Site buildings, since groundwater has been encountered within 15 feet of the ground surface. Since the Site is located within a Zone II or Aquifer Protection District, groundwater category GW-1 is applicable.

The applicable soil category for the impacted soils at the Site is S-2 under current conditions. It is likely that the Site will be used for commercial purposes in the future. However, an S-1 soil category has been assumed for future use to evaluate the future need for an Activity and Use Limitation (AUL).

## 7.5     Identification of Exposure Points

Soils with detected concentrations of constituents at the Site are currently located at depths ranging from 0 to 20 feet bgs. These soils are located beneath asphalt-paved areas of the Site. These soils are considered to be "isolated" from exposure.

Site worker frequency of use of the Site is considered to be high based upon the current use of the Site for commercial and residential purposes. The intensity of use by these Site workers is low, since no high intensity exposures to the subsurface soils are likely to occur. Construction and utility work may occur at the Site. The frequency of this activity is expected to be low and the intensity of use is assumed to be high (i.e., short-term excavation activities occurring at infrequent and irregular intervals). Trespasser frequency and intensity of use of the Site is considered to be low, based on the current and future anticipated commercial use of the Site.

## 7.6     Identification of Exposure Pathways

Of the potential exposure pathways considered at the Site, the following were considered to be plausible:

- inhalation of soil (as dust);
- incidental ingestion of soil;
- absorption through dermal contact with soil;
- incidental ingestion of groundwater; and
- absorption through dermal contact with groundwater.

The above described exposure pathways are consistent with the activity and uses considered in determining the Method 1 Soil and Groundwater categories at the Site.

## 7.7    Exposure Assessment

The following exposure profiles were identified for current and future conditions:

| Receptor | Type of Exposure | Age | Exposure Media | Exposure Route |
|---|---|---|---|---|
| Construction Worker | Subchronic | Adult | Soils | Incidental Ingestion<br>Dermal Contact |
| Utility Worker | Subchronic | Adult | Soils | Incidental Ingestion<br>Dermal Contact |
| Site Worker | Chronic | Adult | Soils | Incidental Ingestion<br>Dermal Contact<br>Inhalation |
| Trespasser | Chronic | Older Child | Soils | Incidental Ingestion<br>Dermal Contact |
| Residents | Chronic | Child and Adult | Soils | Incidental Ingestion<br>Dermal Contact |

## 7.8    Exposure Point Concentration for Soil

One set of soil EPCs was developed for soil samples collected from a depth range of 0 to 20 feet from the northeastern portion of the Site (298 Boston Post Road) and another set was obtained from the soil samples collected at 304 Boston Post Road. The EPCs were calculated as the average of the detected concentrations (Table 8).

## 7.10    Exposure Point Concentration for Groundwater

The groundwater data collected from monitoring wells AMB-105 and AMB-110 collected in 2005 and 2006 were considered representative of current conditions of groundwater at the Site. The groundwater EPCs were the reported concentrations of detected PCE in these monitoring wells (Table 9).

## 7.11    Exposure Point Concentration for Indoor Air

Two sets of indoor air EPCs at 304 Boston Post Road were calculated by averaging the concentrations of the two sampling events prior to remediation for one EPC. One additional EPC was calculated for 310 Boston Post Road. Indoor air EPCs are presented in Table 10.

## 7.12    Imminent Hazard Evaluation-310 Boston Post Road

Dr. Kathyrn Ewald conducted an IH Evaluation of baseline indoor air sampling conducted by Ambient in February 2006. Based on the data provided, PCE concentrations in indoor air in the occupied areas of the building (commercial and residential) are below the MADEP default indoor air background value for PCE (non-detect and < 11 $\mu g/m^3$, respectively). Although the PCE concentration in indoor air at the basement level exceeds background, activities are only conducted in the basement area on rare occasions (less than once a month) and for short durations (less than one hour) according to current knowledge.

It should be noted that the application of background in this evaluation is not intended as a means of eliminating PCE from the list of compounds of concern for this site. It does, however, imply that the concentration of PCE detected in indoor air on the 2nd floor of the building does not constitute an imminent hazard. IH Tables are attached as Appendix H.

## 7.13    Evaluation of Soil Gas Data

Ambient used the Johnson and Ettinger model to estimate vapor intrusion from soil gas sampling data. Based on a review of calculated protective data, levels of chlorinated VOCs detected in soil gas at Wayland Cleaners exceed protective target concentrations. However, in this case the data does not imply a Condition of IH at 298 Boston Post Road. At any operating dry cleaner there are likely to be elevated indoor air concentrations present during normal operations. Ambient expects that the selected remedial alternative addressed in Section 9.0 will address impacted groundwater at the Site and thereby reduce concentrations of chlorinated VOCs in indoor air. The Johnson-Ettinger model calculations are included in Appendix I.

## 7.14    Characterization of Risk To Public Safety

Risk to public safety is separately evaluated in accordance with the MCP 310 CMR 40.0960. In assessing the potential risk to public safety posed by the Site, the following Site conditions were considered:

* no rusted or corroded drums or containers were observed on-site;
* no lagoons, open pits, weakened berms or other dangerous structures were observed on-site;

- no un-contained material which exhibits the characteristics of flammability, ignitability, corrosivity or reactivity was observed on-site; and,
- no infectious material was observed on-site;

Based on these conditions, a condition of no significant risk of harm to public safety or public welfare exists at the Site.

## 7.15    Characterization of Risk of Harm To Public Welfare

The MCP defines two purposes for conducting a characterization of risk to public welfare: (a) to identify and evaluate nuisance conditions that may be localized, and (b) to identify and evaluate significant community effects. The risk of harm to public welfare is characterized by comparing the concentration of each constituent of concern (COC) to the Upper Concentration Limit (UCL) in soil and groundwater. In addition, a level of no significant risk of harm to public welfare exists or has been achieved if no nuisance conditions, such as noxious odors, persist.

There is no significant risk of harm to public welfare for groundwater and soils at the Site under current and foreseeable future conditions.

## 7.16    Characterization of Risk of Harm To the Environment

A Stage 1 screening for potential ecological receptors was conducted by Dr. Ewald for aquatic habitats. The Stage I ecological screening has determined that the release of chlorinated VOCs to groundwater at 298 Boston Post Road, Wayland, MA and in the vicinity of the unnamed stream flowing along the western boundary of 310 Boston Post Road does not pose a current or future significant risk of harm to the environment. This determination is based on the following observations: there is no evidence of stressed flora or fauna, no discoloration of sediment, no surface water sheen and no exceedances of AWQC. According to the Town of Wayland Environmental Resource Atlas Map, the Site is located within ½ mile of Natural Heritage & Endangered Species Program (NHESP) Priority Habitats of Rare Species and Estimated Habitats of Rare Wildlife. Although the release occurred within ¼ mile of protected habitats, the relationship between the release area and these habitats did not constitute a complete exposure pathway. No chlorinated VOCs in groundwater were detected at levels that exceed the MADEP Upper Concentration Limits (UCLs). The Stage I Screening is included in Appendix J.

## 7.17    Elimination and/or Control of OHM

Although the OHM detected at the Site has not been eliminated, the highest concentrations of chlorinated VOCs in groundwater appear to be situated within depths ranging from 15 to 20 feet bgs.

## 7.18    Conclusions

Overall, the Method 1 risk characterization concluded that a condition of No Significant

Risk to health, safety, public welfare, and the environment does not currently exist at the Site for current and unlimited, foreseeable future conditions. A condition of No Significant Risk exists for aquatic receptors potentially exposed to groundwater. Based on this information, remedial actions are necessary to achieve a level of No Significant Risk for the Site.

## 8.0     CONCEPTUAL SITE MODEL

Based on a review of the available historical information of the Site, along with subsurface investigations conducted by Ambient in 2005 and 2006, a Conceptual Site Model (CSM) was prepared which consolidates the information known about the source, and the potential for migration of chlorinated VOCs from the Site to off-Site receptors.

- The source of contamination on the Site appears to be associated with a release that occurred at the northern portion of 298 Boston Post Road and the former septic system at the southern portion of 298 Boston Post Road..

- Chlorinated VOCs have impacted groundwater and indoor air.

- Groundwater appears to flow westerly.

- Elevated concentrations of PCE detected in groundwater collected from AMB-105 and AMB-110 do not suggest the presence of dense non-aqueous phase liquid (DNAPL) since these concentrations are less than 1% of the solubility for PCE (~ 1,550 mg/L).

- Further investigations will be conducted to assess a potential source of chlorinated VOCs in shallow soil at the northeastern portion of the Site.

- Site soil and groundwater are inaccessible in northern exterior portions of the Site, due to the existing asphalt-pavement "cap". Groundwater is accessible in the basements of 304 and 310 Boston Post Road, due to the presence of water in sumps. Sump water discharged from 304 Boston Post Road at the southwestern portion of the property is also accessible. Sump water discharged from 310 Boston Post Road discharges to the westerly abutting un-named stream.

## 9.0    PHASE III IDENTIFICATION, EVALUATION AND SELECTION OF REMEDIAL ACTION ALTERNATIVES AND REMEDIAL ACTION PLAN

In order to assess the feasibility of conducting remediation at the Site, and implementing a Permanent or Temporary solution, a Phase III Identification and Evaluation of Remedial Action Alternatives is required under the MCP. This step identifies potential remedial action objectives that protect human health consistent with 310 CMR 40. Remedial action objectives are media-specific goals for protecting human health and the environment based on the Site-specific risk assessment. General response actions are then identified and remedial technologies are utilized in support of the general response actions. General response actions address and satisfy the specific remedial action objectives. Remedial technologies are then utilized to implement the general response actions. There are four areas of concern that will be addressed in the Phase III:

1. The northern plume-Shallow groundwater (4-10 feet bgs), which includes the un-named stream;

2. The northern plume-Deeper groundwater (15-20 feet bgs);

3. The southern plume; and

4. Impact to sump water at 304 and 310 Boston Post Road.

### 9.1    Monitored Natural Attenuation (MNA)

Monitored Natural Attenuation  (MNA) is an effective remedial approach that relies on physical, chemical and biological processes to reduce contaminants and has been deemed effective in reducing petroleum hydrocarbons (with the exception of MTBE) in groundwater. MNA processes in groundwater include biodegradation, dispersion, dilution, diffusion, advection, sorption, volatization, and biological or chemical stabilization/destruction. MNA must be incorporated within a monitored Site clean-up approach that will reduce contaminant concentrations to levels that are protective of human health and are within a reasonable time frame. The OHM source must be controlled, whereby MNA may be combined with or subsequent to alternate remedial alternatives.

Microbial metabolism of contaminants is accomplished through redox reactions, whereby the hydrocarbon is oxidized (donates electrons) and an electron acceptor (i.e, oxygen) is reduced. Patterns of MNA include aerobic respiration, denitrification, sulfate reduction, iron reduction, and methanogenesis. A critical factor in evaluating MNA is Site characterization, whereby one determines the disposition of the contaminant and attempts to forecast future behavior. Validation monitoring is applied to a characterized Site, to confirm accuracy of predictions.

### 9.1.1   Cost

Assuming the Site has been effectively characterized, costs associated with MNA mainly focus on a monitoring program, usually consisting of field screening, groundwater sampling and laboratory analysis.  These costs may range from $10,000 to $20,000. Costs are dependent upon the quantity of sampling points, field screening techniques, laboratory analytical parameters and sampling frequency.   Long-term costs may be required for Sites at which clean-up goals are near or at background levels.  MNA may be combined with other remedial options, as necessary.

### 9.2.2   Risks
Risks associated with this approach would be impact of indoor air associated with slow degradation of chlorinated VOCs with the immediate area of the northern plume.

### 9.1.2   Feasibility of Implementation-MNA

MNA is feasible after application of an active remedial solution.  The following criteria were evaluated in determining the feasibility of MNA.

- MNA will not reduce concentrations of PCE to levels near the MCP GW-1 Standard of 5 ug/L within a timely period at the northern plume.  MNA will be considered after application of an active remedial alternative.

- Lithology characteristics (low hydraulic conductivity, low porosity) at depths greater than 10 feet bgs may not enhance biodegradation.

- MNA may be suitable for the southern plume, specifically to address low levels of chlorinated VOC-impact at southwesterly groundwater sampling points.

- MNA may also be appropriate for deeper groundwater where the tight soil formation makes injection technologies infeasible.

### 9.2   Soil Vapor Extraction (SVE) and Air Sparge (AS)

Soil Vapor Extraction (SVE) removes VOCs from the vadose zone and stimulates biodegradation of aerobically degradable compounds by inducing airflow through contaminated areas. SVE is performed by applying a vacuum to vertical or horizontal vapor extraction wells, which are screened in the area of contamination.  The resulting pressure gradient induces the soil gas to migrate through the soil pores toward the vapor extraction wells, volatilizing hydrocarbons with low boiling points and providing oxygen to stimulate biodegradation in the vadose zone.

Air Sparging is discussed as a remedial alternative usually in conjunction with SVE because of the potential for impact to surrounding sensitive receptors such as buildings or basements. An air-injection-only system (without SVE) can be used if volatilized hydrocarbons biodegrade before reaching the ground surface.  Air is injected below the water table through

a compressor and multi-point injection well system installed in the vicinity of soil vapor extraction wells. The two primary mechanisms by which air sparging works are volatilization and enhancing biodegradation. Volatilization entrains and transports the compounds of concern from groundwater to the vadose zone (approximately 4 to 7 feet below grade), where they are subsequently removed via vapor extraction. The addition of oxygen to the soil and groundwater also promotes the degradation of hydrocarbons by the indigenous microbial population.

SVE methodologies are most successful in lithologies of high hydraulic conductivity and high porosity. Additionally, depth to groundwater should not be less than ten feet below grade, in order to effectively treat impacted soils. The reduction rate of hydrocarbon concentrations in soil will be relatively high as a result of the continued airflow through the porous impacted areas.

### 9.2.3   Feasibility of Implementation

SVE/AS is not a preferred remedial alternative, due to the following:
- Low conductivity and low porosity soils encountered at depths of impacted groundwater
- Shallow depth to groundwater
- Potential of chlorinated VOC migration through potential migration pathways, including the nearby basement at 304 Boston Post Road.

## 9.3    In-Situ Remediation Technologies

There are two classes of *in situ* remediation technologies: *in situ* bioremediation and *in situ* chemical oxidation. Both of these technologies were evaluated.

*In situ* bioremediation is a method in which the contaminant is reduced by organisms in the aquifer. The organisms may be indigenous or specifically cultured to metabolize a type of contamination (e.g., petroleum products or chlorinated solvents). If indigenous organisms are used, then additional oxygen, nutrients or cosubstrates may be added to increase the rate of destruction. This is also known as accelerated natural attenuation. Examples of this type bioremediation would include oxygen release compounds or fertilizers. If specifically cultured organisms are injected into the aquifer it is known as bioaugmentation.

*In situ* chemical oxidation is a method in which chemicals are injected into the aquifer that destroy the contaminant by oxidation. Examples of this type of remediation process include permanganate or fenton's reagent (hydrogen peroxide and iron).

## 9.3.1    Bioaugmentation

There are several commercially available organisms that have been cultured to destroy chlorinated contaminants. These organisms consume and degrade the PCE by a dechlorination process, creating lesser chlorinated compounds (i.e, TCE, cis-1,2 DCE, vinyl chloride) that in turn are also attacked by the organisms until only ethane, a simple hydrocarbon, remains.

### 9.3.1.1 Cost

The costs associated with this alternative include additional injection points (if required), injection media and labor over multiple injection events. Additional costs include the injection mechanism (gravity flow versus injection under pressure). Monitoring of groundwater is also required to measure the success of the approach. These costs are estimated to range from $95,000 to $120,000 for cleanup of the larger, northern plume.

### 9.3.1.2 Risks

Risks associated with this technology include a toxic environment to the organisms, incomplete breakdown of the PCE, or mounding.

### 9.3.1.3 Feasibility of Implementation

- Soils of low hydraulic conductivity may inhibit injection and oxygen transport in the aquifer at deeper soils (> 15 feet bgs).

- Multiple injection points, trench networking or hydraulic fracturing may be required at deeper soils.

- Injections may be feasible at lower depths (4 to 10 feet bgs) or in areas of higher conductivity/porosity soils.

- Authorization required by DEP for injections within 50 feet of a surface water body.

### 9.3.2   Permanganate

Permanganate is a chemical that oxidizes the PCE into carbon dioxide and chloride ions. The process does not form the lesser chlorinated intermediates.

### 9.3.2.1 Cost

The costs associated with this alternative include additional injection points (if required), injection media and labor over multiple injection events. Additional costs include the injection mechanism (gravity flow versus injection under pressure). Monitoring of groundwater is also required to measure the success of the approach. These costs range from $345,000 to $450,000.

### 9.3.2.2 Risks

Risks associated with this technology include mounding or oxidation of metals to a more mobile state.

### 9.3.2.3 Feasibility of Implementation

- Soils of low hydraulic conductivity may inhibit injection and oxygen transport in the aquifer at deeper soils (> 15 feet bgs).

- Multiple injection points, trench networking or hydraulic fracturing may be required at deeper soils.

- Injections may be feasible at lower depths (4 to 10 feet bgs) or in areas of higher conductivity/porosity soils.

- Authorization required by DEP for injections within 50 feet of a surface water body.

### 9.3.3    Design Approach-Groundwater Re-Circulation

Groundwater recirculation is a process in which impacted groundwater is pumped or extracted ex-situ, treated and subsequently re-injected into the subsurface. The injections are usually conducted in areas upgradient of the impacted zones.

#### 9.3.3.1    Risks

Risks associated with this technology include mounding.

#### 9.3.3.2    Feasibility of Implementation-Groundwater Recirculation

- Soils of low hydraulic conductivity may inhibit injection and oxygen transport in the aquifer at deeper soils (> 15 feet bgs)

- Multiple injection points or a trench network may be required at deeper soils

- Injections may be feasible at lower depths (4 to 10 feet bgs) or in areas of higher conductivity/porosity soils.

- Authorization required by DEP for injections within 50 feet of a surface water body.

#### 9.3.3.3 Feasibility of Implementation

Groundwater re-circulation is not a preferred alternative.

### 9.4    Groundwater Extraction/Recovery and Treatment ("Pump and Treat")

Groundwater extraction/recovery and treatment is a proven technology for the recovery of impacted groundwater. This method is also a conventional means to induce hydraulic containment of a groundwater table surface. Implementation of these systems may involve the installation of multiple large diameter extraction wells, treatment equipment, and a means to discharge treated effluent.

The effectiveness of groundwater pump and treat systems is highly dependent on factors such as secondary groundwater quality (hardness, pH), soil type, permeabilities, saturated thickness and product viscosity. Soil permeabilities will directly influence well yields, and determine whether the system will operate intermittently or continuously. Excessive

intermittent operation of a system, or "cycling" can be detrimental to system components. Additionally, some pump and treat systems require years of operation to effectively reduce groundwater concentrations to acceptable levels.

### 9.4.1   Cost

The design, purchase, implementation, operation, and maintenance costs associated with this system may represent significant up-front capital costs. High costs are associated with installation of recovery wells, along with remedial equipment (i.e. granulated activated carbon adsorber, units, pumps) and materials. Additional costs include supplies and disposal costs (groundwater treatment), along with utility costs.

### 9.4.2   Risks

High concentrations of elemental iron and manganese in groundwater are prone to cause equipment fouling, thereby reducing well yields, and increasing operation and maintenance (O&M) costs.

### 9.4.3   Feasibility of Implementation

Groundwater extraction/recovery and treatment is not deemed a feasible remedial option.

## 9.5      Excavation and Dewatering

Soil excavation involves the removal of impacted soil, which acts as a continuing source of hydrocarbons to groundwater. The impacted soil is removed from its current setting and transported to treatment stations for contaminant removal, recycling and/or disposal or treated on-Site. Excavation of impacted soils would remove the source of contaminants from the Site. Following laboratory analysis, excavated soils are removed from the Site and transported to a treatment, recycling or landfill facility. At Sites where subsurface OHM is identified in limited or isolated areas, soil excavation presents an expedient method of source removal.

A shallow depth to groundwater increases the effectiveness of this option with petroleum compounds, since impacted soils are more accessible. Due to the shallow water table at the Site, any excavation beyond 4 feet in depth would require de-watering, treatment, and discharge of petroleum impacted groundwater. Since contamination has been encountered at approximate depths of up to 20 feet bgs, extensive excavation would be required.

### 9.5.1   Cost

Assuming that up to ten cubic yards of soil is excavated and the soil is designated as hazardous waste, costs may be approximately $3,000.

### 9.5.2   Feasibility of Implementation

Excavation and associated dewatering is not considered a feasible remedial alternative

for the majority of the Site.  Soil excavation may be considered at shallow areas along the northeastern portion of the Site, if contaminated soil is encountered after further assessment activities and above the water table.

## 9.6    Surfactant/CoSolvent Flushing

Surfactant/cosolvent flushing involves injection of chemicals into the subsurface that alter the contaminant by removing it from soil particles upon which it may be adsorbed.  The flushing effect is used to bring the contaminated groundwater to the surface.  This remedial alternative works best with NAPLs and is less effective with dissolved VOCs.  Bench-scale laboratory studies are recommended to effectively design the appropriate mechanism

### 9.6.1    Feasibility of Implementation

Surfactant/Cosolvent flushing is not considered to be a feasible remedial alternative.

## 9.7    Phytoremediation

Phytoremediation involves planting of specific plants that uptake certain contaminants.  The plants accomplish this via different mechanisms including phytoextraction, rhizofiltration, phytostabilization, phytodegradation, rhizodegradation and phytovolatization.

### 9.7.1    Feasibility of Implementation

Phytoremediation is not a feasible remedial alternative, due to the lack of space required for plant growth.  Furthermore, the depth of contamination greatly exceeds the depths of the plant root zone.

## 9.8    Containment

Containment actions include technologies that isolate materials from migration pathways or receptors such that exposure pathways are not complete.  One example of a containment strategy is Permeable Reactive Barriers (PRBs).  A PRB is a subsurface barrier used to intercept a containment plume and reduce concentrations of a contaminant at downgradient locations. PRBs may be comprised of continuous reactive walls, gate and slurry wall/funnels or in-situ reactive vessels.  Zero-valent iron walls have been successful in reducing chlorinated VOC concentrations in groundwater.

### 9.8.1    Feasibility of Implementation

Although this may be a feasible option to contain groundwater from impacting surface water, the slow rate of impacted groundwater flow does not support this option.

## 9.9    Granulated Activated Carbon Adsorber Units

Granulated activated carbon adsorber (GACA) units are appropriate for treating chlorinated VOC-impacted water.  To measure breakthrough of contaminants, water sampling must be conducted on a regular basis, depending on the degree of

contamination and amount of water treated.

### 9.9.1 Feasibility of Implementation

This may be a feasible option to treat contaminated sump water at 304 and 310 Boston Post Road.

## 10.0     CONCLUSIONS AND SELECTION OF REMEDIAL ACTION ALTERNATIVE

Though there are several applicable technologies that would be effective in cleaning the site, Ambient concluded that two technologies would be the best approaches. The first recommended technology is *in situ* bioremediation, namely the injection into the aquifer of an aerobic bacteria specifically cultured to degraded chlorinated contaminants. Ambient recommends this technology due to its moderate costs, its ability to destroy the contaminant and daughter compounds, and its ability to destroy the contaminant in a timely manner. This technology is proposed for the shallow aquifer portion of the northern plume.

The second recommended technology is monitored natural attenuation (MNA). In many areas of the site the existing ecological environment has reduced the concentration of PCE in the groundwater to below the GW-1 standard. Ambient recommends this technology because of its low costs since a favorable environment exists. This technology is proposed for the very deep aquifer (>25 feet) located throughout the site and southern plume.

## 11.0    CONCLUSIONS AND LSP OPINION

Releases of chlorinated VOCs at the Site have impacted groundwater, surface water and indoor air and to a lesser degree, soil. The result of the Method 1 Risk Assessment and additional evaluations indicate that a Condition of No Significant Risk does not exist at the Site. Therefore, implementation of a remedial alternative is required to reduce levels of chlorinated VOCs. In-situ bioremediation is the primary selected feasible remedial option to reduce chlorinated VOC concentrations in groundwater, indoor air and surface water. Injection of bacterial culures specifically developed to consume chlorinated VOCs will be used to treat shallow groundwater in the sandy soil stratum.

MNA will be employed as the approach in the deeper silty-clay stratum. MNA will also be relied upon to remediate the southern groundwater plume. GACA units will be evaluated as a feasible option to reduce chlorinated VOCs in sump water.

## 12.0   PRESUMPTIVE CERTAINTY

As described in the final version of <u>QA/QC Guidelines for the Acquisition and Reporting of Analytical Data in Support of Response Actions under the MCP</u> (CAM VIIA, May 21, 2004), the following narrative summarizes the field and laboratory Quality Assurance/Quality Control procedures utilized in the field investigation program for the latest sampling round and identifies any anomalies. The review was conducted for sampling conducted in 2004 as a measure to provide presumptive certainty for the representative quality and usability of the data to support the Risk Characterization and RAO.

- Field samples collected by Ambient were collected in accordance with standardized and accepted protocols. Appropriate decontamination was performed between sampling and when collecting samples without the use of disposable equipment. The laboratories reported that samples were received in acceptable condition and preservation and within appropriate holding times.

- All of the samples collected by Ambient were extracted and analyzed within method-specific requirements. All analytical results were reported by the laboratory to be within acceptable QC ranges.

- Laboratory instrumentation was calibrated in accordance with method requirements

- Method blanks were free of contamination at the Reporting Limits.

Based on this review, the referenced Site analytical data achieves presumptive certainty.

## 13.0     MCP NOTIFICATIONS

Ambient has conducted notification requirements per 310 CMR 40.1403 and 40.1406. Copies of these notifications are included in Appendix K.  Ambient will also publish a notice in the local newspaper and Environmental Monitor.  A copy of this notice is included in Appendix L.

## 14.0  REFERENCES

Environmental Protection Agency (EPA). September 1998. *Permeable Reactive Barrier Technologies for Containment Remediation.*

EPA. June 1999. *Phytoremediation Resource Guide.*

Interstate Technology & Regulatory Council. April 2003. *Technical and Regulatory Guidance for Surfactant/CoSolvent Flushing of DNAPL Resource Zones.*

Massachusetts Department of Environmental Protection. April 3, 2006. *Massachusetts Contingency Plan*

MykroWaters, Inc. September 2003. *Environmental Site Assessment for 298 Boston Post Road, Wayland, Massachusetts, RTN 3-22753*

MykroWaters, Inc. April 2004 *Phase I Initial Site Investigation Report for 298 Boston Post Road, Wayland, Massachusetts, RTN 3-22753*

## 15.0   LIMITATIONS

Ambient has prepared this report for the exclusive use of its Client.  This report and the findings it contains shall not be disseminated or conveyed, in whole or in part, to any other party except as required by law without the prior written consent of Ambient.

Ambient has provided professional services in accordance with generally accepted practices in the field of environmental engineering.  No other warranty, expressed or implied is made.  Ambient is not responsible for any independent opinions, conclusion, or recommendations, which may be made by others on the basis of information contained in this report.

The observations described in this report were made under the conditions stated in the report.  The conclusions reached were based only upon the work performed, and not upon tasks or procedures which were beyond the scope of services or budget approved by the Client.

Ambient has relied upon certain information provided by other sources in preparing this report.  Ambient does not assume responsibility for the accuracy of information provided by others about the Site, including its history; its physical, chemical and ecological conditions; and its regulatory or environmental status.