

# Thomas J. Stevenson
## Principal/Licensed Site Professional

## Areas of Expertise

- **Environmental Planning and Impact Analysis**

- **Massachusetts Contingency Plan, Ch. 21E**

- **Federal Superfund**

- **Site Investigation/Remediation**

- **Landfill/Power Plant Siting**

- **RCRA/Solid Waste**

- **Industrial Audits**

- **Fate and Transport**

- **Expert Witness**

## Certification

**Licensed Site Professional, # 5800**

**OSHA 40-Hour Hazardous Waste/Emergency Response**

## Education

**Georgetown University, BS Biology**

**Fordham University, MS Biology**

**University of Rhode Island, Oceanography, PhD**



ACEC
MEMBER

---

Dr. Thomas J. Stevenson brings twenty-five years' experience in environmental science and engineering to his position as the Principal of Ambient Engineering, Inc. This experience includes hazardous waste investigations and remediation; landfill and power plant siting closure studies; industrial audits; and water resource evaluations and permitting.

Dr. Stevenson is a Licensed Site Professional in the State of Massachusetts and is certified to provide reliable opinions about contaminated sites and remedial designs. He is a Director of the Licensed Site Professional Association and the representative of the American Consulting Engineers Council to the Waste Site Advisory Committee which provides advice to the state on revisions of the Massachusetts Contingency Plan (MCP).

**Site Investigation and Remediation:** Dr. Stevenson is currently the LSP for the Coastal Oil Site Remediation in South Boston. He has provided the engineering oversight for the cleanup of the former Shawmut Mills site in Stoughton and for the assessment and remediation of the Thomas Plant Shoe Factory site in Jamaica Plain. He was the LSP for the Grove Hall redevelopment on Blue Hill Avenue, Boston.

**Federal Superfund:** Dr. Stevenson's Superfund experience includes service as Deputy Program Manager for an $80 million USEPA contract for hazardous waste investigation and remediation (ARCS) in Region II (New York and New Jersey). He directed a multi-diciplinary staff in RI/FS and Remedial Design at six Superfund sights including waste lagoons, and pesticide and solvent release sites. Dr. Stevenson was responsible for the design of a control, capture and treatment system for the site; he represented the project technically for the EPA at public meetings.

**RCRA/Solid Waste:** Dr. Stevenson conducted industrial audits at nationwide manufacturing facilities of ITT Corporation to ensure compliance with RCRA and with state and local requirements for the use, storage, shipping and disposal of hazardous materials and waste. He represented the Town of North Tarrytown, NY in the closure and cleanup of the Duracell Battery site located there. To do this he studied the plant and its permitted hazardous waste facility; evaluated public health data on human and environmental exposure; and presented findings before town meetings and judicial hearings. Dr. Stevenson directed the preparation of Hazardous Waste Closure Plan for the C. Ray Randall Facility, a former jewelry manufacturing plant in North Attleboro, Massachusetts.

Ambient Engineering, Inc.
100 Main Street
Concord, MA 01742

Tel:   (978) 369-8188
       (888) AMB-6232
Fax:   (978)369-8380

www.ambient-engineering.com