UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 - RBC

| | |
|---|---|
| KLEENIT, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| SENTRY INSURANCE COMPANY, ROYAL & SUN ALLIANCE, UTICA NATIONAL INSURANCE GROUP, and TRAVELERS PROPERTY AND CASUALTY | ) |
| Defendants. | ) |

**EXPERT WITNESS REPORT OF THOMAS J. STEVENSON**

I, Thomas J. Stevenson, hereby depose and state the following:

1. I am the Licensed Site Professional ("LSP") of record regarding response actions conducted under M.G.L. c. 21E ("Chapter 21E") and the regulations promulgated thereunder, 310 CMR 40.0000 *et seq.* ("the MCP"), at the disposal sites identified as RTN # 3-22753 and #3-25637, located at 298, 304 and 310 Boston Post Road, respectively, Wayland, Massachusetts ("the Site").

2. It is my opinion that all response actions conducted at the Site have been developed and implemented in accordance with the applicable provisions of Chapter 21E and the MCP and are appropriate and reasonable to accomplish the requirements of Chapter 21E and the MCP. The basis of this opinion is set forth in the submittals filed with the Department of Environmental Protection as required by the MCP, as identified below.

3. The data or other information considered by me in forming my opinion is set forth in the following attached documents:

    a. Phase II Investigation, attached as Exhibit A.

    b. Phase III Investigation, attached as Exhibit B; and,

    c. Phase IV Remedy Implementation Report, attached as Exhibit C.

4. My qualifications as an expert witness, including a list of all publications I authored within the preceding ten years, is included in my resume, attached as Exhibit E.

5. My compensation paid for the development of my opinion is $150 per hour and $170 per hour for testimony.

6. I have not testified as an expert at trial or by deposition within the preceding four years.

Signed this 24th day of September under the pains and penalties of perjury,

*Thomas J. Stevenson*
Thomas J. Stevenson