UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 - RBC

| | |
|---|---|
| KLEENIT, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)<br>) |
| SENTRY INSURANCE COMPANY,<br>ROYAL & SUN ALLIANCE,<br>UTICA NATIONAL INSURANCE GROUP, and<br>TRAVELERS PROPERTY AND CASUALTY | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## EXPERT WITNESS REPORT OF MARK A. GERMANO

I, Mark A. Germano, hereby depose and state the following:

1. I am the Licensed Site Professional ("LSP") of record regarding response actions conducted under M.G.L. c. 21E ("Chapter 21E") and the regulations promulgated thereunder, 310 CMR 40.0000 *et seq.* ("the MCP"), at the disposal site identified as RTN # 2-14526, located at 293-295 Main Street in Acton, Massachusetts ("the Site").

2. It is my opinion that all response actions conducted at the Site have been developed and implemented in accordance with the applicable provisions of Chapter 21E and the MCP and are appropriate and reasonable to accomplish the requirements of Chapter 21E and the MCP. The basis of this opinion is set forth in the submittals filed with the Department of Environmental Protection as required by the MCP, as identified below.

3.      The data or other information considered by me in forming my opinion is set forth in the following attached documents:

    a.   Phase I Investigation, attached as Exhibit A.

    b.   Phase II Investigation, attached as Exhibit B.

    c.   Phase III Investigation, attached as Exhibit C.

    d.   Phase IV Remedy Implementation Report, attached as Exhibit D.

4.      My qualifications as an expert witness, including a list of all publications I authored within the preceding ten years, is included in my resume, attached as Exhibit E.

5.      My compensation paid for the development my opinion and to be paid for my testimony is $175/hour.

6.      A listing of other cases in which I have testified as an expert at trial or by deposition within the preceding four years are as follows:

> I have testified or given deposition in several cases over the last four years including homeowner and commercial property owners disputes with insurance companies. Other cases include previous owner disputes, downgradient disputes and previous consultant disputes.

Signed this 24th day of September under the pains and penalties of perjury,

_/s/ Mark A. Germano_
Mark A. Germano