# PHASE I ENVIRONMENTAL SITE ASSESSMENT REPORT & TIER CLASSIFICATION SUBMITTAL

### 293-5 MAIN STREET (DUD'S DRY CLEANERS) ACTON, MASSACHUSETTS RTN 2-14526

**October 29, 2003**

*Prepared for:*

**Kleenit, Inc.**
**44 Park Street**
**Ayer, MA 01432**

*Prepared by:*

**Coler & Colantonio, Inc.**
**101 Accord Park Drive**
**Norwell, Massachusetts 02061-1685**
**(781)-982-5400**

**Project No. 11-1079.00**

## TABLE OF CONTENTS

1.0    INTRODUCTION ....................................................................................................1
        1.1    Background ...............................................................................................1

2.0    SITE INFORMATION ..........................................................................................3
        2.1    Site Location ............................................................................................3
        2.2    Area Characteristics .................................................................................4
        2.3    On-Site Employees and Nearby Residential Population .........................4
        2.4    Surrounding Institutions...........................................................................4
        2.5    Potential Environmental Receptors..........................................................4
        2.6    Natural and Physical Settings ..................................................................5
        2.6.1  Site and Vicinity .......................................................................................5
        2.6.2  Geologic / Hydrogeologic Characteristics ...............................................5
        2.7    Soil and Groundwater Categories .............................................................6
3.0    STANDARD AND ENVIRONMENTAL RECORDS REVIEW ......................6
        3.1    Abbreviations ............................................................................................6
        3.2    EPA Region I and Massachusetts Database Searches ..............................7
        3.3    RCRA Generators (RCRA GEN) .............................................................8
        3.4    Emergency Response Notification System (ERNS) .................................8
        3.5    Registered Underground Storage Tanks (USTs) ......................................8
        3.6    State Hazardous Waste Sites.....................................................................9
        3.7    State Spill Sites .........................................................................................9
4.0    SITE USAGE.......................................................................................................10
5.0    INITIAL COLLECTION AND ANALYSIS OF SUB-SLAB AIR AND
        GROUNDWATER SAMPLES FROM PRE-EXISTING WELLS ....................11
        5.1    Groundwater Monitoring ........................................................................11
        5.2    Results of Laboratory Analyses: Sub-Slab Air......................................12
        5.3    Results of Laboratory Analyses: Groundwater Quality in Pre-Existing Monitoring
                Wells .......................................................................................................13
        5.4    Direction of Groundwater Flow..............................................................13
        5.5    Determination of Extent of Migration of PCE and Related Daughter Products....14
        5.6    Initial Indoor Air Quality Assessment and Risk Characterization.........14
6.0    LIMITED SUBSURFACE INVESTIGATION AND OTHER GROUNDWATER
        MONITORING.....................................................................................................16
7.0    CONCLUSIONS AND RECOMMENDATIONS .............................................19
        7.1    Nature and Extent of Contamination ......................................................20
        7.1.1  Soil Contamination .................................................................................20
        7.1.2  Groundwater Contamination...................................................................20
8.0    MIGRATION PATHWAYS AND EXPOSURE POTENTIAL........................21
        8.1    Potential Migration Pathways.................................................................21
        8.1.1  Groundwater Pathway.............................................................................21
        8.1.2  Surface Water..........................................................................................21
        8.1.3  Soil Pathway ...........................................................................................21
        8.1.4  Air Pathway ............................................................................................21
9.0    ADDITIONAL PHASE I REQUIREMENTS....................................................22
        9.1    Phase I Report Completion Statement ....................................................22
        9.2    Public Involvement .................................................................................22
10.0   TIER CLASSIFICATION AND NUMERICAL RANKING SCORE ..............22

| | 10.1 | Numerical Ranking Score System (NRS) Scoresheet | 22 |
| | 10.2 | Tier I Conclusion Criteria | 22 |
| | 10.3 | LSP Tier Classification Opinion | 22 |
| 11.0 | | LSP EVALUATION OPINION SUMMARY | 23 |
| 12.0 | | RECOMMENDED ADDITIONAL RESPONSE ACTIONS | 23 |
| | 12.1 | Phase II Comprehensive Site Assessment Scope of Work | 24 |
| 13.0 | | STATEMENT OF LIMITATIONS | 25 |

**Figures**

Figure 1    Locus Map
Figure 2    Field Sketches
Figure 3    MA DEP BSWC Scoring Map

**Appendices**

Appendix A    Site Photographs
Appendix B    Analytical Reports Summary Tables
Appendix C    DataMap Technology Corporation Environmental FirstSearch Report
Appendix D    Tier Classification Submittal Forms (BWSC-107)
Appendix E    Numerical Ranking Score
Appendix F    Laboratory Reports
Appendix G    Public Notification Letters

## 1.0    INTRODUCTION

Coler & Colantonio, Inc. (C&C) has prepared this Phase I Initial Site Investigation and Tier Classification Submittal for 293-295 Main Street, Acton, Massachusetts (the Site), where Kleenit, Inc., (the Client) operates 'Dud's Cleaners' (Dud's). This report incorporates a summary of all of our work to date including our field observations, the laboratory reports from the analysis of air, soil and groundwater samples we collected on the Site and a hazard assessment conducted by our risk assessor.

The Site is currently an unclassified Disposal Site with the Release Tracking Number (RTN) 2-14526 assigned by the DEP. The date of Release Notification is recorded as October 29, 2002.

Based on the findings of the Phase I Investigation and Tier Classification process, the Site meets the criteria for classification as a Tier II Disposal Site pursuant to 310 CMR 40.0500. The Disposal Site Score was determined from the Numerical Ranking System Scoresheet referenced in the MCP at 310 CMR 40.1511. The score has been determined to be 179. Copies of the Phase I Completion Statement Transmittal Form (BWSC-108) and Tier Classification Transmittal Form (BWSC-107A) are enclosed separately with this submittal. Copies of the Transmittal Forms and Tier Classification Worksheets are provided in Appendix A. A conceptual Phase II Scope of Work is included in Section 12, below.

## 1.1    Background

For several years Dud's operated a retail dry cleaning operation in the space at 293-295 Main Street, Acton, MA. The space was subdivided to reduce the area leased by Dud's and to accommodate a new, additional tenant in the building in the proposed lease-back space, which has the address of 293 Main Street. The landlord/property owner E&A Northeast Limited Partnership (E&A) and the prior landlord/property owner retained a consultant, Sanborn, Head & Associates, Inc., (SHA) to evaluate conditions on the Site and the potential for the migration of VOC vapors from the dry cleaning operation into the proposed lease-back space. As a result of this evaluation contamination by volatile organic compounds (VOC's), particularly tetrachloroethylene was discovered in soil samples obtained from below the portion of the building slab at Dud's on July 2, 2002. This discovery represented a new release requiring a notification to the MA-DEP on or before October 29, 2002.

A Release Notification was made to the DEP on October 24, 2002 based on the.

Based on the results of the results of the sampling and analysis of soil samples collected by SHA in June 2002 and the assessment and data review activities conducted under C&C's October 2, 2002 proposal and amendments, which are described in detail below, a Release Notification was made by C&C on behalf of the Client to the MA-DEP. This was done within the required notification period. The Release Notification date has been recorded as October 29, 2002 by the DEP.

C&C proposed a three-phased approach to the further evaluation of the recently discovered soil contamination condition. The evaluation is intended in part to support an evaluation of the potential exposure risks that might be encountered by future tenants of the space and to assist in the formulation of a conceptual model of the extent and source of the contamination. This report includes the results of the collection and laboratory analysis of samples of soil gas from

beneath the building slab, soil samples, groundwater from existing and new monitoring wells as well as an associated focused health-risk assessment.

The Site is defined as a portion of the building space previously occupied by Dud's and certain adjacent exterior areas. Specifically, the study area includes 295 Main Street, now occupied by Dud's; the lease-back space, 293 Main Street, that was sub-divided from the space currently occupied by Dud's; and, a portion of the exterior of that space in the area of groundwater monitoring wells MW-2, MW-6 and CC-4.

In the course of a previous Phase I Environmental Site Assessment that had been conducted by others in 1989, it was determined that a limited release of hazardous materials, particularly chlorinated solvents including tetrachloroethylene, had impacted the area including the Site[1].

These compounds were detected in the samples of groundwater collected from four monitoring wells. However, following additional investigative activities, and under the MCP/21E programs and guidelines then in place for environmental assessment and remedial action, the concentrations were determined to: "...not represent an imminent threat to public health or the environment." Furthermore, it was stated then that because of the current and foreseeable conditions and uses of the Site that: "...site conditions meet the requirements of a permanent solution as described in 310 CMR 40.545, and that additional on-site remedial actions are not necessary at this time."[2] The cited studies also included an opinion that suspected the likely source of the chlorinated VOC's was Dud's or other Potentially Responsible Parties (PRPs). Subsequent assessments that involved additional sub-surface investigations and the collection and analysis of soil and groundwater samples, as well as review of preceding assessment activities and reports, offered conclusions and recommendations that suggested contaminant concentrations were undergoing attenuation[3]. No formal response action or remediation was initiated because the contaminants that were detected in groundwater continued to naturally attenuate and were below MCP Method 1 clean-up standards.

In July of 2002, as part of the planning being done for the proposed sub-division of the subject building space, a subsurface investigation carried out by the environmental consultant retained by the property owner, Sanborn, Head & Associates (SHA), led to the discovery of tetrachloroethylene and, to a lesser degree, methyl-tert-butyl-ether (MTBE), in soil samples taken from beneath the building slab in the subject area.[4]

---

[1] Letter: Kurz Associates, Inc. on behalf of site owners M-Acton I, Inc. and M-Acton II, Inc. to Christopher Bresnahan, Emergency Response Section – Central Regional Office, Massachusetts DEP, Worcester, September 19, 1989.

[2] Cover letter to report: *Phase II Comprehensive Site Assessment, DEP Case No. 2-0678, Acton Plaza, Massachusetts Avenue & Main Street, Acton, Massachusetts*, addressed to Mr. Albert J. Hodgess, Middlesex Savings Bank, Maynard, MA 01754.

[3] Letters: ChemCycle Corporation to Mr. Steven Samuels, Samuels & Associates, Boston, MA, dated January 18, 1993; and ESS (Environmental Science Services) to Mr. Ozzie Street, Samuels & Associates, Boston, MA, dated August 24, 1994; and MyKroWaters Environmental Services to Mr. Keith Crider, Kleenit, Inc., Ayer Massachusetts, dated February 20, 1996.

[4] Letter: Sanborn, Head & Associates, Inc. to Larry Guilmette, Samuels & Associates, Boston, MA, dated July 2, 2002.

---

Phase I Assessment & Tier Classification Report
Kleenit, Inc.
October 29, 2003, Project 11-1079.00                         - 2 -

Dud's Dry Cleaners
293-5 Main Street
Acton, MA

During the course of C&C's subsequent site reconnaissance on October 9, 2002, a total of seven groundwater monitoring wells were located. SHA installed five of these wells in March and April, 1998, and two in June 2002. Two of these wells are located inside of the building in the area occupied by Dud's. These wells are constructed with 1-inch ID PVC and identified as SH-2 and SH-4B, and were found to be open to 10.3 and 11.6 feet respectively below the tops of the well risers. The tops of these wells are finished with aluminum gate-boxes set flush with the floor surface and equipped with expansion-type covers. The wells were observed to contain only a trace of water. The other wells are constructed with 2-inch ID PVC and are identified as MW-2, MW-3, MW-5, MW-6 and MW-7. These wells are located in asphalt-paved areas on and in vicinity of, the Site. See the field sketches and maps attached as appendices to this report for the relative locations of these wells. Based on their proximity to the Site and data from previous analyses groundwater samples from MW-2, MW-5 and MW-6 were submitted for analysis for VOC's. Because of the small amount of water and excessive silt present, a sufficient groundwater sample could not be recovered from MW-3.

Also in October 2002, sub slab air samples were collected from within the 'take-back' space of Dud's. These samples were collected using evacuated 'Summa' canisters and submitted for laboratory analysis for select VOC's.

C & C conducted test borings and the installation of three groundwater monitoring wells on the Site in November 2002. Two of the new wells are located within the building footprint; and one is located just outside of the rear wall of the building. Soil samples collected during the drilling operation were screened for the presence of VOC's; and select samples were submitted for laboratory analysis for VOC's. In December 2002 groundwater samples were collected from these new wells and submitted for laboratory analysis.

In September 2003 groundwater samples were collected from monitoring wells MW-2, MW-5, MW-6, CC-2, CC-3 and CC-4 and submitted for laboratory analysis for VOC's.

## 2.0    SITE INFORMATION

### 2.1    Site Location

The Site is located at 293-295 Main Street, Acton, Massachusetts, approximately two miles southwest of Acton center, near the intersection of state routes 27 and 111, also known as Main Street and Massachusetts Avenue, respectively. The building at this location is a single story 'strip mall' constructed slab-on-grade with masonry exterior walls and metal roof spans. The owner of the building is E & A Northeast Limited Partnership, and its agent is Edens & Avant Realty, Inc. with a local office at 360 Newbury Street, in Boston. Tenants of this building include Dud's Dry Cleaners, a wood-working tools and supplies dealer, a liquor store, a donut shop and a sandwich and pizza shop. The Dud's dry cleaning operation includes counter service and cleaning and pressing operations. This operation has existed at the present location for about 40 years. The UTM coordinates for the Site are: Zone 19, Northing: 4705261, Easting: 298363; or, 42° 28' 24"-north, 71° 27' 10"-west (42.473454, -71.45291).

## 2.2    Area Characteristics

The area is moderately developed. Beyond the area of retail development, the general vicinity there are areas that could be classified as residential and wooded uplands. The immediate Site is relatively flat and level; however, a steep vegetated slope exists within 100 feet of the rear wall of the building to the east of the Site. Surface drainage in the immediate vicinity of the Site is towards the east and southeast. There is a catch basin located approximately 100 feet from the front (west) entrance to the Dud's store and the outlet for this catch basin is unknown.

The Site is within the drainage basin of the Fort Pond Brook, which feeds into the Assabet River, a tributary to the Concord River. A portion of the open channel for this brook is located greater than 500 feet south-southwest of the Site.

According to the Federal Emergency Management Agency Flood Maps, specifically Panel 0004C of Map 250176, the Site lies in a 'Zone X', an area outside of the 500-year flood occurrence.

The Site is served by municipal water and sewer service and utilities including gas and electric. In early 2002 the immediate area including the Site was connected to the municipal sewer service. Prior to this wastewater disposal was on-site by way of a septic tank and leaching field located southeast of the subject building.

## 2.3    On-Site Employees and Nearby Residential Population

Dud's Cleaner's employs operators for the dry-cleaning and pressing machines as well as counter help. Typically the greatest number of employees present during peak operating hours is four.

Mixed commercial and residential land usage exists within one-half of the Site to the north-northwest, east and southwest. The residential population is estimated to be greater than 100 and less than 1,000 people.

## 2.4    Surrounding Institutions

An historical society building/museum located on the opposite side of Main Street was observed by C&C personnel during visits to the Site. The affiliation or theme of this apparent institution was not determined. The grounds of the Parker-Damon elementary school are within 500 west of the Site; but the structures are more than 500 feet distant and, are topographically and hydrologically in an upgradient direction. No other "Institutions", as defined in 310 CMR 40.0006, are known to be located within 500-feet of the Site.

## 2.5    Potential Environmental Receptors

The following environmental receptors have been evaluated:

Areas of Critical Environmental Concern (ACEC)

According to a review of the *Areas of Critical Environmental Concern (ACEC) Program Guide* (June, 1993 edition with August, 1996 updates), and the MassGIS Database Map, no ACECs have been identified within 500 feet of the Site. The Town of Acton's 'Great Hill' conservation area is located south of the Site but at a distance greater than 500 feet from the Site.

Habitats
According to the *Massachusetts Natural Heritage Atlas,* 2000-2001 edition, no estimated habitats of rare wetlands wildlife, certified vernal pools, or high priority sites of rare species and exemplary natural communities have been identified within 500 feet of this Site.

Surface Water
No surface waters are located within 500 feet of the Site.

Drinking Water Supplies
According to information provided by the Bureau of Waste Site Cleanup (BWSC) Priority Resource Map of Acton, Massachusetts, the Site is not located within 500 feet of a Potentially Productive Aquifer, Zone II, Interim Wellhead Protection Area, or surface water supply. The findings of this report and the Tier Classification are not affected by the Town of Acton Aquifer Protection By-Law.

Wetlands
No wetlands are located within 500 feet of the Site.

## 2.6    Natural and Physical Setting

### 2.6.1    Site and Vicinity

Outside of the subject building, which is a slab-on-grade structure with masonry walls and a steel span-supported flat roof, the surface of the Site is paved with asphalt. The subject property is generally flat but with a sharp downward slope towards the southeast approximately 100 feet south of the Site. The adjacent bank building has a main floor at an elevation that is approximately 3 feet lower than the main floor of the building on the Site.

### 2.6.2    Geologic / Hydrogeologic Characteristics

Based on observations made during test borings, soil conditions indicate up to 7 feet of fill and reworked material over 4 to 13 feet of medium dense till and weathered bedrock. There were indications of partially decomposed organic matter present in the 6 to 8 foot depth interval in one of the borings. The surface of competent rock on Site was encountered at 11 to 20 feet below grade.

The underlying bedrock is expected to be associated with members of the *Nashoba Formation* (Geologic Map of Massachusetts, E-An Zen, editor, 1983) consisting of the metamorphic rocks schist and gneiss.

## 2.7    Soil and Groundwater Categories

*Soil Category – Method I Risk Characterization*
Soil at the Site meets the criteria established for Soil Category S-1, S-2, and S-3 as outlined in 310 CMR 40.0933(7).

*Groundwater Categories- Method I Risk Characterization*
According to our review of data collected to date, groundwater at the Site meets the criteria for categorization as GW-2 and GW-3.

- No private wells are known to be located within 500 feet of the Site. According to the DEP GIS map of Acton the Site is not located within 500 feet of an Interim Wellhead Protection Area (IWPA), Zone II, Potentially Productive Aquifer, or public water supply. Groundwater at the Site, therefore, does not meet the criteria for categorization as GW-1.
- The Site includes an existing building, and based on observations of excavations made during the Phase 1 Investigation, groundwater has been observed as close as 10.8 feet from the surface. Groundwater at the Site, therefore, meets the criteria for categorization as GW2.
- Groundwater at the Site, as does all groundwater in the Commonwealth of Massachusetts, also meets the criteria for categorization as GW-3.
- The findings of this report and the Tier Classification are not affected by the Town of Acton Aquifer Protection By-Law.

## 3.0    STANDARD ENVIRONMENTAL RECORDS REVIEW

A review of standard federal, state, and local environmental record sources pertaining to the Site and surrounding area was conducted based on a FirstSearch database inquiry dated October 16, 2002. The DEP's on-line Searchable Sites Database was accessed on October 20, 2003 and checked for updates. Reference to the Site was noted as being present on the Database under the RTN 2-14526. No other changes to the Database were noted that would be expected to indicate a potential impact on the Site. The findings of this review are summarized below.

Because of the precision of the FirstSearch latitude/longitude reading, and the imprecision of the means of placing the study site locator when calling-up the database search, the Site is depicted as being 1/10 of a mile from the subject site of the FirstSearch database inquiry. However, this does not affect the process of evaluating potential impacts from nearby disposal sites or spill locations.

## 3.1    Abbreviations

Abbreviations used in this section as well as in the report are as follows:

| | |
|---|---|
| AST | Aboveground Storage Tank |
| ASTM | American Society for Testing and Materials |
| BASA | Board Acceptable Site Assessment |

---

| CERCLIS | Comprehensive Environmental Response Compensation Liability Information System (List) |
| DEP | Massachusetts Department of Environmental Protection |
| EPA | United States Environmental Protection Agency |
| EPH | Extractable Petroleum Hydrocarbons |
| LTBI | Location to be Investigated |
| MCP | Massachusetts Contingency Plan |
| NFRAP | No Further Remedial Action Proposed |
| NGVD | National Geodetic Vertical Datum |
| NPL | National Priorities List |
| OHM | Oil and Hazardous Materials |
| PCBs | polychlorinated biphenyls |
| RAO | Response Action Outcome |
| RCRA | Resource Conservation and Recovery Act |
| RNF | Release Notification Form |
| RTN | Release Tracking Number |
| SGN | Small Quantity Generator, 100 to 1,000 kilograms/month |
| SWL | Solid Waste Landfill |
| TPH | Total Petroleum Hydrocarbons |
| TSDF | Treatment, Storage, and Disposal Facility (for hazardous wastes) |
| USGS | United States Geologic Survey |
| UST | underground storage tank |
| VGN | Very Small Quantity Generator, less than 100 kilogram/month |
| VOC | Volatile Organic Compound |
| VPH | Volatile Petroleum Hydrocarbons |

## 3.2    EPA Region I and Massachusetts Database Searches

A review of state and federal regulatory records was conducted via an on-line search through Datamap Technology Corp. (DataMap) on October 16, 2002. The minimum search distances suggested in the applicable ASTM guidance document were used in order to evaluate the potential for off-site OHM contamination to migrate onto the Site. As summarized in Table 1, seven federal and four state databases were searched in accordance with ASTM 1527-00. Refer to Attachment E for a copy of the DataMap report. C&C provides no warranties on, and conducted no independent investigations to verify information provided by third parties.

Phase I Assessment & Tier Classification Report
Kleenit, Inc.
October 29, 2003, Project 11-1079.00          - 7 -

Dud's Dry Cleaners
293-5 Main Street
Acton, MA

**Table 1**
**Federal and State Databases Searched**

| Database | Updated | Radius | Sites Found |
|---|---|---|---|
| NPL | 9/10/02 | 1.0 mile | 0 |
| CERCLIS | 9/10/02 | .5 mile | 0 |
| NFRAP | 7/8/02 | .15 | 0 |
| RCRA TSD | 8/08/02 | 0.5 mile | 0 |
| RCRA COR | 8/8/02 | 1.00 | 0 |
| RCRA GEN | 8/8/02 | 0.5 mile | 3 |
| ERNS | 12/31/01 | 0.15 mile | 2 |
| State Sites | 6/19/02 | 1.0 mile | 12 |
| State Spills 1990+ | 6/19/02 | .5 mile | 30 |
| Reg USTs &, ASTs | 7/17/02 | 0.5 mile | 5 |
| SWL | 6/01/01 | .5 mile | 0 |

## 3.3    RCRA Generators (RCRA GEN)

There are three RCRA Generators listed in the DataMap report located within one half mile of the Site. The first generator is listed as "CVS" at 393 Massachusetts Avenue, Acton, presumably a "CVS" pharmacy and general goods retail store. The second two listed generators appear to be for the same location, the "Penske Auto Center" at 252 and 252B Main Street, Acton. The "CVS" generator is listed as a small quantity generator (SGN), generating between 100 and 1,000 kilograms of hazardous waste per month. The "Penske" location is listed as a SGN and as a very small quantity generator (VGN), generating less than 100 kilograms of hazardous waste per month. These locations are shown as being .04 and .11 miles away, respectively, in locations that are topographically and presumed to be hydrologically downgradient of the Site.

## 3.4    Emergency Response Notification System (ERNS)

According to the database report, two ERNS incidents have occurred within one half mile of the Site. The first is .01 miles northeast of the Site, at 421 Massachusetts Avenue reported as the location of a Sunoco station. The incident is dated June 21, 1993 and was apparently a spill of an unknown quantity of gasoline.

The second incident under this data base is apparently a reference to the same June 21, 1993 incident.

## 3.5    Registered Underground Storage Tanks (USTs)

According to the Database search, there are five references to registered USTs located within a one half mile radius of the Site. Two of the references are to USTs located at the Sunoco station at 421 Massachusetts Avenue; one reference is made to "Petro Plus" at 408 Massachusetts Avenue .14 miles southeast of the Site; one reference is to the "Bell Atlantic Central Office" at 428 Massachusetts Avenue, .04 miles southwest of the Site; and the final

reference is to the "Baker Whitney Oil Company" at 432 Massachusetts Avenue, .05 miles southwest of the Site. Each of these locations is topographically and presumed to be hydrologically cross- or downgradient of the Site.

## 3.6    State Hazardous Waste Sites

The following locations, including the MA-DEP Release Tracking Number (RTN) if available, are listed under the database search as State OHM disposal sites. All locations are in Acton.

1)  Sunrise Sunoco, 421 Massachusetts Avenue, 2-745,
2)  Intersection of Route 111 and Route 27, 2-13519,
3)  Meineke Muffler, 263 Main Street, 2-12283,
4)  Acton Plaza, 291 Main Street, 2-678, [The subject property],
5)  Former Shell station, 408 Massachusetts Avenue, 2-12157,
6)  Shell station, 408 Massachusetts Avenue, 2-836,
7)  Tosco Corporation, 289 Main Street, 2-13400 [The nearby 'Exxon' station],
8)  Haartz Corporation, 87 Hayward Road, 2-601,
9)  Mobil Station 01 232, 204 Main Street, 2-747,
10) Mobil service station, 553 Massachusetts Avenue, 2-754,
11) Concord Oil Company, 68 Central Street, 2-12850,
12) Concord Oil Company, 68 Central Street, 2-13132.

State site number (7) of the above list is the current Exxon gasoline station located immediately west of the Site. This location appears to be topographically cross gradient and hydrologically cross or downgradient of the Site. All of the other listed locations are known to be downgradient or beyond a distance where any direct potential impact to the Site could be reasonably expected to occur from them.

## 3.7    State Spill Sites

The following locations, including the MA-DEP RTN or Incident Identification number if available, are listed under the database search as State Spill sites for the period 1990 to present. All locations are in Acton unless otherwise noted. Some spill incidents become confirmed disposal sites and State-listed OHM sites, thus some of the location appearing in the State sites list appear again in the Spills list. All locations are in Acton unless otherwise noted.

1)  Sunoco station, 421 Massachusetts Avenue, C93-0380,
2)  Sunoco station, 421 Massachusetts Avenue, 2-11201,
3)  Sunrise Sunoco, 421 Massachusetts Avenue, 2-745,
4)  Intersection of Route 111 and Route 27, 2-13519,
5)  Meineke Muffler, 263 Main Street, C92-123,
6)  Meineke Muffler, 263 Main Street, 2-12283,
7)  New England Telephone Central Office, 428 Massachusetts Avenue, 2-10079,
8)  Bowladrome, 257 Main Street, 2-12032,
9)  Acton Plaza, 291 Main Street, 2-678 [The subject property],
10) K-Mart, Route 117 and Route 27, C92-0171,

Phase I Assessment & Tier Classification Report
Kleenit, Inc.
October 29, 2003, Project 11-1079.00                - 9 -

Dud's Dry Cleaners
293-5 Main Street
Acton, MA

11) Former Shell station, 408 Massachusetts Avenue, 2-12157,
12) Shell station, 408 Massachusetts Avenue, C90-589,
13) Shell station, 408 Massachusetts Avenue, 2-836,
14) Acton-Boxborough Regional School, 6 Charter Road, 2-14265,
15) Acton-Boxboro High School, Hayward Road, 2-13502,
16) Acton-Boxborough High School, 14 Charter Road, 2-11393
17) Exxon R/S 31608, 289 Main Street, 2-11588,*
18) Exxon station, 289 Main Street, C90-511,*
19) Tosco Corporation, 289 Main Street, 2-13400,*
20) Contaminated Soil, 230 Main Street, C90-743,
21) Contaminated Soil, 230 Main Street, C90-526,
22) Mobil Oil, 230 Main Street, C90-825,
23) Baker & Whitney, 352 Massachusetts Avenue, C90-633,
24) Ace Hardware, 210 Main Street, 2-13969,
25) Haartz Corporation, 87 Hayward Road, 2-601,
26) North Acton WWTP [Wastewater Treatment Plant], 3 Durkee Road, 2-12037,
27) Mobil Station 01 232, 204 Main Street, C90-442,
28) Mobil Station 01 232, 204 Main Street, C90-149,
29) Mobil Station 01 232, 204 Main Street, 2-747,
30) Mobil Oil, 204 Main Street, C90-135,

Other listed but "non-geocoded" spill locations appeared beyond the ½ mile radius from the Site.

Based on the distance from the Site, incident histories, probable regional groundwater flow directions, and/or the regulatory status of the identified spill location, the spills areas are not expected to have an adverse impact on groundwater or soils at the subject Site, with the exception of the locations referred to in items 17*, 18* and 19*, the current location of the nearby Exxon station.

## 4.0    SITE USAGE

The take-back space was vacant at the time that this report was prepared. The space occupied by Dud's contains a counter/customer service are, clothes racks and pressing and dry-cleaning equipment. There are two dry-cleaning units at the Site. These unit types can be classified as *Dry-to-Dry Closed-Loop with No Carbon Adsorber*. According to the information gathered by C&C personnel, the equipment currently in place is the third generation of dry-cleaning machinery at the location and was installed approximately 12 years ago in 1990.

Information on dry-cleaning operations was obtained by C&C from observations made on the Site and from the summary of tetrachloroethylene handling procedures provided to C&C by the Client during interviews.

Wastes recovered from the dry cleaning operation are stored pending disposal and include solids, sludge and liquid. These materials are placed into heavy plastic 30-gallon capacity

drums with secure covers. Waste drums are positioned inside two spill containment trays located in the room and passageway immediately behind the location of the dry-cleaning machines.

Cannister filters, materials collected by the button trap and sludge from the still are removed from the Site by a licensed waste hauler, Cycle-Solve, of Cranston, Rhode Island. The generator identification number used for Dud's is MAD980669170.

Liquid that has been drained from the separator and the vacuum-trap systems, approximately 30 gallons each week, is transported by company personnel to Kleenit's facility in Ayer. There, it undergoes further treatment by a distillation process for the recovery and reuse of tetrachloroethylene and the 'polishing' of the water prior to its discharge.

## 5.0    INITIAL    COLLECTION    AND    ANALYSIS    OF    SUB-SLAB    AIR    AND    GROUNDWATER SAMPLES FROM PRE-EXISTING WELLS

In consideration of the elevated concentrations of tetrachloroethylene reportedly detected by Sanborn, Head & Associates in the soil below the building slab at 293 Main Street, C&C collected a composite sample of soil gas from each of four locations beneath the building slab on October 9, 2002. In each instance a Summa canister with an 8-hour duration intake regulator was used to collect the sample. At one sampling location the existing monitoring well SH-2 was utilized as an air sampling location. At three locations, using a hand-held rotary hammer, a hole was first drilled through the floor slab. The thickness of the slab in these locations was found to be approximately four-inches. A small void space was created below the slab below each drilled hole. At each sampling location, a silicone tube attached to a Summa canister was placed to allow collection of an air sample from below the slab surface. The valves on the canisters were opened at 12:44 PM and closed at 8:44 PM.

Prior to and during the majority of the sampling procedure, the area was cross-ventilated. Dry-cleaning operations had ceased approximately three hours prior to the start of the sampling. The samples were transferred to our contract laboratory where the contents were analyzed by EPA method TO14A. The summary of results expressed in parts per billion by volume (ppbv) and in micrograms per cubic meter (ug/M$^3$) is given in Table 4 below and contained within an Attachment to this report.

### 5.1    Groundwater Monitoring

The locations and condition of the existing groundwater monitoring wells at and in the near vicinity of the Site were checked on October 9, 2002. A total of seven wells installed by Sanborn & Head and Associates, Inc. (SHA) were located and inspected. Please refer to the attached map (Figure 2) for the relative locations of the groundwater and soil-gas sampling points. For each well the physical condition of the street-box and well riser were inspected. Next, the depths to the groundwater and to the bottom of each well from the top of the well riser or gate box were measured. A dedicated teflon bailer was then lowered slowly halfway into the water table in each well where water was determined to be present. The bailer was

Phase I Assessment & Tier Classification Report
Kleenit, Inc.
October 29, 2003, Project 11-1079.00                   - 11 -

Dud's Dry Cleaners
293-5 Main Street
Acton, MA

extracted to check for the presence of floating phase liquids and debris. See Table 2, below for a summary of observations for the wells. An attempt was made to surge the wells when they were being purged. Monitoring wells MW-2, MW-6 and MW-7 were surged and purged. MW-3 and MW-5 were purged and there was no immediate recharge once the wells were emptied. MW-4 was not found and apparently had been destroyed when the septic system was replaced by a connection to the municipal sewer service. MW-1 was inspected but was not purged since it was not scheduled for sampling. A summary table of the results of the well location and inspection activities is provided below.

On October 10, 2002, MW-3 was found to contain only a very small amount of black sludge and no sample sufficient for a VOC analysis could be recovered. Three monitoring wells, MW-2, MW-5 and MW-6 were purged and groundwater samples were collected and transported on ice to C&C's offices in Norwell, MA. The samples were kept cool and on the next day they were submitted to GeoLabs, Inc. of Braintree, MA for analysis for VOC's by EPA method 8260. Results are summarized in Table 3 and discussed below. A copy of the laboratory report is included in an Attachment to this report.

## 5.2    Results of Laboratory Analyses: Sub-Slab Air

Analytical results are summarized in a condensed version in Table 4 below and complete laboratory reports are included as an Attachment. The results show that tetrachloroethylene, toluene and meta and para-xylenes were found in each of the sub-slab air samples collected on October 9, 2002 at four locations at the building.

## TABLE 2: Well location and inspection, October 9, 2002.

| Well ID | Well diameter. | GW at: | Well open: | GW Sampled: | Notes |
|---------|----------------|--------|------------|-------------|-------|
| MW-1 | 2" PVC | 18.57' | 28.0' | no | 1 bailer clear water removed. Well in parking lot behind bank. |
| MW-2 | 2" PVC | 17.23' | 22.6' | yes | Well near rear door to Dud's. |
| MW-3 | 2" PVC | 13.66' | 14.5' | no | Liquid in well was black sludge on 10/9. Well did not recharge after it was emptied on 10/9. Street-box cover missing. |
| MW-5 | 2" PVC | 12.39' | 13.9' | yes | Very slow recharge. Judged to be 'up-gradient' well. |
| MW-6 | 2" PVC | 16.78' | 18.37' | yes | 1 bailer clear water then tan-silty. No odor;no sheen. Downhill of MW-2. |
| MW-7 | 2" PVC | 4.0' | 7.7' | no | Well located in 'lower' shopping plaza. |
| SH-2 | 1" PVC | None (Dry) | 10.3' | no | Interior well. Used as air sampling location. Dry. |
| SH-4B | 1" PVC | None (Dry) | 11.6' | no | Interior well. Dry. |

*MW-4 apparently destroyed when building connected to municipal sewer service, Spring 2002.

Phase I Assessment & Tier Classification Report
Kleenit, Inc.
October 29, 2003, Project 11-1079.00                - 12 -

Dud's Dry Cleaners
293-5 Main Street
Acton, MA

Sample S-4, collected from the existing well SH-2, was determined to also contain 1,3,5 methylbenzene, 1,1,1 trichloroethane, ortho-xylenes and trichloroethylene, in addition to tetrachloroethylene. The sample from this location was found to contain what are generally the highest contaminant concentrations observed in the four samples that were collected. The opening of the sample intake tube was positioned inside of the riser of monitoring well SH-2; a well that was determined to be open to approximately 10 ½ feet below the slab surface. Thus the air sample collected at this location was potentially drawn from a greater vertical range of soils, including soils in the capillary zone, or depths in proximity to the water table.

In air sample S-3 from location CC-3 located nearest to the front wall of the store, freon-12 was determined to be present. In sample S-2 from location CC-2 located nearest to well SH-2 (the source of sample S-4), trichloroethylene was also detected. And, in sample S-1 from CC-1, the location judged to be hydrologically down-gradient of SH-2 and the dry-cleaning machines position and nearest to the rear wall of the store, ortho-xylenes were also detected.

## 5.3    Results of Laboratory Analyses:    Groundwater Quality in Pre-Existing Monitoring Wells

Groundwater analytical results are summarized in Table 3 below and complete laboratory reports are included as an Attachment. The results from the October 10, 2002 sampling show that perchlorethylene, trichloroethene and methyl-tert-butyl-ether were found in both MW-2 and MW-6, the wells presumed to be down-gradient of the dry-cleaning machines location and well SH-2. The concentration of these compounds was determined to be highest in MW-2, the well closest to well SH-2. The groundwater sample from MW-5 was determined to be free of any of the target VOC's. This well is presumed to be the well that is hydrologically up-gradient of the store and the other wells that were accessed.

## TABLE 3: Results For Groundwater Samples Collected 10/10/02 Showing Detected Compounds With Comparison to April 1998 Analytical Results for Those Compounds

| Compound | MW-2 10/02 / 4/98 | MW-6 10/02 / 4/98 | MW-5 10/02 / 4/98 |
|---|---|---|---|
| Methyl-tert-butyl-ether | 58.1 / 140 | 49.9 / 100 | ND / 20 |
| Tetrachloroethylene (Perchloroethylene) | 828 / 2,200 | 712 / 2,100 | ND / <2 |
| Trichlorethene | 5.17 / 2 | ND / <20 | ND / <2 |

(Concentrations in micrograms per Liter ($\mu$g/L) or parts per billion (ppb))
*Groundwater sample from MW-2 also reported to contain 10 ppb acetone, 4 ppb toluene, 2 ppb 1,1,1,2-tetrachloroethane, 1 ppb ethylbenzene,4 ppb mp-xylene, 1 ppb o-xylene, 2 ppb 1,2,4-trimethylbenzene and 2 ppb naphthalene.

## 5.4    Direction Of Groundwater Flow

On October 9, 2002 the depth to the groundwater table from the rims of riser pipes in the available monitoring wells was measured using an electronic water level indicator. The approximate relative elevations of the monitoring well risers and road boxes were estimated

from survey data gathered in previous site investigation activities and our observations made in the field. From this evaluation it was determined that the orientation of groundwater elevation contours in the area of the accessed wells suggests a groundwater flow direction that is towards the southeast; or in general, towards the steep slope located behind the Dud's store.

## 5.5    Determination of Extent of Migration of PCE and Related Daughter Products

The results of laboratory analysis on groundwater samples confirmed the upgradient status of MW-5 and showed that the concentrations of MTBE and tetrachloroethylene in MW-2 and MW-6 were of the same order of magnitude. The slightly lower concentrations in MW-6, which is further from the building, may reflect the condition of being at a greater distance from a release point and that the lower numbers indicate dispersal or attenuation of the contaminants, or, that MW-6 and MW-2 are not aligned on the same axis of the contaminant plume. The differences may also be an indicator of a release scenario different from a single point-source located within the building footprint.

## 5.6    Initial Indoor Air Quality Assessment and Risk Characterization

Indoor air quality assessment and risk characterization support services for the project were provided to C&C by Risk Management Incorporated (RMI). On January 15, 2003, RMI issued a letter report addressed to the Client on the Indoor Air, Soil and Groundwater Quality Assessment "Take Back Area", Kleenit, Inc., d/b/a Dud's Cleaners and Launderers 293 Main Street, Acton, MA 01720. As described above, C&C collected air samples via Summa canisters from beneath the building slab at four locations; and groundwater samples from three monitoring wells. The samples were submitted to our contract laboratories for the analysis for VOC's by MA-DEP and USEPA - approved methodologies. RMI used the analytical results to conduct their Indoor Air Quality Assessment study, which is attached to this report.

For the IAQ aspect of the RMI study, information gathered on the physical layout of the facility, and information in previous reports about subsurface conditions was used in the formulation of a conceptual model and for input into an updated Johnson & Ettinger *Model For Subsurface Vapor Intrusion Into Buildings*. Pertinent information includes slab thickness, size of the indoor space, laboratory results, soil types and thickness.

For Risk Characterization, the physical conceptual model and established toxicity values for specific concentrations and established data on cancer risk, are used and detailed in the attached RMI report. Non-cancer and cancer risks of harm to human health from indoor air exposures to the identified contaminants were evaluated based on established methodologies and widely used guidance. The non-cancer risks or 'Hazard Indices' (HI's) and cancer risks, or 'Excess Lifetime Cancer Risks' (ELCRs) were calculated.

## TABLE 4: Results For Air Samples Collected 10/09/02 Showing Detected Compounds

| Compound | S-1 (CC-1) ppbv/$\mu$g/M$^3$ | S-2 (CC-2) ppbv/$\mu$g/M$^3$ | S-3 (CC-3) ppbv/$\mu$g/M$^3$ | S-4 (SH-2) ppbv/$\mu$g/M$^3$ |
|---|---|---|---|---|
| Freon 12 | ND/ND | ND/ND | .870/4.31 | ND/ND |
| Toluene | 9.52/35.9 | 10.6/39.7 | 9.69/36.5 | 10.0/37.8 |
| Tetrachloroethylene (Perchloroethylene) | 4.34/29.5 | 5.34/36.3 | 3.34/22.7 | 6.09/41.3 |
| Trichlorethylene | ND/ND | .700/3.75 | ND/ND | 2.27/12.2 |
| m,p-Xylenes | 1.53/6.63 | 1.34/5.81 | 1.28/5.55 | 1.53/6.63 |
| o-Xylenes | .550/2.38 | ND/ND | ND/ND | .500/2.17 |
| 1,3,5-Trimethylbenzene | ND/ND | ND/ND | ND/ND | 1.00/4.91 |
| 1,1,1 Trichlorethane | ND/ND | ND/ND | ND/ND | .740/4.03 |

Concentrations in parts per billion by volume (ppbv) and in micrograms per cubic meter ($\mu$g/M$^3$)

RMI found that:

"The cumulative receptor risk human health findings for the Indoor Air Quality Assessment for the potential indoor air inhalation exposures to VOC's detected in soil gas beneath the floor slab of the "take back" area located at 293 Main Street indicate a condition of "No Significant Risk" of harm to human health ...". Furthermore, "No cumulative receptor Total Site Risk HI or ELCR values for subchronic, chronic or lifetime exposures exceed the MCP Risk Limits…"

RMI concluded that:

"Based on the risk assessment conducted using the soil gas analytical collected from beneath the floor slab of the Back Room and Main Area of the "take back" area at 293 Main Street, current (i.e., existing) soil and/or groundwater conditions beneath the slab pose "No Significant Risk" of harm to the health of the building occupants via inhalation of OHM-impacted indoor air."

"Further, the current risk finding of "No Significant Risk" for inhalation of indoor air at 293 Main Street combined with a), the groundwater analytical data collected by C&C from Monitoring Wells MW-2, MW-6, and MW-5 and more recently, CC-5 and CC-6 (see Appendix C and Field Sketch 'B' for monitoring well locations; C&C 10 October 2002)…which do not indicate the presence of VOCs in particular Tetrachloroethylene at concentrations above the MCP Method 1 GW-2 Groundwater Standards in groundwater within 30 ft. upgradient or inside 293 Main Street, and b) with no apparent ongoing release(s) of Tetrachloroethylene to the subsurface soils below the floor slab in this "take back" area, a condition of "No Significant Risk" of harm to human health via this vapor migration and indoor air inhalation pathway and route of exposure is also expected to exist under future foreseeable site activities and uses."

Phase I Assessment & Tier Classification Report
Kleenit, Inc.
October 29, 2003, Project 11-1079.00          - 15 -

Dud's Dry Cleaners
293-5 Main Street
Acton, MA

During the course of C&C's research and interviews, it was learned that a restaurant and printer were two of the former occupants of the space at 293 Main Street. Furthermore, personnel interviewed at Kleenit indicated that the former printer regularly used and sometimes borrowed tetrachloroethylene at that location for cleaning printing equipment. This was reaffirmed by Kleenit personnel and reported to have occurred during the period 1974 to 1979. The printing business was identified as 'Concepts Unlimited'.

## 6.0    LIMITED SUBSURFACE INVESTIGATION AND OTHER GROUNDWATER MONITORING

On November 26, 2002, C&C personnel were on the Site to supervise the placement and installation of three test borings. One boring was made outside of the rear wall of the building- in a location judged to be topographically and hydrologically downgradient of the dry-cleaning units operated by Dud's; and two borings were made through the interior floor of the 'take-back space. A GeoProbe model 66DT operated by our sub-contracted driller and equipped with a 4-inch O.D. air hammer was used to advance the borings. Vibratory-impact methods were used to collect soil samples in four-foot intervals during the process. The samples were inspected and field–classified and placed into glass sample jars.

The soil sample jars were then 'head-space' screened for volatile organic vapors using a Photovac Model 2020 photoionization detector (PID) equipped with a 10.0 eV lamp. Soil samples exhibiting the highest PID from each boring were submitted for laboratory analysis for volatile organic compounds. See the attached laboratory reports for method references.

A groundwater monitoring well was installed in each of the completed borings. The wells are constructed of #10-slot and solid 1-inch I.D. schedule 4 PVC. The screened sections of the wells were installed at 2.5 to approximately 6 feet below grade level (bgl) to 17.5 to 26 feet bgl. The annulus around each well was back-filled with silica filter sand to a level that is one to two feet above the top of the well screen. The well installations were then finished with backfill of local materials and bentonite chips and covered with a cast-aluminum street box set in fresh concrete. See the attached field logs for specific well construction information.
On December 2, 2002, C&C personnel were on the Site to develop, purge and collect groundwater samples from the three newly-installed monitoring wells. In each instance, groundwater samples were collected from the wells and placed into two 40-milliliter glass vials with Teflon-lined screw caps and containing an acid preservative. The samples were placed on ice in a cooler and transported to our contracted laboratory for analysis for volatile organic compounds. See the attached laboratory reports for method references.

**TABLE 5: Well location, inspection and sampling December 2, 2002.**
**New Groundwater Monitoring Wells Installed by C&C.**

| Well ID | Well diameter. | GW at: | Well open: | GW Sampled: | Notes |
|---|---|---|---|---|---|
| CC-4 | 1" PVC | 14.94' | 26.1' | yes | Located outside rear wall of building. 3 gallons purged brown tan cloudy/silty becoming slight cloudy.  No sheen, very slight septic H-2-S odor. |
| CC-5 | 1" PVC | 15.76' | 17.5' | yes | Located inside 'give-back' space, near existing monitoring well SH-2. 1.5 gallons purged.  Grey tan cloudy becoming slight cloudy.  No sheen, slight unidentified musty odor. |
| CC-6 | 1" PVC | 13.9' | 21.4' | yes | Located inside front and side wall of 'give-back' space'.  Purged 2.5 gallons brown –tan grey water.  No sheen , slight earthy odor. |

*RE: Existing MW-2 located outside rear wall of building: Noted street box cover destroyed/missing since October visit.


**TABLE 6: Results For Soil Samples Collected 11/26/02 Showing Detected Compounds**

| Compound | CC-4 (4-8 ft. bgl) | CC-5 (6-8 ft. bgl) | CC-6 (12-14 ft. bgl) |
|---|---|---|---|
| Tetrachloroethylene (Perchloroethylene) | 7,020 | 135,000 | 1,230 |

(Concentrations in micrograms per Kilogram (μg/Kg) or parts per billion (ppb)).  Laboratory analysis by Method 8260B GC/MS


**TABLE 7: Results For Groundwater Samples Collected 12/2/02 Showing Detected Compounds**

| Compound | CC-4 | CC-5 | CC-6 |
|---|---|---|---|
| Methyl-tert-butyl-ether | 261 | 456 | 910 |
| Tetrachloroethylene (Perchloroethylene) | 8,570 | 2,370 | 123 |

(Concentrations in micrograms per Liter (μg/L) or parts per billion (ppb)).  Laboratory analysis by Method 8260B GC/MS

Phase I Assessment & Tier Classification Report
Kleenit, Inc.
October 29, 2003, Project 11-1079.00          - 17 -

Dud's Dry Cleaners
293-5 Main Street
Acton, MA

**TABLE 8: Well location, inspection and sampling September 24, 2003.**
**Groundwater Monitoring Wells Installed by Coler & Colantonio, Inc. and Sanborn, Head & Associates.**

| Well ID | Well diameter. | GW at: | Well open: | GW Sampled: | Notes |
|---------|----------------|--------|------------|-------------|-------|
| CC-4 | 1" PVC | 15.76' | 26.3' | yes | Located immediately outside rear wall of building. 4 gallons purged. Clear to slightly cloudy but grey brown tan cloudy water, some silt recovered from bottom. No sheen, no odor. Discharge from closed coolant water loop may have splashed near well opening so, well re-purged to empty prior to sampling. |
| CC-5 | 1" PVC | 16.6' | 17.6' | yes | Located inside 'give-back' space, near existing monitoring well SH-2. 2.0 gallons purged immediately prior to sample collection. Clear, no odor, no sheen. Well has good recharge rate. |
| CC-6 | 1" PVC | 14.81' | 21.62' | yes | Located inside front and side wall of 'give-back' space'. Purged ~2.5 gallons brown – tan slight to moderately cloudy water immediately prior to sampling. No sheen, no odor. |
| MW-2 | 2" PVC | 15.86' | 22.57' | yes | Rear of Dud's bldg. Between bldg and MW-6. Cover of street box missing. Expansion plug shows signs of being compressed. Grey tan cloudy. No odor. Approx. 6 gallons purged prior to sampling. |
| MW-5 | 2" PVC | 10.8' | 13.79' | yes | Parking lot in front of bank bldg. Slight hydrogen sulphide odor; some black suspended silt/particles. One gallon out to empty well. Wait 4 (+) hours for recharge before sampling. |
| MW-6 | 2" PVC | 15.61' | 18.67' | yes | Rear of Dud's bldg. Clear, slightly cloudy. No odor. Approx 6 gallons purged prior to sampling. |

*RE: Existing MW-2 located outside rear wall of building: Noted street box cover destroyed/missing since October visit.

Phase I Assessment & Tier Classification Report
Kleenit, Inc.
October 29, 2003, Project 11-1079.00          - 18 -

Dud's Dry Cleaners
293-5 Main Street
Acton, MA

**TABLE 9: Results For Groundwater Samples Collected 9/24/03 Showing Detected Compounds**

| Compound | CC-4 | CC-5 | CC-6 | MW-2 | MW-5 | MW-6 |
|---|---|---|---|---|---|---|
| Methyl-tert-butyl-ether | ND | ND | 66.3 | ND | ND | ND |
| Tetrachloroethylene (Perchloroethylene) | 5,340 | 1,030 | 15.2 | 2,000 | ND | 1,720 |

(Concentrations in micrograms per Liter (μg/L) or parts per billion (ppb))
Laboratory analysis by Method 8260B GC/MS

The results from the September 24, 2003 sampling, summarized above in Table 9, as compared to the results from the sampling done on December 2, 2002 show a general decrease in concentrations of MTBE and tetrachloroethylene in the samples from wells CC-4, CC-5 and CC-6. Compared to the results from the October 2, 2002 sampling (before wells CC-4, CC-5 and CC-6 were installed), MTBE concentrations have decreased in samples from MW-2 and MW-6. Tetrachloroethylene concentrations have increased in samples from MW-6 but decreased in samples from MW-2

## 7.0    CONCLUSIONS

A Phase I Environmental Site Assessment and limited subsurface investigation was performed. This investigation consisted of the sampling and analysis of samples from pre-existing groundwater monitoring wells, sub-slab air, and installation of three additional test borings with groundwater monitoring wells. Soil samples collected during the boring operation and groundwater samples from the newly installed wells were subjected to laboratory analysis.

The results obtained through the recommended and concluded actions were used in the characterization of potential risks to arrive at a final determination with respect to protection of building occupants and for the determination of the status of the Site relative to the MCP.

RMI prepared a focused Risk Characterization in January 2003 before the September 2003 groundwater data was obtained. The findings were summarized and presented in their January 15, 2003 report as follows:

Regarding 26 November 2002 soil sampling and analysis results: Tetrachloroethylene was detected in Boring CC-5 inside the building at a depth of 6-8 ft. bgs beneath the floor slab in the take back area. The elevated soil level of 135,000 μg/Kg[1] Tetrachloroethylene exceeds the current MCP Method One S-1/GW-2 Soil Standard of 20,000 μg/Kg but not the Upper Concentration Limit (UCL) in soil of 1,000,000 μg/Kg (1 mg/Kg) for this OHM (see Appendix C for *Laboratory Analytical Data Sheets*).

Phase I Assessment & Tier Classification Report
Kleenit, Inc.
October 29, 2003, Project 11-1079.00                    - 19 -

Dud's Dry Cleaners
293-5 Main Street
Acton, MA

The elevated soil level detected is consistent with the earlier finding of a Tetrachloroethylene soil level of 160,000 μg/Kg reported for Boring SH-2 at 9.5 ft/ bgs (*Sanborn, Head & Associates 2 July 2002*).

Depths to groundwater in the Monitoring Wells sampled on 12/02/02 were recorded as: CC-4 (14.61 ft. bgs); CC-5 (15.43 ft. bgs); and CC-6 (13.57 ft. bgs). Based on these observations, the MCP Method One GW-2 Groundwater Standard is applicable both inside the building at sample location CC-6 and outside and downgradient of the take back area building at sample location CC-4, where depth to groundwater is 15 ft. bgs or less, and Monitoring Well CC-4 is located within 30 ft. of the occupied structure located at 293-295 Main St.

Tetrachloroethylene and Methyl-*tert*-Butyl Ether were detected in each of these new Monitoring Wells (CC-4, CC-5 and CC-6) (*see Appendix C for Laboratory Analytical Data Sheets*). However, only the groundwater concentration of 8,570 μg/L (ppb) Tetrachloroethylene detected in Monitoring Well CC-4 exceeds the current MCP Method One GW-2 Groundwater Standard of 3,000 μg/L. However, Monitoring Well CC-4 is located outside and downgradient of the building housing the take back area at 293 Main Street.

[1]Sample Detection Limit of 22,000 μg/Kg exceeds current MCP Method One S-1/GW-2 Soil Standard of 20,000 μg/Kg
[2] bgs – below ground surface – indoor measurements adjusted for 4-inch thick concrete slab
[3] MCP – Massachusetts Contingency Plan
[4] OHM – Oil & Hazardous Material
[5] Note: Sample Detection Limit of 5,000 μg/L exceeds current MCP Method One GW-2 Groundwater Standard of 3,000 μg/L.

## 7.1    Nature and Extent of Contamination

### 7.1.1    Soil Contamination

Tetrachloroethylene-contaminated soil has been identified in eight soil borings conducted since June 2002 on the Site at depths ranging from 6 to 14 feet bgs. These eight borings were drilled through the building slab within the space occupied by 'Dud's' and outside the rear wall of the building. The dense and fine-grained soil types encountered on the Site suggest that the potential for contaminant migration may be very low, and that the soil contamination may be contained within the boundaries of the Site.

### 7.1.2    Groundwater Contamination

Three groundwater-monitoring wells were installed on the Site during C&C's site investigation. Several other monitoring wells were pre-existing on the Site and adjacent areas. Groundwater samples were most recently collected from six of the wells on September 24, 2003.

Laboratory analysis of groundwater samples collected from the monitoring wells shows highest concentrations just outside of the rear wall of the building. The most recent results show a general decrease in concentrations in tetrachloroethylene in the wells outside the rear wall of the building and a decrease in the concentrations of tetrachloroethylene in samples

Phase I Assessment & Tier Classification Report
Kleenit, Inc.
October 29, 2003, Project 11-1079.00                    - 20 -

Dud's Dry Cleaners
293-5 Main Street
Acton, MA

from the wells within the building footprint. These results correlate with observed soil conditions, previous groundwater analyses and the hydrogeologic characteristics of the Site.

## 8.0   MIGRATION PATHWAYS AND EXPOSURE POTENTIAL

### 8.1   Potential Migration Pathways

Existing and potential exposure pathways are identified and characterized in this section. The pathways reviewed include groundwater, surface water, soil, and air.

#### 8.1.1   Groundwater Pathway

Given the distances to groundwater that have been observed in the monitoring wells and the position of contaminated media relative to the building footprint, the groundwater classification was determined to be GW-2. Groundwater at and within 500 feet of the Site is not used for human consumption. Information provided by the DEP and the town of Acton indicates that drinking water within 500 feet of the Site is provided by the municipal water supply and distribution system.

Based on the Bureau of Waste Site Cleanup (BWSC) Priority Resource Map of Acton, Massachusetts, the Site is not located within 500 feet of a Potentially Productive Aquifer, Zone II, Interim Wellhead Protection Area, or surface water supply. There is no reference to the Town of Acton Aquifer Protection By-Law on this map.

#### 8.1.2   Surface Water

No surface water bodies are located within 500 feet of the Site.

#### 8.1.3   Soil Pathway

The Site is zoned for commercial use. Access to the contaminated soil, under current Site conditions, is restricted by the building and its slab base, and by pavement outside of and around the building. The potential for exposure to the soil contamination is, therefore, determined to be low.

#### 8.1.4   Air Pathway

The Site is zoned for commercial use. Access to the contaminated soil, under current Site conditions, is restricted by the building floor and exterior pavement. Groundwater classification was determined to be GW-2. Access to contaminated groundwater is restricted by the building slab, soils and distance to the saturated and capillary zones. The potential for exposure to contaminants in the airspace within the building is therefore determined to be low. Analysis of sub-slab air samples taken at the Site supports this determination.

Phase I Assessment & Tier Classification Report
Kleenit, Inc.
October 29, 2003, Project 11-1079.00           - 21 -

Dud's Dry Cleaners
293-5 Main Street
Acton, MA

## 9.0    ADDITIONAL PHASE I REQUIREMENTS

### 9.1    Phase I Report Completion Statement

In accordance with 310 CMR 40.0484, a Tier Classification and a Phase I Assessment supporting the Tier Classification has been completed..

### 9.2    Public Involvement

Public Involvement activities will be conducted in accordance with 310 CMR 40.1403. These activities include notifying the Town of Acton Chief Municipal Officer (CMO) and the Board of Health (BOH) of the availability of the Phase I Initial Site Investigation Report and Tier Classification of the Site. A legal notice indicating Tier Classification of the disposal site will be published in a local newspaper within seven days of submittal of the Phase I Report to DEP. A copy of the legal notice will be provided to the CMO/BOH at least three days prior to the publication of the legal notice. Copies of these notifications and the legal notice will also be provided to DEP.

## 10.0    TIER CLASSIFICATION AND NUMERICAL RANKING SCORE

### 10.1    Numerical Ranking System (NRS) Scoresheet

As part of the Tier Classification process, a NRS Scoresheet was completed in accordance with 310 CMR 40.1500(9). Data acquired during the Phase I investigation were used to complete the NRS Scoresheet, included within Appendix A, and provide the basis for Tier Classification of RTN 2-14526. The Site NRS Score is 179. Under the MCP, disposal sites with a NRS score below 350 are classified as Tier II sites, the lowest classification. Therefore, RTN 2-14526 is classified as a Tier II site.

### 10.2    Tier I Inclusion Criteria

Based on the available Phase I data, Tier I Inclusionary Criteria, as listed in the MCP at 310 CMR 40.0520(2), do not apply to the Site.

### 10.3    LSP Tier Classification Opinion

The LSP of Record for this Site is Mr. Mark A. Germano (LSP License No. 9996). The LSP Opinion can be found on the Bureau of Waste Site Cleanup (BWSC) Transmittal Form BWSC-107A, included in Appendix A.

---

Phase I Assessment & Tier Classification Report
Kleenit, Inc.
October 29, 2003, Project 11-1079.00                - 22 -

Dud's Dry Cleaners
293-5 Main Street
Acton, MA

## 11.0    LSP EVALUATION OPINION SUMMARY

The LSP of Record for this Site is Mr. Mark A. Germano (LSP License No. 9996). The LSP Opinion can be found on the Bureau of Waste Site Cleanup (BWSC) Transmittal Form BWSC-107A, included in Appendix A.

## 12.0    RECOMMENDED ADDITIONAL RESPONSE ACTIONS

A release of tetrachloroethylene to the environment, apparently related to dry cleaning operations, has occurred at 293 Main Street in Acton, Massachusetts (the "Site").

Based on an initial risk assessment that was conducted using the soil gas analytical data that was previously collected from beneath the floor slab of the Back Room and Main Area of the "take back" area at 293 Main Street, current (i.e., existing) soil and/or groundwater conditions beneath the slab pose "No Significant Risk" of harm to the health of the building occupants via inhalation of OHM-impacted indoor air[6].

Further, the current risk finding of "No Significant Risk" for inhalation of indoor air at 293 Main Street, combined with:  a) the groundwater analytical data collected by C&C from Monitoring Wells MW-2, MW-6, MW-5, and, more recently, CC-5 and CC-6 (For monitoring well locations see Figure 2 by C&C, October 2003), which do not indicate the presence of VOCs, in particular Tetrachloroethylene, at concentrations above the MCP Method 1 GW-2 Groundwater Standards in groundwater within 30 ft. of or inside 293 Main Street, and b), with no apparent ongoing release(s) of Tetrachloroethylene to the subsurface soils below the floor slab in the "take back" area, a condition of "No Significant Risk" of harm to human health via the vapor migration and indoor air inhalation pathway and route of exposure is also expected to exist under future foreseeable site activities and uses.

Elevated levels of Tetrachloroethylene exist in soil beneath the floor slab of 293 Main Street and in groundwater adjacent to and immediately downgradient of the buildings, which exceed the MCP Method 1 Standards.  At this time a Permanent Solution has not yet been achieved, however the retail lease space is ready for occupancy and should not be disturbed by further response actions.

Based on the data generated to date, existing soil and groundwater concentrations exceed appropriate regulatory cleanup standards.  Additional response actions may be needed to reach a level of "No Significant Risk" and achieve a Permanent Solution.  In addition, Phase II assessment activities may be needed in order to further delineate the extent of contamination.

---

[6]Note:  This conclusion is based on an Indoor Air Exchange Rate of 0.45/hr and with no dividing wall present at the time of sampling between the current dry cleaning operations of Duds Cleaners & Launderers at 295 Main Street and the vacant take back area at 293 Main Street.

---

Phase I Assessment & Tier Classification Report
Kleenit, Inc.
October 29, 2003, Project 11-1079.00                      - 23 -

Dud's Dry Cleaners
293-5 Main Street
Acton, MA