# Mark A. Germano, L.S.P.
## Division Manager
## Environmental Services

### Professional Experience

Mr. Germano has over 15 years of professional experience in the environmental consulting field. He has a broad range of engineering geology and hydrogeology experience. Mr. Germano has served as the Licensed Site Professional (LSP) of record for over seventy five sites where the release of oil and hazardous materials required the implementation of effective and efficient response actions in compliance with the Massachusetts Contingency Plan (MCP). The releases included: historical and sudden releases of oil and hazardous materials (OHM) at public and private petroleum, commercial, manufacturing, power plants, transportation, industrial, landfills, public works, dry cleaning, office, residential and abandoned facilities.



Mr. Germano has prepared and implemented the remedial plans and completed closure reports at more than fifty release locations. He has designed and conducted site clean ups involving; excavation of contaminated soil; soil vapor extraction; on-site soil treatment using thermal desorption, asphalt encapsulation, and bioremediation; groundwater pump and treat systems; and dual phase extraction. Mr. Germano's LSP services have also included projects performed under the Preliminary Response Actions, Risk Reduction Measures and Comprehensive Response Actions procedures outlined in the MCP.

Overall, he has coordinated environmental projects including site assessments, environmental audits, remediation, hazardous waste management, dewatering, and geotechnical studies.

### Education

University of New Hampshire

B.S. Geology, 1983

### Registrations

Licensed Site Professional, Massachusetts

Elected Position
Town of Marshfield, Massachusetts Planning Board

### Certifications

OSHA 40-HR HAZWOPER

OSHA 8-HR Supervisors

### Capabilities / Experience

15-Years of Consulting Experience

Environmental Site Assessment Management

Remediation System Design, Installation, Operation & Maitenance

UST Removals, Replacement and Remediation

Geotechnical Studies

