UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 - RBC

|  |  |
|---|---|
| KLEENIT, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| SENTRY INSURANCE COMPANY, ROYAL & SUN ALLIANCE, UTICA NATIONAL INSURANCE GROUP, and TRAVELERS PROPERTY AND CASUALTY | ) |
| Defendants. | ) |

**EXPERT WITNESS REPORT OF DENIS W. D'AMORE**

I, Denis W. D'Amore, hereby depose and state the following:

1. I am the Licensed Site Professional ("LSP") of record regarding response actions conducted under M.G.L. c. 21E ("Chapter 21E") and the regulations promulgated thereunder, 310 CMR 40.0000 *et seq.* ("the MCP"), at the disposal site identified as RTN # 3-2739, located at 28 Central Square, Chelmsford, Massachusetts ("the Site").

2. It is my opinion that all response actions conducted at the Site have been developed and implemented in accordance with the applicable provisions of Chapter 21E and the MCP and are appropriate and reasonable to accomplish the requirements of Chapter 21E and the MCP. The basis of this opinion is set forth in the submittals filed with the Department of Environmental Protection as required by the MCP, as identified below.

3. The data or other information considered by me in forming my opinion is set forth in the following attached documents:

    a. IRA Plan dated February 15, 2001, attached as Exhibit A.

    b. IRA Status Report dated May 23. 2003, attached as Exhibit B.

    c. IRA Status Report dated December 16, 2003, attached as Exhibit C.

    d. IRA Status Report dated November 22, 2004, attached as Exhibit D.

    e. IRA Status Report dated June 7, 2005, attached as Exhibit E.

    f. IRA Status Report dated December 23, 2005, attached as Exhibit F.

    g. IRA Completion Report/Phase IV Status Report dated November 27, 2006, attached as Exhibit G.

    h. Supplemental Field Investigation Report dated January 16, 2002, attached as Exhibit H.

    i. Phase II/Phase III Investigation Report dated June 15, 2004, attached as Exhibit I.

    j. Phase IV Remedy Implementation Report dated January 20, 2006, attached as Exhibit J.

    k. Phase IV Status Report dated April 30, 2007, attached as Exhibit K.

4. My qualifications as an expert witness, including a list of all publications I authored within the preceding ten years, is included in my resume, attached as Exhibit L.

5. My compensation paid for the development my opinion and to be paid for my testimony is $150.00 per hour.

6. I have not testified as an expert at trial or by deposition within the preceding four years

Signed this 24th day of September under the pains and penalties of perjury,

_____
Denis W. D'Amore