**DENIS W. D'AMORE, P.E., PH. D., LSP**
Environmental Engineer/Hydrogeologist

---

Mr. D'Amore has 30 years of diverse professional experience, including groundwater supply studies, contamination assessments, remedial investigations and feasibility studies, and remedial action. His experience also includes five years with the Division of Water Supply of the Massachusetts Department of Environmental Protection, where he created the division's technical services program and trained and managed a technical staff providing hydrogeologic and land-use planning support to regional water supply engineers and planners. In addition, Mr. D'Amore has been teaching graduate groundwater hydrogeology courses as an adjunct professor at Boston University since 1985.

**Selected Project Experience**

*Site Investigations*

- Developed and managed field investigation activities for the remedial design and remedial action work plan for the Sullivan's Ledge Superfund site in Rhode Island, including extensive soil and groundwater sampling and design and evaluation of passive and active groundwater extraction systems for both the overburden and bedrock.

- Conducted a site investigation at a Naval facility in eastern Massachusetts, including characterization of seven locations using surface geophysics, monitoring wells, and soil and groundwater sampling. A remedial investigation and feasibility study proposal is now being prepared for the site.

- Through an ARCS contractor, serve as hydrogeological consultant to the USEPA on the Wells G & H Superfund site.

- Provided emergency response services and implemented a phased investigation under the Massachusetts Contingency Plan at a gas station where 4,500 gallons of gasoline were released to the subsurface over a two-week period. Participated in the implementation of a short-term measure and all phases of the MCP.

- Designed a bedrock pumping test at a Superfund site in northern Maine.

- Provided principal technical review for municipal groundwater source contamination studies, including the Stamina Mills remedial investigation and feasibility study in Rhode Island, the Spring Valley well field remedial investigation and feasibility study, and the Gladding Cordage Company well field contamination study in New York.

*Expert Witness/Peer Review*

- Provide consultation and peer review of technical reports and documents as well as expert testimony for attorneys in the private sector and the attorney general's office on matters related to the movement of groundwater and contamination in the subsurface for both plaintiffs and defendants.

*DENIS W. D'AMORE, P.E., PH. D., LSP*

*Water Supply and Distribution*

- Directed field efforts in geophysics and test well exploration to identify potential municipal water supplies for the town of Weston, Massachusetts, including design and implementation of pump tests and modeling wellhead protection zones.

- Developed and implemented a hydrogeological evaluation for a 300-MW co-generation facility, which involved a variety of field activities including monitoring well installation, stream gaging, piezometer and seepage meter installation, and water quality testing. Following the field studies, supervised construction of a 2,500-node, two-dimensional computer model of the aquifer to define the Zone II by simulating groundwater flow we were able to predict the site's impact on two municipal wells.

- Worked with regional water supply chiefs in the design and analysis of pumping tests for new municipal water supplies and developed scopes of work and evaluated technical reports that assess the extent of groundwater contamination to municipal groundwater supplies and aquifers.

- Developed policies and protocols for water use in agricultural areas affected by pesticide contamination, wrote bedrock and private well guidelines, and established protocols for groundwater monitoring systems.

- Provided senior technical review of work plans prepared by potentially responsible parties on groundwater recovery and treatment at the Woburn Wells G and H Superfund site in Massachusetts, where contamination had affected municipal water supply wells.

- Prepared and submitted the request for a site exam followed by design of an extended pumping test for bedrock well for a proposed 32-unit housing development. Site has numerous environmental considerations within the wellhead protection area (i.e., nearby hazardous waste disposal sites, community septic system/leach field and wetlands). The pumping test was successfully executed and the necessary approval permits for the new source have been received.

- Completed the new source approval process for a number of transient non-community water supplies. Procedure involves preparing a request for a site exam that addresses land use activities within the wellhead protection area, designing and conducting a 48-hour pumping test, analyzing drawdown and water quality data and submitting a summary report to the MADEP. (see Attachment A)

*Groundwater Monitoring*

- Reviewed and edited portions of the Massachusetts Department of Environmental Protection's standard references for monitoring wells and reorganized and rewrote the entire chapter on groundwater modeling.

*RCRA Part B*

- Conducted a RCRA Part B closure for a circuit board manufacturer in central Massachusetts where subsurface contamination jeopardized a municipal water supply well. Groundwater remediation is ongoing while the contaminant source has been characterized.

_____*DENIS W. D'AMORE, P.E., PH. D., LSP*

*Massachusetts Contingency Plan*

- As a Licensed Site Professional since 1993, designed and implemented numerous Release Abatement Measure and Immediate Response Action Plans as well as completing Phases I through V. of the MCP for a number of sites. Using in-situ bioremediation, conducted site cleanup in both soil and ground water at over two dozen petroleum contaminated sites. LSP responsibilities included site characterization, bioremediation system design, periodic sampling during implementation and site closure sampling as well as completing all of the associated MCP requirements.

**Education / Specialized Training**

PhD, Geology, Boston University, Massachusetts
MA, Geology, Boston University, Massachusetts
BS, Engineering, Boston University, Massachusetts
40-Hour OSHA Health and Safety Training

**Professional Registrations / Affiliations**

Licensed Professional Geologist, North Carolina, License No. 153
PE, Massachusetts, License No. 37779
Licensed Site Professional, Massachusetts, License No. 6039
America Association of Ground Water Scientists and Engineers

**Publications / Presentations**

*Gradient Reversal in a Bedrock Aquifer to Verify a Former Hydraulic Connection Between Supply Wells and a Superfund Site*, National Water Well Association Eastern Regional Groundwater Conference, 1990 (co-author).

*Mapping Pesticides/Water Supply Relationships in Massachusetts,* Abstract, Conference of Agricultural Impacts on Groundwater, National Water Well Association, 1988 (co-author).

*The Upper Neponset Valley Aquifer Study:  Integrating Groundwater Quality Protection with Contamination Investigations,* Abstract, National Water Well Association, Eastern Regional Conference, 1987 (co-author).

*Hydrogeology and Geomorphology of the Great Sanford Outwash Plain,* Technical Report, Boston University, Department of Geology, 1983.

*Development of a Drainage Network Completely by Groundwater Sapping,* Abstract, Geological Society of America, 1983.

*Hydrogeology of the Monatiquot River Watershed,* Technical Report, Boston University, Department of Geology, 1981.

*Effects of Urbanization on a Small Massachusetts Watershed and its Estuary,* Abstract, Geological Society of America, 1981.

_____*DENIS W. D'AMORE, P.E., PH. D., LSP*

*Yirrell Beach Coastal Processes Study, Winthrop, Massachusetts,* Technical Report, Boston University, Department of Geology, 1979.

*Boston Bar Association,* Presentations on various aspects of Massachusetts Contingency Plan and Title V, 1998-1999.

*DENIS W. D'AMORE, P.E., PH. D., LSP*

## ATTACHMENT A

### Water Supply Development Related Projects

**Nashoba Valley Olympia, Boxborough**
Completed the new source approval process for a transient non-community water supply. Procedure involved preparing the submittal for requesting a site exam and designing a 48 hour pumping test. Upon receipt of site approval, performed the test, analyzed the drawdown water quality data and submitted a summary report to the DEP.

**Private client, Harvard**
Performed a short duration pumping test for a transient non-community water supply which is under DEP mandate to come into compliance with Division of Water Supply regulations. Data analysis and report preparation were completed within DEP timelines.

**Harvard Green, Harvard**
Preparation of the submittal requesting a site exam and designing an extended pumping test for bedrock well for a proposed 32 unit housing development. Site has numerous environmental considerations ( i.e., nearby hazardous waste disposal sites, community septic system/leach field and wetlands). Upon receipt of site approval, performed the test, analyzed the drawdown water quality data and submitted a summary report to the DEP.

**340 Codman Hill, Boxborough**
Completed the new source approval process for a non-transient non-community water supply for an office building. Procedures involved preparing the submittal for requesting a site exam and designing a 48 hour pumping test. Upon receipt of site approval, performed the test, analyzed the drawdown water quality data and submitted a summary report to the DEP.

**Victoria Estates, Berkley**
Submitted a New Source Request and 48-Hour Pumping Test Report for a proposed 36-unit over, 55 development in the Town of Berkley. Upon receipt of site approval, the pump test will be performed, analyzed the drawdown water quality data and a summary report will be submitted to the DEP.

**Briggs Landing, Westport**
Worked intensively with the developer to select the optimum location for a potable water supply and oversaw the installation and pump testing of a bedrock well that will service an over 55 development in the Town of Westport.

**Toyota Dealership, Lancaster**
Completed the new source approval process for a non-transient non-community water supply for an automobile dealership. The report includes preparing the submittal for

_____*DENIS W. D'AMORE, P.E., PH. D., LSP*

requesting a site exam and designing a 48 hour pumping test. Upon receipt of site approval, the pump test was performed, analyzed the drawdown water quality data and a summary report was submitted to the DEP.

**Lancaster Flea Market, Lancaster**
Started the initial stages of the new source approval process for a non-transient non-community water supply for a retail commercial enterprise.  Tasks involve optimizing the well location for the facility and preparing the submittal for requesting a site exam and designing a 48 hour pumping test. Upon receipt of site approval, the pump test will be performed, analyzed the drawdown water quality data and a summary report will be submitted to the DEP.