# IMMEDIATE RESPONSE ACTION STATUS REPORT #1

**304 Boston Post Road**
**Wayland, Massachusetts**

**DEP Release Tracking Number 3-22753**

prepared for:

Wayland Cleaners & Launderers, Inc.,
298 Boston Post Road
Wayland, Massachusetts 01778-1823

R&E Realty Trust
20 Hickory Hill Road
Wayland, Massachusetts 01778-1823

Kleenit, Inc.
4 Park Street
Ayer, MA 01433

prepared by:

Ambient Engineering, Inc.
100 Main Street
Concord, Massachusetts

**May 2006**
**Ambient Project 12-12**



TABLE OF CONTENTS

1.0   INTRODUCTION ................................................................................................. 1

2.0   NAME, ADDRESS, AND TELEPHONE NUMBER OF PERSONS UNDERTAKING
      RESPONSE ACTIONS ........................................................................................ 2

3.0   STATUS OF ASSESSMENT AND/OR REMEDIAL ACTIONS ......................... 2
      4.1   Evaluation of Sump Water ......................................................................... 2

5.0   DESCRIPTION OF PROPOSED IRA ACTIVITIES ............................................ 3
      5.1   Air Treatment System Inspection and Screening ....................................... 3
      5.2   Indoor Air Sampling ................................................................................... 3

6.0   REMEDIATION WASTE .................................................................................... 3

7.0   PERMITS ............................................................................................................. 4

8.0   PUBLIC INVOLVEMENT ................................................................................... 4

9.0   LSP OPINION AND POSSIBLE OUTCOME ..................................................... 4

12.0  LIMITATIONS .................................................................................................... 5

FIGURES

Figure 1   Locus Map
Figure 2   Site Plan

TABLES

Table 1   Indoor Air Sampling Results

APPENDICES

Appendix A   BWSC 105-IRA Transmittal Form
Appendix B   Notification to Property Owner
Appendix C   Interim Remedial Monitoring Report
Appendix D   Indoor Air Laboratory Report
Appendix E   Public Notification Letters

## 1.0    INTRODUCTION

Ambient Engineering, Inc. (Ambient) submits this Immediate Response Action (IRA) Status Report #1 on behalf of Wayland Cleaners & Launderers, Inc., R&E Realty Trust and Kleenit, Inc. (Client).   This submittal addresses activities associated with a release of tetrachloroethylene (PCE) to the indoor air of an occupied office building at 304 Boston Post Road.  These levels designated a Condition of Imminent Hazard (IH), as defined by the Massachusetts Contingency Plan (MCP). Ambient submitted an IRA Plan and IH Evaluation Report to the Massachusetts Department of Environmental Protection (DEP) under RTN 3-25637 on March 31, 2006. This RTN was linked to RTN 3-22753 upon submittal of the Phase II/Phase III Report for 298 Boston Post Road in April 2006. Therefore, all IRA activities for 304 Boston Post Road are now being conducted under RTN 3-22753.

Ambient conducted indoor air sampling at 304 Boston Post Road on October 28, 2005 and January 10, 2006 and ambient air sampling on January 10, 2006 at 304 Boston Post Road.  This sampling was conducted as part of MCP Phase II investigations at Wayland Cleaners, 298 Boston Post Road, Wayland Massachusetts.  The office building at 304 Boston Post Road is located west of, and hydraulically downgradient to 298 Boston Post Road.  The indoor air sampling at 304 Boston Post Road was conducted as a next step following the discovery of elevated concentrations of chlorinated Volatile Organic Compound (VOC) concentrations detected in groundwater at the property.

Ambient's risk assessor conducted an IH Evaluation of the indoor and ambient air sampling data for 304 Boston Post Road and concluded that a Condition of IH was determined to exist.  Ambient, on behalf of the PRPs, notified DEP of the condition on February 2, 2006 within two hours of obtaining knowledge of the Condition of IH.  DEP issued a Notice of Responsibility to the PRPs on February 14, 2006.  Remedial measures were implemented at 304 Boston Post Road immediately upon obtaining knowledge of the Condition of IH.  These measures included cross-ventilation of the basement of the building.  A subsequent remedial measure was implemented on February 23, 2006, which included installation of a granulated activated carbon adsorber unit, equipped with a blower, as requested by DEP.

This IRA Status Report #1 addresses activities conducted at the Site subsequent to submittal of the IRA Plan and IH Evaluation Report. The IRA Transmittal form (BWSC-105) is included as Appendix A.   A copy of this report has been provided to the property owner of 304 Boston Post Road.  Correspondence to the Property Owner is included as Appendix B.

## 2.0   NAME, ADDRESS, AND TELEPHONE NUMBER OF PERSONS UNDERTAKING RESPONSE ACTIONS

Mr. Ralph Wegener
Property Owner
Trustee, R&E Realty Trust
20 Hickory Hill Road
Wayland, Massachusetts 01778-1823
(508) 358-7172

Mr. Hyung Kim
Current Operator
President, Wayland Cleaners & Launderers, Inc.
298 Boston Post Road
Wayland, Massachusetts 01778-1823
(508) 358-2391

Mr. Francis X. Murphy
Former Operator
Kleenit, Inc.
44 Park Street
Ayer, MA 01432-1121
978-772-3391


## 3.0   STATUS OF ASSESSMENT AND/OR REMEDIAL ACTIONS

The following activities were conducted at the Site from March 2006 to May 2006:

### 4.1   Evaluation of Sump Water

Ambient is evaluating the appropriate measures to manage sump water in the basement of the Site building at 304 Boston Post Road. Since sump water appears to serve as a migration pathway of chlorinated VOC-impact to indoor air, Ambient is evaluating measures to mitigate this pathway. Additionally, Ambient observed discharge of sump water to the southwest of the building at 304 Boston Post Road.

Ambient's evaluation of remedial alternatives includes the following:

- Covering of the sump and treatment of sump water prior to discharge, using a granulated activated carbon filter;

- Raising the basement floor elevation to eliminate groundwater intrusion in the basement, thereby eliminating any discharge.

Ambient expects to implement the selected remedial measure in Spring/Summer 2006. The details of the remedial measure will be outlined in a Phase IV Remedial Implementation Plan (RIP).

## 5.0   DESCRIPTION OF PROPOSED IRA ACTIVITIES

The following is a discussion of proposed IRA activities. These activities have been conveyed to the property owner.

### 5.1   Air Treatment System Inspection and Screening

Ambient proposes one inspection of the system within the first two weeks of system start-up and quarterly inspections, thereafter.  The property owner will verify system operation on a weekly basis, by listening to the unit to confirm that it is running.  Ambient will contact the property owner on a weekly basis.  Since its installation, the system has continued to operate properly.

During quarterly screening events, Ambient will conduct a visual inspection of the system and screen the effluent stream for VOCs with a sensitive photoionization detector (PID), which detects VOCs in parts per billion (ppb).  The screening will be conducted to assess carbon breakthrough.  Additionally, the PID will be used to screen indoor air.  The next system screening events are scheduled for July and November 2006. A copy of the Interim Remedial Monitoring Report (RMR) is included as Appendix C.

### 5.2   Indoor Air Sampling

Ambient conducted an indoor air sampling event on May 18, 2006.  The sample was collected on the 1st floor of the 304 Boston Post Road building (AMB-301).  The sample was collected using an evacuated summa canister and submitted to Alpha Analytical Labs of Westborough, Massachusetts for analysis of select VOCs per EPA Method TO-15.   A concentration of PCE was detected at 7.82 ug/m$^3$ and below the background concentration of 11 ug/m$^3$.  The laboratory report is included in Appendix D.

Ambient proposes one indoor air sampling event to assess the ongoing effectiveness of the air treatment system. The sampling event will be conducted in September 2006.

## 6.0   REMEDIATION WASTE

According to Carbtrol Corporation, based on the concentrations of PCE detected in the baseline indoor air samples, approximately 0.01 pounds of PCE would be adsorbed onto the carbon.  Based on this adsorption rate, Ambient does not anticipate any carbon

changes within the next ten months of system operation.  In the future, spent carbon will be managed under a Bill of Lading or Hazardous Waste Manifest.

## 7.0    PERMITS

There are no local, state or federal permits required to implement the activities addressed in this IRA Plan and Imminent Hazard Evaluation.

## 8.0    PUBLIC INVOLVEMENT

Notification regarding availability of this IRA Status Report has been provided to the Town of Wayland Board of Selectman Chairperson per 310 CMR 40.0428.   A copy of the report has been submitted to the Town of Wayland Board of Health.  Copies of public notification letters are attached as Appendix E.  As required per 310 CMR 40.1403, additional notification was made to Mr. Stephen Calichman via telephone within 48 hours of implementing of the IRA taken to prevent, control, abate or eliminate the Condition of IH and addressed the purpose, nature and expected duration of the IRA.  Notification regarding the availability of future IRA Status and Completion Statements will also be made.

## 9.0    LSP OPINION AND POSSIBLE OUTCOME

The carbon air filter system appears to have effectively reduced concentrations of chlorinated VOC compounds in indoor air at the Site building.  The level detected in the office space of the structure is slightly above background, indicating that the Condition of IH appears to have been mitigated.  Ambient will conduct additional system screening is required to assess potential carbon breakthrough and at least one additional indoor air sampling event is proposed to evaluate system effectiveness.

Ambient is evaluating remedial alternatives to eliminate contaminated sump water, as a source of PCE vapors to indoor air.  Ambient is also evaluating remedial alternatives to either treat sump water or eliminate discharge of sump water.  Based on this evaluation, a possible outcome is installation of a treatment system or basement reconstruction.

**12.0  LIMITATIONS**

The MADEP transmittal forms prepared for this report, and the LSP opinions stated therein, are to be considered part of this IRA Status Report.  No warranty, whether expressed or implied, is given with respect to this plan or any opinions expressed herein.  It is expressly understood that this plan and the opinions expressed herein are based upon site conditions as they existed only at the time of investigation.  In preparing this report, Ambient Engineering has relied upon and presumed accurate certain information about the site and adjacent properties provided by governmental agencies, the client and others identified in the report.  Except as otherwise stated in the plan, Ambient Engineering has not attempted to verify the accuracy or completeness of any such information.

# TABLES

**FIGURES**

**APPENDIX A**

**BWSC-105 IRA TRANSMITTAL FORM**

**APPENDIX B**

**CORRESPONDENCE TO PROPERTY OWNER**

**APPENDIX C**

**INTERIM REMEDIAL MONITORING REPORT**

| | |
|---|---:|
| Ambient Engineering, Inc. | Project 12-12 |
| Concord, Massachusetts | May 2006 |

# APPENDIX D

# LABORATORY REPORT

**APPENDIX E**

**PUBLIC NOTIFICATION LETTERS**