# IMMEDIATE RESPONSE ACTION

## STATUS REPORT #2

**304 and 310 Boston Post Road**
**Wayland, Massachusetts**
**DEP Release Tracking Numbers (RTN) 3-22753 and 3-25637**

prepared for:

Wayland Cleaners & Launderers, Inc.,
298 Boston Post Road
Wayland, Massachusetts 01778-1823

R&E Realty Trust
20 Hickory Hill Road
Wayland, Massachusetts 01778-1823

Kleenit, Inc.
4 Park Street
Ayer, MA 01433

prepared by:

Ambient Engineering, Inc.
100 Main Street
Concord, Massachusetts

**December 2006**
**Ambient Project 12-12**



**TABLE OF CONTENTS**

1.   Introduction ................................................................................................................. 1

2.   Status of IRA Activities ............................................................................................. 2
     2.1.   System Inspection & Screening ..................................................................... 2
     2.2.   Indoor Air Sampling ....................................................................................... 2
     2.3.   Sump and Trench Covering ........................................................................... 3
     2.4.   Sump Water Discharge .................................................................................. 3
     2.5.   Sump Water Treatment System .................................................................... 3

3.   New Information and Data ........................................................................................ 4

4.   Remediation Waste ..................................................................................................... 5

5.   LSP Opinion and Possible Outcome ........................................................................ 6

6.   Limitations ................................................................................................................... 7


FIGURES

   Figure 1   Locus Map
   Figure 2   Site Plan

TABLES

   Table 1   Air System Screening Results
   Table 2   Indoor Air Results 304 Boston Post Road
   Table 3   Indoor Air Results 310 Boston Post Road
   Table 4   Sump Water Results
   Table 5   Sump Water Results - Chlorinated Ethenes

APPENDICES

   Appendix A   BWSC 105-IRA Transmittal Forms
   Appendix B   Notification to Property Owners
   Appendix C   Interim Remedial Monitoring Report
   Appendix D   Sump Water Laboratory Reports
   Appendix E   Public Notification Letters
   Appendix F   Manifests

# 1. INTRODUCTION

In October 2005, Ambient Engineering, Inc. (Ambient) conducted indoor air sampling at 304 Boston Post Road as part of a Phase II investigations at the Wayland Cleaners Site (RTN 3-22753), located at 298 Boston Post Road. The building at 304 Boston Post Road is used as used as an office building and is located west of, and hydraulically downgradient to the Wayland Cleaners facility. The indoor air sampling was conducted following the discovery of elevated concentrations of chlorinated Volatile Organic Compounds (VOCs) in the groundwater at the property. The sampling revealed elevated concentrations of tetrachloroethylene (PCE) in the indoor air at 304 Boston Post Road, indicating a Condition of Imminent Hazard (IH). Therefore, the Massachusetts Department of Environmental Protection (DEP) issued RTN 3-25637.

In February 2006, Ambient conducted indoor air sampling at 310 Boston Post Road due to elevated concentrations of PCE detected in the sump water. The building at 310 Boston Post Road is used as a mix of commercial (1st Floor) and residential (2nd Floor) and is located further west and downgradient of the Wayland Cleaners Site than 304 Boston Post Road. The sampling indicated that though PCE was detected in the indoor air of the residential dwelling, it was below the DEP Indoor Air Background Concentration of 11 µg/m$^3$ (source: MCP Numerical Standards Spreadsheet, January 2006). However, in July 2006, DEP indicated that their listed PCE background concentration was no longer valid, and that the indoor air results indicated a Condition of Imminent Hazard. Since the source of the PCE was the same as 304 Boston Post Road, DEP agreed not to issue a new RTN, but instead added 310 Boston Post Road to RTN 3-25637.

In April 2006, Ambient linked RTN 3-25637 to RTN 3-22753 (Wayland Cleaners Site) Therefore, all IRA activities for 304 Boston Post Road and 310 Boston Post Road are being conducted under RTN 3-22753. Ambient submitted an IRA Plan and IH Evaluation Report to the on March 31, 2006 and a modified IRA Plan on August 26, 2006.

This Immediate Response Action (IRA) Status Report (Status Report #2) addresses activities conducted at 304 Boston Post Road and 310 Boston Post Road since the submittal of the last status report in May 2006. Ambient Engineering, Inc. (Ambient) submits this report on behalf of Wayland Cleaners & Launderers, Inc., R&E Realty Trust and Kleenit, Inc. [Potentially Responsible Parties (PRPs)]. A copy of the IRA Transmittal Form (BWSC-105) is included in Appendix A. Copies of this report have been provided to the property owners of 304 Boston Post Road and 310 Boston Post Road. Correspondence to the Property Owners is included as Appendix B.

## 2. STATUS OF IRA ACTIVITIES

A Modified IRA Plan was submitted to the DEP on August 18, 2006. The Modified IRA Plan outlined the following activities: (i) System Inspection and Screening, (ii) Indoor Air Sampling, (iii) Sump and Trench Covers, (iv) Sump Water Discharge, and (v) Sump Water Treatment System Implementation.

### 2.1. System Inspection & Screening

In February 2006, Ambient installed carbon air filters in the basement of both 304 Boston Post Road and 310 Boston Post Road. The systems were supplied by Carbtrol Corporation of Bridgeport, Connecticut. Each stand-alone system is comprised of a 55-gallon drum that contains approximately 200 pounds of granulated activated carbon and is equipped with a blower. The blower serves as a vacuum to intake contaminated air and route it through the carbon with a flow rate of 90 cubic feet per minute ($ft^3$/min.). The effluent then discharges back into the basement of each building. The systems are connected to indoor power and operate 24 hours per day. (See attached photographs.)

The systems are inspected for operation on a weekly basis each of the property owners. The property owners are responsible for assuring system operation. It is Ambient's understanding that the system at 304 Boston Post Road has operated properly since its installation. At 310 Boston Post Road, it is Ambient's understanding that the system has operated properly since its installation other than when Ambient observed the system had been turned off (March 2006).

Ambient has inspected each system twice over the past six months. At 304 Boston Post Road, Ambient conducted screening of the system with a sensitive ppbRAE photoionization detector (PID) in July 2006 and in October 2006. The results of this screening are summarized in Table 1. There was no evidence of carbon breakthrough.

At 310 Boston Post Road, Ambient conducted screening of the system with the ppbRAE PID in August 2006 and in October 2006. The results of this screening are summarized in Table 1. This screening indicated that the carbon in the air system had reached its absorptive capacity and needed to be replaced or refreshed. Therefore in November 2006 Ambient replaced the carbon in the air system with 200 pounds of activated carbon. The old carbon was drummed and awaiting results to determine disposal characteristics.

### 2.2. Indoor Air Sampling

To document the effectiveness of the remediation systems, Ambient will collect indoor air samples from each building. No indoor air samples were collected during this reporting period. (Note: Indoor air samples were collected on December 5, 2006. However, the results are not currently available from the laboratory.)

Included in Table 2 is a summary of the indoor air samples collected at 304 Boston Post Road. The last sampling event was in May 2006 and demonstated that a Condition of Imminent Hazard does not currently exist at the property.

Included in Table 3 is a summary of the indoor air samples collected from 310 Boston Post Road. The last sampling event was February 2006. Though the results do indicate a Condition of Imminent Hazard, the samples were collected prior to the implementation of the carbon air filtration in the basement.

### 2.3. Sump and Trench Covering

In November 2006, the sump well at 304 Boston Post Road and the sump well and trenches at 310 Boston Post Road were covered with plexiglass. The purpose of the covering is to reduce the migration of PCE from the sump water into the indoor air of the basement. (See attached photographs.)

### 2.4. Sump Water Discharge

In November 2006, a 2000-gallon above ground storage tank was installed in the parking lot behind 304 Boston Post Road. (See attached photographs.) The tank is used to collect the sump water from both 304 Boston Post Road and 310 Boston Post Road. In November 2006, the tank was emptied six times by Cyn Environmental which brought the sump water to its facility in Stoughton, MA for disposal. The tank is being used temporarily while Ambient investigates other options such as discharge to the Wayland Sewer System or discharge to the unnamed stream via a Remedial General Permit (RGP).

### 2.5. Sump Water Treatment System

In November 2006, Ambient oversaw the installation of water treatment systems in each of the basements. The water treatment systems consist of a bag filter, two cylinders in series each containing 75 pounds of activated carbon, and a flow totalizer. The systems treat the sump water and discharge to the temporary storage tank. (See attached photographs.)

## 3.  NEW INFORMATION AND DATA

On August 14, 2006, Ambient collected water samples from the sump wells at 304 Boston Post Road and 310 Boston Post Road.  The purpose of these samples was to determine current site conditions in anticipation of applying for a NPDES Remedial General Permit (RGP) from Region I Environmental Protection Agency (EPA).  The samples were submitted to Severn Trent Laboratory (STL) in Westfield, Massachusetts.  The samples were analyzed for total suspended solids (TSS), residual chlorine, total petroleum hydrocarbons (TPH), total cyanide, volatile organic compounds (VOCs), semivolatile organic compounds (SVOCs), total phenols, polychlorinated biphenyls (PCBs), total metals (arsenic, antimony, cadmium, chromium, copper, iron, lead, mercury, nickel, selenium, silver, and zinc), hexavalent chromium, and pH.  (Due to a laboratory oversight, the SVOC analyses were not performed on the original samples.  On August 23, 2006, Ambient resampled the sump wells and submitted the samples for SVOC analysis.)  The results are summarized in Table 4.  (A subset of the data, showing only the chlorinated ethenes, is summarized in Table 5.  The laboratory data packages are included in Appendix D.

## 4.   REMEDIATION WASTE

The following remedial waste was generated under these IRA activities.

- On November 16, 2006, **2,165 gallons** of PCE contaminated sump water was removed from the temporary tank and shipped under Manifest Tracking Number 000658628 JJK to Cyn Oil Corporation, Stoughton, Massachusetts.  (The sump pump continued to operate while the 2000-gallon temporary tank was being emptied.)

- On November 17, 2006, **1,700 gallons** of PCE contaminated sump water was removed from the temporary tank and shipped under Manifest Tracking Number 000659229 JJK to Cyn Oil Corporation, Stoughton, Massachusetts.

- On November 19, 2006, **1,800 gallons** of PCE contaminated sump water was removed from the temporary tank and shipped under Manifest Tracking Number 000659228 JJK to Cyn Oil Corporation, Stoughton, Massachusetts.

- On November 25, 2006, **2,000 gallons** of PCE contaminated sump water was removed from the temporary tank and shipped under Manifest Tracking Number 000659087 JJK to Cyn Oil Corporation, Stoughton, Massachusetts.

- On November 27, 2006, **1,980 gallons** of PCE contaminated sump water was removed from the temporary tank and shipped under Manifest Tracking Number 000659234 JJK to Cyn Oil Corporation, Stoughton, Massachusetts.

- On November 29, 2006, **1,720 gallons** of PCE contaminated sump water was removed from the temporary tank and shipped under Manifest Tracking Number 000657570 JJK to Cyn Oil Corporation, Stoughton, Massachusetts.

Copies of the Manifests are included in Appendix F.  (Note:  The carbon removed from the air system at 310 Boston Post Road is still awaiting analytical results to determine if it is hazardous or non-hazardous waste.  Its disposal will be summarized in the next status report.)

## 5. LSP OPINION AND POSSIBLE OUTCOME

The carbon air filter system at 304 Boston Post Road appears to have effectively reduced concentrations of chlorinated VOCs in indoor air at that building. The level detected in the office is below a concentration that would indicate a Condition of IH. Ambient will continue to conduct additional system screening to assess potential carbon breakthrough as well as additional indoor air sampling events.

It is assumed that the carbon air filter system at 310 Boston Post Road is also effectively reducing the concentrations of chlorinated VOCs in the residential dwelling. Ambient is awaiting the December 2006 results which were the first samples collected in the building since the air system was installed.

Ambient is evaluating remedial alternatives to eliminate contaminated sump water, as a source of PCE vapors to indoor air. Ambient has covered the sump wells and trenches in an effort to reduce PCE concentrations in the indoor air. Ambient has installed a water treatment system to reduce the concentration of PCE in the sump water. Ambient is still investigating discharge options for the treated sump water. The water is currently being discharged to a temporary tank, which is being emptied and disposed of as needed.

## 6.  LIMITATIONS

The MADEP transmittal forms prepared for this report, and the LSP opinions stated therein, are to be considered part of this IRA Status Report.  No warranty, whether expressed or implied, is given with respect to this report or any opinions expressed herein.  It is expressly understood that this report and the opinions expressed herein are based upon site conditions as they existed only at the time of investigation.  In preparing this report, Ambient Engineering has relied upon and presumed accurate certain information about the site and adjacent properties provided by governmental agencies, the client and others identified in the report.  Except as otherwise stated in the report, Ambient Engineering has not attempted to verify the accuracy or completeness of any such information.

**TABLES**

Case 1:04-cv-10351-RBC   Document 125-5   Filed 09/27/2007   Page 10 of 10