**IMMEDIATE RESPONSE ACTION PLAN**

**MODIFICATION NO. 2**

**Wayland Cleaners**
**298 Boston Post Road**
**Wayland, Massachusetts**
**DEP Release Tracking Numbers 3-22753 and 3-25637**

Prepared for:

**Wayland Cleaners & Launderers, Inc.,**
298 Boston Post Road, Wayland, MA

**R&E Realty Trust**
20 Hickory Hill Road, Wayland, MA

**Kleenit, Inc.**
4 Park Street, Ayer, MA

Prepared by:

**Ambient Engineering, Inc.**
100 Main Street
Concord, Massachusetts 01742

February 2007
Ambient Project 12-12



## TABLE OF CONTENTS

**Section** **Page**

1.0  Introduction ................................................................................................................. 1-1

2.0  Site Description ........................................................................................................... 2-1
    2.1  General .............................................................................................................. 2-1
    2.2  Site History ....................................................................................................... 2-2
    2.3  Site Conditions .................................................................................................. 2-2
    2.4  MADEP Status .................................................................................................. 2-2
    2.5  Description of Release ...................................................................................... 2-3
    2.6  Summary of Completed Response Actions ...................................................... 2-3
    2.7  Surrounding Receptors ..................................................................................... 2-4

3.0  Plan for Immediate Reponse Actions ......................................................................... 3-1
    3.1  Purpose .............................................................................................................. 3-1
    3.2  Scope of Work .................................................................................................. 3-1
    3.3  Chemistry .......................................................................................................... 3-1
    3.4  Delivery ............................................................................................................ 3-1
    3.5  Monitoring ........................................................................................................ 3-2
    3.6  Schedule ............................................................................................................ 3-2
    3.4  Permits .............................................................................................................. 3-2
    3.5  Fate of Remediated Waste ................................................................................ 3-2

4.0  Limitations .................................................................................................................. 4-1

**FIGURES**

Figure 1  Locus Map
Figure 2  Site Plan
Figure 3  Groundwater Direction Map
Figure 4  Injection Area Map
Figure 5  Injection Process Schematic Diagram

**TABLES**

Table 1  Groundwater VOC Results - Upgradient
Table 2  Groundwater VOC Results - Inzone
Table 3  Groundwater VOC Results – Downgradient
Table 4  Groundwater Dissolved Metal Results

**APPENDICES**

Appendix A   Copy of MADEP Transmittal Form BWSC-105
Appendix B   Health & Safety Plan
Appendix C   Notifications to Public Officials

# 1.0   INTRODUCTION

This document presents **Modification No.2** to the Immediate Response Actions (IRA) Plan submitted for Wayland Cleaners (the "Site"), located in Wayland, Massachusetts. The Site was identified as a results of groundwater sampling conducted in January 2003 by the Massachusetts Department of Environmental Protection (MADEP), which found elevated concentrations of tetrachloroethylene (PCE), trichloroethylene (TCE), and *cis*-dichloroethylene (*cis*-DCE) exceeding the Reportable Concentrations (RCs) listed in the Massachusetts Contingency Plan (MCP).  The MADEP assigned Release Tracking Number (RTN) 3-22753 to the Site.  Based on indoor air samples collected in February 2006, a release of PCE to indoor air occurred at 304 Boston Post Road and 310 Boston Post Road.  These releases were designated Conditions of Imminent Hazard (IH) and RTN 3-25637 was assigned to the Site.

In March 2006 Ambient submitted an IRA Plan to address the indoor air in 304 Boston Post Road.  In August 2006, Ambient submitted IRA Plan Modification No. 1 to address the indoor air in 310 Boston Post Road and the sump water in both 304 and 310 Boston Post Road.

IRA Plan Modification No. 2 (this Plan) is being submitted to cover the injection potassium permanganate solution into the subsurface to oxidize the PCE and other chlorinated ethenes in the groundwater located in the rear of 298 Boston Post Road.

The Immediate Response Actions will be performed by:

<u>RESPONSIBLE PARTIES FOR IRA:</u>

R&E Realty Trust (Owner)
20 Hickory Hill Road
Wayland, Massachusetts 01778
Contact:	Ralph Wegener
Phone:	508-358-7172

Wayland Cleaners & Launderers, Inc. (Operator)
298 Boston Post Road
Wayland, Massachusetts 01778
Contact:	Hyung Kim
Phone:	(508) 358-2391

Kleenit, Inc. (former Operator)
4 Park Street
Ayer, Massachusetts 01433
Contact:	Frank Murphy
Phone:	(978) 772-3391

E<span style="font-variant:small-caps">nvironmental</span> C<span style="font-variant:small-caps">onsultants</span>:

    Ambient Engineering, Inc.
    100 Main Street
    Concord, Massachusetts 01742
    Contact:   Thomas J Stevenson, LSP
    Phone:    (978) 369-8188

Ambient Engineering, Inc.      1-2      *IRA Plan – Modification No. 2*
Concord, Massachusetts      Project 12-12
February 2007

# 2.0   SITE DESCRIPTION

## 2.1   General

The Site is located on the northern side of Boston Post Road (Route 20) in Wayland, Massachusetts.  (See Figure 1 - Site Locus Map and Figure 2 – Site Map.)  The Site consists of the Wayland Cleaners Property, a 0.25-acre commercial property located at 298 Boston Post Road.  The Site also includes portions of 304, 310 and 326 Boston Post Road, along with an area of the Massachusetts Highway Department right-of-way along Route 20.  (These additional portions of the Site are downgradient of Wayland Cleaners and have been impacted by the migration of the contaminated groundwater.

Adjacent Land Use

The Site is located within an area of commercial usage.  The Site is abutted to the north by New England Ballet and Wayland Power Co; to the east by Somerby's Hair Salon, beyond which is State Road Auto Body; to the south by Boston Post Road, beyond which is a shopping center; and to the west by a bank.

Utilities

The Site building at 298 Boston Post Road is serviced with municipal water and sewer, which connect to the Site from Boston Post Road.  The Site contains an inactive septic system leaching field, located along the southern portion of the Site.  Overhead electric and telephone lines also connect to the Site from Boston Post Road.  Gas enters building from the rear and is used at Beautiful Nails and Spa.  An above ground storage tank of fuel oil is located in the rear and is used by Wayland Cleaners to heat a boiler.

The building at 304 Boston Post Road is serviced with municipal water and sewer, which connect to the Site from Boston Post Road.  The property contains an inactive septic system leaching field, located along the northern portion of the Site.  Overhead electric and telephone lines also connect to the Site from Boston Post Road. The Site building is heated by natural gas which enters the building from Boston Post Road.

The building at 310 Boston Post Road is serviced with municipal water and sewer, which connect to the Site from Boston Post Road.  The property may have an inactive septic system leaching field, located along the northern portion of the Site.  Overhead electric and telephone lines also connect to the Site from Boston Post Road. The Site building is heated by natural gas which enters the building from Boston Post Road.

Utilities at 300 Boston Post Road are unknown, since the property owner did not provide access to Ambient.  Based on historic documents on file at the Town of Wayland, the property contains an active septic leaching field at the southern portion of the property.

Utilities at 326 Boston Post Road are unknown.

Ambient Engineering, Inc.     2-1     IRA Plan – Modification No. 2
Concord, Massachusetts     Project 12-12
February 2007

Hydrogeology

Depth to groundwater at the Site ranges from approximately 4 to 6 feet below ground surface (bgs) and flows in a westerly/southwesterly direction (see Figure 3). At the western side of the site is an unnamed stream. The stream flows from north to south and eventually converges with the Sudbury River.

## 2.2   Site History

The existing Site building at 298 Boston Post Road was constructed in 1970. The property was owned by Cumberland Farms until the late 1970's when it was purchased by the current owners, R&E Realty Trust. The western portion of the Site building has been used as a dry cleaner since 1978. The eastern portion of the Site building has been used for various business, including a florist (Kabloom) and most recently a nail salon (Beautiful Nails & Spa).

## 2.3   Site Conditions

Oil and/or hazardous material use and storage

Wayland Cleaners at 298 Boston Post Road is still operating as a dry cleaners facility and using PCE as the dry cleaning solvent. The PCE is stored in the drycleaning machine which is also equipped with a distillery to recycle the PCE. The PCE is replaced on a quarterly basis.

In addition, the cleaners has an above ground storage tank (AST). The AST is located at the back of the building and stores oil used by the boiler to create steam.

## 2.4   MADEP Status

MyKroWaters, Inc. prepared a Phase I Initial Site Investigation Report for the Site in April 2004, which included a Tier Classification. Based on the Numerical Ranking System (NRS) score of 282, the Site was classified as "Tier 1C'.

In April 2006, A Phase II Comprehensive Site Assessment and Phase III Identification, Evaluation, and Selection of Remedial Action Alternatives and Remedial Action Plan was submitted to the MADEP.

Based on indoor air samples collected in February 2006, a release of PCE to indoor air occurred at 304 Boston Post Road and 310 Boston Post Road. These releases were designated Conditions of Imminent Hazard (IH) and RTN 3-25637 was assigned to the Site. Ambient prepared an Immediate Response Action (IRA) Plan and IH Evaluation. Ambient also prepared Form BWSC-107 to link the RTN to RTN 3-22753.

## 2.5 Description of Release

In June 2002, the MADEP issued a Request For Information (RFI) to Wayland Cleaners, in association with concentrations of chlorinated Volatile Organic Compounds (VOCs) detected at Baldwin Pond. (Baldwin Pond is a public drinking water source area located approximately one mile north/northwest of the Site.) Wayland Cleaners responded to the RFI in November 2002, which included providing MADEP with an inventory of PCE usage at the Site. In January 2004, MADEP conducted subsurface investigations at the Site during which concentrations of PCE and TCE were detected in the groundwater. It is unknown when the released occurred nor what quantity of PCE was released.

## 2.6 Summary of Completed Response Actions

MADEP

In January 2003, MADEP installed two monitoring wells (WC-1 and WC-2) in the back of Wayland Cleaners. Samples collected from these wells indicated the presence of PCE ranging from 70 µg/L to 2210 µg/L. At both locations, the samples collected at 20 feet were much higher than the samples collected at 30 feet and 40 feet.

MyKroWaters, Inc.

In August 2003 and March 2004, MyKroWaters installed nine monitoring wells (MKW-1 through MKW-8, and MWK-2C) all around the 298 Boston Post Road property. The sampling indicated the presence of two plumes, one at the northwestern portion of the property and a second at the southwestern portion of the property. In both plumes, the higher concentrations of PCE were detected in the shallow groundwater samples (<25 feet).

MyKroWaters also advanced five soil borings around 298 Boston Post Road. As with the groundwater samples, elevated PCE concentrations were detected in the shallow samples.

Ambient Engineering, Inc.

In the Spring 2005 Ambient installed nine monitoring wells (AMB-104 through AMB-110, AMB-116, and AMB-117) in the front of 298 Boston Post Road and the eastern side of 304 Boston Post Road, and in both side walks (north and south) of Boston Post Road. In Fall 2005, Ambient installed five monitoring wells (AMB-118 through AMB-122), one in the southern sidewalk of Boston Post Road and four in the rear of 304 Boston Post Road. In Spring 2006, Ambient installed four monitoring wells (AMB-501 through AMB-504) in the rear of 304 Boston Post Road and 310 Boston Post Road. In December 2006, Ambient installed five monitoring wells (AMB-601 through AMB-605) in the rear of Wayland Cleaners. Samples collected from these monitoring wells indicated the presence of two plumes, one at the northwestern portion of the property

and a second at the southwestern portion of the property. In both plumes, the higher concentrations of PCE were detected in the shallow groundwater samples (<25 feet).

## 2.7   Surrounding Receptors

<u>Identification of Human Receptors</u>

The properties at 298 and 304 Boston Post Road are currently used for commercial purposes. The first floor of 310 Boston Post Road is used for commercial purposes and the 2nd floor is used as a residential apartment.

<u>Identification of Environmental Receptors</u>

The Site is located in a Zone II aquifer. At the western side of the site there is an unnamed intermittent stream. According to the Town of Wayland Environmental Resource Atlas Map, the Site is located within ½ mile of Natural Heritage & Endangered Species Program (NHESP) Priority Habitats of Rare Species and Estimated Habitats of Rare Wildlife. Although the release occurred within ¼ mile of protected habitats, the relationship between the release area and these habitats did not constitute a complete exposure pathway.

The Site is not located in an Area of Critical Environmental Concern (ACEC), Sole Source Aquifers, or protected open space.

# 3.0   PLAN FOR IMMEDIATE REPONSE ACTIONS

## 3.1   Purpose

The purpose of this IRA Plan modification is to remediate groundwater impacted by chlorinated ethenes by means of *in situ* chemical oxidation (ISCO).  The oxidant that will be used will be a potassium permanganate solution.  This plan will address the remediation of groundwater located in the rear of 298 Boston Post Road.

## 3.2   Scope of Work

Ambient will inject 1,800 gallons of a 5 gram per liter (g/l) solution of potassium permanganate into three injection wells.  (This is equivalent to 600 gallons per well or 25 pounds of potassium permanganate per well.)  A second 1,800 gallon injection will occur five weeks after the first.  After each injection there will be four weeks of groundwater monitoring to measure dissolved oxygen (DO), oxidation-reduction potential (ORP), pH, temperature, and residual permanganate.  In addition, there will be three rounds of groundwater sampling to determine PCE concentration and total and hexavalent chromium concentrations.  The three rounds of sampling will include a pre-pilot test round (baseline), followed by two post injection rounds occurring four weeks subsequent to each injection.

## 3.3   Chemistry

Potassium permanganate ($KMnO_4$) is a strong oxidant capable of destroying numerous types of organic contaminants.  It is especially effective at destroying PCE and its daughter products, TCE, cis-DCE and vinyl chloride.  The stoichiometric equations are presented below:

| Contaminant | Stoichiometric Equation |
|---|---|
| Tetrachloroethene | $4\ KMnO_4 + 3\ C_2Cl_4 + 4\ H_2O \rightarrow 4\ MnO_2 + 6\ CO_2 + 4\ K^+ + 8\ H^+ + 12\ Cl^-$ |
| Trichlorethene | $2\ KMnO_4 + C_2HCl_3 \rightarrow 2\ MnO_2 + 2\ CO_2 + 2\ K^+ + H^+ + 3\ Cl^-$ |
| Dichloroethene | $8\ KMnO_4 + 3\ C_2H_2Cl_2 \rightarrow 8\ MnO_2 + 6\ CO_2 + 8\ K^+ + 6\ Cl^- + 2\ OH^- + 2\ H_2O$ |
| Vinyl Chloride | $10\ KMnO_4 + 3\ C_2H_3Cl \rightarrow 10\ MnO_2 + 6\ CO_2 + 10\ K^+ + 3\ Cl^- + 7\ OH^- + H_2O$ |

## 3.4   Delivery

The potassium permanganate will be applied using a pressure injection with a slow feed.  Inflatable packers will be used to apply the permanganate into a selected zone.  Three injection zones per well will be used: 5-9 ft, 11-15 ft, and 16-20 ft.  The injection of the 1800 gallons will be conducted over 5 days, such that 120 gallons per well per day

will be applied. Approximately 40 gallons will be injected into each zone per well per day, starting with the deepest zone. The injections will be staggered between the three wells such that each well will have an opportunity to equilibrate before starting with the next injection zone. (See Figure 4 for the location of the injection wells. See Figure 5 for a schematic diagram of the injection system.)

### 3.5   Monitoring

While the permanganate is being injected, groundwater elevations will be collected from four perimeter wells (AMB-104, AMB-109, AMB-120, and AMB-605). These measurements will be made to ensure the injections are not creating a mounding condition. If the groundwater elevations begin to rise, then the injections will be reduced or eliminated until the aquifer reaches equilibrium.

In addition to the groundwater elevations, these four wells and the unnamed stream located 150 feet to the west will be monitored for the presence of permanganate. This is to ensure that the permanganate has not migrated outside the area of influence.
On a weekly basis after the injections, wells AMB-601 thru AMB-605, AMB-120, and AMB-109 will be sampled for residual permanganate concentrations, dissolved oxygen (DO) content, pH, and oxidation reduction potential (ORP).

### 3.6   Schedule

The injection wells were installed in December 2006. The first injection of the potassium permanganate solution will occur in February 2007. The second injection of the potassium permanganate solution will occur at the end of March 2007, approximately five weeks after the first. The completion of these activities is anticipated to be beginning of May 2007, approximately five weeks after the second injection.

### 3.4   Permits

No federal or state permits are required for this Release Abatement Measure. A digsafe permit was obtained for the installation of the injection/monitoring wells.

### 3.5   Fate of Remediated Waste

No remedial waste will be generated as a result of these activities.

## 4.0   LIMITATIONS

The MADEP BWSC-105 transmittal form prepared for this plan modification, and the LSP opinions stated therein, are to be considered part of this IRA plan. No warranty, whether expressed or implied, is given with respect to this plan or any opinions expressed herein. It is expressly understood that this plan and the opinions expressed herein are based upon site conditions as they existed only at the time of investigation.

In preparing this report, Ambient Engineering has relied upon and presumed accurate certain information about the site and adjacent properties provided by governmental agencies, the client and others identified in the report. Except as otherwise stated in the plan, Ambient Engineering has not attempted to verify the accuracy or completeness of any such information.