# IMMEDIATE RESPONSE ACTION

## STATUS REPORT #3

### 304 and 310 Boston Post Road
### Wayland, Massachusetts
### DEP Release Tracking Numbers (RTN) 3-22753 and 3-25637

prepared for:

Wayland Cleaners & Launderers, Inc.,
298 Boston Post Road
Wayland, Massachusetts 01778-1823

R&E Realty Trust
20 Hickory Hill Road
Wayland, Massachusetts 01778-1823

Kleenit, Inc.
4 Park Street
Ayer, MA 01433

prepared by:

Ambient Engineering, Inc.
100 Main Street
Concord, Massachusetts

**June 2007**
**Ambient Project 12-12**



## TABLE OF CONTENTS

1.    Introduction.................................................................................................1

2.    Status of IRA Activities ..........................................................................2
      2.1.    System Inspection & Screening .............................................2
      2.2.    Indoor Air Sampling................................................................2
      2.3.    Sump and Trench Covering.....................................................3
      2.4.    Sump Water Treatment System and Discharge.....................3
      2.5.    *In Situ* Chemical Oxidation...................................................4

3.    New Information and Data ......................................................................5

4.    Remediation Waste ..................................................................................6

5.    LSP Opinion and Possible Outcome ......................................................7

6.    Limitations................................................................................................8

FIGURES

Figure 1      Locus Map
Figure 2      Site Plan
Figure 3      Sample Location Map

TABLES

Table 1       Air System Screening Results
Table 2       Indoor Air Results 304 Boston Post Road
Table 3       Indoor Air Results 310 Boston Post Road
Table 4       Summary of RGP Monitoring - 304 BPR
Table 5       Summary of RGP Monitoring - 310 BPR
Table 6       Soil Results
Table 7       Groundwater VOC Results
Table 8       Groundwater Dissolved Metal Results
Table 9       Catch Basin Sediment Results
Table 10      Catch Basin Water Results

APPENDICES

Appendix A   BWSC 105-IRA Transmittal Forms
Appendix B   Notification to Property Owners
Appendix C   Remedial Monitoring Report
Appendix D   Indoor Air Laboratory Reports
Appendix E   Ambient Soil, Groundwater, and Catch Basin Laboratory Reports
Appendix F   Coler & Colantonio Laboratory Reports
Appendix G   Public Notification Letters
Appendix H   Manifests

# 1. INTRODUCTION

In October 2005, Ambient Engineering, Inc. (Ambient) conducted indoor air sampling at 304 Boston Post Road as part of a Phase II investigations at the Wayland Cleaners Site (RTN 3-22753), located at 298 Boston Post Road. The building at 304 Boston Post Road is used as used as an office building and is located west of, and hydraulically downgradient to the Wayland Cleaners facility. The indoor air sampling was conducted following the discovery of elevated concentrations of chlorinated Volatile Organic Compounds (VOCs) in the groundwater at the property. The sampling revealed elevated concentrations of tetrachloroethylene (PCE) in the indoor air at 304 Boston Post Road, indicating a Condition of Imminent Hazard (IH). Therefore, the Massachusetts Department of Environmental Protection (DEP) issued RTN 3-25637.

In February 2006, Ambient conducted indoor air sampling at 310 Boston Post Road due to elevated concentrations of PCE detected in the sump water. The building at 310 Boston Post Road is used as a mix of commercial (1st Floor) and residential (2nd Floor) and is located further west and downgradient of the Wayland Cleaners Site than 304 Boston Post Road. The sampling indicated that though PCE was detected in the indoor air of the residential dwelling, it was below the DEP Indoor Air Background Concentration of 11 $\mu g/m^3$ (source: MCP Numerical Standards Spreadsheet, January 2006). However, in July 2006, DEP indicated that its listed PCE background concentration was no longer valid, and that the indoor air results indicated a Condition of Imminent Hazard. Since the source of the PCE was the same as 304 Boston Post Road, DEP agreed not to issue a new RTN, but instead added 310 Boston Post Road to RTN 3-25637.

In April 2006, Ambient linked RTN 3-25637 to RTN 3-22753 (Wayland Cleaners Site) Therefore, all IRA activities for 304 Boston Post Road and 310 Boston Post Road are being conducted under RTN 3-22753. Ambient submitted an IRA Plan and IH Evaluation Report to the on March 31, 2006 and a modified IRA Plan on August 26, 2006. In December 2006, Ambient submitted IRA Status Report #2.

This Immediate Response Action (IRA) Status Report (Status Report #3) addresses activities conducted at the Site from December 2006 thru May 2007. Ambient submits this report on behalf of Wayland Cleaners & Launderers, Inc., R&E Realty Trust, and Kleenit, Inc. [Potentially Responsible Parties (PRPs)]. A copy of the IRA Transmittal Form (BWSC-105) is included in Appendix A. Copies of this report have been provided to the property owners of 304 Boston Post Road and 310 Boston Post Road. Correspondence to the Property Owners is included as Appendix B. A copy of the monthly RMR report is included in Appendix C.

## 2.    STATUS OF IRA ACTIVITIES

A Modified IRA Plan was submitted to the DEP on August 18, 2006. The Modified IRA Plan outlined the following activities: (i) System Inspection and Screening, (ii) Indoor Air Sampling, (iii) Sump and Trench Covers, and (iv) Sump Water Treatment System and Discharge. A second IRA Plan modification (Modification #2) was submitted to the DEP on February 14, 2007. The second modification outlined the process in which *in situ* chemical oxidation would be used to remediate a portion of the Site.

### 2.1.    System Inspection & Screening

In February 2006, Ambient installed carbon air filters in the basement of both 304 Boston Post Road and 310 Boston Post Road. The systems were supplied by Carbtrol Corporation of Bridgeport, Connecticut. Each stand-alone system is comprised of a 55-gallon drum that contains approximately 200 pounds of granulated activated carbon and is equipped with a blower. The blower serves as a vacuum to intake contaminated air and route it through the carbon with a flow rate of 90 cubic feet per minute (ft$^3$/min.). The effluent then discharges back into the basement of each building. The systems are connected to indoor power and operate 24 hours per day.

The systems are inspected for operation on a weekly basis by each of the property owners. The property owners are responsible for assuring system operation. It is Ambient's understanding that the system at 304 Boston Post Road has operated properly since its installation. At 310 Boston Post Road, it is Ambient's understanding that the system has operated properly since its installation other than when Ambient observed the system had been turned off (March 2006).

Ambient has inspected each system twice over the past six months, in February 2007 and in May 2007. Screening of the system is conducted with a sensitive ppbRAE photoionization detector (PID). The results of this screening are summarized in Table 1. At 304 Boston Post Road there was no evidence of carbon breakthrough. At 310 Boston Post Road the results were elevated. However, it should be noted that a nail salon operates on the first floor of this building. Notably, a strong odor of nail polish was observed throughout the basement during the screening event. (Typical organics associated with nail salons include toluene and acetone, both of which are detected with the ppbRAE.) Since the Air System Effluent concentration was lower than that of the Air System Influent, it demonstrated that the carbon still possessed some absorptive capacity.

### 2.2.    Indoor Air Sampling

To document the effectiveness of the remediation systems, Ambient collected indoor air samples from each building. During this reporting period, two rounds of indoor air samples were collected at 304 BPR and one set was collected at 310 BPR.

Included in Table 2 is a summary of the indoor air samples collected at 304 Boston Post Road. The last sampling event was in March 2007 and demonstrated that a Condition of Imminent Hazard does not currently exist at the property. Copies of the laboratory reports are included in Appendix D.

Included in Table 3 is a summary of the indoor air samples collected from 310 Boston Post Road. The last sampling event was December 2006 and demonstrated that a Condition of Imminent Hazard does not currently exist at the property. A copy of the laboratory report is included in Appendix D.

## 2.3.    Sump and Trench Covering

In November 2006, the sump well at 304 Boston Post Road and the sump well and trenches at 310 Boston Post Road were covered with plexiglass. The purpose of the covering is to reduce the migration of PCE from the sump water into the indoor air of the basement.

## 2.4.    Sump Water Treatment System and Discharge

In November 2006, Ambient oversaw the installation of water treatment systems in each of the basements. The water treatment systems consist of a bag filter, two cylinders in series each containing 75 pounds of activated carbon, and a flow totalizer. The systems treat the sump water prior to discharge. In November 2006, a 2000-gallon above ground storage tank was installed in the parking lot behind 304 Boston Post Road. The tank was used to collect the sump water from both 304 Boston Post Road and 310 Boston Post Road until a permanent discharge point could be established.

In December 2006 and January 2007, the tank was emptied four (4) times by Cyn Environmental which brought the sump water to its facility in Stoughton, MA for disposal. In January 2007, the tank was emptied three (3) times by Dave Starmer Disposal Inc., who brought the water once to NewStream, LLC in Attleboro, MA and twice to Upper Blackstone Water Pollution Abatement District in Millbury, MA.

In February 2007, the Environmental Protection Agency (EPA) issued Remediation General Permits (RGP) MAG910287 for the system at 304 Boston Post Road and RGP Permit MAG910290 for the system at 310 Boston Post Road. The RGP permits allow the treated water to be discharged to the unnamed stream located west of the two buildings. Though the RGPs were received in February, Ambient did not begin discharging under these permits until March 2007. Included in Table 4 are the results for the RGP sampling conducted to monitor the system at 304 Boston Post Road. Included in Table 5 are the results for the RGP sampling conducted to monitor the system at 310 Boston Post Road.   In May 2007, the storage tank was removed and permanent pipes were installed to discharge the treated sump water to a catch basin located at the rear of 304 Boston Post Road.

**2.5.    *In Situ* Chemical Oxidation**

In February 2007, Ambient submitted IRA Plan Modification #2 to the DEP, outlining the proposed chemical oxidation to remediate contaminated groundwater at the rear of the Wayland Cleaners Building.  The DEP did not issue any comments concerning the plan, and therefore, "Presumptive Approval" was considered granted by March 8, 2007. At about this time, one of the PRPs requested some additional testing of the untreated site be conducted by an independent party.  In April 2007 and May 2007, Coler & Colantonio collected soil and groundwater samples from the Site.  It is expected that the injection of chemical oxidants will occur at the end of June 2007.

### 3.    NEW INFORMATION AND DATA

In December 2006, Ambient installed five new monitoring wells (AMB-601 thru AMB-605) at the rear of the Wayland Cleaners facility at 298 Boston Post Road.  Twelve (12) soil samples were collected from the five borings and analyzed for chlorinated VOCs by Severn Trent Laboratory.  The results are summarized in Table 6 and indicate the presence of PCE in the shallow soil behind Wayland Cleaners.  A copy of the laboratory report is included in Appendix E.

In December 2006, Ambient collected groundwater samples from the new monitoring wells (AMB-601 thru AMB-605) and also from wells MKW-2, MKW-5, AMB-109, and AMB-120.  The samples were analyzed for chlorinated VOCs and dissolved metals.  The results are summarized in Table 7 and Table 8.  Copies of the laboratory reports are included in Appendix E.

In April 2007, Ambient collected a sediment sample and a water sample from the storm catch basin located at the rear of 298 Boston Post Road.  The results are summarized in Table 9 and 10.  A copy of the laboratory report is summarized in Appendix E.

In April 2007 and May 2007, Coler & Colantonio, Inc., collected groundwater and soil samples from the site.  Soil samples were collected from beneath (CC-1 and CC-2) and just outside (CC-3 and CC-4) the Wayland Cleaners building.  Groundwater samples were collected from wells AMB-119, AMB-120, AMB-503, AMB-601, AMB-603, and AMB-604.  Coler and Colantonio also collected a sediment sample and a water sample from the catch basin at the rear of 298 Boston Post Road.  The results are summarized in Table 6-10.

## 4.   REMEDIATION WASTE

The following remedial waste was generated under these IRA activities.

> ➢ On December 2, 2006, **2,000 gallons** of PCE contaminated sump water was removed from the temporary tank and shipped under Manifest Tracking Number 000659516 JJK to Cyn Oil Corporation, Stoughton, Massachusetts.

> ➢ On December 11, 2006, **1,767 gallons** of PCE contaminated sump water was removed from the temporary tank and shipped under Manifest Tracking Number 000659585 JJK to Cyn Oil Corporation, Stoughton, Massachusetts.

> ➢ On January 3, 2007, 2,**000 gallons** of PCE contaminated sump water was removed from the temporary tank and shipped under Manifest Tracking Number 000659859 JJK to Cyn Oil Corporation, Stoughton, Massachusetts.

> ➢ On January 8, 2007, **2,000 gallons** of PCE contaminated sump water was removed from the temporary tank and shipped under Manifest Tracking Number 000657573 JJK to Cyn Oil Corporation, Stoughton, Massachusetts.

Copies of the Manifests are included in Appendix F.

## 5.   LSP OPINION AND POSSIBLE OUTCOME

The carbon air filter systems at 304 Boston Post Road and 310 Boston Post Road appear to have effectively reduced concentrations of chlorinated VOCs in indoor air at each building.  The levels detected in the living spaces are below concentrations that would indicate a Condition of IH.   Ambient will continue to conduct additional system screening to assess potential carbon breakthrough as well as additional indoor air sampling events.

Ambient has implemented remedial alternatives to eliminate contaminated sump water, as a source of PCE vapors to indoor air.  Ambient has covered the sump wells and trenches in an effort to reduce PCE concentrations in the indoor air.  Ambient has installed water treatment systems to reduce the concentration of PCE in the sump water. Ambient has obtained RGP permits to discharge the treated sump water to the unnamed stream.

## 6.    LIMITATIONS

The MADEP transmittal forms prepared for this report, and the LSP opinions stated therein, are to be considered part of this IRA Status Report.  No warranty, whether expressed or implied, is given with respect to this report or any opinions expressed herein.  It is expressly understood that this report and the opinions expressed herein are based upon site conditions as they existed only at the time of investigation.  In preparing this report, Ambient Engineering has relied upon and presumed accurate certain information about the site and adjacent properties provided by governmental agencies, the client and others identified in the report.  Except as otherwise stated in the report, Ambient Engineering has not attempted to verify the accuracy or completeness of any such information.

**TABLES**

**FIGURES**

**APPENDIX A**

**BWSC-105 IRA TRANSMITTAL FORM**

**APPENDIX B**

**CORRESPONDENCE TO PROPERTY OWNER**

**APPENDIX C**

**REMEDIAL MONITORING REPORT**

**APPENDIX D**

**INDOOR AIR LABORATORY REPORTS**

**APPENDIX E**

**AMBIENT SOIL, GROUNDWATER AND CATCH BASIN LABORATORY REPORTS**

**APPENDIX F**

**COLER & COLANTONIO LABORATORY REPORTS**

**APPENDIX G**

**PUBLIC NOTIFICATION LETTERS**

Ambient Engineering, Inc.         *IRA Status Report #3*
Concord, Massachusetts         Project 12-12
June 2007

**APPENDIX H**

**MANIFESTS**