# MODIFIED IMMEDIATE RESPONSE ACTION (IRA) PLAN

# AND IMMINENT HAZARD (IH) EVALUATION

**304 and 310 Boston Post Road**
**Wayland, Massachusetts**

**DEP Release Tracking Number 3-25637**

**prepared for:**

Wayland Cleaners & Launderers, Inc.,
298 Boston Post Road
Wayland, Massachusetts 01778-1823

R&E Realty Trust
20 Hickory Hill Road
Wayland, Massachusetts 01778-1823

Kleenit, Inc.
4 Park Street
Ayer, MA 01433

**prepared by:**

Ambient Engineering, Inc.
100 Main Street
Concord, Massachusetts

**August 2006**
**Ambient Project 12-12**



1.0   INTRODUCTION ......................................................................................1

2.0   NAME, ADDRESS, AND TELEPHONE NUMBER OF PERSONS UNDERTAKING
      RESPONSE ACTIONS .............................................................................2

3.0   DESCRIPTION OF THREAT OF RELEASE, SITE CONDITIONS AND
      SURROUNDING RECEPTORS...................................................................2
      3.1   Site Conditions..............................................................................3
      3.2   Surrounding Receptors ...................................................................3

4.0   DESCRIPTION OF ACTIVITIES UNDERTAKEN TO DATE ...........................4
      4.1   Baseline Indoor Air and Ambient Air Investigations .................................4
      4.2   Evaluation of HVAC System ............................................................5
      4.3   DEP Site Visit and Sump Water Sampling..............................................6
      4.4   Implementation of Air Treatment Systems..............................................6
      4.5   Indoor Air Sampling-Post-System Implementation (304 Boston Post
            Road).........................................................................................7
      4.6   Indoor Air Screening and System Inspection-304 Boston Post Road .........7
      4.7   Communications to Residential Property Owners.....................................7

5.0   IMMINENT HAZARD EVALUATION-AUGUST 2006.................................8
      5.1   Evaluation of Baseline Data .............................................................8
      5.2   Evaluation of Post-System Implementation Data .....................................8

6.0   EVALUATION OF SUBSTANTIAL RELEASE MIGRATION AND CRITICAL
      EXPOSURE PATHWAYS...........................................................................8
      6.1   Substantial Release Migration .........................................................9
      6.2   Critical Exposure Pathway...............................................................9

7.0   DESCRIPTION OF PROPOSED IRA ACTIVITIES .........................................10
      7.1   System Inspection and Screening ......................................................10
      7.2   Indoor Air Sampling ......................................................................10
      7.3   Sump and Trench ..........................................................................10
      7.4   Sump Water Discharge ...................................................................10
      7.5   Sump Water Treatment System Implementation .....................................10

8.0   SCHEDULE............................................................................................11

9.0   REMEDIATION WASTE ..........................................................................12

10.0  PERMITS...............................................................................................12

11.0  PUBLIC INVOLVEMENT .........................................................................12

12.0  LSP OPINION AND POSSIBLE OUTCOME ..............................................12

12.0    LIMITATIONS ..................................................................................13

TABLES

Table 1   Groundwater Results
Table 2   Sump Water Results
Table 3   Indoor Air and System Screening Results-304 Boston Post Road
Table 4   Indoor and Ambient Air Results-304 Boston Post Road
Table 5   Indoor and Ambient Air Results-310 Boston Post Road

FIGURES

Figure 1   Locus Map
Figure 2   Site Plan

APPENDICES

Appendix A      BWSC 105-IRA Transmittal Form

Appendix B      BWSC 124-Informational Notice About Immediate Response
                Actions

Appendix C      Imminent Hazard Evaluation

Appendix D      Public Notification Letters

## 1.0    INTRODUCTION

Ambient Engineering, Inc. (Ambient) submits this Modified Immediate Response
Action (IRA) Plan and Imminent Hazard (IH) Evaluation on behalf of Wayland Cleaners
& Launderers, Inc., R&E Realty Trust and Kleenit, Inc. (Client).   This submittal
addresses a release of tetrachloroethylene (PCE) to indoor air and sump water of an
occupied office building (304 Boston Post Road) and a commercial/residential building
(310 Boston Post Road) at levels designating a Condition of Imminent Hazard (IH), as
defined by the Massachusetts Contingency Plan (MCP).  The properties at 304 Boston
Post Road and 310 Boston Post Road define the "Site" under Release Tracking Number
(RTN) 3-25637.

- Ambient prepared an IRA Plan and IH Evaluation in March 2006 to address the
  PCE release to indoor air at 304 Boston Post Road.  The report addressed the
  results of baseline sampling conducted in January 2006, along with subsequent
  implementation of a granulated activated carbon adsorber unit, equipped with a
  blower on February 23, 2006, as requested by the Massachusetts Department of
  Environmental Protection (DEP).  Subsequent IRA Status Reports and monthly
  Remedial Monitoring Reports (RMRs) have been submitted to DEP.

- A duplicate indoor air treatment system was installed in the basement of 310
  Boston Post Road on February 24, 2006.  Baseline indoor air sampling was
  conducted at three building locations before the treatment system was activated.
  Since indoor air sampling results on the 1st floor commercial space and 2nd floor
  residence were below background conditions (less than 11 micrograms per cubic
  meter-mg/m$^3$), a Condition of IH was not determined to exist. Based on recent
  discussions with DEP, since there is a source of PCE in the basement and a new
  unpublished background level is under development, comparison of PCE
  concentrations to this background standard is not appropriate.  This Modified
  IRA Plan and IH Evaluation indicates that a Condition of IH exists at the Site,
  without indoor air treatment.

- DEP collected sump water samples at 304 and 310 Boston Post Road in February
  2006.  Concentrations of PCE detected in sump water were above Massachusetts
  Contingency Plan (MCP) Method 1 GW-3 Groundwater Standards.  PCE-
  impacted sump water at 304 Boston Post Road discharges to the southwestern
  exterior portion of the property.  PCE-impacted sump water at 310 Boston Post
  Road discharges to a westerly un-named stream.  This stream appears to be
  located within the property boundary of 326 Boston Post Road.  This Modified
  IRA Plan and IH Evaluation outlines measures to mitigate the discharge of PCE-
  impacted sump water.

An IRA Transmittal form (BWSC-105) is included in Appendix A.  Informational
Notices About Immediate Response Actions (BWSC-124) are included as Appendix B.

**2.0    NAME, ADDRESS, AND TELEPHONE NUMBER OF PERSONS UNDERTAKING RESPONSE ACTIONS**

Mr. Ralph Wegener
Property Owner
Trustee, R&E Realty Trust
20 Hickory Hill Road
Wayland, Massachusetts 01778-1823
(508) 358-7172

Mr. Hyung Kim
Current Operator
President, Wayland Cleaners & Launderers, Inc.
298 Boston Post Road
Wayland, Massachusetts 01778-1823
(508) 358-2391

Mr. Francis X. Murphy
Former Operator
Kleenit, Inc.
44 Park Street
Ayer, MA 01432-1121
978-772-3391

**3.0    DESCRIPTION OF THREAT OF RELEASE, SITE CONDITIONS AND SURROUNDING RECEPTORS**

Ambient is currently conducting MCP investigations at 298 Boston Post Road, Wayland, Massachusetts under RTN 3-22753. The western portion of the property has operated as a dry cleaner since the late 1970's and is currently operating as Wayland Cleaners. Subsurface activities at the site under RTN 3-22753 include soil, groundwater and soil gas sampling at 298 Boston Post Road, along with off-site investigations.

Investigations at 304 and 310 Boston Post Road (addressed under RTNs 3-22753 and 3-25637) included soil, groundwater and indoor air sampling. The Site abuts the Wayland Cleaners property to the west.

## 3.1    Site Conditions

The Site is located within an area of both residential and commercial usage.  Site receptors are office workers and visitors to the Site, along with construction, utility workers and trespassers.

The Site location and adjacent area is presented in Figure 1, Site Locus.  Figure 2 depicts the Site.  The properties that comprise the Site are described as follows:

- The property at 304 Boston Post Road is comprised of an approximate 0.24-acre parcel that contains a 1,200 square foot two-story building, constructed on a basement.  The building is utilized as office space, with approximately 6 to 7 employees.  The building was constructed in 1960.  The northern and eastern portions of the parcel are asphalt-paved.  Landscaped areas are located along the northern and eastern perimeters of the property.  According to the Town of Wayland Assessor's card, the property is owned by 304 BPR LLC.

- The property at 310 Boston Post Road is comprised of an approximate 0.22-acre parcel that contains a 2,250 square foot two-story building, constructed on a basement.  The building is utilized as commercial space on the 1st floor with approximately ten employees.  An apartment is located on the 2nd floor.  As of this writing, one adult resident occupies the apartment.  The building was constructed in 1965.  Exterior portions of the parcel are asphalt-paved.  The property is owned by Eleftherios and Vassiliki Kosivas.

## 3.2    Surrounding Receptors

The Site and surrounding area are located within areas of commercial industrial usage.

Potential receptors include:

- Residents and visitors
- Construction/utility workers, and
- Trespassers on the Site.

According to the Town of Wayland GIS Map (dated 2005), the Site is located within an Aquifer Protection District, thereby designating groundwater as "GW-1" under the MCP There are no known private wells located within 500 feet of the Site.  There are no known day care centers or institutions within 500 feet of the Site.   There are no Areas of Critical Environmental Concern, Species of Special Concern, and Threatened or Endangered Species Habitat within 500 feet of the Site.   An un-named stream is located within 500 feet west of the Site.

## 4.0    DESCRIPTION OF ACTIVITIES UNDERTAKEN TO DATE

The following activities were conducted at the Site under the IRA Plan.  Groundwater sampling was conducted under RTN 3-22753.

- Concentrations of PCE were detected in groundwater at 304 Boston Road at levels ranging from non-detect to 12,000 micrograms per liter (ug/L) and exceeding MCP Method 1 GW-2 Standard of 50 ug/L.   Based on this exceedance, Ambient conducted indoor air sampling at this property in October 2005 and January 2006.  Ambient conducted an IH Evaluation to determine if the indoor air results were indicative of a Condition of IH.  Based on the results of the evaluation, a Condition of IH was determined to exist.

- Concentrations of PCE were detected in groundwater (March 2006) at 310 Boston Post Road at levels ranging from non-detect to1,400 ug/L.

### 4.1    Baseline Indoor Air and Ambient Air Investigations

Ambient has conducted four indoor air and one ambient air sampling events and two screening events at 304 Boston Post Road.  One baseline indoor air sampling event was conducted at 310 Boston Post Road.  Additional indoor air sampling or screening has not been conducted at 310 Boston Post Road, since the property owner has not provided Ambient with access authorization.

- Samples for laboratory analysis were collected at 304 Boston Post Road on the first floor (AMB-301), basement (AMB-302) and in ambient air at the northeastern corner of the building (AMB-303).  For all sampling events, indoor and ambient air was collected using evacuated summa canisters over a six to eight-hour duration.

- Samples collected at 310 Boston Post Road were collected on the 1st floor (AMB-401), in the basement (AMB-402) and 2nd floor apartment (AMB-403).  The samples were collected using evacuated summa canisters over a 24-hour duration.

- Ambient collected "baseline" indoor air samples at 310 Boston Post Road prior to activation of the treatment system.  Ambient collected three indoor air samples at 310 Boston Post Road from February 23 to February 24, 2006.  The samples were collected from the 1st floor (AMB-401) at Olga's European Skin Care, basement (AMB-402) and at the 2nd floor apartment (AMB-403).  The samples were collected over a 24-hour duration using evacuated summa canisters.  These "baseline" samples were collected prior to installation of the carbon unit in the basement. The samples were submitted to Alpha Analytical Laboratories of Westborough, Massachusetts for laboratory analysis of EPA Method TO-15

(select parameters).   A concentration of PCE in the basement measured 56.4 ug/L; the level on the 1st floor commercial space was non-detect and the level in the 2nd floor apartment was 6.08 ug/L.

304 Boston Post Road

- Ambient conducted indoor air sampling at the Site on October 28, 2005.  The samples were collected on the occupied first floor office (AMB-301) and the unoccupied basement (AMB-302) of the Site building.  The samples were collected using evacuated summa canisters over a six-hour duration.  The samples were submitted to ENSR Air Laboratory of Harvard, Massachusetts for laboratory analysis of EPA Method T0-15 (select parameters).  Due to the presence of basement flooding within one day of the sampling event (attributed to a broken sump pump), Ambient suspected that the data may not be representative, since impacted groundwater entering the basement may have impacted indoor air levels in the basement (and would thereby not accurately reflect indoor air levels attributable to vapor intrusion under normal conditions).

- Ambient conducted a second sampling event on January 10, 2006.  One ambient air sample was collected northeast of the property building and two indoor samples were collected on the first floor and basement of the building.  The samples were collected using evacuated summa canisters over an 8-hour duration and submitted for laboratory analysis of EPA Method T0-15 (select).

- Ambient subcontracted Dr. Kathryn Ewald, risk assessor, to conduct an IH Evaluation of the air sampling data conducted over the two sampling events.  Based on Dr. Ewald's review, a Condition of IH was deemed to exist.

- Ambient, on behalf of its client, notified DEP on February 2, 2006 and within two hours of obtaining knowledge of the Condition of IH.  Ambient obtained authorization from DEP to implement ventilation measures to mitigate the Condition of IH.  Based on the Condition of IH, Ambient proposed cross-ventilation of the basement as a temporary measure to mitigate PCE concentrations in indoor air.   DEP authorized this measure and recommended that additional measures be implemented.

## 4.2    Evaluation of HVAC System

Ambient conducted a Site visit at 304 Boston Post Road on February 9, 2006 with a heating, ventilation and air conditioning (HVAC) specialist to inspect the existing heating system at the Site building.   According to the property owner, cross-ventilation measures in the basement would potentially cause pipes to freeze over time.  Additionally, Ambient evaluated systems that would not cause a buildup of negative pressure in the basement (which may inadvertently cause soil gas to rise into the building).  Based on these criteria, the HVAC specialist recommended that a heat/energy recovery ventilator be installed.  The proposed schedule for installation of the system would be within approximately two weeks of the inspection.

**4.3    DEP Site Visit and Sump Water Sampling**

- Mr. Paul Giddings of DEP visited the 304 Boston Post Road with Ambient on February 16, 2006.  During his visit, Mr. Giddings collected one sump water sample from the basement on February 16, 2005. The sample was collected by DEP for analysis of PCE.  Based on DEP's analysis, a concentration of PCE measured 2,300 ug/L.  The sampling was conducted by DEP in response to notification of a Condition of IH on February 2, 2006 attributed to elevated concentrations of PCE in indoor air. Mr. Giddings did not concur with Ambient's recommendation for installation of the heat/energy recovery ventilator.  DEP recommended that a granulated activated carbon adsorber unit, equipped with a blower, be installed in the basement of the office building as soon as possible to mitigate PCE concentrations in indoor air.  Ambient installed a carbon air filter at the Site on February 23, 2006.  This activity was addressed under the IRA Plan and Imminent Hazard Evaluation Report, prepared by Ambient and submitted to DEP on March 31, 2006.

- Mr. Paul Giddings of DEP collected two sump water samples from the basement of 310 Boston Post Road on February 16, 2006, to assess the presence of PCE.  Concentrations of PCE in the sump water samples measured 2,100 and 3,700 ug/L.   Based on the assumption that sump water may serve as a potential migration pathway to indoor air, Mr. Giddings requested that a carbon unit be placed in the basement.  This request was made by DEP without having collected indoor air samples.

**4.4    Implementation of Air Treatment Systems**

Ambient installed two carbon air filters at both 304 and 310 Boston Post Road on February 23 and 24, 2006.  The systems were supplied by Carbtrol Corporation of Bridgeport, Connecticut.  The systems are each comprised of a 55-gallon drum that contains approximately 200 pounds of granulated activated carbon and is equipped with a blower.  The blowers serve as vacuums to intake contaminated air and route it through the carbon with a flow rate of 90 cubic feet per minute (ft$^3$/min.). The systems operate 24 hours per day.

- Due to noise concerns expressed by the property owner at 304 Boston Post Road, along with limited basement access, the system was placed within an exterior sheltered area along the northwestern portion of the Site building.  Flexible hoses were installed at both the intake (influent) and exhaust (effluent) and routed to the basement via a window at the northwestern portion of the building.  The drum was insulated to reduce noise and to maintain the indoor air temperature of influent to effluent.

- The system at 310 Boston Post Road is located within the basement.  Flexible hose is attached to the effluent port and located approximately 10 to 15 feet from the influent port.

**4.5     Indoor Air Sampling-Post-System Implementation (304 Boston Post Road)**

Ambient conducted indoor air sampling on March 6, 2006 and May 18, 2006. The samples were collected approximately two weeks after the indoor air treatment system was implemented.  The system was in operation at the time of sampling.

The samples were collected on the 1st floor (AMB-301) and basement (AMB-302). Samples were collected over an 8-hour duration using evacuate summa canisters.  The samples were submitted to Alpha Analytical Laboratories of Westborough, Massachusetts for laboratory analysis of select chlorinated VOC parameters per EPA Method TO-15.

- Concentrations of PCE were detected in indoor air ranging from 7.8 to 11.8 ug/m$^3$ subsequent to system implementation.  These elevated levels appear to have been attributed to a leaking sump hose that was recently replaced by the property owner.  There is a rudimentary plywood sump cover, which does not appear to effectively prevent potential migration of PCE vapors to indoor air.

**4.6     Indoor Air Screening and System Inspection-304 Boston Post Road**

Ambient conducted screenings of the air treatment system on March 15, 2006 and July 18, 2006. Screening for VOCs was conducted using a sensitive photoionization detector (PID).

- On March 15, 2006, non-detect concentrations of TVOCs were detected at the effluent stream using a ppbRAE PID.  Background concentrations ranged from non-detect to 242 parts per billion (ppb). The highest detections were encountered within the area of the sump, which contained standing water.  The system was operating properly.

- Concentrations of TVOCs in the basement and 1st floor were non-detect on July 18, 2006.  Although standing water was observed in the sump, this data was attributed to the likely low water table and the repair of the sump hose.

**4.7     Communications to Residential Property Owners**

Ambient has provided the results of indoor air sampling to the property owners and notified each owner of the Condition of IH within two hours of obtaining knowledge of the condition.  It is Ambient's understanding that the property owners have notified their tenants of the Condition of IH and the measures implemented to mitigate the condition.  Ambient also provides the results of indoor air sampling to the property owners within the 15 days of receipt by the laboratory.

Groundwater, Sump Water, Indoor Air Screening and Indoor and Ambient Air Results are outlined in Tables 1 through 5.

## 5.0    IMMINENT HAZARD EVALUATION-AUGUST 2006

Ambient contracted Kathryn A. Ewald, Ph.D. of KERA Environmental, LLC to prepare an IH Evaluation, based on the elevated concentrations of PCE detected in indoor air.   The IH Evaluation is based on actual and likely exposures to human and environmental receptors based on current Site conditions, considering the current use(s) of the Disposal Site and the surrounding environment, and considering an appropriate short period of time (generally five years) (310 CMR 40.0953).  A copy of the IH Evaluation is included as Appendix C.

### 5.1    Evaluation of Baseline Data

An MCP Method 3-type quantitative risk characterization for human health was completed in this IH Evaluation.  The IH Evaluation was performed on the two sets of data collected on October 2005 and January 2006.

The constituents of concern were PCE, trichloroethylene (TCE) and cis-1,2 dichloroethene (DCE).  Concentrations of TCE and cis 1,2-DCE did not exceed background concentrations in samples collected on the first floor.  Two Exposure Point Concentrations (EPCs) were developed to addressed the first floor and basement data. Non-cancer and cancer IH risks were calculated for inhalation by employees and visitors.

Although concentrations of pCE in indoor air are below the published background concentration of 11 ug/L, unpublished DEP data indicates that this background concentration may be too high and thereby not representative of its potential risk. Based on use of the DEP 2006 Short Form, a Potential of IH exists, due to the calculated Excess Lifetime Cancer Risk (ELCR) of 2E-05, which exceeds the IH criteria of 1E-05.

### 5.2    Evaluation of Post-System Implementation Data

Since the system at 304 Boston Post Road was implemented, there have been elevated levels of PCE detected in indoor air (but below the background concentration).  Based on the recent information provided by DEP regarding background, along with the recent repair to the sump water hose, Ambient anticipates that the PCE levels have been mitigated by the indoor air treatment system.  Additional measures are proposed to further reduce PCE levels in indoor air.

## 6.0    EVALUATION OF SUBSTANTIAL RELEASE MIGRATION AND CRITICAL EXPOSURE PATHWAYS

The following is an evaluation of Conditions of Substantial Release Migration and Critical Exposure Pathway at the Site.

## 6.1    Substantial Release Migration

Pursuant to 310 CMR 40.0006, a Condition of Substantial Release Migration designates a condition at a disposal Site that includes any of the following:

- Release that has resulted in the discharge of separate-phase OHM to surface waters, subsurface structures, or underground utilities or conduits.   Based on available information regarding the release, no separate-phase OHM has been detected at or in surface waters, subsurface structures, or underground utilities or conduits.

- Releases to the ground surface or to the vadose zone that, if not promptly removed or contained, are likely to significantly impact the underlying groundwater, or significantly exacerbate an existing condition of groundwater pollution.  Based on recent sampling results, concentrations of chlorinated solvent compounds have been detected at concentrations exceeding MCP Method 1, 2 and 3 Groundwater Standards.  There does not appear to be a continuing source of this release and the release appears to have stabilized.

- Releases to the groundwater that have migrated or are expected to migrate more than 200 feet per year.  Based on Ambient's calculations for groundwater flow velocity (Phase II/Phase II Report, RTN 3- 04803, groundwater is not expected to migrate more than 200 feet per year.

- Releases to the groundwater that have been or within one year are likely to be detected in a surface water body, wetland or public water supply.

A Condition of Substantial Release exists under RTN 3-22753, due to detection of PCE in the westerly abutting stream.

## 6.2    Critical Exposure Pathway

Pursuant to 310 CMR 40.0006, a Critical Exposure Pathway is defined by those routes by which OHM released at a disposal Site are transported, or are likely to be transported, to human receptors via:

- Vapor-phase emissions of measurable concentrations of OHM into the living or working space of a pre-school, daycare, school, or occupied residential dwelling.

- Ingestion, dermal absorption or inhalation of measurable concentrations of OHM from drinking water supply wells located at and servicing a pre-school, daycare, school, or occupied residential dwelling.

Since there is a residential dwelling at the Site at which a measurable concentration of PCE has been detected, a Critical Exposure Pathway (CEP) does exist.

## 7.0     DESCRIPTION OF PROPOSED IRA ACTIVITIES

The following is a discussion of proposed IRA activities.

### 7.1     System Inspection and Screening

Ambient proposes quarterly inspections of the air treatment systems.  The systems will be inspected visually and the effluent streams will be screened for TVOCs with a sensitive PID.  The screening will be conducted to assess carbon breakthrough. Additionally, the PID will be used to screen indoor air.

### 7.2     Indoor Air Sampling

Ambient proposes a minimum of biannual indoor air sampling events to assess the ongoing effectiveness of the air treatment systems.

### 7.3     Sump and Trench

Ambient will cover the sump at 304 Boston Post Road and the two sumps and trench network at 310 Boston Post Road with impervious materials.  Ambient anticipates that these measures will mitigate the potential source of PCE in sump water to indoor air.

### 7.4     Sump Water Discharge

Ambient will shut down the existing sumps and mobilize an approximate 2,000-gallon holding tank.  Ambient will temporarily re-route the sump discharge water to the holding tank.  This procedure will be conducted over a two to six-week period as a measure to cease the improper discharge of PCE-impacted sump water.

- The holding tank will be placed at either 304 or 310 Boston Post Road.

- The existing sump pumps will be replaced with new sumps, to allow adequate pumping capability to the holding tank.

- PVC and flexible piping will be routed from each sump pump to the holding tank.

- The holding tank will be inspected on a daily basis for up to two months, to assure that the tank does not overfill.

- The holding tank will be in-place at the Site on a temporary basis.

### 7.5     Sump Water Treatment System Implementation

Ambient will design a sump water treatment system in each basement of 304 and 310 Boston Post Road.

- Ambient will install a pump, bag filter and two water phase activated carbon vessels

in series along with an effluent flow meter to discharge groundwater when the existing sump "float system" is activated.

- If allowed by permit and property conveyance, the discharge for 304 Boston Post Road will be routed to a catch basin located at the southeastern portion of the property and presumed to discharge to the unnamed stream west of the Site.

- The sump water for 310 Boston Post Road will be discharged to an existing line in the basement presumed to discharge to the unnamed stream west of the Site (if access is granted) or to another authorized discharge point. Ambient will confirm discharge from the locations by means of a dye or smoke test.

- Ambient will investigate and implement the requirements to acquire a USEPA Remediation General Permit (RGP) for each of the Site properties. In addition, Ambient will conduct baseline sampling as required for the RGP.

- Ambient will submit a Notice of Intent (NOI) to the Wayland Conservation Commission, if required.

## 8.0    SCHEDULE

Ambient anticipates the following schedule to implement proposed IRA activities:

| Event | Month, Year/Week of Implementation |
|---|---|
| RGP sampling | August 2006-Week 3 |
| Cover Sumps | August 2006-Weeks 4-5 |
| Submit RGP application | August 2006-Week 5 |
| Mobilize Holding Tank | August 2006-Week 5 |
| Install Remedial System | September 2006-Week 1 |
| Obtain RGP | September 2006-Weeks 2-4 |
| Activate Remedial System | September 2006-Weeks 3-5 |
| Demobilize Holding Tank | Within one week of system start-up |

## 9.0    REMEDIATION WASTE

According to Carbtrol Corporation, based on the concentrations of PCE detected in the baseline indoor air samples, approximately 0.01 pounds of PCE would be adsorbed onto the carbon.  Based on this adsorption rate, Ambient does not anticipate any carbon changes within the next eight months of system operation.  In the future, spent carbon will be managed under a Bill of Lading or Hazardous Waste Manifest.

## 10.0    PERMITS

The permits required to implement these activities include an EPA-issued RGP, a NOI to the Town of Wayland Conservation Commission (if needed) and a permit from the municipal publicly-owned treatment works/POTW (if discharge to the POTW is considered).

## 11.0    PUBLIC INVOLVEMENT

Notification regarding availability of this Modified IRA Plan and IH Evaluation have been provided to the Town of Wayland Board of Selectman Chairperson and Board of Health per 310 CMR 40.0428.  Copies of public notification letters are attached as Appendix D.  As required per 310 CMR 40.1403, additional this notification is being made within 48 hours of implementing of the IRA taken to prevent, control, abate or eliminate the Condition of IH and addressed the purpose, nature and expected duration of the IRA.  Notification regarding the availability of this report will be made.

## 12.0    LSP OPINION AND POSSIBLE OUTCOME

- The carbon air filter system appears to have effectively reduced concentrations of chlorinated VOC compounds in indoor air at the Site buildings.  Covering of the sumps and trenches will further reduce PCE-impact to indoor air.

- Follow-up system inspections, indoor air screening and indoor air sampling was not conducted at 310 Boston Post Road, due to access issues.  The property owner currently appears willing to provide authorization to implement the activities addressed in this Modified IRA Plan; however a signed access agreement is still pending.

- The holding tank for sump water will serve as a temporary remedy to prevent discharge of PCE-impacted sump water to receiving waters and until the RGP is issued by EPA for the sump water treatment system, along with any additional local permits.

▪ Ambient anticipates that other remedial activities that will be conducted under RTN 3-22753 will treat groundwater, along with sump water (RTN 3-25637).

## 12.0   LIMITATIONS

The MADEP transmittal forms prepared for this report, and the LSP opinions stated therein, are to be considered part of this Modified IRA Plan and IH Evaluation.  No warranty, whether expressed or implied, is given with respect to this plan or any opinions expressed herein.  It is expressly understood that this plan and the opinions expressed herein are based upon site conditions as they existed only at the time of investigation.  In preparing this report, Ambient Engineering has relied upon and presumed accurate certain information about the site and adjacent properties provided by governmental agencies, the client and others identified in the report.  Except as otherwise stated in the plan, Ambient Engineering has not attempted to verify the accuracy or completeness of any such information.

**TABLES**

# TABLE 1 - GROUNDWATER RESULTS

**Modified Immediate Response Action Plan**

**304 and 310 Boston Post Road, Wayland, Massachusetts (RTN #3-22753)**

| Property Location<br>Sample Identification<br>Sample Depth (feet)<br>Collected by<br>Date of Collection | Reportable<br>Concentrations<br>(µg/l)<br>RCGW-1 | Method 1 Groundwater<br>Standards (µg/l) | | | Upper<br>Concentration<br>Limit (UCL) | 304 BPR<br>**AMB-104** | | 304 BPR<br>**AMB-105** | | | 304 BPR<br>**AMB-106** | | | 304 BPR<br>**AMB-107** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | GW-1 | GW-2 | GW-3 | | 15-20<br>Ambient<br>3/22/05 | 36-41<br>Ambient<br>3/22/2005 | 15-20<br>Ambient<br>3/21/05 | 36-41<br>Ambient<br>3/21/05 | 36-41<br>Ambient<br>3/2/06 | 15-20<br>Ambient<br>3/21/05 | 36-41<br>Ambient<br>3/21/05 | 36-41<br>Ambient<br>3/2/06 | 15-20<br>Ambient<br>3/21/05 | 36-41<br>Ambient<br>3/21/05 | 15-20<br>Ambient<br>3/2/06 |
| **VOCs (µg/l)** | | | | | | | | | | | | | | | | |
| Tetrachloroethylene (PCE) | 5 | 5 | 50 | 30,000 | 100,000 | **75** | **10** | **12,000** | **150** | _2.5_ | **360** | **10** | _0.25_ | **25** | 2.8 | _0.25_ |
| Trichloroethylene (TCE) | 5 | 5 | 30 | 5,000 | 50,000 | **6.4** | ND | **260** | 4.3 | _2.5_ | **8.2** | _0.5_ | _0.25_ | 1.2 | _0.5_ | _0.25_ |
| cis-1,2-Dichloroethene (DCE) | 70 | 70 | 100 | 50,000 | 100,000 | 11 | 1.3 | **170** | 1.3 | _2.5_ | 4.9 | _0.5_ | _0.25_ | _0.5_ | _0.5_ | _0.25_ |
| Vinyl Chloride | 2 | 2 | 2 | 50,000 | 100,000 | _0.5_ | _0.5_ | _50_ | _0.5_ | _2.5_ | _0.5_ | _0.5_ | _0.25_ | _0.5_ | _0.5_ | _0.25_ |
| chlorobenzene | 100 | 100 | 200 | 1,000 | 10,000 | _0.5_ | _0.5_ | **190** | _0.5_ | _2.5_ | _0.5_ | _0.5_ | _0.25_ | _0.5_ | _0.5_ | _0.25_ |
| 1,4-dichlorobenzene | 5 | 5 | 200 | 8,000 | 80,000 | _0.5_ | _0.5_ | **150** | _0.5_ | _2.5_ | _0.5_ | _0.5_ | _0.25_ | _0.5_ | _0.5_ | _0.25_ |
| 1,2-dichloroethane | 5 | 5 | 5 | 20,000 | 100,000 | _0.5_ | _0.5_ | **170** | _0.5_ | _2.5_ | _0.5_ | _0.5_ | _0.25_ | _0.5_ | _0.5_ | _0.25_ |

**NOTES:**

1. Concentrations in ug/L or parts per billion (ppb)
2. **Boldface**-Constituent exceeds applicable MCP Method 1 Standard for GW-1
3. _Italics/underlined-_ 1/2 Method Detection Limit (MDL)
4. **_Boldface/underlined_**-Exceeds Upper Concentration Limit (UCL)
5. NA= Not analyzed for constituent
6. VOC concentrations non-detect, unless otherwise listed
7. ND-Non-detect
8. Samples collected by DEP analyzed by GC, all other samples analyzed by Method 8021.
9. Standards reflect MCP Wave 2 changes, effective April 2006.
10. Property Location Indentified by Street number and Boston Post Road (BPR)
11. ROW designates Massachusetts Highway Department Right-of-Way
12. Sampling not conducted at AMB-122, due to inaccessibility-ice cover.

## TABLE 1 - GROUNDWATER RESULTS

**Modified Immediate Response Action Plan**

**304 and 310 Boston Post Road, Wayland, Massachusetts (RTN #3-22753)**

| Property Location / Sample Identification / Sample Depth (feet) / Collected by / Date of Collection | Reportable Concentrations (µg/l) RCGW-1 | Method 1 Groundwater Standards (µg/l) | | | 304 BPR AMB-110 | | 304 BPR AMB-119 | | 304 BPR AMB-120 | | 304 BPR AMB-121 | | 304 BPR AMB-122 | 310 BPR AMB-501 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | GW-1 | GW-2 | GW-3 | NR Ambient 5/27/2005 | 15-20 Ambient 3/2/2006 | 15-20 Ambient 10/28/2005 | 15-20 Ambient 3/1/2006 | 15-20 Ambient 10/28/2005 | 15-21 Ambient 3/1/2006 | 15-20 Ambient 10/28/2005 | 15-20 Ambient 3/1/2006 | 15-20 Ambient 11/4/2005 | 15-20 Ambient 3/6/2006 |
| **VOCs (µg/l)** | | | | | | | | | | | | | | |
| Tetrachloroethylene (PCE) | 5 | 5 | 50 | 30,000 | **11,000** | **14,000** | **1,100** | 60 | **3,500** | 90 | **4,800** | **3,300** | 490 | _0.25_ |
| Trichloroethylene (TCE) | 5 | 5 | 30 | 5,000 | **610** | **1200** | **32** | 4 | **120** | 4 | **340** | **110** | 12 | _0.25_ |
| cis-1,2-Dichloroethene (DCE) | 70 | 70 | 100 | 50,000 | **1,400** | **2,200** | 36 | 2 | **170** | 2 | **690** | 88 | 26 | _0.25_ |
| Vinyl Chloride | 2 | 2 | 2 | 50,000 | **360** | _25_ | _12.5_ | _0.5_ | _50.0_ | _0.5_ | _50.0_ | _25.0_ | 2.9 | _0.25_ |
| chlorobenzene | 100 | 100 | 200 | 1,000 | _200_ | _25_ | _12.5_ | _0.5_ | _50.0_ | _0.5_ | _50.0_ | _25.0_ | _0.5_ | _0.25_ |
| 1,4-dichlorobenzene | 5 | 5 | 200 | 8,000 | _200_ | _25_ | _12.5_ | _0.5_ | _50.0_ | _0.5_ | _50.0_ | _25.0_ | _0.5_ | _0.25_ |
| 1,2-dichloroethane | 5 | 5 | 5 | 20,000 | _200_ | _25_ | _12.5_ | _0.5_ | _50.0_ | _0.5_ | _50.0_ | _25.0_ | _0.5_ | _0.25_ |

**NOTES:**

1. Concentrations in ug/L or parts per billion (ppb)
2. **Boldface**-Constituent exceeds applicable MCP Method 1 Standard for GW-1
3. _Italics/underlined-_ 1/2 Method Detection Limit (MDL)
4. **_Boldface/underlined_**-Exceeds Upper Concentration Limit (UCL)
5. NA= Not analyzed for constituent
6. VOC concentrations non-detect, unless otherwise listed
7. ND-Non-detect
8. Samples collected by DEP analyzed by GC, all other samples analyzed by M
9. Standards reflect MCP Wave 2 changes, effective April 2006.
10. Property Location Indentified by Street number and Boston Post Road (BPR)
11. ROW designates Massachusetts Highway Department Right-of-Way
12. Sampling not conducted at AMB-122, due to inaccessibility-ice cover.

**TABLE 1 - GROUNDWATER RESULTS**

Modified Immediate Response Action Plan

304 and 310 Boston Post Road, Wayland, Massachusetts (RTN #3-22753)

| Property Location Sample Identification Sample Depth (feet) Collected by Date of Collection | Reportable Concentrations (µg/l) RCGW-1 | Method 1 Groundwater Standards (µg/l) | | | 304 BPR **AMB-502** 15-20 Ambient 3/6/2006 | 310 BPR **AMB-503** 8-10 Ambient 3/6/2006 | 310 BPR **AMB-504** 15-20 Ambient 3/6/2006 |
|---|---|---|---|---|---|---|---|
| | | GW-1 | GW-2 | GW-3 | | | |
| **VOCs (µg/l)** | | | | | | | |
| Tetrachloroethylene (PCE) | 5 | 5 | 50 | 30,000 | **13** | **1,400** | **12** |
| Trichloroethylene (TCE) | 5 | 5 | 30 | 5,000 | 0.50 | **61** | 0.8 |
| cis-1,2-Dichloroethene (DCE) | 70 | 70 | 100 | 50,000 | 0.70 | **71** | 0.9 |
| Vinyl Chloride | 2 | 2 | 2 | 50,000 | _0.25_ | _0.25_ | _0.25_ |
| chlorobenzene | 100 | 100 | 200 | 1,000 | _0.25_ | _0.25_ | _0.25_ |
| 1,4-dichlorobenzene | 5 | 5 | 200 | 8,000 | _0.25_ | _0.25_ | _0.25_ |
| 1,2-dichloroethane | 5 | 5 | 5 | 20,000 | _0.25_ | _0.25_ | _0.25_ |

NOTES:
1.  Concentrations in ug/L or parts per billion (ppb)
2.  **Boldface**-Constituent exceeds applicable MCP Method 1 Standard for GW-1
3.  _Italics/underlined-_ 1/2 Method Detection Limit (MDL)
4.  **Boldface/underlined**-Exceeds Upper Concentration Limit (UCL)
5.  NA= Not analyzed for constituent
6.  VOC concentrations non-detect, unless otherwise listed
7.  ND-Non-detect
8.  Samples collected by DEP analyzed by GC, all other samples analyzed by Me
9.  Standards reflect MCP Wave 2 changes, effective April 2006.
10. Property Location Indentified by Street number and Boston Post Road (BPR)
11. ROW designates Massachusetts Highway Department Right-of-Way
12. Sampling not conducted at AMB-122, due to inaccessibility-ice cover.

## TABLE 2 - SUMP WATER RESULTS

**Modified Immediate Response Action Plan**

**304 and 310 Boston Post Road, Wayland, Massachusetts (RTN #3-22753)**

| Property Location<br><br>Sample Identification<br>Collected by<br>Date of Collection | Method 1 Groundwater  Standards (µg/l) | | | Upper<br>Concentration<br>Limit (UCL) | 304 BPR<br>Sump<br>DEP<br>16-Feb-06 | 310 BPR | |
|---|---|---|---|---|---|---|---|
| | | | | | | Front sump<br>DEP<br>17-Feb-06 | Rear Sump<br>DEP<br>18-Feb-06 |
| **VOCs (µg/l)** | | | | | | | |
| Tetrachloroethylene (PCE) | 5 | 50 | 30,000 | 100,000 | **2,300** | **3,700** | **2,100** |
| Trichloroethylene (TCE) | 5 | 30 | 5,000 | 50,000 | -- | **--** | -- |
| cis-1,2-Dichloroethene (DCE) | 70 | 100 | 50,000 | 100,000 | -- | **--** | -- |
| Vinyl Chloride | 2 | 2 | 50,000 | 100,000 | -- | **--** | -- |
| chlorobenzene | 100 | 200 | 1,000 | 10,000 | -- | **--** | -- |
| 1,4-dichlorobenzene | 5 | 200 | 8,000 | 80,000 | -- | **--** | -- |
| 1,2-dichloroethane | 5 | 5 | 20,000 | 100,000 | -- | **--** | -- |

**NOTES:**

1. Concentrations in ug/L or parts per billion (ppb)
2. ROW designates Massachusetts Highway Department Right-of-Way
3. "--" Not analyzed for constituent

## TABLE 3- INDOOR AIR AND SYSTEM SCREENING RESULTS-304 Boston Post Road

**Modified Immediate Response Action Plan**

**304 and 310 Boston Post Road, Wayland, Massachusetts (RTN #3-22753)**

### #304 Boston Post Road

| Location | Date | Time | PPB RAE Reading (ppb) |
|---|---|---|---|
| NE Corner (location 3) | 15-Mar-06 | 10:58:00 AM | 0 - 7 |
| SE Corner 3"  (location 4) | 15-Mar-06 | 11:03:00 AM | 242 |
| SE Corner 2'-3'(location 4) | 15-Mar-06 | 11:05:00 AM | 0-36 |
| Effluent | 15-Mar-06 | 11:16:00 AM | 0 |
| Influent | 15-Mar-06 | 11:08:00 AM | 6-8 |
| SW Corner (location 1) | 15-Mar-06 | 10:50:00 AM | 3-15 |
| NW Corner (location 2) | 15-Mar-06 | 10:54:00 AM | 0-7 |
| Middle of Room | 15-Mar-06 | 11:10:00 AM | 16 |
| Sump Pump | 15-Mar-06 | 11:12:00 AM | 140 |
| 1st Floor | 16-Mar-06 | 11:00:00 AM | 0 |

### #304 Boston Post Road

| Location | Time | | PPB RAE Reading (ppb) |
|---|---|---|---|
| NE Corner (location 3) | 18-Jul-06 | 10:22:00 AM | 0 |
| SE Corner 3"  (location 4) | 18-Jul-06 | 10:27:00 AM | 0 |
| SE Corner 2'-3'(location 4) | 18-Jul-06 | 10:28:00 AM | 0 |
| Effluent | 18-Jul-06 | 10:32:00 AM | 0 |
| Influent | 18-Jul-06 | 10:35:00 AM | 0 |
| SW Corner (location 1) | 18-Jul-06 | 10:17:00 AM | 0 |
| NW Corner (location 2) | 18-Jul-06 | 10:20:00 AM | 0 |
| Middle of Room | 18-Jul-06 | 10:37:00 AM | 0 |
| Sump | 18-Jul-06 | 10:41:00 AM | 0 |
| 1st Floor | 19-Jul-06 | 10:55:00 AM | 0 |

NOTES

1.  Air conditioner operating during July 2006 sampling event

2.  Carbon treatment unit operating during screening events

Ambient Engineering, Inc.                                                                                    Project 12-12
Concord, Massachusetts                                                                                    August 2006

## TABLE 3- INDOOR AIR AND SYSTEM SCREENING RESULTS-304 Boston Post Road

**Modified Immediate Response Action Plan**

**304 and 310 Boston Post Road, Wayland, Massachusetts (RTN #3-22753)**

| #304 Boston Post Road | | | |
|---|---|---|---|
| Location | Date | Time | PPB RAE Reading (ppb) |
| NE Corner (location 3) | 15-Mar-06 | 10:58:00 AM | 0 - 7 |
| SE Corner 3"  (location 4) | 15-Mar-06 | 11:03:00 AM | 242 |
| SE Corner 2'-3'(location 4) | 15-Mar-06 | 11:05:00 AM | 0-36 |
| Effluent | 15-Mar-06 | 11:16:00 AM | 0 |
| Influent | 15-Mar-06 | 11:08:00 AM | 6-8 |
| SW Corner (location 1) | 15-Mar-06 | 10:50:00 AM | 3-15 |
| NW Corner (location 2) | 15-Mar-06 | 10:54:00 AM | 0-7 |
| Middle of Room | 15-Mar-06 | 11:10:00 AM | 16 |
| Sump Pump | 15-Mar-06 | 11:12:00 AM | 140 |
| 1st Floor | 16-Mar-06 | 11:00:00 AM | 0 |

| #304 Boston Post Road | | | |
|---|---|---|---|
| Location | Time | | PPB RAE Reading (ppb) |
| NE Corner (location 3) | 18-Jul-06 | 10:22:00 AM | 0 |
| SE Corner 3"  (location 4) | 18-Jul-06 | 10:27:00 AM | 0 |
| SE Corner 2'-3'(location 4) | 18-Jul-06 | 10:28:00 AM | 0 |
| Effluent | 18-Jul-06 | 10:32:00 AM | 0 |
| Influent | 18-Jul-06 | 10:35:00 AM | 0 |
| SW Corner (location 1) | 18-Jul-06 | 10:17:00 AM | 0 |
| NW Corner (location 2) | 18-Jul-06 | 10:20:00 AM | 0 |
| Middle of Room | 18-Jul-06 | 10:37:00 AM | 0 |
| Sump | 18-Jul-06 | 10:41:00 AM | 0 |
| 1st Floor | 19-Jul-06 | 10:55:00 AM | 0 |

NOTES

1.  Air conditioner operating during July 2006 sampling event

2.  Carbon treatment unit operating during screening events

Ambient Engineering, Inc.                                                                 Project 12-12
Concord, Massachusetts                                                                       August 2006

## TABLE 4- INDOOR AND AMBIENT AIR SAMPLING RESULTS

Modified Immediate Response Action Plan

304 Boston Post Road, Wayland, Massachusetts (RTN #3-25637)

| Chemical Parameter | Background Indoor Air (MCP GW-2) | Massachusetts Allowable Threshold Concentration (ATC) | NY State DOH Residential air Guideline | Massachusetts Allowable Ambient Levels (AALs)- Ambient Air (24-hr average) | Laboratory Analytical Results | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 304 Boston Post Road | | | | | | | |
| Sample Identification | | | | | AMB-301 (1st Floor) | | | | AMB-302 (Basement) | | | AMB-303 (Ambient air) |
| Sampling Date | | | | | 10/28/2005 | 1/10/2006 | 3/6/2006 | 5/18/2006 | 10/28/2005 | 1/10/2006 | 3/6/2006 | 1/10/2006 |
| (units) | (μg/m3) | (μg/m3) | (μg/m3) | (μg/m3) | (μg/m3) | | | | (μg/m3) | | | (μg/m3) |
| Tetrachloroethylene (PCE) | 11 | 4600 | 100 | 922 | 20 | 37 | 11.8 | 7.82 | 120 | 130 | 67.9 | <3.4 |
| Trichloroethylene (TCE) | 5 | 180 | -- | 37 | <2.7 | <2.7 | <2.7 | <2.7 | 6.6 | 4.5 | <2.7 | <0.5 |
| cis-1,2, dichloroethene (DCE) | NS | 55 | -- | 216 | <2.0 | <2.0 | <1.98 | <1.98 | 10 | 3.2 | <1.98 | <2.0 |
| Vinyl Choride | NS | 17 | -- | 3 | <1.3 | <1.3 | <1.28 | <1.28 | <1.3 | <1.3 | <1.28 | <1.3 |

**NOTES:**

1.  Indoor air samples AMB-301 and AMB-302 collected at 304 Boston Post Road. Flooding in basement was observed within one day of indoor air sampling on 10/28/05 sampling.

2.  Background Indoor Air concentrations from "Background Documentation for the Development of MCP Numerical Standards", April 1994

3.  NIOSH RELs and OSHA PELs obtained from NIOSH Pocket Guide to Chemical Standards (Feb 2004) and are time-weighted averages (TWAs)

4.  NA-No Standard or guideline available

5.  Massachusetts Allowable Threshold Concentrations (ATCs) (published 12/95) is a concentration in air which would not be expected to result in adverse non-carcinogenic health effects

6.  Massachusttes AALs obtained from Revised Air Guidlelines Memorandum, DEP, December 1995

7.  Samples collected over a 6 to 8-hour duration.

8.  Granulated activated carbon adsorber (GACA) air treatment unit installed 2/23/06

## TABLE 5- INDOOR AND AMBIENT AIR SAMPLING RESULTS
Modified Immediate Response Action Plan

310 Boston Post Road, Wayland, Massachusetts (RTN #3-25637)

| Chemical Parameter | Background Indoor Air (MCP GW-2) | Massachusetts Allowable Threshold Concentration (ATC) | NY State DOT Residential air Guideline | Massachusetts Allowable Ambient Levels (AALs)- Ambient Air (24-hr average) | | | |
|---|---|---|---|---|---|---|---|
| Property Location | | | | | 310 Boston Post Road | | |
| Sample Identification | | | | | AMB-401 (1st floor) | AMB-402 (Basement) | AMB-403 (2nd floor) |
| Sampling Date | | | | | 2/24/2006 | 2/24/2006 | 2/24/2006 |
| (units) | (µg/m3) | (µg/m3) | (µg/m3) | (µg/m3) | (µg/m3) | (µg/m3) | (µg/m3) |
| Tetrachloroethylene (PCE) | 11 | 4600 | 100 | 922 | <3.4 | 56.4 | 6.08 |
| Trichloroethylene (TCE) | 5 | 180 | -- | 37 | <2.7 | <2.7 | <2.7 |
| cis-1,2, dichloroethene (DCE) | NS | 55 | -- | 216 | <2.0 | <2.0 | <2.0 |
| Vinyl Choride | NS | 17 | -- | 3 | <1.3 | <1.4 | <1.5 |

**NOTES:**
1.  Indoor air samples AMB-301 and AMB-302 collected at 304 Boston Post Road. Flooding in basement was observed within one day of indoor air (10/28/05).
2.  Background Indoor Air concentrations from "Background Documentation for the Development of MCP Numerical Standards", April 1994
3.  NIOSH RELs and OSHA PELs obtained from NIOSH Pocket Guide to Chemical Standards (Feb 2004) and are time-weighted averages (TWAs)
4.  NA-No Standard or guideline available
5.  Massachusetts Allowable Threshold Concentrations (ATCs) (published 12/95)  is a concentration in air which would not be expected to results in adverse non-carcinogenic health effe
6.  Massachusttes AALs obtained from Revised Air Guidlelines Memorandum, DEP, December 1995
7.  New York State DOT residential air guideline

**FIGURES**



NOTES:
  1. PLAN BASED ON USGS 7.5 x 15 MINUTE TOPOGRAPHIC MAP, WAYLAND QUADRANGLE, 1995.
  2. IMAGE MADE AVAILABLE ON THE MASSACHUSETTS GIS WEBSITE.

| CLIENT: R&E REALTY/WAYLAND CLEANERS/KLEENIT | FIGURE TITLE: SITE LOCUS | | |
|---|---|---|---|
| PROJECT NAME: IMMEDIATE RESPONSE ACTION PLAN | AMBIENT<br>Ambient Engineering, Inc.<br>100 Main Street<br>Concord, Massachusetts | DATE: AUGUST 2006 | |
| SITE NAME: WAYLAND CLEANERS | | DRAWN BY: TP | PROJECT NO. 12-12 |
| SITE ADDRESS: 304 AND 310 BOSTON POST ROAD, WAYLAND, MA | | CHECKED BY: TAC | FIGURE NO. 1 |

BOSTON POST ROAD
(ROUTE 20)

SITE MAP

## LEGEND:

- ◆ PERMANENT MONITORING WELL
- ◈ TEMPORARY MONITORING WELL
- ⊕ MISSING DESTROYED MONITORING WELL
- ⊕ SURFACE WATER SAMPLE
- △ SOIL GAS POINT
- □ SOIL BORING
- ● SOIL BORING
- ◉ CURBON UNIT
- ◉ SUMP DISCHARGE

SCALE, FEET

10   0   20   40

UNNAMED STREAM

AMB-SW1

DISCHARGE POINT
TO BE DETERMINED

AMB-504

UNDERGROUND OUTFALL
TO UNNAMED STREAM

APPROX AREA OF SEWER
PIPING/GRINDER PUMP

LIQUID PHASE
CARBONS

#310

SUMP
(Install New Pump)

SUMP
(Use existing pump if possible)

AMB-503

AMB-22

Vapor Carbon
System
(Existing)

AMB-117

(S)

LIQUID PHASE
CARBONS

#304

SUMP
(Install New Pump)

ENTRANCE

CATCH BASIN

AMB-121

AMB-106

AMB-107

CLIENT:
R & E REALTY TRUST/WAYLAND CLEANERS/KLEENIT

PROJECT NAME:
MODIFIED IRA PLAN

SITE NAME:
WAYLAND CLEANERS

SITE ADDRESS:
298 BOSTON POST ROAD, WAYLAND, MA

FIGURE TITLE:
SITE MAP

AMBIENT
Ambient Engineering, Inc.
100 Main Street
Concord, Massachusetts

DATE:
AUGUST, 2006

DRAWN BY:
BE

CHECKED BY:
KP

PROJECT NO.:
12-12

FIGURE NO.:
Fig. 2

**APPENDIX A**

**BWSC 105 IRA PLAN TRANSMITTAL FORM**

**APPENDIX B**

**BWSC-124 INFORMATIONAL NOTICE ABOUT IMMEDIATE RESPONSE
ACTIONS**

# INFORMATIONAL NOTICE ABOUT IMMEDIATE RESPONSE ACTIONS
## As required by 310 CMR 40.1403(11) of the Massachusetts Contingency Plan

**BWSC 124**

This Notice is Related to
Release Tracking Number

| | |
|---|---|

**A.  The address of the disposal site related to this Notice and Release Tracking Number (provided above):**

1.   Street Address: _____

     City/Town: _____   Zip Code: _____

**B.  This Notice is being provided to the following party:**

1. Name: _____

2. Street Address: _____

     City/Town: _____   Zip Code: _____

**C.  This notice is being given to notify the party listed in Section B that:**

☐      1. Immediate Response Actions are to be/have been taken at the disposal site identified in Section A.

☐      2. Immediate Response Actions taken at the disposal site identified in Section A have been completed.  For notices given upon completion of Immediate Response Actions, attach a copy of the Immediate Response Action Completion Statement with the Notice.

          ☐  Check here if an Immediate Response Action Completion Statement is attached.

**D.  Description of purpose, nature and expected duration of the Immediate Response Actions:**

1.  Describe the conditions that are to be/have been addressed by the Immediate Response Actions (i.e., Imminent Hazard, Critical Exposure Pathway), including any potential risks to human health or safety:

2.  Describe the activities that are to be/have been conducted as Immediate Response Actions, including any excavation, removal and/or management of contaminated media, monitoring, use of respirators or other protective equipment:

3.  Describe the specific location(s) where the Immediate Response Actions are to be/have been taken (attach map, as appropriate):

4. Provide the approximate start date and completion date for the Immediate Response Actions:

**E. Contact information related to the party providing this notice:**

   1. Contact Name: _____

      Street Address: _____

      City/Town: _____   Zip Code: _____

      Telephone: _____   Email: _____

## INFORMATIONAL NOTICE ABOUT IMMEDIATE RESPONSE ACTIONS
As required by 310 CMR 40.1403(11) of the Massachusetts Contingency Plan

MASSACHUSETTS REGULATIONS THAT REQUIRE THIS NOTICE
This notice is being provided pursuant to the Massachusetts Contingency Plan and the notification requirement at 310 CMR 40.1403(11).  The Massachusetts Contingency Plan is a state regulation that specifies requirements for parties who are taking actions to address releases of chemicals (oil or hazardous material) to the environment.

THE PERSON(S) PROVIDING THIS NOTICE
This notice has been sent to you by the person who is addressing a release of oil or hazardous material to the environment at the location listed in **Section A** on the reverse side of this form. (The regulations refer to the area where the oil or hazardous material is present as the "disposal site".)

PURPOSE OF THIS NOTICE
Parties who are taking an Immediate Response Action to assess, and eliminate or mitigate conditions that could pose a risk to human health or safety or the environment, if unaddressed in the short-term, are required by state regulations to notify persons who are in close proximity to the area where the Immediate Response Action is occurring (i.e., "Affected Individuals").  The purpose of the notice is to inform its recipient (identified in **Section B** on the reverse side of this notice) of the purpose, scope and nature of the Immediate Response Action and how to obtain more information.

The regulations also required that the same "Affected Individuals" receive notice upon the completion of the Immediate Response Action.   **Section C** on the reverse side of this form indicates the circumstance under which you are receiving this notice at this time.  If you are receiving this notice upon completion of the Immediate Response Action, you should also be receiving a copy of the Immediate Response Action Completion Statement that summarizes the work that has been done.

**Section D** on the reverse side of this form provides specific information about the conditions that are to be/have been addressed by the Immediate Response Action, the types of activities that are to be/have been conducted (e.g., excavation of contaminated soil) and the expected start date and completion date for these activities.

POSTING THIS NOTICE
Recipients of this notice who own or operate a multi-unit or commercial or industrial building at which or near the location where the Immediate Response Action is occurring should post a copy of **both sides** of this notice at a central bulletin board, sign in area or other location where it will be visible to people who are routinely present in the building (e.g., residents, workers).   The purpose of this posting is to inform these people of the purpose, scope and nature of the Immediate Response Action that they may be observing and/or about which they may wish to obtain more information.

FOR MORE INFORMATION
Information about the general process for addressing releases of oil or hazardous material under the Massachusetts Contingency Plan and related public involvement opportunities may be found at http://www.mass.gov/dep/cleanup/oview.htm.   For more information regarding this notice, you may contact the party listed in **Section E** on the reverse side of this form.  Information about the disposal site identified in Section A is also available in files at the Massachusetts Department of Environmental Protection.  See http://mass.gov/dep/about/region/schedule.htm if you would like to make an appointment to see these files.   Please reference the **Release Tracking Number** listed in the upper right hand corner on the reverse side of this form when making file review appointments.

# INFORMATIONAL NOTICE ABOUT IMMEDIATE RESPONSE ACTIONS

## As required by 310 CMR 40.1403(11) of the Massachusetts Contingency Plan

**BWSC 124**

This Notice is Related to
Release Tracking Number

|  |  |
|---|---|

---

**A. The address of the disposal site related to this Notice and Release Tracking Number (provided above):**

1. Street Address: _____

   City/Town: _____  Zip Code: _____

---

**B. This Notice is being provided to the following party:**

1. Name: _____

2. Street Address: _____

   City/Town: _____  Zip Code: _____

---

**C. This notice is being given to notify the party listed in Section B that:**

☐ 1. Immediate Response Actions are to be/have been taken at the disposal site identified in Section A.

☐ 2. Immediate Response Actions taken at the disposal site identified in Section A have been completed. For notices given upon completion of Immediate Response Actions, attach a copy of the Immediate Response Action Completion Statement with the Notice.

   ☐ Check here if an Immediate Response Action Completion Statement is attached.

---

**D. Description of purpose, nature and expected duration of the Immediate Response Actions:**

1. Describe the conditions that are to be/have been addressed by the Immediate Response Actions (i.e., Imminent Hazard, Critical Exposure Pathway), including any potential risks to human health or safety:

2. Describe the activities that are to be/have been conducted as Immediate Response Actions, including any excavation, removal and/or management of contaminated media, monitoring, use of respirators or other protective equipment:

3. Describe the specific location(s) where the Immediate Response Actions are to be/have been taken (attach map, as appropriate):

4. Provide the approximate start date and completion date for the Immediate Response Actions:

---

**E. Contact information related to the party providing this notice:**

1. Contact Name: _____

   Street Address: _____

   City/Town: _____  Zip Code: _____

   Telephone: _____  Email: _____

## INFORMATIONAL NOTICE ABOUT IMMEDIATE RESPONSE ACTIONS
As required by 310 CMR 40.1403(11) of the Massachusetts Contingency Plan

MASSACHUSETTS REGULATIONS THAT REQUIRE THIS NOTICE
This notice is being provided pursuant to the Massachusetts Contingency Plan and the notification requirement at 310 CMR 40.1403(11).  The Massachusetts Contingency Plan is a state regulation that specifies requirements for parties who are taking actions to address releases of chemicals (oil or hazardous material) to the environment.

THE PERSON(S) PROVIDING THIS NOTICE
This notice has been sent to you by the person who is addressing a release of oil or hazardous material to the environment at the location listed in **Section A** on the reverse side of this form. (The regulations refer to the area where the oil or hazardous material is present as the "disposal site".)

PURPOSE OF THIS NOTICE
Parties who are taking an Immediate Response Action to assess, and eliminate or mitigate conditions that could pose a risk to human health or safety or the environment, if unaddressed in the short-term, are required by state regulations to notify persons who are in close proximity to the area where the Immediate Response Action is occurring (i.e., "Affected Individuals").  The purpose of the notice is to inform its recipient (identified in **Section B** on the reverse side of this notice) of the purpose, scope and nature of the Immediate Response Action and how to obtain more information.

The regulations also required that the same "Affected Individuals" receive notice upon the completion of the Immediate Response Action.   **Section C** on the reverse side of this form indicates the circumstance under which you are receiving this notice at this time.  If you are receiving this notice upon completion of the Immediate Response Action, you should also be receiving a copy of the Immediate Response Action Completion Statement that summarizes the work that has been done.

**Section D** on the reverse side of this form provides specific information about the conditions that are to be/have been addressed by the Immediate Response Action, the types of activities that are to be/have been conducted (e.g., excavation of contaminated soil) and the expected start date and completion date for these activities.

POSTING THIS NOTICE
Recipients of this notice who own or operate a multi-unit or commercial or industrial building at which or near the location where the Immediate Response Action is occurring should post a copy of **both sides** of this notice at a central bulletin board, sign in area or other location where it will be visible to people who are routinely present in the building (e.g., residents, workers).   The purpose of this posting is to inform these people of the purpose, scope and nature of the Immediate Response Action that they may be observing and/or about which they may wish to obtain more information.

FOR MORE INFORMATION
Information about the general process for addressing releases of oil or hazardous material under the Massachusetts Contingency Plan and related public involvement opportunities may be found at http://www.mass.gov/dep/cleanup/oview.htm.   For more information regarding this notice, you may contact the party listed in **Section E** on the reverse side of this form.  Information about the disposal site identified in Section A is also available in files at the Massachusetts Department of Environmental Protection.  See http://mass.gov/dep/about/region/schedule.htm if you would like to make an appointment to see these files.   Please reference the **Release Tracking Number** listed in the upper right hand corner on the reverse side of this form when making file review appointments.

**APPENDIX C**

**IMMINENT HAZARD EVALUATION**



# IMMINENT HAZARD EVALUATION
## (310 CMR 40.0950 TO 40.0955)

for Indoor Air

## 310 Boston Post Road
## Wayland, MA

Associated with
## RTN 3 - 22753

April 18, 2006

Prepared for

Ambient Engineering, Inc.
Concord, MA

Prepared by

KERA Environmental, LLC
Worthington, MA



April 18, 2006

Ambient Engineering, Inc.
100 Main Street
Concord, MA  01742

Attn:  Tracey A. Costa, CHMM

Re:  Imminent Hazard, 310 Boston Post Road, Wayland, MA

Dear Ms Costa:

As requested, KERA Environmental, LLC (KERA) of Worthington, MA has completed an imminent hazard evaluation as it applies to the indoor air inhalation pathway at 310 Boston Post Road.  The evaluation indicates that the concentration of tetrachloroethene (PCE) detected in indoor air on the 2nd floor of the building does not constitute an imminent hazard.

Background
The property at 310 Boston Post Road is located downgradient of a Massachusetts Contingency Plan (MCP) site at 298 Boston Post Road (RTN 3-22753). The MCP site is currently under investigation for a release of chlorinated compounds. Analytical results for a sump water sample collected by the Massachusetts Department of Environmental Protection (MADEP) from the basement of 310 Boston Post Road suggested an elevated concentration of PCE in groundwater below the building. This finding motivated the MADEP to request collection of indoor air samples and evaluate the potential for an imminent hazard at this location.

Three 24-hour indoor air samples were collected using Summa canisters placed at representative locations (AMB-402, Basement – storage and utilities; AMB-401, 1st Floor -- commercial; and AMB-403, 2nd Floor -- residential).

Samples were analyzed by EPA Method TO-15.  Results indicated an elevated concentration of PCE in the basement indoor air sample (56.4 $\mu$g/m$^3$).  PCE was not detected in the sample collected from the 1st floor; however, the 2nd floor sample indicated the presence of PCE at a concentration of 6.08 $\mu$g/m$^3$.  No other analytes were detected in any of the three indoor air samples.  Further, no chlorinated volatiles have been detected in ambient air in the vicinity of the property.

Imminent Hazard

Based on the data provided, PCE concentrations in indoor air in the occupied areas of the building (commercial and residential) are below the MADEP default indoor air

background value for PCE (non-detect and < 11 µg/m$^3$, respectively).  Although the PCE concentration in indoor air on the basement level exceeds background, activities are only conducted in the basement area on rare occasions (less than once a month) and for short durations (less than one hour) according to current knowledge.   See Table 1 for data summary and comparisons.

It should be noted that the application of background in this evaluation is not intended as a means of eliminating PCE from the list of compounds of concern for this site.   It does, however, imply that the concentration of PCE detected in indoor air on the 2nd floor of the building does not constitute an imminent hazard.

KERA Environmental, LLC

*Kathryn A. Ewald*

Kathryn A. Ewald, PhD
Chief Executive

Table 1:  Summary Compound Detection Statistics -- Indoor Air
310 Boston Post Road, Wayland, MA (related to RTN 3-22753)

| Compound | CAS # | Detection Frequency | Basement Maximum Concentration ($\mu g/m^3$) | 1st Floor Maximum Concentration ($\mu g/m^3$) | 2nd Floor Maximum Concentration ($\mu g/m^3$) | % Detection | Ambient Air ($\mu g/m^3$) | Indoor Air BKGD[1] ($\mu g/m^3$) | Occupied Areas[2] Maximum Exceed BKGD? | EPC ($\mu g/m^3$) |
|---|---|---|---|---|---|---|---|---|---|---|
| **VOCs** | | | | | | | | | | |
| cis-1,2-Dichloroethene | 156-59-2 | 0 of 3 | <2 | <2 | <2 | 0 | <2 | <2 | NO | --- |
| Tetrachloroethylene | 127-18-4 | 2 of 3 | 56.4 | ND | 6.08 | 67 | <3.4 | 11 | NO | --- |
| Trichloroethylene | 79-01-6 | 0 of 3 | <2.7 | <2.7 | <2.7 | 0 | <2.7 | 5 | NO | --- |
| Vinyl Chloride | 75-01-4 | 0 of 3 | <1.3 | <1.3 | <1.3 | 0 | <1.3 | <1.3 | NO | --- |

[1]  Background is based on MADEP default, 2006;  reporting limit is used where MADEP default or alternate is not available

[2]  Occupied areas include 1st floor and 2nd floor

Table 2:  Key Chemical and Physical Properties for COCs at
310 Boston Post Road, Wayland, MA (related to RTN 3-22753)

| Compound | CAS # | MW (g/mol) | Water Solubility (mg/L) | Ref. | Vapor Pressure (atms) | Ref. | Henry's Law Constant (atm*m$^3$/mol) | Ref. | Koc (mL/g) | Ref. | Log10 Kow | Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **VOCs** | | | | | | | | | | | | |
| cis-1,2-Dichloroethene | 156-59-2 | 97 | 6.41E+03 | D | 2.02E+02 | D | 4.08E-03 | D | 3.60E+01 | D | 1.86 | D |
| Tetrachloroethylene | 127-18-4 | 166 | 2.10E+02 | D | 1.90E+01 | D | 1.77E-02 | D | 2.70E+02 | D | 3.4 | D |
| Trichloroethylene | 79-01-6 | 131 | 1.28E+03 | D | 7.70E+01 | D | 9.85E-03 | D | 9.40E+01 | D | 2.42 | D |
| Vinyl Chloride | 75-01-4 | 63 | 8.80E+03 | D | 2.58E+03 | D | 2.78E-02 | D | 1.90E+01 | D | 1.36 | D |

Notes:        D        MCP Toxicity.xls (DEP, December 2006)

Table 3:  Chemical and Physical Properties Defined

| | |
|---|---|
| MW | mass of the compound per mole; reflects the size of a compound; larger/heavier, less likely to be water soluble and volatile in air; heavier compounds are likely to have low Henry's Law constant, higher water-carbon partition coefficient and lower octanol-water coefficient. |
| Solubility in Water (mg/L) | amount of substance that can be dissolved in a fixed amount of water at a fixed temperature before sedimentation can be detected; high solubility compounds migrate readily with water flow; low solubility compounds are more likely to remain stationary in soil |
| Vapor Pressure; (mmHg, Vp) | measures the tendency of a molecule to escape from a pure phase at a fixed temperature; high vapor pressure characterizes strong volatility |
| Henry's Law Constant; (atm*m3/mole, Hc) | characterizes the tendency of an organic molecule to escape an aqueous solution. High constant reflects a greater tendency to escape from water; also reflects a greater rate of volatilization |
| Water-Carbon Partition Coefficient; (ml/g or unitless, Koc) | measures tendency to adsorb to carbon source from a water matrix; predicts tendency to remain in aqueous solution or bind to soils and sediments. |
| Octanol-Water Partition Coefficient; (log10 of a dimensionless ratio, Kow) | tendency to dissolve in aqueous or organic phase; high values reflect tendency to pass from water to oily phase, from water to organic tissue and fats. |

**APPENDIX D**

**PUBLIC NOTIFICATION**