Exhibits A - K
to
Denis D'Amore's Expert Witness Statement
filed as Exhibit 1 to Kleenit Inc's Expert Witness
Disclosure Statements under Rule 26(A)(2)
Document 124
Filed 9/24/2007