Immediate Response Action Plan

For

28 Central Square, Chelmsford

RTN # 3-20316 and 3-2739

Prepared pursuant to:

Massachusetts Contingency Plan (310 CMR 40.00)

Prepared for:

Mr. Keith Crider
Kleenit, Inc.
44 Park Street
Ayer, MA 01432

February 15, 2001

*D'AMORE ASSOCIATES, INC.*
*148 Ponakin Road*
*Lancaster, Massachusetts 01523*

*Environmental Engineering / Ground Water Consulting*

D'Amore Associates, Inc.

## Contents

| | | |
|---|---|---|
| 1.0 | Introduction | 1 |
| 1.1 | Prior Investigations | 1 |
| 1.3 | Additional Ground Water Sampling | 3 |
| 2.0 | Immediate Response Action Plan | 4 |
| 2.1 | Soil Management | 4 |
| 2.2 | Ground Water Management | 4 |
| 2.3 | Permit Requirements | 4 |
| 2.4 | Ground Water Sampling | 5 |
| 2.5 | IRA Completion Report | 5 |
| 2.5 | Schedule | 5 |
| 3.0 | Limitations | 6 |

Appendices

Appendix 1    Laboratory Analytical Report

## List of Tables

| Table 1 | Chlorinated VOC Ground Water Summary | following page 6 |
|---|---|---|
| Table 2 | Non-Chlorinated VOC Ground Water Summary | following page 6 |

## List of Figures

| Figure 1 | Site Locus Map |
|---|---|
| Figure 2 | MADEP Site Discovery Plan |
| Figure 3 | Site Disposal Map |

D'Amore Associates, Inc.

## 1.0  Introduction

This IRA Plan has been prepared in response to a Notice of Responsibility (NOR) that Kleenit, Inc. received on January 26, 2000 for their dry cleaning facility (Care Cleaners, Inc.) located at 28 Central Square in Chelmsford (Figure 1). A separate NOR was issued by the Department to Purity Supreme for their dry cleaning facility (Paramount Cleaners, Inc.) located at 20 Boston Road in Chelmsford. The NORs were the result of field investigations that were conducted by the DEP's Site Discovery Group (DEP/SD) who initiated an investigation within the Turnpike Road wellfield in order to locate the source(s) of chlorinated VOC contamination to the municipal water supply. Both dry cleaning establishments are located in Central Square west of Beaver Brook and hydraulically upgradient of the wellfield.

In August 2000, the Site Discovery group installed six driven well points (DEP-11 through DEP-16) in the streambed of the brook. The well locations are depicted on Figure 2, which is a map prepared by DEP/SD. Based upon a water table map prepared by Ground Water Consultants, Inc. (GWC) of Beverly, Massachusetts, the prior LSP of Record for Care Cleaners, some of these well points appear to be hydraulically downgradient of the Care Cleaners site.

Ground water samples collected by DEP/SD from DEP-16 and DEP-12 identified perchloroethene (PCE) at estimated concentrations of 246 ug/l and 2,015 ug/l, respectively. Well points installed in Beaver Brook near Paramount Cleaners (DEP-17 through DEP-20) identified PCE in ground water at estimated concentrations as high as 32,000 ug/l. PCE was also present in a sample of the surface water near the wellpoints at a concentration of 2.8 ug/l.

Based upon these findings, the Department concluded that a Condition of Substantial Release Migration (SRM) has occurred at both sites. As a result, NORs were issued to both facilities that required each responsible party to submit to the Department within 60 days:

- A Release Notification Form;
- An Immediate Response Action Plan that describes assessment activities and response actions that will be taken to mitigate the SRM; and
- A timetable for implementation of the IRA.

D'Amore Associates, Inc.

1.1     Prior Investigations

As a result of sampling septic system and the NPDES outfall at the Care Cleaners in June 1989 and the discovery of chlorinated VOCs in the septic system effluent, the DEP issued a letter to Care Cleaners in April 1990 requiring them to initiate a field investigation to assess soil and ground water conditions at the site. The following is a brief synopsis of the work that has been performed since then:

- Phase I Limited Site Investigation, January 1990, Clean Soils Environmental, Inc. (CSE)

    CSE concluded that evidence was inconclusive that chlorinated VOCs had been released from the septic system and the NPDES outfall to Beaver Brook.

- Phase I Limited Site Assessment, October 1990, Ground Water Consultants, Inc. (GWC)

    GWC installed four water table monitoring wells across the site (MW-1 through MW-4). The wells were surveyed for location and elevation. Chlorinated VOCs were detected in three of the four wells. The highest concentrations were detected in MW-4 (1,213 ug/l TVOC), which was one of the two wells located next to the septic system. The next highest levels were detected in MW-2, which was located on the opposite side of the building hydraulically downgradient of MW-3.

- Phase II Limited Comprehensive Site Investigation, March 1992, Ground Water Consultants, Inc.

    GWC installed four additional monitoring wells on the site (MW-5 through MW-8). Monitoring wells MW-5 and MW-6 were installed as water table wells. Monitoring well MW-7 was installed near MW-6 in shallow bedrock with a five-foot well screen positioned 26 to 31 feet below grade. Monitoring well MW-8 was installed in the deep overburden near MW-3 and the septic system with a five-foot well screen positioned 30 to 35 feet below grade. The well locations are depicted on Figure 3.

The wells were surveyed for location and elevation. Shallow ground water was determined to be flowing in an east-southeasterly direction (Figure 3). Vertical hydraulic gradients were upward in both of the well clusters.

Chlorinated VOCs were detected in the zero to 2-foot soil sample at MW-8 and in no other soil samples. The highest concentrations of chlorinated VOCs in ground water were detected in MW-2 (4,015 ug/l TVOC). Chlorinated VOCs were present in varying concentrations in all of the other wells at lower concentrations except MW-1. PCE was detected in a surface water sample from Beaver Brook at a concentration of 32.8 ug/l.

1.3    Additional Ground Water Sampling

Since completion of the Phase II Site Investigation, the monitoring wells and Beaver Brook have been sampled for chlorinated VOCs three times: March 1995 by GWC; March 1997 by GWC; and July 1999 by D'Amore. Water quality results for the five sampling events are summarized in Table 1. The laboratory report for the April 1999 results is included in Appendix 1.

Based upon a review of the water quality data collected over the past nine years, the highest VOC levels continue to be present in ground water at MW-3 and MW-4, which are near the cesspool and in MW-2 on the opposite side of the building. Concentrations fluctuate seasonally but, in general, have been decreasing.

Low concentrations of petroleum hydrocarbons have been detected in some of the site monitoring wells MW-1, MW-2, MW-3, MW-5, MW-6). The petroleum hydrocarbon results are summarized in Table 2. There is a gasoline station immediately adjacent to, and, at least in part, hydraulically upgradient of the Care Cleaners site, which is believed to be the source of these compounds.

D'Amore Associates, Inc.

## 2.0 Immediate Response Action Plan

Shortly after the release was discovered, use of the septic system was discontinued and a connection to the municipal sewer was made. This occurred in September 1989. The approximate location of the sewer line is shown on Figure 3. The septic system, which is a cesspool was never decommissioned. The presence of residually contaminated soil in and around the cesspool is the most probable source of contaminated ground water at the site.

The purpose then of this IRA Plan will be to remove the cesspool and any impacted soil that may surround it.

### 2.1 Soil Management

Excavated soil will be stored in a lined rolloff container that will be located next to the excavation. It is estimated that no more than 25 cubic yards of soil will be removed for disposal. Once excavation activities have been completed and the sidewalls and base of the cavity have been sampled, the cavity will be backfilled with clean fill. Soil samples will be analyzed for VOCs via Method 5035. The stockpiled soil will then be characterized for disposal. A Bill of Lading will be completed and used to transport the soil to an appropriate facility.

### 2.2 Ground Water Management

The depth to the water table where the septic system is located was approximately three feet when the wells were sampled in July 1999. To control ground water in the excavation, water will pumped from the excavation into a temporary holding tank for eventual sampling and disposal (if required). If disposal of the water is required, the liquid will be transported under a Uniform Hazardous Waste Manifest.

### 2.3 Permit Requirements

Because the work will be performed within the 100-foot buffer zone of Beaver Brook, a Request for Determination of Applicability will be made to the Chelmsford Conservation Commission. No work will be performed until local approval has been received.

D'Amore Associates, Inc.

2.4    Ground Water Sampling

In addition to removing the cesspool, two rounds of ground water samples will be collected from all of the site wells, one round prior to removing the cesspool and one round three months afterwards. The wells will be purged of at least five gallons of water prior to collecting samples for VOC analysis via USEPS Method 8260.

2.5    IRA Completion Report

Upon completion of the second sampling round, an IRA Completion report (IRAC) will be prepared that summarizes the results of the field investigation and response actions. The Condition of Substantial Release Migration (SRM) will be evaluated in the IRAC along with an evaluation for the necessity for implementing further response actions at the site.

2.6    Schedule

The schedule for completing this work is as follows:

| | |
|---|---|
| Monitoring wells sampling | April 2001 |
| Cesspool Excavation | June 2001 |
| IRA Status Report | June 2001 |
| Monitoring well sampling | August 2001 |
| IRA Completion Report | October 2001 |

Immediate Response Action Plan
28 Central Square, Chelmsford
RTN # 3-20316 and 3-2739
February 15, 2001

D'Amore Associates, Inc.

### 3.0 Limitations

The services described in this report were performed consistent with generally accepted professional consulting principles and practices. No other warranty, express or implied, is made. These services were performed consistent with our agreement with our client. This report is solely for the use and information of our client and their successors and assigns, advisors, counsel, lenders and prospective lenders, and prospective buyers and lenders. To the extent that any additional parties intend to rely upon this report, they may do so only upon a written request to and approval from D'Amore Associates, Inc., which approval shall not be reasonably withheld.

Opinions and recommendations contained in this report apply to conditions existing when services were performed and are intended only for the client, purposes, locations, time frames, and project parameters indicated. We are not responsible for the impacts of any changes in environmental standards, practices, or regulations subsequent to performance of services. We do not warrant the accuracy of information supplied by others, or the use of segregated portions of this report.