Immediate Response Action Status Report

For

28 Central Square, Chelmsford

RTN # 3-2739, Related RTN # 3-20316

Prepared pursuant to:

Massachusetts Contingency Plan (310 CMR 40.00)

Prepared for:

Mr. Keith Crider
Kleenit, Inc.
44 Park Street
Ayer, MA 01432

May 23, 2003

*D'AMORE ASSOCIATES, INC.*
*148 Ponakin Road*
*Lancaster, Massachusetts 01523*

*Environmental Engineering / Ground Water Consulting*

D'Amore Associates, Inc.

Contents

1  Introduction ..................................................................................................................2
　1.1　IRA Background ..................................................................................................... 3
　1.2　IRA Plan Modification Objective............................................................................ 4
2　IRA Plan Modification Description ...........................................................................5
　2.1　Hydrogen Release Compounds ............................................................................ 5
　2.2　Inoculation Area Temporary Injection Points ..................................................... 6
　2.3　HRC Injection .......................................................................................................... 6
　2.4　Remedial Additives Sampling ............................................................................... 6
3　Field Investigation......................................................................................................8
　3.1　Soil Borings ............................................................................................................ 8
　3.2　Groundwater Monitoring Wells............................................................................. 8
　3.3　Soil Sampling and Results ................................................................................... 9
　3.4　Groundwater Sampling and Results ................................................................. 10
4　HRC Injection............................................................................................................11
　4.1　Remedial Additives Sampling ............................................................................ 11
　4.2　Inoculation Area Temporary Injection Points ................................................... 11
5　Post Inoculation Monitoring ...................................................................................12
6　Limitations................................................................................................................13

Appendices

Appendix 1　Soil Boring Logs/Monitoring Well Construction Details
Appendix 2　Laboratory Analytical Reports

Tables

Table 1　Soil Sampling Results
Table 2　Ground Water Sampling Results
Table 3　Remedial Additives Sampling Results

Figures

Figure 1　Site Locus Map
Figure 2　Site Plan

D'Amore Associates, Inc.

## 1  Introduction

The following report constitutes an IRA Status Report for the Care Cleaners site in Chelmsford. The original IRA Plan, which was submitted to the Department in February 2001, addresses the Substantial Release Migration (SRM) condition associated with the Notice of Responsibility (NOR) that Kleenit, Inc. received in January 2001. The SRM condition, which was assigned under the original RTN # 3-2739, exists because chlorinated solvents were detected along with gasoline-related compounds in ground water that was being pumped into Beaver Brook from a sump in the basement of 34 Central Square. The Care Cleaners facility is located next to Beaver Brook at 28 Central Square in Chelmsford (Figure 1). Thirty-four Central Square is located adjacent to Beaver Brook diagonally across the street (Figure 2).

Shortly after the SRM condition was identified, the Department assigned additional release tracking numbers (RTNs) to three potentially responsible parties (PRPs): Mobil Corporation (RTN 3-20265); Energy North Corporation (RTN 3-20264); and Kleenit, Inc. (RTN 3-20316) because of the presence of organic vapors in indoor air in the basement of the day care facility. This condition, which was identified in January 2001, constitutes a Critical Exposure Pathway (CEP) and was addressed in IRA Modification Plans that were developed by consultants for the three PRPs (Camp Dresser & McKee (CDM) for Mobil; Lessard Environmental, Inc. for Energy North; and D'Amore Associates, Inc. for Kleenit).

In November 2002, CDM prepared an IRA Completion Report for the CEP condition that detailed the remedial activities undertaken by CDM in order to mitigate and/or remediate the SRM as a CEP to indoor air at the property located at 34 Central Square and the potential source area. Concurrently, CDM has implemented a Phase IV remedy at the 30 Central Square property. CDM will be performing operations, maintenance, and monitoring (OMM) of the remedy under Phase V at the 30 Central Square property and include OMM of the remedial systems installed at 34 Central Square. The tri-annual air monitoring requirement at the 34 Central Square property will be included in the CDM Phase V Status reports.

## 1.1  IRA Background

Shortly after the release was discovered at the Care Cleaners facility in September 1989, use of the septic system, which initially was believed to be the source of contamination, was discontinued and a connection to the municipal sewer was made. The septic system was located in the rear of the building (Figure 3) and consisted of a cesspool that had not been properly decommissioned. The presence of residually contaminated soil in and around the cesspool and associated sewer pipe was believed to be the most probable source of contaminated ground water at the site. The purpose of the IRA Plan was to remove the cesspool and any impacted soil that may surround it and collect ground water samples prior to and following removal of the cesspool.

Following receipt of an Order of Conditions from the Chelmsford Conservation Commission, the cesspool was removed in September 2001. Soil samples collected for VOC analysis following removal of the cesspool indicated that the contaminant source may be something other than, or in addition to, the cesspool. These results were submitted to the Department in an IRA Status Report that was submitted to the Department in November 2001. Additional excavation activities, which extended beneath an addition to the rear of the building, took place in November 2001. The results of that work are summarized in a Supplemental Field Investigation Report that was submitted to the Department in January 2002. The report was prepared to support re-scoring the site, which was required due to the CEP condition that existed at 34 Central Square.

During the November 2001 mobilization to the site, a small amount of a black liquid, which was visually identified by Frank Murphy of Kleenit as solvent still residue, was observed to be weeping out of the sidewall next to the original rear door of the dry cleaning facility. For structural reasons, further soil removal was not possible at this location.

To assess conditions within the building, in April 2002, four soil borings were installed within the building. The results, which are summarized in Section 2.7, suggest that the source of the release is next to the rear door of the original building. The elevated chlorinated VOC results at monitoring well MW-9, which was installed in the excavation prior to backfilling it, reflect the presence of a small amount of solvent still residue that is dissolving in water.

D'Amore Associates, Inc.

### 1.2   IRA Plan Modification Objective

An IRA Status Report and Plan Modification was submitted to the Department In May 2002 that summarized the results of these investigations and described modifications to the IRA Plan to address the localized ground water "hot spot" that was identified in the rear of the building as a result of the implementation of the IRA Plan. The IRA Modification described how hydrogen release compounds (HRC) will be injected into the ground to chemically interact with the presence of elevated concentrations of chlorinated compounds in ground water in the rear of the building.

Pending the evaluation of HRC to address this condition and the completion of additional Phase II response actions, which are necessary to characterize the lateral extent of contamination, the application of HRC over a greater portion of the site will be considered in achieving a Permanent Solution at the Site. This would be done in the context of a Phase IV Remedy Implementation Plan.

## 2    IRA Plan Modification Description

The IRA Plan Modification addressed elevated level of chlorinated solvents present in ground water at MW-9, which is located next to the original foundation in the rear of the building. The plan is to inject hydrogen release compounds (HRC) in a series of five inoculation wells, which are located in the vicinity of the cesspool and previously excavated area, to neutralize the chlorinated VOCs present in ground water. Regenesis, Inc. of Wakefield, Massachusetts will be supplying the HRC.

### *2.1    Hydrogen Release Compounds*

The following description of HRC was provided by Regenisis.

> HRC is used to enhance in situ biodegradation rates for chlorinated hydrocarbons (CHs) by supporting anaerobic reductive dechlorination processes. Reductive dechlorination is now recognized as one of the primary attenuation mechanisms by which chlorinated solvent groundwater plumes can be contained and/or remediated.

> HRC is a proprietary polylactate ester that, upon being deposited into the subsurface, slowly releases lactate. Lactate is metabolized by naturally occurring microorganisms, resulting in the creation of anaerobic aquifer conditions and the production of hydrogen. Naturally occurring microorganisms capable of reductive dechlorination then use the hydrogen to progressively remove chlorine atoms from chlorinated hydrocarbon contaminants (i.e. convert tetrachloroethene [PCE] to trichloroethene [TCE] to dichloroethene [DCE] to vinyl chloride [VC] to ethene).

> HRC is manufactured as a viscous gel that can be injected into the saturated zone in a grid or barrier configurations for either localized area or cutoff-based treatment approaches. The use of HRC for groundwater remediation offers a comparatively simple and cost effective remediation alternative for sites that would otherwise require unacceptably long periods of time for natural attenuation or the high levels of capital investment and operating expense associated with active remediation technologies.

### 2.2 Inoculation Area Temporary Injection Points

The treatment area, which is considered to be the source area, is approximately 15 feet x 20 feet. The PCE contaminant level at MW-9, which was sampled on April 2, 2002, was 48,700 ug/L. The contaminated saturated zone thickness that requires treatment is approximately 8 feet.

### 2.3 HRC Injection

The HRC will be inoculated according to the following scheduled that was developed by Regenisis:

| HRC Treatment-Excavation Application ||
| --- | --- |
| Design Feature | Specification |
| Thickness requiring treatment | 8 feet |
| Treatment Area | 15 feet x 20 feet |
| VOC Concentration | 48,700 ug/L PCE |
| HRC Application Rate | 9lbs/foot |
| Delivery: Temporary Injectable Points | 5 points spaced approximately 8 feet between points and 8 feet between rows. apply 72lbs of HRC per point |
| Total Material Requirement | 5 points x 9lbs/ft x 8 feet = 360lbs HRC |

### 2.4 Remedial Additives Sampling

HRC byproducts will be monitored in one upgradient and one downgradient well on a quarterly basis to validate the HRC-based enhancement of reductive dechlorination processes and to comply with 310 CMR 40.0040. Prior to the inoculation, an initial or "baseline" round of sampling will be performed to identify pre-HRC installation groundwater conditions. After delivery of the HRC to the subsurface, samples will be collected on a quarterly basis.

The monitoring program will include the measurement of the following chemical parameters:

- natural attenuation/inorganic parameters: total and dissolved iron, dissolved manganese, nitrate, sulfate, sulfide, and chloride
- HRC-based electron donor: total organic carbon and/or metabolic acids (lactic, pyruvic, acetic, propionic, and butyric). TOC analysis may be sufficient to measure electron donor (HRC) levels.
- End-product dissolved gases: carbon dioxide, methane, ethane and ethene

Monitoring wells MW-4 and MW-14 have been identified as the upgradient and downgradient monitoring wells, respectively.

## 3   Field Investigation

The following summarizes the results of the field investigation that was conducted prior to implementing the HRC pilot test. The purpose of the investigation was to characterize soil and ground water quality in the parking lot on an abutting parcel of land between the site and Beaver Brook. In approving the HRC Modification Plan, the Department also required that a monitoring well be installed adjacent to the brook for the purpose of monitoring for remedial additives.

### *3.1   Soil Borings*

On April 16 and 18, 2003 Technical Drilling Service of Sterling, Massachusetts was on-site to advance four (4) soil borings into the overburden soil in the parking lot. The borings were advanced at locations shown in Figure 2 under the oversight of a D'Amore Associates geologist. Soil borings were advanced using GeoProbe and hollow-stem auger (HSA) techniques. Separate auger flights were used for each boring and sampling equipment was cleaned between borings. No oil, grease or other petroleum-based products were used to lubricate augers or rods. Soil borings MW-12, MW-13, MW-13D, and MW-14 were advanced to depths between 14.5 and 22 feet below ground surface. Soil conditions in these borings generally consisted of fine to coarse sand and gravel above silty, fine sand and gravel (till). Perched groundwater was encountered at approximately 2 to 3-feet below ground surface. Deeper groundwater was encountered at approximately 20 feet below ground surface on top of bedrock. Complete boring logs are located in Appendix 1.

### *3.2   Groundwater Monitoring Wells*

Groundwater monitoring wells were installed in soil borings MW-12, MW-13, MW-13D and MW-14. Monitoring wells MW-12, MW-13 and MW-14 were installed with GeoProbe techniques to depths between 14.5 and 19 feet in an effort to characterize groundwater perched on low permeability till at the site. These wells were screened from the bottom of the boring to 3 feet below ground surface, with solid riser from the screen to ground level.

MW-13D was advanced via hollow stem auger techniques to bedrock in an effort to determine the actual depth to bedrock and to characterize groundwater below the shallow low permeability material and perched on bedrock. This well was installed to a depth of 22 feet with screen from 22 feet to 17 feet below ground surface. The sand pack in MW-13D extends from 22 feet to 16 feet below ground surface. A one foot thick bentonite seal extends to 15 feet below ground and the remainder of the well annulus is sealed with grout. Refer to the boring logs in Appendix 1 for complete well installation details.

Depth to bedrock was confirmed in the vicinity of MW-13D by advancing to auger refusal at two locations. During the first attempt at installing MW-13D auger refusal was encountered at 18 feet below ground surface. An air hammer was used to advance the boring to 22 feet. This boring was not advanced further because we felt that it was likely that we had encountered bedrock. This boring was sealed with grout from 22 feet below ground surface to 14 feet below ground. Native soil and filter sand were used to fill the remainder of this borehole. A second boring was advanced approximately four feet away. A soil sample was collected with a split spoon sampler from 20 feet to 21.5 feet below ground surface. The sample consisted of 12 inches of weathered rock. Auger refusal was encountered at 22 feet below ground.

All wells were constructed of Schedule 40, 2-inch inner diameter (ID) PVC riser pipe, attached with threaded joints to Schedule 40, 2-inch ID, and 0.010-inch slotted PVC well screen. Each of the wells was constructed in general accordance with DEP publication WSC-310-91 entitled Standard References for Monitoring Wells. In all wells except MW-13D a 1-foot bentonite seal was installed 1-foot above the top of the screen. All wells were finished with a sealing protective road box set in concrete.

### 3.3   Soil Sampling and Results

During installation of soil borings MW-12, MW-13 and MW-14, soil samples were collected in 5-foot increments on a continuous basis to between 14.5 and 19 feet below ground surface. Soil samples were classified by a D'Amore Associates geologist using the Burmister Soil Classification System.

The soil properties were consistent at each location and consisted of eight to ten feet of coarse sand and gravel overlying fine sand and silt.

Composite soil samples were collected for each one-foot increment to be field screened for Volatile Organic Compounds (VOCs) using a portable Photo-ionization Detector (PID). Screening of the soil samples yielded results ranging from 0.0 ppm to 9.6 ppm (at 14 feet) in MW-13 and 0.0 ppm to 0.4 ppm (at 21 feet) in MW-13D. All other samples yielded a result of non-detect. The sample from the bottom of the permeable material in each boring was submitted to ConTest Analytical Laboratory (ConTest) in East Longmeadow, Massachusetts for Volatile Organic Compounds (VOCs) via EPA Method 5035. In MW-13 this sample was also the sample with the highest PID response. No soil sample from MW-13D was submitted for laboratory analysis since only rock was collected from the bottom of the boring and since the soil column in this vicinity had been characterized by the soil sampling at MW-13.

Tetrachloroethene, trichloroethene and cis-1,2 dichloroethene were present at concentrations below S-1/GW-1 standards at MW-12 and MW-13. The analytical results are summarized in Table 1. The laboratory analytical report is included in Appendix 2.

### 3.4   Groundwater Sampling and Results

Groundwater samples were collected from the four newly installed wells and eight (8) previously installed groundwater monitoring wells on April 23, 2003. A groundwater sample was collected from a 13th well (MW-3) on April 29th. Samples from each well were submitted to ConTest for VOCs via EPA Method 8260.

Tetrachloroethene (PCE), trichloroethene (TCE) and cis-1,2 dichloroethene (cis-1,2 DCE) were present in ground water at all of the new monitoring well locations. The GW-1 standard was exceeded for PCE and TCE at MW-12, MW-13, MW-13D and MW-14. The GW-1 standard for cis-1,2 DCE was exceeded at MW-12. These constituents, vinyl chloride and MTBE were present at other site monitoring wells where they have been detected historically. The analytical results are summarized in Table 2. The laboratory analytical report is included in Appendix 2.

## 4   HRC Injection

### 4.1   Remedial Additives Sampling

Prior to inoculating the source area, the upgradient and downgradient monitoring wells (MW-4 and MW-14, respectively) were purged and sampled for remedial additives. This occurred on April 29, 2003. Woods Hole Group (WHG) of Raynham, Massachusetts performed the analyses. The remedial additives suite consists of the following chemical parameters: natural attenuation/inorganic parameters: total and dissolved iron, dissolved manganese, nitrate, sulfate, sulfide, and chloride; HRC-based electron donor: total organic carbon and/or metabolic acids (lactic, pyruvic, acetic, propionic, and butyric); and end-product dissolved gases: carbon dioxide, methane, ethane and ethene. In addition, MW-4 and MW-14 were sampled by WHG for VOCs via USEPA Method 8260.

The analytical results are summarized in Table 3. The laboratory analytical report is included in Appendix 2.

### 4.2   Inoculation Area Temporary Injection Points

The treatment area, which is considered to be the source area, is approximately 15 feet x 20 feet. The contaminated saturated zone thickness that requires treatment is approximately 8 feet.

On April 23, 2003, TDS installed five temporary injection points in the former excavation near MW-9 in the rear of the building. HRC was applied to the subsurface using direct-push hydraulic equipment (a GeoProbe drill rig). Using this method, drive rods were pushed to the bottom of the contaminated saturated zone and then HRC was injected as the rods were withdrawn. HRC was injected using an appropriate pump capable of processing a material with a viscosity of 20,000 centipoise, at flow rates of 3 to 10 gallons per minute (11 to 38 liters/minute), and at pressures ranging from 200 psig to 1,500 psig (14 to 102 bar). Approximately 25 gallons of the solution were injected into the ground.

D'Amore Associates, Inc.

## 5   Post Inoculation Monitoring

To monitor the effectiveness of the HRC injection, MW-9, MW-3, MW-4 MW-8, MW-10 and MW-11 will be monitored on a quarterly basis for VOCs via USEPA Method 8260. The sampling results will be used to determine whether or not additional HRC injections are required.

D'Amore Associates, Inc.

## 6       Limitations

The services described in this report were performed consistent with generally accepted professional consulting principles and practices. No other warranty, express or implied, is made. These services were performed consistent with our agreement with our client. This report is solely for the use and information of our client and their successors and assigns, advisors, counsel, lenders and prospective lenders, and prospective buyers and lenders. To the extent that any additional parties intend to rely upon this report, they may do so only upon a written request to and approval from D'Amore Associates, Inc., which approval shall not be reasonably withheld.

Opinions and recommendations contained in this report apply to conditions existing when services were performed and are intended only for the client, purposes, locations, time frames, and project parameters indicated. We are not responsible for the impacts of any changes in environmental standards, practices, or regulations subsequent to performance of services. We do not warrant the accuracy of information supplied by others, or the use of segregated portions of this report.