Immediate Response Action Status Report

For

28 Central Square, Chelmsford

RTN # 3-2739, Related RTN # 3-20316

Prepared pursuant to:

Massachusetts Contingency Plan (310 CMR 40.00)

Prepared for:

Mr. Keith Crider
Kleenit, Inc.
44 Park Street
Ayer, MA 01432

December 16, 2003

*D'AMORE ASSOCIATES, INC.*
*148 Ponakin Road*
*Lancaster, Massachusetts 01523*

*Environmental Engineering / Ground Water Consulting*

D'Amore Associates, Inc.

## Contents

1   Introduction..........................................................................................................2
　1.1   IRA Background for 28 Central Square.........................................................3
　1.2   IRA Plan Modification Objective....................................................................4
2   IRA Plan Modification Description.......................................................................5
　2.1   Hydrogen Release Compounds....................................................................5
　2.2   Inoculation Area Temporary Injection Points................................................6
　2.3   HRC Injection................................................................................................6
　2.4   Remedial Additives Sampling.......................................................................6
3   HRC Injection......................................................................................................8
　3.1   Inoculation Area Temporary Injection Points................................................8
　3.2   Remedial Additives Sampling.......................................................................8
4   Post Inoculation Monitoring.................................................................................9
　4.1   Discussion of Ground Water Sampling Results............................................9
　4.2   Future Response Actions..............................................................................9
5   Limitations.........................................................................................................10

Appendices

Appendix 1   Laboratory Analytical Reports

Tables

Table 1   Remedial Additives Sampling Results
Table 2   Ground Water Sampling Results

Figures

Figure 1   Site Locus Map
Figure 2   Site Plan

Page 1 of 10

Immediate Response Action Status Report
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
December 16, 2003

D'Amore Associates, Inc.

## 1 Introduction

The following report constitutes an IRA Status Report for the Care Cleaners site in Chelmsford. The original IRA Plan, which was submitted to the Department in February 2001, addresses the Substantial Release Migration (SRM) condition associated with the Notice of Responsibility (NOR) that Kleenit, Inc. received in January 2001. The SRM condition, which was assigned under the original RTN # 3-2739, exists because chlorinated solvents were detected along with gasoline-related compounds in ground water that was being pumped into Beaver Brook from a sump in the basement of 34 Central Square. The Care Cleaners facility is located next to Beaver Brook at 28 Central Square in Chelmsford (Figure 1). Thirty-four Central Square is located adjacent to Beaver Brook diagonally across the street (Figure 2).

Shortly after the SRM condition was identified, the Department assigned additional release tracking numbers (RTNs) to three potentially responsible parties (PRPs): Mobil Corporation (RTN 3-20265); Energy North Corporation (RTN 3-20264); and Kleenit, Inc. (RTN 3-20316) because of the presence of organic vapors in indoor air in the basement of the day care facility. This condition, which was identified in January 2001, constitutes a Critical Exposure Pathway (CEP) and was addressed in IRA Modification Plans that were developed by consultants for the three PRPs (Camp Dresser & McKee (CDM) for Mobil; Lessard Environmental, Inc. for Energy North; and D'Amore Associates, Inc. for Kleenit).

In November 2002, CDM prepared an IRA Completion Report for the CEP condition that detailed the remedial activities undertaken by CDM in order to mitigate and/or remediate the SRM as a CEP to indoor air at the property located at 34 Central Square and the potential source area. Concurrently, CDM has implemented a Phase IV remedy at the 30 Central Square property. CDM will be performing operations, maintenance, and monitoring (OMM) of the remedy under Phase V at the 30 Central Square property and include OMM of the remedial systems installed at 34 Central Square. The tri-annual air monitoring requirement at the 34 Central Square property has been included in the CDM Phase V Status reports.

Page 2 of 10

Immediate Response Action Status Report
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
December 16, 2003

### 1.1 IRA Background for 28 Central Square

Shortly after the release was discovered at the Care Cleaners facility in September 1989, use of the septic system, which initially was believed to be the source of contamination, was discontinued and a connection to the municipal sewer was made. The septic system was located in the rear of the building (Figure 3) and consisted of a cesspool that had not been properly decommissioned. The presence of residually contaminated soil in and around the cesspool and associated sewer pipe was believed to be the most probable source of contaminated ground water at the site. The purpose of the IRA Plan was to remove the cesspool and any impacted soil that may surround it and collect ground water samples prior to and following removal of the cesspool.

Following receipt of an Order of Conditions from the Chelmsford Conservation Commission, the cesspool was removed in September 2001. Soil samples collected for VOC analysis following removal of the cesspool indicated that the contaminant source may be something other than, or in addition to, the cesspool. These results were submitted to the Department in an IRA Status Report that was submitted to the Department in November 2001. Additional excavation activities, which extended beneath an addition to the rear of the building, took place in November 2001. The results of that work are summarized in a Supplemental Field Investigation Report that was submitted to the Department in January 2002. The report was prepared to support re-scoring the site, which was required due to the CEP condition that existed at 34 Central Square.

During the November 2001 mobilization to the site, a small amount of a black liquid, which was visually identified by Frank Murphy of Kleenit as solvent still residue, was observed to be weeping out of the sidewall next to the original rear door of the dry cleaning facility. For structural reasons, further soil removal was not possible at this location.

To assess conditions within the building, in April 2002, four soil borings were installed within the building. The results, which are summarized in Section 2.7, suggest that the source of the release is next to the rear door of the original building. The elevated chlorinated VOC results at monitoring well MW-9, which was installed in the excavation prior to backfilling it, reflect the presence of a small amount of solvent still residue that is dissolving in water.

Page 3 of 10

Immediate Response Action Status Report
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
December 16, 2003

D'Amore Associates, Inc.

### 1.2   IRA Plan Modification Objective

An IRA Status Report and Plan Modification was submitted to the Department In May 2002 that summarized the results of these investigations and described modifications to the IRA Plan to address the localized ground water "hot spot" that was identified in the rear of the building as a result of the implementation of the IRA Plan. The IRA Modification described how hydrogen release compounds (HRC) will be injected into the ground to chemically interact with the presence of elevated concentrations of chlorinated compounds in ground water in the rear of the building.

Pending the evaluation of HRC to address this condition and the completion of additional Phase II response actions, which are necessary to characterize the lateral extent of contamination, the application of HRC over a greater portion of the site will be considered in achieving a Permanent Solution at the Site. This would be done in the context of a Phase IV Remedy Implementation Plan.

Page 4 of 10

Immediate Response Action Status Report
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
December 16, 2003

## 2 IRA Plan Modification Description

The IRA Plan Modification addressed elevated level of chlorinated solvents present in ground water at MW-9, which is located next to the original foundation in the rear of the building. The plan is to inject hydrogen release compounds (HRC) in a series of five inoculation wells, which are located in the vicinity of the cesspool and previously excavated area, to neutralize the chlorinated VOCs present in ground water. Regenesis, Inc. of Wakefield, Massachusetts will be supplying the HRC.

### 2.1 Hydrogen Release Compounds

The following description of HRC was provided by Regenisis.

> HRC is used to enhance in situ biodegradation rates for chlorinated hydrocarbons (CHs) by supporting anaerobic reductive dechlorination processes. Reductive dechlorination is now recognized as one of the primary attenuation mechanisms by which chlorinated solvent groundwater plumes can be contained and/or remediated.

> HRC is a proprietary polylactate ester that, upon being deposited into the subsurface, slowly releases lactate. Lactate is metabolized by naturally occurring microorganisms, resulting in the creation of anaerobic aquifer conditions and the production of hydrogen. Naturally occurring microorganisms capable of reductive dechlorination then use the hydrogen to progressively remove chlorine atoms from chlorinated hydrocarbon contaminants (i.e. convert tetrachloroethene [PCE] to trichloroethene [TCE] to dichloroethene [DCE] to vinyl chloride [VC] to ethene).

> HRC is manufactured as a viscous gel that can be injected into the saturated zone in a grid or barrier configurations for either localized area or cutoff-based treatment approaches. The use of HRC for groundwater remediation offers a comparatively simple and cost effective remediation alternative for sites that would otherwise require unacceptably long periods of time for natural attenuation or the high levels of capital investment and operating expense associated with active remediation technologies.

Immediate Response Action Status Report
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
December 16, 2003

Page 5 of 10

D'Amore Associates, Inc.

### 2.2 Inoculation Area Temporary Injection Points

The treatment area, which is considered to be the source area, is approximately 15 feet x 20 feet. The PCE contaminant level at MW-9, which was sampled on January 3, 2002, was 48,700 ug/L. The contaminated saturated zone thickness that requires treatment is approximately 8 feet.

### 2.3 HRC Injection

The HRC will be inoculated according to the following scheduled that was developed by Regenisis:

| HRC Treatment-Excavation Application | |
|---|---|
| Design Feature | Specification |
| Thickness requiring treatment | 8 feet |
| Treatment Area | 15 feet x 20 feet |
| VOC Concentration | 48,700 ug/L PCE |
| HRC Application Rate | 9lbs/foot |
| Delivery: Temporary Injectable Points | 5 points spaced approximately 8 feet between points and 8 feet between rows. apply 72lbs of HRC per point |
| Total Material Requirement | 5 points x 9lbs/ft x 8 feet = 360lbs HRC |

### 2.4 Remedial Additives Sampling

HRC byproducts will be monitored in one upgradient and one downgradient well on a quarterly basis to validate the HRC-based enhancement of reductive dechlorination processes and to comply with 310 CMR 40.0040. Prior to the inoculation, an initial or "baseline" round of sampling will be performed to identify pre-HRC installation groundwater conditions. After delivery of the HRC to the subsurface, samples will be collected on a quarterly basis.

Page 6 of 10

Immediate Response Action Status Report
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
December 16, 2003

D'Amore Associates, Inc.

The monitoring program will include the measurement of the following chemical parameters:

- natural attenuation/inorganic parameters: total and dissolved iron, dissolved manganese, nitrate, sulfate, sulfide, and chloride
- HRC-based electron donor: total organic carbon and/or metabolic acids (lactic, pyruvic, acetic, propionic, and butyric). TOC analysis may be sufficient to measure electron donor (HRC) levels.
- End-product dissolved gases: carbon dioxide, methane, ethane and ethene

Monitoring wells MW-4 and MW-14 have been identified as the upgradient and downgradient monitoring wells, respectively.

Page 7 of 10

Immediate Response Action Status Report
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
December 16, 2003

## 3  HRC Injection

### 3.1  Inoculation Area Temporary Injection Points

The treatment area, which is considered to be the source area, is approximately 15 feet x 20 feet. The contaminated saturated zone thickness that requires treatment is approximately 8 feet.

On April 23, 2003, TDS installed five temporary injection points in the former excavation near MW-9 in the rear of the building. HRC was applied to the subsurface using direct-push hydraulic equipment (a GeoProbe drill rig). Using this method, drive rods were pushed to the bottom of the contaminated saturated zone and then HRC was injected as the rods were withdrawn. HRC was injected using an appropriate pump capable of processing a material with a viscosity of 20,000 centipoise, at flow rates of 3 to 10 gallons per minute (11 to 38 liters/minute), and at pressures ranging from 200 psig to 1,500 psig (14 to 102 bar). Approximately 25 gallons of the solution were injected into the ground.

### 3.2  Remedial Additives Sampling

Prior to inoculating the source area, the upgradient and downgradient monitoring wells (MW-4 and MW-14, respectively) were purged and sampled for remedial additives. This occurred on April 23, 2003. Subsequent sampling occurred on July 24 and November 23, 2003. Woods Hole Group (WHG) of Raynham, Massachusetts performed the analyses. The remedial additives suite consists of the following chemical parameters: natural attenuation/inorganic parameters: total and dissolved iron, dissolved manganese, nitrate, sulfate, sulfide, and chloride; HRC-based electron donor: total organic carbon and/or metabolic acids (lactic, pyruvic, acetic, propionic, and butyric); and end-product dissolved gases: carbon dioxide, methane, ethane and ethane. In addition, MW-4 and MW-14 were sampled by WHG for VOCs via USEPA Method 8260.

The analytical results for all of the quarterly sampling events are summarized in Table 1. Inspection of the sampling results reveals that the water quality with respect to the remedial additive parameters has remained relatively consistent. The laboratory analytical reports are included in Appendix 1.

Page 8 of 10

Immediate Response Action Status Report
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
December 16, 2003

## 4   Post Inoculation Monitoring

To monitor the effectiveness of the HRC injection MW-4, MW-9, MW-10 and MW-11 and MW-14 have been monitored on a quarterly basis for VOCs via USEPA Method 8260. The sampling results are summarized in Table 2. Woods Hole Group and ConTest Analytical Laboratory of East Longmeadow have performed the VOC analyses. The laboratory analytical reports for the last two sampling events are included in Appendix 1.

### 4.1   Discussion of Ground Water Sampling Results

Inspection of the data reveals that reductive de-chlorination (i.e., the progressive removal of chlorine atoms from chlorinated hydrocarbon contaminants, which converts tetrachloroethene [PCE] to trichloroethene [TCE] to dichloroethene [DCE] to vinyl chloride [VC] to ethane, continues to occur. In the most severely impacted well, MW-11, PCE and TCE concentrations continue to decrease while cis-1,2 DCE and VC continue to increase.

### 4.2   Future Response Actions

Pending receipt and evaluation of the next quarterly sampling results, additional HRC injections in the source area may be required.

## 5    Limitations

The services described in this report were performed consistent with generally accepted professional consulting principles and practices. No other warranty, express or implied, is made. These services were performed consistent with our agreement with our client. This report is solely for the use and information of our client and their successors and assigns, advisors, counsel, lenders and prospective lenders, and prospective buyers and lenders. To the extent that any additional parties intend to rely upon this report, they may do so only upon a written request to and approval from D'Amore Associates, Inc., which approval shall not be reasonably withheld.

Opinions and recommendations contained in this report apply to conditions existing when services were performed and are intended only for the client, purposes, locations, time frames, and project parameters indicated. We are not responsible for the impacts of any changes in environmental standards, practices, or regulations subsequent to performance of services. We do not warrant the accuracy of information supplied by others, or the use of segregated portions of this report.

Page 10 of 10

Immediate Response Action Status Report
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
December 16, 2003