# D'Amore Associates, Inc.

148 Ponakin Road      Lancaster, Massachusetts 01523     (978) 368-1802    Fax (978) 368-1608

*Environmental Engineering and Ground Water Consulting*

November 22, 2004

Ms. Jennifer Wang
MADEP/BWSC
205A Lowell Street
Wilmington, MA 01887

Re:   Care Cleaners
      28 Central Square, Chelmsford
      IRA Status Report
      RTN # 3-2739

Dear Jennifer:

The following constitutes an IRA Status Report to the IRA Plan for the Care Cleaners site in Chelmsford. The original IRA Plan, which was submitted to the Department in February 2001, addresses the Substantial Release Migration (SRM) condition associated with the Notice of Responsibility (NOR) that Kleenit, Inc. received in January 2001. The SRM condition, which was assigned under RTN # 3-2739, exists because chlorinated solvents were detected along with gasoline-related compounds in ground water that was being pumped into Beaver Brook from a sump in the basement of 34 Central Square. The Care Cleaners facility is located next to Beaver Brook at 28 Central Square in Chelmsford. Thirty-four Central Square is located adjacent to Beaver Brook diagonally across the street.

Shortly after the SRM condition was identified, the Department assigned release tracking numbers (RTNs) in January 2001 to three potentially responsible parties (PRPs): Mobil Corporation (RTN 3-20265); Energy North Corporation (RTN 3-20264); and Kleenit, Inc. (RTN 3-20316) because of the presence of organic vapors in indoor air in the basement of the day care facility. This condition constitutes a Critical Exposure Pathway (CEP) and is being addressed in IRA Modification Plans that were developed by consultants for the three PRPs: (Camp Dresser & McKee (CDM) for Mobil; Lessard Environmental, Inc. for Energy North; and D'Amore Associates, Inc. for Kleenit). The CEP IRA Status Report for RTN # 2-20316 will be submitted to the Department under separate cover.

IRA Background

Shortly after the release was discovered at the Care Cleaners facility in September 1989, use of the septic system, which initially was believed to be the source of contamination, was discontinued and a connection to the municipal sewer was made. The septic system was located in the rear of the building and consisted of a cesspool that had not been properly decommissioned. The presence of residually contaminated soil in and around the cesspool and associated sewer pipe was believed to be the most probable source of contaminated ground water at the site. The purpose of the IRA Plan was to remove the cesspool and any impacted soil that may surround it and collect ground water samples prior to and following removal of the cesspool.

Following receipt of an Order of Conditions from the Chelmsford Conservation Commission, the cesspool was removed in September 2001. Soil samples collected for VOC analysis following removal of the cesspool indicated that the contaminant source may be something other than, or in addition to, the cesspool. These results were submitted to the Department in an IRA Status Report that was submitted to the Department in November 2001. Additional excavation activities, which extended beneath an addition to the rear of the building, took place in November 2001. The results of that work are summarized in a Supplemental Field Investigation Report that was submitted to the Department in January 2002. The report was prepared to support re-scoring the site, which was required due to the CEP condition that existed at 34 Central Square.

IRA Plan Modification Status

The IRA Modification that was submitted to the Department in May 2002 addressed a localized ground water "hot spot" that was identified in the rear of the building. The IRA Modification described how hydrogen release compounds (HRC) would be injected into the ground to chemically interact with the presence of elevated concentrations of chlorinated compounds in ground water in the rear of the building.

Implementation of the IRA Plan Modification was successful as reported in the last IRA Status Report. Inspection of the data reveals that reductive de-chlorination , which is a chemical transformation whereby the progressive removal of chlorine atoms from chlorinated hydrocarbon contaminants is occurring. Future HRC inoculations will occur as part of the Phase IV Remedy.

Phase II Comprehensive Site Assessment/Phase III Feasibility Study

In June 2004, a Phase II Comprehensive Site Assessment and Phase III Feasibility Study (FS) were completed. The conclusion of the Feasibility Study is that in-situ application of hydrogen release(s) compounds combined with specially formulated bacteria to accelerate the de-chlorination of vinyl chloride is the most effective technology for the site.  Soil and ground water would be inoculated with these materials through a delivery system that consists of temporary vertical inoculation points that would be installed in the rear, along the north side and in front of 28 Central Square . Ground water quality would be monitored quarterly during the treatment process and additional HRC would be added as needed. This appears to be the most feasible and economical remediation option that can be immediately implemented. A proposal has been received from Regenesis and is under review.

Schedule

Once the Regenesis proposal has been reviewed and approved, the Phase IV Remedy Implementation Plan (RIP) will be prepared and submitted to the Department along with an IRA Completion Statement, after which the RIP will be implemented.  It is anticipated that these activities will occur within the next quarter.

Sincerely,

D'Amore Associates, Inc.

Denis D'Amore, Ph.D., P.E.
Massachusetts Licensed Site Professional
License #  6039