# D'Amore Associates, Inc.

148 Ponakin Road    Lancaster, Massachusetts 01523    (978) 368-1802    Fax (978) 368-1608

*Environmental Engineering and Ground Water Consulting*

June 7, 2005

Ms. Jennifer Wang
MADEP/BWSC
One Winter Street
Boston, MA 02108

Re:     Care Cleaners
        28 Central Square, Chelmsford
        IRA Status Report
        RTN # 3-2739

Dear Jennifer:

The following constitutes an IRA Status Report to the IRA Plan for the Care Cleaners site in Chelmsford. The original IRA Plan, which was submitted to the Department in February 2001, addresses the Substantial Release Migration (SRM) condition associated with the Notice of Responsibility (NOR) that Kleenit, Inc. received in January 2001. The SRM condition, which was assigned under RTN # 3-2739, exists because chlorinated solvents were detected along with gasoline-related compounds in ground water that was being pumped into Beaver Brook from a sump in the basement of 34 Central Square. The Care Cleaners facility is located next to Beaver Brook at 28 Central Square in Chelmsford. Thirty-four Central Square is located adjacent to Beaver Brook diagonally across the street.

Shortly after the SRM condition was identified, the Department assigned release tracking numbers (RTNs) in January 2001 to three potentially responsible parties (PRPs): Mobil Corporation (RTN 3-20265); Energy North Corporation (RTN 3-20264); and Kleenit, Inc. (RTN 3-20316) because of the presence of organic vapors in indoor air in the basement of the former day care facility located at 34 Central Square. This condition constituted a Critical Exposure Pathway (CEP) and was addressed in IRA Modification Plans that were developed by consultants for the three PRPs: (Camp Dresser & McKee (CDM) for Mobil; Lessard Environmental, Inc. for Energy North; and D'Amore Associates, Inc. for Kleenit). Approximately six months ago, the day care facility moved out of 34 Central Square. Currently the building is unoccupied and up for sale.

IRA Background

Shortly after the release was discovered at the Care Cleaners facility in September 1989, use of the septic system, which initially was believed to be the source of contamination, was discontinued and a connection to the municipal sewer was made. The septic system was located in the rear of the building and consisted of a cesspool that had not been properly decommissioned. The presence of residually contaminated soil in and around the cesspool and associated sewer pipe was believed to be the most probable source of contaminated ground water at the site. The purpose of the IRA Plan was to remove the cesspool and any impacted soil that may surround it and collect ground water samples prior to and following removal of the cesspool.

Following receipt of an Order of Conditions from the Chelmsford Conservation Commission, the cesspool was removed in September 2001. Soil samples collected for VOC analysis following removal of the cesspool indicated that the contaminant source may be something other than, or in addition to, the cesspool. These results were submitted to the Department in an IRA Status Report that was submitted to the Department in November 2001. Additional excavation activities, which extended beneath an addition to the rear of the building, took place in November 2001. The results of that work are summarized in a Supplemental Field Investigation Report that was submitted to the Department in January 2002. The report was prepared to support re-scoring the site, which was required due to the CEP condition that existed at 34 Central Square.

IRA Plan Modification Status

The IRA Modification that was submitted to the Department in May 2002 addressed a localized ground water "hot spot" that was identified in the rear of the building. The IRA Modification described how hydrogen release compounds (HRC) would be injected into the ground to chemically interact with the presence of elevated concentrations of chlorinated compounds in ground water in the rear of the building.

Implementation of the IRA Plan Modification was successful as reported in the last IRA Status Report. Inspection of the data reveals that reductive de-chlorination, which is a chemical transformation whereby the progressive removal of chlorine atoms from chlorinated hydrocarbon contaminants is occurring. Future HRC inoculations will occur as part of the Phase IV Remedy.

Phase II Comprehensive Site Assessment/Phase III Feasibility Study

In June 2004, a Phase II Comprehensive Site Assessment and Phase III Feasibility Study (FS) were completed. The conclusion of the Feasibility Study is that in-situ application of hydrogen release(s) compounds combined with specially formulated bacteria to accelerate the de-chlorination of vinyl chloride is the most effective technology for the site. Soil and ground water would be inoculated with these materials through a delivery system that consists of temporary vertical inoculation points that would be installed in the rear, along the north side and in front of 28 Central Square. Ground water quality would be monitored quarterly during the treatment process and additional HRC would be added as needed. This appears to be the most feasible and economical remediation option that can be immediately implemented. A proposal has been received from Regenesis and is under review.

Indoor Air Sampling

On May 19, 2005, two air samples were collected from within the dry cleaning facility and one background sample was collected outside the rear of the building near the former hot spot. The purpose of collecting the samples was to evaluate the potential for the presence of a complete migration pathway into the building from shallow contaminated ground water in the former hot spot area. The samples were collected once the dry cleaning unit was decommissioned and removed of from the building.

The air samples were collected during normal working hours in Summa canisters that were fitted with an eight-hour regulator. The canisters were placed at the site between 8:00 and 8:30 AM and retrieved between 4:00 and 4:40 PM on the same day. One canister (CT 3395) was placed in the front of the building behind the service counter. A second canister (CT 3430) was placed in the rear of the building where the former dry cleaning unit was located. The third canister (CT 4026) was placed outside of the building near MW-9. Contest Analytical Laboratory (ConTest) of East Longmeadow, Massachusetts analyzed the samples for VOCs via Method TO14. The sampling results are summarized in Table 1. The laboratory report is included in Attachment 1.

The sampling results reveal that inside the building, tetrachloroethene (PCE), cis-1,2 dichloroethene (cis-1,2 DCE), trichloroethene (TCE) and 1,1,1 trichloroethane (1,1,1 TCA) are present at very low levels with the highest levels being present in the front of the building. No vinyl chloride (VC) was detected in either sample. With the exception of very low levels of chloromethane and dichlorodifluoromethane, no VOCs were present in the exterior air sample.

The permissible exposure limits (PELs) for all of the compounds identified at the site are orders of magnitude below OSHA established limits. The PELs are included along with the laboratory report.

Ground Water Sampling

In order to evaluate the relation ship between indoor air and ground water quality, ground water samples were collected for VOC analysis by ConTest via Method 8260 on May 17, 2005 from MW-9, which is located outside of the building in the former hot spot, and MW-10 and MW-11, which are located inside the building on either side of the where the dry cleaning machine was located. The sampling results are summarized in Table 2. The laboratory report is included in Attachment 1. The principal chlorinated VOCs that are present include; PCE, TCE, cis-1,2 DCE and VC. 1,1 DCE and trans-1,2 DCE are also present.

To place the May 2005 results into perspective, the historical water quality for these three wells is presented in Table 3 along with the May 2005 results. Examination of Table 3 reveals that the highest VOC levels continue to be present in MW-11 and current VOC levels are significantly lower that they were a year ago. Considering the compounds with the highest concentrations, cis-1,2 DCE and VC; cis-1,2 DCE decreased from 32,300 ug/l in March 2004 to 8,960 ug/l and VC decreased from 11,900 ug/l to 8,030 ug/l. The implication to be made here is that reductive chlorination continues to occur.

Schedule

Once the insurance company has reviewed and approved the Regenesis proposal, the Phase IV Remedy Implementation Plan (RIP) will be prepared and submitted to the Department along with an IRA Completion Statement, after which the RIP will be implemented.

Sincerely,

D'Amore Associates, Inc.

Denis D'Amore, Ph.D., P.E.
Massachusetts Licensed Site Professional
License # 6039

Attachment and Tables