Supplemental Field Investigation Report

For

28 Central Square, Chelmsford

RTN # 3-20316 and 3-2739

Prepared pursuant to:

Massachusetts Contingency Plan (310 CMR 40.00)

Prepared for:

Mr. Keith Crider
Kleenit, Inc.
44 Park Street
Ayer, MA 01432

January 16, 2002

*D'AMORE ASSOCIATES, INC.*
*148 Ponakin Road*
*Lancaster, Massachusetts 01523*

*Environmental Engineering / Ground Water Consulting*

Contents

1   Introduction ................................................................................................ 2
    1.1   SRM IRA Plan Objective......................................................................... 2
    1.2   CEP IRA Modification Plan Objective ..................................................... 3
2   Continuation of SRM IRA Activities .......................................................... 4
    2.1   Soil Excavation...................................................................................... 4
    2.2   Soil Sampling and Results .................................................................... 5
    2.3   Ground Water Sampling Results .......................................................... 5
    2.4   Bill of Lading ......................................................................................... 8
3   Migration Pathways and Exposure Potential........................................... 9
    3.1   Air........................................................................................................... 9
    3.2   Ground Water........................................................................................ 9
    3.3   Soil ...................................................................................................... 10
    3.4   Surface Water including Sediments.................................................... 10
    3.5   Environmental Exposure..................................................................... 10
4   Limitations................................................................................................ 11

Appendices
Appendix 1      Laboratory Analytical Reports
Appendix 2      CDM Data

List of Tables
Table 1       Soil Sampling Results, September 18, 2001
Table 2       Soil Sampling Results, November 29, 2001
Table 3       VOC Ground Water Sampling Results, January 3, 2002
Table 4       Ground Water/Surface Water Sampling Summary

List of Figures
Figure 1      Site Locus Map
Figure 2      MADEP Site Map
Figure 3      Site Plan
Figure 4      Building Addition Detail
Figures 5-8   Site Photographs
Figure 9      Post Excavation Sampling Locations

# 1 Introduction

The following report is a supplement to an IRA Status Report that was submitted to the DEP in November 2001. The IRA Status Report documented fieldwork that was initiated in September 2001 under an IRA Plan for 28 Central Square, Chelmsford. The current report summarizes the results of additional excavation activities that were conducted at the site since that time and will be used in part to determine the numerical ranking score (NRS) for RTN 3-20316, which was assigned because of the presence of organic vapors in indoor air at a day care facility located at 34 Central Square. The report also includes an assessment of migration pathways and exposure potential for the day care facility.

The IRA Plan, which is being implemented by Kleenit, Inc. at 28 Central Square, addresses the Substantial Release Migration (SRM) associated with the Notice of Responsibility (NOR) that Kleenit, Inc. received on January 2001. The SRM condition, which was assigned under RTN # 3-2739, exists because chlorinated solvents were detected in ground water that was being pumped into Beaver Brook from a sump in the basement of 34 Central Square, which is located hydraulically downgradient of the Care Cleaners Facility. The Care Cleaners facility is located next to Beaver Brook at 28 Central Square in Chelmsford (Figure 1). The property located at 34 Central Square is located adjacent to Beaver Brook diagonally across the street (Figure 2).

Shortly after the SRM condition was identified, the Department assigned release tracking numbers (RTNs) in January 2001 to three potentially responsible parties (PRPs): Mobil Corporation (RTN 3-20265); Energy North Corporation (RTN 3-20264); and Kleenit, Inc. (RTN 3-20316) because of the presence of organic vapors in indoor air at the day care facility. This condition constitutes a Critical Exposure Pathway (CEP) and is being addressed in IRA Modification Plans that were developed by consultants for the three PRPs: (Camp Dresser & McKee (CDM) for Mobil; Lessard Environmental, Inc. for Energy North; and D'Amore Associates, Inc. for Kleenit).

## 1.1 SRM IRA Plan Objective

Shortly after the release was discovered at the Care Cleaners facility in September 1989, use of the septic system, which is believed to be the source of contamination, was discontinued, and a connection to the municipal sewer was made. The former septic system, which is a abandoned cesspool, was located in the rear of the building (Figure 3). The presence of residually contaminated soil in and around the cesspool and associated sewer pipe is believed to be the most probable source of contaminated ground water at the site. The purpose of the SRM IRA Plan was to remove the cesspool and any impacted soil that may surround it. In addition, two rounds of water samples were, or will be, obtained from on site monitoring wells before and after the system was removed.

Since receiving approval to implement the SRM IRA Plan, one round of water quality samples have been collected and approximately 45 c.y. of soil have been removed from the rear of the building. Based upon post excavation soil and ground water sampling results and field observations, additional subsurface investigations are necessary and will be conducted in the near future.

D'Amore Associates, Inc.

## 1.2   CEP IRA Modification Plan Objective

The purpose of the CEP IRA Modification Plan is to mitigate the Critical Exposure Pathway condition that was identified at 34 Central Square by the Department in January 2001. In order to eliminate the occurrence of organic vapors in indoor air due to the presence of volatile organic compounds (VOCs) in ground water, the following mitigating measures have been undertaken:

- Air scrubbers have been placed and are operating in both basements;
- Plans for modifying the carbon filtration system that treats the sump water prior to its discharge to Beaver Brook have been submitted to the Department. Modifications are scheduled to be implemented by the end of January;
- The basement sumps will be sealed when the treatment system is upgraded;
- A rigorous indoor air monitoring program has been implemented to evaluate the effectiveness of the mitigating measures that are being implemented; and
- Modifications and additions to the combination of treatment measures that are currently, or will be, in place will be proposed as required based upon the indoor air quality results.

## 2 Continuation of SRM IRA Activities

An SRM IRA Status Report documenting initial excavation activities conducted in September 2001 at 28 Central Square was submitted to the Department in November 2001. The status report describes how approximately 9 c.y. of contaminated soil were removed from the rear of the building near the old cesspool. When it was determined that contamination in soil extended beneath the building addition footprint, excavation activities were temporarily terminated until the structure could be adequately supported. The September 2001 post-excavation sampling results are summarized in Table 1. The sampling locations are depicted on Figure 4.

| Table 1 Soil Sampling Results, 9/18/01 (mg/kg) 28 Central Square, Chelmsford | | | | | | |
|---|---|---|---|---|---|---|
| Compound | RCS-1 | S-1/GW-1 | S-1 (30"-40") | S-2 (30"-40") | S-3 (30"-40") | S-4 (Base @ 60") |
| n-Butylbenzene | NE | | 0.017 | <0.002 | <0.002 | <0.002 |
| sec-Butylbenzene | NE | | 0.004 | <0.002 | <0.002 | <0.001 |
| tert-Butylbenzene | NE | | 0.002 | <0.002 | <0.002 | <0.002 |
| Carbon Disulfide | 100 | | 0.016 | <0.008 | <0.008 | <0.007 |
| 1,1-Dichloroethene | 0.1 | 0.7 | <0.001 | <0.002 | <0.001 | 0.01 |
| cis-1,2-Dichloroethene | 2 | 2 | 0.039 | 4.36 | 0.082 | 0.563 |
| trans-1,2-Dichloroethene | 4 | 4 | <0.002 | 0.003 | <0.002 | 0.005 |
| Ethylbenzene | 80 | | 0.002 | <0.002 | <0.002 | <0.001 |
| Isopropylbenzene | 1,000 | | 0.024 | 0.039 | <0.002 | 0.01 |
| Naphthalene | 4 | | 0.008 | <0.003 | <0.002 | <0.002 |
| n-propylbenzene | 100 | | 0.009 | <0.002 | <0.002 | <0.002 |
| Tetrachloroethene | 0.5 | 0.5 | 0.067 | **534** | **8.82** | **1,410** |
| Toluene | 90 | | 0.005 | <0.002 | <0.002 | <0.002 |
| Trichloroethene | 0.4 | 0.4 | 0.008 | **6.2** | 0.271 | **5.19** |
| 1,2,4-Trimethylbenzene | 1,000 | | 0.033 | <0.002 | <0.002 | <0.002 |
| 1,3,5-Trimethylbenzene | NE | | 0.012 | <0.003 | <0.003 | <0.002 |
| Vinyl Chloride | 0.3 | 0.3 | 0.007 | 0.033 | <0.002 | 0.243 |

Notes
1  NE - not established
2  Numbers in bold font exceed S-1/GW-1 standard

This supplemental report describes the additional excavation activities that were implemented at the end of November 2001.

### 2.1 Soil Excavation

On November 29, 2001, excavation activities resumed in the area of the cesspool where elevated levels of chlorinated solvents had been identified (The highest contamination, 1,400 mg/kg (PCE) had been detected at a depth of six feet beneath the footing of the addition). To facilitate excavation beneath the building addition, R.G. Construction Company of Ayer, Massachusetts removed most of the concrete block rear wall (Figure 5). The sewer pipe was temporarily disconnected after which soil and boulders were removed from the excavation, which extended almost to the edge of the original building footing (Figures 6 and 7). The approximate dimensions of the final excavation were 12 ft. (length) x 9 ft. (width) x 10 ft. (depth). A number of massive boulders, which were present in the upper six-foot soil horizon, were segregated from the soil, all of which was placed in a 30 c.y. roll off container that was double lined with 6-mil polyethylene sheeting.

Between a depth of 4.5 and 6.5 feet, the soil properties abruptly changed from a predominantly brown sand, silt, boulder matrix to a much less permeable gray fine-grained silty sand (Figure 8). It was along this interface that a small amount of a black residue, which was visually identified by Frank Murphy of Kleenit, as solvent still residue, was observed to be weeping out of the sidewall next to the rear door of the dry cleaning facility. A small amount of ground water also appeared to be perched at this interface. The excavation extended to a depth of approximately 10 feet where, for structural reasons, further soil removal was not possible.

Upon completion of excavation activities, the roll off was covered with a waterproof tarp and secured to the sides of the container with bungee cords. Once soil samples were collected from the cavity for laboratory analysis, a four-inch perforated diameter PVC pipe, which was wrapped with filter fabric, was placed vertically in the excavation near the rear door and the cavity was backfilled with sandy fill. This well, identified as MW-9, was subsequently sampled for VOCs.

## 2.2 Soil Sampling and Results

Seven post-excavation soil samples were collected from the base and three sides of the cavity for VOC analysis via Method 5035 by ConTest Analytical Laboratory of East Longmeadow. The fourth side of the cavity was the clean fill that was placed during the first excavation and was not sampled. Composite sidewall samples were collected from two feet to 6.5 feet and from 6.5 feet to 10 feet below grade. The base sample, which was obtained beneath six inches of standing water, was collected from the teeth of the excavator bucket. The sampling locations are depicted on Figure 9. The sampling results are summarized in Table 2. The laboratory analytical report is included in Appendix 1.

| Table 2 Soil Sampling Results, November 29, 2001 (mg/kg) 28 Central Square, Chelmsford | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Compound | S-1/GW-1 | SS (Base) | SSA (2' - 6.5') | SSA (6.5' - 10') | SSB (2' - 6.5') | SSB (6.5' - 10') | SSC (2' - 6.5') | SSC (6.5' - 10') |
| cis-1,2-Dichloroethene | 2 | 0.483 | 0.642 | 0.256 | 0.645 | 0.939 | <0.121 | 3.54 |
| Tetrachloroethene | 0.5 | 6.61 | 9.6 | 8.04 | 6.22 | 22.4 | 0.192 | 18 |
| Trichloroethene | 0.4 | 0.43 | 2.19 | 1.42 | 0.719 | 1.79 | <0.121 | 2.71 |

Notes
1 NE - not established
2 Numbers in bold font exceed S-1/GW-1 standard
3 No other VOC present above method detection limit

The sampling results indicate although PCE, TCE, and at one location cis-1,2-DCE, are present at levels in excess of the S-1/GW-1 standard, there has been a significant reduction in contamination from what was present following the initial excavation activities.

## 2.3 Ground Water Sampling Results

On January 3, 2002, MW-9 was purged of ten gallons of water (i.e., three times the volume of standing water in the well) and sampled for VOCs via USEPA Method 8260. The total well depth is 7.75 feet below grade. The depth to the water table was 2.75 feet below grade. The sample was analyzed by ConTest. The sampling results are summarized in Table 3. The laboratory analytical report is included in Appendix 1.

| Table 3 | | |
|---|---|---|
| VOC Ground Water Sampling Results, January 3, 2002 | | |
| 28 Central Square, Chelmsford | | |
| VOC Analyte | GW-1 Standard | MW-9 |
| Chlorobenzene | 100 | 1.1 |
| 1,4-Dichlorobenzene | 5 | 1.2 |
| Chloroethane | NE | |
| 1,1-Dichloroethene | 7 | 2.4 |
| cis-1,2-Dichloroethene | 70 | 301 |
| trans-1,2-Dichloroethene | 100 | 2.9 |
| Ethyl Benzene | 700 | 2.1 |
| Isopropylbenzene | NE | 7.5 |
| MTBE | 70 | 3.2 |
| Tetrachloroethene | 5 | 48,700 |
| Toluene | 1,000 | 0.7 |
| 1,1,1-Trichlorethane | 200 | 1.1 |
| Trichloroethene | 5 | 583 |
| Vinyl Chloride | 2 | 35.1 |
| Xylenes (total) | 10,000 | 9.4 |

The elevated chlorinated VOC results at MW-9 reflect the presence of the small amount solvent still residue that was weeping into the excavation near the rear door of the original structure between a depth of 4.5 and 6.5 feet, which is the interface where the soil properties abruptly changed from a predominantly brown sand, silt, boulder matrix to a much less permeable gray fine-grained silty sand. Four of those compounds, cis-1,2 DCE, PCE, TCE and VC, exceed the GW-1 standard. There were also a number of gasoline-related compounds that were present which were well below the GW-1 standard that are not related to 28 Central Square. The complete ground water and surface water summary for the chlorinated VOCs is presented in Table 4.

| Table 4 Chlorinated VOC Ground Water Quality Summary (ug/l) 28 Central Square, Chelmsford | | | | | | | |
|---|---|---|---|---|---|---|---|
| MW1 | 1,1 DCE | cis-1,2 DCE | trans-1,2 DCE | PCE | TCE | VC | Total VOCs |
| 10/31/90 (8240) | <2 | NA | <2 | <2 | <2 | <10 | |
| 4/10/92 (8240) | <2 | NA | <2 | <2 | <2 | <10 | |
| 3/8/95 (601) | <2 | <2 | <2 | <2 | <2 | <10 | |
| 3/25/97 (601) | <1 | <1 | <1 | <1 | <1 | <1 | |
| 7/7/99 (8260) | <0.6 | <0.5 | <0.8 | <0.4 | <1 | <0.3 | |
| 4/12/01 (8260) | <0.6 | <0.5 | <0.8 | <0.4 | <1 | <0.3 | |
| MW2 | | | | | | | |
| 10/31/90 (8240) | 11 | NA | <2 | 34 | 95 | 270 | 410 |
| 4/10/92 (8240) | <10 | NA | 3,480 | <10 | <10 | 535 | 4,015 |
| 3/8/95 (601) | <100 | 5,000 | <100 | <100 | 150 | 550 | 5,700 |
| 3/25/97 (601) | 4.1 | NA | 13 | <2.5 | 5.5 | 350 | 372.6 |
| 7/7/99 (8260) | <0.6 | 48 | <0.6 | <0.4 | <1 | 87.2 | 135.2 |
| 4/12/01 (8260) | <6 | 59.7 | <8 | 1,470 | 120 | 42.5 | 1,692.2 |
| MW3 | | | | | | | |
| 10/31/90 (8240) | <2 | NA | <2 | 6 | 11 | <10 | 17 |
| 4/10/92 (8240) | 6.2 | NA | 114 | 1,170 | <10 | 15.2 | 1,305.4 |
| 3/8/95 (601) | <5 | 74 | <5 | 360 | 170 | <25 | 604 |
| 3/25/97 (601) | <1 | <1 | <1 | 2 | <1 | <1 | 2 |
| 7/7/99 (8260) | 1.4 | 212 | 1.1 | 392 | 348 | 92.2 | 1,046.7 |
| 4/12/01 (8260) | <0.6 | 202 | 0.9 | 53.1 | 70.1 | 41.3 | 367.4 |
| MW4 | | | | | | | |
| 10/31/90 (8240) | 7 | NA | <2 | 830 | 330 | 46 | 1,213.0 |
| 4/10/92 (8240) | <2 | NA | <2 | 13.4 | 2.5 | <10 | 15.9 |
| 3/8/95 (601) | <1 | 1 | <1 | 0.8 | 0.7 | <5 | 2.5 |
| 3/25/97 (601) | <1 | NA | <1 | <1 | <1 | <1 | |
| 7/7/99 (8260) | <0.6 | 6 | <0.8 | 12.1 | 4.5 | <0.3 | 22.6 |
| 4/12/01 (8260) | <0.6 | <0.5 | <0.8 | 2.2 | <1 | <0.3 | 2.2 |
| MW5 | | | | | | | |
| 10/31/90 (8240) | Not Installed | | | | | | |
| 4/10/92 (8240) | <2 | NA | 11.7 | 67 | 7.4 | <10 | 86.1 |
| 3/8/95 (601) | <1 | <1 | <1 | 6 | 3 | 8 | 17 |
| 3/25/97 (601) | <1 | NA | <1 | 31 | 3.4 | 1 | 35.4 |
| 7/7/99 (8260) | <0.6 | 11 | <0.8 | 11.2 | 7.1 | 4.6 | 33.9 |
| 4/12/01 (8260) | <3 | 13 | <4 | 113 | 39.4 | 6 | 171.4 |
| MW6 | | | | | | | |
| 10/31/90 (8240) | Not Installed | | | | | | |
| 4/10/92 (8240) | <2 | NA | <2 | 6.9 | <2 | <10 | 6.9 |
| 3/8/95 (601) | <1 | 43 | <1 | 45 | 10 | 12 | 110 |
| 3/25/97 (601) | <2.5 | NA | <2.5 | 150 | 26 | 5.5 | 181.5 |
| 7/7/99 (8260) | <0.6 | 18.4 | <0.8 | 69.9 | 32 | 1.2 | 121.5 |
| 4/12/01 (8260) | <3 | 28 | <4 | 181 | 75.3 | <1.5 | 284.3 |
| MW7 | | | | | | | |
| 10/31/90 (8240) | Not Installed | | | | | | |
| 4/10/92 (8240) | <2 | NA | 14.9 | 22.5 | <2 | <10 | 37.4 |
| 3/8/95 (601) | <1 | <1 | <1 | <1 | <1 | <5 | |
| 3/25/97 (601) | <1 | NA | <1 | <1 | <1 | <1 | |
| 7/7/99 (8260) | <0.6 | <0.5 | <0.8 | <0.4 | <1 | <0.3 | |
| 4/12/01 (8260) | <0.6 | <0.5 | <0.8 | <0.4 | <1 | <0.3 | |
| MW8 | | | | | | | |
| 10/31/90 (8240) | Not Installed | | | | | | |
| 4/10/92 (8240) | <2 | NA | <2 | <2 | <2 | <10 | |
| 3/8/95 (601) | <1 | <1 | <1 | <1 | <1 | <5 | |
| 3/25/97 (601) | <1 | NA | <1 | 110 | 27 | 2.3 | 139.3 |
| 7/7/99 (8260) | <0.6 | <0.5 | <0.8 | <0.4 | <1 | <0.3 | |
| 4/12/01 (8260) | <0.6 | <0.5 | <0.8 | <0.4 | <1 | <0.3 | |
| MW-9 | | | | | | | |
| 1/3/02 (8260) | 2.4 | 301 | 2.9 | 48,700 | 583 | 35.1 | 49624.4 |
| Brook (upstream) | | | | | | | |
| 10/31/90 (8240) | NS | NS | NS | NS | NS | NS | |
| 4/10/92 (8240) | <2 | NA | 3 | 32.8 | <2 | <10 | 35.8 |
| 3/8/95 (601) | NS | NS | NS | NS | NS | NS | |
| 3/25/97 (601) | <1 | NA | <1 | <1 | <1 | <1 | |
| 7/7/99 (8260) | <0.6 | <0.5 | <0.8 | <0.4 | <1 | <0.3 | |
| Brook (downstream) | | | | | | | |
| 10/31/90 (8240) | NS | NS | NS | NS | NS | NS | |
| 4/10/92 (8240) | NS | NS | NS | NS | NS | NS | |
| 3/8/95 (601) | NS | NS | NS | NS | NS | NS | |
| 3/25/97 (601) | <1 | NA | <1 | <1 | <1 | <1 | |
| 7/7/99 (8260) | <0.6 | 12 | <0.8 | 3.7 | 1.6 | 0.8 | 18.3 |

Notes:
1. 10/31/90 (8240) - sampling date and method of analysis
2. NA - not analyzed
3. NS - not sampled
4. 1,1-DCE - 1,1 Dichloroethene
5. Cis-1,2 DCE - cis-1,2 Dichloroethen
6. trans-1,2-DCE - trans-1,2 Dichloroethene
7. PCE - Tetrachloroethene
8. TCE - Trichloroethene
9. VC - Vinyl chloride

D'Amore Associates, Inc.

*2.4   Bill of Lading*

The analytical data for the stockpiled soil is being reviewed by the receiving facility. As soon as it is approved, the soil will be transported to the facility under a Bill of Lading or other appropriate manifest.

# 3 Migration Pathways and Exposure Potential

## 3.1 Air

A select number of chlorinated and gasoline-related compounds have been identified in indoor air at a day care facility located at 34 Central Square. Three potentially responsible parties have been identified by the DEP and response actions to address the Critical Exposure Pathway are being undertaken by the three PRPs. The mitigating measures proposed by the PRPs are detailed in three separate IRA Modification Plans that were submitted to the Department in August 2001.

In November 2001, air scrubbers were installed in both basements to eliminate the presence of organic vapors in indoor air. Most recently, proposed modifications to the sump water treatment system were submitted to the Department and will be implemented by the end of January 2002. These modifications will eliminate the discharge of contaminated sump water to Beaver Brook. At that time, the basement sumps will be sealed.

A rigorous indoor air monitoring program has been implemented at 34 Central Square. Indoor air samples were collected for TO-14 and APH analysis in the east and west basements, the infant room and the stairwell in February, March, May and December 2001. The sampling results are summarized in a series of tables contained in CDM's Phase II Comprehensive Site Assessment (CSA), which have been included as Appendix 2 of this report. Although chlorinated VOC constituents are present in decreasing concentrations in indoor air samples, chlorinated VOC levels have been below DEP-established background concentrations for all four sampling rounds. In addition, CDM performed a Method III Risk Characterization for their disposal site, which includes 34 Central Square. Their analysis, which is included in the Phase II CSA, concluded that current constituent levels in indoor air do not present a risk to human health, welfare or the environment.

Consequently, while an air migration pathway exists at 34 Central Square, with the implementation of the mitigating measures described in the CEP IRA Modification Plans, there is no complete exposure pathway.

## 3.2 Ground Water

Ground water contaminated with chlorinated VOCs has migrated in a northeasterly direction passing beneath 34 Central Square and discharging into Beaver Brook. In addition to the wells located at 28 Central Square, chlorinated VOCs have been identified at five monitoring wells that are not located at 28 Central Square (GES-6, GES-7, GES-8, GES-8D and GES-10D (refer to Appendix 2, Figure 1 for well locations)). Based upon sampling results collected from MW-9 in November 2001 and April 2001 for the remainder of the 28 Central Square wells and July 2001 results for off-property wells (refer to Appendix 2, Table 2-2 for analytical results)), the highest level of chlorinated VOCs are present in monitoring well MW-9, which is located in the in the rear of the Care Cleaners facility.

All of the site monitoring wells (both on-property and off-property) are considered to be exposure points. Because access to ground water via these wells is controlled by bolt-down covers or, in one instance a

PVC cap, exposure to this medium is not likely. Consequently, while evidence of contamination exists, there is no complete exposure pathway.

### 3.3  Soil

The post excavation soil sampling results in the contaminant source area located behind the dry cleaning facility indicate that residually impacted soil is present two feet below grade. The impacted soil, which is located on private property, is covered with two feet of clean fill. Consequently, access to this soil in the near future is unlikely and no complete exposure pathway exists.

### 3.4  Surface Water including Sediments

Beaver Brook is located approximately 100 feet north-northeast of the site. The last time surface water samples were collected was in July 1999. No chlorinated VOCs were detected in the upstream sample. Low levels of four compounds were present in the downstream sample (cis-1,2 DCE (12 ug/l), PCE ug/l), TCE (1.8 ug/l) and VC (0.8 ug/l)) (refer to Table 4). The downstream sample was collected behind 34 Central Square.

While no ambient water quality criteria have been established for these compounds, these levels are orders of magnitude lower than the GW-3 standard established by the DEP to be protective of surface water. The GW-3 standards for these compounds are: cis-1,2 DCE (50,000 ug/l), PCE (5,000 ug/l), TCE (20,000 ug/l) and VC (40,000 ug/l). Based upon this analysis, an exposure potential via this pathway does not exist.

In summary, there is no known human exposure to oil and hazardous material present either by inhalation, dermal contact or ingestion of contaminants.

### 3.5  Environmental Exposure

The disposal site borders Beaver Brook where it passes through the center of Chelmsford. Because of urbanized setting, the banks of the brook in this reach have been artificially stabilized over the years with boulder rip rap. The little vegetation that is present in the impacted area is healthy and does not appear to be stressed. At the present time, there is no known impact to natural resource areas referenced in 310 CMR 40.0483(1)(a) 8c.

D'Amore Associates, Inc.

## 4  Limitations

The services described in this report were performed consistent with generally accepted professional consulting principles and practices. No other warranty, express or implied, is made. These services were performed consistent with our agreement with our client. This report is solely for the use and information of our client and their successors and assigns, advisors, counsel, lenders and prospective lenders, and prospective buyers and lenders. To the extent that any additional parties intend to rely upon this report, they may do so only upon a written request to and approval from D'Amore Associates, Inc., which approval shall not be reasonably withheld.

Opinions and recommendations contained in this report apply to conditions existing when services were performed and are intended only for the client, purposes, locations, time frames, and project parameters indicated. We are not responsible for the impacts of any changes in environmental standards, practices, or regulations subsequent to performance of services. We do not warrant the accuracy of information supplied by others, or the use of segregated portions of this report.