**Immediate Response Action Status Report,**
**Phase II Comprehensive Site Assessment**
**And**
**Phase III Focused Feasibility Study**

**For**

**28 Central Square, Chelmsford**

**RTN # 3-2739, Related RTN # 3-20316**

**Prepared pursuant to:**

**Massachusetts Contingency Plan (310 CMR 40.00)**

**Prepared for:**

**Mr. Keith Crider**
**Kleenit, Inc.**
**44 Park Street**
**Ayer, MA 01432**

**June 15, 2004**

*D'AMORE ASSOCIATES, INC.*
*148 Ponakin Road*
*Lancaster, Massachusetts 01523*

*Environmental Engineering / Ground Water Consulting*

D'Amore Associates, Inc.

## Contents

1   Introduction ............................................................................................................... 3
    1.1   Background .................................................................................................... 3
    1.2   IRA Plan ........................................................................................................ 5
    1.3   HRC Source Area Pilot Study ........................................................................ 6
    1.4   Phase II Additional Field Work ...................................................................... 6
2   Field Investigations ................................................................................................... 8
    2.1   Phase I Limited Site Assessment, October 1990, Ground Water Consultants, Inc. ......... 8
    2.2   Phase II Limited Comprehensive Site Investigation, March 1992, Ground Water
    Consultants, Inc. ...................................................................................................... 8
    2.3   DEP Site Discovery Investigation, August 2000 ............................................ 9
    2.4   Cesspool Removal, September 2001 ............................................................. 9
        2.4.1   Soil Excavation and Soil Screening ........................................................ 9
        2.4.2   Intermediate Soil Sampling and Results, September 9, 2001 ................. 11
        2.4.3   Post Excavation Soil Sampling and Results, November 29, 2001 .......... 12
    2.5   Interior Soil Boring Investigation, March 2002 ............................................. 13
        2.5.1   Interior Soil Borings ............................................................................... 13
        2.5.2   Interior Soil Sampling Results ................................................................ 14
    2.6   Adjacent Property Investigation, April 2003 ................................................. 14
        2.6.1   Soil Borings ............................................................................................ 14
        2.6.2   Groundwater Monitoring Wells .............................................................. 15
        2.6.3   Soil Sampling and Results ...................................................................... 16
    2.7   Groundwater Sampling (Current and Historical Results) .............................. 16
        2.7.1   Off Property Sampling Results (Wells installed and sampled by others) ............... 17
    2.8   Surface water and sediment samples .......................................................... 18
    2.9   Site Survey, ................................................................................................. 18
    2.10  Ground Water Elevations and Direction of Ground Water Flow .................... 18
    2.11  Horizontal and Vertical Hydraulic Gradients ............................................... 19
    2.12  Hydraulic conductivity and Seepage Velocity ............................................. 20
3   Nature and Extent of Contamination ...................................................................... 21
    3.1   Soil ............................................................................................................... 21
    3.2   Surface Water and Sediment ....................................................................... 21
    3.3   Ground Water and Disposal Site Boundary ................................................. 21
    3.4   Non-Chlorinated VOC Contamination .......................................................... 22
4   IRA Status Report and Impacts of HRC Source Area Pilot Study on Ground Water
Quality ......................................................................................................................... 24
    4.1   Remedial Additives Sampling ...................................................................... 24
5   Findings and Conclusions ....................................................................................... 25
6   Method 1 Risk Characterization .............................................................................. 27
    6.1   Introduction ................................................................................................. 27
    6.2   Identification of Current and Reasonably Foreseeable Future Site Uses ...... 28
    6.3   Hazard Identification .................................................................................... 28
        6.3.1   Oil and Hazardous Materials Known or Suspected to be Present .......... 28
        6.3.2   Data Not Included in the Risk Characterization ...................................... 29
    6.4   Exposure Assessment ................................................................................. 29
        6.4.1   Identification of Potential Human Receptors .......................................... 29
        6.4.2   Identification of Exposure Points ........................................................... 30
        6.4.3   Routes of Exposure ................................................................................ 30
        6.4.4   Summary of Complete Exposure Pathways ............................................ 31
        6.4.5   Selection of Risk Characterization Method ............................................. 31
        6.4.6   Identification of Ground Water and Soil Categories ................................ 32

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

6.5     Comparison of Exposure Point Concentrations to Method 1 Standards ........................ 32
6.6     Risk Characterization ........................................................................................................ 33
6.7     Stage 1 Environmental Screening .................................................................................... 33
6.8     Risk Assessment Conclusions .......................................................................................... 33
7     Phase III Focused Feasibility Study.......................................................................................... 35
7.1     Purpose............................................................................................................................... 35
7.2     Remedial Response Goal ................................................................................................... 36
7.3     Identification and Screening of Remedial Response Technologies and Process Options 36
7.4     Remedial Response Action Categories ............................................................................. 36
7.5     Detailed Screening of Technologies and Treatment Options .......................................... 37
    7.5.1     No Further Action.......................................................................................................... 37
    7.5.2     Institutional Actions...................................................................................................... 38
    7.5.3     Ex-situ Treatment Technologies .................................................................................. 39
    7.5.4     In-situ Treatment Technologies ................................................................................... 39
7.6     Summary of Retained Remedial Technologies................................................................. 42
7.7     Formulation and Evaluation of Remedial Response Alternative...................................... 43
8     Limitations................................................................................................................................... 44

Appendices
Appendix 1     Soil Boring Logs/Monitoring Well Construction Details
Appendix 2     Laboratory Analytical Reports
Appendix 3     Selected Off Property Sampling Results and Figures
Appendix 4     Grain Size/Permeability Laboratory Report

Tables
Table 1     Cesspool Area Intermediate Soil Sampling Results, 9/18/01
Table 2     Cesspool Area Post Excavation Soil Sampling Results, 11/29/01
Table 3     Building Interior Soil Boring OVM Results
Table 4     Building Interior Soil Sampling Results
Table 5     Adjacent Property Soil Boring Sampling Results
Table 6     VOC Ground Water Sampling Results, 3/11/04
Table 7     VOC Ground Water Quality Summary
Table 8     Ground Water Levels and Elevation Data, 4/28/03
Table 9     Pilot Study Chlorinated VOC Sampling Results
Table 10     Remedial Additives Sampling Results

Figures
Figure 1     Site Locus Map
Figure 2     MADEP Site Map
Figure 3     Site Plan
Figure 4     Building Addition Detail
Figures 5-8     Site Photographs
Figure 9     Post Excavation Soil Sampling Locations
Figure 10     Interior Soil Boring Locations
Figure 11     Surveyed Site Plan
Figure 12     Water Table Map, 4/28/03
Figure 13     Deep Overburden Potentiometric Map, 4/28/03
Figure 14     Approximate Ground Water Plume Limit

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

# 1    Introduction

The document has been prepared based upon presently available data as a Phase II Comprehensive Site Assessment (CSA) Report, Phase III Focused Feasibility Study (FS) for the Care Cleaners disposal site that is located at 28 Central Square in Chelmsford, Massachusetts (Figure 1). This report was prepared per the requirements of the Massachusetts Contingency Plan (MCP) at 310 CMR 40.0830 through 40.0836 and 310 CMR 40.0840 and consistent with the owner's present financial ability. The MCP requires that a Phase II CSA Report be prepared to document information obtained as a result of Comprehensive Site Assessment activities and support conclusions and Opinions based upon the findings of the assessment. The MCP indicates that the Phase II CSA Report shall reference or incorporate elements of the Phase I Report, as appropriate, and may be combined with the Phase III Report described in 310 CMR 40.0850. This Phase II CSA Report also includes information regarding a source-area pilot study that was implemented in February 2001 as a part of the ongoing Immediate Response Action Plan.

Included in the Phase II CSA, which is a compilation and evaluation of all of the presently available information and the prior investigations conducted at the disposal site, is a Method 1 Risk Characterization. **The risk assessment concluded that a Condition of No Significant Risk to human health does not exist at the site.** A Phase III Focused FS determined that full scale implementation of the Source Area HRC Pilot Study as a Phase IV remedy is the optimal way to address the presence of residual levels of chlorinated solvents in soil and ground water at the site.

This report also serves as an Immediate Response Action Status Report for the Substantial Release(s) Migration (SRM) Condition that exists for the site associated with the Notice of Responsibility (NOR) that Kleenit, Inc. received in January 2001.

## 1.1    Background

As a result of sampling the septic system and the NPDES outfall at the Care Cleaners facility in June 1989, chlorinated volatile organic compounds (VOCs) were identified in the septic system effluent. As a consequence to this discovery, the DEP issued a letter to Care Cleaners in April

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

1990 requiring them to initiate a field investigation to assess soil and ground water conditions at the site. In January 2001, Kleenit, Inc. received a Notice of Responsibility (NOR) that identified a Substantial Release Migration (SRM) condition associated with the site. According to the DEP, the SRM condition, which was assigned under the original RTN # 3-2739, exists because chlorinated solvents were detected along with gasoline-related compounds in ground water that was being pumped into Beaver Brook from a sump in the basement of 34 Central Square. The Care Cleaners facility is located next to Beaver Brook at 28 Central Square in Chelmsford (Figure 1). Thirty-four Central Square is located adjacent to Beaver Brook diagonally across the street (Figure 2). The original IRA Plan was submitted to the Department in February 2001 to addresses this condition.

Shortly after the SRM condition was identified, the Department assigned additional release(s) tracking numbers (RTNs) to three potentially responsible parties (PRPs) due to the presence of non-chlorinated and chlorinated VOCs in indoor air in the basement of a day care facility at 34 Central Square. The PRPs included: Exxon/Mobil Corporation (RTN 3-20265)located at 30 Central Square; Energy North Corporation (RTN 3-20264) located at 7 Acton Road; and Kleenit, Inc. (RTN 3-20316). This condition, which was identified in January 2001, constituted a Critical Exposure Pathway (CEP) and was addressed in IRA Modification Plans that were developed by consultants for the three PRPs (Camp Dresser & McKee (CDM) for Exxon/Mobil; Lessard Environmental, Inc. for Energy North; and D'Amore Associates, Inc. for Kleenit).

In November 2002, CDM prepared an IRA Completion Report for the CEP condition at 34 Central Square that detailed the remedial activities undertaken by CDM in order to mitigate and/or remediate the SRM as a CEP to indoor air at the property located at 34 Central Square and the potential source area. Concurrently, CDM has implemented a Phase IV remedy at the 30 Central Square property. CDM will be performing operations, maintenance, and monitoring (OMM) of the remedy under Phase V at the 30 Central Square property and include OMM of the remedial systems installed at 34 Central Square. The tri-annual air monitoring requirement at the 34 Central Square property is included in the CDM Phase V Status reports.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

### 1.2   IRA Plan

Shortly after a release was discovered at the Care Cleaners facility in September 1989, use of the septic system, which initially was believed to be the source of contamination, was discontinued and a connection to the municipal sewer was made.   The septic system was located in the rear of the building (Figure 3) and consisted of a cesspool that had not been properly decommissioned. The presence of residually contaminated soil in and around the cesspool and associated sewer pipe was, at that time, believed to be the most probable source of contaminated ground water at the site.

An IRA Plan was developed and submitted to the DEP in February 2001, the purpose of which was to remove the cesspool and any impacted soil that may surround it and collect ground water samples prior to and following removal of the cesspool.

Following receipt of an Order of Conditions from the Chelmsford Conservation Commission, the cesspool was removed in September 2001. Soil samples collected for VOC analysis following removal of the cesspool indicated that a contaminant source other than, or in addition to, the cesspool existed. These results were submitted to the Department in an IRA Status Report that was submitted to the Department in November 2001.  Additional excavation activities, which extended beneath an addition to the rear of the building, took place in November 2001.  The results of that work are summarized in a Supplemental Field Investigation Report that was submitted to the Department in January 2002.  The report was prepared to support re-scoring the site, which was required due to the CEP condition that existed at 34 Central Square.

During the November 2001 mobilization to the site, a small amount of a black liquid, which was visually identified by Frank Murphy of Kleenit as solvent still residue, was observed to be weeping out of the sidewall of the excavation next to the original rear door of the dry cleaning facility.  For structural reasons, further soil removal was not possible at this location.

To assess conditions within the building, in April 2002, four soil borings were installed within the building.  The results suggest that the source of the release(s) is beneath the addition and a portion

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

of the original building. The elevated chlorinated VOC results at monitoring well MW-9, which was installed in the excavation prior to backfilling it, reflect the presence of a small amount of solvent still residue that was dissolving in water.

### 1.3    HRC Source Area Pilot Study

An IRA Status Report and Plan Modification was submitted to the Department in May 2002 that summarized the results of these recent investigations and described modifications to the IRA Plan to address the newly discovered source area for the release(s). The IRA Modification described how hydrogen release(s) compounds (HRC) would be injected into the ground to chemically interact with the presence of elevated concentrations of chlorinated compounds in ground water in the rear of the building.

Since implementing the IRA Modification Plan, its progress has been monitored for one year and an evaluation of the practicality of using HRC across the site to address residual contamination in soil and ground water has been completed. The evaluation concluded that the application of HRC over a greater portion of the site is a viable alternative in achieving a Permanent Solution at the Site.

### 1.4    Phase II Additional Field Work

The additional tasks that were performed thus far for the purpose of the Phase II investigation include:

1.  Installing three shallow monitoring wells (i.e., 15 feet deep) in the parking lot adjacent to 28 Central Square. Two shallow wells were installed at the edge of the parking lot along the side of the Care Cleaners building and one shallow well was installed adjacent to Beaver Brook on the other side of the parking lot.

2.  At one location, a monitoring well was installed at a deeper depth to assess the presence of contamination in that part of the aquifer.

3.  Soil samples were collected in the shallow borings for laboratory analysis. One sample from each boring was analyzed for VOCs via Method 5035. One soil sample from the two deep boring was analyzed for VOCs.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

D'Amore Associates, Inc.

4. Two soil samples, one from the shallow and one from the deeper part of the aquifer, were collected for grain size and permeability testing.

5. After the new wells were installed, all the site wells (18) were purged and sampled for VOCs via USEPA Method 8260.

6. Surface water and sediment samples were collected at two separate locations for VOC analysis.

7. A vertical elevation and horizontal location survey of all of the monitoring wells and other pertinent features was conducted so that an accurate map of the direction of ground water flow could be prepared. Off site wells that are in the street right of way, including the former Paramount Cleaners wells, were included in the survey.

It is possible that additional information may be developed in the future during installation of the Phase IV remedy that will be used to supplement this Phase II CSA report.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

## 2    Field Investigations

The following sections summarize in chronological order the results of past and more recent field investigations that have been conducted at 28 Central Square. The purpose of the recent investigations were remove the old cesspool and contaminated soil, characterize soil and ground water quality in the parking lot on an abutting parcel of land between the site and Beaver Brook and collect data to complete a Phase II CSA. With the exception of the Phase II CSA, all of the other reports have been submitted to the Department in the form of IRA Plans or Status Reports. Boring Logs and laboratory analytical reports have been included in this Phase II CSA for convenience.

### 2.1    Phase I Limited Site Assessment, October 1990, Ground Water Consultants, Inc.

Ground Water Consultants, Inc. (GWC) installed four water table monitoring wells (MW-1 through MW-4) across the site. The wells were surveyed for location and elevation. Chlorinated VOCs were detected in three of the four wells. The highest concentrations were detected in MW-4 (1,213 ug/l TVOC), which was one of the two wells located next to the septic system. The next highest levels were detected in MW-2, which was located on the opposite side of the building hydraulically downgradient of MW-3. The soil boring logs/well construction details are included in Appendix 1. The well locations are depicted on the Disposal Site Map (Figure 3).

### 2.2    Phase II Limited Comprehensive Site Investigation, March 1992, Ground Water Consultants, Inc.

GWC installed four additional monitoring wells on the site (MW-5 through MW-8). Monitoring wells MW-5 and MW-6 were installed as water table wells. Monitoring well MW-7 was installed near MW-6 in shallow bedrock with a five-foot well screen positioned 26 to 31 feet below grade. Monitoring well MW-8 was installed in the deep overburden near MW-3 and the septic system with a five-foot well screen positioned 30 to 35 feet below grade. The soil boring logs/well construction details are included in Appendix 1. The well locations are depicted on Figure 3.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

GWC surveyed the wells for location and elevation and determined that shallow ground water flowed in an east-southeasterly direction. Vertical hydraulic gradients were upward in both of the well clusters (MW-3/MW-8 and MW-6/MW-7).

Chlorinated VOCs were detected in the zero to 2-foot soil sample at MW-8 and in no other soil samples. The highest concentrations of chlorinated VOCs in ground water were detected in MW-2 (4,015 ug/l TVOC). Chlorinated VOCs were present in varying concentrations in all of the other wells at lower concentrations except MW-1. PCE was detected in a surface water sample from Beaver Brook at a concentration of 32.8 ug/l.

### 2.3    DEP Site Discovery Investigation, August 2000

In August 2000, the Site Discovery (SD) group installed six driven well points (DEP-11 through DEP-16) in, or adjacent to, the streambed of the brook. The purpose of the investigation was to evaluate potential sources of contamination to the Turnpike Road wellfield where chlorinated solvents have been detected. The well locations are depicted on Figure 2, which is a map prepared by DEP/SD. Ground water samples collected by DEP/SD from DEP-15 and DEP-16 identified perchloroethene (PCE) at estimated concentrations of 246 ug/l and 2,015 ug/l, respectively. These well points are located in the vicinity of monitoring well GES-8.

Well points installed in, or adjacent to, Beaver Brook downgradient of Paramount Cleaners (DEP-11, DEP-12 and DEP-17 through DEP-20) identified PCE in ground water at estimated concentrations as high as 32,000 ug/l. PCE was also present in a sample of the surface water near the wellpoints at a concentration of 2.8 ug/l. The DEP issued a Notice of Responsibility to Purity Supreme on December 29, 2000 for the release(s) (RTN # 3-20242).

### 2.4    Cesspool Removal, September 2001

### 2.4.1    Soil Excavation and Soil Screening

Upon receipt of the Order of Conditions, EnviroSafe Corporation of Sandwich, Massachusetts mobilized to the site on September 17, 2001 to remove the cesspool. Because of seasonal low ground water conditions, no ground water was encountered during the excavation. On September

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

18, 2001, excavation activities commenced in the area of the cesspool. The sewer pipe was encountered at a depth of 30 inches below grade approximately 6.5 feet from the southwest corner of the building. The connection to the municipal sewer was temporarily disconnected after which soil and masonry blocks that represented the base of the cesspool were removed and placed in the roll off container. Other than the concrete blocks, there were no other remnants of the cesspool. The excavation extended to a depth of five feet below grade. Water began seeping into the excavation at approximately four feet below grade. No excavation was conducted at a depth greater than five feet because excavation was occurring immediately next to a portion of the building that had a footing that only extends 18 inches below grade.

As soil was being removed from the ground, it was screened for the presence of organic vapors using a ThermoElectron Model 580B Organic Vapor Meter (OVM). Soil above the sewer pipe showed no evidence of contamination and was stockpiled immediately adjacent to the south side of the excavation (i.e., between the excavation and the Gulf Station for reuse as backfill).

After the remnants of the cesspool were removed, a composite sample of the sidewalls was collected between 30" and 40" below grade and screened for organic vapors using the jar headspace technique. This depth represents the approximate level of seasonal high ground water in this area, No vapors were detected in this sample. OVM screening of soil at the base and along the perimeter of the excavation away from the building revealed no evidence of organic vapors. As a result of those findings, the excavation was extended in a northerly direction (i.e., in the direction of Beaver Brook) along the rear of the building where an OVM reading of 167 ppmv was identified north of the sewer pipe at a depth of 30" to 40" below grade. Excavation continued to almost the northwest corner of the building where the OVM screening levels decreased to 8 ppmv. All of this soil was placed in the roll off container for disposal.

To assess soil conditions where organic vapors were the highest, additional soil was removed near the center of the building to a depth of five feet. A strong solvent odor was present at that depth and excavation activities were terminated because of structural considerations to the building. A jar headspace sample of soil at that depth revealed an OVM level of 500 ppmv. The OVM locations are shown on Figure 4. Once soil samples were collected for laboratory analysis, the cavity was backfilled with previous stockpiled soil and ¾ inch crushed stone.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

### 2.4.2    Intermediate Soil Sampling and Results, September 9, 2001

Four post-excavation soil samples were collected for VOC analysis via Method 5035 by ConTest Analytical Laboratory (ConTest) of East Longmeadow, Massachusetts. Three samples, identified as SS-1, SS-2 and SS-3, were collected along the sidewall of the building at a depth of 30" of 40". A fourth sample, SS-4 was collected in the center of the excavation at a depth of 5 feet. The sampling locations, which also correspond to the OVM sampling locations, are depicted on Figure 4.

The sampling results are summarized in Table 1. The laboratory analytical report is included in Appendix 2. The sampling results indicated that there were a number of VOCs including both chlorinated solvents and gasoline-related compounds in the area where the cesspool was located. Chlorinated solvents, principally tetrachloroethene (PCE) were predominantly present beyond the cesspool in the center of the rear wall (i.e., at SS-2) and PCE levels significantly increase with depth at this location (i.e., at SS-4). VOC levels decrease considerably toward the northwest corner of the building at SS-3.

Upon receipt and analysis of the sampling results and discussions with the owner, it appeared that a small quantity of contact water (approximately one gallon per day), which was generated during the final dry cleaning process, may have been disposed either outside of the back door or into a sink or toilet in one of the bathrooms. The last 12 feet of the building is an addition that was built two years after the original building was constructed, which was in 1960. Consequently, the original "back door" is inside the building addition as shown on Figure 4.

To access this area, the rear wall of the addition, which is of block-wall construction, was removed and on November 29, 2001, excavation activities resumed in the area of the cesspool where elevated levels of chlorinated solvents had been identified (The highest contamination, 1,400 mg/kg (PCE) had been detected at a depth of six feet beneath the footing of the addition). To facilitate excavation beneath the building addition, R.G. Construction Company of Ayer, Massachusetts removed most of the concrete block rear wall (Figure 4). The sewer pipe was temporarily disconnected after which soil and boulders were removed from the excavation, which

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

extended almost to the edge of the original building footing (Figures 5 through 7). The approximate dimensions of the final excavation were 12 ft. (length) x 9 ft. (width) x 10 ft. (depth). A number of massive boulders, which were present in the upper six-foot soil horizon, were segregated from the soil, all of which was placed in a 30 c.y. roll off container that was double lined with 6-mil polyethylene sheeting.

Between a depth of 4.5 and 6.5 feet, the soil properties abruptly changed from a predominantly brown sand, silt, boulder matrix to a much less permeable gray fine-grained silty sand (Figure 8). It was along this interface that a small amount of a black residue, which was visually identified by Frank Murphy of Kleenit, as solvent still residue, was observed to be weeping out of the sidewall next to the rear door of the dry cleaning facility. A small amount of ground water also appeared to be perched at this interface. The excavation extended to a depth of approximately 10 feet where, for structural reasons, further soil removal was not possible.

Upon completion of excavation activities, the roll off container was covered with a waterproof tarp and secured to the sides of the container with bungee cords. Once soil samples were collected from the cavity for laboratory analysis, a four-inch perforated diameter PVC pipe, which was wrapped with filter fabric, was placed vertically in the excavation near the rear door and the cavity was backfilled with sandy fill. This well, identified as MW-9, was subsequently sampled for VOCs.

### 2.4.3    Post Excavation Soil Sampling and Results, November 29, 2001

Seven post-excavation soil samples were collected from the base and three sides of the cavity for VOC analysis via Method 5035 by ConTest. The fourth side of the cavity was the clean fill that was placed during the first excavation and was not sampled. Composite sidewall samples were collected from two feet to 6.5 feet and from 6.5 feet to 10 feet below grade. The base sample, which was obtained beneath six inches of standing water, was collected from the teeth of the excavator bucket. The sampling locations are depicted on Figure 9. The sampling results are summarized in Table 2. The laboratory analytical report is included in Appendix 2.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

The sampling results indicate although PCE, TCE, and at one location cis-1,2-DCE, are present at levels in excess of the S-1/GW-1 standard, there has been a significant reduction in contamination from what was present following the initial excavation activities.

## 2.5    Interior Soil Boring Investigation, March 2002

Because excavation activities had not removed all of the contaminated soil, an investigation within the main portion of the building was initiated.

### 2.5.1    Interior Soil Borings

On March 27, 2002, four soil borings were drilled inside the building at 28 Central Square. Two of the borings met with early refusal at a depth that varied from two to four feet. Two other borings were advanced to a depth of approximately 9 feet before no further advancement was possible. One-inch diameter monitoring wells with five-foot well screens were installed in each of these borings. One well, identified as MW-10 was installed in front of the drier near what appeared to be a sealed floor drain. The second boring, MW-11, was installed near the rear door. The boring locations are depicted on Figure 10. A fifth soil boring was advanced next to the outside of the front of the building near where the self-serve dry-cleaning units, which is now a storage area. The procedure for advancing and evaluating the soil borings was as follows:

- Using a concrete coring machine, a six-inch diameter hole was cut in the floor.
- The soil boring was then advanced using a two-foot long GeoProbe sampler that was driven with a hand-held electrically-driven percussion hammer.
- At four of the boring locations where monitoring wells were installed, the soil from each two-foot interval was screened using a modification of the jar headspace technique for the presence of organic vapors using an ThermoElectrom Model 580B organic vapor meter (OVM). The soil was placed in a Zip Lock bag and after it was allowed to equilibrate, a measurement of the headspace was taken.
- With the exception of B-5, the sample with the highest headspace was sent to ConTest for VOC analysis via Method 5035. At B-5, because of the low OVM readings, a composite sample from zero to four feet was collected for analysis.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

The soil properties, which consisted of brown silty sand overlying grey silty sand, were similar to what was observed in prior excavations that were conducted at the rear of the building. The depth of the interface is approximately five feet below grade. There was no evidence in any of the soil samples of the solvent still residue that was present in the excavation beneath the building addition. The sampling depths and OVM results are summarized in Table 3.

### 2.5.2    Interior Soil Sampling Results

The sampling results, which are summarized in Table 4, indicate chlorinated solvents are present in soil beneath the building. The laboratory report is included in Appendix 2. Comparison with the results collected from the excavation beneath the addition indicates that the levels of PCE and TCE are significantly lower than what was observed in soil after the cesspool was removed. Although low levels of VOCs were detected near the former location of the self-serve units (B-5), nothing was present in excess of the RCS-1 or S-1/GW-1 standards.

### 2.6    Adjacent Property Investigation, April 2003

### 2.6.1    Soil Borings

On April 16 and 18, 2003 Technical Drilling Service of Sterling, Massachusetts was on-site to advance four (4) soil borings into the overburden soil in the parking lot. The borings were advanced at locations shown in Figure 3 under the oversight of a D'Amore Associates geologist. Soil borings were advanced using GeoProbe and hollow-stem auger (HSA) techniques. Separate auger flights were used for each boring and sampling equipment was cleaned between borings. No oil, grease or other petroleum-based products were used to lubricate augers or rods. Soil borings MW-12, MW-13, MW-13D, and MW-14 were advanced to depths between 14.5 and 22 feet below ground surface. Soil conditions in these borings generally consisted of fine to coarse sand and gravel above silty, fine sand and gravel (till). Perched groundwater was encountered at approximately 2 to 3-feet below ground surface. Deeper groundwater was encountered at approximately 20 feet below ground surface on top of bedrock. Complete boring logs are located in Appendix 1.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

### 2.6.2    Groundwater Monitoring Wells

Groundwater monitoring wells were installed in soil borings MW-12, MW-13, MW-13D and MW-14. Monitoring wells MW-12, MW-13 and MW-14 were installed with GeoProbe techniques to depths between 14.5 and 19 feet in an effort to characterize groundwater perched on low permeability till at the site. These wells were screened from the bottom of the boring to three feet below ground surface, with solid riser from the screen to ground level.

MW-13D was advanced via hollow stem auger techniques to auger refusal in an effort to determine the actual depth to bedrock and to characterize groundwater below the shallow low permeability material and perched on bedrock. This well was installed to a depth of 22 feet with screen from 22 feet to 17 feet below ground surface. The sand pack in MW-13D extends from 22 feet to 16 feet below ground surface. A one foot thick bentonite seal extends to 15 feet below ground and the remainder of the well annulus is sealed with grout. Refer to the boring logs in Appendix 1 for complete well installation details.

Depth to bedrock was confirmed in the vicinity of MW-13D by advancing to auger refusal at two locations. During the first attempt at installing MW-13D auger refusal was encountered at 18 feet below ground surface. An air hammer was used to advance the boring to 22 feet. This boring was not advanced further because the driller opined that it was likely that bedrock had been encountered. This boring was sealed with grout from 22 feet below ground surface to 14 feet below ground. Native soil and filter sand were used to fill the remainder of this borehole. A second boring was advanced approximately four feet away. A soil sample was collected with a split spoon sampler from 20 feet to 21.5 feet below ground surface. The sample consisted of 12 inches of weathered rock. Auger refusal was encountered at 22 feet below ground.

All wells were constructed of Schedule 40, 2-inch inner diameter (ID) PVC riser pipe, attached with threaded joints to Schedule 40, 2-inch ID, and 0.010-inch slotted PVC well screen. Each of the wells was constructed in general accordance with DEP publication WSC-310-91 entitled Standard References for Monitoring Wells. In all wells except MW-13D a 1-foot bentonite seal

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

D'Amore Associates, Inc.

was installed 1-foot above the top of the screen. All wells were finished with a sealing protective road box set in concrete.

### 2.6.3   Soil Sampling and Results

During installation of soil borings MW-12, MW-13 and MW-14, soil samples were collected in 5-foot increments on a continuous basis to between 14.5 and 19 feet below ground surface. Soil samples were classified by a D'Amore Associates geologist using the Burmister Soil Classification System. The soil properties were consistent at each location and consisted of eight to ten feet of coarse sand and gravel overlying fine sand and silt.

Composite soil samples were collected for each one-foot increment to be field screened for Volatile Organic Compounds (VOCs) using a portable Photo-ionization Detector (PID). Screening of the soil samples yielded results ranging from 0.0 ppm to 9.6 ppm (at 14 feet) in MW-13 and 0.0 ppm to 0.4 ppm (at 21 feet) in MW-13D. All other samples yielded a result of non-detect. The sample from the bottom of the permeable material in each boring was submitted to ConTest for Volatile Organic Compounds (VOCs) via EPA Method 5035. In MW-13 this sample was also the sample with the highest PID response. No soil sample from MW-13D was submitted for laboratory analysis since only rock was collected from the bottom of the boring and since the soil column in this vicinity had been characterized by the soil sampling at MW-13.

Tetrachloroethene (PCE), trichloroethene (TCE) and cis-1,2 dichloroethene (cis-1,2 DCE) were present at concentrations below S-1/GW-1 standards at MW-12 and MW-13. The analytical results are summarized in Table 5. The laboratory analytical report is included in Appendix 2.

### 2.7   Groundwater Sampling (Current and Historical Results)

Most recently, a complete round of water quality samples were collected on March 11, 2004 for VOC analysis by ConTest. The procedure for sampling the wells is to gauge the water level depth in the well after which, using a dedicated disposable bailer, the well is purged of three to five well volumes of water. A water sample is then collected into a 40 ml VOA vial that has been preserved with HCL. Those results are summarized in Table 6.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

Ground water sampling program has been conducted at the 28 Central Square site since 1990 when Ground Water Consulting installed the initial four monitoring wells on the property. Since 1999, samples were analyzed for volatile organic compounds (VOCs) via Method 8260. Prior to that time samples were analyzed either via Method 8240 or Method 601. A summary of all of the data is presented in Table 7. The laboratory analytical reports for the sampling events from 1999 to the present are included in Appendix 2. A discussion of the results is presented in Section 3.

### 2.7.1    Off Property Sampling Results (Wells installed and sampled by others)

Over the years, there are a number of monitoring wells that have been installed by consultants for Exxon-Mobil as a part of their investigations in characterizing the nature and extent of contamination associated with the gasoline release(s) associated with the Exxon/Mobil gas station located at 30 Central Square. Those wells have been installed in the street right of way and on private property at 6 Boston Road and 34 Central Square. Ground water samples were periodically collected from these wells and analyzed for VOCs via Method 8260. Chlorinated solvents along with gasoline-related constituents have been detected in five monitoring wells, GES-6, GES-7, GES-8, GES-8D and GES-10D. Table 2-6, which was prepared by Camp, Dresser & McKee (CDM) summarizes the water quality results for the July 2001 sampling round and is included in Appendix 3. Also included in Appendix 3 is a figure prepared by CDM that depicts all of the wells included in the sampling event.

While all of the above-mentioned monitoring wells (GES-6, GES-7, GES-8, GES-8D and GES-10D) have exhibited evidence of the presence of chlorinated hydrocarbons, only GES-6, GES-7 and GES-10D may have been impacted by the 28 Central Square release(s). This conclusion is based upon water table maps prepared by CDM and Lessard that depict ground water flowing in a northerly direction parallel to Bartlett Street. This is discussed in greater detail in Section 2.10 and Section 3.3.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

### 2.8    Surface water and sediment samples

On April 14, 2004, surface water and sediment samples were collected at two locations for VOC analysis. The upstream location is located adjacent to MW-14 where historical surface water samples were collected. The stream channel along this reach of Beaver Brook is fairly steep and lined with boulders. What little sediment that is present consists of coarse sand and gravel. The downstream location is located adjacent to GES-8 located at the edge of the 34 Central Square parking lot where previous surface water samples have been collected. The channel slope in this reach is flat and the stream sediments consist of fine to medium sand and gravel.

The sediment samples were analyzed by ConTest for VOCs via Method 5035. The surface water samples were analyzed for VOCs via Method 8260. No VOCs were detected in either the surface water or sediment. The surfacewater results are included in Table 7. The laboratory analytical report is included in Appendix 2.

### 2.9    Site Survey,

In April 2003, Ross Associates, Inc. of Ayer, Massachusetts completed a survey of the horizontal location and vertical elevation of all monitoring wells associated with 28 Central Square and the adjacent parking lot (Figure 11). The survey was tied to a 1929 NGVD datum. The locations of a number of off-property wells were included in the survey. Those monitoring wells are located at: 7 Acton Road (the Energy North gas station); along Boston Road and Cushing Place; and in the parking lot of the shopping plaza on the east side of Boston Road where the former Paramount Dry Cleaners is located. Also included on the survey plan are the underground and aboveground utilities, the aforementioned buildings and Beaver Brook.

### 2.10    Ground Water Elevations and Direction of Ground Water Flow

On April 28, 2004, a synoptic round of water levels were measured in fourteen site monitoring wells. The data are summarized in Table 8. From that data, maps depicting the direction of ground water flow of the water table and the deep overburden were prepared. The ground water

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

elevations were contoured using Surfer 6.0®. The data are depicted on Figure 12 (Water Table) and Figure 13 (Deep Overburden).

The equipotential contours on the water table map are oriented in a northwesterly direction with some local variation in the wells that are near Beaver Brook indicating the discharge of shallow ground water to the brook. The direction of ground water flow is assumed to be perpendicular to the equipotential lines and as such shallow ground water is flowing in a northeasterly direction. Using information presented in the CDM and Lessard water table maps in Appendix 3, which depict ground water flowing in a northerly direction parallel to Bartlett Street, as ground water migrates off the 28 Central Square property, it veers from a northeasterly to a northerly direction as it migrates toward Beaver Brook.

There are three monitoring wells screened in the deep overburden. Those wells include MW-7, MW-8 and MW-13. The deep overburden potentiometric map also depicts ground water flowing in a northeasterly direction, mimicking the water table surface.

### 2.11  Horizontal and Vertical Hydraulic Gradients

The average northeasterly horizontal hydraulic gradient for the April 28, 2003 water table data was measured between MW-4 (133.48 feet) and MW-6 (128.86 feet). The horizontal distance between these wells is 149 feet. The resultant hydraulic gradient is 0.031 ft/ft.

The average northeasterly horizontal hydraulic gradient for the April 28, 2003 deep overburden data was measured between MW-8 (135.88 feet) and MW-7 (130.29 feet). The horizontal distance between these wells is 157 feet. The resultant hydraulic gradient is 0.036 ft/ft.

Vertical hydraulic gradients were evaluated between shallow and deep monitoring wells at three locations: MW-3 (134.18 ft) and MW-8 (135.88 ft) [upward]; MW-6 (128.86 ft) and MW-7 (130.29 ft) [upward]; and MW-13 (131.5 ft) and MW-13D (130.21 ft) [downward].

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

### 2.12   Hydraulic conductivity and Seepage Velocity

The hydraulic properties of the saturated overburden were evaluated by analyzing composite soil samples from three soil borings for grain size distribution and permeability. Soil samples from MW-12 (5 to 16 ft.), MW-13D (20 to 22 ft.) and MW-14 (5 to 14 ft.) were evaluated for these parameters by GeoTesting Express (GTE) of Boxborough, Massachusetts.

On the basis of grain size, GTE characterized the soil at MW-12 as olive silty sand with gravel and some clay. The median grain size was 0.11 mm and, based upon the grain size distribution curve, the material was very poorly sorted. The permeability of the soil, which was determined using a constant head permeameter, was calculated to be 4.8E-8 cm/sec (1.4E-4 ft/d).

GTE characterized the soil at MW-13D as yellowish brown silty sand. The median grain size was 0.21 mm and, based upon the grain size distribution curve, the material was poorly sorted. The permeability of the soil, which was determined using a constant head permeameter, was calculated to be 1.3E-4 cm/sec (0.37 ft/d).

GTE characterized the soil at MW-14 as olive silty sand with some clay. The median grain size was 0.18 mm and, based upon the grain size distribution curve, the material was very poorly sorted. The permeability of the soil, which was determined using a constant head permeameter, was calculated to be 5.0E-7 cm/sec (1.42E-3 ft/d). The laboratory report, which contains the grain size curves and permeameter tests is included as Appendix 4.

The advective velocity (v) of shallow ground water across the site was calculated from the following equation $v = KJ/n$ by multiplying the hydraulic conductivity (K) times the hydraulic gradient (J), divided by the porosity, n, (which was estimated to be 0.15). The advective velocity for the three samples are; 2.1E-5 ft/d (MW-12), 0.76 ft/d (MW-13) and 2.93E-4 ft/d (MW-14).

The velocities for MW-12 and MW-14 are uncharacteristically low and appear to be influenced by the extreme poor degree of sorting of the material. The MW-13 sample appears to be more representative of actual site conditions. This velocity suggests a rate of travel of 1.32 feet per day.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

## 3    Nature and Extent of Contamination

### 3.1    Soil

Residual chlorinated VOC contamination is present in soil in the immediate vicinity of where the release(s) occurred in the rear of the 28 Central Square building. The post-excavation soil sampling results (Table 2) indicate that cis-1,2 DCE, PCE and TCE were present along the base and sidewalls of the excavation at levels in excess of the S-1/GW-1 standard. VOC contamination in soil extends beneath the building and is present at lower concentrations in the three soil samples that were collected (Table 4). At soil borings more distant from the point of release(s) (i.e., MW-12, and MW-13), these VOCs were detected at levels well below the S-1/GW-1 standard and were not present at MW-14 (Table 5).

### 3.2    Surface Water and Sediment

As a part of the current investigation, surface water and sediment samples were collected at two locations for VOC analysis. The upstream location is located adjacent to MW-14 where historical surface water samples have been periodically collected since 1990. The downstream location is located adjacent to GES-8 located in the 34 Central Square parking lot where surface water samples have been collected since 1990. No VOCs were detected in either the surface water or sediment in April 2004. Historically, trans-1,2 DCE and PCE were detected once in the upstream location (April 1992) and cis-1,2 DCE, PCE, TCE and vinyl chloride were present in the downstream location in July 1999. A downstream sample was not collected in 1992.

### 3.3    Ground Water and Disposal Site Boundary

Current water quality results (i.e., March 2004 data) that are summarized in Table 6 and the historical summary presented in Table 7 reflect the presence of chlorinated VOCs associated with the 28 Central Square release(s) as well as gasoline-related constituents that are not associated with the solvent release(s). Chlorinated VOCs are present in eleven of the site monitoring wells. The highest levels are present in the rear, and beneath a portion, of the building (MW-9, MW-10, MW-11 and MW-12) (i.e., at the point of release(s)) and at MW-2, which is located in the front of

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

the building. The compounds that are currently present on the site include 1,1 DCE, cis-1,2 DCE, trans-1,2 DCE, PCE, TCE and vinyl chloride. Ground water containing some of these chlorinated VOCs has migrated in a northerly direction beneath the parking lot north of 28 Central Square as well as in a northeasterly direction toward Bartlett Street.

There are a number of monitoring wells that have been installed by other consultants east of 28 Central Square which were installed to characterize the nature and extent of contamination associated with the gasoline release(s) associated with 30 Central Square. In the course of that investigation, chlorinated solvents had been detected in five monitoring wells, GES-6, GES-7, GES-8, GES-8D and GES-10D. In addition, the DEP had detected chlorinated solvents in two well points that were installed in Beaver Brook near GES-8. Portions of the IRA Completion Report that summarize that data are included in Appendix 3.

While all these monitoring wells (GES-6, GES-7, GES-8, GES-8D and GES-10D) have exhibited evidence of the presence of chlorinated hydrocarbons, only GES-6, GES-7 and GES-10D may have been impacted by the 28 Central Square release(s). This conclusion is based upon the CDM and Lessard water table maps that depict ground water flowing in a northerly direction parallel to Bartlett Street. Based upon all of this information and current water quality results, the approximate limit of contamination in ground water associated with the 28 Central Square release is depicted on Figure 14.

### 3.4    Non-Chlorinated VOC Contamination

Non-chlorinated VOC's, specifically gasoline-related constituents associated with the Exxon/Mobil and Energy North disposal sites, have been identified in a number of monitoring wells located on, downgradient and cross gradient of the 28 Central Square property. Using MTBE as the indicator-compound, wells impacted by those releases include:

- ⚬ MW-1, MW-2, MW-5, MW-6 and MW-14 which are located on the 28 Central Square property and adjacent parking lot;
- ⚬ GES-3, OW-5, OW-6 and GES-10D, which are located on Bartlett Street;
- ⚬ OW-7 and GES-7, which are located on Boston Road;
- ⚬ GES-6, which is located on Cushing Place;

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

D'Amore Associates, Inc.

- ○ MW-1, which is located on 6 Boston Road; and

- ○ OW-10, OW-11 and GES-8, which are located on 34 Central Square.

The loci of these wells are depicted on Figure 14.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

## 4    IRA Status Report and Impacts of HRC Source Area Pilot Study on Ground Water Quality

To monitor the effectiveness of the HRC injection MW-4, MW-9, MW-10 and MW-11 and MW-14 have been monitored on a quarterly basis for VOCs via USEPA Method 8260 since the pilot study began in April 2003. The sampling results since implementation of the IRA Modification Plan are summarized in Table 9 as well as in Table 7. Inspection of the data reveals that reductive de-chlorination is occurring. Reductive de-chlorination is a chemical transformation whereby the progressive removal of chlorine atoms from chlorinated hydrocarbon contaminants, which converts tetrachloroethene to trichloroethene to dichloroethene to vinyl chloride to ethane occurs. In the most severely impacted well, MW-11, almost all of the PCE and TCE has been transformed into cis-1,2 DCE and vinyl chloride.

### 4.1    Remedial Additives Sampling

Prior to inoculating the source area, the upgradient and downgradient monitoring wells (MW-4 and MW-14, respectively) were purged and sampled for remedial additives. This occurred on April 23, 2003. Subsequent sampling occurred on July 24 and November 23, 2003 and March 11, 2004. Woods Hole Group (WHG) of Raynham, Massachusetts performed the analyses. The remedial additives suite consists of the following chemical parameters: natural attenuation/inorganic parameters: total and dissolved iron, dissolved manganese, nitrate, sulfate, sulfide, and chloride; HRC-based electron donor: total organic carbon and/or metabolic acids (lactic, pyruvic, acetic, propionic, and butyric); and end-product dissolved gases: carbon dioxide, methane, ethane and ethane. In addition, MW-4 and MW-14 were sampled by WHG for VOCs via USEPA Method 8260.

The analytical results for all of the quarterly sampling events are summarized in Table 10. Inspection of the sampling results reveals that the water quality with respect to the remedial additive parameters has remained relatively consistent. The laboratory analytical reports are included in Appendix 2.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

D'Amore Associates, Inc.

## 5    Findings and Conclusions

The following findings and conclusions have been made based upon presently available data for this Phase Comprehensive Site Assessment:

1. A release of chlorinated solvents to the environment occurred that was originally thought to have been associated with the cesspool located in the rear of the 28 Central Square building. Investigation results suggest that a new release(s) source is beneath the building addition and the rear portion of the original building. There is a sealed floor drain located in the rear of the original building, the discharge location of which is unknown.

2. Elimination of the cesspool and approximately 28 cubic yards of soil beneath the building addition has removed the majority of the contaminated soil associated with the release(s). Residually contaminated soil is present beneath the rear of the building and cannot be removed because of structural considerations for the building's integrity.

3. Ground water flows in northeasterly and northerly direction from the area where the release(s) occurred ultimately discharging to Beaver Brook.

4. An upward hydraulic gradient is present at two of the three well pairs on the site and a downward hydraulic gradient is present at the third location.

5. Ground water contaminated with chlorinated solvents believed to be emanating from the site is present in a number of monitoring wells located on the 28 Central Square property and in monitoring wells located within Bartlett Street (GES-10D), Cushing Place (GES-6) and Boston Road (GES-7).

6. The approximate limit of contamination depicted on Figure 14 that encompasses these wells is based upon water quality results, ground water flow direction and the presence of a second chlorinated solvent release that occurred east of the site (Paramount Cleaners, RTN # 3-20242).

7. The highest levels of chlorinated VOCs are present in shallow ground water at and beneath the rear of the building where the release(s) occurred. There is contamination in one of the deeper monitoring wells but a much lower concentrations. Consequently, there is no evidence to suggest the presence of dense non-aqueous phase liquid at the site.

8. It does not appear that sediment in Beaver Brook has been impacted by the release(s).

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

D'Amore Associates, Inc.

9. Chlorinated VOCs have been detected at low concentrations in surface water in the past but were not detected during the April 2004 sampling event.

10. A year-long pilot study that was implemented in the source area as an IRA Modification utilizing hydrogen releasing compounds (HRC) has been completed. The results indicated that HRC has been very successful in transforming PCE to cis-1,2 DCE and vinyl chloride. This technology will be implemented with modifications as a Permanent Solution at the site.

11. Non-Chlorinated VOC's, specifically gasoline-related compounds associated with the Exxon/Mobil and Energy North Disposal sites have been identified in a number of monitoring wells located on, as well as downgradient of, the 28 Central Square property.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

# 6    Method 1 Risk Characterization

## 6.1    Introduction

The following sections describe the Risk Characterization prepared for the 28 Central Square site. The format and methods used are those presented in the Massachusetts Contingency Plan, 310 CMR 40.0900 developed by the Massachusetts Department of Environmental Protection.  To the greatest extent possible, and within the constraints of the available site-specific data, the objectives of this Risk Characterization will be to identify and complete the following tasks:

- Identify current and reasonably foreseeable site activities and uses;
- Select the appropriate Risk Characterization Method, based on site uses and potential complete exposure pathways;
- Identify potential exposure point concentrations;
- Identify the applicable environmental standards; and
- Compare the potential exposure point concentrations to the applicable standards to determine whether a significant risk of harm is associated with site conditions.

In order to complete these tasks, data collected during implementation of the initial investigations and the Phase II Comprehensive Site Assessment will be incorporated into the risk characterization.  In addition, the following general assumptions were made:

- The risk characterization considered levels of oil and/or hazardous materials (OHM) currently on-site after completion of remediation activities and predicted values for potential off-site receptors;
- The assessment considered the current and reasonably foreseeable use scenarios, which for this site will be for residential use;
- Based on site characterization activities undertaken to date, the principal OHM present are petroleum compounds.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

### 6.2    Identification of Current and Reasonably Foreseeable Future Site Uses

The site includes 28 Central Square, which is a commercial property, a portion of an adjacent parking lot and other commercial properties in Central Square. The site is located in the center of Chelmsford. The reasonably foreseeable use of the site and surrounding properties will remain the same as current use, which is commercial.

### 6.3    Hazard Identification

This section presents site-specific information identifying the oil and hazardous materials to be considered within this risk characterization. Data from the initial site investigations and Phase II CSA have been and evaluated in order to complete this section.

### 6.3.1    Oil and Hazardous Materials Known or Suspected to be Present

Soil

Soil samples were collected in the former cesspool cavity and at each soil boring/monitoring location for VOC analysis. Three chlorinated solvents were present. Those results are summarized in Tables 2, 4 and 5. The S-1/GW-2/GW-3 standard, which is applicable to the site, is also included for comparison.

Ground Water

The sampling results for all site-monitoring wells are summarized in Table 6. Chlorinated VOCs and VOCs associated with petroleum hydrocarbons are present. The petroleum hydrocarbon constituents are related to off-site sources. The depth to ground water across the site varies from approximately 0.5 to 4.8 feet below grade. The GW-1, GW-2 and GW-3 ground water classification for each well is included in Table 6 for comparison. While there are exceedances of one or more of the standards, no upper concentration limit for any of the contaminants of concern has been exceeded.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

Surface Water and Sediment

Surface water and sediment samples were collected at two locations for VOC analysis. The upstream location is located adjacent to MW-14 where historical surface water samples were collected. The downstream location is located adjacent to GES-8 located in the 34 Central Square parking lot where previous surface water samples have been collected. Although chlorinated VOCs have been detected in past surface water samples, no VOCs were detected in either the surface water or sediment during this recent sampling event.

### 6.3.2    Data Not Included in the Risk Characterization

A thorough data validation was not conducted for the analytical reports compiled for this risk characterization. All data provided by the analytical laboratory reports has been accepted for use in this assessment. Any data generated during headspace analyses using a direct-reading field instrument are also excluded from the risk characterization due to the qualitative nature of the instrument response.

### 6.4    Exposure Assessment

This exposure assessment addresses potential release(s) mechanisms and receiving media, which may be impacted by an on-site source. Potentially exposed populations and the routes of exposure are also addressed. In the event that a source contaminates a medium, the potential exposure pathways from that medium are evaluated to determine whether a "complete exposure pathway" exists. An exposure pathway is not considered "complete" unless a feasible source of contamination, a route of exposure, and a receiving population. i.e. "population at risk," can be identified.

### 6.4.1    Identification of Potential Human Receptors

Human population groups must be evaluated for the potential to contact oil and hazardous materials present at or suspected to be release(s)d from the site. For this site, on-site receptors typically have been classified into two groups: 1) adults working on any the premises; and 2)

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

visitors to the site. With the exception of 34 Central Square, which is a day care center, children are not likely to be present, or present on a limited low intensity basis in the company of an adult or as trespassers.

### 6.4.2    Identification of Exposure Points

Soil contaminated with chlorinated solvents is present in the vicinity of the former cesspool cavity and building addition and beneath the floor of the original structure. The building addition area is unpaved. Contamination is present at a depth of two feet below grade or greater. Exposure to this soil is unlikely unless construction work is anticipated in this area. There are no utilities in this area.

Shallow ground water in the unconsolidated soil, which occurs at depths as shallow as 0.50 feet, is not used as a potable supply. There is an inadequate yield and its location in a highly urbanized setting would not support a ground water extraction well. Exposure to contaminated ground water would occur where monitoring wells are present. All of the site wells are secured with bolt-down steel or aluminum covers. Access to ground water at these locations is unlikely. The site is however within the Interim Wellhead Protection Area for Turnpike Road municipal wells where chlorinated solvents have been detected.

Exposure to site contaminants is possible via volatilization from ground water. This was the case at 34 Central Square where an open sump discharged ground water to Beaver Brook. This sump has been sealed and the contaminants of concern have not been detected in subsequent air samples (refer to CDM indoor air results in Appendix 3).

### 6.4.3    Routes of Exposure

Access to residually contaminated soil at the disposal site could occur in the rear of the building where the release(s) occurred.

The depth of the water table is shallow in the rear of the 28 Central Square property, less than 0.50 feet.    Given these conditions, dermal contact with residually contaminated ground water is

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

D'Amore Associates, Inc.

likely to occur if construction work is conducted in this area. In addition, the site is within the IWPA for some of Chelmsford's municipal wells where chlorinated solvents have been detected.

Given the shallow depth to ground water and the presence of VOCs in ground water in proximity to the building, the potential for a complete vapor migration pathway exists. This being said however, chlorinated solvents continue to be used albeit in limited quantities (approximately 90 gallons per year) at the facility. Consequently the exposure to workers within the building from occupational exposure is believed to be greater than potential migration of vapors from ground water.

With respect to the indoor air at 34 Central Square, in November 2002, CDM prepared an IRA Completion Report for the CEP condition at 34 Central Square that detailed the remedial activities undertaken by CDM in order to mitigate and/or remediate the SRM as a CEP to indoor air at the property located at 34 Central Square and the potential source area.

Based on the available environmental sampling data and the summary of activities during which potential human receptors may contact environmental media at or emanating from the site, the potential routes of exposure are dermal contact, ingestion and inhalation.

### 6.4.4    Summary of Complete Exposure Pathways

A potential human health risk can only be present if there exists at least one complete exposure pathway for which risks can be classified. A complete exposure pathway consists of three components: a source of contamination at an exposure point, a potential human receptor, and a potential biological route of administration of the dose of contaminant. Based upon the information that available, complete exposure pathways for soil and ground water exist at the present time.

### 6.4.5    Selection of Risk Characterization Method

The selection of a risk characterization method under the Massachusetts Contingency Plan is based on information collected during site investigation activities. After the presence of OHM,

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

potential human receptors, exposure points, and routes of exposure have been identified, the risk characterization method can be selected.

The environmental media impacted by OHM suspected to be present at the site are limited to soil, ground water. Method 1 standards have been promulgated for the compounds identified on site in soil and ground water. Given the exposure scenarios used to derive the Method 1 standards versus the scenarios applicable to this site, a Method 1 Risk Characterization will be conducted.

### 6.4.6    Identification of Ground Water and Soil Categories

Soil and ground water categories for the Method 1 risk characterization were developed from Table 40.933(9) and Section 40.0932 of the MCP for the soil and ground water at the site. Frequency of access to soil by site workers, occasional workmen and visitors to the site would be low. Shallow overburden ground water across the site has been estimated to be within 0.5 feet below the land surface. It is not used for drinking water purposes nor, being in a highly urbanized setting is it in a Potentially Productive Aquifer. The site is within the IWPA of the Turnpike Road wellfield. Consequently, the criteria are present for a GW-1/GW-2/GW-3 classification as set forth in 40.0932(4) of the MCP.

### 6.5    Comparison of Exposure Point Concentrations to Method 1 Standards

The standards, which are applicable for this risk characterization, are found in Sections 40.0974 and 40.0975 (i.e., Tables 1 through 4) of the MCP.

The S-1/GW-2/GW-3 standards for the OHM suspected to be present in soil at the site are listed in Tables 2, 4 and 5   There are a number of exceedances of the standard in the release(s) area beneath the building addition as well as beneath a portion of the floor of the original building.

The GW-1/GW-2/GW-3 standards for the OHM suspected to be present in ground water at the site are listed in Tables 6. Inspection of that table indicates that there are a number of monitoring wells where exceedance of the GW-1 and GW-2 standard occurs. There is no exceedance of the GW-3 standard.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

D'Amore Associates, Inc.

### 6.6    Risk Characterization

The DEP Method 1 standards assume exposure to the Site contaminant concentrations in soil and groundwater under current and foreseeable future Site conditions.  The applicable Method 1 soil and ground water standards were compared to the available Site data.  Site-specific exposure concentrations exceed the S-1/ GW-1/GW-2 standard for soil or ground water at a number of locations across the site.

### 6.7    Stage 1 Environmental Screening

The site is located in a highly urbanized section of Chelmsford.  No sensitive environmental receptors have been identified as being present on, or adjacent to the site where the release(s) occurred.  Although chlorinated VOCs have been detected in surface water in the past, none were present in samples collected during this investigation.  No chlorinated VOCs were detected in the stream sediment.  Based upon these conditions, there is no readily apparent harm or potentially significant exposure to habitats or biota.  Consequently, the site contaminants pose no significant risk to the environment and no further action is required.

### 6.8    Risk Assessment Conclusions

The assessment of risk of harm to human health indicates that for the current (planned) and future land use, exposure point concentrations exceed MCP Method 1 standards for all receptors.  Therefore, a condition of No Significant Risk of Harm to Health does not exist for current and potential future land use.

There are no observable nuisance conditions at the site nor have any been reported to the Board of Health. The risk of harm to welfare was evaluated by comparing site concentrations to Upper Concentration Limits, which have been exceeded at one monitoring well location. Consequently, a condition of No Significant Risk of Harm to Public Welfare does not exist.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

D'Amore Associates, Inc.

There were no safety hazards attributable to the release(s)s at the site identified at the site.  Therefore, a condition of No Significant Risk of Harm to Safety exists.

Because there is no terrestrial habitat at the site there are no current or potential exposures for terrestrial receptors, a condition of No Significant Risk of Harm to the Environment exists.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

# 7    Phase III Focused Feasibility Study

## 7.1    Purpose

The purpose of this Focused Feasibility Study (FFS) is to identify and evaluate remedial response alternatives to facilitate remediation of residually contaminated soil and ground water that is present at the 28 Central Square site. The screened alternatives were analyzed in detail against feasibility criteria in order to select and recommend a Final Remedial Response Plan (FRRP).

The format of this FFS follows the general requirements outlined in the Massachusetts Contingency Plan (MCP), and is divided into the following three steps:

A.    Development of remedial response alternatives, which include:
    1)    identification of remedial response goals and objectives;
    2)    development of general response alternatives for each remedial objective;
    3)    identification and characterization of volumes, areas, and/or media to which remedial response alternatives might be applied;
    4)    identification and screening of feasible technologies associated with each general remedial response goal; and
    5)    development of technologies into remedial response alternatives.

B.    Screening of alternatives including:
    1)    description of each alternative and the basis for its development;
    2)    screening of alternatives focusing on effectiveness, implementability and cost; and
    3)    selection of alternatives for detailed evaluation.

C.    Detailed evaluation of the Selected Remedial Response Alternative, which, in this case will be the Phase IV Remedy Implementation Plan. The plan will include:
    1)    description of the alternative with respect to the volumes of hazardous substances to be addressed, the technologies to be used, and any performance requirements associated with those technologies; and

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

2) evaluation of the alternative regarding the evaluation criteria of implementability, effectiveness, and cost.

The content of this FFS and FRRP includes an identification and screening (initial and detailed) of remedial response options and technologies and the formulation of the remedial response alternative based on the combination of the potentially feasible options and technologies identified and retained in the screening process that are capable of meeting the remedial response goal. A detailed analysis of the alternative (identified) with respect to implementability, effectiveness, and cost is then conducted in accordance with MCP to prepare the FRRP.

## 7.2    Remedial Response Goal

The remedial response goal at 28 Central Square is to reduce concentrations of volatile organic compounds in soil and ground water to below Method 1 risk-based standards. The purpose of this FFS is to evaluate the effectiveness of technologies that can be used to achieve this goal.

## 7.3    Identification and Screening of Remedial Response Technologies and Process Options

Focused remedial response alternatives were identified based on information obtained from the Phase II Comprehensive Site Assessment. This section of the FFS will focus on identifying the appropriate options for soil and ground water remediation at the site. The screening process was performed in two steps: 1) an initial screening to eliminate those technologies and process options which are not likely to be feasible or to eliminate significant risk; and 2) a detailed screening of the remaining technologies and process options. Based on the findings of the detailed screening, remedial response alternatives were formulated and evaluated.

## 7.4    Remedial Response Action Categories

Technologies and process options within the following remedial response action categories shall be considered for their applicability toward meeting the site remedial response objectives:

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

- No Further Action: No further remedial response action would be taken other than periodic monitoring of soil and ground water quality and water levels in site monitoring wells.
- Institutional Actions: Evaluation or minimization of exposure, through the use of site controls to restrict site access and inhibit future land usage.
- In-situ Treatment: Evaluation of in-situ technologies of soil and ground water treatment so as to hasten soil and ground water remediation.

These remedial response categories are broad classes of remedies available to meet the remedial action objectives established for the site. Each general remedial response category defines a specific approach to remediate the media of concern. Two or more general remedial response categories may be used in combination to provide a comprehensive approach to site clean up. An example of combining general response categories would be the use of a ground water recovery/treatment category to reduce the volume of contaminated ground water combined with in-situ treatment category to reduce the mass and mobility of residual constituents in the treated media.

### 7.5    Detailed Screening of Technologies and Treatment Options

Remedial response technologies and process options, which were considered are described and evaluated further (e.g. relative to site applicability) in the following sections.

### 7.5.1    No Further Action

Description

No further remedial response action would take place under this option. It is assumed that the presence of any contaminated soil present at and above the water table and contamination in ground water would remain under this option. Any improvement in the quality of the media of concern at the site would be the result of natural degradation of existing contamination.

A monitoring program is included as part of the No Further Action option. Groundwater monitoring would be performed semi-annually for a period of 10 years and would be designed to

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

evaluate natural degradation processes. Institutional constraints (i.e., Activity and Use Limitation) may need to be placed on portions of the property.

Effectiveness

The effectiveness of this option may require institutional controls but would not be effective in achieving a condition of no significant risk in the near future because of the ground water component of contamination.

Implementation

The No Further Action option could be readily implemented. If any work were to be performed in contaminated areas, site soils would have to be monitored for contamination and properly managed. Existing monitoring wells are currently used to monitor site ground water conditions. Ground water data would be collected semi-annually from site monitoring wells to monitor temporal changes in site conditions.

Cost

Costs associated with implementing this alternative include semi-annual ground water sampling and semi-annual reporting requirements to the MADEP.

Screening

As required by the MCP, a remedial response alternative, when implemented, shall eliminate for any foreseeable period of time significant risk of harm to human health, safety, public welfare, and the environment posed by the site. Because of the potential for continued migration away from the site of dissolved VOC constituents, the option of "no additional remedial response action with monitoring" is not feasible in achieving a permanent solution in the foreseeable future.

### 7.5.2   *Institutional Actions*

Description

Institutional actions in this case would be to leave the site as it is and implement Activity and Use Limitations on the portions of the property where contaminated soil is present. Periodic

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

monitoring of site monitoring wells would occur. No construction would be allowed on the site unless that work was performed under the direction of a Licensed Site Professional.

Effectiveness

This alternative would be effective in reducing risk at the site however there would be no control over the off site migration of contaminated ground water.

Cost

There is minimal cost of implementing this alternative.

Screening

Depending upon the success of other remedial alternatives, this option has been retained for future consideration in conjunction with other alternatives.

### 7.5.3    Ex-situ Treatment Technologies

Ex-situ treatment technologies include soil excavation and either on-site treatment in a bio-pile or off-site disposal. Approximately 28 cubic yards of contaminated soil were removed from the source release(s) area. No further soil could be excavated because of the proximity of the excavation to the building foundation. For this reason, contaminated soil that remains is inaccessible. Because the majority of contamination is related to dissolved phase contamination in shallow saturated overburden, these technologies were not considered in this feasibility assessment.

### 7.5.4    In-situ Treatment Technologies

In-situ technologies considered in this FFS include conventional pump and treat technology, air sparge/soil vapor extraction and in-situ injection of hydrogen release(s) compounds.

### 7.5.4.1    Ground Water Pump and Treat System

Description

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

Ground water extraction and treatment consists of installing a number of ground water recovery wells in the saturated zone where contaminated ground water is present on the west and east sides of the building.   Individual submersible pumps would be placed in each well.   The combined discharge would be passed through liquid phase carbon prior to discharge.

Effectiveness

This technology is very effective in removing dissolved phase contamination in ground water. However, given the low permeability of the soil, a pilot test and ground water modeling would be required to optimize the spacing and design pumping rate of the treatment system.

Implementation

Because there exists significant ground water contamination in beneath the Care Cleaners facility, site accessibility presents major obstacles with the implementation of a ground water recovery system.   Discharge of treated ground water would have to occur to Beaver Brook system under a NPDES permit.

Cost

The capital and operation and maintenance costs for a ground water extraction system would be high.   The major capital costs would be in construction related activities (i.e., drilling, treatment plant construction and utility work).   In addition, a pilot pumping test study would need to be performed to identify the radius of influence and optimum pumping rate for the extraction wells and the degree of hydraulic connection with the leach field.

Screening

Based on the above evaluation, a ground water extraction and treatment system is not practical for the site.

**7.5.4.2    Soil Venting/Air Sparging**

Description

Soil venting consists of installing a number of vapor extraction wells (VE) in the unsaturated zone where contaminated soil is present.    The VE wells would be manifolded together and

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

connected to a vacuum pump. The discharge would be passed through a condensate tank and then through vapor phase carbon prior to discharge to the atmosphere.

Air Sparging is a technology often used in conjunction with soil venting and is applicable to sites where contaminated ground water is present. The technique involves installing sparge wells in the saturated overburden within the plume and pumping air into them, thereby causing a mass transfer of contaminants from the aqueous phase to the vapor phase. The vapors are then allowed to escape to the atmosphere or are collected with vapor extraction wells.

Because there is virtually no unsaturated zone across the site where contaminated ground water is present, these combined technologies could not be effectively implemented at the site. This alternative used in conjunction with vapor extraction has been eliminated from further consideration.

### 7.5.4.3    In-Situ Application of Hydrogen Release(s) Compounds

<u>Description</u>
Hydrogen Release(s) Compounds (HRC) is used to enhance in situ biodegradation rates for chlorinated hydrocarbons (CHs) by supporting anaerobic reductive de-chlorination processes. Reductive de-chlorination is now recognized as one of the primary attenuation mechanisms by which chlorinated solvent groundwater plumes can be contained and/or remediated. HRC is a proprietary polylactate ester that, upon being deposited into the subsurface, slowly release(s)s lactate. Lactate is metabolized by naturally occurring microorganisms, resulting in the creation of anaerobic aquifer conditions and the production of hydrogen. Naturally occurring micro-organisms capable of reductive de-chlorination then use the hydrogen to progressively remove chlorine atoms from chlorinated hydrocarbon contaminants (i.e. convert tetrachloroethene [PCE] to trichloroethene [TCE] to dichloroethene [DCE] to vinyl chloride [VC] to ethene).

HRC is manufactured as a viscous gel that can be injected into the saturated zone in a grid or barrier configurations for either localized area or cutoff-based treatment approaches. The use of HRC for groundwater remediation offers a comparatively simple and cost effective remediation alternative for sites that would otherwise require unacceptably long periods of time for natural

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

attenuation or the high levels of capital investment and operating expense associated with active remediation technologies. Specially formulated bacteria will also be injected to accelerate the de-chlorination of vinyl chloride.

Effectiveness

A Source Area HRC Pilot Study was implemented in May 2003 and has been ongoing for a year. During that period there has been significant de-chlorination of PCE to cis-1,2 DCE and vinyl chloride. Evaluation of the data with Regenisis, the HRC supplier, concluded that the application of HRC over a greater portion of the site is a viable alternative in achieving a Permanent Solution at the Site.

Implementation

Application of HRC would occur in temporary inoculation points that can easily be installed in the rear, along the side and in the front of the building.

Cost

The cost of implementing this technology is moderate when compared with the ground water extraction or air sparge/SVA alternatives. The system could be installed and operational within three weeks. The HRC solution would be prepared on site and injected into the delivery system.

Screening

Based upon the above evaluation, in-situ application of hydrogen release(s) compounds is a feasible option for further consideration.

**7.6    Summary of Retained Remedial Technologies**

The technologies, which have been retained based on the evaluations conducted in this FFS are:

| General Response Action | Technology/Option |
|---|---|
| 1. In-situ Treatment | Subsurface HRC Injection/Monitoring |
| 2. Institutional Controls | Activity and Use Limitation |

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

D'Amore Associates, Inc.

This evaluation has concluded that because of the necessity to treat both residual soil and dissolved phase chlorinated hydrocarbons in an environment that is not conducive to other remedial strategies, in-situ HRC injection is the most feasible option to enhance remediation at the site in a timely fashion. Implementation of this alternative will eliminate the risk to health, welfare and the environment in a timely manner. Restoration to background is also possible with this alternative. Implementation of the institutional control has been retained for future consideration pending additional sampling.

### 7.7    Formulation and Evaluation of Remedial Response Alternative

The remedial response alternative consists of in-situ application of hydrogen release(s) compounds combined with specially formulated bacteria to accelerate the de-chlorination of vinyl chloride. Soil and ground water will be inoculated with these materials into a delivery system that consists of temporary vertical inoculation points that will be installed in the rear, along the north side and in front of 28 Central Square . Ground water quality will be monitored quarterly during the treatment process and additional HRC will be added as needed. This appears to be the most feasible and economical remediation option that can be immediately implemented.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004

## 8    Limitations

The services described in this report were performed consistent with generally accepted professional consulting principles and practices. No other warranty, express or implied, is made. These services were performed consistent with our agreement with our client. This report is solely for the use and information of our client and their successors and assigns, advisors, counsel, lenders and prospective lenders, and prospective buyers and lenders. To the extent that any additional parties intend to rely upon this report, they may do so only upon a written request to and approval from D'Amore Associates, Inc., which approval shall not be reasonably withheld.

Opinions and recommendations contained in this report apply to conditions existing when services were performed and are intended only for the client, purposes, locations, time frames, and project parameters indicated. We are not responsible for the impacts of any changes in environmental standards, practices, or regulations subsequent to performance of services. We do not warrant the accuracy of information supplied by others, or the use of segregated portions of this report.

Immediate Response Action Status Report,
Phase II Comprehensive Site Assessment and
Phase III Focused Feasibility Study
28 Central Square, Chelmsford
RTN # 3-2739, Related RTN # 3-20316
June 15, 2004