Phase IV Remedy Implementation Plan

For

28 Central Square, Chelmsford

RTN # 3-2739, Related RTN # 3-20316

Prepared pursuant to:

Massachusetts Contingency Plan (310 CMR 40.00)

Prepared for:

Kleenit, Inc.
44 Park Street
Ayer, MA 01432

January 20, 2006

*D'AMORE ASSOCIATES, INC.*
*148 Ponakin Road*
*Lancaster, Massachusetts 01523*

*Environmental Engineering / Ground Water Consulting*

## Contents

1   Introduction ................................................................................................................ 2
  1.1   Background ...................................................................................................... 2
  1.2   IRA Plan ............................................................................................................ 3
  1.3   HRC Source Area Pilot Study .......................................................................... 4
2   Phase II CSA Findings and Conclusions ................................................................ 5
3   Nature and Extent of Contamination ....................................................................... 7
  3.1   Soil .................................................................................................................... 7
  3.2   Surface Water and Sediment ........................................................................... 7
  3.3   Ground Water and Disposal Site Boundary .................................................... 7
  3.4   Non-Chlorinated VOC Contamination ............................................................. 8
4   Phase III Feasibility Study Conclusions ................................................................ 10
5   Phase IV Remedy Implementation Plan ................................................................ 11
  5.1   Hydrogen Release Compounds ..................................................................... 11
  5.2   Inoculation Area Injection Points ................................................................... 12
  5.3   HRC/BDI Injection .......................................................................................... 13
  5.4   Remedial Additives Sampling ........................................................................ 13
  5.5   VOC Sampling and Status Reporting ............................................................ 14
6   Limitations ................................................................................................................ 15

Figures
Figure 1     Site Locus Map
Figure 2     MADEP Site Map
Figure 3     Site Plan
Figure 4     Water Table Map, 4/28/03
Figure 5     Approximate Ground Water Plume Limit
Figure 6     Proposed HRC Delivery System

D'Amore Associates, Inc.

# 1 Introduction

The following report constitutes a Phase IV Remedy Implementation Plan (RIP) for the Care Cleaners Disposal Site located at 28 Central Square in Chelmsford, Massachusetts (Figure 1). This report was prepared per the requirements of the Massachusetts Contingency Plan (MCP) at 310 CMR 40.0874 and consistent with the owner's present financial ability. The Phase IV RIP has been prepared based upon presently available data that was included in the Phase II Comprehensive Site Assessment (CSA) Report, Phase III Focused Feasibility Study (FS) that was submitted to the Department on June 15, 2004.

The conclusion of the Method 1 Risk Characterization, which was included in the Phase II CSA, is that a Condition of No Significant Risk to human health does not exist at the site. The Phase III Focused FS determined that full scale implementation of the Source Area HRC Pilot Study that was implemented as an IRA Plan Modification be adopted as the Phase IV remedy as the optimal way to address the presence of residual levels of chlorinated solvents in soil and ground water at the site.

## 1.1 Background

As a result of sampling the septic system and the NPDES outfall at the Care Cleaners facility in June 1989, chlorinated volatile organic compounds (VOCs) were identified in the septic system effluent. As a consequence to this discovery, the DEP issued a letter to Care Cleaners in April 1990 requiring them to initiate a field investigation to assess soil and ground water conditions at the site. In January 2001, Kleenit, Inc. received a Notice of Responsibility (NOR) that identified a Substantial Release Migration (SRM) condition associated with the site. According to the DEP, the SRM condition, which was assigned under the original RTN # 3-2739, exists because chlorinated solvents were detected along with gasoline-related compounds in ground water that was being pumped into Beaver Brook from a sump in the basement of 34 Central Square.
The Care Cleaners facility is located next to Beaver Brook at 28 Central Square in Chelmsford (Figure 1). Thirty-four Central Square is located adjacent to Beaver Brook diagonally across the street (Figure 2). The original IRA Plan was submitted to the Department in February 2001 to addresses this condition.

Shortly after the SRM condition was identified, the Department assigned additional release(s) tracking numbers (RTNs) to three potentially responsible parties (PRPs) due to the presence of non-chlorinated and chlorinated VOCs in indoor air in the basement of a day care facility at 34 Central Square. The PRPs included: Exxon/Mobil Corporation (RTN 3-20265) located at 30 Central Square; Energy North Corporation (RTN 3-20264) located at 7 Acton Road; and Kleenit, Inc. (RTN 3-20316). This condition, which was identified in January 2001, constituted a Critical Exposure Pathway (CEP) and was addressed in IRA Modification Plans that were developed by consultants for the three PRPs (Camp Dresser & McKee (CDM) for Exxon/Mobil; Lessard Environmental, Inc. for Energy North; and D'Amore Associates, Inc. for Kleenit).

### 1.2    IRA Plan

Shortly after a release was discovered at the Care Cleaners facility in September 1989, use of the septic system, which initially was believed to be the source of contamination, was discontinued and a connection to the municipal sewer was made. The septic system was located in the rear of the building (near MW-8 on Figure 3) and consisted of a cesspool that had not been properly decommissioned. The presence of residually contaminated soil in and around the cesspool and associated sewer pipe was, at that time, believed to be the most probable source of contaminated ground water at the site.

An IRA Plan was developed and submitted to the DEP in February 2001, the purpose of which was to remove the cesspool and any impacted soil that may surround it and collect ground water samples prior to and following removal of the cesspool.

Following receipt of an Order of Conditions from the Chelmsford Conservation Commission, the cesspool was removed in September 2001. Soil samples collected for VOC analysis following removal of the cesspool indicated that a contaminant source other than, or in addition to, the cesspool existed. These results were submitted to the Department in an IRA Status Report that was submitted to the Department in November 2001. Additional excavation activities, which extended beneath an addition to the rear of the building, took place in November 2001. The results of that work are summarized in a Supplemental Field Investigation Report that was submitted to the Department in January 2002. The report was prepared to support re-scoring the site, which was required due to the CEP condition that existed at 34 Central Square.

During the November 2001 mobilization to the site, a small amount of a black liquid, which was visually identified by Frank Murphy of Kleenit as solvent still residue, was observed to be weeping out of the sidewall of the excavation next to the original rear door of the dry cleaning facility (near MW-9 on Figure 3). For structural reasons, further soil removal was not possible at this location.

To assess conditions within the building, in April 2002, four soil borings were installed within the building. The results suggest that the source of the release(s) is beneath the addition and a portion of the original building. The elevated chlorinated VOC results at monitoring well MW-9, which was installed in the excavation prior to backfilling it, reflect the presence of a small amount of solvent still residue that was dissolving in water.

### 1.3  HRC Source Area Pilot Study

An IRA Status Report and Plan Modification was submitted to the Department in May 2002 that summarized the results of these recent investigations and described modifications to the IRA Plan to address the newly discovered source area for the release(s). The IRA Modification described how hydrogen release(s) compounds (HRC) would be injected into the ground to chemically interact with the presence of elevated concentrations of chlorinated compounds in ground water in the rear of the building. The pilot HRC delivery system is depicted on Figure 3.

Since implementing the IRA Modification Plan, its progress has been monitored for one year and an evaluation of the practicality of using HRC across the site to address residual contamination in soil and ground water has been completed. The evaluation concluded that the application of HRC over a greater portion of the site is a viable alternative in achieving a Permanent Solution at the Site.

## 2  Phase II CSA Findings and Conclusions

The Phase II CSA findings and conclusions were summarized as follows:

1. A release of chlorinated solvents to the environment occurred that was originally thought to have been associated with the cesspool located in the rear of the 28 Central Square building. Investigation results suggest that a new release(s) source is beneath the building addition and the rear portion of the original building. There is a sealed floor drain located in the rear of the original building, the discharge location of which is unknown.
2. Elimination of the cesspool and approximately 28 cubic yards of soil beneath the building addition has removed the majority of the contaminated soil associated with the release(s). Residually contaminated soil is present beneath the rear of the building and cannot be removed because of structural considerations for the building's integrity.
3. Ground water flows in northeasterly and northerly direction from the area where the release(s) occurred ultimately discharging to Beaver Brook (Figure 4).
4. An upward hydraulic gradient is present at two of the three well pairs on the site and a downward hydraulic gradient is present at the third location.
5. Ground water contaminated with chlorinated solvents believed to be emanating from the site is present in a number of monitoring wells located on the 28 Central Square property and in monitoring wells located within Bartlett Street (GES-10D), Cushing Place (GES-6) and Boston Road (GES-7).
6. The approximate limit of contamination depicted on Figure 5 that encompasses these wells is based upon water quality results, ground water flow direction and the presence of a second chlorinated solvent release that occurred east of the site (Paramount Cleaners, RTN # 3-20242).
7. The highest levels of chlorinated VOCs are present in shallow ground water at and beneath the rear of the building where the release(s) occurred. There is contamination in one of the deeper monitoring wells but a much lower concentrations. Consequently, there is no evidence to suggest the presence of dense non-aqueous phase liquid at the site.
8. It does not appear that sediment in Beaver Brook has been impacted by the release(s).
9. Chlorinated VOCs have been detected at low concentrations in surface water in the past but were not detected during the April 2004 sampling event.

10. A year-long pilot study that was implemented in the source area as an IRA Modification utilizing hydrogen releasing compounds (HRC) has been completed. The results indicated that HRC has been very successful in transforming PCE to cis-1,2 DCE and vinyl chloride. This technology will be implemented with modifications as a Permanent Solution at the site.

11. Non-Chlorinated VOC's, specifically gasoline-related compounds associated with the Exxon/Mobil and Energy North Disposal sites have been identified in a number of monitoring wells located on, as well as downgradient of, the 28 Central Square property.

## 3   Nature and Extent of Contamination

Based upon the results of the Phase II CSA, the following approximation of the nature and extent of contamination was made.

### 3.1   Soil

Residual chlorinated VOC contamination is present in soil in the immediate vicinity of where the release(s) occurred in the rear of the 28 Central Square building. The post-excavation soil sampling results indicate that cis-1,2 DCE, PCE and TCE were present along the base and sidewalls of the excavation at levels in excess of the S-1/GW-1 standard. VOC contamination in soil extends beneath the building and is present at lower concentrations in the three soil samples that were collected. At soil borings more distant from the point of release(s) (i.e., MW-12, and MW-13), these VOCs were detected at levels well below the S-1/GW-1 standard and were not present at MW-1.

### 3.2   Surface Water and Sediment

As a part of the current investigation, surface water and sediment samples were collected at two locations for VOC analysis. The upstream location is located adjacent to MW-14 where historical surface water samples have been periodically collected since 1990. The downstream location is located adjacent to GES-8 located in the 34 Central Square parking lot where surface water samples have been collected since 1990. No VOCs were detected in either the surface water or sediment in April 2004. Historically, trans-1,2 DCE and PCE were detected once in the upstream location (April 1992) and cis-1,2 DCE, PCE, TCE and vinyl chloride were present in the downstream location in July 1999. A downstream sample was not collected in 1992.

### 3.3   Ground Water and Disposal Site Boundary

March 2004 water quality results data as well as historical data reflect the presence of chlorinated VOCs associated with the 28 Central Square release(s) as well as gasoline-related constituents that are not associated with the solvent release(s). Chlorinated VOCs are present in eleven of the site monitoring wells. The highest levels are present in the rear, and beneath a portion, of the

building (MW-9, MW-10, MW-11 and MW-12) (i.e., at the point of release(s)) and at MW-2, which is located in the front of the building. The compounds that are currently present on the site include 1,1 DCE, cis-1,2 DCE, trans-1,2 DCE, PCE, TCE and vinyl chloride. Ground water containing some of these chlorinated VOCs has migrated in a northerly direction beneath the parking lot north of 28 Central Square as well as in a northeasterly direction toward Bartlett Street.

There are a number of monitoring wells that have been installed by other consultants east of 28 Central Square which were installed to characterize the nature and extent of contamination associated with the gasoline release(s) associated with 30 Central Square. In the course of that investigation, chlorinated solvents had been detected in five monitoring wells, GES-6, GES-7, GES-8, GES-8D and GES-10D. In addition, the DEP had detected chlorinated solvents in two well points that were installed in Beaver Brook near GES-8.

While all these monitoring wells (GES-6, GES-7, GES-8, GES-8D and GES-10D) have exhibited evidence of the presence of chlorinated hydrocarbons, only GES-6, GES-7 and GES-10D may have been impacted by the 28 Central Square release(s). This conclusion is based upon the CDM and Lessard water table maps that depict ground water flowing in a northerly direction parallel to Bartlett Street. Based upon all of this information and current water quality results, the approximate limit of contamination in ground water associated with the 28 Central Square release is depicted on Figure 5.

### 3.4   Non-Chlorinated VOC Contamination

Non-chlorinated VOC's, specifically gasoline-related constituents associated with the Exxon/Mobil and Energy North disposal sites, have been identified in a number of monitoring wells located on, downgradient and cross gradient of the 28 Central Square property. Using MTBE as the indicator-compound, wells impacted by those releases include:
- MW-1, MW-2, MW-5, MW-6 and MW-14 which are located on the 28 Central Square property and adjacent parking lot;
- GES-3, OW-5, OW-6 and GES-10D, which are located on Bartlett Street;
- OW-7 and GES-7, which are located on Boston Road;
- GES-6, which is located on Cushing Place;

D'Amore Associates, Inc.

- MW-1, which is located on 6 Boston Road; and
- OW-10, OW-11 and GES-8, which are located on 34 Central Square.

The loci of these wells are depicted on Figure 5.

## 4  Phase III Feasibility Study Conclusions

Focused remedial response alternatives were identified based on information obtained from the Phase II Comprehensive Site Assessment. The Feasibility Study focused on identifying the appropriate options for soil and ground water remediation at the site. The screening process was performed in two steps: 1) an initial screening to eliminate those technologies and process options which are not likely to be feasible or to eliminate significant risk; and 2) a detailed screening of the remaining technologies and process options. Based on the findings of the detailed screening of remedial response alternatives, the evaluation has concluded that because of the necessity to treat both residual soil and dissolved phase chlorinated hydrocarbons in an environment that is not conducive to other remedial strategies, in-situ HRC injection is the most feasible option to enhance remediation at the site in a timely fashion. Based upon the results of the pilot study, implementation of this alternative will eliminate the risk to health, welfare and the environment in a timely manner. Restoration to background is also possible with this alternative. Implementation of the institutional control has been retained for future consideration pending additional sampling.

## 5  Phase IV Remedy Implementation Plan

This Phase IV Remedy Implementation Plan (RIP) is predicated on the successful implementation of a pilot test conducted in Year 2002 in the rear of the building adjacent to MW-9 where elevated level of chlorinated solvents was present in ground water. Regenesis, Inc. of Wakefield, Massachusetts was responsible for implementing the Hydrogen Release Compound (HRC) remediation program and will be supplying the HRC technology for the full scale remediation effort. The only modification to the HRC technology used in the pilot study will be the addition of a bio-augmentation compound to accelerate the de-chlorination process of vinyl chloride to ethene.

### 5.1  Hydrogen Release Compounds

The following description of HRC was provided by Regenisis.

> *HRC is used to enhance in situ biodegradation rates for chlorinated hydrocarbons (CHs) by supporting anaerobic reductive de-chlorination processes. Reductive de-chlorination is now recognized as one of the primary attenuation mechanisms by which chlorinated solvent groundwater plumes can be contained and/or remediated.*

> *HRC is a proprietary polylactate ester that, upon being deposited into the subsurface, slowly releases lactate. Lactate is metabolized by naturally occurring microorganisms, resulting in the creation of anaerobic aquifer conditions and the production of hydrogen. Naturally occurring microorganisms capable of reductive de-chlorination then use the hydrogen to progressively remove chlorine atoms from chlorinated hydrocarbon contaminants (i.e. convert tetrachloroethene [PCE] to trichloroethene [TCE] to dichloroethene [DCE] to vinyl chloride [VC] to ethene).*

> *HRC is manufactured as a viscous gel that can be injected into the saturated zone in a grid or barrier configurations for either localized area or cutoff-based treatment approaches. The use of HRC for groundwater remediation offers a comparatively simple and cost effective remediation alternative for sites that would otherwise require*

*unacceptably long periods of time for natural attenuation or the high levels of capital investment and operating expense associated with active remediation technologies.*

*Bio-Dechlor Inoculum (BDI™), which is an enriched natural microbial consortium containing a species of Dehaloccocides, will be injected along with the HRC to rapidly de-chlorinate contaminants during in-situ bioremediation processes.*

### 5.2  Inoculation Area Injection Points

The proposed Phase IV remedy will be implemented on the Care Cleaners property while monitoring ground water quality both on and off site. If water quality shows measured and consistent improvement in both areas, then no additional on-site inoculations will be required. Depending upon off-property water quality results, a modification to the Phase IV RIP that addresses off-property injections may be proposed.

The on-property treatment areas include:
1. the original pilot study area in the rear of the building where five inoculation points will be placed;
2. the east side of the building (i.e., facing Beaver Brook) where 11 inoculation points will be located;
3. along the front of the building where five inoculation points are proposed;
4. along the right hand side of the parking lot where five inoculation points will be placed; and
5. along Acton Road where four inoculation points will be placed.

Figure 6 depicts the approximate location of these thirty inoculation points.

HRC/BDI mixture will be applied to the subsurface using direct-push hydraulic equipment. For direct push method, drive rods will be pushed to the bottom of the contaminated saturated zone, which is assumed to be 15 feet below grade, and then HRC/BDI will be injected as the rods are withdrawn. HRC will be injected using an appropriate pump capable of processing a material with a viscosity of 20,000 centipoise, at flow rates of 3 to 10 gallons per minute (11 to 38 liters/minute), and at pressures ranging from 200 psig to 1,500 psig (14 to 102 bar).

Technical Drilling Services, Inc. (TDS) of Sterling, Massachusetts will be responsible for the installation of the GeoProbe borings and inoculation of HRC. It is anticipated that it will take one day to complete the five injections.

### 5.3 HRC/BDI Injection

The application rate for HRC/BDI mixture will be determined after a complete round of ground water samples is collected. Upon receipt of the results, Regenisis will analyze the data and recommend the appropriate quantities of each as well as the application rate.

### 5.4 Remedial Additives Sampling

HRC/BDI byproducts will be monitored in one upgradient and one downgradient well on a quarterly basis to validate the HRC-based enhancement of reductive de-chlorination processes and to comply with 310 CMR 40.0040. Prior to the inoculation, an initial or "baseline" round of sampling will be performed to identify pre-HRC installation groundwater conditions. After delivery of the HRC/BDI to the subsurface, ground water samples will be collected from selected monitoring wells on a quarterly basis.

The monitoring program will include the measurement of the following chemical parameters:

- natural attenuation/inorganic parameters: total and dissolved iron, dissolved manganese, nitrate, sulfate, sulfide, and chloride
- HRC-based electron donor: total organic carbon and/or metabolic acids (lactic, pyruvic, acetic, propionic, and butyric). TOC analysis may be sufficient to measure electron donor (HRC) levels.
- End-product dissolved gases: carbon dioxide, methane, ethane and ethene

Monitoring wells MW-3 and MW-14 have been identified as the upgradient and downgradient monitoring wells, respectively.

D'Amore Associates, Inc.

## 5.5  VOC Sampling and Status Reporting

Once current water quality samples are obtained and the data is evaluated, target monitoring wells both on and off the property will be identified for periodic monitoring for VOCs. Monitoring will be conducted quarterly to evaluate the progress of remediation efforts. Regenesis will participate in this endeavor to assess the adequacy of the HRC/BDI system. Depending upon the progress of remediation and with Regenesis' recommendation, a Phase IV Completion Statement may be filed and if that is the case, the site will be placed in Remedy Operation Status.

## 5.6  Schedule

Implementation of the Phase IV Remedy is based upon client's availability of financial resources. The first task that will be completed when resources become available, will be to obtain a current round of water quality data after which the quantity and application rate of the HRC/BDI formulation can be determined. It is anticipated that it will take approximately one week to complete the injection process.

D'Amore Associates, Inc.

## 6   Limitations

The services described in this report were performed consistent with generally accepted professional consulting principles and practices. No other warranty, express or implied, is made. These services were performed consistent with our agreement with our client. This report is solely for the use and information of our client and their successors and assigns, advisors, counsel, lenders and prospective lenders, and prospective buyers and lenders. To the extent that any additional parties intend to rely upon this report, they may do so only upon a written request to and approval from D'Amore Associates, Inc., which approval shall not be reasonably withheld.

Opinions and recommendations contained in this report apply to conditions existing when services were performed and are intended only for the client, purposes, locations, time frames, and project parameters indicated. We are not responsible for the impacts of any changes in environmental standards, practices, or regulations subsequent to performance of services. We do not warrant the accuracy of information supplied by others, or the use of segregated portions of this report.