**Six-Month Phase IV Status Report**

**For**

**28 Central Square, Chelmsford**

**RTN # 3-2739 and 20316**

**Prepared pursuant to:**

**Massachusetts Contingency Plan (310 CMR 40.00)**

**Prepared for:**

**Kleenit, Inc.**
**44 Park Street**
**Ayer, MA 01432**

**April 30, 2007**

*D'AMORE ASSOCIATES, INC.*
*148 Ponakin Road*
*Lancaster, Massachusetts 01523*

*Environmental Engineering / Ground Water Consulting*

D'Amore Associates, Inc.

## Table of Contents

1   Introduction ...................................................................................................... 2
2   IRA Background ................................................................................................ 3
    2.1   IRA Plan Modification Status ..................................................................... 3
    2.2   Phase II Comprehensive Site Assessment/Phase III Feasibility Study ........... 4
    2.3   Indoor Air Sampling.................................................................................. 4
    2.4   Ground Water Sampling............................................................................. 5
3   Current Surface and Ground Water Sampling Results................................... 6
    3.1   Surface Water Samplin ............................................................................. 6
    3.2   Ground Water Sampling............................................................................. 6
4   Evaluation of Condition of Substantial Release Migration .......................... 8
    4.1   Conclusions.............................................................................................. 9
5   Phase IV Status Report.................................................................................. 10
6   Limitations ..................................................................................................... 11

Appendices

Appendix 1    Laboratory Analytical Reports

Appendix 2    MCP Numerical Standards Derivation

Tables

Table 1       VOC Water Quality Summary

Figures

Figure 1      Site Locus Map

Figure 2      Site Plan

Figure 3      Disposal Site Map

IRA Completion Report
and Phase IV Status Report
28 Central Square, Chelmsford
RTN # 3- 2739
November 27, 2006

# 1   Introduction

The following constitutes an IRA Completion Report and Phase IV Status Report for the Care Cleaners site in Chelmsford (Figure 1). The original IRA Plan, which was submitted to the Department in February 2001, addresses the Substantial Release Migration (SRM) condition associated with the Notice of Responsibility (NOR) that Kleenit, Inc. received in January 2001. The SRM condition, which was assigned under RTN # 3-2739, exists because chlorinated solvents were detected along with gasoline-related compounds in ground water that was being pumped into Beaver Brook from a sump in the basement of 34 Central Square. The Care Cleaners facility is located next to Beaver Brook at 28 Central Square in Chelmsford (Figure 2). Thirty-four Central Square is located adjacent to Beaver Brook diagonally across the street (Figure 3).

Shortly after the SRM condition was identified, the Department assigned release tracking numbers (RTNs) in January 2001 to three potentially responsible parties (PRPs): Mobil Corporation (RTN 3-20265); Energy North Corporation (RTN 3-20264); and Kleenit, Inc. (RTN 3-20316) because of the presence of organic vapors in indoor air in the basement of the former day care facility located at 34 Central Square. This condition constituted a Critical Exposure Pathway (CEP) and was addressed in IRA Modification Plans that were developed by consultants for the three PRPs: (Camp Dresser & McKee (CDM) for Mobil; Lessard Environmental, Inc. for Energy North; and D'Amore Associates, Inc. for Kleenit). Approximately six months ago, the day care facility moved out of 34 Central Square. Currently the building is unoccupied and up for sale.

IRA Completion Report
and Phase IV Status Report
28 Central Square, Chelmsford
RTN # 3- 2739
November 27, 2006

## 2   IRA Background

Shortly after the release was discovered at the Care Cleaners facility in September 1989, use of the septic system, which initially was believed to be the source of contamination, was discontinued and a connection to the municipal sewer was made. The septic system was located in the rear of the building and consisted of a cesspool that had not been properly decommissioned. The presence of residually contaminated soil in and around the cesspool and associated sewer pipe was believed to be the most probable source of contaminated ground water at the site. The purpose of the IRA Plan was to remove the cesspool and any impacted soil that may surround it and collect ground water samples prior to and following removal of the cesspool.

Following receipt of an Order of Conditions from the Chelmsford Conservation Commission, the cesspool was removed in September 2001. Soil samples collected for VOC analysis following removal of the cesspool indicated that the contaminant source may be something other than, or in addition to, the cesspool. These results were submitted to the Department in an IRA Status Report that was submitted to the Department in November 2001. Additional excavation activities, which extended beneath an addition to the rear of the building, took place in November 2001. The results of that work are summarized in a Supplemental Field Investigation Report that was submitted to the Department in January 2002. The report was prepared to support re-scoring the site, which was required due to the CEP condition that existed at 34 Central Square.

### 2.1   IRA Plan Modification Status

The IRA Modification that was submitted to the Department in May 2002 addressed a localized ground water "hot spot" that was identified in the rear of the building. The IRA Modification described how hydrogen release compounds (HRC) would be injected into the ground to chemically interact with the presence of elevated concentrations of chlorinated compounds in ground water in the rear of the building.

Implementation of the IRA Plan Modification was successful as reported in the last IRA Status Report. Inspection of the data reveals that reductive de-chlorination, which is a chemical

IRA Completion Report
and Phase IV Status Report
28 Central Square, Chelmsford
RTN # 3- 2739
November 27, 2006

transformation whereby the progressive removal of chlorine atoms from chlorinated hydrocarbon contaminants is occurring. If required, future HRC inoculations will occur as part of the Phase IV Remedy.

## 2.2    *Phase II Comprehensive Site Assessment/Phase III Feasibility Study*

In June 2004, a Phase II Comprehensive Site Assessment and Phase III Feasibility Study (FS) were completed. The conclusion of the Feasibility Study is that in-situ application of hydrogen release(s) compounds combined with specially formulated bacteria to accelerate the de-chlorination of vinyl chloride is the most effective technology for the site.  Soil and ground water would be inoculated with these materials through a delivery system that consists of temporary vertical inoculation points that would be installed in the rear, along the north side and in front of 28 Central Square.  Ground water quality would be monitored quarterly during the treatment process and additional HRC would be added as needed. This appears to be the most feasible and economical remediation option that can be immediately implemented. A proposal has been received from Regenesis and is under review.

## 2.3    *Indoor Air Sampling*

As reported in the December 2005 IRA Status Report, on May 19, 2005, two air samples were collected from within the dry cleaning facility and one background sample was collected outside the rear of the building near the former hot spot.  The purpose of collecting the samples was to evaluate the potential for the presence of a complete migration pathway into the building from shallow contaminated ground water in the former hot spot area.  The samples were collected once the dry cleaning unit was decommissioned and removed of from the building.

The air samples were collected during normal working hours in Summa canisters that were fitted with an eight-hour regulator.  The canisters were placed at the site between 8:00 and 8:30 AM and retrieved between 4:00 and 4:40 PM on the same day.  One canister (CT 3395) was placed in the front of the building behind the service counter.  A second canister (CT 3430) was placed in the rear of the building where the former dry cleaning unit was located.  The third canister (CT

IRA Completion Report
and Phase IV Status Report
28 Central Square, Chelmsford
RTN # 3- 2739
November 27, 2006

4026) was placed outside of the building near MW-9.  Contest Analytical Laboratory (ConTest) of East Longmeadow, Massachusetts analyzed the samples for VOCs via Method TO14.

The sampling results reveal that inside the building, tetrachloroethene (PCE), cis-1,2 dichloroethene (cis-1,2 DCE) , trichloroethene (TCE) and 1,1,1 trichloroethane (1,1,1 TCA) were present at very low levels with the highest levels being present in the front of the building.  No vinyl chloride (VC) was detected in either sample.  With the exception of very low levels of chloromethane and dichlorodifluoromethane, no VOCs were present in the exterior air sample.

The permissible exposure limits (PELs) for all of the compounds identified at the site are orders of magnitude below OSHA established limits. The PELs are included along with the laboratory report.

## 2.4    Ground Water Sampling

In order to evaluate the relation ship between indoor air and ground water quality, ground water samples were collected for VOC analysis by ConTest via Method 8260 on May 17, 2005 from MW-9, which is located outside of the building in the former hot spot, and MW-10 and MW-11, which are located inside the building on either side of the where the dry cleaning machine was located.  The principal chlorinated VOCs that were present include; PCE, TCE, cis-1,2 DCE and VC.  1,1 DCE and trans-1,2 DCE were also present.

## 3    Current Surface and Ground Water Sampling Results

### 3.1    Surface Water Sampling

To evaluate current surface and ground water quality, surface water samples were collected for VOC analysis via Method 8260 at the upstream location (i.e., adjacent to MW-14) and downstream locus (adjacent to GES-8).  Sampling at these locations has occurred intermittently since October 1990.  The samples were collected on July 18, 2006 and transported under a Chain of Custody to Phoenix Environmental Laboratories (Phoenix) of Manchester, Connecticut.  Nothing was detected in the upstream sample while at the downstream location, cis-1,2-DCE (1.1 ug/l) and PCE (1.4 ug/l) were present.  The results are included in Table 1, which contains a complete summary of all water quality sampling at the site. The laboratory report is included in Appendix 1.

### 3.2    Ground Water Sampling

On November 16, 2006, all of the site monitoring wells except MW-8 which was destroyed, were purged and sampled for VOC analysis by Phoenix.  The data are included in Table 1.  The laboratory report is included in Appendix 1.  The following is a discussion of the results with respect to past sampling results:

| | |
|---|---|
| MW-1 | No chlorinated VOCs were detected.  This is consistent with past results. |
| MW-2 | PCE and TCE have decreased, cis 1,2 DCE and vinyl chloride are essentially the same. |
| MW-3 | PCE, TCE, cis 1,2 DCE and vinyl chloride have all increased to levels consistent with April 2001 results |
| MW-4 | cis 1,2 DCE (1.1 ug/l)is present just above the detection limit |
| MW-5 | PCE is present (4.7 ug/l) at essentially March 2004 levels (2.2 ug/l) |
| MW-6 | PCE is below detection limits (1 mg/l).  PCE level in March 2004 was 12.9 ug/l |
| MW-8 | Destroyed |
| MW-9 | Could not be sampled due to insufficient water |

IRA Completion Report
and Phase IV Status Report
28 Central Square, Chelmsford
RTN # 3- 2739
November 27, 2006

D'Amore Associates, Inc.

| MW-10 | PCE and TCE have decreased, cis-1,2 DCE and vinyl chloride have increased |
| MW-11 | TCE, cis 1,2 DCE and vinyl chloride have all decreased, no change in PCE |
| MW-12 | PCE, TCE, cis 1,2 DCE and vinyl chloride have all decreased |
| MW-13 | PCE has increased slightly while there has been no change in all other compounds |
| MW-13D | cis 1,2 DCE, PCE and TCE have all increased to levels that were present in November 2003 |
| MW-14 | cis 1,2 DCE and TCE have increased slightly while there has been no change in PCE and vinyl chloride |

Based upon inspection of current results with historical sampling, there has been a significant improvement in water quality in and downgradient of the source area since implementing the HRC remediation in March 2002.

IRA Completion Report
and Phase IV Status Report
28 Central Square, Chelmsford
RTN # 3- 2739
November 27, 2006

D'Amore Associates, Inc.

## 4    Evaluation of Condition of Substantial Release Migration

The very low concentrations of VOCs most recently detected in surface water indicate that the discharge to surface water is not associated with significant risk for environmental (aquatic) receptors. The MCP defines a condition of substantial release migration as shown below. While VOCs have been detected in surface water (obviously not in a water supply), the concentrations of VOCs are well below any aquatic life benchmarks and are even below drinking water standards and guidelines..

Condition of Substantial Release Migration and SRM each mean a condition at a disposal site that includes any of the following:

> (a) releases that have resulted in the discharge of separate-phase oil and/or separate-phase hazardous material to surface waters, subsurface structures, or underground utilities or conduits;
>
> (b) releases to the ground surface or to the vadose zone that, if not promptly removed or contained, are likely to significantly impact the underlying groundwater, or significantly exacerbate an existing condition of groundwater pollution;
>
> (c) releases to the groundwater that have migrated or are expected to migrate more than 200 feet per year;
>
> (d) releases to the groundwater that have been or are within one year likely to be detected in a public or private water supply well;
>
> (e) releases to the groundwater that have been or are within one year likely to be detected in a surface water body, wetland, or public water supply reservoir; or
>
> (f) releases to the groundwater or to the vadose zone that have resulted or are within one year likely to result in the discharge of vapors into school buildings or occupied residential dwellings.

Only two volatiles, cis-1,2-DCE (1.1 ug/l) and PCE (1.4 ug/l) were most recently detected in surface water. The table included in Appendix 2 is taken from the MADEP's documentation for the derivation of the 2006 GW-3 standards. In that table, MADEP identifies the Lowest Ecologically Based Criteria for each of the compounds. The Lowest Ecologically Based Criteria

IRA Completion Report
and Phase IV Status Report
28 Central Square, Chelmsford
RTN # 3- 2739
November 27, 2006

D'Amore Associates, Inc.

are considered to be concentrations protective of aquatic life and are used as target concentrations for surface water in the derivation of the GW-3 standards. The Lowest Ecologically Based Criteria for cis-1,2-DCE and PCE are 14,000 ug/liter and 1,100 ug/liter respectively. Obviously, the recently detected concentrations of 1.1 ug/liter and 1.4 ug/liter respectively are well below the corresponding Lowest Ecologically Based Criteria and therefore pose no significant risk to aquatic life.

The surface water is not used as a source of drinking water. However, drinking water standards and guidelines are conservative screening values for any potential human exposure to the surface water (VOCs are not bio-accumulative and therefore no food chain exposures need be considered). The Massachusetts Drinking Water Standard for cis-1,2-DCE is 0.07 mg/liter (70 ug/liter) and for PCE is 0.005 mg/liter (5 ug/liter) [Standards and Guidelines for Contaminants in Massachusetts Drinking Waters, Spring 2006]. The recently detected concentrations in surface water (1.1 ug/liter and 1.4 ug/liter for respectively for cis-1,2-DCE and PCE) are below the corresponding Drinking Water Standards. This would suggest that any human contact with the surface water would not be associated with significant risk to human health.

## 4.1    Conclusions

Since the resultant surface water concentrations associated with discharge of groundwater to surface water are below criteria for aquatic life and even for drinking water, the very low concentrations of cis-1,2-DCE and PCE do not pose significant risk. Although the discharge has continued, the risk associated with the discharge is not significant and would not require remedial action. Conditions have improved, and in the absence of significant risk, a Condition of Substantial Release Migration no longer exists.

IRA Completion Report
and Phase IV Status Report
28 Central Square, Chelmsford
RTN # 3- 2739
November 27, 2006

## 5   Phase IV Status Report

Because there has been significant improvement in water quality in and downgradient of the source area since implementing HRC remediation within the source area in March 2002, additional quarterly rounds of ground water samples will be collected from selected wells and the results will be evaluated prior to deciding to proceed with additional HRC injections. Those wells include; MW-2, MW-3, MW-5, MW-6, MW-9, MW-10, MW-11, MW-12, MW-13, MW-13D and MW-14. MW-9, which was dry, will be replaced so that there is sufficient water in the well to obtain a sample. When ground water quality in any monitoring well remains below the GW-1 standard for four quarterly sampling events, that well will no longer be sampled. If it appears that the downward trend persist, then the site will be placed in Remedy Operation Status.

IRA Completion Report
and Phase IV Status Report
28 Central Square, Chelmsford
RTN # 3- 2739
November 27, 2006

# 6    Limitations

The services described in this report were performed consistent with generally accepted professional consulting principles and practices. No other warranty, express or implied, is made. These services were performed consistent with our agreement with our client. This report is solely for the use and information of our client and their successors and assigns, advisors, counsel, lenders and prospective lenders, and prospective buyers and lenders. To the extent that any additional parties intend to rely upon this report, they may do so only upon a written request to and approval from D'Amore Associates, Inc., which approval shall not be reasonably withheld.

Opinions and recommendations contained in this report apply to conditions existing when services were performed and are intended only for the client, purposes, locations, time frames, and project parameters indicated. We are not responsible for the impacts of any changes in environmental standards, practices, or regulations subsequent to performance of services. We do not warrant the accuracy of information supplied by others, or the use of segregated portions of this report.