UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-10351-RBC

| | |
|---|---|
| KLEENIT, INC., <br>                               Plaintiff <br> vs. <br> UTICA NATIONAL INSURANCE GROUP, and <br> TRAVELERS PROPERTY AND CASUALTY, <br>                               Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANTS' ASSENTED TO MOTION TO EXTEND THE DEADLINE TO SUBMIT THEIR EXPERT DISCLOSURES

The defendants, Utica National Insurance Group and Travelers Property and Casualty, with the assent of the plaintiff, hereby move to extend their deadline for filing and serving their expert disclosures and reports from November 16, 2007 to November 30, 2007. In support of their motion, the defendants state as follows:

1. This is a complex insurance coverage action involving alleged contamination at three different sites located in three separate towns including Acton, Chelmsford and Wayland.

2. Due to the complexity of the subject matter and the significant effort to ensure a full and complete report from each expert, the defendants are unable to complete the expert reports prior to the existing deadline.

3. The plaintiff, Kleenit, Inc., has assented to the defendants' request for an extension.

4.  No party will suffer prejudice as a result of the proposed extension.

WHEREFORE, Utica National Insurance Group and Travelers Property and Casualty request an extension until November 30, 2007 to submit its expert reports.

Respectfully submitted,

| UTICA NATIONAL INSURANCE GROUP, | TRAVELERS PROPERTY AND CASUALTY |
|---|---|
| Defendant | Defendant |
| By Its Attorney: | By Its Attorney |
| */s/ Richard E. Heifetz* | */s/ Joseph Berman /dmm* |
| Richard E. Heifetz   BBO #229000 | Joseph Berman   BBO# 566006 |
| Danielle M. Maloney   BBO #647527 | Looney & Grossman LLP |
| TUCKER, HEIFETZ & SALTZMAN, LLP | 101 Arch Street |
| 100 Franklin Street | Boston, MA 02110 |
| Boston, MA 02110 | 617-951-2800 |
| 617-557-9696 | |

Dated:

**ASSENTED TO BY:**

KLEENIT, INC.

By its Attorney:

*/s/ Donald Nagle /dmm*
Donald Nagle   BBO#553544
Donald P. Nagle, P.C.
5 Main Street Extension
Plymouth, MA 02360
508-732-8970

2