UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-10351-RBC

_____
KLEENIT, INC.,                          )
                        Plaintiff       )
vs.                                     )
                                        )
UTICA NATIONAL INSURANCE GROUP, and     )
TRAVELERS PROPERTY AND CASUALTY,        )
                        Defendants      )
_____

### DEFENDANTS' ASSENTED TO MOTION TO EXTEND THE DEADLINE TO SUBMIT THEIR EXPERT DISCLOSURES

The defendants, Utica National Insurance Group and Travelers Property and Casualty, with the assent of the plaintiff, hereby move to extend their deadline for filing and serving their expert disclosures and reports from November 30, 2007 to December 7, 2007. In support of their motion, the defendants state as follows:

1.   This is a complex insurance coverage action involving alleged contamination at three different sites located in three separate towns including Acton, Chelmsford and Wayland.

2.   Due to the complexity of the subject matter and the significant effort to ensure a full and complete report from each expert, the defendants are unable to complete the expert reports prior to the existing deadline.

3.   The plaintiff, Kleenit, Inc., has assented to the defendants' request for an extension.

4.   In addition, the Court has postponed the trial date from March 10, 2008 to the end of March or beginning of April 2008; therefore, no party will suffer prejudice as a result of the proposed extension.

   WHEREFORE, Utica National Insurance Group and Travelers Property and Casualty request an extension until December 7, 2007 to submit its expert reports.

Respectfully submitted,

| | |
|---|---|
| UTICA NATIONAL INSURANCE GROUP,<br>Defendant<br><br>By Its Attorney:<br><br>*/s/ Richard E. Heifetz*<br>Richard E. Heifetz    BBO #229000<br>Danielle M. Maloney    BBO #647527<br>TUCKER, HEIFETZ & SALTZMAN, LLP<br>100 Franklin Street<br>Boston, MA 02110<br>617-557-9696 | TRAVELERS PROPERTY AND CASUALTY<br>Defendant<br><br>By Its Attorney<br><br>*/s/ Joseph Berman/dmn*<br>Joseph Berman    BBO# 566006<br>Looney & Grossman LLP<br>101 Arch Street<br>Boston, MA 02110<br>617-951-2800 |

Dated:

**ASSENTED TO BY:**

KLEENIT, INC.

By its Attorney:

*/s/ Donald Nagle/dmn*
Donald Nagle    BBO#553544
Donald P. Nagle, P.C.
5 Main Street Extension
Plymouth, MA 02360
508-732-8970