UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-10351-RBC

| | |
|---|---|
| KLEENIT, INC., <br>       Plaintiff <br> vs. <br><br> UTICA NATIONAL INSURANCE GROUP, and <br> TRAVELERS PROPERTY AND CASUALTY, <br>       Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

RESPONSE TO COURT ORDER FOR NEW TRIAL DATE

On behalf of all parties to this lawsuit, Utica National Insurance Group ("Utica") herein responds to the Court's Order dated November 20, 2007. Counsel to Utica has consulted all parties regarding the proposed trial dates and states that the parties have agreed to a March 31, 2008 trial date.

                Respectfully submitted,

                UTICA NATIONAL INSURANCE GROUP,
                Defendant

                By Its Attorney:

                _____
                Richard E. Heifetz  BBO #229000
                Danielle M. Maloney  BBO #647527
                TUCKER, HEIFETZ & SALTZMAN, LLP
                100 Franklin Street
                Boston, MA 02110
                617-557-9696   FAX 617-227-9191
                Dated: November 30, 2007