# EXPERT REPORT

**Kleenit, Inc., Plaintiff**

vs.

**Sentry Insurance Company, Royal and Sun Alliance, Utica national Insurance Group, and Travelers Property and Casualty, Defendants**

**United States District Court for the District of Massachusetts**

**Case No. 04-10351 (NG)**

**December 3, 2007**

**From**

**Robbat & Associates**
**Albert Robbat, Jr., Ph.D.**
**2 Matthew Street**
**Andover, Massachusetts 01810**

## Table of Contents

Investigation and Purpose..................................................................................................3

Background......................................................................................................................3

Materials Reviewed .......................................................................................................4

Discussion......................................................................................................................6

Opinions and Conclusions..............................................................................................8

**Investigation and Purpose**

Utica National Insurance Group and the Travelers Indemnity Company have retained me to determine whether Kleenit, the Plaintiff in this matter, operated its drycleaning businesses at 298 Boston Post Road, Wayland, Massachusetts; 293 Main Street, Acton, Massachusetts; and 28 Central Square, Chelmsford, Massachusetts, consistent with acceptable environmental stewardship to avoid release of tetrachloroethene into the environment. My hourly consulting rate for services rendered is $235 plus expenses.

**Background**

Tetrachloroethene, $C_2Cl_4$, is a clear, colorless liquid that has a sharp, sweet odor. It is a non-flammable, chlorinated organic solvent. Tetrachloroethene is not especially soluble in water, 0.015 g/100 ml (20 °C). The compound's relatively high vapor pressure, 14 mm Hg (20 °C), low boiling point, 121 °C, and low water solubility, 0.015%, make it an ideal cleaning agent for garments where water, soaps, and detergents damage clothing. Tetrachloroethene is not an environmentally friendly solvent.

Drycleaners began using chlorinated solvents to clean clothes in the 1920's. By the mid-1930s, the drycleaning industry adopted tetrachloroethene as its standard because of its powerful cleaning properties and its inertness toward most garments. Today, the industry is moving away from tetrachloroethene and, chlorinated solvents in general, due to human health and environmental concerns. Although tetrachloroethene is the correct IUPAC name, tetrachloroethylene, perchloroethylene, PCE, and perc are other common names found in the literature for this chemical.

According to testimony given in depositions by various employees and former employees of Kleenit, the company's drycleaning capacity is 25 to 45 lbs per machine. Drycleaning machines operate in a manner similar to a combination washer/dryer machine. Clothing sits inside a rotating drum that cleans garments as it spins inside an outer shell. The outer shell chamber fills approximately one-third full with solvent, in this case tetrachloroethene, and held isothermal, ~ 30 °C.

During the wash cycle, a solvent pump supplies a stream of clean solvent from the holding tank to the drycleaning machine as new solvent replaces spent solvent. The system filters spent solvent before transporting it back to the holding tank in a two-step process. First, spent solvent passes through the so-called "button trap" to remove small objects such as lint, fasteners, buttons, and coins, which prevents damage to the pump. Second, a filtering unit removes lint and insoluble suspended soil particles from the spent solvent. Several different types of units are used; most filters use an ultra fine mesh to support a thin layer of filter powder made from diatomaceous earth and activated clays. Some machines use mechanical filters to remove soil particles greater than 30 μm from the solvent. This continuous process repeats throughout the cleaning cycle, which could last as long as 8-15 min; to ensure relatively fresh solvent is in the drycleaning machine at all times.

After the wash cycle, the extraction cycle drains solvent from the machine and removes excess solvent from clothing sending tetrachloroethene back to the holding tank. During extraction, the rotation of the drum increases sufficient to cause the centrifugal force to spin free the solvent

from the clothing. Once done, the clothing transfers either to a separate dryer or, on most new machines, dried in the same unit. The latter is a closed system that offers improved solvent collection efficiency and a safer work environment.

Warm air circulates through the drum during the drying process. Tetrachloroethene left on clothes is volatilized, collected, and purified in a heated still, where hot vapors condense to liquid in a chiller unit. Purified solvent flows from the still's collection pot to the holding tank and reused. A highly efficient drycleaning system should produce high solvent recovery rates and low contributions to air pollution. (In the early days of the industry, drycleaners vented large amounts of tetrachloroethene to air because of its low cost compared to solvent purification and, at the time, believed to be harmless. Today, we know this not to be true.) Over time, a thin layer of filter cake called "muck" is formed. The residue is a hazardous waste that contains solvent, powdered filter material, carbon, non-volatile residues, lint, dyes, grease, soils and water, accumulates on the surface of the lint filter. Some machines use spin disk technology to remove muck from the filter by centrifugal action as the filter is back-washed with solvent. Solid residue from the still bottom contains solvent, water, soils, carbon, and other non-volatile residues. Waste from the filter disk and from the still bottoms from chlorinated solvent drycleaning operations are hazardous waste materials.

**Material Reviewed**

Review of the following documents supports my conclusions and opinion. I, nonetheless, reserve the right to change or alter my opinion should additional information become available.

Plaintiff's Response to Defendant Utica National Insurance Group Interrogatories, March 2005

Michael Stuart, Affidavit, July 1, 2005

Francis X. Murphy, Depositions and Exhibits, August 10, 2005

Carlton Crothers, Depositions and Exhibits, June 15, 2005

Robert Kinney, Depositions and Exhibits, March 24, 2006

Keith Crider, Depositions and Exhibits, Volumes 1 and 2, June 15 and July 17, 2005

       Notice of 30(B)(6) deposition of Keith Crider

       Notice of Claim Demand for Defense/Coverage

       Agreement Settlement and General Release

       Plaintiff's Supplemental Response to Defendant Utica National Insurance Group Interrogatories, June 2005

       Plaintiff's Supplemental Response to Defendant Globe Indemnity Company and Royal Insurance Company Interrogatories, June 2005

       Sanborn, Head & Associates, Level II Environmental Assessment Dud's Cleaners, Acton, MA, June 1998

       Sanborn, Head & Associates, Summary data from Interior Sampling Dud's Cleaners, Acton, MA, July 2002

Sanborn, Head & Associates, Recommended Work Plan Dud's Cleaners, Acton, MA, August 2002

Coler & Colantonio, Assessment Services Dud's Cleaners, Acton, MA, November 2002

Risk Management Inc, Opinion for Occupancy Dud's Cleaners, Acton, MA, December 2002

Coler & Colantonio, Cost for Additional Assessment Dud's Cleaners, Acton, MA, March 2005

D'Amore Associates, Inc Notice of Release, Dud's Cleaners, Acton, MA, October 2004

Massachusetts Department of Environmental Protection Permit Care Cleaners, Chelmsford, MA, December 1997

Massachusetts Department of Environmental Protection Permit Care Cleaners, Chelmsford, MA, January 2001

D'Amore Associates, Inc. Request for Tier IC Permit Extension Care Cleaners, Chelmsford, MA, August 2002

D'Amore Associates, Inc. IRA Status Report Care Cleaners, Chelmsford, MA, November 2002

Massachusetts Department of Environmental Protection Review of Mykrowaters Site Assessment Report, Wayland Cleaner and Launders, Wayland, MA, December 1997

Kurtz Associates, Phase I Site Investigation, Acton Plaza, Dud's Dry Cleaners, Acton, MA, September 11, 1989

Kurtz Associates, Phase II Comprehensive Site Assessment, DEP Case No. 2-0678, Acton Plaza, Dud's Dry Cleaners, Acton, MA, December 20, 1990

Coler & Colantonio, Final Assessment Report: Limited Subsurface Investigation and Indoor Air Quality Investigation, Dud's Dry Cleaners, Acton, MA, February 20, 2003

Coler & Colantonio, Phase II and III Comprehensive Site Assessment and Identification, Evaluation, and Selection of Comprehensive Remedial Action Alternatives, Dud's Dry Cleaners, Acton, MA, December 12, 2005

D'Amore Associates, Inc., Immediate Response Action Status Report, Phase II and III Comprehensive Site Assessment and Focused Feasibility Study, June 15, 2004

Ambient Engineering, Inc., Immediate Response Action Plan, Modification No. 2 Wayland Cleaners, Wayland Cleaners & Launders, Inc., R&R Realty Trust, Kleenit, Inc., February 2007

Reviewed Analytical Data Supplied to Steven Mattingly of Newfields, Rockland, MA

**Discussion**

Assuming the following is accurate:

- Soil and water samples at the above-mentioned sites were collected without loss of target analytes: tetrachloroethene (PCE), trichloroethene (TCE), cis-1,2-dichloroethene (DCE), and vinyl chloride (VC).

- Soil and water samples at the above-mentioned sites were prepared for analysis without loss of analytes.

- Soil and water samples at the above-mentioned sites were analyzed using properly mass-tuned gas chromatography/mass spectrometry instruments based on a specific calibrant gas and that the calibration curve for each analyte met federal and state regulatory QA/QC requirements.

- Tables and maps at the above-mentioned sites correctly depict each analyte's concentration as recorded.

- The depositions of Mr. Murphy, Mr. Crothers, Mr. Kinney, and Mr. Crider accurately reflect their understanding of the drycleaning practices at the above-mentioned businesses.

- Conclusions drawn in the reports cited above accurately reflect the scientific and engineering understanding of pollutant locations and amounts in soil and groundwater at the above-mentioned sites in Acton, Chelmsford, and Wayland, Massachusetts.

I reviewed the documents listed in this report to determine whether Kleenit operated its drycleaning business in a manner consistent with good environmental stewardship, specifically to minimize the releases of PCE into the environment, and whether, given its practices and experience, it was more probable than not that Kleenit would cause release of hazardous material into the environment. To accomplish this task, I asked the RETEC Group (Concord, Massachusetts) to tabulate the data and calculate the amount of PCE and its breakdown products on soil and in groundwater at Kleenit's sites in Acton, Chelmsford, and Wayland. I had RETEC prepare findings based on the highest, historically measured analyte concentrations in soil and groundwater.

Average analyte concentrations were calculated at different intervals below surface as well as the volume of impacted soil within specific isoconcentration contour intervals for each site. For example, the average concentration of PCE adsorbed onto soil between 0 and 15 ft in Acton is 0.1, 7.0, 63, and 797 mg/kg for isoconcentration contours 0-0.9, 1-9, 10-99, and 100-999 mg/kg, respectively. From this delineation, approximately 203 kg (448 lb) or 125 liter (33 gallon) of PCE contaminates 2,846 m$^3$ (100,500 ft$^3$) of soil covering an area of 595 m$^2$ (6,400 ft$^2$). PCE in groundwater is estimated similarly and holds 29 kg (65 lb) or 18 liter (4.8 gallon) polluting more than 15 megaliters (4 million gallons) of water. According to the historical data, the primary chlorinated PCE breakdown products TCE, DCE, and VC are below instrument detection levels in soil and have low enough concentrations in groundwater to be of little concern. Note: the approximately 38 gallon PCE estimate does not include loss to air and, more likely than not, underestimates the amount of PCE in the subsurface due to poor data density at the site.

Deposition testimony by Kleenit employees recalls only a few large releases prior to 1988/89 and, when such releases occurred, Kleenit claims to have immediately attended to these spills. For example, Crothers remembers a large spill in 1970/71 in which solvent spilled all over the floor after a gasket failed on the still. Employees used mops to pickup the solvent and fans to remove vapors. The fire department was also called because of the perceived danger from exposure to tetrachloroethene. In the second spill, in 1978, Mr. Crothers (Manager) remembers losing 75% of the 4-5 gallons of PEC released through either evaporation or seepage to ground. These accounts appear consistent with data that show highest PCE concentrations in soil (797 mg/kg) are below the building and in groundwater monitoring wells (9 mg/l) immediately downgradient of the building.

In addition to these releases, Kurtz (1989) and Coler & Colantonio (2005) report employees disposed of contaminated waste water from Kleenit's machines in a dry well and onto the parking lot behind the building over a 20-year period (from the late 1960's until the late 1980's). According to the report, Kleenit produced approximately 2 to 3 gallons of waste water per day. Subsequent inspections of the waste water container revealed a one-inch layer of free phase solvent at the bottom of the container, which suggests the processed water from the drycleaning machines contained small amounts of PCE when employees discharged the contaminated water onto the ground behind the building in the area of the septic tank/leach field. All detectable amounts of PCE are within close proximity of the building, with the next highest amounts of PCE located in the area of the septic tank/leach field and in the rear parking lot/dry well areas.

According to Kurtz several neighbors also complained to the Acton Health Department about odors from the drycleaning shop on August 5, 1980; April 21, 1983; and November 6, 1985. A board of health inspector smelled PCE in the rear storage area of the building and referred the company to the Massachusetts Division of Occupational Hygiene. Although the town and state took no action against Kleenit, employees must have released PCE to the atmosphere in sufficient quantity for others to detect. These complaints continued until Kleenit replaced its old washer/dryer machines with a new unit that contained both functions in the same machine.

For 28 Central Square in Chelmsford, very little soil data exists to draw meaningful conclusions. The amount of chlorinated organics in groundwater is PCE 2.7 liter (0.7 gallon), TCE 1.1 liter (0.3 gallon), and VC 0.08 liter (0.02 gallon). These pollutants affect more than 6 megaliters (1.5 million gallons) of water. In the absence of other pollutant sources, it is evident PCE is degrading in groundwater. The amount of PCE released into the environment appears to be about 60% of the amount released in Acton. Note: these estimates could rise upon completion of a comprehensive site investigation. It appears Kleenit's control of its drycleaning operation was no better in Chelmsford than Acton and more than what would have been expected based on the two releases described in deposition testimony.

Kleenit opened for business at the Chelmsford site around 1960 and used separate washer dryer machines to clean customer clothes until 1989, when the company replaced the old 40 lb transfer machine with a self-contained, dry-to-dry, 60 lb washer/dryer machine. Site data in 1989 showed PCE breakdown products in soil and groundwater, including TCE, DCE, and VC. Chlorinated volatile organic compounds (VOCs) were found at the septic system, dumpster, and outside the rear door where an addition was attached to the main building around 1965. During the November 2001 site investigation, D'Amore found distillation still residue on soil under the addition. According to the report, Mr. Murphy (General Manager) identified the residue as

muck, which is a black solid/liquid like material. In 2001, the highest contamination of PCE, 1,400 mg/kg, was detected 6-ft beneath the footing of the addition. This finding suggests that at least one source release is located under the addition, which also implies the hazardous material was buried prior to 1965. Building interior soil boring results were much lower than that found under the addition ranging in concentration for PCE 0.06-20 mg/kg, TCE 0.05-20 mg/kg, and DCE 0.08-100 mg/kg. DCE was found to be the most abundant species, suggesting much degradation of PCE had occurred by the time samples had been collected. The March 11, 2004 groundwater sample analyses further supports wide spread degradation of PCE, since higher levels of breakdown products were measured compared to PCE. The report contends that the originally thought release at the cesspool has been mitigated and that a new release exists beneath the building addition and the rear portion of the original building. A sealed floor drain exists in this part of the building, whose discharge point is unknown. Stuart, in his Affidavit, remembers the company's first release occurring around 1965 when the PEC delivery driver failed to monitor the amount of solvent supplied. Stuart recalls the overflow spilling from the trap and employees mopping up solvent with old blankets and quilts. Mr. Kinney (Manager) also observed spills at the Chelmsford location, which he witnessed every 2-3 months; typical volume of spill was 2 gallons.

For 298 Boston Post Road in Wayland, much more data is available for analysis. The mass of PCE, TCE, and DCE on soil is 458 kg (1009 lb), 10 kg (22 lb), and 9.0 kg (20 lb), which equates to 284 liters (75 gal), 6.8 liters (1.8 gal), and 7.2 liters (1.9 gal), respectively. The volume of contaminated soil is 5,787 $m^3$ (204,360 $ft^3$) covering an area of 1,266 $m^2$ (13,624 $ft^2$). The amount of PCE, TCE, and DCE in groundwater is 21 kg (46 lb), 0.7 kg (1.4 lb), and 3.1 kg (6.9 lb), which equates to 13 liters (3.4 gal), 0.4 liters (0.1 gal), and 2.7 liters (0.7 gal), respectively. Concentrations of vinyl chloride in soil and groundwater were below either instrument and/or method reporting limits or low enough to be immaterial. Based on this assessment, Kleenit's poor control of its drycleaning operations resulted in much greater release of PCE, tetrachloroethene into the environment than at the other two facilities. Despite these high numbers the volume of PCE is considered a low estimate of the actual volume since there are several documented data gaps in soil and groundwater and the volume of PCE is not fully accounted for because of the high amounts of degradation products at the site.

## Opinion and Conclusions

The objective of this investigation is to determine whether an inordinate amount of the solvent, tetrachloroethene, was released into the environment by Kleenit and if the amount constitutes poor operational control of its drycleaning businesses in Acton, Chelmsford, and Wayland, Massachusetts. Based on my review of the referenced material, stated assumptions, investigation and findings, as well as my knowledge and experience in chemistry, quality control and testing procedures, I conclude with a reasonable degree of scientific certainty:

- From the date of incorporation through the time period of Mr. Murphy's deposition, August 5, 2005, Kleenit never undertook the task of preparing, writing, and posting standard operating procedures (SOPs) that detailed the operation, long-term maintenance, and daily care of each drycleaning machine at any of their facilities.

- From depositional testimony, it appears the company never considered the value of having written SOPs as an educational tool to provide expert service to their customers or as a means to prevent solvent spillage during drycleaning operations.

- Mr. Kinney (store manager) makes clear in his deposition that he never discussed with corporate management the reasons for the many, sometimes routine leaks sometimes large-scale accidental, releases that occurred at the Chelmsford location during his ten-year employment nor did Mr. Murphy (General Manager) or Mr. Crider (President) think it necessary to raise questions with store managers their concern for how best to gain and maintain operational control of the company's drycleaning machines as well as what to do should there be a release of tetrachloroethene.

- The employees or management apparently did not clearly understand the risk tetrachloroethene posed to themselves, the community, and the environment.

- Kleenit should have used catch basins under the waste buckets to catch leakage from valves or from overflow conditions.

- Separate washer/dryer machines were not conducive to good environmental stewardship, since clothes were saturated with solvent and the potential existed for solvent to fall to the floor as clothes were moved from the washer to the dryer, and it is evident from employee testimony that environmental and health impacts from hazardous solvents were not well understood.

- Although moving to self-contained, dry-to-dry single unit, washer/dryer machines was an improvement; it appears Kleenit did so because of regulatory pressure and not a conscience decision to engage in environmentally safe practices. In addition, the company could have installed floors that were not porous and with 6-inch returns so that all spills could be contained inside the building. A separate catch basin container could have been installed under all machines and stills used in drycleaning operations as well as fresh solvent storage and waste holding tanks. More aggressive measures could have been taken by isolating the drycleaning machines and stills in rooms that have separate air handling systems. It appears that consistent dripping of drycleaning fluid on the ground was a routine business practice at the drycleaning facilities at Acton and Chelmsford. This discharge of PCE added to the subsurface contamination.

- Finally, based on the levels of PCE at all three sites, it is my opinion that the amount of PCE exceeds the amount attributable to accidental releases described in the documents above and it appears it was common practice to dump waste solvent deemed unrecoverable outdoors in areas where tetrachloroethene could seep below surface. Prior to July 1, 1982, when RCRA was authorized, it was a common disposal practice to dispose of spent filters, waste, and materials used to cleanup spills in a dumpster. Due to the high levels of chlorinated solvents in the subsurface it is my opinion that Kleenit's drycleaning practices resulted in solvent release onto the ground for a number of years. RCRA made this action illegal.

- Although additional research is needed to determine whether the majority of these spills occurred pre or post 1982, it is clear that even as late as 2005, Kleenit did not implement policies and procedures needed to educate employees to reduce purposeful or accidental releases into the environment.

Respectfully Submitted,

Albert Robbat, Jr., Ph.D.

# Albert Robbat, Jr.

2 Matthew Street
Andover, MA 01810

978-376-7666
arobbat@tufts.edu

## Education

M.B.A., Northeastern University, 2003
Ph.D., Analytical Chemistry, The Pennsylvania State University, 1980
B.S., University of Massachusetts, 1976

## Experience

Tufts University
  Chemistry Department
  Center for Field Analytical Studies & Technology
  Center for Sensory Directed Chemical Analysis
  62 Talbot Ave, Medford, MA 02155
  Telephone: 617-627-3474
  Email: arobbat@tufts.edu
  Associate Professor Chemistry
  Adjunct Professor Chemical Engineering

Robbat and Associates
  Consultant, 1980 - current

Ion Signature Technology, Inc,
  North Smithfield, RI
  Founder & Chairman, 2003 - current

Siteworks, Inc.
  Concord, MA
  Founder & Chairman, 1996 - 2000

Pittsburgh Energy Technology Center
  Department of Energy, Pittsburgh, PA
  Research Associate, 1980 -1982

Professor Robbat has been a full-time faculty member in Chemistry at Tufts University since 1980. Dr. Robbat teaches undergraduate and graduate level analytical chemistry courses, which include both quantitative and instrumental analysis, *as well as* more advanced courses in forensic and environmental chemistry, separation science, mass spectroscopy, atomic and molecular spectroscopy, surface analysis, electrochemistry, and chemical statistics. His long-term research interests include instrument design and fabrication, methods development, and chemometric analysis directed at chemical hazards in food and the environment, forensic chemistry, explosives, chemical warfare agents, illicit drugs, and pharmaceuticals. Newer interests include improvements in automated sequential 2D GC/MS analysis and sensory directed chemical analysis to provide total product characterization by comprehensive 1D GC/MS and in olfactory sciences. Central to this research is the development of powerful mathematical algorithms that deconvolve target compound mass spectra from high concentration chemical and instrumental noise. Dr. Robbat has mentored more than 30 M.S., Ph.D. and post-doctorate research scientists and has raised more than $7 million in grant support over the past ten-years.

**AWARDS**
Received Presidential Technology Initiative Award from President Clinton (1996)
Massachusetts Executive Office of Environmental Affairs Technology Innovation (1995)

**PUBLICATIONS**
Analysis Of Gin Essential Oil Mixtures By Multidimensional And One-Dimensional Gas Chromatography/Mass Spectrometry With Spectral Deconvolution, K. MacNamara, J. Howell, Y. Huang, and A. Robbat Jr., Journal of Chromatography A 1164 (1-2), 281-290 (2007).

Sediment Quality of Lakes, Rivers, and Estuaries in the Mystic River Basin, Eastern Massachusetts, 2001-2003, R.F. Breault, John L. Durant, and A. Robbat, Jr. Scientific Investigations Report, U.S. Department of the Interior, U.S. Geological Survey, Report 2005-5191.

Production of Zinc Sulfide Pigment from Zinc-containing Wastes, A.E. Gorshteyn and A. Robbat, Jr., Ind. Eng. Chem. Res., 41 (11), 2646-2651, 2005.

"Environmental Applications of Thermal Extraction Cone Penetrometry and Ultrafast Gas Chromatography/Mass Spectrometry" A. Robbat, Jr., Field Analytical Chemistry and Technology, 5(1-2), 60-68, 2002.

Productivity Enhancing Mass Spectral Data Analysis Software for High Throughput Laboratories: Simultaneous Detection of Volatile and Semivolatile Organics by GC/MS, A. Robbat, Jr., Environmental Testing and Analysis, 9, 15-19, 2001.

Performance-Enhanced Tunable Capillary Microwave Induced Plasma Mass Spectrometer for Gas Chromatography Detection, A. M. Zapata and A. Robbat, Jr., Analytical Chemistry, 72, 3102-3108, 2000.

Rapid In Situ Collection and Analysis of Semivolatile Organics by Thermal Extraction Cone Penetrometry Gas Chromatography/Mass Spectrometry, A.E. Gorshteyn and A. Robbat, Jr. Field Analytical Chemistry and Technology 4, 85-92, 2000.

Control of the Ore Enrichment and Zinc Oxide Dissolution Process by Potentiometric Monitoring, A. E. Gorshteyn and A. Robbat, Jr. Industrial and Engineering Chemical Research 39, 2006-2009, 2000.

Accelerated GC/MS Analyses of Samples from Former Manufactured Gas Plant Sites, D. Mauro, S. Smarason, and A. Robbat, Jr. Electric Petroleum Research Institute, TR-114786, March 2000.

Dynamic Workplans and Field Analytics: Metals Assessment by Inductively Coupled Plasma Optical Emission Spectroscopy, R. L. Simpson III, C.L. Bock, and A. Robbat, Jr., Remediation 9(4), 65-78, 1999.

Performance Evaluation of a Gas Chromatograph Coupled to a Capillary Microwave Induced Plasma Mass Spectrometer, A. Zapata, C. Bock, and A. Robbat, Jr. JAAS, 14, 1187, 1999.

Speciation of Subsurface Contaminants by Cone Penetrometry Gas Chromatography/Mass Spectrometry, A. Gorshteyn, S. Smarason, and A. Robbat, Jr., Environ. Sci. Technol., 1999, 33, 2474-2480.

Closed Vessel Microwave-Assisted Acid Extraction Method Performance Using 50% HNO3:HCl (3:2) with Positive Pressure Teflon Membrane Filtration, A. Robbat, Jr. and R.L. Simpson III, Fresenius, 364, 305-312,1999.

Fast Gas Chromatography/Mass Spectrometry in Support of Risk-based Decisions, A. Robbat, Jr., S. Smarason, and Y. Gankin, Field Analytical Chemistry and Technology, 3(1) 55-66, 1999.

Subsurface Detection of Environmental Pollutants, A.Y. Gorshteyn, Z. Kataenko, S. Smarason, and A. Robbat, Jr., Instrumentation Science and Technology, 27(2) 111-12, 1999.

Time Compressed Gas Chromatography/Mass Spectrometry, Y. Gankin, and A. Robbat, Jr., AT-Process, 4(1) 56-62, 1999.

Time-Condensed Analyses by Mass Spectrometry, Y.V. Gankin, A.E. Gorshteyn, S. Smarason, and A. Robbat, Jr., Analytical Chemistry, 70, 1655-1663, 1998.

Laser-Induced Fluorescence and Fast Gas Chromatography/Mass Spectrometry with Subsurface Thermal Extraction of Organics: Field Analytical Technologies for Expediting Site Characterization and Cleanup, J.W. Pepper, A.O. Wright, J.E. Kenny, S. Smarason, A. Robbat, Jr., Remediation, 95-111, 1998.

Fast GC/MS Analysis of Volatile and Semivolatile Organics in the Field, contributed by Y. Gankin, S. Smarason, and A. Robbat, Jr., ed. By V. Lopez-Avila, John Wiley & Sons, Current Protocols in Field Analytical Chemistry, New York, 1998.

Dynamic Work Plans and Field Analytics: The Keys to Cost-Effective Hazardous Waste Site Investigations, A. Robbat, Jr., S. Smarason, and Y. Gankin, Field Analytical Chemistry and Technology, 2(5) 253-265, 1998.

Polychlorinated Biphenyl Congeners Identification, The Encyclopedia of Environmental Analysis and Remediation, contributed by Y. Gankin and A. Robbat, Jr. ed. by R.A. Meyers, John Wiley & Sons, Inc. New York, NY, July 1998.

Field Determination of VOCs in Soil and Water by Purge-and-Trap and Thermal Desorption GC/MS, Current Protocols in Field Analytical Chemistry, contributed by Y.V. Gankin, S. Smarason, and A. Robbat, Jr. ed. by V. Lopez-Avila, John Wiley & Sons, Inc., New York, 1998, 1B.1.1-1B.1.12.

Field Determination of SVOCs in Soil by Thermal Desorption GC/MS, Current Protocols in Field Analytical Chemistry, ed. by V. Lopez-Avila, contributed by .V. Gankin, S. Smarason, and A. Robbat, Jr., John Wiley & Sons, New York, section 2B, pages 3.1-10, 1998.

Field Analytics, Dynamic Workplans, The Encyclopedia of Environmental Analysis and Remediation, contributed by A. Robbat, Jr., ed. by R.A. Meyers, John Wiley & Sons, Inc. New York, NY, July 1998.

On-site Analysis of Metal Contaminants by ICP-OES, Current Protocols in Field Analytical Chemistry, by R. Simpson and A. Robbat, ed. by V. Lopez-Avila, John Wiley & Sons, NY, 1998.

Dynamic Workplans and Field Analytics, Current Protocols in Field Analytical Chemistry, ed. by V. Lopez-Avila, contributed by A. Robbat, Jr., John Wiley & Sons, New York, 1998.

Electrochemistry of the Copper-Nickel Series of Heteropolymetallic Complexes $(\mu_4$-O)(N,N-diethylnicotinamide)$_4$Cu$_{4-x}$(Ni(H$_2$O))$_x$Cl$_6$ with $_x$ =0 to 4, B. Workie, C.E. Dubé, S.P. Kounaves, A. Robbat Jr., M.L. Aksu, G. Davies, J. Chem. Soc. Dalton Trans., 10 1739-45, 1997.

Adaptive Sampling and Analysis Programs for Contaminated Soils, R. Johnson, J. Quinn, L. Durham, G. Williams, and A. Robbat, Jr., Remediation, 2, 81-96, 1997.

Performance-Based Field Methods for Analyses of Substituted Phenols by Thermal Desorption Gas Chromatography/Mass Spectrometry, K. Jiao and A. Robbat, Jr., Journal of Association of Official Analytical Chemistry, 79, 131-142, 1996.

Identification of PCB Congeners by Gas Chromatography Electron Capture Detection Employing a Quantitative Structure-Retention Model, Y.V. Gankin, A.E. Gorshteyn, A. Robbat, Jr., Analytical Chemistry, 67, 2548-2555, 1995.

Electrodeposition of Metal Alloy and Mixed Oxide Films Using a Single-Precursor Tetranuclear Copper-Nickel Complex, C.E. Dubé, B. Workie, S.P. Kounaves, A. Robbat Jr., M.L. Aksu, G. Davies, J. Electrochemical Society, 142, 3357-65, 1995.

Developments in Field Mass Spectrometric Characterization of Volatile Organic Compounds, C. McDonald, M. Erickson, B. Abraham, and A. Robbat, Jr., Environmental Science and Technology, 28, 336A- 343A, 1994.

Hazardous Waste Site Investigation and Cleanup: Innovative Technologies; An Alternative Approach, Robbat, A., Hazardous Waste and Hazardous Materials, 11, 249-251, 1994.

Data Comparison Study Between Field and Laboratory Detection of PCBs and PAHs at Superfund Sites, B.M. Abraham, T-Y Liu, and A. Robbat, Hazardous Waste and Hazardous Materials, 19, 461-473, 1993.

Field Detection of Organochlorine Pesticides by Thermal Desorption Gas Chromatography Mass Spectrometry, A. Robbat, Jr., C. Liu, and T-Y Liu, J. of Chromatography, 625, 277-288, 1992.

On-Site Detection of Polycyclic Aromatic Hydrocarbons in Contaminated Soils by Thermal Desorption Gas Chromatography/Mass Spectrometry, A. Robbat, Jr., T-Y Liu, and B.M. Abraham, Analytical Chemistry, 64, 1477-1483, 1992.

Nitrated Polycyclic Aromatic Hydrocarbons (Nitro-PAH), A. Robbat, Jr., Atlas of Chromatograms, Journal of Chromatographic Science, 30, 155, 1992.

Electrocatalytic Decomposition of Hydrogen Sulfide, H. Alqahtany, P-H Chiang, D. Eng, M. Stoukides, and A. Robbat, Jr., Catalysis Letters, 13, 289-296, 1992.

Evaluation of a Thermal Desorption Gas Chromatography-Mass Spectrometer: On-site Detection of Polychlorinated Biphenyls at a Hazardous Waste Site, A. Robbat, Jr., T-Y Liu, and B. Abraham, Analytical Chemistry, 64, 358-364, 1992.

High-Performance Liquid Chromatography Retention Index and Detection of Nitrated Polycyclic Aromatic Hydrocarbons, T-Y Liu, A. Robbat, Jr., Journal of Chromatography, 539, 1-14, 1991.

Prediction of Gas Chromatographic Retention Indexes for Polychlorinated Dibenzofurans, A. Robbat, Jr., C. Kalogeropoulos, Analytical Chemistry, 62, 2684-2688 1990.

Effect of Temperature and Organic Modifier on the Isocratic Retention Characteristics of Nitrated Polycyclic Aromatic Hydrocarbons on A Reversed-Phase Octadecylsilane Column, A. Robbat, Jr., T-Y Liu, Journal of Chromatography, 513, 117-135, 1990.

A Fast Field Method for the Quantitation of Polychlorinated Biphenyls (PCBs) Using a Fieldable GC-MS, A. Robbat, Jr., and G. Xyrafas, In Proceedings of the Fifth Annual Waste Testing and Quality Assurance Symposium, 2, 471, 1989.

Prediction of Gas Chromatographic Retention Characteristic of Polychlorinated Biphenyls, A. Robbat, Jr., G. Xyrafas, and D. Marshall, Analytical Chemistry, 60,173-174, 1988.

Evaluation of a Nitrosyl-Specific Gas-Phase Chemiluminescent Detector with High-Performance Liquid Chromatography, A. Robbat, Jr., N. Corso, and T-Y Liu, Analytical Chemistry, 60, 173-1748, 1988.

Catalytic and Electrocatalytic Oxidation of Methane: Polarization of Silver Electrodes, S. Seimanides, M. Stoukides, M., and A. Robbat, Jr., American Institute of Chemical Engineers Symposium Series, 83 (245), 40, 1987.

Multivariate Relationships between Gas Chromatographic Retention Index and Molecular Connectivity of Mononitrated Polycyclic Aromatic Hydrocarbons, A. Robbat, Jr., N. Corso, P.J. Doherty, and D. Marshall, Analytical Chemistry, 58, 2072-2077, 1986.
Gas Chromatographic Chemiluminescent Detection and Evaluation of Predictive Models for Identifying Nitrated Polycyclic Aromatic Hydrocarbons in a Diesel Fuel Particulate Extract, A. Robbat, Jr., N. Corso, P.J. Doherty, and M.H. Wolf, Analytical Chemistry, 58, 2078-2084,1986.

Electroreactivity of $[Mo_2Fe_6S_8(SR_9)_9]^{3-}$ Double Cubane Cluster Complexes, A. Robbat, Jr., and D.J. Rutstrom, J. Electroananl. Chem. and Interfacial Electrochem., 200, 193-203, 1986.

Pretreatment and Validation Procedure for Glassy Carbon Voltammetric Indicator Electrode, A. Robbat, Jr., D.J. Rutstrom, D.C. Thornton, K.T. Corby, D.G. Dube, V.A. Spendel, J. Jordan, M. Gross, and G. Ritzler, Analytical Chemistry, 57, 150-155, 1985.

Relationship Between Gas Chromatographic Retention Indices and Molecular Connectivities of Nitrated Polycyclic Aromatic Hydrocarbons, A. Robbat, Jr., P.J. Doherty, R.M. Hoes, and C.M. White, Analytical Chemistry, 56, 1697-2701, 1984.

Organic Titanium In Coal Liquefaction and the Deposition on Direct Liquefaction Catalysts: An Alternate View, A. Robbat, Jr., D.H. Finseth, and R.G. Lett, Fuel, 63, 1709-1715, 1984.

Evaluation of a Thermionic Ionization Detector for Nitrated Polycyclic Aromatic Hydrocarbons, A. Robbat, Jr., R.M. Hoes, and C.M. White, Analytical Chemistry, 56, 232-236, 1984.

Gas Chromatographic Retention Characteristics of a Nitrated Polycyclic Aromatic Hydrocarbons, A. Robbat, Jr., R. Hoes, and C.M. White, Chromatographia, 17, 605-612, 1983.

Resource Developments in the Analytical Chemistry of Sulfur Compounds for the New Coal Conversion Technologies, J. Jordan, S.J. Ankabrandt, A. Robbat, Jr., and J.D. Stutts, Advances in Chemistry Series, American Chemical Society, Chapter 25, 1981.


## PATENTS
In Situ Soil Sampling Penetrometer System with Heated Transfer Line, U.S. Patent No. 6,487,920, December 3, 2002.

Methods and Apparatus for Analysis of Complex Mixtures, U.S. Patent No. 5,970,804, October 26, 1999 continuation of U.S. Patent No. 5,668,373.

Methods and Apparatus for Analysis of Complex Mixtures, U.S. Patent No. 5,668,373, September 16, 1997.

Metal, Metal Alloy and Metal Oxide Formation by Electrodeposition of Polymetallic Complexes, U.S. Patent No. 5,277,789, January 11, 1994.

Interface for Separating an Analyte of Interest from a Liquid Solvent, A. Robbat, Jr., U.S. Patent No. 4801430, January 31, 1989.


## REPORTS, CASE STUDIES, AND VIDEOTAPES
"Academic Review of Proposed Chemical and Biological Agent Resistance Test (CBART) Fixture and Cell Designs," Chemical Biological Agent Resistance Test United States Department of the Army Dugway Proving Ground, W. Dorko, D. J. Eatough, S. O. Farwell, M. L. Lee, D. L. MacTaggart, D. Maynes, A. Robbat, Jr., H. D. Tolley, February 2007.

Sediment Quality of Lakes, Rivers, and Estuaries in the Mystic River Basin, Eastern Massachusetts, 2001-2003, R.F. Breault, John L. Durant, and A. Robbat, Jr. Scientific Investigations Report, U.S. Department of the Interior, U.S. Geological Survey, Report 2005-5191.

"Accelerated GC/MS Analyses of Samples from Former Manufactured Gas Plant Sites" D. Mauro, S. Smarason, and A. Robbat, Jr. *Electric Petroleum Research Institute*, TR-114786, March 2000.

"Innovations in Site Characterization; Case Study: Hanscom Air Force Base (Sites 1, 2, and 3)" The U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, September 1998, EPA-542-R-98-006, http://www.clu-in.org/download/char/hafbcs2.pdf and videotape of the Dynamic Site Investigation Process http://www.clu-in.org/video/hanscom.htm

"Field Analytical and Site Characterization Technologies Summary of Applications." The U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Washington, D.C., November 1997; EPA-542-R-97-011.

"A Dynamic Site Investigation Adaptive Sampling and Analysis Program for Operable Unit 1 at Hanscom Air Force Base, Bedford, Massachusetts." The U.S. Environmental Protection Agency, Region I, Office of Site Remediation and Restoration, Boston, MA., June 1997.

"Adaptive Sampling and Analysis Program/Field versus Laboratory Data Comparison and Cost/Benefit," Joliet Army Ammunition Plant, Joliet, IL, for the U.S. Army Environmental Engineering Center, Aberdeen, MD, May 1996.

"Case Study Fort Devens, Massachusetts: Methods Development, Feasibility, Cost/Benefit Analysis for Performing On-site Thermal Desorption Gas Chromatography/Mass Spectrometry of Organic Compounds at Army Facilities" for the U.S. Army Environmental Engineering Center, Aberdeen, MD, May 1994.

"Thermal Desorption Gas Chromatography/Mass Spectrometry On-site Detection of U.S. Environmental Protection Agency Targeted Organic Compounds at Superfund Sites", U.S. Environmental Protection Agency, Las Vegas, NV, June 1992; EPA/600/x-91-079.

"Thermal Desorption Gas Chromatography-Mass Spectrometry Field Methods for the Detection of Organic Compounds", Robbat, A., Jr., Liu, T-Y, Abraham, B., and Liu, C-J., Second International Symposium for Field Screening Methods for Hazardous Waste and Toxic Chemicals, Las Vegas, NV, February 12-14, 1991.

"Evaluation of a Field-Based, Mobile, Gas Chromatograph-Mass Spectrometer for the Identification and Quantification of Volatile Organic Compounds on EPA's Hazardous Substance List "Robbat, A., Jr., Xyrafas, G., In Proceedings of the First International Symposium on *Field Screening Methods for Hazardous Waste Site Investigations,* October 11-13, Las Vegas, Nevada, Pg. 343, 1988.

"On-Site Soil Gas Analysis of Gasoline Components Using a Field-Designed Gas Chromatograph-Mass Spectrometer" Robbat, A., Jr., Xyrafas, G., In Proceedings of the First International Symposium on *Field Screening Methods for Hazardous Waste Site Investigations*, October 11-13, Las Vegas, NV, Pg. 481, 1988.

"Instrumental Analysis of Sulfur Compounds in Coal Process Streams," contributed to by A. Robbat, Jr., Report; FE-2710-5 to 9 U.S. Department of Energy (1987-1981).


**AMERICAN SOCIETY FOR TESTING AND MATERIALS**
(produced data in support of ASTM methods)

"Standard Practice for Expedited Site Characterization of Vadose Zone and Groundwater Contamination at Hazardous Waste Sites, publication No. D6235-98, ASTM, West Conshohocken, PA.

"Standard Provisional Guide for Expedited Site Characterization of Hazardous Waste Sites, publication No. PS85-96, ASTM, West Conshohocken, PA.

**EDITORIAL BOARD AND ADVISORY COMMITTEES**

| | |
|---|---|
| 1998 to 2003 | Field Analytical Chemistry and Technology, editorial board |
| 1988 to 2000 | Massachusetts, Department of Environmental Protection, Commissioner's Office. |
| 1988 to 2000 | Hazardous Waste and Hazardous Materials Journal; editorial board. |
| 1987 to 1998 | Massachusetts, Department of Environmental Quality Engineering, Division of Water Supply; Safe Drinking Water Advisory Committee. |
| 1986, 1987 | U.S. Environmental Protection Agency, Alternate Technologies Research Branch, Hazardous Waste Thermal Destruction Peer Review of Current and Future Research. |

**CONSULTING**

Dr. Robbat provides consulting services to instrument, chemical, and pharmaceutical companies from the initial start-up phase to Fortune 500 companies. He provides consulting services to more than 25 law firms in matters related to forensic and explosives analysis, product liability, environmental chemistry, and patent support. He has testified as an expert in both federal and state courts. Because his research interests are centered on developing novel field-based analytical instruments and methods, these technologies offer state-of-the-art tools unavailable to commercial laboratories. Dr. Robbat has testified as to the validity of methods chosen for analysis, quality of data produced, and instruments used in the analysis. Scientific expertise has been provided to state and federal agencies *and* to environmental engineering consulting and remediation companies in the assessment, characterization, and cleanup of hazardous waste sites. Dr. Robbat has provided technical support to the Massachusetts DEP, U.S. EPA, and the Departments of Energy and Defense. In 1996, Dr. Robbat founded Ion Signature Technology, Inc., a leading manufacturer of scientific data analysis software, and is currently the Chairman of the company.

- For law firms, Dr. Robbat has determined the cause and origin of fires and explosions from petroleum products, organic and inorganic chemicals, and explosive-like materials where other scientists and engineers failed to understand the chemistry involved. He has analyzed complex mixtures of commercial products, identifying toxic and hazardous compounds as they relate to product liability, human and animal sensitivities, and environmental cases. Dr. Robbat is an expert in drug related analysis, including alcohol and illicit drugs, testifying to measurement quality of breath and blood alcohol and the relationship between alcohol consumption and comportment.

- Dr. Robbat has provided expert witness and chemical consulting services to law firms in the general areas of environmental and forensic science with respect to analytical instruments methods, and data quality; product liability and toxicity; causes of fire and explosions. He has been qualified as an expert witness in both the federal and state courts in over thirty cases (including Massachusetts, Rhode Island, and Connecticut).

- Dr. Robbat developed the concept of Dynamic Workplans and Adaptive Sampling Strategies. He has managed over a dozen hazardous waste site investigation and cleanup projects where substantial reductions in time and cost (over 50%) have been achieved. Dr. Robbat has integrated field analytical data with site visualization and geostatistical

sampling software tools that facilitate on-site scientific decision making by providing chemical and geological information in a more useful manner.

- For the Department of Defense, Chemical Biological Agent Resistance Test United States Department of the Army Dugway Proving Ground co-authored a report entitled "Academic Review of Proposed Chemical and Biological Agent Resistance Test (CBART) Fixture and Cell Designs."

- For the Electric Petroleum Research Institute, Dr. Robbat developed an in situ heated transfer line and probe that when connected to a mass spectrometer detects soil-bound organic pollutants in the subsurface and in groundwater without bringing the sample to the surface. This technology in combination with the Ion Fingerprint Detection$^{TM}$ mass spectrometry deconvolution software provides unambiguous identification of pollutants under ultrafast GC/MS conditions.

- For the U.S. Environmental Protection Agency (EPA), Dr. Robbat is conducting a historical review of SDWA GC/MS data of state analyzed water supplies for the purpose of identifying the presence of volatile and semi-volatile organics that are currently unregulated or not monitored for as part of the Safe Drinking Water Act compound list. Based on a review of 10 yrs of data, new compounds will be selected as candidates for inclusion into a new SDWA compound list.

- For the EPA, rapid characterization for the detection of PCB in soil was conducted on a Superfund site in Jacksonville, Fl. EPA intended to conduct a soil/solvent extraction demonstration and required data every 18-24 in contiguously to 40 ft below the surface. Thus, the goal was to provide "real-time" measurements so as to direct sample collection activities. Over 300 samples were analyzed in an eight day period.

- In cooperation with the U.S. EPA in support of the Superfund Innovative Technology Evaluation Program, Dr. Robbat conducted field demonstrations of thermal desorption gas chromatography/mass spectrometry (TDGC/MS) technology and methods developed for rapid, on-site detection of organic compounds present in soil/sediment and water samples from hazardous waste sites. Research showed that TDGC/MS detection of PCB and PAH in soil can be made in less than 2 min/sample (semi-quantitative) and more quantitative PCB, PAH and VOC analyses in 15-20 min/sample. See related publications above and EPA publication 600/x-91/079, June 1991.
- In cooperation with the Naval Ocean System Command and the EPA, collaborative research was conducted to determine the quality of data produced and time constraints associated with making on-board TDGC/MS measurements for PCB and PAH from sediments collected from San Diego Harbor. Over 3 days, 56 sediments were analyzed and a pictorial representation of Harbor contaminants made. The data produced was comparable to that produced by laboratory methods which required over 30 hr/sample for cleanup and analysis time.

- Designed fiber optic chemical sensors for waste water and groundwater analysis as well as for clinical applications by immobilizing reagents onto the end of the fibers which are specific for the analytes of interest (Combustion Engineering, ST & E, Kelsius, EPA).

- Dr. Robbat participated in an industry-wide forum at the request of Combustion Engineering on future trends in analytical instrumentation with special emphasis on future demand for chemical sensors in a variety of different industries.

- Dr. Robbat consulted on analytical work related to oil recovery (Environmental Restoration Engineering).

- Dr. Robbat evaluated process-control supercritical fluid chromatography and helped formulate an assessment of its market potential and in securing venture capital for bringing the product to market (Combustion Engineering, Suprex).

- For the Massachusetts Department of Environmental Protection (DEP), Dr. Robbat participated in the development of a comprehensive strategic plan for the provision of laboratory services. He identified requirements for strategic, managerial, and organizational realignment and adjustments to DEP's current approach to obtaining laboratory services.

  Analyzed automation requirements to improve internal laboratory operation, and to provide the region with more timely access to data. Dr. Robbat concentrated on the analysis of key trends in requirements for analytical laboratory services, and helped formulate recommendations for improved approaches and strategies for meeting those needs. Dr. Robbat prepared the strategic plan (e.g., new laboratory building, instrument automation, develop new QA/QC procedure) for achieving improvements (American Management Systems, Inc.).

- For the Massachusetts DEP, Dr. Robbat managed a project that identified requirements and made strategic recommendations for the development of a Laboratory Information Management System (LIMS). This system, when implemented, will help manage DEP analytic laboratory operations (e.g., instrument control and data acquisition, schedule sample analyses and resources, provide statistical analysis, and ad-hoc access to data by users) and will perform data base management functions (American Management Systems, Inc.).

- For the Massachusetts DEP, Dr. Robbat will identify key program requirements, which Marsters and Sargent will use in developing the design for a major new environmental laboratory facility. Dr. Robbat will describe requirements related to issues such as required space for analytic instruments, air circulation needs, special isolation capabilities (e.g., for clean rooms), and office space requirements (ICF, Inc. subcontractor to Marsters and Sargent, an architectural firm).

- For the Massachusetts Watershed Management Division of the Metropolitan District Commission, Dr. Robbat participated in a management study to assess the Division's current laboratory facilities and capabilities, and developed recommendations regarding the development of a modern, full-feature analytical laboratory for the Division (American Management System).

- For the Massachusetts DEP, blue ribbon panel to provide Peer Review of an Office of Research and Standards research project involving municipal waste incineration.

- For the U.S. EPA, Regulatory Integration Division, Office of Policy Planning and Evaluation, Robbat produced a literature review of the Ecological Benefits Derived from

the Conservation Reserve Program (CRP). The CRP removes highly erodible land from agricultural production and provides incentives for converting farm land to noncommercial vegetative cover. It is thought that long-term vegetative cover should provide the means for reducing soil erosion and agrochemical (i.e., pesticide, herbicide, nutrient) levels in runoff. Thus, the literature was found using both automated bibliographic and author searches. The approach was similar to that described in the proposed study. Because little information was available in the primary literature, the success of the study depended on telephone interviews and the cooperation from university, state and federal researchers who provided much of the data (American Management Systems, Inc.).

- For the EPA's Alternative Technologies Division, Hazardous Waste Engineering Research Laboratory, Dr. Robbat reviewed the past, current, and future research initiatives related to thermal destruction of hazardous materials. He provided a written report in which many of the suggestions as to future directions were recently adopted.

- For the EPA's Office of Research and Development (ORD), Robbat conducted and provided needs assessment as to ORD's future scientific computing requirements. Robbat interviewed ORD office directors, laboratory directors, and key staff associated with long-term scientific planning and ADP management. Dr. Robbat identified key trends in environmental research, and the associated requirements for advanced computing hardware and software (American Management Systems, Inc.).

- For the EPA Region 1, New Bedford Harbor Project, Dr. Robbat identified problems associated with PCB analysis of numerous environmental samples, and developed an analytical procedure to resolve the problems. Dr. Robbat's responsibilities included: monitoring analytical work being performed by commercial laboratories, maintaining records and evaluating data; developing sample method clean-up and analysis procedures and preparing a report.

- Dr. Robbat has reviewed the research performed by and/or for DEP, EPA and DOE related to toxic emissions resulting from the incineration of hazardous and municipal waste materials as well as combustion and gasification of coal and coal-derived liquids. Robbat's role, as an analytical chemist, was to review and advice on sample collection methodologies and chemical methods of analysis. Many of the suggestions offered by Dr. Robbat were incorporated into future research efforts as they related to the characterization of organic compounds emitted into the atmosphere. In addition, Robbat serves on the editorial board of Hazardous Waste and Hazardous Materials (HWHM) and often reviews papers and books submitted for publication to the journals (HWHM, Analytical Chemistry, CRC Reviews, Journal of the American Chemical Society as we; as grant applications submitted to the National Science Foundation and the Council for Chemical Research.

## TESTIMONY SINCE 2003

| Case | Year | Court/Docket Number | Attorney | Testimony |
|------|------|---------------------|----------|-----------|
| Donna Monteiro vs. Green Acre Products, Inc., Sally Beauty Company, Inc. | 2003 | USDC Boston 01CV10394-NG | Susan Jackson 50 Congress Street Boston, MA | Deposition |