UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 - RBC

|  |  |
|---|---|
| KLEENIT, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| SENTRY INSURANCE COMPANY,<br>ROYAL & SUN ALLIANCE,<br>UTICA NATIONAL INSURANCE GROUP, and<br>TRAVELERS PROPERTY AND CASUALTY | ) |
| Defendants. | ) |

**JOINT MOTION TO AMEND ORDER FOR PRE-TRIAL
CONFERENCE AND FOR TRIAL**

On February 13, 2008, Kleenit and Travelers Property and Casualty reached a settlement relative to the above-captioned lawsuit.

On February 13, 2008 Plaintiff, Kleenit, Inc. ("Kleenit") and Defendant, Utica National Insurance Group ("Utica") engaged in voluntary mediation. To date, the parties remain engaged in settlement negotiations. A stipulation of dismissal will be timely filed with the Court once the settlement proceeds have been dispersed.

Kleenit, Inc. and Utica hereby request that this Court extend the deadlines as follows:

Kleenit's deadline for filing and serving
full and complete reports of experts:        April 1, 2008

Utica's deadline for filing and serving
full and complete reports of experts:        May 1, 2008

Parties deadline for completing depositions
of expert witnesses:                         June 15, 2008

| | |
|---|---|
| Meeting of counsel pursuant to Rule 16.5(c) (eff.10/1/92): | July 30, 2008 |
| Submittal of Joint Pre-Trial Memorandum: | August 13, 2008 |
| Written notice of objections to proposed exhibits: | August 20, 2008 |
| Designations of those portions of deposition testimony to be offered into evidence because the witness will not testify in person filed and served by: | August 20, 2008 |
| Objections to the designated portions of deposition testimony filed and served by: | September 10, 2008 |
| All Pre-trial motions (such as motions in liminae) shall be filed and served by: | August 27, 2008 |
| Oppositions shall be filed and served by: | September 10, 2008 |
| Requests for voir dire questions, jury instructions and proposed jury verdict forms shall be filed and served by: | September 26, 2008 |
| Final Pre-Trial Conference: | September 29, 2008, 11:00 am |
| Jury Empanelment: | September 30, 2008, 9:30 am |
| Trial (Commence opening statements and presentation of evidence): | October 1, 2008 |

As grounds in support of this motion, the Parties state as follows:

1. This is a complex insurance coverage action, involving alleged environmental contamination at three separate sites. Kleenit has utilized multiple environmental experts at each of the three sites, each presenting its own unique environmental problems. Utica has utilized at least two experts to review the three sites.

2. The sole remaining Defendant, Utica, and the Plaintiff have been engaged for several weeks in settlement negotiations.

2

3. On February 13, 2008, the parties submitted voluntarily to mediation. Due to the scheduled mediation and in the interest of both efficiency and fiscal responsibility, the parties suspended depositions of any expert witnesses.

4. Unfortunately, the mediation did not result in a disposition of the case. However, during the mediation, certain issues for trial were identified and narrowed.

5. With a view of those issues now remaining for adjudication, the parties need to identify the witnesses competent to testify and to conduct the depositions of the parties' expert witnesses.

4. No party will suffer prejudice as a result of the proposed extension.

WHEREFORE, the Parties respectfully request that this proposed Jointly Amended Order for Pre-Trial Conference and Trial be adopted.

Respectfully submitted,

KLEENIT, INC.

By its Attorney,

/S/ Donald P. Nagle
Donald P. Nagle, Esq. (BBO # 553544)
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, Massachusetts 02360
(508) 732-8970

And

UTICA NATIONAL INSURANCE GROUP

By its Attorney,

/S/ Richard Heifetz
Richard E. Heifetz, Esq. (BBO #229000)
Danielle M. Maloney, Esq.(BBO #647527)
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street

Boston, MA 02108
617-557-9696

Assented to:

TRAVELERS INDEMNITY COMPANY,
Defendant
By Its Attorney:

/S/ Joseph S. Berman
Joseph S. Berman (BBO #566006)
LOONEY & GROSSMAN, LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

February 19, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that on the 19th day of February, 2008, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to the following: Richard E. Heifetz, Esq., Tucker, Heifetz & Saltzman, LLP, 100 Franklin Street, Boston, MA 02110 AND Joseph S. Berman, Berman & Dowell, 210 Commercial Street, Boston, MA 02109.

    /Donald P. Nagle/