UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC.,<br>           Plaintiff<br>vs.<br><br>UTICA NATIONAL INSURANCE GROUP, and<br>TRAVELERS PROPERTY AND CASUALTY,<br>           Defendants | )<br>)<br>) CIVIL ACTION<br>) NO. 2004-10351-RBC<br>)<br>)<br>) |

NOTICE OF
WITHDRAWAL OF APPEARANCE
OF COUNSEL FOR UTICA NATIONAL INSURANCE GROUP

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly withdraw my appearance as counsel for the Defendant, Utica National Insurance Group, in the above-captioned matter. Attorneys Richard Heifetz and Danielle Maloney will remain as counsel to the Defendant, Utica National Insurance Group.

                                              /s/ M. Therese Roche
                                              M. Therese Roche    BBO #423810
                                              TUCKER, HEIFETZ & SALTZMAN, LLP
                                              100 Franklin Street
                                              Boston, MA 02110
                                              617-557-9696    FAX 617-227-9191
                                              Dated:    March 3, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2008, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to the following: Joseph S. Berman, Esquire, Berman & Dowell, 210 Commercial Street, Boston, MA 02109 and Donald P. Nagle, Esquire, Law Office of Donald P. Nagle, P.C., 5 Main Street, Plymouth, MA 02360.

                                              /s/ M. Therese Roche
                                              M. Therese Roche