UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 - RBC

| | |
|---|---|
| KLEENIT, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UTICA NATIONAL INSURANCE GROUP, and | ) |
| TRAVELERS PROPERTY AND CASUALTY | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel for Plaintiff, Kleenit Inc., in the above-captioned matter.

Respectfully submitted,

KLEENIT, INC.

By its Attorney,

Donald P. Nagle, Esq. (BBO # 553544)
Jacqueline B. Porro, Esq. (BBO # 655512)
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, Massachusetts 02360
(508) 732-8970

March 20, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that on the 20th day of March, 2008, I hand filed a copy of the foregoing by with the United States District Court for the District of Massachusetts which will send notification to the following: Richard E. Heifetz, Esq., Tucker, Heifetz & Saltzman, LLP, 100 Franklin Street, Boston, MA 02110 AND Joseph S. Berman, Berman & Dowell, 210 Commercial Street, Boston, MA 02109.

*/s/ Jacqueline Brown*