UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10351 - RBC

|  |  |
|---|---|
| KLEENIT, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| SENTRY INSURANCE COMPANY, ROYAL & SUN ALLIANCE, UTICA NATIONAL INSURANCE GROUP, and TRAVELERS PROPERTY AND CASUALTY | ) |
| Defendants. | ) |

**JOINT NOTIFICATION REGARDING TRIAL DATE**

The parties have consulted with their respective clients and expert witnesses. Both parties are agreeable to a September 22, 2008 trial date.

Respectfully submitted,
KLEENIT, INC.
By its Attorney,

*/S/ Donald P. Nagle*
Donald P. Nagle, Esq. (BBO # 553544)
Jacqueline B. Porro, Esq. (BBO # 655512)
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, Massachusetts 02360
(508) 732-8970

And

UTICA NATIONAL INSURANCE GROUP
By its Attorney,

*/S/ Danielle Maloney*
Richard E. Heifetz, Esq. (BBO #229000)

Danielle M. Maloney, Esq.(BBO #647527)  
TUCKER, HEIFETZ & SALTZMAN, LLP  
Three School Street  
Boston, MA 02108  
617-557-9696

April 3, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that on the 3rd day of April, 2008, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to the following: Richard E. Heifetz, Esq., Tucker, Heifetz & Saltzman, LLP, 100 Franklin Street, Boston, MA 02110.

                                                           /S/ Donald P. Nagle