**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Civil Action No. 04-10351-RBC

_____
                                    )
KLEENIT, INC.,                      )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
UTICA NATIONAL INSURANCE            )
GROUP, and TRAVELERS                )
PROPERTY AND CASUALTY,              )
        Defendants.                 )
_____)


### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THE PLAINTIFF'S CLAIMS AGAINST TRAVELERS INDEMNITY COMPANY

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), plaintiff, Kleenit, Inc. ("Kleenit"), and the defendant, Travelers Indemnity Company ("Travelers"), hereby stipulate that the above-captioned matter has been settled as to the claims asserted by Kleenit against Travelers and by Travelers against Kleenit, and that all claims asserted by Kleenit against Travelers and by Travelers against Kleenit in this matter be and hereby are dismissed with prejudice, without right of appeal, and with each party bearing its' own costs and attorneys' fees.


| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| **Kleenit, Inc.** | **Travelers Indemnity Company** |
| By its attorney, | By its attorney, |
| | |
| _____/s/ Donald P. Nagle_____ | _____/s/ Joseph S. Berman_____ |
| Donald P. Nagle, BBO No. 553544 | Joseph S. Berman, BBO No. 566006 |
| Law Office of Donald P. Nagle, P.C. | Looney & Grossman, LLP |
| 5 Main Street Extension, Suite 300 | 101 Arch Street, 9th Floor |
| Plymouth, MA 02360 | Boston, MA 02110 |

508-732-8970                                                              617-951-2800


Respectfully Submitted,
**Utica National Insurance Group**
By its attorney,


_____/s/ Danielle M. Maloney_____
Richard Heifetz, BBO No. 229000
Danielle M. Maloney, BBO No. 647527
Tucker, Heifetz & Saltzman, LLP
100 Franklin Street
Boston, MA 01110
617-557-9696