UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLEENIT, INC.,<br>     Plaintiff<br>vs.<br>UTICA NATIONAL INSURANCE GROUP<br>     Defendant | CIVIL ACTION<br>NO. 2004-10351-RBC |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1(ii), the parties hereby stipulate that all claims, counterclaims, cross-claims, and third party actions asserted in the within action, be dismissed with prejudice and without costs. All rights of appeal and claims for attorneys' fees are hereby waived.

KLEENIT, INC.
Plaintiff
By Its Attorney:

*/s/ Donald Nagle /dmm*
Donald P. Nagle   BBO #553544
Donald P. Nagle, P.C.
5 Main Street Extension
Plymouth, MA 02360
508-732-8970

Dated:   July 25, 2008

UTICA NATIONAL INSURANCE GROUP,
 Defendant
By Its Attorneys:

*/s/ DMM/*
Danielle M. Maloney   BBO #647527
Richard E. Heifetz    BBO #229000
TUCKER, HEIFETZ & SALTZMAN, LLP
100 Franklin Street
Boston, MA 02108
617-557-9696